Case 8:15-cv-00011-EAK-TBM   Document 1-2   Filed 01/05/15   Page 1 of 16 PageID 23

12/29/2014                ISO 9001 - Gigantic waste or Beneficial? Why does ISO 9001 exist? Got data/facts? - Page 18

9th September 2004, 12:15 AM                                                                    Post Number #144

**_Marc_**                                                                                      Total Posts: 24,569



> **Quote:**
> 
> *In Reply to Parent Post by **Ilias***
> 
> ISO, on their website, have published their latest ISO 9000 registration data that they have obtained from around the world. It clearly shows an increasing decline in the majority of countries (as Chris Paris was trying to do something about last year). For instance the UK ISO 9000 registration is down 20%.
> 
> Could this in part be due to saturation? And as was mentioned above, does this number only apply to new registrations? Is there data on existing registrations being abandoned (discontinued)? Is there any correlation data, for example company size in employees? Or total companies in the UK vs. companies registered?
> 
> On another note, I ask this: Is it important that ISO registrations continue to grow and proliferate? As one who doesn't believe ISO 9001 is typically valuable outside of its advertising appeal (not withstanding requirement by some customers based upon questionable reasoning), I am not the least concerned about a drop in registrations.
> 
> Chris Paris is referenced several times with respect to his complaining about the drop in registrations, however Mr. Paris' bias as an important player in a company (Oxebridge) which heavily depends upon registrations for their existence makes his complaints important to.... Guess who...

  Page 18 of 27   « First  <  8  11  12  13  14  15  16  17  **18**  19  20  21  22  23  24  25  >  Last »  ▽



EXHIBIT A

📅 21st October 2014, 04:24 AM

Post Number #17

Total Posts: 24,569



## *Marc*

### Re: Chris Paris - At it again - October 2014

> **Quote:**
>
> *In Reply to Parent Post by JaneB*
>
> I haven't met either of you (Marc or Chris) but I read this from Chris (posted by you, Marc) as a reasonable request, and making some reasonable points.
>
> I don't understand why you are updating the posts, Marc.
>
> Why not just remove them?
>
> Updating them is kind of provocative, to say the least. Clearly there's a long history of bad blood between the two of you, and this is bound to up the ante.
>
> Why not just let it go and move on?

Jane,

I have **NOT** updated any of the threads as he states, and you obviously did not read all the threads linked to. I have read every one of the ones he linked to. You even posted in some of them. Yet, you read his lawyer threat from yesterday to me and apparently believe what he says. I made his email to me public specifically because he threatened me. You also have no idea about his recent Linkedin posts and a number of recent issues on Linkedin other people have contacted me about with respect to Chris. You also have no idea of the other people he has threatened over the years and recently.

The people who know Chris Paris and the "history" know better than to believe what he wrote to me in the email which I received from him Monday morning.

I will say that in the last year he did email me and asked me to remove a couple threads. It had been a long time since I had heard anything from him. I said OK and removed them. Then he emailed me a list demanding I remove a bunch more threads which in any way mentioned him. He *could* have had them removed, but threatening, vulgar phone calls, threatening emails are not the way to go about it.

In short, I did accommodate him. He then proceeded to become more aggressive and nasty. When he did that I un-deleted the threads which I had deleted at his request. He chose to be nasty even after I did as he asked. I did not go "far enough" to please him, so he kept getting more aggressive.

As a last note, since much of what he wrote is a combination of fantasy and outright lies, posting his email to me is a form of protection. Any "action" he would take against me will fail in a court, just as his reporting me to the Ohio Attorney General failed back in 2004 (also see Special Concession to Chris Paris of Oxebridge).

I am taking the same stance the owner of The Oatmeal did - I published his threat. Other website owners who have been threatened have done the same. Sometimes a person has to take a stance, just as I did way back in 2004 when he reported me to the Ohio Attorney General.

**EXHIBIT B**

| Single Post View | |
|---|---|
| 24th October 2014, 06:42 AM | Post Number #28 |
|  **_Marc_** | Total Posts: 24,571 |

**Re: Chris Paris - At it again - October 2014**

> Quote:
>
> *In Reply to Parent Post by JaneB*
>
> Yes, I did post in at least one of the threads listed, Marc.
> At that time, I used to visit the Cove quite often and wrote frequently and regularly in it, as you also know. I knew only what I'd read about Chris Paris in Elsmar Cove from you and others: none of it was positive. <snip>

If you believed the content of Chris Paris' email to me, more power to you. If you believe in "40 Day" Wonder Implementations (which is what started this some 15+ years ago), more power to you.

I have no anger at you for aligning with Chris. All I have done is state facts which contradict with his emails to me. The reality is, if he had any type of "claim" against me his lawyer would have contacted me - Not Chris himself.

I believe he is a paranoid schizophrenic. I believe he seriously needs psychiatric help.

**Thanks to Marc for your Informative Post and/or Attachment!**
*Walnut*



EXHIBIT C

18th October 2004, 09:04 AM



**_Marc_**

Total Posts: 24,571

---

Just a reminder:

Folks, PLEASE do not ask for or attach copyrighted standards or other copyrighted documents to posts and PLEASE do not offer to send anyone copyrighted standard(s) or documents by e-mail in forum posts.

In the past this has not been a significant problem, however lately more and more people are asking for copyright documents and some folks are openly offering to send others copyright documents via e-mail in threads. I don't want to debate whether this is right or wrong - I know many people 'trade' documents from time to time as have I. Unfortunately, people are doing this too publicly which puts me, and the site as a whole, at risk for not controlling it.

I have been contacted by the ISO and AIAG folks in the past (granted it's been about 5 years) and they were not amused. I cannot afford a lawsuit. I know people are going to 'share' from time to time, but Please - Keep your sharing activities private. Remember, what you write in posts in public threads thousands of people can and do read.

In addition, please be **very** careful about anything from Chris Paris or Oxebridge. Chris is cocked and ready for a shooting match and since his filing a complaint with the Ohio Atty General's office ( Chris Paris of Oxebridge - Waging a Personal war ), it's evident he is capable of causing trouble at any level and will do whatever he can, no matter how frivolous, to stir things up. The following is from a post in a thread in the ASQ board ISO forum by Chris Paris of Oxebridge (for ASQ members, the link ishttp://www.asq.org/discussionBoards/...D=145&tstart=0 ) : "It is being exclusively reprinted on the ASQ forum board with permission of my company. Other websites or forum boards are strongly advised against republishing on their sites without permission. I myself do not have the authority to grant reprint permission, and due to recent unpermitted republishing of our articles, Oxebridge management is taking a harder stance on copyright infringement. Please... don't risk it, folks." Actually, despite Mr. Paris' claim, I know of no web site or other venue where someone has 'republished' any of their stuff. I will say I thought his "Don't risk it folks" was typical...

This includes LINKS to anything on Oxebridge's site - Please do NOT post any. The Oxebridge business model is old and failing and they, as well as some other people and companies, will cause whatever problem(s) they can for this site because people like you can get all the information they need here for free.

Oh, well! On with the show!



EXHIBIT D



**_Marc_**

Total Posts: 24,571

Re: Chris Paris - At it again - October - December 2014

**Just to make the record clear, Chris Paris does have an account here in this forum. He is not now, nor has he ever been banned here. He is able to log in and post here any time he wants to, and has been for years.**

Chris just doesn't like the fact that I "outed" him 15 years ago by citing his "40 Day Implementation" spam posts in the then somewhat popular alt.quality newsgroup on USENET. He simply can not stand any discussion in which someone disagrees with him or criticism of his advertising claims.

I will say this: Chris does have some valid points which I agree with from time to time.

And I'm sure Chris has some followers. More power to him.

Where Chris looses it is with his bi-polar episodes 😀 where he goes off the deep end as he did in the email to in the first post in this thread. He has also telephoned me and sounded like a raving lunatic. I have a number of his emails to me which I could post, but won't. I posted the one I did because I was in a bad mood when I got up that morning and it just really was not the way I wanted to start my day. 😟

On the other hand, over the years he sent me a couple of "nice" email requests to delete a few posts, which I did, which started out OK, but then he went into over drive *demanding* more. Most of this has been discussed in this and other threads. Had he been diplomatic and reasonable he would have gotten his wish. As an FYI, this software has versioning so all changes to threads and posts are logged. I can, for example, go back and show the history of a thread, including the times I deleted some threads that he requested be deleted. But - When he then came back and wanted MORE deleted, and in rather nasty emails, I ended up "un-deleting" all the threads that he asked me to delete. Why play nice with a psychopath?

I will say his attacks on Elsmar (me for all intents and purposes) on Twitter and on LinkedIn are providing me a good amount of humor as of late. I hope he keeps it up. 😄 😆

On the other hand, I *still* say his "40 Day Wonder" implementation is misleading, to say the least, now just as it has been for around 15 years now.




EXHIBIT E

10th August 200?, 05:07 AM                                              Post Number #12

**Marc**

Total Posts: 24,571

---

And here is the latest from the front:

++++++++++++++++++++++++++++++
I wasn't going to post this exchange, however it appears Christopher Paris has decided to write to individual members of the Cove forums. I present the following for everyone's amusement:
++++++++++++++++++++++++++++++++++++++++++++++++++++++++
To all NG readers:

For those of you who might be interested, I place the following into the public domain of this NG and the internet as a whole. It is quite obvious the guy is a bit of a wingnut and I had not planned to post this partial exchange of e-mails. However, it seems Christopher has chosen to write e-mails to many Cayman Cove forum members. These e-mails to forum members are, of course, more of his advertising and rhetoric.

Christopher took up this cause before - last year as I remember - when he initiated a brief hate campaign against my following the common practice of repeating interesting news group postings in the Cayman Cove forums as if the News Groups are somehow copyright protected and as if fair use doesn't exist. I do this to promote discussion on topics I believe are important. Many, many sites do this same thing. For almost 6 years the Cayman Cove has been helping people for free in quality assurance issues through the Cayman Cove public forums. I have spent thousands of dollars and thousands of hours of my time in order to help keep people informed at no cost to them.

Several forum members wrote me and attached copies of the advertisement Christopher sent them. As is obvious, he got the e-mail addresses from the Cove forums. I personally don't see this as a big issue but then again some others might.

If you read through, my complaint is based mainly on 3 issues:

1. Christopher SPAMs the NG - Well, we've all gotten used to him doing that so it's not a 'giant sized' issue.

2. He categorizes consultants and depreciates us as if he him self is not a consultant - which he most surely is by definition. This really does get my goat, so to speak. Like the pot calling the kettle black. I have to admit, this really pisses me off.

3. His advertisement copy is misleading and deceptive to say the least. The '40 day' plan is admittedly not impossible for SOME companies, but for most companies it is a pipe dream. My pappa used to tell me "If it seems too good to be true, it usually is. Make decisions carefully." Unfortunately, as we all know, some folks just can't get it through their heads that buying more magazine subscriptions does not give you a statistically better chance at winning the Publishers Clearinghouse Sweepstakes drawing.

Christopher's miracle '40 day plan' has been discussed before at some length. One such recent discussion (which was prompted by Christopher's SPAMMING the NG) is at:
http://Elsmar.com/ubb/Forum9/HTML/000066.html

EXHIBIT
F

Whether or not Christopher is 'happy' about others discussing his '40 day plan' is of no concern to me. Nor do I feel it requisite to notify everyone and every company which we discuss that they are, in fact, being discussed. That's simply silly.

In the discussion linked to above you will note that it was started as, and continues as, a discussion of Christopher's 40 day Wonder 'program'. It is not, as he stated in so many words, a controlled attack on his imnplementation methodology. Rather, it was and is a discussion of it. It is obvious Christopher does not like such discussion unless HE can CONTROL the discussion any more than politicians want details of their programs and meetings revealed, not to mention their 'youthful indiscretions'. It makes it difficult when someone challenges your claims and all the IFs and conditions are pointed out. When people find out the details the smoke and mirrors fade away and the essence is laid bare.

At one point Christopher states:
-> Your behavior on the newsgroup, your website and in
-> business only solidify my opinion of traditional
-> consultants as bottom-feeders

Gee... We're all bottom feeders. Maybe there's a law somewhere....

If you peruse his advertisement and his e-mails herein, I believe you will see who the anti-Christ is.

Christopher went to the forums, copied peoples e-mail addresses of readers and sends them each his advertising and hate e-mails. This is from his 'propaganda base' sent to many forum members:

-> I am not about to add further credence to Cayman's
-> ill-advised practice of robbing newsgroup posts to build
-> its site content, and failing to notify the original
-> authors. Only by a thorough search did I happen to find
-> his latest thread, criticizing my company under very
-> controlled conditions. This is certainly not a criticism
-> of the contributors, just the methods of its moderator.

Let me first start out by again saying read the discussion thread. His claims were posted, including a link to his site. From there people made their own comments about Christopher's company's claims. I don't call this "controlled criticism'.

And - Robbing NG posts? Come on, now, really. As if NGs are not public domain. Forum members know I scour NGs, ListServes, news postings and many other resources for interesting topics to bring to light for discussion. Is this my nefarious method of building my sites 'hits'? Well, I guess everyone can have a conspiracy theory. We at the Cove try to keep up with what's new. With what's happening. And what's interesting. I do this because I care. I believe in vigorous discussion. After almost 6 years on the internet I am well past the stage where 'hits' were impotant. People come to the Cove, including the forums, for information and help. And we're there for them.

At this point I will end my narrative and let the e-mail exchanges speak for them selves.

***************************

Received: from hotmail.com (oe57.law11.hotmail.com [64.4.16.192]) by qs9000.com (8.11.2) id f78LY2442585; Wed, 8 Aug 2001 15:34:02 -0600 (MDT)
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC;
Wed, 8 Aug 2001 14:33:52 -0700
X-Originating-IP: [24.26.87.234]

From: "Christopher Paris"
To: "Marc Smith"
Subject: Re: How to get ISO 9001 registered in 40 days
Date: Wed, 8 Aug 2001 17:33:49 -0400

Marc:

I currently contract as an RAB certified registration auditor with at least two registrars of Cayman clients. I have already had to recuse myself from registration audits of these clients because of our previous interactions. The conflict of interest extends to any public comments I might make on your clients' consultant (that is, Cayman), so cannot respond to your post. I am sure that you understand this is to abide by our profession's (and the RAB's) ethical guidelines.

Rest assured, I will NOT audit a Cayman client.

As for my post, sorry I can't fulfill your desire for a fight. Let the folks on the newsgroup think you won. If you'd like to chat about this, feel free to call me at 863-651-3750.

Please do not reprint this private correspondence on your site or elsewhere; this was written for your eyes only.

Christopher

*******************************************************
## My response:

Date: Thu, 09 Aug 2001 08:53:17 -0400
Subject: Re: How to get ISO 9001 registered in 40 days
From: Marc Smith
To: Christopher Paris

On 8/8/01 5:33 PM, Christopher Paris at oxebridge@hotmail.com wrote:

> Marc:
>
> I currently contract as an RAB certified registration auditor with at least
> two registrars of Cayman clients. I have already had to recuse myself from
> registration audits of these clients because of our previous interactions.

Simply silly. I don't like UL because it's stringent but I'll prepare a client for them. I see no reason for you to preclude yourself from any of my clients registration or surveillance audits simply because there are areas we personally disagree on. I see absolutely no conflict of interest there.

> The conflict of interest extends to any public comments I might make on your
> clients' consultant (that is, Cayman), so cannot respond to your post.

So far, almost to a client, every registration audit has brought unsolicited positive comments from the auditors including "...you really got your money's worth..." The last registrar pulled me aside after the audit when we were at our cars leaving and told me how impressed he was with what I had done for the client. He wanted to discuss my implementation methodologies.

I wouldn't expect you to comment negatively without a reason and evidence. Since I have never had a client even come close to failing an audit, I'm not sure there's much you could say except that maybe you 'personally' might have done something differently. If you were to audit one of my clients I would expect you to assess them on their systems and compliance - not on who helped them.

> I am sure that you understand this is to abide by our profession's
> (and the RAB's) ethical guidelines.
>
> Rest assured, I will NOT audit a Cayman client.

I have no idea why not. You're supposed to be auditing them, not me. As an auditor, I would assume you would not savage a company during an audit simply because I helped them through their implementation. I would be more than happy for you, or any other auditor, to audit any of my clients - past, present or future. Raising the 'ethics' issue is a red herring and you know it.

> As for my post, sorry I can't fulfill your desire for a fight. Let the
> folks on the newsgroup think you won.

It's not 'a fight'. Nor is it a matter of win or loose. It's a matter of sticking with facts and not name calling. It's a matter of being honest. I personally responded to your NG post because I get tired of hearing one consultant tell folks other consultants are assholes - but that you are different, that you're not a consultant. What you say may be good advertising copy, but it's not accurate and it's inflammatory.

As I said, there are a number of threads on NGs and BBSs about your advertisement. Few say a 40 day 'implementation' is impossible (and I agree) - IF---- and a litany of IFs follows. Most simply laugh as we all know the typical company will not be 'eligible' for the 40 day program. Most are, shall we say, disappointed that you denigrate consultants as you do.

> If you'd like to chat about this,
> feel free to call me at 863-651-3750.
>
> Please do not reprint this private correspondence on your site or elsewhere;
> this was written for your eyes only.
>
> Christopher Paris

Bottom line is if you slam consultants you should be ready to be slammed right back.

Regards!

Marc T. Smith
Cayman Business Systems
8466 Lesourdesville - West Chester Road
West Chester, OH 45069-1929

*****************************************************
## Then I got this:

From: Bill
Subject: FW: 40-Day ISO 9000 Implementations
Date: Thu, 9 Aug 2001 13:08:10 -0400

Marc,

I guess you put a burr under his saddle. As for the remark regarding "Cayman Business Systems does not sell, give away or in any way reveal/communicate any information about anything to any person, any company or any other entity inclusive of log files, e-mail addresses and cookie information." "If that were true, I wouldn't be writing you right now.", I say who cares? He could have sent this to me using the e-mail function in the Cove. It doesn't matter. Profiles are posted, e-mails provided, voluntarily, with issues of confidentiality a non issue. Go for him, as only you

know how. What a gas!

Bill

-----Original Message-----
## Then a hot one from Mr. Christopher to another Froum Member:

From: Christopher Paris
Sent: Thursday, August 09, 2001 11:54 AM
To: wef at tenergywater.com
Subject: re: 40-Day ISO 9000 Implementations

I am not about to add further credence to Cayman's ill-advised practice of robbing newsgroup posts to build its site content, and failing to notify the original authors. Only by a thorough search did I happen to find his latest thread, criticizing my company under very controlled conditions. This is certainly not a criticism of the contributors, just the methods of its moderator.

Anyone interested in details of 40-Day Implementations email me directly. I would be glad to talk about Rapid implementations, not from a sales or marketing aspect, but to answer your specific questions. There are no "secret tricks." I can tell you I am honestly and totally astounded that it would take any consultant MORE than 40 days to implement ISO 9000, and might have a few questions of my own for you.

You may also wish to review Cayman's published privacy policy against its practice:

"Cayman Business Systems does not sell, give away or in any way reveal / communicate any information about anything to any person, any company or any other entity inclusive of log files, e-mail addresses and cookie information."

If that were true, I wouldn't be writing you right now.

Christopher

This is a private communication, not to be reposted in any public forum without the author's approval.


## I guess Christopher is fishing for customers from Cove forum participants.
*************************************************

Date: Thu, 09 Aug 2001 13:46:40 -0400
Subject: Re: 40-Day ISO 9000 Implementations
From: Marc Smith
To: Bill

Well, he's written me twice - I responded once. Shall we say BIG BURR in the ol' saddle! I had no idea he responded to you as well!

-> "Cayman Business Systems does not sell, give away or in
-> any way reveal/communicate any information about anything
-> to any person, any company or any other entity inclusive
-> of log files, e-mail addresses and cookie information."
-> "If that were true, I wouldn't be writing you right now."

This is basically true in the case of e-mails - there are a lot floating around but that's pretty much routine and they are not used for tracking or sold or anything. But yeah - he's being a pompous *** as far as I'm concerned. Not to mention that, like is so often done in politics and

the news, Christopher cites one part of the Cove privacy policy ( http://Elsmar.com/entry2.html at the bottom of the page), takes it out of context and - well, you've seen it before so..... It's like listening to Rush.

I honestly wanted to **** him off and I told him why. I do not like fools like him berating consultants when he himself is one. His SPAMMING the NG is not surprising - he does it now and again. But like I say - he uses "fightin' words" in his advertisement copy. I'd shut up if he didn't use such bull in his SPAM. Our exchange went like this (my reply to his first e-mail - which, of course, includes his original text to me):

*********************
Here I copied him on Christopher's e-mail to me and my response above.
*************************
-------------------------
NOW - if you want to talk about a burr in his saddle, he then sent me the following (which I really haven't read in detail and don't plan to respond to - although I would LOVE to in public just to REALLY **** him off... This has reached the absurd. Anyway, here's his last epistle to me:
-------------------------
Marc:

For reasons only known to you, you've personalized the debate. You take my criticisms of consultants as a whole as a personal insult, and respond with personal attacks, accusations, false quotes, intentional misinterpretations and (worse still) vulgarity. You have consistently and publicly represented me personally as a liar, with the direct intent to dissuade companies from using me personally; that is quite a different tack to take then pointing out deficiencies in an industry, and the legality of that tack is in question. You have subsequently insulted all of our current clients in the process. And you blithely drop your own clients' names while doing it, which is an inexcusable ethical error.

Not sure why you aren't aware of the professional ethics guidelines, but I am. Your clients are better for it.

Your behaviour on the newsgroup, your website and in business only solidify my opinion of traditional consultants as bottom-feeders who have to pick fights to gain clients. That's not what my company is about, and exactly the reason I distance myself from your ilk. You'll note, however, that I give you the respect not to publicly air my opinion of you personally, which is why (again) I disallow you from reposting this private email in any forum.

Does this mean I won't market or contribute on the newsgroup? Not at all. In fact, I appreciate that your posts satisfy two major needs for me: (1) they drive hits to my site, and (2) they prove my point about consultants. But I could do without the libel.

As for any threads regarding our programs, I only contribute to that single newsgroup. If you have transported them again to your own commercial forum in order to boost your site's content & traffic, and to criticize my company & clients behind their backs, you have not (again) notified me as per my previous request. And that's *exactly* the kind of behaviour that (thankfully) separates folks like you and myself.

*******************************************

From: Bill
To: "'Marc Smith'"
Subject: RE: 40-Day ISO 9000 Implementations
Date: Thu, 9 Aug 2001 14:03:04 -0400

Marc,

It appears that this individual has a lot of free time on his hands to spend it festering, sending e-mails to you, and now, Cove participants. If you do decide to respond, please mention that a few of the Cove participants aren't too happy with his unsolicited e-mail about topics that they could care less about(I'm sure you will get more). In fact, the very tone of his message is childlike, very unprofessional, personal in nature and what I consider a waste of my valuable time and his. Additionally, you can post this, if you choose, as an example. After all, I didn't post his message to a public forum as "warned" about. As for his instructions to me about that very thing, I'll send them anywhere I choose. I don't work for him and intrusion into my workplace and personal e-mail is what I consider "unethical" practices. So there!

Bill

-----Original Message-----
From: Marc Smith
Sent: Thursday, August 09, 2001 1:47 PM
To: Bill Fennelly
Subject: Re: 40-Day ISO 9000 Implementations


Well, he's written me twice - I responded once. Shall we say BIG BURR in the ol' saddle! I had no idea he responded to you as well!

-> "Cayman Business Systems does not sell, give away or in
-> any way reveal/communicate any information about anything
-> to any person, any company or any other entity inclusive
-> of log files, e-mail addresses and cookie information."
-> "If that were true, I wouldn't be writing you right now."

This is basically true in the case of e-mails - there are a lot floating around but that's pretty much routine and not used for tracking or sold or anything. But yeah - he's being a pompous *** as far as I'm concerned.

I honestly wanted to **** him off and I told him why. I do not like fools like him berating consultants when he himself is one. His SPAMMING the NG is not surprising - he does it now and again. But like I say - he uses "fightin' words" in his advertisement copy. I'd shut up if he didn't use such bull**** in his SPAM. Our exchange went like this (my reply to his first e-mail - which, of course, includes his original text to me):

********************

Date: Thu, 09 Aug 2001 14:27:06 -0400
Subject: Re: 40-Day ISO 9000 Implementations
From: Marc Smith
To: Bill

I'm going to wait it out for a bit and enjoy. I'm working on the web site and - well, half fun and half work. It's pretty much a hobby as anything else.

I agree with your evaluation of the discourse which has passed and of your evaluation of his 'personality'. So it goes. I don't know that I'll post it because it took on a lot of anger and hate. I'm not sure it would benefit anything or anyone. I pretty much believe people with minds see through the facade he presents. The rest buy the National Enquirer and/ or People at the grocery and watch FOX newstainment. And they believe it all. I don't worry about them. I'd be up nights if I did.

Thanks for the comments! Always nice to know one is not alone in the boat, so to speak.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: Thu, 9 Aug 2001 12:06:33 -0700 (PDT)
From: James
To: Christopher Paris
Subject: re: 40-Day ISO 9000 Implementations

Christopher,

I wish I knew what you were talking about. By the way, what company do you represent? Sounds like P.J.

Cayman Cove is just a group of people, some new and some professionals that try to help juggle the specifics of the different quality systems. Anything that is posted is posted by members and people trying to untangle the regulations.

ASD...


On Thu, 9 Aug 2001 11:54:06 -0400, Christopher Paris wrote:

| I am not about to add further credence to Cayman's ill-advised practice of
| robbing newsgroup posts to build its site content, and failing to notify the
| original authors. Only by a thorough search did I happen to find his latest
| thread, criticizing my company under very controlled conditions. This is
| certainly not a criticism of the contributors, just the methods of its
| moderator. I would be glad to talk about
| Rapid implementations, not from a sales or marketing aspect, but to answer
| your specific questions. There are no "secret tricks." I can tell you I am
| honestly and totally astounded that it would take any consultant MORE than
| 40 days to implement ISO 9000, and might have a few questions of my own for
| you.
|
| You may also wish to review Cayman's published privacy policy against its
| practice:
|
| "Cayman Business Systems does not sell, give away or in any way reveal /
| communicate any information about anything to any person, any company or any
| other entity inclusive of log files, e-mail addresses and cookie
| information."
|
| If that were true, I wouldn't be writing you right now.
|
|
| Christopher Paris
|
| This is a private communication, not to be reposted in any public forum
| without the author's approval.

*******************************

So folks, that's the scoop.
As Fox News says: We Report - You Decide!

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Regards!

Marc T. Smith
Cayman Business Systems
8466 Lesourdesville - West Chester Road
West Chester, OH 45069-1929

*********************************************************

This message is NOT a PRIVILEGED AND/OR CONFIDENTIAL communication. No e-mail is....

Whether or not you are the intended recipient, you and I both know you can read, copy, or use it, and disclose it to anyone you like. You can post it on the internet or in any public forum or venue in any format, including, but not limited to, electronic, internet, print, or photocopy, on your local grocery store public postings board or anywhere else. To think an e-mail is anything otherwise is silly wishful thinking only a lawyer or a fool would expect. If you have something to hide from the public, I suggest you consider another method of communication. But remember - Even a FAX can be easily intercepted.

## Wes Bucey
16th October 2014 01:42 AM

### Re: "What to do about this forum - Part II"

Quote:

> In Reply to Parent Post by **Marc** (Post 561236)
> Chris Paris likes Chris Paris. Essentially Chris Paris is a paranoid stalker. Why else would he visit here? He doesn't like me and wants me to remove all negative posts here about him and/or his company. He even asked me how much $ I wanted to remove the threads he and/or his company are mentioned in. Especially the "40 Day Wonder" thread from something like 15 years ago.

Yes, all true. Oddly, though, he and his company still survive when countless others have turned into little balls of dust under the bed. I still laud him for some really creative parodies, especially the one spoofing ISO, called Eyesore.

If he's dishing out pure bunk, some folks who should know better are buying his stuff. His latest blurb lists clients as:
an ISO 9001 and AS9100 consulting firm whose clients include SpaceX, Lufthansa, L3 Communications, and more than 200 small and medium sized organizations.
Heck, at my peak, I never had more than 30 consulting clients in a year. Consulting takes time and effort, but the marketing, negotiating, and logistics of running a consulting business take more time if the consultant is really acting as a consultant and adviser, not just a publisher of boiler plate documents designed to pass minimum muster with an outside audit team taking a brief snapshot of a company.

I'd dearly love a tete a tete with someone at SpaceX for a frank assessment of the value received.:evidence:???

## Marc
16th October 2014 02:34 AM

### Re: "What to do about this forum - Part II"

There is always someone watching TV at 2 in the morning who will send their money for the "Miracle Cure". That is the Oxebridge NewsGroup SPAM - Chris Paris - The 40 Day 'Wonder' Implementation - A Scam or not? I spoke against many years ago. It is that thread that still has Chris Paris "unhappy".

I have no doubt that his company has had a lot of successful implementations over the years. My original complaint, so to speak, was essentially related to "false advertising", and that was back in the newsgroups back some 15 years ago. Forty Days - Can be done, but rarely.

I say: Let Chris Paris be Chris Paris. His/his company's successes are real. Then again, in all my years of implementations I never had a registration audit failure first time around. ISO 9001, ISO 14001 (a real easy one), etc. aren't rocket science. Sorry - Not impressed. I remember back in 2004 I took an ISO 14001 Lead Auditor course which Randy taught.
http://elsmar.com/jpg/Marc T Smith - ...2004 - 800.jpg
It was easy. Randy did remark on the feedback that I needed "experience in the field". I passed the course, though, and went on to do a number of first audit successful ISO 14001 implementations. None the less - I do agree that experience in the field is definitely "Value Added".

I don't follow Paris and his company's scope of standards which they work with, so I don't really know what they're into. I do know that these "standards" like ISO 9001 and ISO 14001 are simple. As I have said for years - If a company can't get through an ISO 9001 audit they have some very basic problems. One ISO 9001 implementation in a large company in 1996-97 paid for my house...

Where you come into expertise is in aspects such as Regulated Environments where ISO 9001 and ISO 14001 are just (my opinion) an added expense. That is where experience makes a **significant** difference because you're dealing with federal, state and local regulations (and in many cases specific various national requirements) queue Regulatory Affairs experience ( http://Elsmar.com/Forums/tags.php?ta...als+society%29 )... :2cents:

**EXHIBIT G**

The time now is 01:53 PM. All times are GMT -4.

20th October 2014, 01:36 PM     Post Number #9



**_Marc_**

Total Posts: 24,571

**Re: Chris Paris - At it again - October 2014**

Quote:
> *In Reply to Parent Post by* **Steve Prevette**
>
> Will be interesting to see if you get any word from his attorney.

As I read it, he is demanding that my attorney contact his attorney. The old Hollywood "Have your guy contact my guy" thigie. By harassing me (and others) he's just doing the "Striesland" and "Oatmeal" effects.

As an aside, knowing he wouldn't have the money, I did offer to sell Elsmar to him for US$450K. The price to him is now up to S$2,000,000. Selling Elsmar to him would significantly damage my personal reputation so there is an extra charge if he wants to buy it. As a worst case I'd rather give Elsmar away to someone or a company that I know would continue on with Elsmar's tradition of People Helping People.



EXHIBIT H