UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

                         Plaintiff,                               Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

                         Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

       I hereby disclose the following pursuant to this Court's interested persons order:

1.  the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publically traded companies that own 10% or more of a party's stock and all other identifiable legal entitles related to any party in the case:

    1.  Christopher Paris, Plaintiff
    2.  Oxebridge Quality Resources, LLC, Plaintiff
    3.  Marc Timothy Smith, Defendant
    4.  Cayman Business Systems, Defendant
    5.  William R. Wohlsifer, PA counsel for Plaintiff
    6.  William R. Wohlsifer, Esquire, counsel for Plaintiff

2.  the name of every other entity whose publically-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
    1.  None

3. the name of every other entity which is likely to be an active participant in proceedings, including the debtor and members of the creditors' committee (or twenty of the largest unsecured creditors) in bankruptcy cases:

    1. None.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    1. Oxebridge Quality Resources, LCC

    2. Christopher Paris – sole member of Oxebridge Quality Resources, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 8th day of January, 2015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via Florida Courts E-Filing Portal as of January 8, 2015.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No:  86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel:  (850) 219-8888
Fax: (866) 829-8174
E-Mail:  william@wohlsifer.com