AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS, individually, <br><br> *Plaintiff(s)* <br> v. <br> MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS, <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. 8:15CV0011-EAK-TBM ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marc Timothy Smith
8466 LeSourdsville-West Chester Road
Olde West Chester, Ohio 45069-1929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bill Wohlsifer, Esquire
William R. Wohlsifer, P.A.
1100 E. Park Ave, Ste B
Tallahassee, FL 32304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 9 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS, individually, | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | ) | Civil Action No. |
| MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS, | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cayman Business Systems
8466 LeSourdsville-West Chester Road
Olde West Chester, Ohio 45069-1929


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bill Wohlsifer, Esquire
William R. Wohlsifer, P.A.
1100 E. Park Ave, Ste B
Tallahassee, FL 32304


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*