UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiff,                                       CASE NO.: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS, individually, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 hereby discloses the following:

1. Any parent corporation and any publicly held corporation owning 10% or more of its stock:

    None.

    Dated this 12th day of January 2015.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via Florida Courts E-Filing Portal as of January 12, 2015.

                                              Respectfully submitted by:

                                              **WILLIAM R. WOHLSIFER, PA**

                                          By: /s/ William R. Wohlsifer_____
                                              William R. Wohlsifer, Esquire

                                          Fla. Bar No:  86827
                                        1100 E Park Ave Ste B
                                        Tallahassee, Florida 32301
                                        Tel:  (850)219-8888
                                        Fax: (866)829-8174
                                        E-Mail:  william@wohlsifer.com