https://twitter.com/ElsmarCove/with_replies

 **Marc Smith** @ElsmarCove · Feb 15

Chris Paris of @Oxebridge waits 14 years to file complaint against @Elsmarcove - #firstamendment

0 replies 0 retweets 0 favorites

 **Marc Smith** @ElsmarCove · Feb 15

@oxebridge and @Wohlsifer try to to prohibit #freespeech - elsmar.com/Oxebridge-Pari …

0 replies 0 retweets 0 favorites

 **Marc Smith** @ElsmarCove · Feb 15

@oxebridge - Preventing #FirstAmendment free speech - elsmar.com/Oxebridge-Pari …

0 replies 0 retweets 0 favorites

More

 **Marc Smith** @ElsmarCove · Feb 15

@Oxebridge doesn't respond to Marc's offer to "settle" re: Paris' Public offer to settle - #FirstAmendment

0 replies 0 retweets 0 favorites

 **Marc Smith** @ElsmarCove · Feb 15

@Oxebridge Blackmail Continues - Chris Paris and @wohlsifer in cahoots to obstruct #fisrtammendment

0 replies 0 retweets 0 favorites

 **Marc Smith** @ElsmarCove · Feb 15

Chris Paris of @Oxebridge doesn't respond on Marc's offer to "settle" in response to Paris' Public offer to settle - elsmar.com/Oxebridge-Pari …

0 replies 0 retweets 0 favorites


EXHIBIT A

