Defendant's Pro Se Defense Notification - Case 8:15-cv-00011-EAK-TBM

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case number: 8:15-cv-00011-EAK-TBM

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,
And d/b/a/ CAYMAN BUSINESS SYSTEMS

Defendants.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

Filed: January 5, 2015 (according to JUSTIA Dockets & Filings)

---

NOTICE OF APPEARANCE

I hereby notify the clerk that I am appearing pro se as the Defendant in this case. You will please enter my appearance of record Pro Se as Defendant in the above styled cause. All notices regarding the case should be sent to me at the address

Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069 Tel: 513 720-0600
Page 1 of 2 - Printed February 8, 2015

below. If my mailing address changes, I will promptly notify the court clerk in writing of my new address.

Further, I certify: All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on this notice.

Dated this 9th day of February, 2015.

                         Marc Timothy Smith (Defendant pro se)

                         By: *[signature]*

                         8466 Lesourdsville-West Chester Road

                         West Chester, Ohio 45069-1929

                         Tel: 513 720-0600

Certificate of Service

The undersigned certifies that a copy of the foregoing was served by U.S. Mail to William R. Wohlsifer. PA, Mailed on 9 February, 2015.

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for Plaintiff)

*[signature]*
Defendent

Electronic copy at: http://elsmar.com/Oxebridge-Paris-Lawsuit-2015/