**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:15-cv-11-T-17TBM | **DATE:** | March 3, 2015 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| OXEVRIDGE QUALITY RESOURCES, INTL.<br><br>v.<br><br>MARC TIMOTHY SMITH | | **PLAINTIFF'S COUNSEL**<br>William Wohlsifer | |
| | | **DEFENSE COUNSEL**<br>Pro Se | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 3:44-4:20 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:**  Status Conference

**All parties appeared by phone.  Parties agree to meet to possibly agree to a stipulation to possibly resolve issues regarding preliminary injunction.  Court will check back with parties in 7-10 days to see if progress is being made.  Hearing on motion for preliminary injunction set for 4/27/2015 at 10:00 a.m. if not resolved.**