**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**OXEBRIDGE QUALITY
RESOURCES INTERNATIONAL,
LLC, and CHRISTOPHER PARIS,**

    **Plaintiffs,**

**v.**                                        **Case No. 8:15-cv-11-T-17TBM**

**MARC TIMOTHY SMITH d/b/a
CAYMAN BUSINESS SYSTEMS,**

    **Defendant.**
_____/

**ORDER AND NOTICE OF HEARING**

      THIS CAUSE is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 9) and Amended Motion for Preliminary Injunction (Doc. 14). A status conference on this matter was held on March 3, 2015.

      The hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. 9) and Plaintiffs' Amended Motion for Preliminary Injunction (Doc. 14) is calendared for **April 27, 2015, at 10:00 a.m. in courtroom 12B, the United States Courthouse, 801 N. Florida Ave., Tampa, Florida**. The matter will proceed by way of arguments as supplemented by written and documentary submissions. It is not anticipated that testimony will be taken. At least **seven (7) days** prior to the hearing, the parties shall confer and identify and/or exchange any declarations, affidavits, or other documentary evidence on which they intend to rely.

      As addressed at the status conference, it appears that the disputes outlined in these Motions may be resolved short of a hearing. The parties are encouraged to confer in an effort

to arrive at a stipulation that will avoid the necessity of further costly proceedings on the Motions. The undersigned stands ready to assist in those discussions if necessary.

    **Done and Ordered** in Tampa, Florida, this 3rd day of March 2015.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
*Pro* se Defendant