<u>Defendant Pro Se Motion For Permission For Electronic Case Filing - Case 8:15-cv-00011-EAK-TBM and 8:15-cv-11-T-17TBM</u>

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Name: Marc Timothy Smith

Address: 8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Phone: 513 720-0600

Email Address: marcsmith102@cinci.rr.com

*Pro Se*

**Complaint Case number: 8:15-cv-00011-EAK-TBM**

**And**

**Track 2 Case number: 8:15-cv-11-T-17TBM**

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING (PACER SUBMISSION ACCESS)**

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,

and d/b/a/ CAYMAN BUSINESS SYSTEMS

Pro Se Defendant.

---

<u>Defendant Pro Se Motion For Permission For Electronic Case Filing - Case 8:15-cv-00011-EAK-TBM and 8:15-cv-11-T-17TBM</u>

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

### Case number: 8:15-cv-00011-EAK-TBM
### And
### Track 2 Case number: 8:15-cv-11-T-17TBM

As (the Defendant Pro Se) Marc Timothy Smith in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   a. A computer with internet access;
   b. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   c. A scanner to convert documents that are only in paper format into electronic files;
   d. A printer or copier to create required paper copies such as chambers copies;
   e. A word-processing program to create documents; and
   f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

<u>Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road West Chester, Ohio 45069 Tel: 513 720-0600</u>
Disk File Name: "PACER Motion 8 15-cv-00011-EAK-TBM 20150301.docx"
Page 2 of 3 - Actual Print Date: March 2, 2015

Defendant Pro Se Motion For Permission For Electronic Case Filing - Case 8:15-cv-00011-EAK-TBM and 8:15-cv-11-T-17TBM

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted using the US Postal Service Certified Mail this 2rd day of March 2015.

Marc Timothy Smith (Defendant pro se)

By: *[signature]*

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

Email: marcsmith102@cinci.rr.com

Date: 2 March 2015

I certify that a copy of this document is being furnished by mail on the same date to the court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for Plaintiff)

*[signature]*

Marc Timothy Smith (Defendant pro se)