UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

      Plaintiff,      Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
      Defendants.
_____/

## JOINT MOTION FOR LEAVE TO WAIVE "IN PERSON" REQUIREMENT FOR CASE MANAGEMENT REPORT MEETING

 COME NOW, the Plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS (cumulatively "Plaintiffs"), by and through their undersigned counsel, and hereby file this Joint Motion for Leave to Waive "In Person" Requirement for Case Management Report Meeting with defendants, MARC TIMOTHY SMITH, individually ("SMITH") and d/b/a CAYMAN BUSINESS SYSTEMS ("CAYMAN") cumulatively ("Defendants") and state as follows:

1. A meeting must be held between the parties within sixty days of the service of the complaint in order to prepare the Case Management Report. **[Dkt. 8]**

2. Plaintiffs' counsel's principal place of business and residence is in Tallahassee, Florida.

3. *Pro se*, Defendants' residence and principal place of business is in Ohio.

4. Defendants' do not object to completing the Case Management Report via a telephonic meeting.

5. Moreover, the parties have conferred at length by phone and are confident that full agreement can be reached on a proposed Case Management Report.

6. Plaintiffs move for leave to waive the "In Person" requirement to conduct the Case Management Conference.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF Portal as of March 17, 2015, and has been furnished by US Mail to Marc Smith at 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929.

Respectfully submitted:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No:   86827
1100 E Park Ave, Ste B
Tallahassee, Florida 32301
Tel:   (850)219-8888
Fax:   (866)829-8174
E-mail: william@wohlsifer.com