## IN THE UNITED STATES DISTRIC COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case number: 8:15-cv-00011-EAK-TBM

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.


Plaintiffs,


Vs.


MARC TIMOTHY SMITH, individually,

and d/b/a/ CAYMAN BUSINESS SYSTEMS


Defendants.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT


I hereby disclose the following pursuant to this Court's interested persons order:

Defendant Pro Se's Certificate of Interested Persons – Case 8:15-cv-00011-EAK-TBM

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> Marc Timothy Smith
> *NOTE: D/B/A Cayman Business Systems (formerly a Sole Proprietorship) has not existed since 2001 and never had any employees either direct or temporary or contract.*

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> None.

3.) The name of every other entity which is likely to be an active participant in the proceedings:

> None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> Plaintiff Christopher Paris, Oxebridge Quality Resources LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted using the US Postal Service this 12th day of March 2015.

Marc Timothy Smith (Defendant pro se)

By: ~Marc Smith~

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

Email: marcsmith102@cinci.rr.com

I certify that a copy of this Certificate of Interested Persons is being furnished by mail on the same date to the court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for Plaintiff)

~marc smith~

Defendant