UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, et al.,

      Plaintiffs,

v.                              CASE NO. 8:15-CV-11-T-17TBM

MARC TIMOTHY SMITH d/b/a
CAYMAN BUSINESS SYSTEMS,

      Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 9    Motion for Preliminary Injunction
Dkt. 12   Response
Dkt. 14   Amended Motion for Preliminary Injunction
Dkt. 25   Response
Dkt. 33   Joint Stipulation on Injunction

The Parties have entered into a Joint Stipulation on Plaintiff's pending Motions for Preliminary Injunction, which is attached to this Order (Exhibit 1).

After consideration, the Court approves the Joint Stipulation. The Motion for Preliminary Injunction and Amended Motion for Preliminary Injunction are granted in accordance with the terms of the Joint Stipulation. Accordingly, it is

**ORDERED** that the Joint Stipulation (Dkt. 33) is **approved**; the Motion for Preliminary Injunction and Amended Motion for Preliminary Injunction are **granted** subject to the terms of the Joint Stipulation; the Court **retains jurisdiction** for the purpose of enforcement of the terms and provisions of the Joint Stipulation.

Case No. 8:15-CV-11-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of March, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record