<u>Defendant Pro Se's "In the Interest of Justice" Docket Submission - 20150413 - Case 8:15-cv-00011-EAK-TBM</u>

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**Case number: 8:15-cv-00011-EAK-TBM**

**"In the Interest of Justice" Docket Submission**

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,

and d/b/a/ CAYMAN BUSINESS SYSTEMS

Defendant.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

**Case number: 8:15-cv-00011-EAK-TBM**

<u>Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road West Chester, Ohio 45069 Tel: 513 720-0600</u>
Page 1 of 4 - Printed April 23, 2015

<u>Defendant Pro Se's "In the Interest of Justice" Docket Submission - 20150413 - Case 8:15-cv-00011-EAK-TBM</u>

## "In the Interest of Justice" Docket Submission

1. Defendant is submitting this to the Court, in the Interest of Justice, to document the status of the case as evidence that the Defendant is continuing to prosecute this case and that the Defendant is not in any way abandoning pressing the case forward, nor is the Defendant trying to in any way delay, impede or obstruct the proceedings.

## Initial Disclosure

2. Defendant has submitted to the Plaintiff's attorney Initial Disclosure. It is now the 23 of April and as of the time of this mailing Defendant has yet to receive from Plaintiff's attorney Plaintiff's Initial Disclosure. This is not simply a matter of inconvenience to the Defendant, Defendant believes it is of significant importance to the mediation meeting and is a requirement of the Court as the date set in the Case Management Report which the Plaintiff's attorney crafted and submitted to the Court (Document 34).

## Mediation Meeting

3. On 13 March 2015 Defendant Pro Se "met" for the Local Rule 3.05 "In Person Meeting" by telephone. This telephone "In Person Meeting" was allowed by Plaintiff's attorney filing a Motion with the Court to do so which the Court approved (Document 29). Defendant was not aware that this was an option, however Defendant did not object to holding this meeting by telephone due to the hardships of distance and expense (travel from Ohio to Florida).

<u>Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road West Chester, Ohio 45069 Tel: 513 720-0600</u>
Page 2 of 4 - Printed April 23, 2015

Defendant Pro Se's "In the Interest of Justice" Docket Submission - 20150413 - Case 8:15-cv-00011-EAK-TBM

4. On 13 March 2015 during the Local Rule 3.05 "In Person Meeting" by telephone Mediation was discussed. Since the Defendant is not in Florida and has no knowledge of any of the persons on the Certified Mediators List for the United States District Court for the Middle District of Florida (https://www.flmd.uscourts.gov/forms/Civil/MediatorList.pdf), Plaintiff's attorney said he would chose 3 (three) from which the Defendant could chose 1 (one). It is now 23 April. Plaintiff's attorney has had 7 (seven) weeks since the "In Person Interview" required by Local Rule 3.05 to submit the names of three Certified Mediators as promised. Mediation on the Case Management Report is due 19 May. This leaves less than 20 business days as of this date (23 April) to not only chose a Mediator, but to schedule the Mediation and prepare for it including plans the Defendant must make for arrangements for travel from Ohio to Florida which includes making arrangements for someone to mind his pet whilst he is away.

5. Defendant believes this delay by the Defendant's attorney to provide the Defendant with the 3 (three) Certified Mediators he approves in a timely manner must be known by the Court so that the Court is not led to believe the Defendant is in any way trying to delay, impede or obstruct the proceedings in any way. Defendant is aggressively pursuing compliance with the dates submitted in the Case Management Report (Document 34).

I declare under penalty of perjury that the forgoing is true and correct.
Dated and respectfully submitted using the US Postal Service Certified Mail this 23th day of April 2015.

Marc Timothy Smith (Defendant pro se)

<u>Defendant Pro Se's "In the Interest of Justice" Docket Submission - 20150413 - Case 8:15-cv-00011-EAK-TBM</u>

By: *[signature]*
8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 720-0600
Email: marcsmith102@cinci.rr.com

I certify that a copy of this document is being furnished by Certified US mail on the same date to the Court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer
1100 E. Park Ave Ste B
Tallahassee, Florida 32301
(Attorney for Plaintiff)

*[signature]*
Marc Timothy Smith (Defendant pro se)