UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.  8:15-cv-00011-EAK-TBM

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,

vs.

MARC TIMOTHY SMITH,
individually, and d/b/a CAYMAN
BUSINESS SYSTEMS,

    Defendants,

MARC TIMOTHY SMITH,
individually,

    Counterclaim-Plaintiff,

vs.

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC,

    Counterclaim-Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Simeon D. Brier, Esq. and Matthew B. Criscuolo, Esq. of the law firm of Cozen O'Connor hereby give notice of their appearance as counsel for Marc Timothy Smith, individually and d/b/a Cayman Business Systems, in the above styled matter. All parties are requested to serve copies of all filings, pleadings and correspondence to undersigned counsel.

                                                                  By:  /s/ Simeon D. Brier
                                                                  Simeon D. Brier, Esq.

Florida Bar No. 525782
Matthew B. Criscuolo, Esq.
Florida Bar No. 58441
One North Clematis Street
Suite 510
West Palm Beach, FL 33401
Telephone:  (561) 515-5250
Facsimile:  (561) 515-5230
Email:  sbrier@cozen.com
Email:  mcriscuolo@cozen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: /s/ Simeon D. Brier
Simeon D. Brier, Esq.

LEGAL\22736408\1

3

## SERVICE LIST

William R. Wohsifer, , Esquire
William R. Wohlsifer, PA
1100 E. Park Avenue - Suite B
Tallahassee, FL 32301
Telephone:  850-219-8888
Fax:  866-829-8174
Email:  William@wohlsifer.com

*Attorneys for Oxebridge Quality Resources
International, LLC and Christopher Paris*