UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

Plaintiffs,                                   CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

Defendants.
_____/

## NOTICE OF MEDIATION

TO:   Marc Smith
      c/o Simeon D. Brier, Esq.
      Matthew Criscuolo, Esq.
      One North Clematis Street
      Suite 510
      West Palm Beach, FL 33401

**YOU ARE HEREBY NOTIFIED** that the undersigned has called up for hearing:

DATE:        June 5, 2015 (Friday)

TIME:        Beginning at 1:00 p.m. and continuing
             until complete

PLACE:       Charles W. Ross, Esq.
             1535 Dr. M.L. King Street North
             St. Petersburg, FL 33704
             (727) 502-5000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system as of May 13, 2015, and as of this date there are no non-Portal users.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**
By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave, Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
Fax: (866)829-8174
E-mail: william@wohlsifer.com