## Marc

3rd December 2004 05:57 PM

The only person I know of that 'for sure' got in trouble for posting in this forum was the ASQ person that Chris Paris of Oxebridge 'outted' in the ASQ forums.

However, it is a good idea to take into consideration what Wes says above especially if you post things you think 'might be taken the wrong way' by someone. On the other hand, some people are more paranoid than others.

If someone is worried, change your profile info and I can even change your user name. I've had a few people ask over the years. It's easy for me to do. Or, as Wes says, posts can be changed for up to about a week. After that editing is 'locked out'. The reason is there was a visitor who wiped out more than a year of posts - including attachments - and it took me a couple of days to get them all back. I didn't think it was quite "fair" as he had downloaded many files from here and part of the idea is to share - including ideas. BUT - If someone does want a post edited, just let me know and I can make the change for you or I can open up editing for that person for a day.

Since the site hides all actual e-mail addresses (unless you put yours in a post, of course), there's no way for anyone to use that to identify you here.

Personally, if I wouldn't say it in public, I sure wouldn't post it on an open forum.



EXHIBIT A