

**Register** | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

**Search the Elsmar Cove**

Search
**Search Elsmar**

**Monitor the Elsmar Forum**
Monitor New Forum Posts
**Follow Marc & Elsmar**
  
**Elsmar Cove Groups**

**Sponsor Links**




**Single Post View** — Discussion Thread Title: Has Anyone Been "Outed" and Got in Trouble Over Comments Made in Their Posts?

3rd December 2004, 05:57 PM — Post Number #3

**Marc** — Total Posts: 24,686

The only person I know of that 'for sure' got in trouble for posting in this forum was the ASQ person that XXXXXXXX 'outted' in the ASQ forums.

However, it is a good idea to take into consideration what Wes says above especially if you post things you think 'might be taken the wrong way' by someone. On the other hand, some people are more paranoid than others.

If someone is worried, change your profile info and I can even change your user name. I've had a few people ask over the years. It's easy for me to do. Or, as Wes says, posts can be changed for up to about a week. After that editing is 'locked out'. The reason is there was a visitor who wiped out more than a year of posts - including attachments - and it took me a couple of days to get them all back. I didn't think it was quite 'fair' as he had downloaded many files from here and part of the idea is to share - including ideas. BUT - If someone does want a post edited, just let me know and I can make the change for you or I can open up editing for that person for a day.

Since the site hides all actual e-mail addresses (unless you put yours in a post, of course), there's no way for anyone to use that to identify you here.

Personally, if I wouldn't say it in public, I sure wouldn't post it on an open forum.

*Last edited by Marc; 16th March 2015 at 01:53 PM. Reason: Edited due to lawsuit.*

Sponsored Links


Close this window

**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**



Links that Elsmar Cove visitors will find useful in your quest for knowledge:
**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SQR Consulting*
**Bob Doering's**
*Correct SPC - Precision Machining*

**NIST**'s *Engineering Statistics Handbook*
**IRCA** - *International Register of Certified Auditors*
**SAE** - *Society of Automotive Engineers*


EXHIBIT A-1

**Quality Digest** Portal
**IEST** - Institute of Environmental Sciences and Technology
**ASQ** - American Society for Quality

The time now is 04:37 PM. All times are GMT -4.
Your time zone can be changed in your UserCP --> Options.

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

| The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
|---|---|---|---|
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
NOTE: This forum uses "cookies".