**3rd October 2014, 10:42 AM** #6

**AndyN**

Posts: 7,892

Re: What is your understanding or interpretation of TS16949 7.4.1.2

> Quote:
> *In Reply to Parent Post by DavidG62*
>
> There is an interesting article on a blog I ran across the other day in regards to the certificate mills and 7.4.1.2 (ISO 9001 non-accredited certs in the automotive supply chain). It was from a group called Oxebridge.

Yes, that's Mr. Chris Paris! He's banned from this group, although he does a good job of exposing the certificate mills. He's also good at slapping everyone who doesn't agree with his viewpoint about the meaning of life, the universe and everything ISO...

As far as ISO/TS 16949 goes, any supplier (under the supplier development requirement) should have an ANAB or similar IAF member accredited certificate and if we're talking labs for calibration, then ILAC membership is preferred.

Take it from me - I've seen some of the "****" these unaccredited (or "alternately accredited") CBs offer - it's totally bogus, whether they claim to meet ISO/IEC 17021 or not.

Thanks to AndyN for your informative Post and/or Attachment!

DavidG62

**EXHIBIT B**