

**Register** | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

The Elsmar Cove Discussion Forums > ISO (International Organization for Standardization) > Standards > ISO/TS 16949 - International Automotive Quality Systems Standard

 **What is your understanding or interpretation of TS16949 7.4.1.2**

Forum User Name [ Forum User Na ]  ☐ Keep Me Logged In
Password [                    ]  [ Log in ]

**Register** | Photo Albums | Blogs ▼ | **FAQ** | Community ▼ | Calendar | **Today's Posts** | Search ▼

# QA Mgmt Document Control

QA Management Document Control Software For FDA & ISO Compliance.



**What is your understanding or interpretation of TS16949 7.4.1.2**

Search the Elsmar Cove

[            ]  [ Search ]

Google Search Elsmar

Monitor the Elsmar Forum

Monitor New Forum Posts

Follow Marc & Elsmar

Elsmar Cove Groups

Sponsor Links

Affordable software solutions for Quality Management Systems

• Document Control
• Employee Training Management
• Audit Management
• Corrective & Preventive Actions
• Calibration Control
• Preventive Maintenance
• Supplier Management

Download Free Demos on www.SundayBizSys.com





Donate and $ Contributor Forum Access

Courtesy Quick Links

**Related Topic Tags**

7.4.1.2, ts 16949 - automotive quality system standard

🖉 **Post Reply**                                               Page 1 of 2  **1**  2  >  »

Thread Tools ▼   Search this Thread ▼   Rate Thread Content ▼   Display Modes ▼

☐ 8th September 2014, 10:27 AM                                    Post Number #1

**DavidG62**                                                      Total Posts: 6

⚠️ **What is your understanding or interpretation of TS16949 7.4.1.2**

Question to the members of this forum, when you see the word accredited in TS 16949 7.4.1.2, what is your understanding or interpretation? My understanding is that the accreditation mark is a member of the IAF. Thanks...

Sponsored Links

☐ 8th September 2014, 10:44 AM                                    Post Number #2

**John Broomfield**                                               Total Posts: 2,390

💡 **Re: TS16949 7.4.1.2**

> **Quote:**
>
> *In Reply to Parent Post by **DavidG62*** 🔗
>
> Question to the members of this forum, when you see the word accredited in TS 16949 7.4.1.2, what is your understanding or interpretation? My understanding is that the accreditation mark is a member of the IAF. Thanks...

David,

Non-IAF members may argue they also operate according to ISO/IEC 17011.

Then your problem is one of evidence.

But as at June 2013 "accreditation to ISO/IEC 17025 or national equivalent is not required", according to Ford Motor Company.

All your customer may require, for now, is evidence that your lab operates to ISO/IEC 17025 or national equivalent.

John

EXHIBIT
**B-1**



**Links**

Links that Elsmar Cove visitors will find useful in your quest for knowledge:

**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SOR Consulting*
**Bob Doering's**
*Correct SPC – Precision Machining*

**NIST's** Engineering Statistics Handbook
**IRCA** - International Register of Certified Auditors
**SAE** - Society of Automotive Engineers
**Quality Digest** Portal
**IEST** - Institute of Environmental Sciences and Technology
**ASQ** - American Society for Quality

**Sponsored Links**

► ISO TS16949    ► Audit Checklist    ► ISO 9001 TS 16949    ► Uni En ISO 9001

---

8th September 2014, 11:07 AM      Post Number #3

### DavidG62      Total Posts: 6

**Re: TS16949 7.4.1.2**

> **Quote:**
>
> *In Reply to Parent Post by John Broomfield* 🔀
>
> David,
>
> Non-IAF members may argue they also operate according to ISO/IEC 17011.
>
> Then your problem is one of evidence.
>
> But as at June 2013 "accreditation to ISO/IEC 17025 or national equivalent is not required", according to Ford Motor Company.
>
> All your customer may require, for now, is evidence that your lab operates to ISO/IEC 17025 or national equivalent.
>
> John

 John,

Yes they can argue but how do they prove it? Even an accredited certification body comes under scrutiny. I read this morning on a blog stating the IATF is accepting all 'accredited' marks even ones that are fake. Not sure if it is true or not got to be careful what you read on the internet... 😜

---

8th September 2014, 11:17 AM      Post Number #4

### John Broomfield      Total Posts: 2,390

💡 **Re: TS16949 7.4.1.2**

> **Quote:**
>
> *In Reply to Parent Post by DavidG62* 🔀
>
>  John,
>
> Yes they can argue but how do they prove it? Even an accredited certification body comes under scrutiny. I read this morning on a blog stating the IATF is accepting all 'accredited' marks even ones that are fake. Not sure if it is true or not got to be careful what you read on the internet... 😜

David,

In the good ole days, each country had just one accreditation body that was recognized as its government.

Now non-IAF accreditation is becoming like the Wild West.

It's only a matter of time before the IATF, FDA or similar body has to get a grip of lab accreditation.

John

---

3rd October 2014, 09:50 AM      Post Number #5

### DavidG62      Total Posts: 6

**Re: What is your understanding or interpretation of TS16949 7.4.1.2**

There is an interesting article on a blog I ran across the other day in regards to the certificate mills and 7.4.1.2 (ISO 9001 non-accredited certs in the automotive supply chain). It was from a group called XXXXXXXXXXX.

*Last edited by Marc; 16th March 2015 at 03:36 PM. Reason: Edited due to lawsuit.*

---

3rd October 2014, 10:42 AM      Post Number #6

 **AndyN**      Total Posts: 8,384



**Re: What is your understanding or interpretation of TS16949 7.4.1.2**

> **Quote:**
>
> *In Reply to Parent Post by DavidG62*
>
> There is an interesting article on a blog I ran across the other day in regards to the certificate mills and 7.4.1.2 (ISO 9001 non-accredited certs in the automotive supply chain). It was from a group called XXXXXXXX.

Yes, that's Mr. YYYYYYYY ! He does a good job of exposing the certificate mills. He's also good at slapping everyone who doesn't agree with his viewpoint about the meaning of life, the universe and everything ISO...

As far as ISO/TS 16949 goes, any supplier (under the supplier development requirement) should have an ANAB or similar IAF member accredited certificate and if we're talking labs for calibration, then ILAC membership is preferred.

Take it from me - I've seen some of the **** these unaccredited (or "alternately accredited") CBs offer - it's totally bogus, whether they claim to meet ISO/IEC 17021 or not.

*Last edited by Marc; 18th April 2015 at 01:22 PM. Reason: Incorrect statement identified and removed - and NAME REMOVED.*

---

Thanks to **AndyN** for your informative Post and/or Attachment!

DavidG62

---

3rd October 2014, 11:09 AM     Post Number #7

**DavidG62**     Total Posts: 6

**Re: What is your understanding or interpretation of TS16949 7.4.1.2**

According to a letter that is posted in that blog from the IAOB; they are accepting ANY ISO 9001 certificate with an accreditation mark. That accreditation mark does not have to be a member of the IAF MLA.

---

3rd October 2014, 11:30 AM     Post Number #8

**AndyN**     Total Posts: 8,384

**Re: What is your understanding or interpretation of TS16949 7.4.1.2**

> **Quote:**
>
> *In Reply to Parent Post by DavidG62*
>
> According to a letter that is posted in that blog from the IAOB; they are accepting ANY ISO 9001 certificate with an accreditation mark. That accreditation mark does not have to be a member of the IAF MLA.

Hmmm - "caveat emptor" comes to mind! Sadly, they may NOT know the difference, but it's also very scary that a) they don't or b) they do, but are afraid of a law suit because of their position on preferring IAF membership!

**Post Reply**     Page 1 of 2   **1**   2   >   ▼

---

Lower Navigation Bar

The Elsmar Cove Discussion Forums > ISO (International Organization for Standardization) Standards > ISO/TS 16949 - International Automotive Quality Systems Standard
What is your understanding or interpretation of TS16949 7.4.1.2

**Do you find this discussion thread helpful and informational?**

g+1   Recommend this on Google

Share

Bookmarks

Reddit     Facebook     Google     Digg

StumbleUpon

« Previous Thread | Next Thread »

**Visitors Currently Viewing this Thread: 2** (0 Registered Visitors (Members) and 2 Unregistered Guest Visitors)



## Forum Posting Settings

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

### Similar Discussion Threads

| Discussion Thread Title | Thread Starter | Forum | Replies | Last Post or Poll Vote |
|---|---|---|---|---|
| Selling parts as TS16949 compliant, but not holding TS16949 | 323man | ISO/TS 16949 - International Automotive Quality Systems Standard | 16 | 19th December 2014 03:17 PM |
| Understanding & interpretation of MSA results as per 4th edition | guruprasadb | Gage R&R (GR&R) and MSA (Measurement Systems Analysis) | 3 | 6th April 2012 06:05 AM |
| Customer's Interpretation vs. TS16949 clause 7.4.1.2 Supplier Development Requirement | qualitytrec | Supplier Quality Assurance and other Supplier Issues | 63 | 25th July 2010 01:50 PM |
| Purchased products - ISO9001 Interpretation & TS16949 Note 1 of 7.4.1 | Douglas E. Purdy | ISO/TS 16949 - International Automotive Quality Systems Standard | 5 | 29th December 2006 10:31 AM |
| TS16949:2002 Versus TS16949:1999 | BarnettN | ISO/TS 16949 - International Automotive Quality Systems Standard | 2 | 17th July 2002 08:06 AM |

**The time now is 02:19 PM. All times are GMT -4.**
**Your time zone can be changed in your UserCP --> Options.**

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA / Copyright Information - Terms of Service - Top

| | | | |
|---|---|---|---|
| Auditing Information | The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
| Identifying Waste | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Discovering Change | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
**NOTE: This forum uses "cookies".**