## Thoughts and Opinions about the ASQ (American Society for Quality)

... pretty much the drum I've been beating with a few friends starting a number of years back when Chris Paris helped dub us the "**Gang of Four**."

elsmar.com/Forums/showthread.php?t=49884



EXHIBIT C