

**Register** | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

**Search the Elsmar Cove**

[Search]

Google™ Search Elsmar

**Monitor the Elsmar Forum**
Monitor New Forum Posts

**Follow Marc & Elsmar**


**Elsmar Cove Groups**


**Sponsor Links**




**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**

Links that Elsmar Cove visitors will find useful in your quest for knowledge:
**Howard's** *International Quality Services*
**Marcelo Antunes'** *SQR Consulting*
**Bob Doering's** *Correct SPC - Precision Machining*
**NIST**'s *Engineering Statistics Handbook*
**IRCA** - *International Register of Certified Auditors*
**SAE** - *Society of Automotive Engineers*

---

**Single Post View** — Discussion Thread Title: Thoughts and Opinions about the ASQ (American Society for Quality)

25th August 2011, 10:58 AM — Post Number #5

### Wes Bucey
Total Posts: 11,013

**Re: Thoughts and Opinions about the ASQ (American Society for Quality)**

Quote:
> *In Reply to Parent Post by* **Geoff Withnell**
>
> I am NOT thrilled with ASQ Headquarters. That said, there are a lot of folks there that really are trying to do a good job of supporting the membership. I am particularly thinking of the staff in the certification area, that run the workshops that develope the exams. But a lot of the senior staff seem to think of ASQ as a business, rather than a professional society. Given the ban on "campaigning" in Society elections, I am stymied in trying to see how to fix this. I don't see much chance for a rival society.
>
> Geoff Withnell
> Senior Member, ASQ

Yeah, Geoff, that's pretty much the drum I've been beating with a few friends starting a number of years back when YYYYYYYY helped dub us the "Gang of Four."

It's hard to think of throwing the baby out with the bathwater - the cert programs and local Sections are worthwhile, but the top paid staff have worked to rig the game so they get big salaries and perks and the unpaid elected officers are mostly Yes Men looking to pad their resumes so they can get promoted or build their own consulting businesses. Nobody seems to give a rat's rear about the rank and file member, except as a dollar sign.

*Last edited by Marc; 18th April 2015 at 01:39 PM. Reason: Edited due to lawsuit.*

---

Sponsored Links



[Close this window]

EXHIBIT C-1

**Quality Digest** Portal
**IEST** - Institute of Environmental Sciences and Technology
**ASQ** - American Society for Quality

**The time now is 11:58 AM. All times are GMT -4.**
**Your time zone can be changed in your UserCP --> Options.**

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

| | The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
|---|---|---|---|---|
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
**NOTE: This forum uses "cookies".**