## Advertising Content: Google's AdSense and 'Vetting' Advertisements

At one point I railed about Chris Paris' (Oxbridge) **40 day** wonder program. At the same time, there are quite a few Perry-Johnson believers and ....

elsmar.com/Forums/showthread.php?t=7843



EXHIBIT D