

| Register | Forum Home Page | Post Attachment Files | Search Forum Discussions | Search all of Elsmar | Help | Lost Password |

The Elsmar Cove Discussion Forums > Elsmar Cove Forum Essentials > Forum News and General Information >
Old Forum News and Issues Threads Archive
**Advertising Content: Google's AdSense and 'Vetting' Advertisements**

Forum User Name [Forum User Na] ☐ Keep Me Logged In
Password [                    ] [ Log in ]

| Register | Photo Albums | Blogs ▽ | FAQ | Community ▽ | Calendar | Today's Posts | Search ▽ |

## Retail Digital Displays
Digital Signs Are Impacting Retail Revenue - Get Our Free Trend
~~Report~~

○ ○

**Advertising Content: Google's AdSense and 'Vetting' Advertisements**

**Related Topic Tags**

advertising (general)

[ Post Reply ]

Thread Tools ▽   Search this Thread ▽   Rate Thread Content ▽   Display Modes ▽

---

**Search the Elsmar Cove**

[                    ]
[ Search ]
Google™ Search Elsmar

**Monitor the Elsmar Forum**
Monitor New Forum Posts

**Follow Marc & Elsmar**


**Elsmar Cove Groups**


**Sponsor Links**


**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**



Links that Elsmar Cove
visitors will find useful in their
quest for knowledge:
**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SQR Consulting*
**Bob Doering's**
*Correct SPC - Precision
Machining*

---

☐ 24th January 2004, 08:36 AM

*Marc*

Post Number #1

Total Posts: 24,687

🌐 **Advertising Content: Google's AdSense and 'Vetting' Advertisements**

I received this e-mail this morning:

> **Quote:**
>
> Hi there,
>
> Excellent site, but I do have a question concerning your advertising links, and what vetting you do on these efore including them on a "Quality" website.
>
> In paticular I was rather concerned to see that on your forum pages you hane an advert for the UK "Quality" organisation QMS.
>
> This company, for a fixed low cost fee (around £3000 last time I checked), offer a complete "out of the box", consultancy, training, documentation and registration package for ISO 9000. This is all achieved in 30 days, regardless of the starting state of the clients exisiting quality system.
>
> Apart from the impossibility of taking (most) companies from ground zero to certification in 30 days, the company breaks all the rules barring assessment bodies from asessing and certifying clients to whom they have provided consultancy and training.
>
> Consequently QMS are not UKAS (United Kingdom Accreditation Service)accredited in the UK, so as far as QS-9000 ISO 9000:2000 and TS 16949 are concerned they are not an "approved" assessment body.
>
> QMS, trade on the fact that their clients, and many of the clients customers, are not aware of the system for accrediting bona fide assessment bodies, and have caused a number of companies a great deal of grief.
>
> I have personal experience of at least three 2nd and 3rd tier suppliers who have had their QMS ISO 9000 ceritification rejected by aerospace and automotive customers in the UK. The company I have just commenced work for have two such suppliers who have to be informed that their QMS certification is not acceptable.
>
> This, however, is the tip of the iceberg, as there have been sufficient complaints for QMS to have been investigated by Trading Standards organisations, e.g. Northampton, in the UK and I am surprised that they are still allowed to trade, and that clients are still gullible enough to believe certification can be achieved in this way.
>
> UKAS seem powerless to do anything about them under English law, as it seems that anyone can set themselves up to award ISO 9000 certificates, even though, without UKAS accreditation, these are worthless.
>
> I would suggest that you ensure that any organisation offering ISO 9000 certification via adverts on your website is accredited by the relevant national accreditation body in the country in which they are trading.

This was a followup:

> **Quote:**
>
> following my last message, I have just checked the QMS website, which has raised my concerns even further!
>
> Their prices are much lower than I remembered (about £800 to £2000 depending upon the clients annual turnover). This si the obvious attraction to clients!
>
> Their website www.qmsuk.com claims that "they have been inspected and accredited by a third party internat accreditation board


EXHIBIT
**D-1**/3

**NIST**'s Engineering Statistics Handbook

**IRCA** - International Register of Certified Auditors

**SAE** - Society of Automotive Engineers

**Quality Digest** Portal

**IEST** - Institute of Environmental Sciences and Technology

**ASQ** - American Society for Quality

Folks, Google's AdSense does a lot of things including serving ads by region. I typically will see advertisements targeted at the US whilst someone in the UK will see something else. Google chooses the advertisements to place - I have minor control. If you want to know more of the details, please visit Google's AdSense information pages: https://www.google.com/adsense/overview

While any advertisements I personally place I will 'vet', I do not 'vet' Google AdSense advertisements, folks, nor do I intend to.

With respect to the complaint at hand, I have not noticed that specific advertisement here nor do I know anything about the company in question. I will say that if one chooses to use a registrar or consultant company, or even if you're buying a 'How To...' book, I recommend you do your research...

There have been a number of discussions in threads here, some quite contentious, about 'questionable' companies. Perry-Johnson (we'll do it while you sleep) comes to mind off hand. At one point I railed about YYYYYYYY program. At the same time, there are quite a few Perry-Johnson believers and quite a few YYYYYYYY believers. While one can question them, obviously their methods **are** successful and appropriate for some companies.

The second aspect of the complaint is that the company in question is not actually accredited to register companies. This also has been discussed in threads here in the forums. Some argue that for their company **compliance** is all they need and want, and for some companies I agree this is the way to go. But then I do not hold the belief that ISO 9001 (or any standard) is all it is promoted to be. In fact, for many companies I contend ISO 9001 is of little or no value.

While I do not necessarily agree with certain approaches and certain companies, I leave it up to each person to appropriately investigate and assess any supplier including the appropriateness to their needs and wants. For some companies a 'non-recognized' registrar is all they want. If they fail to understand the problems inherent in such a 'registration', I can only respond that those who made the choice should have done their homework. Participating here in the forums might have helped, but many of these decisions are based upon the immediate financial aspects regardless of the facts at hand. Many companies simply make bad business decisions.

I will cite a quickie here: A couple of years ago a fellow called me to discuss 9001 implementation. He had been talking with Perry-Johnson who essentially told him it could be done "while you sleep". The fellow said he came across my web site and decided to call. He told me he wanted to improve the business, not just get registered. He told me that it was obvious Perry-Johnson's approach would not involve improvements and that the claim by PJ was absurd. The fellow had read some threads here and asked my opinion - which I gave him.

The bottom line is the fellow rejected PJ. He was not a 'quality' person - He was the plant manager. He did his homework and then made a decision. The implementation went well and the company saw significant improvements. I recommend that everyone do as he did: Investigate. Do your homework and decide what is right for your company.

My opinion of 'canned' procedures is very low. But, you know, there are a lot of companies out there that advertise canned 'procedures' and 'quality manuals', and for some companies canned procedures appear to 'work'. Many people buy these when they could get the same here for free - just look in the free files directory here for some canned procedures. I cite this only to say that - again - people make their choices as to what they want to buy and how they want to approach their project. Some hire consultants. Some buy books. Some even come here and discuss / learn. Most choose some combination.

Summary: Buyer beware. I cannot and will not personally recommend or guarantee every company which advertises via Google any more than I will personally vouch for every product Amazon sells. I have a link to Amazon but I don't 'vet' every product they sell. If a company promises you they can get you registered in 30 or 40 days and you believe it, I can only say you will get what you pay for.

*Last edited by Marc; 18th April 2015 at 02:47 PM. Reason: Edited due to Lawsuit.*

---

Sponsored Links

[Post Reply]

**Lower Navigation Bar**

The Elsmar Cove Discussion Forums > Elsmar Cove Forum Essentials > Forum News and General Information > Old Forum News and Issues Threads Archive

Advertising Content: Google's AdSense and 'Vetting' Advertisements

**Do you find this discussion thread helpful and informational?**

g+1  Recommend this on Google

[Share]

**Bookmarks**

Reddit          Facebook          Google          Digg          StumbleUpon

« Previous Thread | Next Thread »

**Visitors Currently Viewing this Thread: 1** (0 Registered Visitors (Members) and 1 Unregistered Guest Visitors)

**Forum Posting Settings**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts



BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

### Similar Discussion Threads

| Discussion Thread Title | Thread Starter | Forum | Replies | Last Post or Poll Vote |
|---|---|---|---|---|
| Google AdSense "Interest Based" Ads | Bill Pflanz | Coffee Break and Water Cooler Discussions | 4 | 15th May 2011 04:08 PM |
| Vetting a potential calibration vendor (supplier evaluation) | TJM05 | ISO 17025 and related Metrology Topics - Measurement Devices, Calibration and Test Laboratories | 7 | 14th July 2009 10:32 PM |
| Advertising Links: Amazon and Google | CarolX | Old Forum News and Issues Threads Archive | 15 | 20th January 2004 02:59 AM |

**The time now is 11:48 AM. All times are GMT -4.**
Your time zone can be changed in your UserCP --> **Options**.

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

| | | | |
|---|---|---|---|
| | The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
NOTE: This forum uses "**cookies**".