

**Register**  | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

The Elsmar Cove Discussion Forums > ISO (International Organization for Standardization) Standards > ISO 9000, ISO 9001, and ISO 9004 - Quality Management Systems > ISO 9000, ISO 9001, and ISO 9004 - Questions and Discussions
 How To Choose A Good Consultant

Forum User Name: [Forum User Na]  ☐ Keep Me Logged In
Password: [____]  [Log in]

**Register**  | Photo Albums | Blogs ▼ | **FAQ** | Community ▼ | Calendar | **Today's Posts** | Search ▼



How To Choose A Good Consultant - Page 4

---

**Search the Elsmar Cove**
[____] [Search]
Google™ Search Elsmar

**Monitor the Elsmar Forum**
Monitor New Forum Posts

**Follow Marc & Elsmar**

**Elsmar Cove Groups**

**Sponsor Links**





**Related Topic Tags**
consultants and consulting

[Post Reply]  Page 4 of 5  < 1 2 3 **4** 5 > ▼

Thread Tools ▼ | Search this Thread ▼ | Rating: ★★★★★ ▼ | Display Modes ▼

□ 13th March 2002, 01:43 PM | Post Number #25
Total Posts: 2,590

**db**

**Consultants Thread**
---
Marc said:
-----------------------------------------------------------
I really don't want to go through making up and maintaining a special page, but you're welcome to start a thread where consultants can state their focus, qualifications and geographical range.
-----------------------------------------------------------

A consultant could always post in the "Company Advertisements" category.

And energy, I'm not sure I like your comment. I can't disagree with it, I just don't like it. Sorta like lookin in the mirror and seeing ugly. Just because I don't like it, don't make it untrue!

😲

---

Sponsored Links

---

□ 13th March 2002, 03:08 PM | Post Number #26
Total Posts: 24,687

**Marc**



> And energy, I'm not sure I like your comment. I can't
> disagree with it, I just don't like it. Sorta like lookin
> in the mirror and seeing ugly. Just because I don't like
> it, don't make it untrue!

I don't mind some competition. But I do have to say I agree with energy and I see nothing wrong with his post. The reality is I do have a vested interest in the forums and their content in so far as I would prefer that others who are consultants not use the forums to promote themselves blatently in the area I am

**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**



Links that Elsmar Cove visitors will find useful in your quest for knowledge:
**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SQR Consulting*
**Bob Doering's**
*Correct SPC - Precision Machining*

**NIST**'s **Engineering Statistics Handbook**
**IRCA** - **International Register of Certified Auditors**
**SAE** - **Society of Automotive Engineers**
**Quality Digest** Portal
**IEST** - **Institute of Environmental Sciences and Technology**
**ASQ** - **American Society for Quality**

working in. It might be more appropriate to at least e-mail someone offline rather than throw it in my face. I deleted a post the other day where someone in this thread threw their hat in the ring right after my "I'm available" post with a "...so am I...". I haven't deleted a post in a long time, but it did make me a bit mad and I deleted it. Any consultant who wants to can start their own site with forums and whatever. I wouldn't go there and throw my hat in the ring for their jobs on their board. Let's call it professional courtesy.

This is not to say consultants aren't welcome. Many of the registered users are consultants. And I don't mind someone putting their business url and e-mail in their footer or whatever.

Remember, db, this site is unlike the sites you and your wife keep up. I get no government money for services (which is why you have an interest in ensuring state / federal funding to programs which affect you are not cut), nor do I advertise - so my point of view differs from yours I am sure. If there is anything that disappoints me is that you said you don't disagree but that you didn't like it being said. I'm not sure how "...Sorta like lookin in the mirror and seeing ugly..." relates. energy isn't a consultant so I must be missing the analogy. I sorta wanted to say what energy said but held back. I wasn't unhappy to see him support me, in all honesty, and I thought his analogy was right on the button.

Another side issue --> I spent almost an hour on the phone this morning with a 'new' ISO consultant who wanted everything from a copy of an 'example' quote to a timeline. I asked if he had read the thread Randy started recently (I told him about it the LAST time he called...) where we shared some timelines (in the ISO 14001 forums). He said no - he's too busy and would rather get it from me. I finally said just read the frigging thread and download the attachments. There are some real lazy asses out there. I won't begin to address the person's competence (my own opinion, of course).

I will state again that if someone wants to start a thread on the issue is free to. In fact, if someone wants to author an html page and agrees to keep it current I'll be glad to 'host' it. However, I will want some sort of evaluation of any consultant listed as I don't want idiot newbies listed which could lead to a bad experience for someone who would then blame the Cove for it's recommendations.

**Sponsored Links**

► Consultant        ► Be a Consultant        ► Job It Consultant        ► Consulting

---

13th March 2002, 03:22 PM                                                      Post Number #27

energy                                                                          Total Posts: n/a

😊 **Doesn't bother me!**

db,

I was going to respond, but the response from Marc pretty much covered it. Consulting is a competitive business and I certainly do not see myself qualified to be one. Actually, this site may be for those of us who try to consult in our own little way. As for you not liking it, so what? Could care less. I've been there before. You know by now that I speak my mind. I also will admit to being wrong. Try it, you'll like it! 😊😊
😎

---

13th March 2002, 03:28 PM                                                      Post Number #28

 **db**                                                     Total Posts: 2,590

**A little clarification**

Marc
Thanks for the post. My comments about energy were just my good-natured ramblings. I often say I only open my mouth only to change feet, and this looks like one of those times. I really felt no pain in his comments and totally agree with them. I promote the Cove on my sites regularly, but try not to promote my sites here. I think it would be taking advantage of you and your hospitality.

As far as my sites, I too receive no federal funding. My sites are not funded by my employer (a MEP center) either. They are funded by me, and what little revenue I generate through advertising [which has yet to cover the costs]. Kind of makes our sites a lot more similar than what you believe. But that's not the point. The point is I'm sorry for disappointing you. I grew up as an auto mechanic and I experienced many occasions where someone would buy a part like we sold (from a discount store), and asked us to put it on for them. I likened it to taking a couple of eggs and a couple strips of bacon into a restaurant and asking them to cook it for them. (very similar to energy's statement). I understand his statement well. My comment was intended to be more fun than anything else.

In a way, everyone that posts here are consultants. We impart our knowledge and experience for the benefit of others. Sometimes we even learn. Maybe I need to read twice before responding! See, I'm learning already!

---

13th March 2002, 03:46 PM                                                      Post Number #29

energy                                                                          Total Posts: n/a

👍 **Good enough for me**

db,

Everything's cool. I also misunderstood your attempt at responding to me in a humorous tone. Didn't see the smilies😊 I don't speak for Marc, but there is no disappointment here with you or your posts.

Sometimes, you're a PIA, just like me 😜 🤝 😁

---

🗒 13th March 2002, 04:27 PM     Post Number #30


### Marc

Total Posts: 24,687



No big deal. I just thought it was a somewhat odd thing to say.

I don't even mind anyone posting a link to a web site or such as I think you know. There are lots of links to other web sites - even XXXXXXXX... in posts in the forums.

We were at the edge of what you experienced with the "put this part on for me". That's why I thought what energy said was appropriate. I laughed when I saw it and I could identify with it. Especially after the phone call from the newbie consultant this morning. Like a magician, I really don't like to give the few 'secrets' I have away in such a situation. It's less of an issue to me if it's done in the forums like with Randy's thread where he asked for some help on timelines. I told the fella I was going to start charging a consultanting fee for the phone calls and that got the guy off the phone pretty quickly in somewhat of a huff... Too darn lazy to read through the forums and the balls to call me for 'example' quotes and such.

On the other hand, I seriously wouldn't mind a page where people like you and Randy and others could post a link and/or state their qualifications and I understand where Paul Simpson was coming from, or at least I think I do. I just have not been motivated to do so myself. You're into web sites and html. Maybe you and Paul could get together for a project. Make up a page, send it to me and I'll find a place to put it and link to it.

I will say one thing, of the many, many people who have come up with ideas over the years, I have yet to see one volunteer (we won't discuss not one offering to invest money) to do the project they are suggesting. It (so far) has always come down to their wanting a 'piece of the action' because of the misperception that I'm sitting here raking in the cash through sales and their idea will, of course, cause the cash to flow in all the faster.... Last night I got a $49.94 membership - the first in about 2 or 3 weeks. That doesn't pay the bills very well this month...

And I think I understand the relationship you have with the tech center which is supported by public funds (if not directly the businesses get tax breaks or something for using them - I haven't investigated the exact relationship). The bottom line is they recommend you through some sort of agreement and if they die your business will be hurt. I haven't worked with a tech center but in the past I did a fair amount of training where the state or fed govt picked up the bill for the company through some sort of business perk / giveaway. I admit it sorta perturbs me. Hey - what's 'our' government and 'our' tax dollars for? It's just the transition from public welfare to corporate welfare. Poor people no longer count. Only 'poor' companies and corporations.

On the other hand, I don't see this as an issue nor do I have a problem with it as it's here to stay for quite a while. I mentioned the relationship because I have no sweetheart deals at all, your sites are pretty much strictly business and differ radically from my one site. The even LOOK professional! I figure you see things in a different light than I do in some areas. 😯

*Last edited by Marc; 16th March 2015 at 04:02 PM. Reason: Edited due to lawsuit.*

---

🗒 13th March 2002, 04:31 PM     Post Number #31


### Marc

Total Posts: 24,687

☯ **Re: Good enough for me**

**Quote:**
> *Originally posted by energy*
> db,
>
> Everything's cool. I also misunderstood your attempt at responding to me in a humorous tone. Didn't see the smilies😊 I don't speak for Marc, but there is no disappointment here with you or your posts. Sometimes, you're a PIA, just like me 😜 🤝 😁

Ditto.

🕮 13th March 2002, 04:51 PM      Post Number #32



**Marc**      Total Posts: 24,687

🙂

I take back my earlier statement. I just got my second US$49.95 this month! And I do thank the contributor!



Page 4 of 5   <   1   2   3   **4**   5   >   ▼

**Lower Navigation Bar**

The Elsmar Cove Discussion Forums > ISO (International Organization for Standardization) Standards > ISO 9000, ISO 9001, and ISO 9004 - Quality Management Systems > ISO 9000, ISO 9001, and ISO 9004 - Questions and Discussions
🖥 How To Choose A Good Consultant

**Do you find this discussion thread helpful and informational?**
g+1 Recommend this on Google

Share

**Bookmarks**

    Reddit        Facebook        Google        Digg
                        StumbleUpon

« Previous Thread | Next Thread »

**Visitors Currently Viewing this Thread: 1** (0 Registered Visitors (Members) and 1 Unregistered Guest Visitors)

**Forum Posting Settings**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Similar Discussion Threads**

| Discussion Thread Title | Thread Starter | Forum | Replies | Last Post or Poll Vote |
|---|---|---|---|---|
| Is getting a UDI Consultant a good idea? | MF3009 | Other Medical Device Regulations World-Wide | 4 | 19th February 2015 10:55 PM |
| Consultant Fees - What is a Consultant Worth? | db | ISO 10019 - Consultants and Consulting | 66 | 10th December 2014 12:08 AM |
| How to find a good ISO 9001 Implementation Consultant in Calgary, Canada? | happydude | ISO 9000, ISO 9001, and ISO 9004 - Questions and Discussions | 9 | 9th September 2014 08:51 PM |
| Looking for an Implementation Consultant... Is a consultant firm a good idea? | jguns | ISO 10019 - Consultants and Consulting | 27 | 27th July 2009 08:13 PM |
| Is the market still good for consultants? Thinking about becoming a consultant | DDaenen1 | ISO 10019 - Consultants and Consulting | 16 | 23rd May 2005 03:11 PM |

The time now is 10:47 AM. All times are GMT -4.

Your time zone can be changed in your UserCP --> Options.

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

| | The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
|---|---|---|---|---|
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
**NOTE: This forum uses "cookies".**