

**Register**  | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

The Elsmar Cove Discussion Forums > Elsmar Cove Forum Community Forums > Community Discussion Topics > Coffee Break and Water Cooler Discussions
**A new claimant to "guaranteed certification!"**

Forum User Name [Forum User Na]  ☐ Keep Me Logged In
Password [          ] [Log in]

**Register** | Photo Albums | Blogs ▼ | **FAQ** | Community ▼ | Calendar | **Today's Posts** | Search ▼



**A new claimant to "guaranteed certification!"**

[Post Reply]

Thread Tools ▼ | Search this Thread ▼ | Rate Thread Content ▼ | Display Modes ▼

---

🗎 22nd August 2011, 06:32 PM     Post Number #1



**Wes Bucey**

Total Posts: 11,014

🚦 **A new claimant to "guaranteed certification!"**

So Google has decided I needed to see this company's ad because of so many "clicks" to quality related articles:
http://www.accelcert.com/certification.html
The teaser headline says
***Guaranteed! 100% Success Rate 60-90 days***

followed way at the bottom of the pages by qualifier:
<span style="color:blue">* based on Gap Assessment and if company follow all recommendations</span> [sic - meaning bad grammar is on the website, not my error - <span style="color:red">red font</span> is original from ad; <span style="color:blue">blue font</span> is my emphasis for the quote]

Remember an old "friend," Chris P., who used to promise "40 days or less" in his ads? I briefly wondered if he changed companies, then I wondered if he would litigate for stealing his "guaranteed" promise.

I've been in a number of unregistered, well-run organizations which could easily pass a registration audit on the first pass, simply because they do things which make sense from a business point of view (essentially the mantra of ISO), and for such companies which would meet this advertiser's disclaimer, the idea of hiring such an outfit to meet the minimum criteria for registration would be ludicrous. Companies which meet those minimums should be looking forward to achieving world-class standards far beyond basic registration.

**Note:**
I present this as a kickoff to a discussion about the type of help a company seeking registration REALLY needs versus succumbing to the come on ads by outfits like this "consultant."

*Last edited by Wes Bucey; 23rd August 2011 at 10:51 AM. Reason: typo in thread title*

---

Sponsored Links

---

🗎 22nd August 2011, 07:53 PM     Post Number #2

Total Posts: 5,720

**Jennifer Kirley**

**Re: A new claimant to "guaranteed certication!"**



Search the Elsmar Cove
[Search]
Search Elsmar
Monitor the Elsmar Forum
Monitor New Forum Posts
Follow Marc & Elsmar
Elsmar Cove Groups
Sponsor Links

Hey, I understand it. On Saturdays I am assailed by TV infomercials peddling like this place: theradicalweightloss.com.

| Sponsored Links | | | |
|---|---|---|---|
| ► Certification | ► Audit Checklist | ► Internal Audit | ► Audit ISO 9001 |



**Lower Navigation Bar**

The Elsmar Cove Discussion Forums > Elsmar Cove Forum Community Forums > Community Discussion Topics > Coffee Break and Water Cooler Discussions
 A new claimant to "guaranteed certification!"

**Do you find this discussion thread helpful and informational?**

g+1  Recommend this on Google

Share

**Bookmarks**

Reddit        Facebook        Google        Digg
StumbleUpon

« Previous Thread | Next Thread »

**Visitors Currently Viewing this Thread: 1** (0 Registered Visitors (Members) and 1 Unregistered Guest Visitors)

**Forum Posting Settings**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Similar Discussion Threads**

| Discussion Thread Title | Thread Starter | Forum | Replies | Last Post or Poll Vote |
|---|---|---|---|---|
| Controls and Preventions are not "OJT", "Ample Supply" & "Supervisor Verification" | cavrdave | FMEA and Control Plans | 4 | 24th February 2014 05:16 PM |
| "Testing procedure: TMP", "WMT", "SMT" and "RMT" - IEC 60601-1 TRF nomenclature | Jaydub | IEC 60601 - Medical Electrical Equipment Safety Standards Series | 3 | 13th June 2012 11:47 AM |
| ISO/TS 16949 "Certification" & "Product and Process Design" Clauses | YHHTT | ISO/TS 16949 - International Automotive Quality Systems Standard | 5 | 1st November 2009 04:08 PM |
| EQA malaysia is at it again - "Guaranteed certification" mentioned all the time | darkgelap | Registrars (Certification Bodies) and Registration | 3 | 28th November 2004 08:53 AM |
| One Stop Shopping - "GUARANTEED Certification for Nevada Businesses" | Marc | ISO 9001:1994 (Archived Discussions - For Reference Only) | 6 | 18th July 1999 01:49 PM |

The time now is 11:13 AM. All times are GMT -4.

**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**



Links that Elsmar Cove visitors will find useful in your quest for knowledge:
**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SOR Consulting*
**Bob Doering's**
*Correct SPC - Precision Machining*

**NIST**'s Engineering Statistics Handbook
**IRCA** - International Register of Certified Auditors
**SAE** - Society of Automotive Engineers
**Quality Digest** Portal
**IEST** - Institute of Environmental Sciences and Technology
**ASQ** - American Society for Quality

Your time zone can be changed in your UserCP --> Options.

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

| | The Deming PDCA Cycle | ISO 9001 QMS Implementation | FMEA Information | APQP Information |
|---|---|---|---|---|
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
NOTE: This forum uses "cookies".