

Solutions | THE ELSMAR COVE DISCUSSION FORUMS | Post Attachments List | More Free Files | Failure Modes | Elsmar.com Online Since 1996 | PROBITAS AUTHENTICATION Click Here | A simple way to transfer your medical reports to UL | nqa usa | GAGEpack Download a free trial | 60-Day Free Trial

**Continental Automotive (or any other big German OEM) APQP list wanted**

X-Rite Color Measurement
Ensure Accuracy, Quality, & Control of Printed Colors - Learn More!

## Continental Automotive (or any other big German OEM) APQP list wanted

Sunday Business Systems
Affordable software solutions for Quality Management Systems
* Document Control
* Employee Training Management
* Audit Management
* Corrective & Preventive Actions
* Calibration Control
* Preventive Maintenance
* Supplier Management
Download Free Demos
www.SundayBizSys.com

AS9102 Get Discus
Join 100s of other aerospace manufacturers that are saving 50-70% on First Article Inspection preparation time.
Learn More >>

Stop using Word or Excel for authoring work instructions!
Download LockStep Free Today!
sequencesoftware.com

Related Topic Tags

apqp (advanced product quality planning)

17th June 2014, 10:21 AM — Post Number #1

lk2012

Total Posts: 216

**HELP Continental Automotive (or any other big German OEM) APQP list wanted**

Hi all,
I've recently done a training seminar for Continental Automotive in Germany and there was a screenshot from the SupplyOn system showing all the APQP steps.
I've searched on SupplyOn again but can't locate it. Maybe it's only availalbe to Conti side and not to a supplier.
Does anyone have this APQP list (or can take a screenshot of the whole list) or does anyone have a comprehensive APQP list as published on SupplyOn or used by other big German OEMs (Bosch, BMW, VW etc)?
much appreciated!
Lil

Sponsored Links

18th June 2014, 06:45 AM — Post Number #2

**Stijloor**

Total Posts: 14,940

**Re: Continental Automotive (or any other big German OEM) APQP list wanted**

***A Quick Bump!***

Can someone help??

Thank you very much!!

EXHIBIT
1

Sponsored Links
▶ Audit Checklist ▶ German Automotive ▶ Apqp ▶ Apqp & Ppap

**Donate and $ Contributor Forum Access**



**Courtesy Quick Links**



Links that Elsmar Cove visitors will find useful in your quest for knowledge:
**Howard's**
*International Quality Services*
**Marcelo Antunes'**
*SQR Consulting*
**Bob Doering's**
*Correct SPC - Precision Machining*

**NIST**'s Engineering Statistics Handbook
**IRCA** - International Register of Certified Auditors
**SAE** - Society of Automotive Engineers
**Quality Digest** Portal
**IEST** - Institute of Environmental Sciences and Technology
**ASQ** - American Society for Quality

---

□ 18th June 2014, 01:07 PM     Post Number #3



**Dooglas**     Total Posts: 12

**Re: Continental Automotive (or any other big German OEM) APQP list wanted**

Marc had posted a reply to a similar question regarding APQP. There is a slideshow here in the cove regarding APQP and slide 49 is a diagram of the process.
Unfortunately it is a general outline of the APQP process and is not specific to Continental Auto or another European OEM.

Thanks to **Dooglas** for your informative Post and/or Attachment!
*Marc*

---

□ 18th June 2014, 02:37 PM     Post Number #4



**Marc**     Total Posts: 24,687

**Re: Continental Automotive (or any other big German OEM) APQP list wanted**

I have never heard of "SupplyOn" so I have no idea what their scheme is assuming it's different than the standard APQP process.

It looks like they're another consultant/implementation company with something like the "40 day implementation" scam we all know and love... It says "Rapid Implementation in just a few months". I doubt they have anything other than the standard APQP process to teach.

---

□ 19th June 2014, 10:10 AM     Post Number #5

**lk2012**     Total Posts: 216

 **Re: Continental Automotive (or any other big German OEM) APQP list wanted**

SupplyOn is the customer portal used by many German OEM's (like Continental, Bosch).

I am looking for Continental's specific list which is used by their SQMs, I've got half a screenshot I got during their training but it seems that it's only probably available for their listed suppliers (we're not at that stage just yet).

I was wondering if anyone's got a copy (or do me a full screenshot) so that our company can fine-tune our APQP.

---

□ 3rd July 2014, 01:34 PM     Post Number #6

**barbaral**     Total Posts: 4

**Re: Continental Automotive (or any other big German OEM) APQP list wanted**

The APQP section for Continental is found in the Project Management module in Supply On. The only way to get the information is to sign on for a monthly charge to have access to this information

Thanks to **barbaral** for your informative Post and/or Attachment!
*Marc*

---

□ 3rd July 2014, 02:04 PM     Post Number #7



**Marc**     Total Posts: 24,687

🛈 **Copyrighted materials**

> Quote:
>
> *In Reply to Parent Post by lk2012*
>
> <snip> I was wondering if anyone's got a copy (or do me a full screenshot) so that our company can fine-tune our APQP.

 Please don't ask for what is essentially copyrighted material. We definitely do not need problems here over posting copyrighted materials.

Thanks!

[Post Reply]

| Lower Navigation Bar | |
|---|---|
| The Elsmar Cove Discussion Forums > National and International Business Standards and Requirements > VDA Standards - Germany's Automotive Standards | |
| Continental Automotive (or any other big German OEM) APQP list wanted | |

**Do you find this discussion thread helpful and informational?**

+2 Recommend this on Google

[Share]

| Bookmarks | | | |
|---|---|---|---|
| Reddit | Facebook | Google | Digg |
| StumbleUpon | | | |

« Previous Thread | Next Thread »

**Visitors Currently Viewing this Thread: 1** (0 Registered Visitors (Members) and 1 Unregistered Guest Visitors)

**Forum Posting Settings**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Similar Discussion Threads**

| Discussion Thread Title | Thread Starter | Forum | Replies | Last Post or Poll Vote |
|---|---|---|---|---|
| Training on Automotive OEM Requirements | Casana | Customer and Company Specific Requirements | 2 | 22nd January 2014 09:38 AM |
| What is the/a Number of the German Export List or Negative Statement | lsteever | Various Other Specifications, Standards, and related Requirements | 4 | 17th November 2010 10:19 AM |
| APQP 20 Point Check List - Wanted | DWPOZE | APQP and PPAP | 9 | 23rd March 2007 09:02 AM |
| When do we do APQP, PPAP etc for both OEM and aftermarket | just67horns | APQP and PPAP | 11 | 15th February 2006 07:09 PM |
| Combined ISO 9001 - TS 16949 Audit check list in German - Translation Needed! | Gianpiero_1960 | ISO/TS 16949 - International Automotive Quality Systems Standard | 3 | 17th December 2004 12:33 PM |

The time now is 11:27 AM. All times are GMT -4.
Your time zone can be changed in your UserCP --> **Options**.

Contact Marc - Elsmar Cove Home Page - Privacy & DMCA/Copyright Information - Terms of Service - Top

The Deming PDCA Cycle ISO 9001 QMS Implementation FMEA Information APQP Information

| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| --- | --- | --- | --- | --- |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | | Fishbone / Cause and Effects Animation | Elsmar Cove Forum Sitemaps | |

Marc Timothy Smith - Elsmar.com
8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929
513 341-6272
NOTE: This forum uses "cookies".