

- 
- 
- 
- 
- 
- 

**Register**
**Forum** Home Page
**Post Attachment Files**
**Search Forum** Discussions
**Search all** of Elsmar
**Help**
**Lost Password**

Welcome to the Elsmar Cove discussion forums! Registering to participate in the Elsmar Cove Forums is **Free.** You do have to **Register** for many features and functions such as E-Mail Digests, Notification of New Posts and/or Threads, Personal Messaging and downloading of Post Attachments to work. If your intent is to simply scan/search for information, there is no advantage to registering. If you would like to Register, click **HERE**. If you would like to just browse the message base without registering, feel free to do so. Many of the forum software features are disabled for Unregistered Guests for security reasons. See **This Thread** for more information. *If this is your first visit, be sure to check out the* **FAQ** *and The* **Basic "How To's" in the Elsmar Cove Discussion Forums** *forum.* By proceeding to browse these discussion forums, you are expressing your interest in reading information in discussion threads and files attached to posts in discussion threads for research and/or educational purposes in accordance with Title 17 U.S.C. Section 107.

To browse without Registering, go to the forum or discussion thread that you want to view and click on it. A 'Lock' icon on a forum only means you can not Start a New Discussion Thread or Reply to a Post in an existing Discussion Thread in that forum.

*This message header and advertisement will not show after you Register and Log In.*
*Registration is FREE!*

Page 1 of 4  **1**  2  3  4  >

Show 40 post(s) from this thread on one page

**The Elsmar Cove Discussion Forums** (*http://elsmar.com/Forums/index.php*)
- **Automotive News** (*http://elsmar.com/Forums/forumdisplay.php?f=139*)
- -

# Labor Woes at Toyota Outlined

(*http://elsmar.com/Forums/showthread.php?t=22201*)

| wmarhel | 12th June 2007 08:43 AM |

**Labor Woes at Toyota Outlined**

From the Cincinnati Post:

Labor Woes at Toyota Outlined
June 11th, 2007

GEORGETOWN - Current and former workers at Toyota's Kentucky plant shared stories Sunday about low wages and poor working conditions - rallying points many in the assembly line are hoping will ultimately lead to unionization.

A crowd of about 200 people - many of them workers at the Georgetown plant that produces the Camry - attended the meeting of the Kentucky Workers' Rights Board, a panel of religious and civic leaders pushing for better labor conditions.

Like foreign-owned auto companies across the South, Toyota's plants are nonunion. Many contend that should change.

The leaders on the board sympathize with the workers. "We are people of community, and part of our community has said to us that things are not exactly the way they need to be in the work situation at Toyota," said the Rev. John Rausch, coordinator of peace and justice at the Catholic Diocese in Lexington.

"We are not trying to tear Toyota down. We are trying to make it better and have a better partner in the community."

Two current employees and two fired ones described what they said were extraordinary steps taken by the company to prevent union organization.

The Workers' Rights Board, which includes Democratic state Reps. Reginald Meeks of Louisville and Jim Glenn of Owensboro, has no

EXHIBIT
J

influence over policy or personnel matters at Toyota. However, after the hearing, it issued several recommendations - including changes in the peer review process and a 90-day probation period for temporary workers, who would become permanent after that time.

Nan Banks, manager of corporate communications for Toyota at Georgetown, said she has not seen the recommendations and would not comment on them without seeing them.

A major focus of the hearing, which lasted more than two hours, was the company's use of temporary workers, who some of the employees said were doing the same amount of work as the full-timers for half the pay.

"They're trying to get a job there," said Cornelia James, who has worked at Toyota for 19 years. "Full-time employment is dangled in front of them like a carrot, and they're told, 'Any missteps and you're out.' "

Noel Riddell, who was fired this year after a decade of service at the plant, said he was disciplined after discussing with co-workers a document he found detailing a plan for wages. He was fired despite being backed by a peer-review process, Riddell said.

"What was my crime? Knowledge," he said. "I will not go quietly."

Others discussed alleged incidents of sexual harassment and workers being discharged after on-the-job injuries.

"Today, U.S. autoworkers are analogous to professional athletes," said William Maloney of the University of Kentucky's Center for Labor Education and Research. "You're trading your body for a paycheck, and it's not right."

The United Auto Workers has launched a new push to organize workers at Toyota's 1,300-acre Georgetown plant. It is the latest effort over more than 20 years to organize the Georgetown plant and its 7,000 workers.

Toyota's only U.S. unionized plant is its New United Motor Manufacturing facility in Fremont, Calif., a venture with General Motors. Out of 20,351 U.S. Toyota employees, only 5,402 are unionized.

"The decision to unionize is entirely up to the employees," said Banks. "We've been here for 20 years.

"I don't think there's a tremendous increase in (unionization) activity," she said. "For 20 years they've chosen not to unionize."

She said the typical Toyota production worker earns close to $75,000 a year in combined wages and benefits which include health care, pension, 401-K, and on-site day care, pharmacy and exercise facilities.

The last major union push in Georgetown was about two years ago when the UAW distributed pledge cards that indicated at least 40 percent of the employees favored an election that would determine if the plant would become the first wholly owned Toyota plant in the U.S. to unionize.

The pledge card drive, conducted during 2004 and 2005, followed an October 2003 ruling by the federal National Labor Relations Board that required Toyota to post notices throughout that plant that spelled out a long list of rights that employees have if they want to form a union.

But the labor board ruling apparently had a negligible impact on the drive, which never progressed to a point where employees were asked to vote for or against union representation.

## Helmut Jilling
12th June 2007 12:20 PM

**Re: Labor Woes at Toyota Outlined**

The unions have done a fine job of bringing the Big 3 to their knees. I can't see any benefit to why Toyota should be unionized. Unless, the unions want to make everyone equally weak and unproductive.

100 years ago there was a definite need for unions. In the last 40 years, however, they contribute little but suck much of the life out. I remember in the 70's, the American Communist Party was passing out leaflets at our plant, under the auspices of our local union. And, it was protected under union laws. What was wrong with that picture?

If the workers at Toyota don't like the jobs, work rules, or pay, they did not have to take the jobs. I suspect there are few who would want to give them up.

If they take a deal, then try to unionize afterward, that is legalized extorion. Any company that would try to do that would be busted. The laws are very unbalanced and outdated. How many more of our industries will be ruined before we wake up?

Apparently, some of my personal biases are showing in this response.

## Jennifer Kirley
12th June 2007 01:13 PM

**Re: Labor Woes at Toyota Outlined**

Quote:

> *In Reply to Parent Post by* **hjilling** (Post 199558)
> *Apparently, some of my personal biases are showing in this response.*

I suppose, but management of unions is subject to the same human vices as management of most anything else.

I didn't catch just what and how working conditions were bad.

I posted reference to an article about Boeing's union sometime this past year, talking about big gains they made when they redesigned their own work.

So I wonder how much of the problem is union only, and how much of the problem is an end product of many years of adversarial conditions between unions and management.

---

### Helmut Jilling
12th June 2007 01:16 PM

**Re: Labor Woes at Toyota Outlined**

Quote:

> *In Reply to Parent Post by* **Jennifer Kirley** (Post 199570)
> ...So I wonder how much of the problem is union only, and how much of the **problem is an end product of many years of adversarial conditions between unions and management**.

Yes, I believe that is the bulk of it. However, there is an inherent evil in the union management and history. It manifests in the unwieldy work rules and anti-progress.

However, I have posted many, many swipes at management's lack of leadership. They certainly are equally responsible.

---

### duecesevenOS - 2009
12th June 2007 03:00 PM

**Re: Labor Woes at Toyota Outlined**

Quote:

> She said the typical Toyota production worker earns close to $75,000 a year in combined wages and benefits which include health care, pension, 401-K, and on-site day care, pharmacy and exercise facilities.

They make this in Kentucky. All a union can do for these workers is take a couple hundred bucks out of their paychecks every 2 weeks....Oh and protect the laziest employees on plant from getting fired. Thus making their jobs harder.

---

### AndyN
12th June 2007 03:08 PM

**Re: Labor Woes at Toyota Outlined**

So their working conditions are poor and they have low wages? And things are different at Ford? GM? DCX? I've been in the domestic plants and Toyota - I know where I'd rather work! And for a company with a future........

Methinks this was a story sparked not by the workers, but the people who'd organize the workers and any quotes were merely having someone (and there's always *someone*) mouth off about the conditions they work in.......

---

### roland_lu
12th June 2007 03:20 PM

**Re: Labor Woes at Toyota Outlined**

I am absolutely not for union. I could see how the big 3 and their big suppliers went into troubles, and unions played a big part in it.

However, have you noticed that the non-unionized companies have employed more and more temps? I knew some people who worked as temp for over 1 year in the same company doing the same jobs could not turn permanent. how and who could stop the management from doing that? :bonk:

---

### AndyN
12th June 2007 03:34 PM

**Re: Labor Woes at Toyota Outlined**

Quote:

> *In Reply to Parent Post by* **roland_lu** (Post 199592)
> However, have you noticed that the non-unionized companies have employed more and more temps? I knew some people who worked as temp for over 1 year in the same company doing the same jobs could not turn permanent. how and who could stop the management from doing that? :bonk:

Roland - this is not new. Back in the 80's I had a number of temporary/contract staff who had been with the company for years. You can't stop it. In times of financial uncertainty, organizations feel safer that they can 'unload' these people without paying benefits............

The time now is 12:29 PM. All times are GMT -4.
Your time zone can be changed in your UserCP --> Options.

Page 1 of 4  **1**  2  3  4  >
Show 40 post(s) from this thread on one page

Contact Marc - Elsmar Cove Home Page - Elsmar Cove Archive - Privacy & DMCA/Copyright Information - Top

| | | | |
|---|---|---|---|
| The Deming PDCA Cycle | QMS Implementation | FMEA Information | APQP Information |
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) | Brainstorming |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance | Quick Setup |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation | Taguchi Loss Function |
| | Fishbone / Cause and Effects Animation | | | |

**FAIR USE and CORRECTNESS NOTICE:** This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe herein constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/ If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner. In addition, I do not guarantee the correctness of the content. The risk of using content from the Elsmar Cove web site and forums remains with the user/visitor.

**Responsibility Statement:** Each person is responsible for anything they post in the Elsmar Cove Discussion forum. Neither I, Marc Timothy Smith, nor any of the forum Moderators, are responsible for the content of posts people make. Liability for post content resides with the poster as does interpretation and/or acceptance and/or use of advice by the reader.

**Complaints**: If you have a complaint with a post in a forum discussion thread, including Content in general, fighting, flaming, copyright infringement, defamation and/or 'slander', please use the 'Report This Post' button which appears at the top of every post in every thread.

Site courtesy of:
Marc Timothy Smith - Cayman Business Systems, 8466 Lesourdsville-West Chester Road, West Chester, Ohio 45069-1929 - USA
(513) 341-6272

*If you are having problems Registering, Activating your Registration, or other problems, you can phone me in the US. I'm not here 24/7/365, but if I'm here I'll try to help.*