**Wes Bucey**  13th June 2007 03:49 PM

**Re: Labor Woes at Toyota Outlined**

Quote:
> In Reply to Parent Post by **SteelMaiden** (Post 199857)
> a man who can spot a sucker?

Some of you may be aware some of my posts in the ASQ Forum were deleted when I alluded to the so-called consulting service provided by one chest-beating self-promoter as existing because of the desperation of some clients to achieve ISO registration by the fastest (40 days!) mode possible. The reason given me for the deletion was "It may be true, but it can be interpreted as an attack on an ASQ member."

I wrote back [redacted to eliminate the ASQ member's name]:
"As far as "attack" - folks would be correct - [member] is a p1ss ant who cries any time his statements are called into question. I and hundreds of others have a long history with [member], stemming from the fact he is one of those "fly-by-night" consultants who is really just a typist changing the name of the client company on a set of generic quality documents.
I need to laugh when [member] says "attorneys," since any honest attorney would laugh him out of his office. I have enough of a law background that I would not commit libel by writing anything I couldn't defend as true. Being true doesn't make it any less of an attack, though, which is why I would readily agree to web offerings deleting the posts in that thread. You will also have to delete posts alluding to the fracas."

---

**Wes Bucey**  14th June 2007 02:18 PM

**Re: Labor Woes at Toyota Outlined**

Quote:
> In Reply to Parent Post by **hjilling** (Post 199996)
> Would this be the same [member] who was the subject of a thread here on Elsmar a few months ago, where 10 years after they supposedly cleaned up their act, few people here expressed any confidence in the said organization?

Nope. Certainly not the main object of scorn. We talked about (trashed?) a number of folks. There has NEVER been a change in this guy's method. His "organization" only consisted of him and a nominal female friend who had the title of president to (I surmise) snag minority mandated contracts, since her "credentials" are never touted. The guy has flashes of brilliance, but always manages to alienate folks after he's been in a Forum for any period of time. The guy "lurks" *(reads, but doesn't sign in)* here, but no longer posts, even though he was still registered last time I checked.

**EXHIBIT J-1**