http://www.quality1stop.com/discuz/message/34/675.html?1004478998

Quality1Stop.com Forum; Wha...   Quality1Stop.com Forum...

Marc T. Smith

**Christopher Paris**
Senior Member
Username: cpabridge

Post Number: 59
Registered: 4-2003

Rating: N/A
Votes: 0 (Vote)

Posted on Monday, April 19, 2004 - 5:48 am:

Aren't we just a bit off-topic here?

This crap belongs in emails, not on boards.

**Marc Smith**
New member
Username: marc_smith

Post Number: 2
Registered: 4-2004

Rating: N/A
Votes: 0 (Vote)

Posted on Monday, April 19, 2004 - 7:04 am:

If you're going to bash my site, and me personally, I figured I would respond. I just copied Jim's plea to me to be allowed back into the Cove forums after his deceit. Obviously he would not apologise, we haven't heard from him since and are quite happy now, thanks.

As for you, Chris, I believe your seminal thread is: http://ElSmar.com/Forums/showthread.php?t=1815

People who live in glass houses shouldn't throw stones or something like that.

**Randall Daily**
Senior Member
Username: rdaily

Post Number: 85
Registered: 8-2001

Rating: ★★★★★
Votes: 1 (Vote)

Posted on Monday, April 19, 2004 - 7:13 am:

Oh Chris...shame, shame.

**Marc Smith**
Senior Member
Username: marc_smith

Post Number: 3
Registered: 4-2004

Rating: N/A
Votes: 0 (Vote)

Posted on Monday, April 19, 2004 - 8:34 am:

If my IP check is correct, Jim IS 'damien'. What does that tell us?

**Jim Wade**
Senior Member
Username: jim_wade

Post Number: 83
Registered: 3-2003

Rating: N/A
Votes: 0 (Vote)

Posted on Monday, April 19, 2004 - 10:45 am:

Chris

I agree that things are changing, driven by the customers. And by those Q professionals who listen to the customers (as opposed to talking amongst themselves about clause interpretation and certificates).

Marc wrote: *"If my IP check is correct, Jim IS 'damien'*

I should check that again, Marc, and very very carefully. Maybe your FBI friends will help - although you may not take kindly to you wasting their time. They can contact me as below if they need further information.

He also wrote: *"What does that tell us?"*

I'm afraid that what it tells us, my friend, is that you are 1) mistaken, or 2) a fantasist or 3) a liar.

I hope it's the former and that you will apologise when you have checked your facts. Otherwise we'll have to assume that one of the other two options apply.

EXHIBIT
K