Google Groups

# Re: Chris Paris's Complaint

**Marc Smith**  Jul 1, 2004 7:58 AM
Posted in group: **misc.industry.quality**

On 7/1/04 1:40 AM in article BD091BF7.A4C6%Marc.Smith@SpamCop.net, Marc
Smith at Marc.Smith@SpamCop.net wrote :

> Discussion at:
>
> http://Elsmar.com/Forums/showthread.php?t=8854

I have just been informed by Chris that the complaint against me was
rescinded on 28 June 2004.

That said, the 'war' is over.

Marc T. Smith

Cayman Business Systems
8466 Lesourdsville - West Chester Road
West Chester, OH 45069-1929 United States

US Teleco:    513 777-3394
E-Mail:       http://Elsmar.com/Forums/sendmessage.php
Internet:     http://Elsmar.com
Forums:       http://Elsmar.com/Forums/

*************************************************************
Neither the confidentiality nor the integrity
of this message can be guaranteed following transmission on
the Internet. Period. To believe otherwise is silly.
*************************************************************



EXHIBIT
L