**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC; and CHRISTOPHER
PARIS, individually,

        Plaintiffs,        **CASE NO. 8:15-cv-11-T-17TBM**

vs.

MARC TIMOTHY SMITH, individually and
d/b/a Cayman Business Systems,

    Defendant.
_____/

## MEDIATION REPORT

**COMES NOW**, Charles W. Ross, Esquire, certified federal court mediator, and states that a mediation conference was held on Friday, June 5, 2015, in St. Petersburg, Florida, in the above-captioned action and the result of that conference was a full and final **settlement**. All counsel and representatives were present at the mediation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of June, 2015, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the Florida Courts E-Filing Portal which will send a notice of electronic filing to the following: William R. Wohlsifer, Esquire, William R. Wohlsifer, P.A., 1100 East Park Avenue, Suite B, Tallahassee, FL 32301; and to Simeon D. Brier, Esquire, One North Clematis Street, Suite 510, West Palm Beach, FL 33401.

        **CHARLES W. ROSS, P.A.**

        s/Charles W. Ross
        _____
        **CHARLES W. ROSS, ESQUIRE**
        1535 Dr. M.L. King Jr. Street North
        St. Petersburg, FL 33704
        (727) 502-5000
        cwross@tampabay.rr.com
        Florida Bar No. 272523