UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

        Plaintiff,                        Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, Oxebridge Quality Resources International, LLC, and Christopher Paris, individually, through their undersigned counsel, and Defendants, Marc Timothy Smith, individually, d/b/a, Cayman Business Systems, through their undersigned counsel, hereby file this notice pursuant to the Settlement Agreement entered into between the parties and state that:

1. The parties have agreed to resolve this matter;

2. The Joint Stipulation on Injunction shall survive the dismissal of this case; **[Dkts. 33, 35]**

3. On or before July 10, 2015, pursuant to the parties' settlement agreement reached at mediation, the parties shall file a Joint Stipulation for Dismissal with Prejudice of all claims which were or could have been asserted; and

4. Each party shall bear their own attorney's fees and costs incurred in this action.

| | |
|---|---|
| By: /s/ Simeon D. Brier | By: /s/ William R. Wohlsifer |
| Simeon D. Brier, Esq. | William R. Wohlsifer, Esq. |
| Attorney for Defendants | Attorney for Plaintiffs |
| Florida Bar No. 525782 | Florida Bar No. 86827 |
| Cozen O'Connor | William R. Wohlsifer, PA |
| One North Clematis Street | 1100 E. Park Avenue - Suite B |
| Suite 510 | Tallahassee, FL 32301 |
| West Palm Beach, FL 33401 | Telephone: 850-219-8888 |
| Telephone: 561- 515-5250 | Fax: 866-829-8174 |
| Fax: 561-515-5230 | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esq.
Fla. Bar No: 86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301