UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

        Plaintiffs,                  Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
        Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW jointly the Plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS, individually, by and through their undersigned attorney, and the Defendants, MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS, by and through their undersigned attorney, who hereby stipulate to the dismissal of this action and to all claims and counterclaims, which were asserted or which could have been asserted in this action, with prejudice, pursuant to this Courts order dated June 9, 2015 **[Dkt. 50]**.  Each party is to bear their own attorneys' fees and costs.  The Joint Stipulation on Injunction shall survive the dismissal of this case. **[Dkt. 33, 35]**

| By: /s/Simeon D. Brier | By: /s/William R. Wohlsifer |
|---|---|
| Simeon D. Brier, Esq. | William R. Wohlsifer, Esq. |
| Attorney for Defendants | Attorney for Plaintiffs |
| Florida Bar No. 525782 | Florida Bar No. 86827 |
| Cozen O'Connor | William R. Wohlsifer, PA |
| One North Clematis Street | 1100 E. Park Avenue - Suite B |
| Suite 510 | Tallahassee, FL 32301 |

West Palm Beach, FL 33401  Telephone: 850-219-8888
Telephone: 561- 515-5250  Fax: 866-829-8174
Fax: 561-515-5230

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esq.
Fla. Bar No: 86827
1100 E Park Ave Ste B