**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OXEBRIDGE QUALITY**
**RESOURCES INTERNATIONAL,**
**LLC, and CHRISTOPHER PARIS,**

    **Plaintiffs,**

v.                                                                           **Case No. 8:15-cv-11-T-17TBM**

**MARC TIMOTHY SMITH,**
**individually and d/b/a**
**CAYMAN BUSINESS SYSTEMS,**

    **Defendant.**
                                                     /

**O R D E R**

THIS MATTER is before the Court on an **Unopposed Motion for Withdrawal as Counsel for Defendant/Counter-Claim Plaintiff**. (Doc. 55). By their Motion, Simeon D. Brier, Esq., and Matthew B. Criscuolo, Esq., of Cozen O'Connor seek an Order permitting them to withdraw from representation of Marc Timothy Smith, individually and d/b/a Cayman Business Systems, on the basis of irreconcilable differences, namely, that Mr. Smith no longer wants their representation and intends to proceed *pro se.* Counsel state that Plaintiffs do not oppose their withdrawal.

Upon consideration, the Motion (Doc. 55) is **GRANTED**. Attorneys Brier and Criscuolo and the law firm of Cozen O'Connell are excused from further responsibility in these proceedings and the Clerk is directed to terminate them from the record. The Clerk is further directed to mail a copy of this Order to Marc Timothy Smith, individually and d/b/a

Cayman Business Systems, 8466 Lesourdsville-West Chester Road, West Chester, Ohio, 45069, and to update the docket to reflect the Defendant's address.  Mr. Smith is directed to comply with court Orders and appear for court proceedings as noticed.

**Done and Ordered** in Tampa, Florida, this 6th day of August 2015.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
*Pro* se Defendant