

RIP - Elsmar.com

Born 5 Jan 1996

Died 30 June 2015

**The Elsmar Cove Mission**
To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals
*People Helping People since 1996!*

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com, Elsmar.com is now permanently closed.

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.



Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, Elsmar.com is now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida in January 2015.

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.





**Melanie Atkins**

I found the court case that caused the demise of the Cove, Oxebridge Quality Resources International, LLC et al v. Smith, Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I went to visit my old link yesterday). The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions.

If I sound bitter, it's because I am. We lost a great resource that has helped a lot of people for a lot of years and for what? So someone could make some money?

Ana Maria, thanks for the reddit link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost.

Like (4) • Report spam                                          5 hours ago

| Author | Posts |
|---|---|

July 12, 2015 at 2:30 am



Dan Brown

Participant

I just learned that Elsmar Cove is gone, apparently due to some lawsuit. Another fine mess due to an out of control litigation process in the USA. Thank you Marcelo for creating this forum. If used properly, perhaps this can partially replace that forum which dated back to the old BBS boards before the current internet!

 

Users who have liked this topic:





# R.I.P. – Elsmar's Cove

Posted in Public  in Links Love · **7 Comments**

For those who are in the same career field: you'll recognize the name.

## The Elsmar Cove Mission

To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals

*People Helping People since 1996!*

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com, Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum

Hadn't stopped in there in a while, I wish I had. There was a lot of useful information and great people in the forums. Many thanks to all who made it a success over the past 2 decades.



EXHIBIT

# C





**Mathew Judge**

A terrible loss indeed. My understanding is that our very own Chris Paris allegedly had a hand in its downfall due, in part, to a nonsensical and historic exchange with Marc. Moreover, and not long after the forum's removal, Paris announced his own replacement (As above).

Follow the breadcrumbs:
http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_cove/

Like (1)  ·  Reply privately  ·  Delete                                        5 hours ago



**Ian Mitchell**

More than disappointing Christina. This forum's 'owner', Christopher Paris, was responsible for closing Elsmar (Google it), and is now offering us all a pre tee'd replacement. To make matters far shadier, he's also removing all posts that reflect the truth of the matter, and has even resorted to removing individual members for answering the above question in an honest manner. So much for free speech hey Chris? You're an embarrassment. Shame on you. I call on every free thinking member of this group to stand up for free speech, and against the ongoing nonsense that CP proliferates throughout the industry.

Like (0)  ·  Reply privately  ·  Delete                                        2 hours ago

← → C ☐ standardsforum.com/elsmar-cove-is-closed/ ☆

⠿ Apps ★ Bookmarks ◉ Lexis Advance Sign In ◉ Public Access to Co... ▦ FAQ's for Bill ⠀ Statutes & Constitut... ☐ Capital Soup - Flori...

# Elsmar Cove is closed!

Elsmar Cove, a discussion forum for both professionals and novices in the business of quality assurance and industry standards, is closed. It is clear that the site is already missed by thousands of users. And folks who've come to rely on the "people helping people" Elsmar ethic are scrambling for venues to replace the information-sharing service the site provided.

Since both Document Center and Elsmar Cove have (had) a mission to help people understand standards and use them effectively, founder Marc Timothy Smith and I had a phone conversation on Monday to discuss Elsmar and it's closing.

What happened to Elsmar Cove? As noted on the website's homepage (and only page now), it's has been closed as part of a settlement that stemmed from a civil lawsuit filed in Florida. Mr. Smith, who founded the site in the mid 1990's, is not allowed to reveal any details of the settlement that resulted in the closure of the Elsmar Cove.

What made Elsmar Cove special? First and foremost, the site was a free resource for anyone with a question about quality



EXHIBIT
D

 **Marc Timothy Smith**  Quality Assurance and Business Standards

## FYI - Word is getting around

http://standardsforum.com/elsmar-cove-is-closed/ - Also don't be misled - This was a CIVIL suit, NOT a "Criminal" lawsuit.

**Elsmar Cove is closed! - Document Center's Standards Forum**
standardsforum.com - Elsmar Cove is closed and so I gave founder Marc Timothy Smith a phone call to see what happened and what the future holds. Read about the conversation now

Comment (5) • Like (10) • Follow • Report spam                    20 hours ago

🖤 Somashekar BV, Jennifer Kirley, Martin Gammuto, +7 like this

 **Marc Timothy Smith**
NOTE: I said "...Also don't be misled.." in referring to the linked to blog. I am seeing people in anther "group" on LinkedIn saying this was all over a "criminal" lawsuit. It wasn't. It was a federal CIVIL lawsuit filed in Florida.
Like (1) • Report spam                    19 hours ago

 **Jack Fletcher**
A Civil lawsuit who's outcome was "criminal " .
Like (5) • Report spam                    17 hours ago

 **Marc Timothy Smith**
Nope - It was a Federal CIVIL lawsuit filed in the state of Florida which has been settled. No "criminal" aspect to it at all. Some people have been calling it a "criminal" lawsuit. It wasn't in any way, shape or form in any way a "criminal" lawsuit. Those who post that it was either have no idea of the specifics or are outright lying. All the documents are publicly available on PACER if one wants to look. They are PUBLIC records. I am not communicating anything here that isn't a public record.
Like (1) • Report spam                    16 hours ago

 **Marc Timothy Smith**
BTW - Jack - I missed your /sarcasm with regard to your post: "... A Civil lawsuit who's outcome was "criminal " . That I agree with.
Like (5) • Report spam                    15 hours ago

**Paul Smith**
I had to hesitate as to whether or not I was going to click the "Like" button here ... because I still don't like this. I, for one, though, am glad that someone is digging around to try to expose this ridiculous situation for what it is. Hopefully, someone can get the info out there and still allow Marc to maintain his obvious shackles (yet another ridiculous situation in what's supposed to be a "free" country).
Like (8) • Report spam                    8 hours ago

https://www.linkedin.com/grp/post/8333501-6024328283888381953


**EXHIBIT E**



**Leighanne Boone, Esq.**

| | |
|---|---|
| From: | Leighanne Boone, Esq. |
| Sent: | Wednesday, July 8, 2015 4:41 PM |
| To: | Brier, Simeon |
| Cc: | Bill Wohlsifer, Esq. |
| Subject: | Violations of Paris Smith Settlement Agreement |
| Attachments: | Elsmar Homepage.pdf; Implementing An ISO 9001 Quality Management System.pdf; Smith Talks about on LinkedIn.pdf; Standards Forum's Interview with Smith.pdf |

Mr. Brier,

Please find this as a courtesy notice of your client's violation of the Settlement Agreement by your client's continued posting about Elsmar.com and reposting of Elsmar.com content on other websites, including an interview with a link to Elsmar.com from reddit.com.

Please find the referenced material in violation below and attached.

Regards,
Leighanne

---

The postings by Mr. Smith have had the desired effect. Mr. Paris and Oxebridge are now being defamed openly on LinkedIn. The moderator – Brad Masters – is not taking down these posts.

https://www.linkedin.com/grp/post/8333501-6021849237686333440?

> **Melanie Atkins**
>
> I found the court case that caused the demise of the Cove, Oxebridge Quality Resources International, LLC et al v. Smith, Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I went to visit my old link yesterday) The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions
>
> If I sound bitter, it's because I am. We lost a great resource that has helped a lot of people for a lot of years and for what? So someone could make some money?
>
> Ana Mana, thanks for the reddit link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost.
>
> Like (4) · Report spam                                              5 hours ago

On 7/7/2015 6:48 PM, Christopher Paris wrote:

> In addition, Mr. Smith just gave an interview with a former Elsmar participant. The interview says he is still looking for consulting work in quality management.
>
> http://standardsforum.com/elsmar-cove-is-closed/
>
> It discusses his resume and links to his LinkedIn page, and the piece basically acts as a promotion for his consulting services. This contradicts the image he portrayed during mediation that he was "retired."

1



**EXHIBIT**
**G**

Mr. Smith then posted a link to this interview on the LinkedIn Page "Ohio Bay Specialists" which was set up to replace Elsmar:

 **Marc Timothy Smith** Quality Assurance and Business Standards

## FYI - Word is getting around

http://standardsforum.com/do-elsmar-covens-closed - Also don't be misled - This was a CIVIL suit, NOT a "Criminal" lawsuit

### Elsmar Cove is closed! - Document Center's Standards Forum
standardsforum.com - Elsmar Cove is closed and so I gave founder Marc Timothy Smith a phone call to see what happened and what the future holds. Read about the conversation now

Comment(s) • Like (0) • Follow • Report spam

It's here:

https://www.linkedin.com/grp/post/8333501-6024328283888381953

CP

On 7/7/2015 4:46 PM, Christopher Paris wrote:

> Mr. Smith has reposted this on his page. The site is not taken down, as directed.

At this point we may have to file for contempt.

> > Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida is
> >
> > There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of th probably more like hundreds of thousands, maybe even millions of people have been helped, for free, wonderful people who have voluntarily helped people with answers to their business standards and ot the years in the Elsmar Cove forum.

The subreddit is also still up, here:

http://www.reddit.com/r/elsMr. Smithove

It features the old Cove logo, as well as links on the right side of the page to old material, such as Elsmar history, and Presentations, etc. The page contains a lot of Elsmar branded material. This includes a massive page (here) on "Implementing An ISO 9001 Quality Management System." The bottom of that page includes all of Mr. Smith's contact information for his consulting services.

The agreement was that Mr. Smith and Elsmar would be "out of the ISO business." It's clear he's just moved it all to another location, and is probably using a friend ("karansjet") to do so. It is likely his side will say that someone stole the entire site and moved it without Mr. Smith's knowledge, but we don't care. It's Mr. Smith's job to alert his people not to do this, and his people have been posting links to the Reddit on his LinkedIn page, with his full knowledge.

2

**Leighanne Boone, Esq.**

| | |
|---|---|
| From: | Leighanne Boone, Esq. |
| Sent: | Friday, July 10, 2015 2:39 PM |
| To: | 'Marc Smith' |
| Cc: | Bill Wohlsifer, Esq. |
| Subject: | Notice of Content in Violation of Settlement Agreement |

Mr. Smith,

Please take this email as notice that you are in breach of both the Settlement Agreement and Joint Stipulation on Injunction.

1. Elsmar.com has not been completely removed. The Settlement Agreement called for its complete removal. There is to be no words, images, ect. at that web address.
2. Elsmar can still be accessed by the internet archive where previous online commentary about Oxebridge and Mr. Paris is still viewable. https://web.archive.org/web/20150315015701/http:/elsmar.com/lmp/
3. Elsmar.com can be accessed from other sites (such as reddit). http://www.reddit.com/r/elsmarcove
4. Commentary Oxebridge and Mr. Paris is still accessible on Google Groups.
   https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU
   https://groups.google.com/forum/#!msg/misc.industry.quality/psuxY6iQssU/OfpXWiKsLEEJ

Your failure to remove the above material has led to additional damage against Mr. Paris and Oxebridge International Resources via numerous third parties. One such example can be seen here.
http://www.reddit.com/r/AskEngineers/comments/3bsi3p/what_the_hell_happened_to_elsmar_cove/

If you do not remove this material immediately or take actions necessary to remove said material (such as contacting webmaster to take down the material and copying us with that correspondence), we take legal action and seek damages, attorney's fees and costs for your breach of the Settlement Agreement and the Joint Stipulation on Injunction.

I look forward to your response and hope we can resolve this issue amicably.

Sincerely,
Leighanne Boone

Leighanne Boone, Esq I William R. Wohlsifer, PA
1100 East Park Ave, Ste B I Tallahassee, FL 32301
Tel: (850) 219-8888 I Fax: (866) 829-8174



**Internet Addresses (URLs) in Breach**

- https://www.reddit.com/r/elsmarcove/
- http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_cove/
- https://groups.google.com/forum/#!topic/misc.industry.quality/D1kUH8LL2g0
- https://groups.google.com/forum/#!topic/misc.industry.quality/UfbaOZxLoAk
- https://groups.google.com/forum/#!topic/misc.industry.quality/K1Fzct15CgA
- https://groups.google.com/forum/#!topic/misc.industry.quality/6ru88tisVjU
- https://groups.google.com/forum/#!topic/misc.industry.quality/aiQ8pgILlUc
- https://groups.google.com/forum/#!topic/misc.industry.quality/2RqJNgOhR3o
- https://groups.google.com/forum/#!topic/misc.industry.quality/PopSbiXqjsk
- https://groups.google.com/forum/#!topic/misc.industry.quality/e4T4G5isJ18
- https://groups.google.com/forum/#!topic/misc.industry.quality/xOAeQdyTE7s
- https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU
- https://groups.google.com/forum/#!topic/misc.industry.quality/rlMOS3ROsqg
- https://groups.google.com/forum/#!topic/misc.industry.quality/oNFqkWwG6Js
- https://groups.google.com/forum/#!topic/misc.industry.quality/66R5-TJ65Ds
- http://www.quality1stop.com/discus/messages/34/676.html?1084478588
- http://www.quality1stop.com/discus/messages/34/692.html?1089323543
- http://www.g-pmc.com/author/admin/
- http://www.g-pmc.com/tag/oxebridge-quality-resources/
- http://www.ripoffreport.com/r/Oxebridge-Quality-Resources/Tampa-Florida-33619/Oxebridge-Quality-Resources-AKA-Certificate-Mill-Chris-Paris-Christopher-Paris-Oxebrid-1062892
- http://www.ripoffreport.com/r/Chris-Paris-Quality-Resources/Tampa-Florida-33619/Chris-Paris-Quality-Resources-Christopher-Paris-Chris-Paris-Florida-Quality-Resources-1041805
- http://www.ripoffreport.com/r/Space-Exploration-Technologies/Hawthorne-California-90250/Space-Exploration-Technologies-SpaceX-SpaceX-Space-Exploration-Technologies-Hires-Non-E-1096828
- http://www.ripoffreport.com/r/pulse-medical-inc/blue-ridge-georgia-30513/pulse-medical-inc-pulse-medical-inc-hires-anti-semitic-leftist-communist-boombat-chr-1096809
- http://3bxsofbs.infamousanime.net/?p=9426
- https://www.linkedin.com/grp/post/8225593-6026151705257746436



EXHIBIT
I





**July 14, 2015**



Bill to Christopher Paris

## Click here to pay this invoice

(it accepts all major credit cards and paypal)

| Quantity | Work Description | Amount | Total |
|---|---|---|---|
| 1 | work on oxebridge.com | $200.00 (Not Taxable) | $200.00 |

Amount: $200.00
Total: $200.00

Payment Terms: 5 Days (July 19, 2015)

If you have any questions please email me at cordoval@gmail.com and I will be glad to assist you.

## Click here to pay this invoice

(it accepts all major credit cards and paypal)



EXHIBIT
K





UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

                Plaintiff,                          Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
                Defendants.
_____/

## VERIFIED STATEMENT OF CHRISTOPHER PARIS IN SUPPORT OF PLAINTIFF'S VERIFIED SECOND NOTICE OF DEFENDANT'S BREACH

1. My name is Christopher Paris, I am older than eighteen (18) years of age and a citizen of the United States.

2. I am a plaintiff in this action and have read and familiarize myself, and with the advice of counsel, on these proceedings throughout this litigation.

3. I am the managing member of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, also a plaintiff in this action.

4. I have personal knowledge of the marketing plans of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and of the implementation of its marketing plans, both on and offline.

5. The day-to-day and year-to-year operations of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC is a regularly conducted business activity of mine as its managing member.

6. I make this verified statement based on my personal knowledge and empirical research in support of Plaintiff's Verified Second Notice of Defendant's Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction, Motion to Compel Compliance with Injunction,

EXHIBIT

M

Motion for Money Damages, and Motion for Attorney's Fees, to which this verified statement is being attached, under seal.

7. I personally researched, discovered and provided technical explanation as reflected in "BREACHES OF THE JOINT MEDIATION SETTLEMENT AGREEMENT" (paragraphs 1-29) attached to this verified statement.

### Verification under section 92.525, Florida Statutes

Under penalties of perjury, I declare that I have read the foregoing Verified Statement and that the facts stated in it are true.

Christopher Paris, President and Managing Member,
Oxbridge Quality Resources International, LLC.

**BREACHES OF THE MEDIATION SETTLEMENT AGREEMENT**

1. Prior to the July 5th shutdown deadline defined in the Mediation Settlement Agreement, while the Elsmar.com forum continued to operate, Smith added a "global" announcement which appeared on every page of the forum, indicating the site was due to be shut down. This prompted a number of users to ask why the shutdown was happening, creating a demand for information on the shutdown.

2. On 23 June, posting on Elsmar.com, Marc violated the Settlement Agreement by releasing information about the case, and doing so in a false and defamatory manner. His post claimed "Essentially I have to close down Elsmar.com – in short I have to "burn the library" (which is how I look at it)", resulting in an intentionally mischaracterized version of events, which would benefit Marc (as the victim) and establish Oxebridge as the aggressor.



3. Following this post, the result was a series of posts by other Elsmar users who, predictably, sided with Smith and made derogatory posts indirectly about Oxebridge. Smith, in violation of the Joint Stipulation, did not moderate these posts and allowed them to remain.

4. Later in the same conversation, Smith gave permission for others to a LinkedIn page using the name Elsmar, in contradiction of the Mediation Settlement Agreement.



5. Later in the same conversation, a moderator (Brad Masters AKA "BradM") posted a revelation that Smith had discussed the terms of the settlement with "admins and moderators." This provided evidence of Smith's breach of the settlement's confidentiality.

6. In July 2015, former Elsmar moderators began discussing the closure of Elsmar.com on the LinkedIn group "Medical Devices" QA/RA". On 13 July 2015, a former moderator (Scott Kruger) posted to that conversation, indicating he had knowledge of the Mediation Settlement Agreement.



**Scott Kruger**

Brian - those of us that were moderators at Elsmar, even if we were not mods or involved when whatever happened between the parties happened, are probably the only others that know much of anything and we're not going to say much either out of respect for Marc, other than we miss our "jobs" and hope we can help in other ways in the future.

Like (0)  ·  Reply privately  ·  Delete                                    38 minutes ago

7.  After the shutdown deadline, Smith did not cease operating the Elsmar.com site, but instead posted a "banner" graphic indicating "RIP Elsmar.Com, Born 5 jan 1996 – Died 30 June 2015" as if the website was a human being. In contradiction of statements made by Smith that he had "retired", a fact which was material to the settlement amount eventually agreed upon, the banner ad continued to market Smith as a consultant. It also attempted to elicit sympathy for Smith among his readers.




RIP - Elsmar.com

Born 5 Jan 1996

Died 30 June 2015

**The Elsmar Cove Mission**

To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals
*People Helping People since 1996!*

Sorry, folks  After over 19 years continuously online  starting out as QS9000 com  Elsmar com is now permanently closed

There's nothing else I can say  other than that I am proud to know that over the last 19 years tens of thousands  probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum

8.  After a complaint was made to his attorney Brier that the post was in breach, Smith again declined to cease operation of the site, and on 7 July 2015 merely removed the header graphic, leaving behind an alternate departure message.

Sorry, folks  After over 19 years continuously online  starting out as QS9000.com on 5 January 1996  Elsmar com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions in the Elsmar Cove forum.

9.  Between the period of 7 July 2015 and 12 July 2015, multiple complaints were made to Smith's attorney Brier, and then to Smith directly (when he was no longer represented), regarding the refusal to cease operating Elsmar.com. Smith engaged in a series of "up and down" maneuvers whereby he repeatedly removed, then replaced, the message in one form or another. During one of the iterations, Smith directly named the lawsuit, thereby not only revealing terms of the settlement, but falsely framing them in a way that made Smith the victim, and Oxebridge the aggressor. By linking the closure to the suit, it also permanently and perhaps irreversibly tarred Oxebridge as the reason for the closure, and not that Smith had elected to do this as part of a Mediated Settlement, of his own choosing.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, Elsmar.com is now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida in January 2015.

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

10. After a complaint was made regarding this post, Smith again replaced it with the original, without the mention of the lawsuit, but still did not "cease operation" of the website.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 6 January 1996, Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

11. Until about August 7 2015, the site continued to operate and serve content despite multiple attempts to get Smith to comply and cease operation of the site. After August 7th, the site was finally shut down as ordered; this came more than 30 days after the July 5th deadline to shut down Elsmar.com.

12. As a result of his posting a "Departure note" rather than shutting down the site as ordered, the note went "viral" appearing on numerous third party websites. On 1 July 2015, it was republished on the blog "3 Boxes of BS".

http://3bxsofbs.infamousanime.net/?p=9426



R.I.P. – Elsmar's Cove

Posted by Bob S  in Unity Love | 7 Comments

For those who are in the same career field; you'll recognize the name.

**The Elsmar Cove Mission**
To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals
*People Helping People since 1996!*

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com, Elsmar.com is now permanently closed.

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

Hadn't stopped in there in a while, I wish I had. There was a lot of useful information and great people in the forums. Many thanks to all who made it a success over the past 2 decades.

This also resulted in a conversation thread which subsequently defamed Oxebridge. That website owner ("Bob S") has refused requests to remove the material.

13. On about 2 July 2015, a user "karansjet" created a duplication of the entire former Elsmar.com website on Reddit.com. This includes a new forum which advocates for the posting of defamation about Oxebridge. The resulting effect is that the Elsmar.com site has not "ceased operation" but merely moved to a new internet host. This also includes all of Smith's business contact information, sales information, and resume, allowing Smith to continue to operate Elsmar as an ISO consulting firm, while using Reddit as an ISO consulting website, despite his claims in mediation that he was retired.

The user "karansjet" has refused to respond to requests to have the material removed.

The subreddit is located at https://www.reddit.com/r/elsmarcove

This has also prompted additional discussion on Reddit at this link:

https://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

14. User "karansjet" also posted additional defamatory information linking Oxebridge to the closure of
Elsmar, which would not have been possible if Smith had not published his "departure notice" on the
Elsmar.com site linking the two events. See here:
https://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

15. On 4 July 2015, a new forum ("Medical Device Experts Forum" http://www.medicaldevices.expert )
opened, under operation of a former Elsmar moderator, Marcelo Antunes. In his opening posts, he
revealed that Marc Smith had discussed the terms of the settlement with the moderators at Elsmar:

July 3, 2015 at 7:32 pm



Marcelo
Antunes

*Keymaster*

Hi Claudia

Elsmar was closed due to a court order, and there's only as much as can be said about it.

Yes, there's lessons to be learned (and hopefully have been learned, at least by me) so that we don't have a problem with this new forum.

Speaking of policy, I'm still finishing drafting the TOS for this forum and will put it online shortly.

 0

**And..**

July 7, 2015 at 5:34 pm



concentrier

*Participant*

Hi again, Marcelo.
I took the opportunity to reach out to Marc Smith over the weekend and had a phone conversation with him on Monday. I posted the resulting report today on StandardsForum.com. So if anyone's interested in how he's doing, etc., they might want to take a look.
Cheers,
Claudia

 2+

Users who have liked this topic



July 7, 2015 at 7:22 pm



Marcelo
Antunes

*Keymaster*

That's a great update on Marc and the Cove, thanks! And, as mentioned by Marc, he can't talk about the settlement, and that's why I'm not talking about it too (everyone involved in the Cove as moderators, in fact).

This reply was modified _____ by ____ Marcelo Antunes

0

**And:**



| Author | Posts |
|---|---|

July 7, 2015 at 7:35 pm

Why can't you talk about settlement? Isn't it weird? There must be some nonconformity and the judgment.

👍 { 0 }

Bora Bingol

*Participant*

July 7, 2015 at 7:40 pm

From what was explained, part of the settlement included a non-disclosure agreement or something like that.

This reply was modified 2 week ago by 👤 Marcelo Antunes

👍 { 0 }

Marcelo
Antunes

*Keymaster*

16. Disregarding the Mediation Agreement's requirement not to discuss the terms of the settlement, On 7 July 2015 Smith gave a public interview to Claudia Bach, the website owner of "Document Center's Standards Forum" regarding the closure of Elsmar. In that interview, he revealed conditions of the settlement agreement:

> *"What happened to Elsmar Cove?  As noted on the website's homepage (and only page now), it's has been closed as part of a settlement that stemmed from a civil lawsuit filed in Florida."*

Again, despite his alleged retirement being material to the Settlement, Smith was revealed as seeking "new opportunities" in the ISO consulting field. Finally, the article furthermore linked to the Reddit materials.

Source: http://standardsforum.com/elsmar-cove-is-closed/

17. The interview with Smith, including the Reddit republishing of the entire Elsmar site, was then promoted through a mass email issued by Document Center.



**Document**Center

**Elsmar Cove is Closed!**

I interviewed founder Marc Timothy Smith and posted
about the quality assurance discussion forum and it's
shutdown at StandardsForum.com on Tuesday

18. On the same day, Smith posted a promotional topic on LinkedIn titled "FYI – Word is Getting Around" promoting his interview with Ms. Bach and the new Reddit "clone" of his website.  In the subsequent discussion, Smith also discussed the lawsuit openly, going so far as to indicate the "outcome was criminal."



19. On 9 July 2015, the Reddit link was promoted on another blog, "Software in Medical Devices" presumably picked up after the Smith interview.



20. On 12 July, a certification body representative Dan Brown (of Eagle Registrations) began a thread on the forum "Medical Devices Expert Forum." (http://www.medicaldevices.expert/)



| Author | Posts |
|---|---|

July 12, 2015 at 2:30 am

Dan Brown

*Participant*

I just learned that Elsmar Cove is gone, apparently due to some lawsuit. Another fine mess due to an out of control litigation process in the USA. Thank you Marcelo for creating this forum. If used properly, perhaps this can partially replace that forum which dated back to the old BBS boards before the current internet!

👍 { 3+ }

Users who have liked this topic.



Brown repeated this on 14 July in the LinkedIn forum "Medical Devices QA/RA" here: https://www.linkedin.com/grp/post/2070960-6023219235981905921?trk=groups-post-b-title

**db**

**Dan Brown**

Please know that the gentleman who moderated the medical devices discussions on Elsmar Cove has launched his own forum to assist in filling some of the void left by its abrupt closure

Marcelo Antunes has launched: http://www.medicaldevices.expert/

I highly recommend this to the fans of Elsmar Cove. Marcelo will ensure that this forum will operate under the same rules as Elsmar.

Please do not confuse this site with the one referenced in another group started by the very person who caused the shut down of the Cove

Like (5)  •  Reply privately  •  Report spam                    19 hours ago

21. The published materials by Smith have had an immediate, and perhaps irreversible effect, by creating an upswell of anger against Oxebridge, and thus breaking both the letter and the spirit of the Settlement Agreement. The users believe the Elsmar site was shut down by Oxebridge, and not through Smiths' sole decision derived through the mediated settlement process. This has created a new wave of defamation being posted across the internet, including the following examples:



**Melanie Atkins**

I found the court case that caused the demise of the Cove, Oxebridge Quality Resources International, LLC et al v. Smith, Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I went to visit my old link yesterday) The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions.

If I sound bitter, it's because I am. We lost a great resource that has helped a lot of people for a lot of years and for what? So someone could make some money?

Ana Maria, thanks for the reddit link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost.

Like (4)  •  Report spam                    5 hours ago



**Tim Wood**

Many thanks to Marc, all the moderators and the thousands of people like me unafraid to say, "I don't know how to .." I can only paraphrase Dickens, "If that is the law sir, then the law is an ass!"

**Allen M.**

This is BS. This was the one site that their sole purpose was to help people. My company was doing some business with their BS company that started the lawsuit and I have canceled the accounts and forbade any of my QA people to use them in the organization. I encourage all QA professionals I know to not to do business with them or support hie BS site they are starting the "O" to replace the cove on and by the way they are charging to join. go figure

Like · Reply privately · Delete                                    32 seconds ago

☑ Send me an email for each new comment                                    Comment

---

**12 June 2015:**



**Mathew Judge**

A terrible loss indeed. My understanding is that our very own Chris Paris allegedly had a hand in its downfall due, in part, to a nonsensical and historic exchange with Marc. Moreover, and not long after the forum's removal, Paris announced his own replacement (As above).

Follow the breadcrumbs:
http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_cove/

Like (1) · Reply privately · Delete                                    5 hours ago

**13 June 2015:**



**Ian Mitchell**

More than disappointing Christina. This forum's 'owner', Christopher Paris, was responsible for closing Elsmar (Google it), and is now offering us all a pre tee'd replacement. To make matters far shadier, he's also removing all posts that reflect the truth of the matter, and has even resorted to removing individual members for answering the above question in an honest manner. So much for free speech hey Chris? You're an embarrassment. Shame on you. I call on every free thinking member of this group to stand up for free speech, and against the ongoing nonsense that CP proliferates throughout the industry.

Like (0) · Reply privately · Delete                                    2 hours ago

**14 June 2015:**



**Gavin Jordan**

Hi Christopher

Cant you tell us what happened here? I keep on seeing reference to an Oxebridge lawsuit that shut Elsmar cove? Is there any truth in this? I doubt it, but there seems a lot of chatter about it.

Like (0) · Reply privately · Delete                                    23 minutes ago

**14 June 2015:**

 **Helmut Jilling**

I do not condone hacking someone's site....that is never right. ...but the fact that Mr. Paris said he has to consult his lawyers before he can be allowed to comment on the Elsmar situation...should answer many questions....sad....Elsmar was a fabulous resource....

Like (0)  •  Delete                                                                           3 seconds ago

14 June 2015:

 **Joe Albe**

It doesn't take a genius to find and read a few court docs to determine that Chris is a crybaby and the only way to stop the other kids from making fun of him was to burn down their kids. Terrible shame that such a valuable resource had the be the target of hie petulance. Deeper pockets buy better lawyers.

Like (0)  •  Reply privately  •  Delete                                                         2 seconds ago

22. **Multiple other discussions on LinkedIn are erupting which repeat the misinformation provided by Smith, and which continue to paint Oxebridge as the villain and Elsmar as the victim. From the Medical Devices QA:RA forum, one example:**

 **Brindusa Curcaneanu**
http://www.q-pmc.com/tag/oxebridge-quality-resources/

**Oxebridge Quality Resources**

Oxebridge Quality Resources is an offshore bogus entity engaging in telemarketing fraud, copyright violations, smear campaigns and bogus accreditation schemes. Oxebridge is owned by Christopher Paris, a known con artist who uses a number of aliases such as Jorge A. David, Chris Harris, Elizabeth Karris, Chrissy Pariss, Mark Spittle and Chris Anderson. Chris Paris hides offshore in Peru away from U.S. authorities where he solicits unsuspecting businesses using Skype to hide his true location and identity. Please ignore all solicitations from Mr. Paris and his bogus organization Oxebridge Quality Resources. For more information on telemarketing fraud please see the FBI website about Common Fraud Schemes

Like (4)  •  Reply privately  •  Report spam                                                    5 days ago

 **Brindusa Curcaneanu**
You can find the articles from Elsmar Cove at this archive site:

https://web.archive.org/web/20150620142735/https://elsmar.com/

Like (3)  •  Reply privately  •  Report spam                                                    5 days ago

 **Brindusa Curcaneanu**
http://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

Like (5)  •  Reply privately  •  Report spam                                                    5 days ago

23. **On July 13 2015, at about 8:00 PM EST, the Oxebridge website was the victim of a hack which replaced the main page with one indicating "ELSMAR STRIKES BACK" and "FREE MARC SMITH." The file injected was named "freemarcsmith.html" and featured a graphic entitled "freemarcsmith.gif." All internal pages within the Oxebridge site were redirected to this page. The hack was discovered within about 45 minutes and the site restored, and no files appear to have been lost.**



For another two hours after the page was deleted, some pages continued to attempt to point to the hacked page, resulting in a "404" error, due to unauthorized alteration of the .htaccess file.



Paris was thus forced to change website host providers, to utilize a new service that does not rely on .htaccess files, and incur the related costs for improving site security.

24. On Reddit, the user "karansjet" gave this false account of the Oxebridge/Elsmar lawsuit, which matches the version of events published by Marc Smith prior to the site's shutdown:

**re: elsmar**
from **karansjet**  sent 23 minutes ago

I don't know Marc personally so I can only piece together what happened based on public court documents. In my opinion, it looks like Chris sued Marc for trying to "extort" him, whereas Marc just wanted to sell the Elsmar site and retire. Chris spun that as extortion because he also wanted Marc to remove threads from Elsmar calling Chris out for the paranoid whackjob he is. So much drama.... Anyway here's Marc's email and LinkedIn profile:

http://www.linkedin.com/in/elsmarmarc

marcsmith102@cincl.rr.com

permalink  report  block user  mark unread  reply

25. On 16 July, a Linked user (J.D. Pickett) attempted to post the following:



**J.D. P.** commented on The end of elsmar cove forum

" I found a link that shows the actual court documents from Jan 2015 referencing a defamation lawsuit filed by Oxebridge Quality Resources and Christopher Paris against Marc Smith. I found a post on Oxebridge referencing the "theft" of seven articles that had been posted on a competing website. Finally, I found a tete-a-tete between Chris Paris and Marc Smith in a series of postings to a Google news group in 2004 that, IMHO, puts neither in a favorable light. I would post the actual links to all of the information I mentioned above, but not at the risk of potential litigation from someone in this thread " less...
15 hours ago

It was deleted without publication, and in response Pickett wrote this email to me, through LinkedIn:



InMail | POLARIS Laboratories

**Posting Concerns**

**J.D. Pickett** · Quality and Quality Management · · Accreditation Systems
· 25, 2015 8:45 PM

Mr Paris,

Thank you for not allowing my previous post to be visible, because it confirms
my initial assumption about your behavior. I've read several of the resources on
your company's site along with posts you've made on other sites throughout the
last few years. You spend much labor on criticizing and railing against the
activities of quality bodies. However, you refuse to accept criticism, in kind. I find
your behavior to be hypocritical. Fortunately, for you, it appears your
adversaries are not as litigious as you. I wish you and your company the best,
but I would never recommend your services to my peers in the Indianapolis
quality community.

Best Regards,
James Pickett

26. On or about July 25th, a thread on LinkedIn, which includes participation by Smith himself, evolves to
include a call to "boycott" the Oxebridge forum "O-Forum". This further encroaches on the
Mediation Agreement, given that a material condition for the low settlement amount was contingent
on Mr. Paris' ability to recoup his losses through the creation of a forum to replace Elsmar.com.
(Source: https://www.linkedin.com/grp/post/8225593-6026151705257746436 )



**George Hummel, ACQI**
The problem with this new "forum" is that its owner will push his own brand of half truths,
distortions and propaganda. This so-called forum should be boycotted, lest you too be sued.
Like (2)  ·  Report spam                                                          1 month ago



**Mathew Judge**
I for one won't be joining George, of that you can be assured.
Like (2)  ·  Report spam                                                          1 month ago



**Gidget Stough**
I just took a peek at it, and from the radio silence (other than his own posts and those of his
admin), it appears to be off to a sluggish start.
Like (0)  ·  Report spam                                                         1 month ago

27. During this July 25th exchange, Smith again engages in defamation by distorting the Settlement
Agreement and repeating his "burning down the library" charge.



**Marc Timothy Smith**
Elsmar was an internet "icon". There was no LinkedIn when it started in January of 1996. No
Google, no Facebook or anything like that. Taking Elsmar "down" was "Burning Down the
Library" by a person who can not stand criticism and resorted to taking 19 years of centralized
information, opinions, interpretations, friendship, etc. off of the internet.
Like (3)  ·  Report spam                                                          1 month ago

28. The same July 25th thread escalated to a physical threat made against Paris by LinkedIn user Jack Fletcher:



**Jack Fletcher**
A baseball bat I could handle....not a web hack

Like (0)  •  Report spam                                            1 month ago

29. On August 9th, former Elsmar user Andrey Bardaym announced a new forum using the name "Elsmar Quality Forum" (link: http://elsmar-forum.com/forums/ )



**Andrey B.**  commented on The end of elsmar cove forum
" http://elsmar-forum.com/ "