<u>Defendant Pro Se's Response to "Sealed Document S-59-60 (LD) (entered 9/30/2015)"</u>
Case 8:15-cv-11-T-17TBM

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION



2015 OCT -9 PM 12: 33

**Case number: 8:15-cv-11-T-17TBM**

<u>Defendant Pro Se's Answer to "Sealed Document S-59-60 (LD) (entered 9/30/2015)" of 30
September 2015</u>

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,
and d/b/a/ CAYMAN BUSINESS SYSTEMS

Defendant.

---

Presiding Judge: Elizabeth A. Kovachevich
Referring Judge: Thomas B. McCoun III
Court: Florida Middle District Court
Office: Tampa Office
County: Hillsborough

---

**Case number: 8:15-cv-11-T-17TBM**

Defendant Pro Se's Response to "Sealed Document S-59-60 (LD) (entered 9/30/2015)"-
Case 8:15-cv-11-T-17TBM

COMES NOW the Defendant, Marc Timothy Smith, to file this *Request for a Court Appearance* to address Plaintiff's accusation that Defendant has violated the Mediation Agreement of 5 June 2015 and/or the Joint Stipulation on Injunction.

1. Defendant can not respond to "Sealed Document S-59-60 (LD) (entered 9/30/2015)" because it has been filed "under seal" so rebuttal of the document contents can not be discussed in a document to the Court because to do so would be a violation of the Mediation Agreement which requires that the Mediation Agreement content be "Confidential" (not public).

2. Defendant again requests a hearing in front of a Judge to address issues raised in the Plaintiff's "Sealed Document S-59-60 (LD) (entered 9/30/2015)". To travel to Florida from Ohio will pose a hardship on the Defendant due to his age and physical condition, however the Defendant sees no other way to contest content of "Sealed Document S-59-60 (LD) (entered 9/30/2015)" which contains numerous falsehoods and misrepresentations. To deny the Defendant a chance to defend himself will be a miscarriage of Justice. Defendant believes the presence of both the Plaintiff himself, as well as the Plaintiff's lawyer, is critical to the Defendant being able to defend himself against the accusations contained in "Sealed Document S-59-60 (LD) (entered 9/30/2015)".

I declare under penalty of perjury that the forgoing is true and correct.
Dated and respectfully submitted using the US Postal Service this 6th day of October 2015.

Marc Smith
Marc Timothy Smith (Defendant pro se)

Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069 Tel: 513 720-0600
Page 2 of 3 - Printed October 6, 2015

<u>Defendant Pro Se's Response to "Sealed Document S-59-60 (LD) (entered 9/30/2015)" -
Case 8:15-cv-11-T-17TBM</u>

By: Marc

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

I certify that a copy of this document is being furnished by USPS mail on the same date to the court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for Plaintiff)

Marc Timothy Smith (Defendant pro se)