UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

   Plaintiffs,                                  CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

   Defendants.
_____/

**NOTICE OF SERVICE BY US MAIL UPON DEFENDANT OF PLAINTIFFS' VERIFIED SECOND NOTICE OF DEFENDANTS' BREACH OF MEDIATION SETTLEMENT AGREEMENT**

COMES NOW the plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS by and through their undersigned attorney, and file this Notice of Service and certify that a true and correct copy of Plaintiffs' Verified Second Notice of Defendants' Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction, Motion to Compel Compliance with Injunction, Motion for Money Damages, and Motion for Attorney's Fees, was sent on November 30, 2015 by US Mail to defendants, MARC TIMOTHY SMITH, individually, and d/b/a CAYMAN BUSINESS SYSTEMS at 8466 Lesourdsville-West Chester Road, West Chester, Ohio 45069.

                                        Respectfully submitted by:

                                        **WILLIAM R. WOHLSIFER, PA**
                                     By: /s/ William R. Wohlsifer
                                        William R. Wohlsifer, Esquire
                                        Fla. Bar No: 86827
                                        1100 E Park Ave Ste B

Tallahassee, Florida 32301
Tel:  (850) 219-8888
Fax: (866) 829-8174
E-Mail:  william@wohlsifer.com;
paralegal@wohlsifer.com