<u>Defendant Pro Se's Response to Plaintiff's</u> "Case Docket Document 65 (entered 11/30/2015)" <u>- Case 8:15-cv-11-T-17TBM</u>

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**Case number: 8:15-cv-11-T-17TBM**

<u>Defendant Pro Se's Answer to Plaintiff's</u> "Case Docket Document 65 (entered 11/30/2015)"

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,

and d/b/a/ CAYMAN BUSINESS SYSTEMS

Defendant.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

**Case number: 8:15-cv-11-T-17TBM**

<u>Defendant Pro Se: Marc Timothy Smith, 8466 Lesourdsville-West Chester Road West Chester, Ohio 45069 Tel: 513 720-0600</u>
Page 1 of 4 - Printed December 4, 2015

<u>Defendant Pro Se's Response to Plaintiff's "Case Docket Document 65 (entered 11/30/2015)" - Case 8:15-cv-11-T-17TBM</u>

COMES NOW the Defendant, Marc Timothy Smith, to file this *Request for a Court Appearance* before the appropriate Judge to address Plaintiff's accusation that Defendant has violated the Mediation Agreement of 5 June 2015 and the Joint Stipulation on Injunction.

1. Defendant is unaware of a "First" Beach notification, and here we have a document which says it is a "Second" notification ("Case Docket Document 65 (entered 11/30/2015)" by the Plaintiff). Defendant believes this an attempt to deceive the court because Defendant has no record of a "First" notification and believes that, in fact, this is a "First" Breach notification rather than a "Second" Breach notification.
2. Defendant can not herein respond to "Case Docket Document 65 (entered 11/30/2015)" by the Plaintiff because rebuttal of the document contents can not be discussed in a document to the Court such as this one because to do so would be a violation of the Mediation Agreement which requires that the Mediation Agreement content be "Confidential" (not public).
3. Defendant does not have the financial resources to pay a lawyer to continue this paper game. Defendant again requests a hearing in front of the appropriate Judge to address issues raised in the Plaintiff's "Case Docket Document 65 (entered 11/30/2015)". To travel to Florida from Ohio will pose a hardship on the Defendant due to his age, financial and physical condition, however the Defendant sees no other way to contest content of Plaintiff's "Case Docket Document 65 (entered 11/30/2015)" which contains numerous falsehoods and misrepresentations. To deny the Defendant a chance to defend himself will be a miscarriage of Justice.
4. Defendant is not at all convinced he can adequately defend himself against these accusations in a teleconference, but obviously that would be something the

<u>Defendant Pro Se's Response to Plaintiff's</u> "Case Docket Document 65 (entered 11/30/2015)" <u>- Case 8:15-cv-11-T-17TBM</u>

5. Defendant believes the presence of *both* the Plaintiff himself, as well as the Plaintiff's lawyer, is *critical* to the Defendant being able to defend himself against the accusations contained in "Case Docket Document 65 (entered 11/30/2015)".

6. Defendant believes he has complied with all requirements of the Mediation Agreement of 5 June 2015 and the Joint Stipulation on Injunction.

7. Reviewing PACER, Defendant does not have access to Case Court Docket Documents 59, 60, and 62 so Defendant's Case Court Docket Documents files here are incomplete. The Defendant herein requests access to these documents.

8. Also, please reference Case Court Docket Documents 57, 58 and 63 to bring this into perspective.

I declare under penalty of perjury that the forgoing is true and correct.
Dated and respectfully submitted using the US Postal Service this 4th day of December 2015.

Marc Timothy Smith (Defendant pro se)

By: *[signature]*

8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 720-0600

I certify that a copy of this document is being furnished by USPS mail on the same date to the court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer
1100 E. Park Ave Ste B
Tallahassee, Florida 32301

<u>Defendant Pro Se's Response to Plaintiff's</u> "Case Docket Document 65 (entered 11/30/2015)" <u>- Case 8:15-cv-11-T-17TBM</u>

(Attorney for Plaintiff)

*[signature]*

Marc Timothy Smith (Defendant pro se)