**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:15-cv-11-T-17TBM | DATE: | January 12, 2016 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| OXEBRIDGE QUALIFY RESOURCES INTN'L, et al.<br><br>v.<br><br>MARC SMITH | | **PLAINTIFF'S COUNSEL**<br>William Wohlsifer<br>Leighanne Boone | |
| | | **DEFENSE COUNSEL**<br>Marc Smith | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 10:39 a.m. - 11:09 a.m. | **TOTAL:** 30 min. | **COURTROOM:** | 12B |

**PROCEEDINGS:**   TELEPHONIC HEARING

The Court discusses with the parties Plaintiff's notice of Defendant's breach of settlement agreement.

The Court will enter an Order to Show Cause and set a hearing sometime during the week of March 14, 2016.

The Court discusses with counsel the need for certain documents to remain under seal, and takes the matter under advisement.