**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OXEBRIDGE QUALITY**
**RESOURCES INTERNATIONAL,**
**LLC, and CHRISTOPHER PARIS,**

    **Plaintiffs,**

**v.**                                            **Case No. 8:15-cv-11-T-17TBM**

**MARC TIMOTHY SMITH d/b/a**
**CAYMAN BUSINESS SYSTEMS,**

    **Defendant.**

                                      /

**O R D E R**

       THIS CAUSE is before the Court on Plaintiffs' **Verified Second Notice of Defendants' Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction, Motion to Compel Compliance with Injunction, Motion for Money Damages, and Motion for Attorney's Fees** (Doc. No. S-59). A status conference on the Motion was held via telephone on January 12, 2016.

       In short, Defendant denies all allegations and the parties remain at odds. Given the verified allegations in the Motion, a hearing is necessary. Accordingly, Defendant is hereby **ORDERED** to appear at the **United States Courthouse, Courtroom 12B, 801 North Florida Avenue, Tampa, Florida**, on **March 16, 2016, at 9:30 a.m.** to show cause why he should not be held in contempt or otherwise sanctioned for breaching the Mediation Settlement Agreement and Joint Stipulation on Injunction. To the extent the parties determine that discovery is needed, they are directed to cooperate with any such requests.

The parties may proceed by way of testimony, affidavits, and documentary evidence. On or before March 11, 2016, the parties shall exchange any documentary evidence on which they intend to rely. As agreed to at the hearing, the Court will unseal the Motion, Defendant's response(s), the Mediation Settlement Agreement, and Joint Stipulation at the hearing. Such shall then be placed into the public record of the Court.

**Done and Ordered** in Tampa, Florida, this 13th day of January 2016.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
*Pro* se Defendant