IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

Case number: 8:15-cv-00011-T-17TBM

## Motion to Re-Open Case 8:15-cv-00011-T-17TBM

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually.
Defendant – Pro Se.

---

Presiding Judge: Elizabeth A. Kovachevich
Referring Judge: Thomas B. McCoun III
Court: Florida Middle District Court
Office: Tampa Office
County: Hillsborough

---

Case number: 8:15-cv-00011-T-17TBM

COMES NOW the Defendant, Marc Timothy Smith, Motion to Re-Open Case 8:15-cv-00011-T-17TBM per:

[illegible sealed/redacted docket entry]

(Docket Document 50).

### General Reasons to Re-Open Case 8:15-cv-00011-T-17TBM

1. Defendant agrees that a Mediation Agreement was reached on 5 June 2015. Defendant believes the Mediation Agreement Meeting and the resulting agreement was flawed in ways which can only be accurately described/discussed in a closed hearing before a Judge *unless* all documents currently under seal are quickly unsealed. Defendant sees no reason the documents should remain sealed until the 16 March 2016 hearing considering the Plaintiffs' attorneys' concurrence that unsealing the documents is *not* an issue (the Plaintiffs' attorney has already agreed that there is no reason the documents currently under seal need to kept sealed during the 12 January 2016 tele-conference hearing).

2. Defendant requests that all sealed documents be quickly unsealed and entered into the public record so that it can be referred to and discussed in public documents Defendant wants to submit to the court. Defendant has nothing to hide and believes all motions and other court documents in this case should be made public quickly so the Defendant can submit a revised Motion to Re-Open Open Case 8:15-cv-00011-T-17TBM in a timely manner that is complete revealing content of currently sealed documents.

3. The full basis of this request for re-opening this case can not be contained in this document because necessary, relevant documents are at this point in time "sealed".

4. As soon as the currently sealed documents are unsealed, the Defendant will submit an amended Request to Re-Open Case 8:15-cv-00011-T-17TBM in a timely manner with specifics as to why the case should be reopened as well as reasons the already public Joint Stipulation on Injunction (Docket Document) is invalid.

## Abbreviated Reasons to Re-Open Case 8:15-cv-00011-T-17TBM which will be elucidated after the currently Sealed Documents are Unsealed

1. Defendant believes Docket Document 33 (Joint Stipulation) is invalid for several reasons which the Defendant will fully state in the amended Motion to Re-Open Case 8:15-cv-00011-T-17TBM to reduce confusion and redundancy by citing the specifics in this preliminary motion instead of citing all the reasons in one single document in the interest of consistency and consolidation of documentation.
2. Defendant believes Docket Document 60 (under seal at this time) is full of accusations not even addressed by the Mediation Agreement and/or the Joint Stipulation on Injunction, and is an attempt by the Plaintiffs' attorney to intentionally mislead the court, and as such is invalid and potentially misconduct on the part of the Plaintiffs' attorney.
3. Defendant believes the Mediation Settlement Agreement (which is under seal at this time) is invalid for several reasons the specifics of which can not be stated in this document because the contents of the Mediation Settlement Agreement are currently "Sealed". Defendant believes that as a minimum, per the Mediation Agreement, section 6: "In the event of an ambiguity regarding the meaning of this agreement, then the parties agree to submit such issues to the mediation for a further mediation agreement conference."

Defendant herein requests:
1. All sealed documents be unsealed as soon as possible (the Plaintiffs' attorney has already agreed that there is no reason the documents currently under seal need to be kept sealed during the 12 January 2016 tele-conference hearing).
2. The Defendant be allowed to file an amended Motion to Re-Open Case 8:15-cv-00011-T-17TBM with specifics after the currently sealed documents are unsealed so the Defendant can file an appropriate, detailed "Request to Re-

Open Case 8:15-cv-00011-T-17TBM" as required in a "Re-Open Case" Motion so as to not limit the scope of the Motion.

3. Case 8:15-cv-00011-T-17TBM be Re-Opened.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted to the Court using the USPS this 2nd day of February 2016.

Marc Timothy Smith (Defendant pro se)

By: *[signature]*
8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 720-0600
Email: marcsmith102@cinci.rr.com

I certify that a copy of this document is being furnished on the same date to the court and to William R. Wohlsifer, Attorney for Plaintiff at:

William R. Wohlsifer
1100 E. Park Ave Ste B
Tallahassee, Florida 32301
(Attorney for Plaintiff)

*[signature]*
Marc Timothy Smith (Defendant pro se)