UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

     Plaintiffs,                        CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

     Defendants.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

PLEASE TAKE NOTICE that Leighanne C. Boone, Esquire, of William R. Wohlsifer PA, hereby appears as co-counsel of record for OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS, individually.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**
By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire
Fla. Bar No: 107308
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
Fax: (866) 829-8174
E-Mail:lboone@wohsifer.com;
william@wohlsifer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069 on this 11th day of March, 2016.

By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire