IN THE UNITED STATES DISTRICT COURT PM 2: 16

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**Case number: 8:15-cv-00011-T-17TBM**

## Response to Plaintiff's Claim of Breach of Mediation Settlement Agreement and Joint Stipulation

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC (Florida and Peru), and

CHRISTOPHER PARIS, individually.

Vs.

MARC TIMOTHY SMITH, individually

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

---

**Case number: 8:15-cv-00011-T-17TBM**

COMES NOW the Defendant, Marc Timothy Smith, hereinafter referred to as SMITH, to rebut Chris Paris - Plaintiff (herein after referred to as "PARIS/OXEBRIDGE") filed "Notice of SMITH's Breach of Mediation Settlement Agreement and Joint Stipulation..." of 9-30-2015.

## Line Item Rebuttals

1. No dispute.

2. No dispute. PARIS/OXEBRIDGE wants content hidden from the public for obvious reasons.

3. SMITH believes the Joint Stipulation on Injunction submitted to the court was, and is, not a legally binding document (See "Motion to Invalidate the Joint Stipulation on Injunction" Docket Document 70 and the revised version (Docket Document TBD – 74?).

4. No dispute.

5. No dispute, and SMITH believes he has complied with paragraph 5(b) in so far as it was possible for him to do so. SMITH does not control all internet websites, such as REDDIT, and has no control over such sites as to what others post anonymously or otherwise.

   In addition, the Joint Stipulation paragraph 5(b) specifically states "…**authored by SMITH**…" The Joint Stipulation does not address comments by any other person, known or anonymously.

6. SMITH believes he has complied with paragraph 5(c), however as stated in Docket Document 70 and the revised version Docket Document 74(?), this paragraph was not as agreed to and includes an impossible "…anonymously…" – SMITH can not control what someone else writes anonymously on the internet or in any medium.

7. No dispute, however by that time SMITH got an attorney involved, briefly due to cost, and there was a lot of confusion as to what was going on.

8. No dispute, however, SMITH believes the Joint Stipulation on Injunction is a false, invalid document which PARIS/OXEBRIDGE' lawyer (Mr. Wohlsifer) illegally submitted to the court (See Docket Document 70 and the revised version Docket Document 74(?) which dispute the legality of the document submitted to the Court.

9. No dispute.

10. On 30 June 2015 SMITH did "...shut down and cease operating..." Elsmar.com.
The only "content" was a single page which SMITH believes is no different than
a store closing. The doors are locked and business ceases and a sign on the door
states it is closed and out of business. This remained until the server was taken off
line at the end of its lease approximately 2 weeks later.

11. No dispute. SMITH was receiving emails asking why Elsmar had closed and
hoped to stop the emails. SMITH did not reply to such emails. However, the
reference to the court case was removed after about 24 hours as SMITH re-read
the Joint Stipulation and the Mediation Agreement and felt it could be a cause for
complaint by PARIS/OXEBRIDGE. SMITH does not believe that referencing the
court case was a "Breach" as it did not reference the Mediation Agreement, its
content and PARIS/OXEBRIDGE **still** had the 5+ month old page on his website
"advertising" the lawsuit in public.

www.oxebridge.com/emma/oft.cxll statement on oxebridge extortion suit against elsmar com and marc smith/

## OXEBRIDGE
QUALITY RESOURCES INTERNATIONAL

Blog ▾     Services ▾     Resources ▾     Champion Projects ▾     Public Speaking ▾

*Elsmar.com. Oxebridge will be limiting its comments on the matter until the suit is resolved.*

Since 1999, Cayman Business Systems owner Marc Smith has falsely accused Oxebridge and myself of fraud and deceptive advertising, among other false accusations. Throughout that time, we tolerated this, out of respect for Elsmar's guests. However, in 2014, Smith began to escalate the libel campaign after Oxebridge refused his demand to pay him $450,000. Oxebridge views this as nothing less than felony extortion. Worsening matters, a supporter of Elsmar — who himself is a convicted felon — had threatened to call an Oxebridge client with the intent of defaming us through that medium, as well. These two actions combined proved too much for us to bear.

*Who was this "convicted felon"? This is an outright lie.*

*Quite the exaggeration.*

Marc Smith has published tens of thousands of words on his site, Elsmar.com, defaming Oxebridge. Meanwhile, no one from Oxebridge has ever posted a single word on the Elsmar site, in that entire period. *Not one word.* In addition, we have never run a single article on Elsmar here on the Oxebridge site, despite Elsmar being central to certain investigations over CB collusion with consultants. We have consistently worked to keep Marc Smith and Elsmar at arm's length, in the hopes that he would end his libel campaign. It clearly did not work.

*He did, but eventually deleted it.*

*What investigation(s)? PARIS' paranoia?*

We understand the difference between defamation — which is illegal — and free speech and opinions, which are protected under the US Constitution. However, the posts made by Smith and his moderators breach the definition of free speech by being (a) false, (b) posted with malicious intent, and (c) intended to cause harm. *More totally FALSE statements.*

The combination of extortion and threats by a convicted felon against Oxebridge clients was too much. A cease and desist letter was sent to Smith, who responded — on his website – *by raising his demand to $5 million.*

*Prior to SELL Elsmar to PARIS - There was no "extortion".*

In the meantime, the actions have not been called into question by any of Elsmar's moderators, many of whom have actively participated in the defamation. Perhaps not coincidentally, these moderators are also auditors or sales representatives of major ISO 9001 certification bodies who resent the reporting done by Oxebridge. These individuals include Randall Dalfy of BSI, Jennifer Kirley of UL, Sidney Vianna of DNV, and Andy Nichols of NQA-USA. Meanwhile, all four of those CBs receive advertising space on the Elsmar site, raising questions as to whether BSI, UL, DNV and NQA have breached the ISO 17021 prohibition against promoting one consultant, while actively denigrating and defaming activities against a consultant that did not offer them such perks. *None of those companies had advertised on Elsmar since around 2009.*

*It was PARIS' intent to gain control of Elsmar.com, but the result was SMITH would not SELL to PARIS for what he believed to be a reasonable price.*

It is not our intent to shut down Elsmar, which has served the quality profession well in the past decade, despite the misbehavior of its owner. However, potential federal felonies cannot go unpunished, and Oxebridge intends to ensure that this stops. We have exhausted all means of working with Smith on this issue, and have finally had to resort to using the courts. *SMITH agreed to do so, and did so – PARIS kept this published on his website and continued the lawsuit thus lying to the public about the situation for over 5 months.*

If Smith were to simply remove the offending materials and cease all such activity, the problem could be resolved quickly, and Elsmar users would be utterly unaffected. Based on his past 15 years' of behavior, we feel that is unlikely, however.

In the coming days and weeks, Smith will no doubt return to his safe haven, and post with increased frequency an unprecedented amount of new defaming material. We know this, and are ready to withstand it. Predicting this, we have already begun to push for an immediate temporary injunction. The new material will be added to the existing court complaint.

*More totally FALSE statements. A CIVIL lawsuit was filed by PARIS.*

We intend to push for a firm resolution to this problem, including the pursuit of criminal charges against Smith and his collaborators. We have likewise not ruled out actions against DNV, BSI, UL and NQA-USA for allowing their representatives to contribute to defamation and extortion.

- Christopher Paris

**Tuesday, January 26, 2016 at 5:02:42 AM Eastern Standard Time**

**Subject:** Contract to rescind Case number: 8:15-cv-00011-EAK-TBM
**Date:** Friday, February 13, 2015 at 10:42:33 AM Eastern Standard Time
**From:** Marc Smith
**To:** chris@oxebridge.com, paralegal@wohlsifer.com, william@wohlsifer.com

Subject to Chris Paris' offer to "…If Smith were instead to simply remove the offending materials and cease all such activity, the problem could be resolved quickly,…" on Paris' web site today, 13 February 2015, at http://www.oxebridge.com/emma/official-statement-on-oxebridge-extortion-suit-against-elsmar-com-and-marc-smith/ Defendant agrees to remove references to Chris Paris and Oxebridge from Elsmar.

You, Chris Paris, have publicly made the offer and it on your website today 13 January 2015. As noted in my reply ("Answer") to the original filing, as evidenced in emails, Defendant has in the past removed the requested content at Plaintiff's request and Defendant did so only with the expectation of a "Thank You" or other appreciative acknowledgement. They were only restored when Plaintiff replied with increasing demands in an unprofessional manner.

*Typo - Should be February 2015*

While Defendant believes he would win this lawsuit in court, it will be a financial hardship to try to do so due to necessary travel between Defendant's Ohio residence and places in Florida. In addition, Defendant believes this would be a total waste to the Court's time to deal with this, and Defendant believes the court will agree if this proceeds.

Thus, Defendant accepts Plaintiff's public offer to withdraw the lawsuit 8:15-cv-00011-EAK-TBM

Acceptance by Plaintiff is conditional that Plaintiff:

1. Withdraws 8:15-cv-00011-EAK-TBM
2. Agrees to never again to file any lawsuit related to this one.

Defendant agrees to remove the discussion threads in which Oxebridge is mentioned as soon as Defendant receives an acceptance of this contract.

If Defendant receives an acceptance of this contract from the Plaintiff by email and on paper by US Mail and Defendant removes the material, but Plaintiff does not Withdraw 8:15-cv-00011-EAK-TBM, Defendant will restore content and proceed as below.

In the event the Plaintiff does not agree to rescind Case number: 8:15-cv-00011-EAK-TBM, Defendant requests Plaintiff's lawyer to set a date, time and place to meet to proceed with producing a Case Management Report as required in a Track 2 case – Case No: 8:15-cv-11-T-17TBM - "1. Meeting of the parties in person"

Marc Smith
8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069
513-720-0600

In addition, thousands of people already knew SMITH was being sued by

PARIS/OXEBRIDGE as PARIS/OXEBRIDGE announced back in the fall of

2014 that he was getting ready to sue SMITH. E.g. From 2014:

> **Oxebridge** @Oxebridge · Nov 21
>
> **US District Court throws out bogus suit filed by** ⬚⬚⬚⬚⬚⬚, **as**
> ⬚⬚⬚⬚⬚⬚ **preps for major extortion lawsuit against** ⬚⬚⬚⬚⬚⬚

12. The statement did not mention the Mediation Settlement Agreement nor was the
content disclosed. Elsmar was closed as a direct result of the lawsuit by
PARIS/OXEBRIDGE. SMITH was trying to end the lawsuit by agreeing to
almost anything due to the extreme disruption in his life, financial burden, and
significant emotional distress.

PARIS/OXEBRIDGE in this paragraph tries to paint SMITH negatively by using
the words "malicious actions". SMITH denies any "malicious actions" and at no
time were the words used in the Mediation Agreement or elsewhere other than by
PARIS/OXEBRIDGE.

SMITH did not expect the Mediation Agreement to succeed and only signed
because of Section 1, line item 1(d) in which it is stated "…**SMITH shall retain
all ownership and rights relating to www.elsmar.com…**" which, SMITH's
attorney at the time said that SMITH could sell or give away Elsmar.com and its
contents. Unless the Mediation Agreement is changed by further Mediation (as
per Section 6 of the Mediation Agreement), SMITH retains the right to sell or
give away Elsmar.com and its content. Had that clause not been agreed to by
PARIS/OXEBRIDGE, SMITH would not have agreed to the Mediation
Agreement and would have proceeded to a trial Pro Se. A non-agreement was
expected by SMITH and this course of action pre-planned which is why SMITH
signed a release (SMITH had made it known well before the agreement that
SMITH could not borrow more money to keep him on the case) prepared by his
then attorney, Simeon Briar, prior to entering the building and the meeting. That
agreement was never submitted to the Court. Instead, about a month afterwards,
Simeon Briar revised, but did not date, a new release. As required of such a
document, he asked for a "pen and ink" signature on the new document be faxed
to him. While SMITH did not like the revised release, SMITH did sign in (pen

and ink) and returned it to Simeon Briar which Simeon Briar subsequently sent to the court.

13. Exhibit "C" contains posts by people that SMITH does not know. SMITH has no control over posting by people he doesn't know and SMITH is not even sure where the posts were made. In any case, SMITH was not part of the discussions in Exhibit "C", nor did SMITH have any interactions or communications with the posters or in any way entice or cause them to post what they did.

14. Nowhere is it stated or agreed to that SMITH could not give an interview. SMITH did not discuss PARIS/OXEBRIDGE or the content of the lawsuit or any of the documents. Nowhere can SMITH find where it was agreed to that SMITH could not mention that there had been a Mediation Settlement Agreement. The only restriction SMITH can find is that the content of the agreement could not be discussed. Without reading the entire interview, the "clip" in Exhibit "D" does not capture the entire picture. The writer makes clear that I did not "...reveal any details of the settlement..." to her, and erroneously wrote that the web sites home page stated that Elsmar was closed as part of a settlement, which it did not.

15. See 12 above. Nor did SMITH "entice" PARIS/OXEBRIDGE – PARIS/OXEBRIDGE knew SMITH had no money and decided to accept SMITH's agreement to close Elsmar in lieu of a cash settlement. Emails dating back to March and April of 2015 show that PARIS/OXEBRIDGE' main motivation was not money, it was to take control of Elsmar.com, and to do so without letting the public know he had done so. In addition, PARIS/OXEBRIDGE knew his possession of Elsmar.com would give him access to the emails of all posters, removing anonymity, and otherwise compromising the privacy of posters which SMITH refused to allow having, since the beginning of Elsmar.com, promised anonymity of email addresses. SMITH refused to compromise because of his moral belief in keeping his word and promise.

# WILLIAM R. WOHLSIFER, PA

*Attorneys at Law*

*Sent via email to marcsmith102@cinci.rr.com*

April 24, 2015

Marc Timothy Smith
8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069

*This letter contains settlement negotiations and is therefore not admissible into evidence. An offer is not to be construed as an admission of the truth or falsity of any allegations or contentions raised and it is merely intended to avoid further litigation and buy peace by settling and compromising the claims of the parties.*

Re: <u>Offer of Settlement</u>

Dear Mr. Smith:

It has become apparent that you may be willing to part with www.Elsmar.com. Initially, the statements you made before the magistrate judge: that you were thinking of shutting down the site and then decided to leave it open through the end of the year; and that you no longer generate much income from www.Elsmar.com. Finally, your recent post on the site that "Elsmar with be going 'dark' soon anyway," also indicates that the website is not of much value to you.

Therefore, Mr. Paris would like to make this offer to dismiss the pending lawsuit in the Middle District of Florida and waive his claim for damages, except for attorney's fees, in exchange for ownership and control of www.Elsmar.com and its contents. A future settlement agreement could be filed with the court or made confidential, upon the parties' choice, by operation of a Joint Stipulation for Voluntary Dismissal.

*Deadline*

Mr. Paris will leave this offer open until Monday, May 27, 2015. After said date, consider this offer revoked.

Sincerely,

/s/ Bill Wohlsifer
William Wohlsifer

cc: Christopher Paris

Page 1 of 1

and

Case 8:15-cv-00011-T-17TBM – Response to PARIS/OXEBRIDGE' Claim of Breach of
Mediation Settlement Agreement and Joint Stipulation

From: "Bill Wohlsifer, Esq." <william@wohlsifer.com<mailto:william@wohlsifer.com>>
Date: May 15, 2015 at 12:07:20 PM EDT
To: "'Brier, Simeon'" <sbrier@cozen.com<mailto:sbrier@cozen.com>>
Cc: Rachael Uhland <paralegal@wohlsifer.com<mailto:paralegal@wohlsifer.com>>
Subject: Confidential Settlement Communication

This letter contains settlement negotiations and is therefore not admissible into evidence. An offer is
not to be construed as an admission of the truth or falsity of any allegations or contentions raised
and it is merely intended to avoid further litigation and buy peace by settling and compromising the
claims of the parties.

Mr. Brier:

In furtherance of our conversation set for 3:00 pm today, here are the technical terms of
settlement/transfer of www.elsmar.com<http://www.elsmar.com>.
Regards,
As for transfer of the www.elsmar forum, it would include:

* The three domain names: elsmar.com<http://elsmar.com>, qs9000.com<http://qs9000.com>
and 16949.com<http://16949.com>.
* The full Elsmar forum, intact, with the full database (all forum messages, postings, threads, etc...
untouched)
* Transfer of any current advertising contracts with site advertisers
* All other Elsmar site content (blogs, pages, PDF files, etc.)
* All applicable passwords (Forum admin access, FTP, server access, Google analytics, etc.) - would
not include user passwords, of course
* Agreement that Smith cannot post anything regarding the site transfer regarding the transfer
itself; this limits his ability to "poison the well" and invite people to leave the site prior to my
ownership.
* Ongoing compliance to the joint stipulation, so that Smith must remove any material on sites
other than Elsmar, and refrain from posting new defamatory material
* Noncompete agreement, where Smith cannot open a rival website for at least 5 years. This
doesn't limit him from offering consulting (although he says he's retired) but just the operation of a
forum which would compete with the content of Elsmar
* He can keep any revenue he's made to date from user subscriptions or advertising; future
revenue would go to Mr. Paris.

Bill

William R. Wohlsifer, Esq. - William R. Wohlsifer, PA
1100 East Park Ave, Ste B - Tallahassee, FL 32301

16. SMITH did not post that on his LinkedIn page. SMITH posted in an existing
discussion and did so because PARIS/OXEBRIDGE, both on his public web site,
on LinkedIn and other public venues had been, and was continuing to refer to the
lawsuit as a **Criminal** lawsuit purposefully as a malicious way to defame SMITH
rather than refer to it as a **Civil** Lawsuit, which it was/is. SMITH believes Exhibit
"E" speaks for its self. PARIS/OXEBRIDGE' lawsuit has done him more harm
than good – "Blowback".

17. Nowhere in the Mediation agreement, or any other document, or in any discussion, has SMITH agreed to discontinue "…all participation in the Quality Assurance Industry…". This is pure fabrication - PARIS/OXEBRIDGE is obviously very active in the Quality Assurance community and no harm has come to PARIS/OXEBRIDGE' business involvements and activities. An obvious attempt has been made by PARIS/OXEBRIDGE to *knowingly falsely* convey a false narrative and negative portrayal of SMITH to the Court.

18. SMITH has abided by the Mediation agreement and there was no discussion of PARIS/OXEBRIDGE opening a "…new Quality Assurance Forum…". And again, nowhere in the Mediation agreement, or any other document, or in any discussion, has SMITH agreed to discontinue "…all participation in the Quality Assurance Industry…". This is pure fabrication by PARIS/OXEBRIDGE in an attempt to *knowingly, falsely* portray a false narrative to the Court.

19. Another false narrative in an attempt to deceive the Court. PARIS/OXEBRIDGE has significant business and evidenced in his expanse of two LLCs, one in the United States and one in Peru (to make him "judgment proof" in a complaint or lawsuit against him?). In addition, PARIS/OXEBRIDGE' own web site claims PARIS/OXEBRIDGE has contracts with companies as prestigious as SpaceX (See http://www.oxebridge.com/downloads/OxebridgeReferences.pdf ).

In addition, as an example, on or about 2 November 2015, PARIS/OXEBRIDGE was at a Quality Conference in San Diego:

Case 8:15-cv-00011-T-17TBM – Response to PARIS/OXEBRIDGE' Claim of Breach of
Mediation Settlement Agreement and Joint Stipulation

Issue Number Twenty Two - 30 September 2015                    View this email in your browser

## ISO 9001:2015 Released

### That's One Ugly Baby You Have There, Ma'am

I won't bore you with what you already know, that ISO 9001:2015 has been released. Go grab it at the ANSI webstore and then buy a few cases of Corona to help take off the sting.

Well, I'm no dummy. If there's a gravy train to be jump on, I want a ticket! So I am happy to announce my 4-hour workshop on Practical Implementation of Risk Based Thinking at the upcoming San Diego Quality Conference 2015 on November 6th. The full ASQ event is two days, and they have me scheduled for the first, so be sure to stay over and see what the other speakers have to say on the 7th. To entice folks to stay over, I will be hosting an Oxebridge Afterparty on the night of the 6th, at the Hilton San Diego / Del Mar. It's a rare opportunity to meet with one of the greatest minds in ISO 9001 -- me! I know. I can't wait to meet me.

If you're worried about your event engagement now, is next the reward of such shenanigans. I'm not charging anything for my workshop, and the registration fee goes straight ASQ, not to me. Someday I will be figure out this capitalism thing, but for now I'm lousy at it.

### US TAG 176 Elections Looming

The US TAG leadership has done the usual thing and stacked the ballot with their consultant cronies. The likely new TAG Chair is Craig Williams, and that's problematic to say the least. Williams is an advocate of profiteering by consultants, and has shown little concern for the needs of ISO and users. He's also another Jack West puppet, which means if he's elected, West and Lorri Hunt will continue to run the TAG. Yay.

Click here to see the disturbing way each member nominated the other, and how incestuous the whole process is. Ick.

So I am calling on honest TAG members to vote for the following write-in candidates (assuming they don't write me in.) I also ask you non-members to pressure the TAG to do the same.

- **Chair: Sherenda Jeffries**
- **Vice Chair: Jim Cosco & Govind Ramu**
- **SC 1 Chair: Govind Ramu**
- **SC 2 Chair: Mark Finewood**
- **SC 3 Chair: Donna Thomas**

That slate is comprised of exactly ZERO consultants, and instead would recalibrate the TAG to ensure proper administration by actual end users.

This doesn't sound like PARIS/OXEBRIDGE has been "…forced out of the Quality Assurance Industry…" by SMITH. The above is clear evidence that the actions (such as this lawsuit) of PARIS/OXEBRIDGE are causing more damage to PARIS/OXEBRIDGE's reputation by attacking significant members of, in this example, US TAG 176 members, who are members of a very large Swiss/International standards body, than SMITH who simply ran a relatively small Business Systems and Business Standards/Quality Assurance website which had no "ISO" focus.

20. SMITH does not have control over the internet and who posts things on the various sites such as "Reddit" anonymously or otherwise. SMITH did try to get content other people had posted removed and PARIS/OXEBRIDGE full well knows it. See Attachment "A" (**Reddit email forwarded 11 July 2015 ATTACHMENT A.pdf**). This is another attempt by PARIS/OXEBRIDGE to mislead the Court.

PARIS/OXEBRIDGE has been complaining about things which were not in either the Mediation Settlement Agreement or the Joint Stipulation. SMITH has tried to comply, however, to show he has done what he could even though he has no obligation to do so according to the of Mediation Settlement Agreement or the Joint Stipulation.

Further, PARIS/OXEBRIDGE continues to attempt to deceive the court such as in Docket Document 60:

> 20. To date, material posted by SMITH in breach of both the Mediation Settlement Agreement and Joint Stipulation remain published on numerous websites including, http://www.reddit.com/r/elsmarcove, where a version of SMITH's original website was reposted by SMITH. (*See* screen shot of www.reddit.com/r/elsmarcove (captured July 27. 2015) attached hereto as Exhibit "F" and fully incorporated herein, as if pleaded in this count.)

SMITH did not post that material and does not know who did, nor did SMITH

conspire with anyone to post the material. PARIS/OXEBRIDGE also states that: "…a version of SMITH's original website was reposted…" which is totally false, and PARIS/OXEBRIDGE knows he has submitted lies/false statements to the Court. Whoever posted on Reddit had copied some graphics from Elsmar.com, probably before it closed. SMITH had no control over people copying graphics, or text for that matter, from what WAS Elsmar.com.

21. Nowhere in the Mediation agreement, or any other document, or in any discussion, has SMITH agreed to discontinue "…all participation in the Quality Assurance Industry…". This is pure fabrication by PARIS/OXEBRIDGE in an attempt to knowingly and falsely portray a false narrative to the Court.

22. Again, PARIS/OXEBRIDGE's attorney rephrases the text of the Mediation Agreement:



**Leighanne Boone, Esq.**

| | |
|---|---|
| From: | Leighanne Boone, Esq. |
| Sent: | Friday, July 10, 2015 2:39 PM |
| To: | 'Marc Smith' |
| Cc: | Bill Wohlsifer, Esq. |
| Subject: | Notice of Content in Violation of Settlement Agreement |

Mr. Smith,

Please take this email as notice that you are in breach of both the Settlement Agreement and Joint Stipulation on Injunction.

1. Elsmar.com has not been completely removed. The Settlement Agreement called for its complete removal. There is to be no words, images, ect. at that web address.
2. Elsmar can still be accessed by the internet archive where previous online commentary about Oxebridge and Mr. Paris is still viewable. https://web.archive.org/web/20150315015701/http://elsmar.com/imo/
3. Elsmar.com can be accessed from other sites (such as reddit). http://www.reddit.com/r/elsmarcove
4. Commentary Oxebridge and Mr. Paris is still accessible on Google Groups. https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU https://groups.google.com/forum/#!msin/misc.industry.quality/psuxY6iQssU/OfpXWiKsIEEJ

Your failure to remove the above material has led to additional damage against Mr. Paris and Oxebridge International Resources via numerous third parties. One such example can be seen here. http://www.reddit.com/r/AskEngineers/comments/3bs13p/what_the_hell_happened_to_elsmar_cove/

If you do not remove this material immediately or take actions necessary to remove said material (such as contacting webmaster to take down the material and copying us with that correspondence), we take legal action and seek damages, attorney's fees and costs for your breach of the Settlement Agreement and the Joint Stipulation on Injunction.

This is another attempt to deceive the Court. The Mediation Agreement states that Elsmar.com shall be shut down and not operated by SMITH. Nowhere does it

state the specifics Ms. Boone says it does in Line Item 1 in her email. Line Items 2 and 3 are also false. Elsmar could not be accessed from those links. Line Item 4 is also false. This was discussed during the Mediation Settlement Meeting and addressed in Section 1, Line Item 2 c). Neither PARIS/OXEBRIDGE nor PARIS/OXEBRIDGE' attorney prepared and forwarded such a letter for SMITH to sign.

23. See all of the above.

24. The old www.quality1stop.com forum closed years ago and SMITH has no control over the web site or its indexed legacy content (See Line Item 22 herein) much like many "legacy" pages on Elsmar.com which are cached, nor is there a requirement in either the Joint Stipulation or the Mediation Agreement requiring SMTH to censor the entire internet.

SMITH has no control over the ancient (2004) Google Group.

PARIS/OXEBRIDGE has not sent a letter for SMITH to sign as discussed during the Mediation Settlement Agreement Meeting wherein Mr. Wohlsifer stated that, as PARIS' lawyer, he could get the content removed which was the reason for inclusion of Section 1, Line Item 2 c) in the Mediation Agreement.

25. Exhibit "I" contains a list of links on web sites which SMITH has no control over. In addition, if there are "...other examples purposely omitted...", **why** were they "purposefully" omitted?

26. No dispute, and SMITH believes he has fully and faithfully, in a timely manner, abided by the Mediation Settlement Agreement and the Joint Stipulation submitted to the Court and has **exceeded** the Mediation Settlement Agreement and Joint Stipulation requirements.

27. Deny. This is no more than repetition of the same claim cited throughout. A "...**non-curable**..." breach? How so? *Explanation needed.*

28. SMITH has submitted a motion for the case to be reopened to address this and other claims PARIS/OXEBRIDGE has made. SMITH wants a court trial. SMITH has also filed Court Docket Document 70 and 74(?) wherein SMITH believes the

Joint Stipulation was submitted to the Court falsely by PARIS/OXEBRIDGE'

attorney and as such is not valid/legal.

29. SMITH has removed "his" references to PARIS where he could. SMITH does not

control the internet or other people's web sites and what others post on them – An

"impossible" requirement.

30. That PARIS/OXEBRIDGE' web site was "hacked" was not something SMITH

can control. There is also suspicion that PARIS himself defaced his own

"Oxebridge" web site and maliciously blamed it on SMITH:

Hi Marc,

Further to my last email, I thought I'd preempt your response
with the following link:

http://www.oxebridge.com/emma/wp-
content/uploads/2015/07/Oxebridge-site-hack-13-July-2015-
1080x581.jpg

This is the image that CP used in his post about being hacked.

In the address bar at the top of the page, if you manually delete
the string after 07/, you are then presented with this following
page:

http://www.oxebridge.com/emma/wp-content/uploads/2015/07/

Obvious security issues aside, you can clearly see on the file list
several versions of the above screenshot, all of varying sizes.

The thing is, all image dimensions are the default output
dimensions of Adobe Photoshop Elements CS6, which if I'm
correct (OK, 'Prove' may have been too strong a word), suggest
(To me at least), that the original image may have been created
locally by CP himself, rather than just edited for publication.

Your thoughts on this would be greatly appreciated.

Best regards,

Matt
P.S. I had no idea you were already part of my network. In all
honestly, I didn't even know who you were until Elsmar's demise.

The above is from an experienced internet security specialist:

https://www.linkedin.com/in/mathewjudge

SMITH has had websites on the internet since 1996 , mostly as a hobby, and has

not in all of those over 19 years ever experienced a "hack" to any of SMITH's

websites. SMITH can not be held responsible for the insecurity of

PARIS/OXEBRIDGE' web site, nor does PARIS/OXEBRIDGE have any

evidence that SMITH was in any way involved, or that PARIS' website was in

reality "hacked". SMITH doubts that even those with a grudge against PARIS

could have "hacked" PARIS' website if it was in any way even basically secured.

PARIS/OXEBRIDGE himself has made, and continues to make, many enemies.

His lawsuit against SMITH in and of its self did him more damage than SMITH

himself could or would. PARIS/OXEBRIDGE has dredged up stuff going back to

2001 and has caused what is called the "Streisand effect":

https://en.wikipedia.org/wiki/Streisand_effect - By continuing this lawsuit and

complaints such as this one, PARIS/OXEBRIDGE is himself ensuring to continue

to alienate many people and companies. Also, PARIS/OXEBRIDGE mistakenly

referenced Exhibit "J", rather than Exhibit "K". More poor preparation by

PARIS' law team, or a "stealth" effort to confuse the Court.

31. Examination of the "hack" graphics found on PARIS/OXEBRIDGE' website

show embedded EXIF information that indicates PARIS/OXEBRIDGE himself

authored the graphic(s). E.g.:

**---- IFD0 ----**

**Artist: Chris**

**XP Author: Chris**

**---- XMP-dc ----**

**Creator: Chris**

All image dimensions are the default output dimensions of Adobe Photoshop

Elements CS6, which suggest that the original image was created locally by CP

himself rather than just edited for publication.

*SMITH has good reason to believe PARIS "hacked" his own website in order to*

*defame SMITH.* SMITH did contact the Linode network technicians, which ultimately "hosted" CHRIS' Oxebridge website and no report of a break-in (aka "hack") has been filed. PARIS has provided NO evidence that the CHRIS PARIS' OXEBRIDGE website was really "hacked" such as from his web host, website manager or other source. No log file analysis, no police report - Nothing.

32. Exhibit "K" (not "L") does not specify what specific "work" was done. PARIS/OXEBRIDGE should have included a police report and other specifics as evidence that his web site was indeed "hacked' by someone and that he did not do so himself.

33. See Line Item 30 herein. In addition, a simple review of PARIS' web site log files would tell who visited (from what IP address) as well as the exact time so PARIS/OXEBRIDGE had a way to be able to ascertain how many people visited during that time period, and doing so is part of every investigation into a web site break-in. In addition, PARIS/OXEBRIDGE himself announced the break-in on LinkedIn so he himself probably caused a spike in visitors to his web site.

34. SMITH believes PARIS/OXEBRIDGE' lawsuit against SMITH has caused PARIS/OXEBRIDGE more harm than anything SMITH has posted anywhere at any time, including stuff from back in 2001.through "Blowback" and the "Streisand effect" (https://en.wikipedia.org/wiki/Streisand_effect ).

35. See Line Items 19 and 30 herein. On his website PARIS/OXEBRIDGE even brags about how he is the "Defender of ISO 9001", is controversial and has even been branded a "communist" by famous people such as conservative talk show hosts Bill O'Reilly and Sean Hannity (see http://www.oxebridge.com/emma/about-christopher-PARIS-OXEBRIDGE/ ). SMITH is not a significant public person, however the lawsuit PARIS/OXEBRIDGE filed has probably made SMITH what some people are calling a "Folk Hero" amongst some people, internet sites, etc. because PARIS "...threw a "sueball..." against an individual to ensure maximum financial damage and force the person to settle out of court rather than to pursue an

expensive jury trial. Also see Line Item 30 herein. If PARIS/OXEBRIDGE is
*persona non-grata* in the quality assurance arena, it is not SMITH who has caused
the problem. As PARIS/OXEBRIDGE continues to complain about significant
people and organizations on his public web site, Linkedin, Twitter and other web
venues, PARIS/OXEBRIDGE himself is the cause of any significant problems.

36. This is simply ludicrous. Unless PARIS/OXEBRIDGE shows he has left the
Quality Assurance field, such as by taking his web site down and ceasing to
participate in quality assurance discussions at such places such as Linkedin, and
ceasing to attend Quality Assurance related conventions and shows, there is
nothing to indicate he or his business has in any way suffered, especially
considering his clients as claimed on his web site (E.g.: SpaceX) and elsewhere.
Also see Line Item 19 herein.

37. PARIS/OXEBRIDGE has not given any evidence of extortion. SMITH offered to
**SELL** Elsmar.com at a price PARIS/OXEBRIDGE did not like.
PARIS/OXEBRIDGE had no obligation to attempt to buy Elsmar.com.

Case 8:15-cv-00011-T-17TBM – Response to PARIS/OXEBRIDGE' Claim of Breach of
Mediation Settlement Agreement and Joint Stipulation

PARIS/OXEBRIDGE turns an offer to SELL Elsmar to him into extortion!



**Re: Your linking to Elsmar in your rant – 20120218 – 20140502/3 (Paris)**

Marc Smith

Sent: Saturday, May 3, 2014 at 9:40 AM

To: chris@oxebridge.com

Nope – There is no price for just removing the posts. That would not be ethical on my part. But, as I said – I'll consider selling Elsmar to you and you can do what ever you want with it. I'm 64 and about ready to sell. I'm not into ISO and all the standards any more, and the internet, such as it is today, bores me.

Like I say – I'll consider selling you Elsmar (site and contents). The domain its self is a Brand these days. BTW – Twitter, Facebook group, LinkedIn group, Google+ group would be in the package.

As to the steep price, it has had a number of 100K+ years. If I was going to list it I'd probably start at US$750K and try to get 550 or 600. If I was younger and still interested and aggressive, I'd rebuild the site and get back in to 100K years again. It has the potential.

But – You never know. I'm not even sure why I offered to sell Elsmar to you. Tomorrow you might say you want it and I may decide I don't want to sell it. It is a steady income stream for me.

So it goes – Being in contact with you again is like watching the 1976-77 Mary Hartman, Mary Hartman series again.

From: Christopher Paris <chris@oxebridge.com>
Organization: Oxebridge Quality Resources International LLC
Reply-To: <chris@oxebridge.com>
Date: Saturday, May 3, 2014 8:24 AM
To: Marc Smith <elsmarmarc@gmail.com>
Subject: Re: Your linking to Elsmar in your rant - 20120218 - 20140502/3 (Paris)

So, I just want to be clear. I can get the negative posts about me removed if I pay you $450,000.

I am not interested in buying the site, but that's steep. If I don't buy the site, is there another figure you can throw out that's more reasonable?

38. SMITH left "the ISO business" in 2000 when it became unprofitable for him. so
there was no "unfair competition". In addition, there are at least 5,000 if not
10,000 or more "ISO consultants" and "ISO Experts" in the US alone.
PARIS/OXEBRIDGE has plenty of competition. As to extortion, see line item 36
above. An offer to **SELL** Elsmar to PARIS/OXEBRIDGE is not extortion.

39. SMITH has rebutted PARIS/OXEBRIDGE' "verified statement" (Exhibit "M"),
line item by line item in a separate document, however most has already been
discussed herein.

40. Disagree completely. Surreptitiously? No proof of noncompliance by SMITH.

41. SMITH has spent untold hours since this frivolous lawsuit was filed defending
himself and attempting to comply with the flawed Mediation Settlement
Agreement and the invalid Stipulation on Injunction and believes he owes
PARIS/OXEBRIDGE nothing.

42. PARIS/OXEBRIDGE has himself to blame for bringing this frivolous, false
motion in which PARIS/OXEBRIDGE continues to attempt to deceive the Court.
SMITH believes PARIS/OXEBRIDGE should be held to pay SMITH for all the
hours SMITH has put into defending himself in this frivolous, false motion and
PARIS/OXEBRIDGE should be held responsible for all costs and fees, including
travel costs for SMITH to having to attend the Mediation Settlement Agreement
meeting.

43. See line item 41 herein.

44. Economic coercion? 15 U.S. Code § 1117 - Recovery for violation of rights has to
do with Patents and Trademarks which have not been an issue in the lawsuit in
any way. Citing this is quite a stretch. And, citing Safeway Stores - Safeway
Stores is a large grocery chain with more than 2400 stores worldwide. The lawsuit
in no way resembles this one. As to John *R. Thompson Co. v. Holloway*, 366 *F.*2d
108, 116–17, again, it is not relevant as it is a trademark and jurisdiction
dispute.

Reality Check: The fact is, well before PARIS/OXEBRIDGE started to defame
SMITH on venues such as Twitter and Linkedin during the summer and fall of
2014, SMITH removed "discussion threads" about PARIS/OXEBRIDGE which
PARIS/OXEBRIDGE requested that he remove, but PARIS/OXEBRIDGE kept
finding more discussion threads few of which even mentioned him.
PARIS/OXEBRIDGE claim that he never posted about Elsmar on his website is

Case 8:15-cv-00011-T-17TBM – Response to PARIS/OXEBRIDGE' Claim of Breach of Mediation Settlement Agreement and Joint Stipulation

shown to be an outright lie which is in part shown in this part of an email exchange (see the "subject" line). SMITH has attempted to placate PARIS/OXEBRIDGE for several years, however PARIS/OXEBRIDGE has each time responded in a negative, insulting manner. The frivolous lawsuit brought by PARIS/OXEBRIDGE was clearly brought without probable cause and with the malicious intent to harass SMITH and to cause SMITH significant financial costs, mental anguish and to damage SMITH's reputation.

I'm as open to your request but your little apology was so insincere that I have decided to just leave things as they are. Why should I take the time to search through all my forum threads for traces of negative opinions about you? What have you ever done for me? Especially your complaint to the Ohio State AG – What a crock. You're lucky I didn't sue you over that little gem. It is the biggest reason I feel no obligation to "help" you in any way. That was mean and spiteful.

That said you can take comfort in knowing that in the last year alone I have killed 3 "negative" threads and a few posts about you that people started. For quite a few years my policy has been that I do not allow any mention of you or your company in the Elsmar forum. I have no desire to rekindle a long ago war. From what I hear you're still doing enough damage to your own reputation in places such as LinkedIn. Other than the occasional thread which pops up about you, which I delete, for me the matter was closed years ago.

I gave you my offer to sell Elsmar to you. Should you decide to buy it you can then do what you want. Other than that, I consider the matter closed.

From: Christopher Paris <chris@oxebridge.com>
Organization: Oxebridge Quality Resources International LLC
Reply-To: <chris@oxebridge.com>
Date: Friday, May 2, 2014 5:33 PM
To: Marc Smith <elsmarmarc@gmail.com>
Subject: Re: Your linking to Elsmar in your rant - 20120218 - 20140502

Thanks. Now you can take a whack at these, for starters

http://elsmar.com/Forums/showthread.php?t=5851
http://elsmar.com/Forums/showthread.php?t=1815

Page 1 of 8

http://elsmar.com/Forums/showthread.php?t=44292
http://elsmar.com/Forums/showthread.php?t=8425
http://elsmar.com/Forums/showthread.php?t=7465
http://elsmar.com/Forums/showthread.php?t=8641
http://elsmar.com/Forums/showthread.php?t=5023
http://elsmar.com/Forums/showthread.php?t=16389
http://elsmar.com/Forums/showthread.php?t=8624
http://elsmar.com/Forums/showthread.php?t=16749
http://elsmar.com/Forums/showthread.php?t=10285
http://elsmar.com/Forums/showthread.php?t=34361

List is not comprehensive. I imagine you can just do a search-and-purge and get them all.

CP

On 5/2/2014 2:29 PM, Marc Smith wrote:

Pretty lame apology, but I have killed that old thread.

From: Christopher Paris <chris@oxebridge.com>
Organization: Oxebridge Quality Resources International LLC
Reply-To: <chris@oxebridge.com>
Date: Friday, May 2, 2014 5:19 PM
To: Marc Smith <elsmarmarc@gmail.com>
Subject: Re: Your linking to Elsmar in your rant - 20120218 - 20140502

I'm sorry.

CP

On 5/2/2014 2:43 PM, Marc Smith wrote:

WHEREFORE, SMITH hereby requests that this Honorable Court:

A. Dismiss PARIS/OXEBRIDGE's Claim of Breach of Mediation Settlement
   Agreement and Joint Stipulation (the Stipulation on Injunction – Court Docket
   Document 33 and the Mediation Settlement Agreement – Court Docket Document
   49).

B. Sanction PARIS/OXEBRIDGE and PARIS/OXEBRIDGE's attorney as deemed
   appropriate by the Court for filing a frivolous motion which they knowingly filled
   with outright lies, attempting to deceive the Court, and otherwise attempting to
   defame and smear SMITH.

C. Sanction PARIS/OXEBRIDGE' lawyer as deemed appropriate by the Court for
   submitting a false document to the Court (the Stipulation on Injunction – Court
   Docket Document 33) and to declare that document void.

D. Reimburse SMITH for travel expenses, including travel time, to attend the 16 March
   2016 hearing.

E. Reimburse SMITH for 65 hours of time spent to respond to the motion at a
   reasonable rate of US$150/hour.

F. That PARIS/OXEBRIDGE be responsible for paying any/all Court costs and any
   and all other costs/fees that arise from the PARIS/OXEBRIDGE motion.

G. Sanction PARIS/OXEBRIDGE from submitting any further motion with regard to
   any claim of Breach of Mediation Settlement Agreement and/or the Joint
   Stipulation.

I declare under penalty of perjury that the forgoing
is true and correct.

Dated and respectfully submitted using UPS this 8th
day of March 2016.

Marc Timothy Smith (SMITH pro se)

By: *[signature]*

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

Email: marcsmith102@cinci.rr.com


I certify that a copy of this document is being furnished on the same date to the court and
to William R. Wohlsifer, Attorney for PARIS/OXEBRIDGE at:


William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for PARIS/OXEBRIDGE)


*[signature]*

Marc Timothy Smith (SMITH pro se)