FILED

# Complaint 1 Exhibits Annotated

RIP - Elsmar.com

  

Born 5 Jan 1996

Died 30 June 2015

**The Elsmar Cove Mission**
To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance  Engineering and Management Professionals
*People Helping People since 1996!*

Sorry  folks. After over 19 years continuously online, starting out as OS9000.com, Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands  probably more like hundreds of thousands
maybe even millions of people have been helped, for free  by some wonderful people who have voluntarily helped people with answers to their business
standards and other questions over the years in the Elsmar Cove forum

# Elsmar.com "Door Sign"

# CLOSED FOR BUSINESS



**EXHIBIT**
**A**

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, Elsmar.com is now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida in January 2015.

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

## Elsmar.com "Door Sign" - CLOSED

## CLOSED FOR BUSINESS

## PARIS was, at the same time, promoting, on his website and on Linkedin and elsewhere, his lawsuit against Elsmar / Marc Smith

## PARIS' website page about his lawsuit was a primary search result on "Google".



EXHIBIT
B

**LinkedIn comment by someone SMITH does not know.**

**Melanie Atkins**

I found the court case that caused the demise of the Cove. Oxebridge Quality Resources International, LLC et al v. Smith. Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I went to visit my old link yesterday) The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions.

If I sound bitter, it's because I am. We lost a great resource that has helped a lot of people for a lot of years and for what? So someone could make some money?

Ana Maria, thanks for the reddil link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost.

Like (4)  •  Report spam                                                         5 hours ago

---

Author            Posts

July 12, 2015 at 2:30 am

**Comment on Marcello's forum.**



tom Eic

Participant

I just learned that Elsmar Cove is gone, apparently due to some lawsuit. Another fine mess due to an out of control litigation process in the USA. Thank you Marcelo for creating this forum. If used properly, perhaps this can partially replace that forum which dated back to the old BBS boards before the current internet!

 👍  3▾

Users who have liked this topic

---

**Unsure where this is from.**

# R.I.P. – Elsmar's Cove

Posted on July 11, 2015 by xxxx •  7 Comments

For those who are in the same career field; you'll recognize the name.

**The Elsmar Cove Mission**

To be a free Business Standards Compliance and Business Systems Information Resource to

Quality Assurance, Engineering and Management Professionals

*People Helping People since 1996!*

Sorry, folks. After over 19 years continuously online starting out as QS9000 com, Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

Hadn't stopped in there in a while, I wish I had. There was a lot of useful information and great people in the forums. Many thanks to all who made it a success over the past 2 decades.



**EXHIBIT**

# C

**Unsure where this is from.**



Reply privately · Delete

**Tim Wood**

Many thanks to Marc, all the moderators and the thousands of people like me unafraid to say, "I don't know how to..." I can only paraphrase Dickens, 'If that is the law sir, then the law is an ass!'



**Allen M.**

This is BS. This was the one site that their sole purpose was to help people. My company was doing some business with their the BS company that started the lawsuit and I have canceled the accounts and forbids any of my QA people to use them in the organization. I encourage all QA professionals I know to not to do business with them ei support his BS site they are starting the "O" to replace the cove on and by the way they are changing to join. go figure

Reply privately · Delete

☐ Send me an email for each new comment                           [ Comment ]



**Mathew Judge**

A terrible loss indeed. My understanding is that our very own Chris Paris allegedly had a hand in its downfall due, in part, to a nonsensical and historic exchange with Marc. Moreover, and not long after the forum's removal, Paris announced his own replacement (As above)

Follow the breadcrumbs:
http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_c
ove/

Like (1) · Reply privately · Delete                                   5 hours ago



**Ian Mitchell**

More than disappointing Christina. This forum's 'owner', Christopher Paris, was responsible for closing Elsmar (Google it), and is now offering us all a pre tee'd replacement. To make matters far shadier, he's also removing all posts that reflect the truth of the matter, and has even resorted to removing individual members for answering the above question in an honest manner. So much for free speech hey Chris? You're an embarrassment Shame on you I call on every free thinking member of this group to stand up for free speech, and against the ongoing nonsense that CP proliferates throughout the industry.

Like (0) · Reply privately · Delete                                   2 hours ago

**Ian is correct - PARIS has CENSORED all negative public comments where ever he can.**

**First Amendment issue - PARIS is a dual citizen - US and Peru but should understand FREE SPEECH.**

C   standardsforum.com/elsmar-cove-is-closed/

Apps   ★ Bookmarks   Lexis Advance Sign In   Public Access to Co...   FAQ's for Bill   Statutes & Constitut...   Capital Soup - Flori...

# Elsmar Cove is closed!

Elsmar Cove, a discussion forum for both professionals and novices in the business of quality assurance and industry standards, is closed. It is clear that the site is already missed by thousands of users. And folks who've come to rely on the "people helping people" Elsmar ethic are scrambling for venues to replace the information-sharing service the site provided.

Since both Document Center and Elsmar Cove have (had) a mission to help people understand standards and use them effectively, founder Marc Timothy Smith and I had a phone conversation on Monday to discuss Elsmar and it's closing.

**She was only told it was an effort to settle the case - NO details were disclosed.**

What happened to Elsmar Cove? As noted on the website's homepage (and only page now), it's has been closed as part of a settlement that stemmed from a civil lawsuit filed in Florida. Mr. Smith, who founded the site in the mid 1990's, is not allowed to reveal any details of the settlement that resulted in the closure of the Elsmar Cove.

What made Elsmar Cove special? First and foremost, the site was a free resource for anyone with a question about quality



EXHIBIT
D

 Marc Timothy Smith  Quality Assurance and Business Standards

## FYI - Word is getting around

http://standardsforum.com/elsmar-cove-is-closed/ - Also don't be misled - This was a CIVIL suit, NOT a "Criminal" lawsuit.

**In pubic on Linkedin, on his website and elsewhere, PARIS, with malice, kept referring to the lawsuit as a *CRIMINAL* lawsuit rather than being HONEST by citing it as a *CIVIL* lawsuit.**

**PARIS continues to defame SMITH by publically, in various venues, publicizing his lawsuit against SMITH as a "Criminal" lawsuit.**

### Elsmar Cove is closed! - Document Center's Standards Forum

standardsforum.com - Elsmar Cove is closed and so I gave founder Marc Timothy Smith a phone call to see what happened and what the future holds. Read about the conversation now



Comment (5) · Like (10) · Follow · Report spam                      20 hours ago

👍 Someshekar BV, Jennifer Kirley, Martin Gammuto, +7 like this

**Marc Timothy Smith**
NOTE: I said "...Also don't be misled.." in referring to the linked to blog. I am seeing people in anther "group" on Linkedin saying this was all over a "criminal" lawsuit. It wasn't. It was a federal CIVIL lawsuit filed in Florida.
Like (1) · Report spam                                            19 hours ago

**Jack Fletcher**
A Civil lawsuit who's outcome was "criminal" .
Like (5) · Report spam                                            17 hours ago

**Marc Timothy Smith**
Nope - It was a Federal CIVIL lawsuit filed in the state of Florida which has been settled. No "criminal" aspect to it at all. Some people have been calling it a "criminal" lawsuit. It wasn't in any way, shape or form in any way a "criminal" lawsuit. Those who post that it was either have no idea of the specifics or are outright lying. All the documents are publicly available on PACER if one wants to look. They are PUBLIC records. I am not communicating anything here that isn't a public record.
Like (1) · Report spam                                            16 hours ago

**Marc Timothy Smith**
BTW - Jack - I missed your /sarcasm with regard to your post: "... A Civil lawsuit who's outcome was "criminal" . That I agree with.
Like (5) · Report spam                                            15 hours ago

 **Paul Smith   Reality.**
I had to hesitate as to whether or not I was going to click the "Like" button here ... because I still don't like this. I, for one, though, am glad that someone is digging around to try to expose this ridiculous situation for what it is. Hopefully, someone can get the info out there and still allow Marc to maintain his obvious shackles (yet another ridiculous situation in what's supposed to be a "free" country).

Like (5) · Report spam .                                          6 hours ago



EXHIBIT

E

**SMITH has no control over Reddit content - See SMITH's emails requesting removal, however, the content was copied from Elsmar.com before it closed and did not link to Elsmar.com. SMITH has copied PARIS on SMITH's effort to remove Reddit comments.**



EXHIBIT F

## Leighanne Boone, Esq.

| From: | Leighanne Boone, Esq. |
|---|---|
| Sent: | Wednesday, July 8, 2015 4:41 PM |
| To: | Brier, Simeon |
| Cc: | Bill Wohlsifer, Esq. |
| Subject: | Violations of Paris Smith Settlement Agreement |
| Attachments: | Elsmar Homepage.pdf; Implementing An ISO 9001 Quality Management System.pdf; Smith Talks about on Linkedin.pdf; Standards Forum's Interview with Smith.pdf |

Mr. Brier,

**SMITH is not constrained from talking or posting "about" Elsmar in general by either document.**

Please find this as a courtesy notice of your client's violation of the Settlement Agreement by your client's continued posting about Elsmar.com and reposting of Elsmar.com content on other websites, including an interview with a link to Elsmar.com from reddit. com.           **FALSE.**

**Neither document says anything about SMITH being prohibited from giving interview(s), talking about Elsmar or talking about himself, his life, etc.**

Please find the referenced material in violation below and attached.

Regards,
Leighanne

---

**Id PARIS' Website page about the lawsuit have the "desired effect"?**

The postings by Mr. Smith have had the desired effect. Mr. Paris and Oxebridge are now being defamed openly on LinkedIn. The moderator – Brad Masters – is not taking down these posts.

**See definition of Defamation - This does not meet the definition of Defamation.**
**https://www.law.cornell.edu/wex/defamation.**
**More PARIS BS.**

https://www.linkedin.com/grp/post/8333501-6021849237686333440?

**SMITH has no idea who this person is, nor does SMITH have any realistic way to control what others he does not know write in places such as LinkedIn.**

**PARIS should have anticipated the "blowback" his lawsuit has caused to him and his reputation.**

Melanie Atkins

I found the court case that caused the demise of the Cove. Oxebridge Quality Resources International LLC et al v. Smith, Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I want to visit my old link yesterday) The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions

If I sound bitter, it's because I am. We lost a great resource that helped a lot of people for a lot of years and for what? So someone could make some money?

Ana Maria, thanks for the reddit link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost

Like(4) · Report spam                                    5 hrs ago

---

On 7/7/2015 6:48 PM, Christopher Paris wrote:

In addition, Mr. Smith just gave an interview with a former Elsmar participant. The interview says he is still looking for consulting work in quality management.

http://standardsforum.com/elsmar-cove-is-closed/

It discusses his resume and links to his LinkedIn page, and the piece basically acts as a promotion for his consulting services. This contradicts the image he portrayed during mediation that he was "retired."

**SMITH retired from ISO 9001 consulting in 2000. Had the Mediation Agreement ended the lawsuit this would not be an issue. PARIS' pressing the lawsuit has made it necessary for SMITH to find work to pay for the cost of the lawsuit. SMITH never said he would not work again. Many people come out of retirement due to financial issues.**


EXHIBIT
G

Mr. Smith then posted a link to this interview on the LinkedIn Page "Ohio Bay Specialist" which was set up to replace Elsmar:

 Marc Timothy Smith · Quality Assurance and Business Standards

**SMITH did NOT post a link. PARIS has again attempted to deceive the Court.**

## FYI - Word is getting around

this information is now completely accurate because Elsmar · Also don't be misled - This was a CIVIL suit, NOT a "Criminal" lawsuit. SMITH seeks only to clarify that this is a CIVIL lawsuit, not a CRIMINAL lawsuit as PARIS continues to publicly post in an obvious effort to DEFAME SMITH.

### Elsmar Cove is closed! - Document Center's Standards Forum

elsmar.documentcenter.com · Elsmar Cove is closed and so I gave founder Marc Timothy Smith a phone call to see what happened and what the future holds. Read about the conversation now

### This link was NOT posted by SMITH.

Comment (4) · Like (6) · Follow · Report spam

It's here:

https://www.linkedin.com/nrp/post/8333501-6024328283888381953

**This was removed in July 2015 at my request.**

CP

On 7/7/2015 4:46 PM, Christopher Paris wrote:

Mr. Smith has reposted this on his page. The site is not taken down, as directed.

At this point we may have to file for contempt.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida in

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of th probably more like hundreds of thousands, maybe even millions of people have been helped, for free, wonderful people who have voluntarily helped people with answers to their business standards and ot the years in the Elsmar Cove forum.

**Neither the Joint Stipulation nor the Mediation agreement say that SMITH could not, or can not, mention the lawsuit. In fact, PARIS, from January through July 2015 had a full page about the lawsuit. PARIS himself "advertised" the lawsuit for over 5 months.**

The subreddit is also still up, here:

**SMITH has NOT said he would be "out of the ISO business".**

http://www.reddit.com/r/elsMr.Smithove

**Again - Reddit - See emails to and from Reddit which PARIS' lawyer was copied on.**

It features the old Cove logo, as well as links on the right side of the page to old material, such as Elsmar history, and Presentations, etc. The page contains a lot of Elsmar branded material. This includes a massive page (here) on "Implementing An ISO 9001 Quality Management System." The bottom of that page includes all of Mr. Smith's contact information for his consulting services.

**Where? FALSE.**

**In addition, SMITH does not have any idea who "karansjet" is, nor does SMITH have control over anonymous postings anywhere, including on Reddit.**

**"karansjet" could very well be PARIS himself.**

The agreement was that Mr. Smith and Elsmar would be "out of the ISO business." It's clear he's just moved it all to another location, and is probably using a friend ("karansjet") to do so. It is likely his side will say that someone stole the entire site and moved it without Mr. Smith's knowledge, but we don't care. It's Mr. Smith's job to alert his people not to do this, and his people have been posting links to the Reddit on his LinkedIn page, with his full knowledge.

Total conjecture by PARIS. [2] Throwing "mud against the wall to see what sticks".

**Where is there a definition for the "ISO" business? With hundreds of thousands of ISO standards, this is ludicrous.**

**Smith's "job" to alert "...his people..." - Who are "his people"?**

**Mediation Agreement says SMITH will close Elsmar.com, which SMITH did at 10PM on 30 June 2015. Elsmar.com was NOT reproduced anywhere, much less the "entire site". However, the Mediation agreement allows SMITH to give Elsmar.com away should he choose to by transferring ownership and rights (Section 1, Sub 1 d). As of 29 February 2016 SMITH has not done so, however.**

**In addition, the Mediation Agreement only restricts SMITH from starting another website relating to the "ISO" industry. What the "ISO" industry is is not defined in the Mediation Agreement or elsewhere. SMITH has not opened another web site as of 29 February 2016, but the mediation agreement does not preclude him for doing so.**

**Leighanne Boone, Esq.**

| | |
|---|---|
| From: | Leighanne Boone, Esq. |
| Sent: | Friday, July 10, 2015 2:39 PM |
| To: | 'Marc Smith' |
| Cc: | Bill Wohlsifer, Esq. |
| Subject: | Notice of Content in Violation of Settlement Agreement |

Mr. Smith,

Please take this email as notice that you are in breach of both the Settlement Agreement and Joint Stipulation on Injunction.

**False. Show where it says that.** 1. Elsmar.com has not been completely removed. The Settlement Agreement called for its <u>complete</u> removal. There is to be no words, images, ect. at that web address.

**False. See Emails. Removed, but not specifically required.** 2. Elsmar can still be accessed by the internet archive where previous online commentary about Oxebridge and Mr. Paris is still viewable. https://web.archive.org/web/20150315015701/http://elsmar.com/imp/

**False.** 3. Elsmar.com can be accessed from other sites (such as reddit). http://www.reddit.com/r/elsmarcove

**See Exhibit "I" & Mediation Agreement Section 1, Sub 1 c)** 4. Commentary Oxebridge and Mr. Paris is still accessible on Google Groups. https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU https://groups.google.com/forum/#!msg/misc.industry.quality/psuxY6iQssU/OfeXWiKsLEEJ

Your failure to remove the above material has led to additional damage against Mr. Paris and Oxebridge International Resources via numerous third parties. One such example can be seen here. http://www.reddit.com/r/AskEngineers/comments/3bsi3p/what_the_hell_happened_to_elsmar_cove/

**False. See Emails. SMITH has NO control over Reddit content. PARIS' attorney was copied on the emails and is again trying to deceive the Court.** If you do not remove this material immediately or take actions necessary to remove said material (such as contacting webmaster to take down the material and copying us with that correspondence), we take legal action and seek damages, attorney's fees and costs for your breach of the Settlement Agreement and the Joint Stipulation on Injunction.

I look forward to your response and hope we can resolve this issue amicably.

Sincerely,
Leighanne Boone

Leighanne Boone, Esq | William R. Wohlsifer, PA
1100 East Park Ave, Ste B | Tallahassee, FL 32301
Tel: (850) 219-8888 | Fax: (866) 829-8174



### Internet Addresses (URLs) in Breach

## No control over Reddit content.
## See emails PARIS was copied on, wherein SMITH attempted to get Reddit content removed.

- https://www.reddit.com/r/elsmarcove/
- http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_cove/

**Mediation Agreement Section 1, Sub 1 c) - An attempt to deceive the Court by PARIS.**

- https://groups.google.com/forum/#!topic/misc.industry.quality/D1kUH8LL2g0
- https://groups.google.com/forum/#!topic/misc.industry.quality/UfbaOZxLoAk
- https://groups.google.com/forum/#!topic/misc.industry.quality/K1Fzct15CgA
- https://groups.google.com/forum/#!topic/misc.industry.quality/6ru88tisVjU
- https://groups.google.com/forum/#!topic/misc.industry.quality/aiQ8pgILlUc
- https://groups.google.com/forum/#!topic/misc.industry.quality/2RqJNgOhR3o
- https://groups.google.com/forum/#!topic/misc.industry.quality/PopSbIXqjsk
- https://groups.google.com/forum/#!topic/misc.industry.quality/e4T4G5isJ18
- https://groups.google.com/forum/#!topic/misc.industry.quality/xOAeQdyTE7s
- https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU
- https://groups.google.com/forum/#!topic/misc.industry.quality/rIMOS3ROsqg
- https://groups.google.com/forum/#!topic/misc.industry.quality/oNFqkWwG6Js
- https://groups.google.com/forum/#!topic/misc.industry.quality/66R5-TJ65Ds

**No control.**
- http://www.quality1stop.com/discus/messages/34/676.html?1084478588
- http://www.quality1stop.com/discus/messages/34/692.html?1089323543

**No control.**
- http://www.g-pmc.com/author/admin/
- http://www.g-pmc.com/tag/oxebridge-quality-resources/

**No control.**
- http://www.ripoffreport.com/r/Oxebridge-Quality-Resources/Tampa-Florida-33619/Oxebridge-Quality-Resources-AKA-Certificate-Mill-Chris-Paris-Christopher-Paris-Oxebrid-1062892
- http://www.ripoffreport.com/r/Chris-Paris-Quality-Resources/Tampa-Florida-33619/Chris-Paris-Quality-Resources-Christopher-Paris-Chris-Paris-Florida-Quality-Resources-1041805
- http://www.ripoffreport.com/r/Space-Exploration-Technologies/Hawthorne-California-90250/Space-Exploration-Technologies-SpaceX-SpaceX-Space-Exploration-Technologies-Hires-Non-E-1096828
- http://www.ripoffreport.com/r/pulse-medical-inc/blue-ridge-georgia-30513/pulse-medical-inc-pulse-medical-inc-hires-anti-semitic-leftist-communist-boombat-chr-1096809

**No control.**
- http://3bxsofbs.infamousanime.net/?p=9426    SMITH has no idea who owns the website and has no control over what they post there.
- https://www.linkedin.com/grp/post/8225593-6026151705257746436

**See Exhibit - "I" 1 - 20160229.pdf**



EXHIBIT

I



## Reference: Did Chris Paris do this himself?
## See File - File name: "Mathew Judge I LinkedIn 2016012.jpg"
## * Can not embed in PDF file annotations .gif files.

Embedded EXIF information from the "picture" downloaded from PARIS' web site:
---- IFD0 ----
Artist: Chris
XP Author: Chris
---- XMP-dc ----
Creator: Chris

## It appears "Chris" authored the document/graphic...

## Was this an attempt by PARIS to defame/smear SMITH by "defacing" his own web site with a graphic he himself made?



EXHIBIT
J



**July 14, 2015**



Bill to Christopher Paris

## Click here to pay this invoice
(it accepts all major credit cards and paypal)

| Quantity | Work Description | Amount | Total |
|---|---|---|---|
| 1 | work on oxebridge.com | $200.00 (Not Taxable) | $200.00 |

Amount: $200.00
Total: $200.00

**https://github.com/cordoval**
**Luis Cordoval**

Payment Terms: 5 Days (July 19, 2015)

If you have any questions please email me at cordoval@gmail.com and I will be glad to assist you.

## Click here to pay this invoice
(it accepts all major credit cards and paypal)

# This invoice does not even say what it is for.

# This is "evidence" of what?



**EXHIBIT**
**K**



## What is the point of this "Exhibit"?

All this tells is that when Elsmar.com went offline some people wanted to see who PARIS is and what had happened, so they visited his website. PARIS doesn't show what "Google Analytics" can show him, even now, such as how many people visited the page on his website, indexed in Google and online for 5+ months - The page is still there, only the content has changed as of the middle of July 2015:

http://www.oxebridge.com/emma/official-statement-on-oxebridge-extortion-suit-against-elsmar-com-and-marc-smith/

Again, PARIS is attempting to deceive the court.



**EXHIBIT**

**L**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

                    Plaintiff,                 Case No: 8:15-cv-00011-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
                 Defendants.

_____/

## VERIFIED STATEMENT OF CHRISTOPHER PARIS IN SUPPORT OF PLAINTIFF'S VERIFIED SECOND NOTICE OF DEFENDANT'S BREACH

1. My name is Christopher Paris, I am older than eighteen (18) years of age and a citizen of the United States.

2. I am a plaintiff in this action and have read and familiarize myself, and with the advice of counsel, on these proceedings throughout this litigation.

3. I am the managing member of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, also a plaintiff in this action. **Are there any other "members" in Oxebridge, or is Oxebridge a "One Man Band"?**

4. I have personal knowledge of the marketing plans of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and of the implementation of its marketing plans, both on and offline.

5. The day-to-day and year-to-year operations of OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC is a regularly conducted business activity of mine as its managing member. **Are there any other "members" in Oxebridge, or is Oxebridge a "One Man Band"?**

6. I make this verified statement based on my personal knowledge and empirical research in **"...empirical..." research?** support of Plaintiff's Verified Second Notice of Defendant's Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction, Motion to Compel Compliance with Injunction,

**EXHIBIT**
**M**

Motion for Money Damages, and Motion for Attorney's Fees, to which this verified statement

is being attached, <u>under seal.</u>   **Hide what you think you can.**

7.  I personally researched, discovered and <u>provided technical explanation</u> as reflected in

   **NO "technical" information/explaination has been provided by PARIS. Sounds nice but FALSE.**

   "BREACHES OF THE JOINT MEDIATION SETTLEMENT AGREEMENT" (paragraphs 1-

   29) attached to this verified statement.

<u>Verification under section 92.525, Florida Statutes</u>

Under penalties of perjury, I declare that I have read the foregoing Verified Statement and

that the facts stated in it are true.

Christopher Paris, President and Managing Member,
Oxbridge Quality Resources International, LLC.

**NOTE: Elsmar.com was closed in an orderly way as businesses typically do. This is a standard business practice. Elsmar was not "operating" - The was no more than a facepage, the equivalent of a "Closed" or "Out of Business" sign on a door.**

## BREACHES OF THE MEDIATION SETTLEMENT AGREEMENT

**Totally FALSE.**

1. Prior to the July 5th shutdown deadline defined in the Mediation Settlement Agreement, while the Elsmar.com forum continued to operate, Smith added a "global" announcement which appeared on every page of the forum, indicating the site was due to be shut down. This prompted a number of users to ask why the shutdown was happening, creating a demand for information on the shutdown.

2. On 23 June, posting on Elsmar.com, Marc violated the Settlement Agreement by releasing information about the case, and doing so in a false and defamatory manner. His post claimed "Essentially I have to close down Elsmar.com – in short I have to "burn the library" (which is how I look at it)", resulting in an intentionally mischaracterized version of events, which would benefit Marc (as the victim) and establish Oxebridge as the aggressor.



3. Following this post, the result was a series of posts by other Elsmar users who, predictably, sided with Smith and made derogatory posts indirectly about Oxebridge. Smith, in violation of the Joint Stipulation, did not moderate these posts and allowed them to remain.

   **SMITH did not discuss the content of the Mediation Agreement, or even use the words Mediation Agreement. SMITH only said that there was a "settlement". PARIS had been telling people of the lawsuit on his website for 5 months.**
   **Also, not in line item 6 of the Joint Stipulation as Mr. Wohlaifer said he would include.**

4. Later in the same conversation, Smith gave permission for others to a LinkedIn page using the name Elsmar, in contradiction of the Mediation Settlement Agreement. **The Mediation Agreement does not say SMITH can not allow other people to use the name Elsmar. Technically anyone can use the name/word Elsmar without SMITH's approval.**



5. Later in the same conversation, a moderator (Brad Masters AKA "BradM") posted a revelation that Smith had discussed the terms of the settlement with "admins and moderators." This provided evidence of Smith's breach of the settlement's confidentiality. **SMITH said only that there was a settlement and would have to close Elsmar.com. No details of the MA were discussed.**

6. In July 2015, former Elsmar moderators began discussing the closure of Elsmar.com on the LinkedIn group "Medical Devices" QA/RA". On 13 July 2015, a former moderator (Scott Kruger) posted to that conversation, indicating he had knowledge of the Mediation Settlement Agreement.

**SMITH said only that there was a "settlement" and would have to close Elsmar.com. No details of the MA were discussed and only used the word "Settlement".**

**Also note Section 3 of the Mediation Settlement Agreement which allows discussion with "...business partners, board of directors..." and "...with other persons who have a legitimate need to know the information set forth herein...", which the moderators were.**

SMITH said only that there was a "settlement" and would have to close Elsmar.com. No details of the MA were discussed and only used the word "Settlement".

Also note Section 3 of the Mediation Settlement Agreement which allows discussion with "...business partners, board of directors..." and "...with other persons who have a legitimate need to know the information set forth herein...", which the moderators were.

**Scott Kruger**

Brian - those of us that were moderators at Elsmar, even if we were not mods or involved when whatever happened between the parties happened, are probably the only others that know much of anything and we're not going to say much either out of respect for Marc. other than we miss our "jobs" and hope we can help in other ways in the future.

Like (0) · Reply privately · Delete

38 minutes ago

---

Other than the "home page for the Elsmar.com URL, there was NO content, and as such there was no "operation" involved.

Elsmar.com was a "...human being..."?

Elsmar was one of the first 100,000 websites on the internet. It wasn't a "human being" - it was an Internet "icon", though, in many ways.

7. After the shutdown deadline, Smith did not cease operating the Elsmar.com site, but instead posted a "banner" graphic indicating "RIP Elsmar.Com, Born 5 Jan 1996 – Died 30 June 2015" as if the website was a human being. In contradiction of statements made by Smith that he had "retired", a fact which was material to the settlement amount eventually agreed upon, the banner ad continued to market Smith as a consultant. It also attempted to elicit sympathy for Smith among his readers.

Analogous to a sign on the door saying "Closed". No content was available.



**RIP - Elsmar.com**

**Born 5 Jan 1996**

**Died 30 June 2015**

The Elsmar Cove Mission
To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals People Helping People since 1996!

Sorry, folks. After over 19 years continuously online starting out as QS9000 com, Elsmar.com is now permanently closed

There's nothing else I can say. other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum

8. After a complaint was made to his attorney Brier that the post was in breach, Smith again declined to cease operation of the site, and on 7 July 2015 merely removed the header graphic, leaving behind an alternate departure message.

Analogous to a sign on the door saying "Closed". No content was available.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996 Elsmar.com is now permanently closed.

There's nothing else I can say. other than that I am proud to know that over the last 19 years tens of thousands, maybe even hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

PARIS was, on his website, publicly actively "advertising" the lawsuit. Everyone knew what this was all about.

Between the period of 7 July 2015 and 12 July 2015, multiple complaints were made to Smith's attorney Brier, and then to Smith directly (when he was no longer represented), regarding the refusal to cease operating Elsmar.com. Smith engaged in a series of "up and down" maneuvers whereby he repeatedly removed, then replaced, the message in one form or another. During one of the iterations, Smith directly named the lawsuit, thereby not only revealing terms of the settlement, but falsely framing them in a way that made Smith the victim, and Oxebridge the aggressor. By linking the closure to the suit, it also permanently and perhaps irreversibly tarred Oxebridge as the reason for the closure, and not that Smith had elected to do this as part of a Mediated Settlement, of his own choosing. PARIS was, on his website, actively "advertising" the lawsuit. Everyone knew what this was all about. PARIS, for over 5 months, showed himself to be the "aggressor" and "tarred" himself.

PARIS, for 5 months, showed himself to be the "aggressor" and "tarred" himself.

PARIS should have anticipated a "backlash" when he filed the lawsuit which was indexed by Google and other "search engines.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 5 January 1996, Elsmar.com is now permanently closed due to Federal Civil Case 15-cv-00011 filed in the Middle District of Florida in January 2015.

There's nothing else I can say. other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum.

10. After a complaint was made regarding this post, Smith again replaced it with the original, without the mention of the lawsuit, but still did not "cease operation" of the website.

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com on 6 January 1996. Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum

**No content - "Sign on the door".**

11. Until about August 7 2015, the site continued to operate and serve content despite multiple attempts to get Smith to comply and cease operation of the site. After August 7th, the site was finally shut down as ordered; this came more than 30 days after the July 5th deadline to shut down Elsmar.com.

12. As a result of his posting a "Departure note" rather than shutting down the site as ordered, the note went "viral" appearing on numerous third party websites. On 1 July 2015, it was republished on the blog "3 Boxes of BS".

    http://3bxsofbs.infamousanime.net/?p=9426



**R.I.P. – Elsmar's Cove**

Posted by Bob S  in Linky Love | 7 Comments

For those who are in the same career field; you'll recognize the name.

**The Elsmar Cove Mission**

To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals

*People Helping People since 1996!*

Sorry, folks. After over 19 years continuously online, starting out as QS9000.com, Elsmar.com is now permanently closed

There's nothing else I can say, other than that I am proud to know that over the last 19 years tens of thousands, probably more like hundreds of thousands, maybe even millions of people have been helped, for free, by some wonderful people who have voluntarily helped people with answers to their business standards and other questions over the years in the Elsmar Cove forum

Hadn't stopped in there in a while; I wish I had. There was a lot of useful information and great people in the forums. Many thanks to all who made it a success over the past 2 decades.

This also resulted in a conversation thread which subsequently defamed Oxebridge. That website owner ("Bob S") has refused requests to remove the material.

**Total Bull - The was NO duplication of the "entire" Elsmar website by any means imaginable. Not even a fraction of all the content.**

13. On about 2 July 2015, a user "karansjet" created a duplication of the entire former Elsmar.com website on Reddit.com. This includes a new forum which advocates for the posting of defamation about Oxebridge. The resulting effect is that the Elsmar.com site has not "ceased operation" but merely moved to a new internet host. This also includes all of Smith's business contact information, sales information, and resume, allowing Smith to continue to operate Elsmar as an ISO consulting firm, while using Reddit as an ISO consulting website, despite his claims in mediation that he was retired.

**Totally FALSE.**

**Read the email to SMITH from REDDIT and REDDIT "Terms and Conditions". They will not remove content even if the content creator requests that content be removed.**

The user "karansjet" has refused to respond to requests to have the material removed.

The subreddit is located at https://www.reddit.com/r/elsmarcove

**NOTE: Again, SMITH has no idea who "karansjet" is.**

This has also prompted additional discussion on Reddit at this link:

https://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

14. User "karansjet" also posted additional defamatory information linking Oxebridge to the closure of Elsmar, which would not have been possible if Smith had not published his "departure notice" on the Elsmar.com site linking the two events. See here:
https://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

15. On 4 July 2015, a new forum ("Medical Device Experts Forum" http://www.medicaldevices.expert ) opened, under operation of a former Elsmar moderator, Marcelo Antunes. In his opening posts, he revealed that Marc Smith had discussed the terms of the settlement with the moderators at Elsmar:

July 3, 2015 at 7:32 pm



**Marcelo Antunes**
Keymaster

HI Claudia

Elsmar was closed due to a court order, and there's only as much as can be said about it.

Yes, there's lessons to be learned (and hopefully have been learned, at least by me) so that we don't have a problem with this new forum.

Speaking of policy, I'm still finishing drafting the TOS for this forum and will put it online shortly.

 0

**Marcello was a Moderator in the Elsmar forum and knew what the other Moderators knew - Elsmar was being closed as part of a "Settlement".**

And..

**At this same time, PARIS still had his page telling about the lawsuit. It was no secret nor was it surprising that it was well known that the PARIS lawsuit was the cause of the demise of Elsmar.com**

July 7, 2015 at 6:34 pm



Farnoosh

Hi again, Marcelo:

I took the opportunity to reach out to Marc Smith over the weekend and had a phone conversation with him on Monday. I posted the resulting report today on StandardsForum.com. So if anyone's interested in how he's doing, etc., they might want to take a look

Cheers,
Claudia

👍 2+

Users who have liked this topic

**Even with the Moderators, as allowed by the Mediation Agreement in Section 3, no details of the Mediation Agreement were disclosed. Moderators were only told that there was a "settlement agreement" which required me to close Elsmar.com - I (SMITH) just wanted to end the lawsuit and this was the CHEAPEST way to do so. I could not afford to spend more money on defending my First Amendment Free Speech rights.**

July 7, 2015 at 7:22 pm



Marcello Antunes
Keymaster

That's a great update on Marc and the Cove, thanks! And, as mentioned by Marc, he can't talk about the settlement, and that's why I'm not talking about it too (everyone involved in the Cove as moderators, in fact)

this reply was modified ... ... ... by  Marcelo Antunes

👍 0

And:

**Marcello was a Medical Device forum moderator, and, as he clearly states - "...he can't talk about the settlement..." wherein "he" refers to SMITH. PARIS has shown here evidence that SMITH did not tell the forum Moderators any details of the Mediation Agreement Settlement details. SMITH said there was a "settlement". SMITH contends that telling the forum Moderators that SMITH had to close Elsmar was allowed by the Mediation Settlement Agreement, Section 3 ("...true and legitimate need to know...").**

**Author**     **Posts**

July 7, 2015 at 7:35 pm



Why can t you talk about settlement? Isn't it weird? There must be some nonconformity and the judgment.

🤍 { 0 }      **This is used to HIDE things from the public, as I think everyone knows.**

**Bora Bingol**

*Participant*

July 7, 2015 at 7:40 pm



From what was explained, part of the settlement included a non-disclosure agreement or something like that

this was explained to the forum moderators   by  *Marcelo Antunes*

🤍 { 0 }      **Which is why SMITH did not disclose the content of the Mediation Settlement Agreement, even with the forum Moderators even though technically I (SMITH) am allowed to do so according to Section 3 of the Mediation Agreement.**

**Marcelo Antunes**

*Keymaster*

16. Disregarding the Mediation Agreement's requirement not to discuss the terms of the settlement, On 7 July 2015 Smith gave a public interview to Claudia Bach, the website owner of "Document Center's Standards Forum" regarding the closure of Elsmar. In that interview, he revealed conditions of the settlement agreement:

> *"What happened to Elsmar Cove? As noted on the website's homepage (and only page now), it's has been closed as part of a settlement that stemmed from a civil lawsuit filed in Florida."*

Again, despite his alleged retirement being material to the Settlement, Smith was revealed as seeking "new opportunities" in the ISO consulting field. Finally, the article furthermore linked to the Reddit materials. **PARIS' lawsuit has forced SMITH to seek new business opportunities due to the financial burden of the lawsuit. There was no agreement or statement that SMITH would not seek new business opportunities.**

Source: http://standardsforum.com/elsmar-cove-is-closed/

17. The interview with Smith, including the Reddit republishing of the entire Elsmar site, was then promoted through a mass email issued by Document Center. **Again - Totally FALSE.**

**This was on her web site. SMITH is unaware of a "Mass Email".**



*Document*Center

**Elsmar Cove is Closed!**

I interviewed founder Marc Timothy Smith and posted about the quality assurance discussion forum and it's shutdown at StandardsForum.com on Tuesday

18. On the same day, Smith posted a promotional topic on LinkedIn titled "FYI – Word is Getting Around" promoting his interview with Ms. Bach and the new Reddit "clone" of his website. In the subsequent discussion, Smith also discussed the lawsuit openly, going so far as to indicate the "outcome was criminal." **As said before, Elsmar was not "cloned" on Reddit. This is a bald faced attempt to deceive the Court which PARIS continues to cite time and again.**



**This speaks for its self. PARIS has quite a few "enemies".**

**SMITH's comments were to contradict PARIS' continually describing the lawsuit as a CRIMINAL lawsuit, on his website and on LinkedIn and elsewhere in an attempt to defame SMITH.**

19. On 9 July 2015, the Reddit link was promoted on another blog, "Software in Medical Devices" presumably picked up after the Smith interview.

**Did PARIS expect the lawsuit to be some sort of "secret", especially considering that he, himself, was publicly promoting his lawsuit against Elsmar/Marc Smith at:**

**http://www.oxebridge.com/emma/official-statement-on-oxebridge-extortion-suit-against-elsmar-com-and-marc-smith/**

**Really?**

20. On 12 July, a certification body representative Dan Brown (of Eagle Registrations) began a thread on the forum "Medical Devices Expert Forum." (http://www.medicaldevices.expert/)

| Author | Posts |
|---|---|

July 12, 2015 at 2:30 om



Dan Brown

Participant

**The Truth hurts.**
I just learned that Elsmar Cove is gone, apparently due to some lawsuit. Another fine mess due to an out of control litigation process in the USA. Thank you Marcelo for creating this forum. If used properly, perhaps this can partially replace that forum which dated back to the old BBS boards before the current Internet

👍 {3+}

Users who have liked this topic:



**This is obviously a frivolous CIVIL lawsuit filed by PARIS - How it has been allowed to even be entered, much less proceed this far, is amazing. A waste of Court time and taxpayer $$$$.**

**This isn't a "repeat" of the above.**

Brown repeated this on 14 July in the LinkedIn forum "Medical Devices QA/RA" here:
https://www.linkedin.com/grp/post/2070960-6023219235981905921?trk=groups-post-b-title

 Dan Brown

Please know that the gentleman who moderated the medical devices discussions on Elsmar Cove has launched his own forum to assist in filling some of the void left by its abrupt closure

Marcelo Antunes has launched: http://www.medicaldevices.expert/

I highly recommend this to the fans of Elsmar Cove. Marcelo will ensure that this forum will operate under the same rules as Elsmar.

Please do not confuse this site with the one referenced in another group started by the very person who caused the shut down of the Cove

Like (0)  •  Reply privately  •  Report spam                               19 hours ago

**ARIS started this by filing a frivolous lawsuit.**

**People know full well, after e lawsuit and continuously r over 5 months until (and after) Elsmar went "dark" (offline), what the reason was.**

**PARIS himself publicly romoted his "prowess" on his own website for 5+ months:**

**http://www.oxebridge.com/mma/official-statement-on-oxebridge-extortion-suit-against-elsmar-com-and-marc-smith/**

**PARIS continually reproduces the same posts throughout this document. It does make this document longer, which I assume is his intent.**

**PARIS started this by filing the lawsuit to begin with - PARIS is experiencing "BlowBack" and the "Streisand" effect.**

21. The published materials by Smith have had an immediate, and perhaps irreversible effect, by creating an upswell of anger against Oxebridge, and thus breaking both the letter and the spirit of the Settlement Agreement. The users believe the Elsmar site was shut down by Oxebridge, and not through Smiths' sole decision being derived through the mediated settlement process. This has created a new wave of defamation being posted across the internet, including the following examples:

Melanie Atkins

I found the court case that caused the demise of the Cove, Oxebridge Quality Resources International, LLC et al v. Smith, Federal Civil Case 15-cv-00011 filed in Middle District of Florida in January 2015 (found this from info on the EC page when I went to visit my old link yesterday). The case is sealed so can't get any details and is probably why no one can talk about it. I went to the Oxebridge website, run by Christopher Paris. Found that he's getting ready to launch a quality discussion forum, O-Forum (or is that a zero?). Good business plan to get rid of the competition before launching your own. In his blog post announcing the launch, he took a poke at us for coming to LinkedIn to continue our discussions.

If I sound bitter, it's because I am. We lost a great resource that has helped a lot of people for a lot of years and for what? So someone could make some money?

Ana Maria, thanks for the reddit link. I did a little exploring and looks like you can see previous discussions through the Internet Archive. So all is not lost.

Like (4)  •  Report spam                                                          5 hours ago



**SMITH does not know
"Allen M.", however
"Allen M has a right to
not do business with a
company he does not like
for what ever reason.**

**PARIS should have
thought about the
consequences of
throwing a "sueball"
against SMITH.**

**12 June 2015:**
**July**

**This if from July 2015
- NOT 12 June. Again,
an attempt by PARIS
to deceive the Court
with KNOWINGLY
FALSE "Information".**

 **Mathew Judge**

A terrible loss indeed. My understanding is that our very own Chris Paris allegedly had a hand in its downfall due, in part, to a nonsensical and historic exchange with Marc. Moreover, and not long after the forum's removal, Paris announced his own replacement (As above).

Follow the breadcrumbs:
http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_c ove/

Like (1) · Reply privately · Delete                                    5 hours ago

**13 June 2015:**
**July**

**This if from July 2015
- NOT 13 June. Again,
an attempt by PARIS
to deceive the Court
with KNOWINGLY
FALSE "Information".**

 **Ian Mitchell**

More than disappointing Christina. This forum's 'owner', Christopher Paris, was responsible for closing Elsmar (Google it), and is now offering us all a pre tee'd replacement. To make matters far shadier, he's also removing all posts that reflect the truth of the matter, and has even resorted to removing individual members for answering the above question in an honest manner. So much for free speech hey Chris? You're an embarrassment. Shame on you. I call on every free thinking member of this group to stand up for free speech, and against the ongoing nonsense that CP proliferates throughout the industry.

Like (0) · Reply privately · Delete                                    2 hours ago

**This if from July 2015
- NOT 14 June. Again,
an attempt by PARIS
to deceive the Court
with KNOWINGLY
FALSE "Information".**

**14 June 2015:**
**July**

**Gavin Jordan**

Hi Christopher

Cant you tell us what happened here? I keep on seeing reference to an Oxebridge lawsuit that shut Elsmar cove? Is there any truth in this? I doubt it, but there seems a lot of chatter about it.

Like (0) · Reply privately · Delete                                    23 minutes ago

**14 June 2015:**
**July**

 **Helmut Jilling**

I do not condone hacking someone's site....that is never right. . .but the fact that Mr. Paris said he has to consult his lawyers before he can be allowed to comment on the Elsmar situation...should answer many questions....sad....Elsmar was a fabulous resource...

Like (0)  •  Delete                                                          3 seconds ago

14 June 2015:
## July

 **Joe Albe**

It doesn't take a genius to find and read a few court docs to determine that Chris is a crybaby and the only way to stop the other kids from making fun of him was to burn down the school. Terrible shame that such a valuable resource had the be the target of his petulance. Deeper pockets buy better lawyers.

Like (0)  •  Reply privately  •  Delete                                      2 seconds ago

22. Multiple other discussions on LinkedIn are erupting which repeat the <u>misinformation provided by Smith</u>, and which continue to paint Oxebridge as the villain and Elsmar as the victim.  From the Medical Devices QA:RA forum, one example:


**SMITH does not know this person and has no control over what she (in this case) posts anywhere.**

 **Brindusa Curcaneanu**
http://www.g-prnc.com/tag/oxebridge-quality-resources/

Oxebridge Quality Resources

Oxebridge Quality Resources is an offshore bogus entity engaging in telemarketing fraud, copyright violations, smear campaigns and bogus accreditation schemes. Oxebridge is owned by Christopher Paris, a known con artist who uses a number of aliases such as Jorge X. David, Chris Harris, Elizabeth Karris, Chrissy Pariss, Mark Spille and Chris Anderson. Chris Paris hides offshore in Peru away from U.S. authorities where he solicits unsuspecting businesses using Skype to hide his true location and identity. Please ignore all solicitations from Mr. Paris and his bogus organization Oxebridge Quality Resources. For more information on telemarketing fraud please see the FBI website about Common Fraud Schemes.

Like (4)  •  Reply privately  •  Report spam                               5 days ago

 **Brindusa Curcaneanu**
You can find the articles from Elsmar Cove at this archive site:

https://web.archive.org/web/20150620142735/https://elsmar.com/

Like (3)  •  Reply privately  •  Report spam                               5 days ago

 **Brindusa Curcaneanu**
http://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/

Like (5)  •  Reply privately  •  Report spam                               5 days ago

23. On July 13 2015, at about 8:00 PM EST, the Oxebridge website was the victim of a hack which replaced the main page with one indicating "ELSMAR STRIKES BACK" and "FREE MARC SMITH." The file injected was named "freemarcsmith.html" and featured a graphic entitled "freemarcsmith.gif." All internal pages within the Oxebridge site were redirected to this page. The hack was discovered within about 45 minutes and the site restored, and no files appear to have been lost.

Again a repeat by pasting the same graphic in this document in multiple places - Makes the document longer, I assume. It is suspected that PARIS, himself, did this. Even if PARIS himself did not do this, SMITH had nothing to do with it, PARIS presents no proof that SMITH did.
In addition, if PARIS' website was "hacked", it goes to show PARIS had very poor security - PARIS' fault unrelated to SMITH.

Again a repeat by posting the same graphic in this document in multiple places - Makes the document longer, I assume. It is suspected that PARIS, himself, did this. Even if PARIS himself did not do this SMITH had nothing to do with it, PARIS presents no proof that SMITH did.
In addition, if PARIS' website was "hacked", it goes to show PARIS had very poor security - PARIS' fault unrelated to SMITH.



For another two hours after the page was deleted, some pages continued to attempt to point to the hacked page, resulting in a "404" error, due to unauthorized alteration of the .htaccess file.

Paris was thus forced to change website host providers, to utilize a new service that does not rely on .htaccess files, and incur the related costs for improving site security.

**again state, SMITH does not know this person.**

24. On Reddit, the user "karansjet" gave this false account of the Oxebridge/Elsmar lawsuit, which matches the version of events published by Marc Smith prior to the site's shutdown:

**All the court documents - 1 through 59 - were public documents and were, and are, easily found in a 'Google' search.**

**ARIS should have known all of this would be Public.**

re: elsmar
karansjet

I don't know Marc personally so I can only piece together what happened based on public court documents. In my opinion, it looks like Chris sued Marc for trying to "extort" him, whereas Marc just wanted to sell the Elsmar site and retire. Chris spun that as extortion because he also wanted Marc to remove threads from Elsmar calling Chris out for the paranoid whackjob he is. So much drama.... Anyway here's Marc's email and LinkedIn profile:
http://www.linkedin.com/in/elsmarmarc
marcsmith102@cinci.rr.com
permalink  report  block user  mark unread  reply

25. On 16 July, a Linked user (J.D. Pickett) attempted to post the following:



J D P. commented on

I found a link that shows the actual court documents from Jan 2015 referencing a defamation lawsuit filed by Oxebridge Quality Resources and Christopher Paris against Marc Smith. I found a post on Oxebridge referencing the "theft" of seven articles that had been posted on a competing website. Finally, I found a long exchange between Chris Paris and Marc Smith in a series of postings to a Google news group in 2004 that [INFO] puts neither in a favorable light. I would post these but I am leery to share the information I mentioned above, not out at the risk of potential litigation from someone in this thread.   Less
16 hours ago

It was deleted without publication, and in response Pickett wrote this email to me, through LinkedIn:

**PARIS should have said he CENSORED negative comment(s).**



inMail | POLARIS Laboratories

**Posting Concerns**

J.D. Pickett 'Quality mst' sent- b3 a- ...    ...   ...
... to ... 2015. 4.43.AM

Mr. Paris,

> Thank you for not allowing my previous post to be visible, because it confirms
> my initial assumption about your behavior. I've read several of the resources on
> your company's site along with posts you've made on other sites throughout the
> last few years. You spend much labor on criticizing and rating against the
> activities of quality bodies. However, you refuse to accept criticism, in kind. I find
> your behavior to be hypocritical. Fortunately, for you, it appears your
> adversaries are not as litigious as you. I wish you and your company the best,
> but I would never recommend your services to my peers in the Indianapolis
> quality community.

Best Regards,
James Pickett

**What did PARIS expect? Praise?**

26. On or about July 25th, a thread on LinkedIn, which includes participation by Smith himself, evolves to include a call to "boycott" the Oxebridge forum "O-Forum". This further encroaches on the Mediation Agreement, given that a material condition for the low settlement amount was contingent on Mr. Paris' ability to recoup his losses through the creation of a forum to replace Elsmar.com. (Source: https://www.linkedin.com/grp/post/8225593-6026151705257746436 )



**George Hummel, ACQI**
The problem with this new "forum" is that its owner will push his own brand of half truths, distortions and propaganda. This so-called forum should be boycotted lest you too be sued.
Like (2) · Report spam                                                                1 month ago

**Mathew Judge**
I for one won't be joining George, of that you can be assured
Like (2) · Report spam                                                                1 month ago

**Gidget Stough**
I just took a peek at it, and from the radio silence (other than his own posts and those of his admin), it appears to be off to a sluggish start.
Like (0) · Report spam                                                                1 month ago

27. During this July 25th exchange, Smith again engages in defamation by distorting the Settlement Agreement and repeating his "burning down the library" charge.

**Marc Timothy Smith**
Elsmar was an internet "icon". There was no LinkedIn when it started in January of 1996. No Google, no Facebook or anything like that. Taking Elsmar "down" was "Burning Down the Library" by a person who can not stand criticism and resorted to taking 19 years of centralized information, opinions, interpretations, friendship, etc. off of the internet.
Like (3) · Report spam                                                                1 month ago

28. The same July 25th thread escalated to a physical threat made against Paris by LinkedIn user Jack Fletcher:



**Jack Fletcher**
A baseball bat I could handle....not a web hack

Like (0)  ·  Report spam                                                                1 month ago

29. On August 9th, former Elsmar user Andrey Bardaym announced a new forum using the name "Elsmar Quality Forum" (link: http://elsmar-forum.com/forums/ )

**SMITH does not know this person, nor does SMITH have any association in any way with the website which is linked to.**



Andrey B.  commented on The end of elsmar cove forum
: " http://elsmar-forum.com/ "

**SMITH has no way to stop anyone from using Elsmar in a domain name, or in any other way.**