UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO.   8:15-cv-11-T-17TBM | MARCH 16, 2016 |

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, *et al.*
-v-
MARC TIMOTHY SMITH                                              Time: 9:41-12:13

Honorable THOMAS B. McCOUN

| | |
|---|---|
| Deputy Clerk: Dawn M. Saucier | Courtroom 12B |
| Court Reporter: Sandra Provenzano | Tape: Digital |

| | |
|---|---|
| Attorney for Plaintiff: | Leighanne Boone |
| Attorney for Defendant: | Pro se |

**PROCEEDING:** SHOW CAUSE HEARING ON DEFENDANT'S BREACH OF MEDIATION SETTLEMENT AGREEMENT AND JOINT STIPULATION ON INJUNCTION

Court convened.

Court will order plaintiffs' sealed documents and defendant's responses thereto to be unsealed and placed on the public record (Docs. 59, 60, 61, 62).

Plaintiff calls Christopher Paris. Witness sworn.

Plaintiffs' exhibits 1 through 11 admitted into evidence.

Cross-examination of Mr. Paris by defendant Marc Smith.

Redirect of Mr. Paris by plaintiffs' counsel.

Court addresses plaintiffs' counsel regarding the issue of compensatory damages.

Witness Christopher Paris excused.

Plaintiff calls defendant Marc Smith as witness.  Witness sworn.  (Break 11:17 - 11:30)

Marc Smith resumes witness stand remains under oath. Testimony as pro se.

Court directs the defendant to submit any proof of any evidence that he attempted to have information removed from Google and Reddit within 7 days.

Court directs the plaintiff to determine whether prior counsel prepared a letter for defendant to sign pursuant to paragraph 2c in the mediation agreement within 7 days. Correspondence between plaintiff, Google and Reddit can be submitted to the court.

Closing arguments.

Matter to be taken under advisement. Report and recommendation to follow.

Court adjourned at 12:13 pm