UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,

CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

**ORDER TO SHOW CAUSE HEARING ON PLAINTIFFS VERIFIED SECOND NOTICE OF DEFENDANT'S BREACH OF MEDIATION SETTLEMENT AGREEMENT AND JOINT STIPULATION ON INJUNCTION, MOTION TO COMPEL COMPLIANCE WITH INJUNCTION, MOTION FOR MONEY DAMAGES, AND MOTION FOR ATTORNEY'S FEES**

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | June 5, 2015 Mediation Settlement Agreement |
| 2 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | March 18, 2015 Joint Stipulation on Injunction |
| 3 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | An Interview given by Marc Smith after the Mediation Settlement Agreement and Joint Stipulation on Injunction |
| 4 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | An entire duplicate of the Elsmar.com forum that was to be shut down pursuant to the Mediation Settlement Agreement |
| 5 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | A new ISO website operating at the elsmar-forum.com address. |
| 6 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | Summary of Most Egregious Breaches of the Mediation Settlement Agreement and Joint Stipulation on Injunction as of March 14, 2016 |
| 7 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | "Exhibit A" to [Doc. 61] which is presently under seal by this Court's order [Doc. 63]. |

| | | | | |
|---|---|---|---|---|
| 8 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | A November 17, 2015 posting of summons and complaint on Scribd.com with hand written commentary. |
| 9 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | An October 13, 2015 posting on Scribd.com with the same hand written commentary as [Doc. 61] presently under seal by this Court. |
| 10 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | Google results of a search for "paris oxebridge" from January 1, 2005 to December 31, 2012. |
| 11 | 3/16/16 | 3/16/16 | Christopher Paris, Marc Smith | Google results of a search for "paris oxebridge" from March 12, 2016. |

\*\* Plaintiffs reserve the opportunity to present additional exhibits for rebuttal.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire
Fla. Bar No: 107308
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
Fax: (866) 829-8174
E-Mail: lboone@wohlsifer.com;
william@wohsifer.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069.

By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire