Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016

IN THE UNITED STATES DISTRIC COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case number: 8:15-cv-00011-T-17TBM

## Response to Plaintiff's "Clerk's Minutes" of Hearing on 16 March 2016

## Court Docket Document 79 – "Minute Entry"

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC (Florida and Peru), and
CHRISTOPHER PARIS, individually.

Vs.

MARC TIMOTHY SMITH, individually

Presiding Judge: Elizabeth A. Kovachevich
Referring Judge: Thomas B. McCoun III
Court: Florida Middle District Court

---

Case number: 8:15-cv-00011-T-17TBM

COMES NOW the Defendant, Marc Timothy Smith, hereinafter referred to as SMITH, and Chris Paris/Oxebridge - Plaintiff (herein after referred to as "PARIS/OXEBRIDGE") to comply with the Magistrate Judge's Order to produce evidence/proof that SMITH has attempted to have "information" removed from Google and Reddit.

<u>Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016</u>

## "Reddit" Removals

1. SMITH has NO way to remove "Reddit" "information". SMITH tried to. **See Exhibit "A".** Mr. Wohlsifer was copied on SMITH's attempt by email. The word here is "IMPOSSIBLE" for SMITH to effect removal from any "information" on Reddit.

2. In addition, there is **NO requirement to do so** in either the Stipulation on Injunction contract (an invalid contract) or the Mediation Settlement Agreement. SMITH did not author any Reddit content. SMITH has no idea who posted on Reddit. SMITH has NO control over who posts on Reddit or what they post. The only requirement in either agreement says **SMITH must remove anything SMITH posted**, or caused to be posted. SMITH has done neither. Since SMITH has had nothing to do with content posted on Reddit, and there is no requirement in either the Stipulation Agreement nor the Mediation agreement which requires SMITH to monitor and/or act on what other people post, anywhere and/or everywhere on the internet, this should be a moot issue. In addition, it is an **impossibility** for SMITH to over see, much less be able to control, who posts what on the internet, anonymously or otherwise.

From the Joint Stipulation agreement:

> 6. SMITH will remove any online commentary regarding OXEBRIDGE or PARIS <u>authored by SMITH</u> on any other website, social network, or any other manner of technology or communication now known or later to become known.

SMITH did not author anything on Reddit, is not registered in, nor has he ever participated in Reddit, anonymously or otherwise (such as the "conspiracy" theory PARIS has that SMITH has, for over 15 years conspired with others,

<u>Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016</u>

including Underwriters Laboratories (aka "UL"), against PARIS {to what end?} and has single handedly destroyed PARIS' life). For PARIS to state that he couldn't even open a gas station because of SMITH is absurd. Obviously, PARIS believes there is a "grand conspiracy" to destroy him, led by SMITH, which includes huge multi-national corporations such as UL, DNV, BSI and others. SMITH believes Chris Paris has a serious paranoia issue.

### "Google" Removals

1. As explained, SMITH has NO way to remove any Google indexed/scraped (from USENET) "information" that dates back to 2004. SMITH wants that content/"information" removed as much as PARIS does. This was discussed during the Mediation Settlement Agreement of 5 June 2015. There is no phone number to call nor is there an email address to write to. Mr. Wohsifer claims it's not a problem for him to do so. As stated in the Mediation Settlement Agreement – Section 2 c) – Mr. Wohlsifer was to provide SMITH with a letter to sign and he said he could and would have that 2004 USENET "scrape" by Google "information" removed. SMITH has not as of 18 March 2016 received the letter Mr. Wohlsifer said he would compose and send to SMITH.

2. What has SMITH done to get the "information" removed from "Google Groups"? SMITH has traversed Google to find a way, but as is evident, SMITH can NOT get that 2004 USENET "information" removed from Google, not to mention the fact that USENET is an antonymous "service" and there is NO way to get content removed from it world wide that SMITH is aware of. This is backed up by Google's information (embedded picture #3 below). And again, neither document requires SMITH to remove content of any kind that **other** people post. There really is a First Amendment (Freedom of Speech) allowance in the US Constitution.

3. More compliance evidence – See Exhibit "B" from May 2015.

Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016

4. More compliance evidence:



5. More compliance evidence:

<u>Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016</u>

6. More compliance evidence:



7. SMITH has spend hundreds of hours trying to appease PARIS/OXEBRIDGE before and since this lawsuit was first filed. SMITH wants to get this initial information out as soon as possible to meet the Judge's order of 16 March 2016 which only allows SMITH 7 days (assuming "month" days rather than "business" days which are Monday through Friday). SMITH has hundreds of documents to review which SMITH has kept as evidence so there are more examples which show SMITH has tried to appease PARIS/OXEBRIDGE" well before the Stipulation on Injunction. SMITH has, over the years, tried to appease PARIS/OXEBRIDGE to no avail.

Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016

# GOOGLE #1



# GOOGLE #2

---

Serving Civil Subpoenas on Google - Google Help                    https://support.google.com/faqs/answer/6151275

## Serving Civil Subpoenas on Google

- If you are in the U.S.
- If you are outside of the U.S.
- Where can I obtain information about my own account?

This page provides information for a user or an attorney seeking user data in a civil case in the U.S or outside of the U.S. If you are seeking user data related to a criminal case, you can read more about our policies and processes at the Transparency Report.

**U.S. Civil Requests**

When Google receives requests for user data, we review them very carefully according to applicable state and federal laws. It's Google's policy to notify users before data is disclosed as set out here.

Google accepts subpoenas issued from the Santa Clara Superior Court or the U.S. District Court for the Northern District of California. You can serve Google with a U.S. civil request for user data through the appropriate office of Google's registered service agent, Corporation Service Company (or "CSC").

The CSC office in California is located at the following address:

    Corporation Service Company
    2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

If you would like to serve Google with a U.S. civil subpoena through CSC outside of California, you may be able to find other addresses for CSC by searching for Google Inc. on the website of the Secretary of State for other states ("Other Google Notice Addresses").

We prefer that service be made through CSC because service on Google through CSC will ensure the most efficient handling of the request possible.[1]

Requests must specifically name the product/service and identify the accounts by email address or other appropriate unique identifier. Requests to identify users by real names or IP addresses may be declined.

Google is unable to accept service by email, fax, or regular mail.

**Civil Requests from Outside the U.S.**

For requests from outside the U.S., Google Inc. can be reached at:

    Google Inc.
    c/o Custodian of Records
    1600 Amphitheatre Parkway
    Mountain View, California 94043
    United States of America

*To avoid delays, please provide an email address to which we can respond.

---

# GOOGLE #3



In short - There is NO way to remove USENET content completely and forever from the internet. Period. This is a **REALITY**.

WHEREFORE, SMITH hereby requests that this Honorable Court:

A. Dismiss PARIS/OXEBRIDGE's Claim of Breach of Mediation Settlement Agreement and Joint Stipulation (the Stipulation on Injunction – Court Docket

<u>Case 8:15-cv-00011-T-17TBM – Response to "Clerk's Minutes" of Hearing on 16 March 2016</u>

Document 33 and the Mediation Settlement Agreement – Court Docket Document 49).

B. Sanction PARIS/OXEBRIDGE and PARIS/OXEBRIDGE's attorney as deemed appropriate by the Court for filing a frivolous motion which they knowingly filled with outright lies, attempting to deceive the Court, and otherwise attempting to defame and smear SMITH.

C. Sanction PARIS/OXEBRIDGE' lawyer as deemed appropriate by the Court for submitting a false document to the Court (the Stipulation on Injunction – Court Docket Document 33) and to declare that document void.

D. Reimburse SMITH for travel expenses, including travel time, to attend the 16 March 2016 hearing – Approximately US$1300 direct expenses and US$1400 travel time {Total = US$2700}).

E. Reimburse SMITH for 65 hours of time spent to respond to the motion at a reasonable rate of US$150/hour – Approximately US$9750.

F. That PARIS/OXEBRIDGE be responsible for paying any/all Court costs and any and all other costs/fees that arise from the PARIS/OXEBRIDGE motion including US$655 for the 7 day transcription fee SMITH has to pay for the hearing transcript.

G. Sanction PARIS/OXEBRIDGE from submitting any further motion with regard to any claim of Breach of Mediation Settlement Agreement and/or the Joint Stipulation.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted using USPS this 18th day of March 2016.

*Marc Smith*

Marc Timothy Smith (SMITH pro se)

By: *[signature: Marc Smith]*

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

Email: marcsmith102@cinci.rr.com

I certify that a copy of this document is being furnished on the same date to the court and to William R. Wohlsifer, Attorney for PARIS/OXEBRIDGE at:

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for PARIS/OXEBRIDGE)


Marc Timothy Smith (SMITH pro se)