Monday, February 8, 2016 at 10:13:41 AM Eastern Standard Time

**Subject:** FW: [Reddit Support] Re: There is a complaint that some people have posted comments about elsmar.com Ref: 20150710
**Date:** Saturday, July 11, 2015 at 7:20:41 AM Eastern Daylight Time
**From:** Marc Smith
**To:** Leighanne Boone, Esq.
**CC:** Bill Wohlsifer, Esq., cwross@tampabay.rr.com

This is the response from "reddit" which I am forwarding to you for your records.

As I stated yesterday,

1. I have no access to, association with or any control of, "reddit" and/or its contents. Nor do I have any association with them in any way. Please cite the specific part of the Joint Stipulation and/or the Mediation agreement you are referring to. I can not "cleanse" the internet of every website which ~~which~~ does, or has, mentioned, has now dead links to, or has old screen shots of Elsmar.com or any part of it, as it once was.

There is nothing further that I can do to induce or cause "reddit" to delete anything on their website.

In the "notice" you sent to me sent at approximately 4PM on 10 July 2015, a Friday afternoon, line item #1 you say: "... Elsmar.com has not been completely removed. The Settlement Agreement called for its complete removal. There is to be no words [sic], images, ect [sic]. at that web address." I do not see those words in either the Mediation Agreement nor in the Joint Stipulation. Please cite the specific "agreement(s), including the paragraph (and additional sub-paragraph(s), if any), as well as the specific text from the "agreement" or "agreements", which require(s) this. - www.elsmar.com has been shut down which is all that is required according to the text of the Mediation Agreement.

Secondly, in the future in any "notice" to me about what you believe to be a breach of the Settlement Agreement and/or Joint Stipulation please cite the specific "agreement(s), including the paragraph (and additional sub-paragraph(s), if any), as well as the specific, exact text from the "agreement" or "agreements".

Any request you send me in which you say I am required to remove, or try to remove, or even monitor for, commentary on third party website(s) (e.g.: reddit) which I do not have any association of any kind with or any control over. please cite the specific "agreement(s), including the paragraph (and additional sub-paragraph(s), if any), as well as the specific, exact text from the "agreement" or "agreements". There are over one billion internet websites. I can not possibly monitor them all, nor do I believe there is any such requirement in either the Mediation Agreement or the Joint Stipulation.

Also note that I believe you intentionally used a common technique to knowingly "start the timer" in an attempt to put me at a disadvantage in trying to address your "notice of" my "being in breach of both the Settlement Agreement and Joint Stipulation on Injunction" by emailing me at the end of the business day on a Friday.

As a last note, in the email you sent to Mr. Briar prior to his leaving the case since it has been closed, I see Chris Paris cites conversation from the mediation. Mr. Paris may have been using some sort of electronic

device during the Mediation Meeting. Mr. Paris may have been using that device to capture voice and/or video of the Mediation Meeting or parts there of. I am copying Mr. Ross of Ross Mediations on this email. Mr. Ross did not check for recording devices, nor did he even mention that they are not allowed in a Mediation Meeting. It is possibly be that the Mediation Agreement is null and void since Mr. Paris quite obviously may have been recording parts the Mediation meeting.

Regards,

Marc T. Smith

8466 Lesourdsville - West Chester Road
Olde West Chester, OH 45069-1929 United States

Google Voice: 513 341-6272
Direct: 513 720-0600
LinkedIn: http://www.linkedin.com/in/elsmarmarc


**From:** "Lisa (Reddit Support)" <contact@reddit.zendesk.com>
**Reply-To:** Reddit Support <contact+id37950@reddit.zendesk.com>
**Date:** Saturday, July 11, 2015 at 1:36 AM
**To:** Marc Smith <marcsmith102@cinci.rr.com>
**Subject:** [Reddit Support] Re: There is a complaint that some people have posted comments about elsmar.com Ref: 20150710

## Please type your reply above this line ##

Your request (37950) has been updated. To add additional comments, reply to this email.

> **Lisa**   **Lisa (Reddit Support)**
> Jul 10, 22:36
>
> We do not remove content for being allegedly defamatory. Please see our user agreement section on user posted content on reddit.

**Marc Smith**
Jul 10, 14:05

There is a complaint that some people have posted comments about elsmar.com and want it removed. I am not a member of "reddit" and know nothing about it. Is there a way to get content removed?

Regards,

Marc T. Smith

8466 Lesourdsville – West Chester Road

Olde West Chester, OH 45069-1929 United States

Google Voice: 513 341-6272

Direct: 513 720-0600

LinkedIn: http://www.linkedin.com/in/elsmarmarc

This email is a service from Reddit Support. Delivered by **Zendesk**

# Exhibit "A" - Reddit Removal