**EMAIL CORRESPONDENCE BETWEEN CHRISTOPHER PARIS AND REDDIT.COM**

From Christopher Paris to Reddit (via copyright@reddit.com)

July 14, 2015

The following subreddit is in violation of multiple standing court orders issued by a Federal US court.

https://www.reddit.com/r/elsmarcove/

The attached documents are as follows:

- Joint Stipulation (Docket 33) - this document directs Marc Smith to remove all content regarding Elsmar.com and my company (Oxebridge) from all internet sites.
- Order on Joint Stipulation (Docket 35) - this orders the Joint Stipulation to take effect, and is signed by a Federal judge.
- Mediation Settlement Agreement (Docket 99) - this document directs Marc Smith to shut down Elsmar.com (see 2nd page, paragraph D) and cease its operation, as well as not to open another such website in the future.
- Mediator's Report (Docket 49) - indication closure of the Mediation Settlement
- Endorsed Order Directing Administrative Closure (Docket 50) - indicating closure of the suit on the basis of the Mediated Settlement
- Joint Notice of Stipulation (Docket 51)
- Order on Joint Stipulation (Administrative filing by the court, see attached graphic "Endorsed Order Dismissing Case.JPG") - this orders the Mediation Settlement Agreement to take effect, and is signed by a Federal judge.

The files may be confirmed on PACER under case number Case No: 8:15-cv-00011-EAK-TBM in the US District Court, Middle District of Florida.

In short, Marc Smith was directed to "cease operating" the website Elsmar.com, and remove all its content. The content was not deleted, but instead moved to the subreddit, which contains the entire Elsmar site, and which continues to advertise Smith's services and promote the defamation which the lawsuit was intended to resolve.

Furthermore, we will need the IP information for the two users who posted the subreddit: "karansjet" and "QAKnowNothing".

Please advise if this must come in the form of a subpoena, which we can provide.

---------------

Response from support technician Kristine Fasnacht from Reddit (via support@reddit.com)

July 17, 2015

Hello,
Reddit has received your request to remove information on the site due to alleged copyright infringement. Please note that your requests do not substantially comply with the requirements of the Digital Millennium Copyright Act ("DMCA"). See 17 U.S.C. § 512(c)(3). The DMCA requires that senders of notifications under the law provide specific information when requesting the removal of allegedly infringing content. Those requirements are available here.
Please submit a DMCA notification that substantially complies with the law's requirements.
Thank you.
Kristine Fasnacht
Community Manager

