UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                       CASE NO.: 8:15-CV-11-T-17TBM

v.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## EMERGENCY MOTION TO SEAL HEARING TRANSCRIPT

COMES NOW the plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS cumulatively ("plaintiffs") by and through their undersigned attorney, due to the short deadline before the release of the transcript, hereby files this Emergency Motion for Entry of an Order Sealing Transcript of March 16, 2016 Hearing and states as follows:

1. On March 16, 2016, there was a Hearing to Show Cause on Defendant's Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction (the "Hearing").

2. On March 21, 2016, Plaintiffs' counsel received notification that defendant, MARC TIMOTHY SMITH ("SMITH") ordered a Hearing transcript to be **delivered in seven days**.

3. Due to SMITH's continued online postings about Plaintiffs, in violation of the Joint Stipulation on Injunction [**Dkt. 33**] plaintiffs request this Honorable Court to enter an order

sealing the hearing transcript, thus preventing SMITH from electronically disseminating the information therein.

**WHEREFORE**, plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS, hereby request an Order of this Court, sealing the transcript from the March 16, 2016 Hearing, and to grant such other relief this Honorable Court deems equitable and just under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069, this 24th day of March 2016.

## CERTIFICATE OF GOOD FAITH

The undersigned certifies that a good faith effort has been made to confer with counsel for defendants to resolve this matter and that the attempt has been unsuccessful.

Respectfully submitted by:

**WOHLSIFER & BOONE, PLLC**
By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire
Fla. Bar No: 107308
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
E-Mail: lboone@wohsifer.com
william@wohlsifer.com;