UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                                               CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

    Notice is hereby given that Plaintiff intends to request redaction of the official transcript of the hearing held on March 16, 2016 in the above referenced case.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification and upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069, this 28th day of March 2016.

                                                                Respectfully submitted by:

                                                                **WOHLSIFER & BOONE, PLLC**
                                                                By: /s/ William R. Wohlsifer
                                                                William R. Wohlsifer, Esquire
                                                                Fla. Bar No: 86827
`                                                            1100 E Park Ave Ste B
                                                                Tallahassee, Florida 32301
                                                                Tel: (850) 219-8888
                                                                Fax: (866) 829-8174
                                                               E-Mail: william@wohlsifer.com;
                                                                          lboone@wohsifer.com