Case 8:15-cv-00011-T-17TBM – Response to PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT – Court Docket Document 90

IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case number: 8:15-cv-00011-T-17TBM

**Response to PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT – Court Docket Document 90**

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

PARIS,

Vs.

MARC TIMOTHY SMITH, individually,
and d/b/a/ CAYMAN BUSINESS SYSTEMS

SMITH.

Presiding Judge: Elizabeth A. Kovachevich
Referring Judge: Thomas B. McCoun III
Court: Florida Middle District Court

Case number: 8:15-cv-00011-T-17TBM

COMES NOW the Defendant, Marc Timothy Smith, hereinafter referred to as SMITH, to object to defendant's (herein after referred to as "PARIS-OXEBRIDGE") filed

<u>Case 8:15-cv-00011-T-17TBM</u> – Response to PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT – Court Docket Document 90

"PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT – Court Docket Document 90 of 28 March 2016.

### Reasons for Objection to any Redaction(s) in the public Hearing Transcript

1. Opportunity 1 - During the tele-conference hearing on 1/12/2016 at 10:30 a.m. before Magistrate Judge Thomas B. McCoun III, PARIS-OXEBRIDGE's attorney (Mr. Wohlsifer) agreed that there was no reason for the documents to be sealed and did not object to Magistrate Judge Thomas B. McCoun III unsealing them. PARIS-OXEBRIDGE's attorney Mr. Wohlsifer was well aware that the Mediation Settlement Agreement, or parts thereof, and sealed court documents then under seal, would be unsealed and thus would become public within the Hearing transcript in 90 days on PACER, and that discussion of part or all of the sealed documents would occur in the public Hearing of 16 March 2016. Mr. Wohlsifer clearly stated that he had no objection.
2. Opportunity 2 - Again at the public Hearing on 16 March 2016, Judge Thomas B. McCoun III started the Hearing by asking for any objection to releasing the then sealed court documents which included Court Docket Documents 59, 60, 61 and 62. Ms. Boone (PARIS-OXEBRIDGE's attorney at the Hearing) stated that she had no objection.
3. SMITH believes that PARIS-OXEBRIDGE's attorneys had ample opportunity to limit evidence and testimony presented at the hearing not only well prior to the Hearing (over 2 months), but at the Hearing as well.
4. The Hearing was a public Hearing, a member of the public was there and observed the trial so its content is already public. Redaction(s) in the transcript will not serve the cause of Justice in any way, and will only serve to "hide" information from the public thus misrepresenting what was asked, what was said, by whom, and evidence presented at the Hearing.
5. SMITH believes the only reason for all the sealed documents, the attempt to censure by way of redaction of any of the Hearing transcript content, and other

Case 8:15-cv-00011-EAK-TBM   Document 94   Filed 03/30/16   Page 3 of 4 PageID 962

Case 8:15-cv-00011-T-17TBM - Response to PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT - Court Docket Document 90

documents by PARIS-OXEBRIDGE is solely to avoid embarrassment, and also to prevent revealing some of Mr. Paris' lies and misrepresentations within many Court documents as well as perjury during the Hearing.

WHEREFORE, SMITH hereby requests that this Honorable Court:

A. Reject any Request from PARIS-OXEBRIDGE for any Redaction from the Hearing Transcript.
B. SMITH also asks the court to unseal Court Docket Document 76 which is currently sealed.

I declare under penalty of perjury that the forgoing is true and correct.

Dated and respectfully submitted to the Court using UPS this 29th day of March 2016.

Marc Timothy Smith (SMITH Pro Se)

By: *[signature]*

8466 Lesourdsville-West Chester Road
West Chester, Ohio 45069-1929
Tel: 513 720-0600
Email: marcsmith102@cinci.rr.com

I certify that a copy of this document is being furnished on the same date to the Court and to William R. Wohlsifer, Attorney for PARIS-OXEBRIDGE at:

William R. Wohlsifer
1100 E. Park Ave Ste B
Tallahassee, Florida 32301

<u>Case 8:15-cv-00011-T-17TBM</u> – Response to PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT – Court Docket Document 90

*[signature]*
Marc Timothy Smith (SMITH Pro Se)