UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                               CASE NO: 8:15-CV-11-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

**PLAINTIFF'S STIPULATION FOR SUBSTITUTION OF COUNSEL**

Leighanne Boone, Esquire and William R. Wohlsifer, Esquire, of William R. Wohlsifer, P.A., hereby stipulate and agree as follows:

1. That Leighanne Boone, Esquire, shall be permitted to withdraw as counsel for the Plaintiff, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS (hereinafter referred to as "plaintiffs"), and that William R. Wohlsifer, Esquire, of William R. Wohlsifer, P.A., shall remain in her place as attorney for plaintiffs.

2. That all future pleadings to be served on plaintiffs shall be furnished only to William R. Wohlsifer, Esquire of William R. Wohlsifer, P.A.

Respectfully submitted this 21 day of April, 2016

| | |
|---|---|
| By: /s/ Leighanne Boone____ | By: /s/ William Wohlsifer_____ |
| Leighanne C. Boone, Esquire | William R. Wohlsifer, Esquire |
| Florida Bar No.: 107308 | Florida Bar No.:  86827 |
| 1100 E Park Ave Ste B | 1100 E Park Ave Ste B |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32301 |
| Tel:  (850) 219-8888 | Tel:  (850) 219-8888 |
| Fax: (866) 829-8174 | Fax: (866) 829-8174 |
| E-Mail:  lboone@wohlsifer.com | E-Mail:  william@wohlsifer.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system as of April 21, 2016, and further certify that a copy has been furnished via U.S. First Class Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069.