UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                CASE NO: 8:15-CV-11-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## MOTION FOR LEAVE TO WITHDRAW OF CO-COUNSEL

Pursuant to Local Rule 2.03, Leighanne Boone, Esquire hereby moves for leave to withdraw as co-counsel for Plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, and CHRISTOPHER PARIS. Plaintiffs will continue to be represented by William Wohlsifer, Esquire. Plaintiff consents to the withdrawal of co-counsel. (Copy of consent to withdrawal of co-counsel attached hereto.)

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order granting this Motion for Leave to Withdraw as Counsel authorizing Leighanne Boone's withdrawal as co-counsel for the Plaintiffs, and that co-counsel William R. Wohlsifer, Esquire, of William R. Wohlsifer, P.A., shall remain in her place as attorney for Plaintiffs.

Respectfully submitted this 22 day of April, 2016

| By: /s/ Leighanne Boone_____ | By: /s/ William Wohlsifer_____ |
|---|---|
| Leighanne C. Boone, Esquire | William R. Wohlsifer, Esquire |
| Florida Bar No.: 107308 | Florida Bar No.:  86827 |
| 1100 E Park Ave Ste B | 1100 E Park Ave Ste B |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32301 |
| Tel:  (850) 219-8888 | Tel:  (850) 219-8888 |
| Fax: (866) 829-8174 | Fax: (866) 829-8174 |
| E-Mail:  lboone@wohlsifer.com | E-Mail:  william@wohlsifer.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system as of April 22, 2016, and further certify that a copy has been furnished via U.S. First Class Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                CASE NO: 8:15-CV-11-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.

## CONSENT TO WITHDRAWAL OF CO-COUNSEL

    I, Christopher Paris, hereby consent to Leighanne Boone's withdrawal as my co-counsel and for William Wohlsifer of William R. Wohlsifer, PA to remain as my counsel in the above-styled matter.

    DATED this 22 day of April, 2016.

                                                    Christopher Paris