UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                              CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' INTENT TO REQUEST REDACTION OF TRANSCRIPT**

    Plaintiffs hereby withdraw their Notice of Intent to Request Redaction of Transcript and therefore do not intend to request redaction of the official transcript of the hearing held on March 16, 2016, in the above referenced case.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification and upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069, this 11th day of May 2016.

                                                          Respectfully submitted by:

                                                          **WILLIAM R. WOHLSIFER, PA**

                                                          By:  /s/ William R. Wohlsifer
                                                          William R. Wohlsifer, Esquire
                                                          Fla. Bar No: 86827

1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
Fax: (866) 829-8174
E-Mail:  william@wohlsifer.com