**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OXEBRIDGE QUALITY**
**RESOURCES INTERNATIONAL,**
**LLC, and CHRISTOPHER PARIS,**

    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　　　　Case No. 8:15-cv-11-T-17TBM

**MARC TIMOTHY SMITH d/b/a**
**CAYMAN BUSINESS SYSTEMS,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the Court *sua sponte*. On March 16, 2016, the Court directed that **Plaintiffs' Verified Second Notice of Defendant's Breach of the Mediation Settlement Agreement and Joint Stipulation on Junction, Motion to Compel Compliance with Injunction, Motion for Money Damages, and Motion for Attorney's Fees** (Doc. 59), Defendant's response thereto (Doc. 76), and the Mediation Settlement Agreement (Doc. 61-1) be unsealed. In accordance with that directive, the Court hereby unseals those documents, as well as Defendant's first responses (Docs. 61, 62) to Plaintiffs' motion (Doc. 59). The Clerk is directed to upload the unsealed documents (Docs. 59-62, 76) onto the public record.

**Done and Ordered** in Tampa, Florida, this 29th day of July 2016.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
*Pro* se Defendant