# Exhibit "A"

| Username: | Password: | | 📋 **Topics** | 📖 **Help** | 👤 **Profile** | 📝 **Register** |
|---|---|---|---|---|---|---|
| | | Log In | Last **1** \| **3** \| **7** Days | | 🔍 **Search** | 🌳 **Tree View** |

Quality1Stop.com Forum ▸ ISO 9000 Forum ▸ What a gigantic waste!     < **Previous** **Next** >

| | Thread | Last Poster | Posts | Pages | Last Post |
|---|---|---|---|---|---|
| 😊 📧 | 7.6 for attribute measuring | Mauricio Montaño | 1 | 1 | 4-21-04 8:56 pm |
| 😐 📧 | Help with wording | John R. Broomfield | 2 | 1 | 4-16-04 5:16 pm |
| 😐 📧 | Help with wording | Katarina Rai | 1 | 1 | 4-16-04 1:53 pm |

Start New Thread

| Author | Message |
|---|---|
| **damian grieves**<br>New member<br>Username: damian<br><br>Post Number: 1<br>Registered: 4-2004<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Wednesday, April 14, 2004 - 8:51 pm:<br><br>If ever proof were needed as to how non-value adding ISO 9000 is, one need look no further than this forum. To see such a huge expenditure of time and energy spent over the interpretation and application of clauses and requirements, certification issues, approaches and the like - all of which adds little if any value to the customer - shows why acceptance of this standard is now floundering. |
| **John R. Broomfield**<br>Senior Member<br>Username: jbroomfield<br><br>Post Number: 159<br>Registered: 2-2001<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Wednesday, April 14, 2004 - 9:21 pm:<br><br>Agreed, all that really counts is the core process that converts the needs of customers into cash in the bank.<br><br>The organization, its system, the system standards (and auditors!) should all be helping the core process to add value faster (for customers) and prevent losses sooner (for investors). |
| **Jim Wade**<br>Senior Member<br>Username: jim_wade<br><br>Post Number: 94<br>Registered: 3-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Thursday, April 15, 2004 - 1:49 am:<br><br>Hey, Damian<br><br>If you think the discussions here are low-level, take a look at the certificate-worshipping and bad practice encouragement that takes place daily in the forums at Elsmar Cove!<br><br>rgds Jim    **Jim Wade starts the defamation** |
| **damian grieves**<br>New member<br>Username: damian<br><br>Post Number: 2<br>Registered: 4-2004 | Posted on Thursday, April 15, 2004 - 2:07 pm:<br><br>Hi, Jim. Yes, the Elsmar Cove people truly worship at the ISO 9000 altar. Any questioning of the ISO 9000 dogma is viewed as heresy and met with downright hostility. A pox on their certificates!<br><br>**damian grieves starts the "pile on"** |

| | |
|---|---|
| Rating: N/A<br>Votes: 0 (Vote!) | |
| 🏠📧<br><br>**Christopher Paris**<br>Senior Member<br>Username: oxebridge<br><br>Post Number: 32<br>Registered: 4-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Thursday, April 15, 2004 - 2:12 pm:<br><br>There's worshipping going on over there, but I'm not sure it's to the standard.<br><br>At least trolling is allowed over here, eh Damian?<br><br># Christopher Paris joins in. |
| 🏠📧<br><br>**damian grieves**<br>Junior Member<br>Username: damian<br><br>Post Number: 3<br>Registered: 4-2004<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Thursday, April 15, 2004 - 2:31 pm:<br><br>Hi, Christopher. i understand that you are heading up a petition to save ISO, or something to that effect. Presumably then you do see value in it. My lead post was a little strong, but I do confess to seeing little value in the ISO 9001 approach (ISO 9004 is a slightly different matter). My evidence is mainly based on an analysis of the standard, plus anecdotal gleaned from visiting the shop floors of probably several hundreds of mid to large suppliers worldwide. Specifically:<br><br>1. You cannot pass/fail audit a management system.<br>2. Implementing a "rulebook" (ISO 9001:2000) does not guarantee that (a) the rules are good or even the right ones, (b) that they will be followed, or (c) that they will achieve the desired results or outcomes.<br>3. Ensuring conformity to requirements has little to do with creating and delivering value for customers. The penalty at which conformance to requirements is achieved through ISO 9000 is horrendous in terms of the added bureaucracy, misguided targets, audit burden, and satisfying a certification body.<br>4. The waste of poor quality is only one of many forms of non-value adding waste present in a production system. ISO 9001:2000 lulls an organization into a false sense of perfromance security by placing an exclusive focus on the waste of poor quality when there are other wastes which are at least as damaging, if not more so.<br>5. The "process approach" is fundamentally flawed as it encourages local optimization. Improving individual processes does not necessarily improve a system. What is needed is a systems approach to improvement.<br><br>Finally after having visited the shop floors of hundreds of certified suppliers, there are very few I would want to do business with. The waste present within these companies is staggering, yet they are certified. On the basis of what I have seen, I would agree wholeheartedly with Dr. Juran's assertion that ISO 9000 certification is "institutionalized mediocrity." |
| 🏠📧<br><br>**John R. Broomfield**<br>Senior Member<br>Username: jbroomfield<br><br>Post Number: 161<br>Registered: 2-2001<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Thursday, April 15, 2004 - 7:55 pm:<br><br>One should never implement ISO 9001. Perhaps this is one of the many reaons why the standard continues to be blamed for certifications that are claimed to add little or no value for customers.<br><br>Customers specifiy conformity at first so they can then expect lower costs (preventing nonconformity lowers costs) before obtaining even better value from continual improvements throughout their supply chains.<br><br>It is much more important for an organization to study and understand the management system that is used to run the business. It may then be used and improved to hasten the rate at which the core process adds value.<br><br>I cannot imagine why anyone would want to implement ISO 9001! Is this just an |

| | |
|---|---|
| | unfortunate term or do people really use ISO 9001 and ISO 9004 as a substitute for thinking?<br><br>Why do so many people seem to have a problem with the concept of conformity?<br><br>BTW since ISO put the French in charge of terminology "conformance" is not longer preferred. |
| **damian grieves**<br>Junior Member<br>Username: damian<br><br>Post Number: 5<br>Registered: 4-2004<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Friday, April 16, 2004 - 8:43 am:<br><br>I don't think much of the ISO crowd has any idea. To think that a "standard" for quality can produce quality is an absolutely ludicrous idea. Of course people use ISO 9001/4 as a substitute for thinking. The fact that so many acquiesced to compliance directives without understanding the benefits or value received is proof of that. The fact is that in most ISO 9000 certified companies, ISO 9000 does little to impact the day to day improvement of the value chain. It is an encumberance which adds little if any value. Unfortunately, it has spawned a whole industry of certifiers, consultants and practitioners who have a vested interest in maintaining the myth that it adds value. And when you question its value, these people leap to its defemce by asking for "evidence". The evidence is all too plain for anyone with eyes to see - in sectors (i.e., automotive) where ISO 9000 has been applied, the same quality problems remain in the supply chain. If you don't think you can't learn and ISO 9000, because it is not based on knowledge, stifles learning, creativity and true improvement. Juran saw through it and Deming would have had no truck with it. |
| **John R. Broomfield**<br>Senior Member<br>Username: jbroomfield<br><br>Post Number: 162<br>Registered: 2-2001<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Friday, April 16, 2004 - 5:04 pm:<br><br>ISO 9001 is not a "standard for quality" so why say that it is?<br><br>Please explain exactly which clauses of ISO 9001:2000 add no value in your opinion or experience.<br><br>Organizational learning depends on its management system so I look forward to your next post. |
| **Randall Daily**<br>Senior Member<br>Username: rdaily<br><br>Post Number: 54<br>Registered: 8-2001<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Friday, April 16, 2004 - 11:14 pm:<br><br>At least in the Cove one can disagree and even make a mistake without being threatened (directly or just implied) with legal action.<br><br>I don't think there is worship going on per se, there just appears to be fairly good debate about the plus and minus of the entire scope of the ISO management system thing |

**Note that Paris had already been threatening people as far back as 2004**

| | |
|---|---|
| **Christopher Paris**<br>Senior Member<br>Username: oxebridge<br><br>Post Number: 36<br>Registered: 4-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Saturday, April 17, 2004 - 1:17 pm:<br><br>Sigh..... |
| | Posted on Sunday, April 18, 2004 - 7:14 pm: |

| | |
|---|---|
| **Jim Wade**<br>Senior Member<br>Username: jim_wade<br><br>Post Number: 97<br>Registered: 3-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | damian<br><br>I noted the predictable reaction to your views at the Cove, including the comment *"ISO 9001 is just some good business system basics which most companies address in one way or another whether registered or not"*.<br><br>Yeah, right.<br><br>As if "most companies" oranize themselves by process - as opposed to department! As if the top management of "most companies" really does discharge its responsibilities as called for by 9001:2000, with due respect for the underlying principles!<br><br>The remark was made by Marc Smith, who runs the Cove and is, if you like, the head from which that particular fish rots. He also peddles the extraordinary view that the distinction between a process and a procedure is just "verbiage".<br><br>Of course, the stuff that's churned out at the Cove just reflects the general attitude of the ISO 9001 bandwagon: that a pass/fail certificate is not only easy to achieve but is also meaningful.<br><br>The sad thing is that the site's undoubted popularity helps broadcast and reinforce the poisonous poor practice surrounding that bandwagon.<br><br>rgds Jim |
| **Christopher Paris**<br>Senior Member<br>Username: oxebridge<br><br>Post Number: 38<br>Registered: 4-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Sunday, April 18, 2004 - 8:49 pm:<br><br>The "process = procedure" myth is rampant in places other than Smith's corner of the internet, I'm afraid. Another frequent misunderstanding is that "process = department" which you hinted at, Jim.<br><br>I spend a good portion of my implementation time educating users on what exactly a process is. I like linking it to the (also easy) concept of internal customers. When they see how simple — yet powerful — the concept is, you can almost see a light go off in their heads.<br><br>ISO 9000 will always have lots of bad information floating out there, much of it promulgated by supposed "experts." All the "good guys" can do is educate the end user otherwise.<br><br>By the way, I'm seeing less and less of the "certificate as an end in and of itself" mentality from companies approaching Oxebridge. I think that to some degree the notion that ISO 9001 is linked to continual improvement is percolating through the general mindset of many managers.<br><br>But I'm also seeing a lot less traditional ISO 9001-minded companies looking for it (machine shops, manufacturing, etc.) and a lot more project management, systems integration, and knowledge management firms jumping on instead; and their intent is improvement.<br><br>Jim, I think if we hold in there for another five years, we may see some extraordinary changes in the usage of ISO 9001, even if the standard itself does not change— which I hope it will, of course. |
| | Posted on Sunday, April 18, 2004 - 9:07 pm:<br><br>Well Chris, we all have out opinions. |

| | |
|---|---|
| **Marc Smith**<br>New member<br>Username: marc_smith<br><br>Post Number: 1<br>Registered: 4-2004<br><br>Rating: N/A<br>Votes: 0 (Vote!) | **First SMITH response to the "Jim Wade" multiple personality saga.**<br>As to Jim:<br><br>On 9/9/03 7:12 AM, Jim Wade at jim.wade@bin.co.uk wrote:<br><br>Marc<br><br>Can I come back if I promise to be good?<br><br>rgds Jim<br><br>It's less of a matter of being 'good'. It is the problem that you purposefully created multiple accounts and played people against each other. You were often rude and many people were quite offended.<br><br>After you were deleted, it also happened that a number of hacking attempts occurred which is when the FBI here got involved with British Telecom. Several accounts – such as the htanaka account – were identified as you by the FBI here.<br><br>After a day of discussions, we have decided to let you register and participate again. Of all people, energy was the one who made the difference. Whilst he did not defend you 'glowingly', he did make the difference.<br><br>However, you must do a few things.<br><br>1. You must register under the name Jim Wade.<br><br>2. After you re-register I expect you to start a new thread titled "I apologise" in the Coffee Break forum, tell us all of your identities from the past. And I want an apology, therein, with a brief description of what you did, and why, for the problems you caused me and others.<br><br>3. You will not use the 'Better than thou' tone which your are famous for. Many comments which came up during the discussion were as follows:<br>"I can't stand the guy. He is an arrogant, childish snob. I always found he took every opportunity (well, not every...but a lot) to be argumentative, especially when calling his card."<br>"I believe he was somewhat arrogant (the pot calling the kettle black here)"<br>"I don't think I have to remind anyone about the major uproar we had here, and how much calmer the Forums have been lately. I simply do not want to see a repeat performance."<br>"Well, someone has to bring it up. They say the definition of insanity is doing the same thing over and over and expecting different results. The question I would ask is what's different. Why would Jim behave differently?"<br><br>4. If you get into tag team mode with Martin Greenaway, you'll be gone again for good.<br><br>Marc T. Smith |
| **Christopher Paris**<br>Senior Member<br>Username: oxebridge<br><br>Post Number: 39<br>Registered: 4-2003 | Posted on Monday, April 19, 2004 - 5:48 am:<br><br>Aren't we just a bit off-topic here?<br><br>This crap belongs in emails, not on boards. |

| | |
|---|---|
| Rating: N/A<br>Votes: 0 (Vote!) | **SMITH responds to Paris** |
| **Marc Smith**<br>New member<br>Username: marc_smith<br>Post Number: 2<br>Registered: 4-2004<br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 7:04 am:<br><br>If you're going to bash my site, and me personally, I figured I would respond. I just copied Jim's plea to me to be allowed back into the Cove forums after his deceit. Obviously he would not apologise, we haven't heard from him since and are quite happy now, thanks.<br><br>As for you, Chris, I believe your seminal thread is:<br>http://Elsmar.com/Forums/showthread.php?t=1815<br><br>People who live in glass houses shouldn't throw stones or something like that. |
| **Randall Daily**<br>Senior Member<br>Username: rdaily<br>Post Number: 58<br>Registered: 8-2001<br>Rating: ★★★★★<br>Votes: 1 (Vote!) | Posted on Monday, April 19, 2004 - 7:13 am:<br><br>Oh Chris...shame, shame. |
| **Marc Smith**<br>Junior Member<br>Username: marc_smith<br>Post Number: 3<br>Registered: 4-2004<br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 8:34 am:<br><br>If my IP check is correct, Jim IS 'damien'. What does that tell us? |
| **Jim Wade**<br>Senior Member<br>Username: jim_wade<br>Post Number: 98<br>Registered: 3-2003<br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 10:45 am:<br><br>**Chris**<br><br>I agree that things are changing, driven by the customers. And by those Q professionals who **listen to the customers** (as opposed to talking amongst themselves about clause interpretation and certificates).<br><br>**Marc** wrote: *"if my IP check is correct, Jim IS 'damien'*<br><br>I should check that again, Marc, and very very carefully. Maybe your FBI friends will help - although they may not take kindly to you wasting their time. They can contact me as below if they need further information.<br><br>He also wrote: *"What does that tell us?"*<br><br>I'm afraid that what it tells us, my friend, is that you are 1) mistaken, or 2) a fantasist or 3) a liar.<br><br>I hope it's the former and that you will apologise when you have checked your facts. Otherwise we'll have to assume that one of the other two options apply.<br><br>Since you've taken the trouble to turn up here, why not engage positively in the |

Quality1Stop 6/23/16, 3:51 AM

| | |
|---|---|
| | discussion and defend your views? It's never too late for any of us to learn. |
| | rgds Jim |
| | Contact details for FBI ;) <br> jim.wade@bin.co.uk <br> T +44 118 987 5120 <br> M +44 77 88 6666 08 <br> F +44 118 987 2683 |
| **Christopher Paris** <br> Senior Member <br> Username: oxebridge <br><br> Post Number: 40 <br> Registered: 4-2003 <br><br> Rating: N/A <br> Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 11:37 am: <br><br> There's a lot to discuss re: clause interpretation, however. (I also personally enjoy the discussions, so I have a dog in that fight.) <br><br> Of course if we understood ISO 9001 as a set of "good management practices" instead of a "standard," then a lot of those interpretation conversations would go away. <br><br> But given that it IS a standard, these discussions are necessary... and, for interpretation nuts like me, stimulating. <br><br> I'm still for certification, although my model (which I intend on formalizing at some point) uses a graded approach to allow for system maturity. |
| **Jim Wade** <br> Senior Member <br> Username: jim_wade <br><br> Post Number: 99 <br> Registered: 3-2003 <br><br> Rating: N/A <br> Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 12:19 pm: <br><br> My view on the inescapable fact that ISO 9001 'requirements' are wide open to interpretation is that this is a good thing. <br><br> It means that thinking end-users seeking a certificate can be endlessly creative in how they meet the 'requirements' - keeping the good of the business and its stakeholders well to the fore, of course. <br><br> To support this creativity, user organizations should IMO always _tell_ registrars the interpretations, not _ask_ them. <br><br> rgds Jim |
| **Christopher Paris** <br> Senior Member <br> Username: oxebridge <br><br> Post Number: 41 <br> Registered: 4-2003 <br><br> Rating: N/A <br> Votes: 0 (Vote!) | Posted on Monday, April 19, 2004 - 1:15 pm: <br><br> "To support this creativity, user organizations should IMO always tell registrars the interpretations, not ask them. " <br><br> Hear, hear. <br><br> Only when gross misinterpretation, lack of implementation or neglect should the registrar pipe in. |
| **Jim Wade** <br> Senior Member <br> Username: jim_wade <br><br> Post Number: 100 <br> Registered: 3-2003 <br><br> Rating: N/A | Posted on Monday, April 19, 2004 - 5:40 pm: <br><br> Chris <br><br> You wrote _"my model ... uses a graded approach to allow for system maturity"_ <br><br> Then you are in tune with the times! <br><br> I have it on impeccable authority that BSI (who already offer an ISO 9004 |

| | |
|---|---|
| Votes: 0 (Vote!) | certificate) will soon announce - initially in the UK - a new 'benchmarking' service.<br><br>This will offer 9001-registered organizations a graded appraisal (bronze thru platinum) of management performance against the eight principles.<br><br>More soon.<br><br>rgds Jim |
| **Christopher Paris**<br>Senior Member<br>Username: oxebridge<br><br>Post Number: 59<br>Registered: 4-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Monday, May 03, 2004 - 9:02 am:<br><br>Interesting.... Jim's conversations here on the board have been well thought-out and lucid, without any bad behaviour. Even when I was challenging him (when I mistook his position against binary certification as an anti-ISO 9001 position entirely), he and I figured out the issue without resorting to any fights.<br><br>Either Jim has a different personality on the Cove, or the Cove isn't as open to differing opinions as it would like to suggest, and beats up folks who don't tow the line.<br><br>Seeing as how someone just got ejected from the Cove for simply having different politics than the board owner, I would tend to lean towards the latter.<br><br>Anyone wondering why private communication hasn't worked with Marc Smith need only read this:<br><br>http://www.xasa.com/grupos/en/misc/thread/misc.industry.quality |
| **Jim Wade**<br>Senior Member<br>Username: jim_wade<br><br>Post Number: 120<br>Registered: 3-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Monday, May 03, 2004 - 7:14 pm:<br><br>Before he steams in again with another raking-over of the coals, I should say in Marc's defence that my banishment from the Cove (arguably justifiable as it was) had - as far as I can make out - nothing to do with my views on 'quality', on ISO 9000 or on the inappropriate advice peddled at that site.<br><br>However, I too have experienced Marc's unwillingness or inability to communicate one-on-one. When I tried to resolve our particular *contretemps* he hung up on me, left emails unanswered and ignored my suggestion that he call me collect.<br><br>rgds<br><br>Jim |
| **Martin Greenaway**<br>Intermediate Member<br>Username: m_greenaway<br><br>Post Number: 14<br>Registered: 6-2003<br><br>Rating: N/A<br>Votes: 0 (Vote!) | Posted on Thursday, May 13, 2004 - 3:03 pm:<br><br>Well, as one of the top posters at the Cove from a little while back, and Jim Wade's so called tag team partner, I feel ashamed of ever getting involved with the Cove.<br><br>Can you forgive me please :-) |

Add Your Message Here

Post:

Quality1Stop.com Forum: What a gigantic waste!
Case 8:15-cv-00011-EAK-TBM   Document 102-1   Filed 08/05/16   Page 9 of 9 PageID 1030
8/3/16, 3:51 AM

| Username: | | **Posting Information:** |
|---|---|---|
| Password: | | This is a private posting area. Only registered users and moderators may post messages here. |
| Options: | ☑ Enable HTML code in message <br> ☑ Automatically activate URLs in message | |
| Action: | [ Preview/Post Message ]  [ Upload Attachment... ] | |

**Topics** | **Last Day** | **Last Week** | **Tree View** | **Search** | **Help/Instructions** | **Program Credits**          **Administration**