Evidence Exhibit "B"

# Paris/Oxebridge vs. Smith

## History of Conflict



Evidence Exhibit "B"

# 2001

- The discussion which started the "dispute".

| Start Date | End Date | Total Posts | Discussion Thread Title | Paris related Post Number(s) | Comments |
|---|---|---|---|---|---|
| 7/1/2001 | 9/3/2001 | 33 | Oxbridge NG SPAM - Chris Paris - The 40 Day 'Wonder' Implementation - A Scam or not? | All | Initial Confrontation. |
| 9/16/2001 | 10/18/2001 | 12 | Copyright Material vs. File Sharing - Title 17 U.S.C. Section 107 | One - Post 11 | Paris mentioned - Do not link to, or copy from, Paris' website. Filed suit. |

# Evidence Exhibit "B"

# 2004

| Date | # | Subject | Posts | Notes |
|---|---|---|---|---|
| 10/21/2004 | | | | Chris Paris files complaint with the Ohio Attorney General over "Visitor Articles" calling it a "Lottery". Edited out and states Marc Smith is "...promoting terrorism..." Deleted. |
| 6/1/2004 | 13 | May 2004 Articles Poll (Vote) Thread | One - Post 10 | |
| 6/4/2004 | 7 | Spreading FUD? IAAR Considers Imposing RAB Requirements on Internal Auditors | Two Posts - 1, 5 | |
| 6/8/2004 | 37 | Chris Paris of Oxebridge - Waging a Personal War | All | |
| 6/10/2004 | 1 | Special Concession to Chris Paris of Oxebridge | Single Post | Invitation to Paris to post. |
| 7/15/2004 | 148 | ASQ Forum Software and General Discussion about the American Society for Quality | One - Post 146 | Post soft delete. |
| 12/31/2004 | | | | Chris Paris mentioned - Edited out. |

# Evidence Exhibit "B"

# The 2004 Complaint

See Evidence Exhibit "M"

**Complaint No. 256873**
The Status of your complaint is: New.
Consumer:
email: cparis@oxebridge.com

Christopher Paris
1025 West Lake Hamilton Drive
Winter Haven, FL 33881
863-651-3750  Supplier:
Elsmar Business Systems <http://www.elsmar.com>
8466 LeSourdsville-West Chester Rd.
West Cester, OH 45069-1929
513-777-3394
☐ Sweepstakes/Prizes
Solicited via: Store Visit
Purchase Information:

**Product or Service:** n/a
**Purchase Date:** 6/1/04
**Total Price:** $0
**Disputed Amount:** $0
**Amount Paid so Far:** $0
**Description:**
The proprietor of the website www.Elsmar.com is running an illegal prize contest, the details of which can be seen here: http://www.elsmar.com/Forums/showthread.php?t=8476 In short, he will run a contest each month whereby guests to his site can submit articles; he then puts the articles up for "voting" and the winner gets $150. The violations are that: (a) the proprietor, Marc Smith, has "banned" many individuals from participation in his site, including the contest; (b) the site does not address the age of contest entrants; (c) the site owner has indicated he will send the prize money to countries currently on the US list of international sponsors of terrorism; (d) the current technology of the site allows administrators to alter poll results, by their own admission; (e) the rules of the contest are not spelled out properly; (f) the site regularly engages in slander, libel, religious slurs, and other forms of internet harassment; (g) the contest may be illegal in many states or countries outside of Ohio, but the site allows any person, from any country or state, to apply... so long as they have not been banned by the site owner. I am sure there are other aspects of local Ohio law the company is in violation of.
**Satisfactory Solution:**
The AG's office must notify Elsmar that its contest is illegal, and the contest must be shut down.
Complaint No. 256873

Evidence Exhibit "B"

# The 2004 Complaint (Annotated)

**Complaint No. 256373**
The Status of your complaint is: New.
Consumer:
email: [email]cparis@oxebridge.com[/email]

Christopher Paris
1025 West Lake Hamilton Drive
Winter Haven, FL 33881
863-651-3750   Supplier:
Elsmar Business Systems <http://www.elsmar.com>
8466 LeSourdsville-West Chester Rd.
West Cester, OH 45069-1829
513-777-3394

Sweepstakes/Prizes
Solicited via: Store Visit — **Elsmar.com is not a "store"**
Purchase Information:
Product or Service:n/a
Purchase Date: 6/1/04
Total Price: $0
Disputed Amount: $0
Amount Paid so Far: $0
Description:

The proprietor of the website [url]www.elsmar.com[/url] is running an illegal prize contest, the details of which can be seen here: [url]http://www.elsmar.com/Forums/showthread.php?t=8476[/url] In short, he will run a contest each month whereby guests to his site can submit articles; he then puts the articles up for "voting" and the winner gets $150. The violations are that: (a) the proprietor, Marc Smith, has "banned" many individuals from participation in his site, including the contest; (b) the site does not address the age of contest entrants; (c) the site owner has indicated he will send the prize money to countries currently on the US list of international sponsors of terrorism; (d) the current technology of the site allows administrators to alter poll results, by their own admission; (e) the rules of the contest are not spelled out properly; (f) the site regularly engages in slander, libel, religious slurs, and other forms of internet harassment; (g) the contest may be illegal in many states or countries outside of Ohio, but the site allows any person, from any country or state, to apply... so long as they have not been banned by the site owner. I am sure there are other aspects of local Ohio law the company is in violation of.

**Paris brings in "Terrorism"**

Satisfactory Solution:
The AG's office must notify Elsmar that its contest is illegal, and the contest must be shut down.

See Evidence Exhibit "M"

Libel/Defamation Lawsuit - 2016

8/3/16

6

Evidence Exhibit "B"

# 2014

Partial Listing – A sample of Christopher Paris' "Tweets"

**Oxebridge** @Oxebridge · May 3 **2014**
Did Marc Smith at @ElsmarCove just try to extort me for half a million dollars? More to come.

↻ 1

**Oxebridge** @Oxebridge · Oct 21 **2014**   ???? What is this about?
@ElsmarCove accidentally outs his pal Wes Bucey as a former convicted drug trafficker and money launderer. articles.chicagotribune.com/1988-04-30/new....

**Oxebridge** @Oxebridge · Oct 20 **2014**
@ElsmarCove just upped the amount to extort Oxebridge to $2 Million. law enforcement now engaged.

**Oxebridge** @Oxebridge · Nov 27
Marc Smith from @ElsmarCove being quoted by Daryl @Gubermanpmc ? Collusion between defamers? Elsmar supporting ISO certificate mills?

8/3/16

Libel/Defamation Lawsuit - 2016

7

# Evidence Exhibit "B"
# 2015



Libel/Defamation Lawsuit - 2016

Evidence Exhibit "B"
# 2015 – 2

2015 Twitter "Tweet"

**Oxebridge** @Oxebridge · Jan 26
Official Statement on Oxebridge Extortion Suit Against Elsmar.com and Marc Smith - oxebridge.com/emma/official-...

Libel/Defamation Lawsuit - 2016

8/3/16