


OXEBRIDGE
QUALITY RESOURCES INTERNATIONAL

# Evidence Exhibit "C"

## Another US TAG 176 Member Wants to Hide From Constituents

by Christopher Paris | Feb 12, 2016 | Opinion

**Over the years, Christopher Paris' mission has been to personally attack people. This is one 2016 example that he continues to do so.**

This came into the inbox today, from US TAG 176 representative Lisa Uhrig, of Uhrig Consulting:

> " Please remove my name from your website (listed as a US TAG member to TC176). You do not have my permission to generalize my or any TAG member opinion in your blog posts. I take great pride in researching every topic that comes up for vote. Also, since TAG members are not allowed to share this type of information, its clear that you may not have obtained this list through legitimate methods.
>
> Sincerely,
> Lisa Uhrig

Let's ignore the fact that she came perilously close to falsely accusing me of an actual crime, Ms. Uhrig is objecting to the fact that her name appears alongside all the other US TAG members, in the roster of members published here on this site back in November 2015.

What Ms. Uhrig does not object to, one supposes, is *everywhere else on the web* where she promotes her role as US TAG 176 member, or otherwise uses her TAG credential to open doors to events and roles not

available to the rest of us, such as this which appears on the website for her consulting practice Uhrig Consulting:



Or where her TAG credential is used to prop up her expertise while offering an $179 ASQ video on a validation survey for ISO 9001 development:



She also has no problem with her name appearing on the flood of promotional materials being vomited on the internet by the American Quality Institute, the ISO 9001 shill machine run by TAG leaders Lorri Hunt, Jack West and Denise Robitaille, and where she is promoted alongside a virtual rogues gallery of TAG profiteers and self-promoters:



(See also here.)

Nor does she mind being published on the internet as Membership Chair of the ASQ Los Angeles section, where she even lists her phone number (I've done the nice thing and redacted that, just in case the more rabid readers of Oxebridge get the wrong idea that I am doxing her):

Case 8:15-cv-00011-FAK-TBM Document 102-3 Filed 08/05/16 Page 4 of 5 PageID 1043



And of course she has no problem dropping her TAG 176 role multiple times on her LinkedIn profile, and the accompany CV she posted there.

No, Ms. Uhrig only wants her name removed from a website where her role might not be treated with the same flattering, cloying, self-fulfilling praise she can get from ASQ, the American Quality Institute, the US TAG itself and the typical ISO promoters. No, on a site that points out she has a duty, defined in ANSI regulations, to represent all constituents, and how remaining anonymous prevents her from fulfilling those duties, that is a bridge too far for Ms. Uhrig, and must be stopped.

Meanwhile, Ms. Uhrig not only doesn't know how the ANSI rules work, she also seems to be blessed with a damning vacuum of information on things like the US Constitution, which allow public figures to be reported on in the context of their public work. She also seems blindingly unaware of how her email will only worsen the TAG's position as it faces an unprecedented

onslaught of complaints and investigations into antitrust practices and potential violations of law, much of which is built on the TAG's insistence that its members may remain hidden from the public, even as ASQ — who manages the TAG — lists itself for tax purposes as a "public charity" and even as the TAG is tasked with forming official US positions intended to represent the will of the American public and industry. This is akin to an official US ambassador getting upset that his name appeared in an article, and not a fluff promotional press release; Ms. Uhrig stands the same legal chance to get her name removed as would said imaginary ambassador.

She also doesn't seem to know how reporting works, and that subjects of a report don't grant permission before they are reported on; if such was the case, we wouldn't have journalists, newspapers, radio news shows, blogs or anything else. This is typical anti-whistleblower aggression showing its ugly face once again, propped up by arrogance born of her operating in a safe, guarded ivory tower, forever protected from criticism or counterpoint… until now, of course.

Thus she falls into the trap of her own ego, which now allows us to report even *further* on her comings and goings, since attempting to hide herself from the public only makes her more newsworthy.

Ouch.

### About Christopher Paris

Christopher Paris is the founder and VP Operations of Oxebridge. He has over 25 years'