

### The Elsmar Cove Mission
To be a free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals.
*People Helping People since 1996!*

### Welcome to the Elsmar Cove!
### Quality Assurance / Business Standards and Systems Discussions and Information

The Elsmar Cove has been on the internet longer than any other quality assurance / business standards web site of its kind. The Elsmar Cove website has been on the internet for over 18 years, having come online on 6 January 1996 - First as QS9000.com (one of the first 100,000 web sites on the internet). In 2002 Marc Smith, the original founder, decided to "settle into" a "neutral" domain name - **Elsmar.com** ([The History of the Elsmar Cove](#)). Elsmar started out with a focus on quality assurance in general, QS-9000 (now TS 16949) and related automotive related requirements. But over the years Elsmar.com has evolved to include discussions of various regulatory affairs issues, manufacturing issues, a bit of six sigma and other quality assurance related tools and aspects - A variety of Business Standards and Systems are the focus.

One of the nice things about the Elsmar Cove is there is a lot of free information, free forms and free example quality manuals, Gage R&R spreadsheets, various document templates and other things you would pay for at many sites. Most files are Attachments to Forum Posts in the forums (Look for this symbol 📎 in forum discussion thread listings). If you need something and you can't find it (or if what you're looking for isn't already here), if you ask someone will typically help out by pointing you to an existing document here or attaching what you're looking for in a post. This is a site where you find **People Helping People** through sharing and online discussions.

One of the MANY areas of focus include the requirements of ISO 17025 (Calibration and Test Laboratories) and National and International Medical Device Standards and Regulations. If you're in need of information about Quality Assurance, National and International Business Standards, TS 16949 automotive), environmental or other business standards, you're at the right place. We eat, sleep and breath Quality Assurance and business standards.

We hope you will take a few minutes and browse around the Elsmar Cove Forums. You will find the various forums to be an excellent resource for information you're looking for. You may find yourself becoming a regular visitor because the folks who visit are friendly and helpful. You'll find the forums are very active - A wealth of information awaits you! Join us, learn, and help others!



When you have questions, We *try* to have answers! Please join us in the [Discussions!](#)



[The Elsmar Cove Privacy Policy and Statement](#) - NOTE: The Forum uses "[Cookies](#)"

**Elsmar.com went offline at 10PM EDT US on 30 June 2015 due to "a problem"...**
**(aka "A Series of Unfortunate Events"), but is (obviously) back online as of May 2016.**

**All former policies are, and will remain, unchanged.
All Elsmar content remains "Copyright Free" (Attribute link(s) and acknowledgement appreciated, though).**

. . . . . . . . . . . . . . . . . . . . . . . . .
*Various Site Links and Legacy *Copyright Free* "Canned" Presentations*

| | | | | |
|---|---|---|---|---|
| Taguchi Loss Function Animation | The Deming PDCA Cycle Animation | ISO 9001:2015 | Quality Management System (QMS) Implementation | 8-D Problem Solving |
| Auditing Information | APQP Information | FMEA Information | Process Loop animation | Fishbone / Cause and Effects Animation |
| Elsmar Cove Member Files | Miscelaneous Files | Elsmar Cove Forum | Tosebo Pictures | |
| Brainstorming | Discovering Change | Histogram Animation | Process Capability - Cp vs. Cpk Animation | Error Proofing (Poka Yoke) |
| Planned Maintenance | Pull Systems | Lead Time Reduction | Some Basic Statistics | Identifying Waste |
| Quick Setup | Teams - Team Relationships and Concepts | Basic Statistics Glossary | Reliability, Maintainability, and Dependability Standards List. | Site Map |