

EMC Converged Solutions
EMC's Intel® Xeon® Powered Market- Leading CI Portfolio. Get a Quote.
 

Google Search

Welcome to the Elsmar Cove Free Files Directory. There are a lot of files here, but beware. Some are several years old or more. Use a file with care. Make sure it is appropriate for your use. Many of these files have been dontated to the site from one person or another over the years. Some are recent, some are not. Some are related to "business", and some are simply "fun" files you might like. There are also some of my 'personal' files, such as some training files, here. Enjoy!

| | Name | Last modified | Size |
|---|---|---|---|
| | Parent Directory | | - |
| | 14k_Gap_Grid.doc | 2003-12-26 12:31 | 47K |
| | 17025/ | 2016-06-25 07:14 | - |
| | 5 Whys form.doc | 2005-10-31 22:17 | 63K |
| | 5 Whys Training.ppt | 2006-07-04 17:05 | 344K |
| | 5 Why�fsA.ppt | 2006-07-04 16:48 | 736K |
| | 5-S Overview.ppt | 2006-01-24 14:47 | 2.0M |
| | 5_why_training_presentation3.ppt | 2006-07-04 16:48 | 692K |
| | 5S Audit Sheet.xls | 2005-10-31 07:24 | 10K |
| | 8-D_Course_Test.xls | 2008-01-23 02:14 | 29K |
| | 8-D_Excel_Parts/ | 2016-06-25 07:14 | - |
| | 8-D_F_Appendix.ppt | 2008-01-23 02:14 | 816K |
| | 8-D_F_Glossary.ppt | 2008-01-23 02:14 | 83K |
| | 8-D_F_Indx-Sched.ppt | 2008-01-23 02:14 | 37K |
| | 8-D_Forms/ | 2016-06-25 07:14 | - |
| | 8D Problem solving form.doc | 2007-08-31 23:09 | 765K |
| | A Basic Introduction to Clean Rooms.pdf | 2012-04-11 15:47 | 215K |
| | Acceptance Sampling Basics.ppt | 2003-12-26 12:31 | 87K |
| | Activity Network Diagram.ppt | 2003-12-26 12:31 | 190K |
| | Affinity Diagram Basics.pdf | 2012-04-11 15:47 | 62K |
| | Audit Combined.doc | 2003-12-26 12:31 | 235K |
| | Audit/ | 2016-06-25 07:15 | - |
| | b_processes.ppt | 2003-12-26 12:35 | 593K |
| | Basic Requirements Of a Quality Manual ASQ publication.docx | 2010-11-23 17:31 | 179K |

| Name | Date | Size |
|---|---|---|
| Brain_Storming.ppt | 2008-01-23 02:14 | 381K |
| Business Gap Analysis.ppt | 2003-12-26 12:35 | 70K |
| Business processes MASTER.ppt | 2003-12-26 12:35 | 576K |
| Canned_Procedures/ | 2016-07-08 21:05 | - |
| Cause and Effect Diagram.ppt | 2003-12-26 12:35 | 89K |
| Charecteristics matrix example.xls | 2006-10-28 01:33 | 20K |
| Check Sheet Application.ppt | 2003-12-26 12:35 | 104K |
| Chewing_Gum_Mil-Spec/ | 2016-06-25 07:40 | - |
| Combined_Audit.doc | 2003-12-26 12:36 | 283K |
| Complaint-Recovery Process.ppt | 2003-12-26 12:36 | 189K |
| Concurrent Engineering.ppt | 2003-12-26 12:36 | 60K |
| Consumer Prod Safety Commis.ppt | 2003-12-26 12:36 | 72K |
| Consumer-Producer Risk.ppt | 2003-12-26 12:36 | 64K |
| Continuous Improvement Flow 11X17 052606.vsd | 2006-05-26 18:40 | 371K |
| Continuous Improvement Process Flow 052606.doc | 2006-05-26 18:40 | 133K |
| Control Chart based Dashboards.ppt | 2012-04-11 15:48 | 330K |
| Control Chart Basics.ppt | 2003-12-26 12:36 | 93K |
| Control_Charts/ | 2016-06-25 07:20 | - |
| Core competence.txt | 2006-01-25 00:31 | 32K |
| Corrective Action Jokes.txt | 2011-06-08 04:06 | 1.4K |
| Corrective-Preventive.txt | 2003-12-26 12:37 | 10K |
| Cost of Poor Quality.xls | 2012-04-11 15:49 | 76K |
| Cost Reduction-a.doc | 2011-06-08 04:06 | 47K |
| Cost Reduction-b.xls | 2011-06-08 04:06 | 28K |
| Cost Reduction.doc | 2011-06-08 04:06 | 108K |
| Cost.xls | 2012-04-11 15:49 | 7.0K |
| Courseware Considerations.ppt | 2003-12-26 12:37 | 103K |
| Crosby 14 Steps.doc | 2011-06-08 04:06 | 20K |
| Crosby 14 Steps.doc | 2012-04-11 15:49 | 20K |
| Customer Benefit Packages.ppt | 2003-12-26 12:37 | 463K |
| Customer complaint procedure example.pdf | 2012-04-11 15:49 | 86K |

| | | | |
|---|---|---|---|
| | Customer Complaint System Flow Chart.doc | 2012-04-11 15:49 | 35K |
| | Customer Complaints Procedure example_1.pdf | 2012-04-11 15:49 | 35K |
| | Customer Satisfact Survey.ppt | 2003-12-26 12:37 | 116K |
| | Customer_Complaint_Procedure.pdf | 2012-04-11 15:49 | 79K |
| | Customer_Complaints_Procedure.pdf | 2012-04-11 15:49 | 46K |
| | Daimler-Chrysler Layered Process Audits.ppt | 2008-01-23 02:15 | 242K |
| | Dashboards.ppt | 2012-04-11 15:49 | 330K |
| | Delphi SPC.XLS | 2012-04-11 15:49 | 138K |
| | Demand Flow Technology and TAKT.ppt | 2009-10-15 16:15 | 1.7M |
| | Demand Flow Technology Training.ppt | 2012-04-11 15:49 | 1.7M |
| | Deming Cycle.doc | 2011-06-08 04:06 | 68K |
| | Deming's out of the Crisis.doc | 2012-04-11 15:49 | 36K |
| | Design Control Systems.ppt | 2003-12-26 12:37 | 70K |
| | Design for Reuse Basics.ppt | 2003-12-26 12:37 | 124K |
| | Design For Six Sigma Example.pdf | 2012-04-11 15:49 | 77K |
| | Design Review Checklist Example.docx | 2012-04-11 15:49 | 27K |
| | Design_A_Sampling_Plan_beta.xls | 2012-04-11 15:49 | 89K |
| | Detailed Inspection Plan Instructional_FAI.xls | 2010-02-08 22:28 | 230K |
| | DMR - Device Master Record Procedure Example/ | 2016-06-25 07:20 | - |
| | Document mapping_B.ppt | 2012-04-11 15:50 | 71K |
| | Document Pyramid_ANI.gif | 2003-12-26 12:37 | 11K |
| | East_West-8-D.xls | 2011-06-08 04:06 | 28K |
| | EFQM.pdf | 2006-07-04 17:20 | 1.1M |
| | Enterprise_Resource_Plan.ppt | 2003-12-26 12:37 | 269K |
| | Environmental Check List.doc | 2003-12-26 12:37 | 77K |
| | EPA Method 40 Analysis.xls | 2003-12-26 12:37 | 15K |
| | Ergonomics at Computer.ppt | 2005-11-07 06:57 | 1.8M |
| | Error Proofing.ppt | 2007-08-07 00:08 | 2.0M |
| | Error_Proofing.ppt | 2003-12-26 12:37 | 2.0M |
| | Error_Proofing_Form.ppt | 2003-12-26 12:37 | 52K |
| | Evaluating Processes.doc | 2003-12-26 12:37 | 27K |
| | Evolution of quality.pdf | 2010-03-17 00:37 | 138K |

| Name | Date | Size |
|---|---|---|
| F test - long.doc | 2011-06-08 04:06 | 20K |
| F test - short.doc | 2011-06-08 04:06 | 19K |
| Facilitation Basics.ppt | 2003-12-26 12:37 | 720K |
| Fault Tree Analysis Basics.ppt | 2003-12-26 12:37 | 172K |
| FDA/ | 2016-06-25 07:21 | - |
| Final Product Dock Audit Checklist (FQC046.01 100200).doc | 2005-11-01 02:24 | 95K |
| Final_Inspection_Audit.doc | 2008-01-23 02:15 | 34K |
| Fishbone Diagram Basics.ppt | 2003-12-26 12:38 | 67K |
| FishBone.xls | 2011-06-08 04:06 | 190K |
| Five S Basics.ppt | 2003-12-26 12:38 | 471K |
| Flow Chart Basics.ppt | 2003-12-26 12:38 | 147K |
| FMEA Examples/ | 2016-06-25 07:21 | - |
| Focus Group Facilitation.ppt | 2003-12-26 12:38 | 74K |
| Ford Dynamic Control Plan - DCP.xls | 2005-11-23 13:14 | 19K |
| Gang_Audit.jpg | 2011-06-08 04:06 | 1.4M |
| Gang_Audit_small.jpg | 2011-06-08 04:06 | 40K |
| GM Layered Audits.pptx | 2016-07-08 20:52 | 244K |
| Green Manufacturing Basics.ppt | 2003-12-26 12:38 | 335K |
| Group Technology Basics.ppt | 2003-12-26 12:38 | 142K |
| GRR-Forms/ | 2016-06-25 07:22 | - |
| Guidance on 'Outsourced Processes' 630R2.doc | 2007-08-07 00:03 | 112K |
| HEADER.html | 2016-07-06 18:13 | 161 |
| Histogram Basics.ppt | 2003-12-26 12:39 | 1.1M |
| IA Comb 2002-03-31.doc | 2003-12-26 12:39 | 207K |
| IAudit_Training_Objectives.doc | 2008-01-23 02:15 | 21K |
| Inspection Basics.ppt | 2003-12-26 12:39 | 75K |
| Integrated Manual.doc | 2007-08-07 00:02 | 466K |
| Internal_Audit_Procedure.doc | 2008-01-23 02:15 | 28K |
| Internal_Audit_Report.doc | 2008-01-23 02:15 | 29K |
| Internal_CA_Request.doc | 2008-01-23 02:15 | 32K |
| ISO 13485/ | 2016-07-18 15:41 | - |
| ISO 9001-2000.ppt | 2006-09-26 01:53 | 81K |

| File | Date | Size |
|---|---|---|
| ISO 9001_2K_Check_List.doc | 2003-12-26 12:39 | 143K |
| ISO9000 Basics.ppt | 2003-12-26 12:39 | 239K |
| ISO9000-2000 Basics.ppt | 2003-12-26 12:39 | 72K |
| ISO9001 2008 Changes presentation MSBSKAA0072 rev 0.ppt | 2009-03-27 01:09 | 191K |
| ISO9001-2000_checklist-DNV.doc | 2008-01-23 02:15 | 133K |
| ISO9001-2000_Compliance.xls | 2008-01-23 02:15 | 50K |
| ISO9001-2000_GAP_Analy.doc | 2008-01-23 02:15 | 96K |
| ISO9001-2000_Registrar.doc | 2008-01-23 02:15 | 133K |
| ISO9001-Audit_Plan.doc | 2008-01-23 02:15 | 68K |
| ISO9001-Checklist.doc | 2008-01-23 02:15 | 132K |
| ISO9001-Documentation_Req.doc | 2011-06-08 04:06 | 21K |
| ISO9001-Records_Requirement.doc | 2011-06-08 04:06 | 23K |
| ISO9001-Registration-Eval.doc | 2003-12-26 12:39 | 157K |
| ISO9001-SampleAuditSchedule.doc | 2008-01-23 02:15 | 43K |
| ISO9001_Respons_by_Dept.xls | 2003-12-26 12:39 | 67K |
| ISO9K2K_Q_Manual_Base.doc | 2003-12-26 12:39 | 126K |
| ISO_9001_2K_Checklist.doc | 2003-12-26 12:39 | 219K |
| JIT Manufacturing Basics.ppt | 2003-12-26 12:39 | 186K |
| JIT Purchasing Basics.ppt | 2003-12-26 12:39 | 61K |
| Job Analysis basics.ppt | 2012-08-20 20:04 | 363K |
| Job Analysis2.ppt | 2012-08-20 20:05 | 508K |
| Job Descriptions/ | 2016-06-25 07:23 | - |
| Just In Time Basics.ppt | 2003-12-26 12:40 | 80K |
| Kaizen.doc | 2011-06-08 04:06 | 25K |
| Key Business Factors Basics.ppt | 2003-12-26 12:40 | 68K |
| Layer Process Audit.ppt | 2010-02-08 22:28 | 723K |
| Layered Process Audit Checklist example.pdf | 2006-10-12 13:24 | 80K |
| Layered Process Audit Layers.jpg | 2010-02-08 22:28 | 143K |
| Layered Process Audit Schedule example.ppt | 2007-02-03 01:03 | 83K |
| LEAN - What Does Kaizen Mean.ppt | 2006-01-24 14:46 | 331K |
| Lean Manufacturing/ | 2016-06-25 07:23 | - |
| Lean Poster.doc | 2011-06-08 04:06 | 19K |

| Name | Date | Size |
|---|---|---|
| LPA - Layer Process Audit guidelines.ppt | 2010-02-08 22:28 | 1.5M |
| LPA Schedule Worksheet.xls | 2007-02-03 01:03 | 21K |
| Medical Device Canned Procedures/ | 2016-07-18 15:31 | - |
| Meeting Management Basics.ppt | 2003-12-26 12:41 | 259K |
| Message_Taker.jpg | 2011-06-08 04:07 | 514K |
| Mgmt_Rev.xls | 2003-12-26 12:41 | 24K |
| Mgmt_Rev_9001_and_14001.xls | 2003-12-26 12:41 | 24K |
| Military Standards Conversi.pdf | 2011-06-08 04:07 | 50K |
| Mistake Proofing and Poka-Yoke.ppt | 2006-01-24 14:47 | 2.3M |
| MSA 4th Edition Rollout Summary 8.doc | 2010-11-23 17:30 | 31K |
| NASA Procedures/ | 2016-07-18 15:33 | - |
| NIST ISO 13485 Quality Manual example.pdf | 2010-11-23 17:32 | 4.4M |
| NQA-1 Calibration Checklist.doc | 2010-06-28 21:37 | 256K |
| NQA-1 Checklist Document.doc | 2010-06-28 21:37 | 1.1M |
| NQA-1 Survey Checklist.doc | 2010-06-28 21:37 | 277K |
| OC Curve Basics.ppt | 2003-12-26 12:42 | 148K |
| On-the-Job_Task_Analysis.doc | 2011-06-08 04:07 | 41K |
| Patient_Survey2a.doc | 2011-06-08 04:07 | 28K |
| Patient_Survey2b.doc | 2011-06-08 04:07 | 34K |
| Plan_Do_Check_Act.doc | 2011-06-08 04:07 | 869K |
| Planned Maintance/ | 2016-06-25 07:23 | - |
| Poka_Yoke.ppt | 2003-12-26 12:42 | 303K |
| Post_Meet_Action_Plan.xls | 2011-06-08 04:07 | 9.5K |
| PPAP Forms - 4th Edition/ | 2016-06-25 07:24 | - |
| Practical problem solving -Toyota.ppt | 2007-08-07 00:07 | 1.9M |
| Preparing for Quality System Certification.ppt | 2005-12-06 11:38 | 234K |
| Procedures-Forms/ | 2016-06-25 07:24 | - |
| Process Audit Check List.pdf | 2006-07-04 17:20 | 255K |
| Process Capability.ppt | 2003-12-26 12:44 | 55K |
| Product audit check sheet.xls | 2005-11-01 02:21 | 63K |
| PRODUCT AUDIT FORM.xls | 2005-11-01 02:24 | 24K |
| Project_Management_Handbook.pdf | 2003-12-26 12:44 | 497K |

| File | Date | Size |
|---|---|---|
| Project_Planning_Evaluation.doc | 2003-12-26 12:44 | 35K |
| QA Policy Card - Back.doc | 2011-06-08 04:07 | 15K |
| QA Policy Card - Front.doc | 2011-06-08 04:07 | 11K |
| QA Policy Cards.doc | 2011-06-08 04:07 | 28K |
| QC_Turrent.jpg | 2011-06-08 04:07 | 38K |
| Quality Cartoons/ | 2016-07-18 15:35 | - |
| README.html | 2016-07-06 18:13 | 161 |
| reclamo de calidad.xls | 2003-12-26 12:44 | 23K |
| Registrar_Comparison_1.xls | 2004-04-01 22:59 | 22K |
| Registrar_Comparison_2.xls | 2004-04-01 22:59 | 15K |
| Registrar_NC_Record.xls | 2008-01-23 02:15 | 11K |
| Registrars_CkList_Example.doc | 2008-01-23 02:15 | 126K |
| Reliability Life Testing.ppt | 2003-12-26 12:44 | 122K |
| Resolution_Flow.pps | 2008-01-23 02:14 | 79K |
| Safety Inspection Checklist.doc | 2008-01-23 02:15 | 22K |
| Setup and changeover.ppt | 2006-01-24 14:46 | 1.0M |
| Seven Basic Quality Tools.ppt | 2003-12-26 12:44 | 206K |
| Six Sigma Explained.pdf | 2003-12-26 12:44 | 240K |
| Software_Evaluation.doc | 2011-06-08 04:07 | 44K |
| Statistical/ | 2016-06-25 07:25 | - |
| Steve's stuff/ | 2016-07-18 15:37 | - |
| Supplier Problem Solving.ppt | 2008-01-23 02:14 | 5.5M |
| supplier rating calculator.xls | 2006-05-05 15:20 | 39K |
| Supplier_audit_form.xls | 2003-12-26 12:44 | 121K |
| Supplier_Auditing_Rule.doc | 2008-01-23 02:15 | 35K |
| Supplier_Evaluation_Example.xls | 2003-12-26 12:44 | 14K |
| Swing.jpg | 2011-06-08 04:07 | 577K |
| System_Audit_Agenda.doc | 2008-01-23 02:15 | 43K |
| Team Approacch to Problem Solving_pdca.ppt | 2008-06-11 17:25 | 569K |
| Team_Meet_Obser_Chklst.xls | 2011-06-08 04:07 | 12K |
| Tire Swing.jpg | 2011-06-08 04:07 | 81K |
| Tire Swing.pdf | 2011-06-08 04:07 | 53K |

| | | | |
|---|---|---|---|
| | [TireSwing1.gif](#) | 2011-06-08 04:07 | 1.9K |
| | [TireSwing2.gif](#) | 2011-06-08 04:07 | 2.0K |
| | [TireSwing3.gif](#) | 2011-06-08 04:07 | 1.8K |
| | [TireSwing4.gif](#) | 2011-06-08 04:07 | 1.8K |
| | [TireSwing5.gif](#) | 2011-06-08 04:07 | 2.5K |
| | [TireSwing6.gif](#) | 2011-06-08 04:07 | 1.8K |
| | [Training Needs Assessment.ppt](#) | 2003-12-26 12:44 | 105K |
| | [Training_Misc/](#) | 2016-06-25 07:25 | - |
| | [Value Stream Symbols/](#) | 2016-06-25 07:25 | - |
| | [Value Stream Template.xls](#) | 2006-06-06 00:08 | 163K |
| | [What_is_a_Quality_Management_System.ppt](#) | 2007-08-07 00:06 | 353K |
| | [Workplace Effectiveness.doc](#) | 2011-06-08 04:07 | 33K |

Additional Information Resources:

| | | | | |
|---|---|---|---|---|
| Taguchi Loss Function | The Deming PDCA Cycle | | Quality Management System (QMS) Implementation | 8-D Problem Solving |
| Auditing Information | APQP Information | FMEA Information | Process Loop Animation | Fishbone / Cause and Effects Animation |
| Brainstorming | Discovering Change | Histogram Animation | Process Capability - Cp vs. Cpk | Error Proofing (Poka Yoke) |
| Planned Maintenance | Pull Systems | Lead Time Reduction | Some Basic Statistics | Identifying Waste |
| Quick Setup | Thoughts on Teams | ISO 9001 and ISO 14000 Document Series List | Basic Statistics Glossary | Reliability, Maintainability, and Dependability Standards List |



SoftLayer® Cloud

We Provide the Highest Level of Transparency & Control for Cloud.

**FAIR USE and CORRECTNESS NOTICE:** This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe herein constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/ If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner. In addition, I do not guarantee the correctness of the content. The risk of using content from the Elsmar Cove web site and forums remains with the user/visitor.

**Complaints**: If you have a complaint or DMCA claim, please contact the Administrator.

Elsmar.com content courtesy of:
Marc Timothy Smith - 8466 Lesourdsville-West Chester Road, West Chester, Ohio 45069-1929 - USA
(513) 341-6272