

# THE ELSMAR COVE
## DISCUSSION FORUMS

    

PostAttachments List  More Free Files  Failure Modes

**Register** | **Forum** Home Page | **Post Attachment Files** | **Search Forum** Discussions | **Search all** of Elsmar | **Help** | **Lost Password**

🏠 **The Elsmar Cove Business Systems and Standards Discussion Forums - *Home Page and List of Individual Forums***

🙍 Forum User Name [Forum User N_____]  ☐ Keep Me Logged In
🔒 Password [_____]  Log in

**Register** | **Photo Albums** | **Blogs** | **FAQ** | **Community** | **Calendar** | **Today's Posts** | **Search**

---

**Elsmar Cove Forum Visitor Notice(s)**

Some people have been having Password Reset issues, and some folks are not receiving their Registration Activation email (especially "**Hotmail**" accounts). If you have a problem, contact the Peachfarm Internet Properties IT techs directly at peachfarmllc {at} neomailbox.ch (Switzerland) and we will resolve your problem(s) within 12 hours.

## Exhibit "A"

---

**Elsmar XML RSS Feed**



**Monitor the Elsmar Forum**

Monitor New Forum Posts

**Sponsor Links**


**SUNDAY BUSINESS SYSTEMS**

Affordable software solutions for Quality Management Systems
• Document Control
• Employee Training
• Audit Management
• Corrective Actions
• Calibration Control
• Preventive Maintenance
• Supplier Management
• FEMA Risk Analysis

**Download Free Demos**
www.SundayBizSys.com

**AS9102**
**Get**
**DISCUS**

Join 100s of other aerospace manufacturers that are saving 50-70% on First Article Inspection preparation time.

**Learn More >>**

---

**Currently Active Discussions:** collapse

**Please explain the following Automotive Acronyms**
*Last Post or Poll Vote:* 18th August 2016 08:15 AM by Ninja » Replies: 2
**Sample Size Justification for Medical Device Shelf-Life**
*Last Post or Poll Vote:* 18th August 2016 08:12 AM by Bev D » Replies: 3
**Combining FMEA, CP and Gage**
*Last Post or Poll Vote:* 18th August 2016 08:08 AM by Bev D » Replies: 3
**How to create an Audit Checklist using a Turtle Diagram**
*Last Post or Poll Vote:* 18th August 2016 08:01 AM by SheilaJP » Replies: 0
**"Context of the Organization" in 4.1 of ISO 9001**
*Last Post or Poll Vote:* 18th August 2016 08:00 AM by Mike S. » Replies: 53
**How to select parts for a MSA Study**
*Last Post or Poll Vote:* 18th August 2016 07:55 AM by Miner » Replies: 13
**Verification instead of calibration?(ISO 9001:2008)**
*Last Post or Poll Vote:* 18th August 2016 07:46 AM by Mike S. » Replies: 7
**Raw Material Supplier Approval (Inks, Resin, Masterbatch etc)**
*Last Post or Poll Vote:* 18th August 2016 06:53 AM by neash83 » Replies: 0
**Obtaining the Italian MoH database and Smartcard for Medical Devices**
*Last Post or Poll Vote:* 18th August 2016 06:27 AM by pkost » Replies: 0
**Pre compliance test for Glucometer**
*Last Post or Poll Vote:* 18th August 2016 05:19 AM by HAMEDD » Replies: 0
**Developing procedure for Determining Company's Context And Interested Parties**
*Last Post or Poll Vote:* 18th August 2016 03:22 AM by JoShmo » Replies: 33
**Quality Policy approach of ISO 9001:2015 Clause 5.2.1a**
*Last Post or Poll Vote:* 18th August 2016 03:20 AM by JoShmo » Replies: 4
**Excel Project Gantt Chart Template - Data dissapears at certain timeline**
*Last Post or Poll Vote:* 18th August 2016 03:16 AM by croppyboy » Replies: 14
**Help Needed regarding CE marking - Low voltage directive and EMC directive**
*Last Post or Poll Vote:* 18th August 2016 02:14 AM by CharlieUK » Replies: 2
**Electronic Device History Record (eDHR) Software Recommendations**
*Last Post or Poll Vote:* 18th August 2016 01:36 AM by Jane_S » Replies: 1

---

**Welcome to the The Elsmar Cove Business Systems and Standards Discussion Forums.**

*If this is your first visit, please read the **FAQ** (Frequently Asked Questions) and please read the Basic "How To's" in the Elsmar Cove Discussion Forums discussion 'threads'. Registering to participate in the Elsmar Cove Forums is **Free**. If you would like to Register, click **HERE**. You DO have to Register for many Forum Software Features and Functions, such as E-Mail Digests, Notification of New Posts and/or Threads, Personal Messaging, downloading of Post Attachments, etc., to work. See This instructional discussion Thread for more specific information.*

To browse the forums and discussion threads *without* Registering, go to the forum or discussion thread that you want to read and click on it. A 'Lock' icon on a forum only means you can not Start a New Discussion Thread, Post a Reply in an existing Discussion Thread, download Post Attachments, etc. This a SPAM control measure.



Stop using Word or Excel for authoring work instructions!

Download LockStep Free Today!

sequencesoftware.com

Courtesy Quick Links

Links

Links that Cove visitors will find useful in your quest for knowledge:

**ASQ** - American Society for Quality

**International Standards Organization** - ISO Standards and Information

**Atul's** Quality Forum Online

**Howard's** International Quality Services

**Marcelo Antunes'** SQR Consulting, and Medical Devices Expert Forum

**Bob Doering** Bob Doering's Blogs and, Correct SPC - Precision Machining

**NIST's** Engineering Statistics Handbook

**IRCA** - International Register of Certified Auditors

**SAE** - Society of Automotive Engineers

**Quality Digest**

**IEST** - Institute of Environmental Sciences and Technology

Related LinkedIn Groups

ISO 9001 for Small Businesses

ISO 9001:2015 Revision Discussions

| Forum | Last Post or Poll Vote | Threads | Posts |
|---|---|---|---|

**Manufacturing, Service, and Business Systems Processes** collapse
Please use these forums to discuss manufacturing, services, processes, materials and related Business Systems Process aspects.

| | | | |
|---|---|---|---|
| **Human Factors and Ergonomics in Engineering** (1 Viewing) Human Factors and Ergonomics in Engineering related discussions | HELP **What to do when Employees are...** by JoShmo 10th August 2016 09:01 PM | 55 | 594 |
| **Lean in Manufacturing and Service Industries** (2 Viewing) Lean Manufacturing, including Lean in **Service Industries,** questions and discussions. | **Is 5S really that good?** by ncwalker 8th August 2016 09:37 AM | 492 | 4,523 |
| **Manufacturing and Related Processes** (13 Viewing) Discussions related to specific manufacturing processes, materials, manufacturing systems or related topics. | HELP **Cost Estimating Spreadsheet...** by Crazy4Cars 10th August 2016 09:02 AM | 1,166 | 8,280 |
| **Process Maps, Process Mapping and Turtle Diagrams** (2 Viewing) Process Maps, Process Mapping and Turtle Diagram Discussions and Examples | HELP **Intercompany Business...** by Ninja 4th August 2016 10:37 AM | 182 | 2,416 |
| **Reliability Analysis - Predictions, Testing and Standards** (2 Viewing) Reliability Analysis discussions, including Reliability Predictions, Reliability Testing and Reliability Standards, including Dependability. | **Functional Safety PFH vs PFD...** by Marc 11th August 2016 12:45 AM | 229 | 1,452 |
| **Service Industry Specific Topics** Service Industry specific and related discussions. | **Implementation of Six Sigma...** by ncwalker 11th August 2016 11:39 AM | 190 | 1,387 |

**National and International Business System Standards** collapse

| | | | |
|---|---|---|---|
| **Aviation, Space and Defense Standards and Requirements** (12 Viewing) **Sub-Forum(s):** ■ AS9100, Nadcap and related Aerospace Standards and Requirements ■ EASA and JAA Aviation Standards and Requirements | **Transferring epoxy from...** by howste 17th August 2016 05:17 PM | 1,780 | 15,572 |

EXHIBIT "A"



Information Security Community

Medical Devices Group

Quality and Regulatory Network

FDA (Food and Drugs)

AS91XX Series - Tips and Advice

■ Federal Aviation Administration (FAA) Standards and Requirements

**Business Continuity & Resiliency Planning (BCRP)** (1 Viewing)
Business continuity planning (BCP) identifies an organization's exposure to internal and external threats and provides for effective prevention and recovery for the organization.

HELP **Need a bone to throw at a...**
by kgott
4th August 2016 11:02 PM

42     323

**CE Marking (Conformité Européene) / CB Scheme**
CE Marking (Conformité Européene) / CB Scheme discussions - CE Marking and the CB Scheme help manufacturers improve their marketing efficiency by establishing a way to meet one Standard for their products which will harmonize with Standards from different governments.

HELP **Help Needed regarding CE...**
by CharlieGX
18th August 2016 02:14 AM

333     1,976

**Environmental Related Standards** (1 Viewing)
Environmental related specifications and standards including ISO 14001 and the ISO 14000 Series of documents.
**Sub-Forum(s)**: ■ ISO 14001:2015 Discussions

**ISO 14001 Clause 4.1...**
by Randy
17th August 2016 09:00 AM

802     7,321

**Food and Drug (Pharmaceuticals) related Regulations** (7 Viewing)
**Sub-Forum(s)**: ■ US Food and Drug Administration (FDA) ■ Pharmaceuticals (21 CFR Part 210, 21 CFR Part 211 and other related Regulations) ■ Qualification and Validation (including 21 CFR Part 11)

**Pre-dispensed API material...**
by Stijloor
16th August 2016 05:04 AM

1,119     6,038

**Food Safety – ISO 22000, HACCP (21 CFR 120)** (2 Viewing)
All topics connected to Food management systems to include ISO 22000, Hazard Analysis and Critical Control Points (HACCP) and other related food safety systems.

HELP **Microbiology Criteria for...**
by maonbanana
11th August 2016 09:55 PM

315     2,070

**Hospitals, Clinics & other Health Care Providers** (1 Viewing)
JCAHO, CCHSA, HQA, ANAES, JSQua, ACHS, NZCHS, MSQH, NCAIO - Best Practices" accreditation organizations, in the US, Canada, UK, France, Japan, Australia, New Zealand and Malaysia, and the CMS-approved (in the USA) accreditation organization.

**Does anyone know what a...**
by SteveK
17th August 2016 09:56 AM

64    398

**IEC 27001 - Information Security Management Systems (ISMS)** (1 Viewing)
IEC 27001 is part of a growing family of IEC Information Security Management Systems (ISMS) standards.

**Hackers unleash smart Twitter...**
by pkost
10th August 2016 08:08 AM

118    649

**ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards** (22 Viewing)
ISO 900x Quality Management Systems related discussions.

**"Context of the Organization"...**
by Mike S.
18th August 2016 08:00 AM

4,909    59,353

**IT (Information Technology) Service Management** (1 Viewing)
IEC 20000 is the first international standard for IT Service Management. It is based on, and intended to supersede, BS 15000.

**ISO/IEC 20000 Checklist...**
by Aspiration
12th July 2016 08:10 AM

20    114

**TL 9000 Telecommunications Standard and QuEST**
TL 9000 is a two book standard created by QuEST (Quality Excellence for Suppliers of Telecommunications) Forum based on ISO 9001.

**TL 9000 Measurement...**
by Stijloor
16th August 2016 04:58 AM

44    307

**Occupational Health & Safety Management Standards** (2 Viewing)
Occupational Safety and Health Administration (OSHA), Occupational Health & Safety Management Standards (OHSAS 18001, ANSI Z10, CSA Z1000, ILO-OSH, GOST 12.0.230, AS/NZS 4801, etc...)

**Use of hand cream inside...**
by davidbrown
4th August 2016 06:39 AM

263    2,905

**Oil and Gas Industry Standards and Regulations** (5 Viewing)

**API Q1 Approved Training &...**

| | | | |
|---|---|---|---|
| | Oil and Gas Industry Standards and Regulations discussions including API (American Petroleum Institute) documents such as API Q1. | by Sidney Vianna<br>16th August 2016 04:46 PM | 95 | 800 |
| | **RoHS, REACH, ELV, IMDS and Restricted Substances** (1 Viewing)<br>RoHS, REACH, ELV, IMDS and other Related Restricted Substances International Regulation discussion topics | HELP **Measuring LiON Battery State...**<br>by Stijloor<br>16th August 2016 04:52 AM | 242 | 1,846 |
| | **Supply Chain Security Management Systems**<br>The ISO PAS 28001 addresses potential security issues at all stages of the supply process, thus targeting threats such as terrorism, fraud and piracy. | **Finding a Common Language for...**<br>by davidbrown<br>4th August 2016 06:46 AM | 7 | 32 |
| | **Sustainability, Green Initiatives and Ecology**<br>Sustainability is the reconciliation of environmental, social and economic demands - often known as the "three pillars". Ecology is the scientific study of the distribution, abundance, share affects, and relations of organisms and their interactions with their environment. ISO 50001 addresses Sustainability, Green Initiatives and Ecology. | **ISO 50001 - Manual and...**<br>by gpainter<br>15th August 2016 08:09 AM | 58 | 411 |
| | **TS 16949 - International Automotive Quality Systems Standard** (8 Viewing)<br>In 2000, TS 16949 evolved from QS-9000. TS16949 is an automotive sector specific standard.<br>**Sub-Forum(s):** QS-9000 - American Automotive Manufacturers Standard | **Please explain the following...**<br>by Ninja<br>18th August 2016 08:15 AM | 2,836 | 23,044 |
| | **VDA Standards - Germany's Automotive Standards**<br>Verband der Automobilindustrie e. V. (VDA) - VDA 6.1 is the German Quality Management System for the automotive industry. Based on ISO 9001:1994, | **Gap Analysis for VDA 6.3:2010...**<br>by Howard Atkins<br>31st July 2016 06:19 PM | 100 | 679 |

it includes all elements of QS-9000.

### Other ISO and International Standards and European Regulations (2 Viewing)
Please use this forum for questions about other ISO standards, various International standards, European Regulations and related discussions and issues.

📖 **Comparison of ISO 9001:2008...**
by Stijloor
16th August 2016 04:56 AM

597 | 4,151

### Various Other Specifications, Standards, and related Requirements (5 Viewing)
**ANSI, ASTM, US DoD and Mil-Standards such as MIL-STD-810,** etc., Process tests and related 'standards', specifications and such.

🌀 **Transferring EPA...**
by QA-Man
9th August 2016 12:47 PM

596 | 3,585

## Medical Devices, Medical Information Technology, Medical Software and Health Informatics
Medical Device, Medical Information Technology, Medical Software and Health Informatics and related discussion topics.

collapse

### Medical Device Related Regulations (22 Viewing)
Medical device regulations around the world. Regulations are laws set by a regulatory authority of a country or region and are generally mandatory.

**Sub-Forum(s):** ■ Canada Medical Device Regulations ■ China Medical Device Regulations ■ EU Medical Device Regulations ■ Japan Medical Device Regulations ■ US Medical Device Regulations ■ 21 CFR Part 820 - US FDA Quality System Regulations (QSR) ■ Other US Medical Device Regulations ■ Other Medical Device Regulations World-Wide

📖 **Obtaining the Italian MoH...**
by pkost
18th August 2016 06:27 AM

3,213 | 19,932

### Medical Device Related Standards (11 Viewing)
Medical devices standards, national and international. Standards are published by standards writing bodies (such as ISO and IEC internationally, ANSI, CEN, CENELEC, CSA and others nationally) and are generally voluntary. You can use standards to fulfill



regulations, depending on the way the regulation uses standards.

**Sub-Forum(s):** ■ ISO 13485 and ISO 14969 - Medical Devices - Quality Management Systems
■ ISO 14971 - Medical Device Risk Management
■ IEC 60601 - Medical Electrical Equipment Safety Standards Series
■ IEC 62304 - Medical Device Software Life Cycle Processes
■ IEC 62366 - Medical Device Usability Engineering
■ Other Medical Device Related Standards

**How is your Regulatory...**
by Ronen E
17th August 2016 12:07 AM

3,236    24,090

**Medical Information Technology, Medical Software and Health Informatics**
Information Technology used in medicine including includes topics (which are used interchangeably sometimes) such as medical Information technology, medical software (software used in healthcare) and health informatics, including Health Information and Communications Technology (ICT). Examples are standards from the IEC 80001 series and the works of ISO TC 215.

**Converting DMF III into eCTD...**
by Highground
7th June 2016 07:15 AM

30    127

**Other Medical Device and Orthopedic Related Topics** (1 Viewing)
Other various Medical Device and Orthopedic related discussions.

**Pre compliance test for...**
by HAMEDD
18th August 2016 05:19 AM

276    1,713

## Common Quality Assurance Processes and Tools    collapse

**Definitions, Acronyms, Abbreviations and Interpretations** (18 Viewing)
For discussion of Definitions, Acronyms, Abbreviations and Interpretations

**UBL - Universal Business...**
by Marc
17th August 2016 12:54 PM

594    5,544

**APQP and PPAP** (4 Viewing)
Discussions related to **Advanced Product Quality Planning** (APQP) and **Production Part Approval Process (PPAP).**

**PSW (Part Submission Warrant)...**
by dwright48313
17th August 2016 08:45 AM

869    6,269

**Auditing Quality**

**and Environmental Management Systems** (4 Viewing)
Guidelines for quality and/or environmental management systems auditing, including Internal Audit and Process Audit sub-forums

Sub-Forum(s): ■ Internal Auditing
■ Auditing Discussions
■ Process Audits and Layered Process Audits

HELP **How to create an Audit...**
by SheiLaJP
18th August 2016 08:01 AM | 1,780 | 24,270

**Benchmarking**
Benchmarking Methods and Related General Discussions.

**Bench Marking Automated Data...**
by Marc
4th June 2016 05:51 AM | 116 | 806

**Calibration of Measurement, Monitoring and Test Equipment**

- | - | -

**Capability, Accuracy and Stability - Processes, Machines, etc.** (3 Viewing)
Capability and Stability related discussions - Cp, Cpk, Pp, Ppk, Mp, Mpk (et al).

HELP **Cpk for one sided dimension -...**
by ncwalker
27th July 2016 02:09 PM | 423 | 3,757

**Consultants and Consulting** (1 Viewing)
Consultants and discussions related to consultants including ISO 10019 "Guidelines for the selection of **quality** management system consultants and use of their services" aspects / requirements.

HELP **ISO 9000 Consulting in China...**
by Hershal
10th July 2016 01:34 PM | 110 | 1,254

**Contract Review Process**
Contract Review Process Discussions and Information

**Is embedding documents within...**
by Michael_M
22nd October 2013 04:31 PM | 60 | 483

**Customer Complaints** (1 Viewing)
Dealing with Customer complaints/concerns.

**ISO 13485 Complaints (what is...**
by somashekar
10th August 2016 01:37 AM | 137 | 1,315

**Customer and Company Specific Requirements** (3 Viewing)
Customer Requirements and Company Specific Requirements - including Ford's Q1 'Award' program. GM has it's GM-9000. Etc. Nissan and Honda have their requirements. Company specific requirements questions here, please!

HELP **Customer and Supplier...**
by Trebor123
17th August 2016 08:54 AM | 451 | 3,118



**Design and Development of**

**Products and Processes** (7 Viewing)
Process and Product Design and Development discussion discussions. Design Verification and Validation included.

What does an effective design...
by normzone
10th August 2016 07:15 PM

505    3,650

**Document Control Systems, Procedures, Forms and Templates** (11 Viewing)
Documentation Systems (Document Control), including Procedures, Forms, and Templates.

Medical Device Design &...
by Stijloor
16th August 2016 04:49 AM

2,200    20,637

**FMEA and Control Plans** (3 Viewing)
**Failure Modes Effects Analysis** (FMEA) and **Control Plan** discussions here.

Combining FMEA, CP and Kano
by Bev D
18th August 2016 08:08 AM

835    6,765

**General Metrology, Measurement Device, Calibration and Test Laboratories** (20 Viewing)
Calibration "Catch All" forum - ISO 17025, Calibration of Measurement Devices, Measurement Devices, Metrology (Calibration) and Test Laboratory related discussions. Many discussions in this forum are beyond ISO 17025 specific topics.

**Sub-Forum(s):** General Measurement Device and Calibration Topics
ISO 17025 related Discussions
Calibration Frequency (Interval)
Calibration and Metrology Software and Hardware
Gage R&R (GR&R) and MSA (Measurement Systems Analysis)
Measurement Uncertainty (MU)

How to select parts for a MSA...
by Miner
18th August 2016 07:55 AM

4,212    31,142

**Inspection, Prints (Drawings), Testing, Sampling and Related Topics** (13 Viewing)
Please use this forum to discuss Inspection, Prints (Drawings), Testing, Sampling and Related Topics.

**Sub-Forum(s):** AQL - Acceptable Quality Level

Sample Size Justification for...
by Bev D
18th August 2016 08:12 AM

1,563    12,052



**Management Review Meetings and related Processes** (1 Viewing)
Management Review related Discussions and Information.

HELP **Management Review -...**
by JoShmo
19th July 2016 09:49 AM

144    2,094

**Measurement, Monitoring and Test Equipment**

-     -     -

**Misc. Quality Assurance and Business Systems Related Topics** (3 Viewing)
Various other quality assurance and business systems related topics like **Cost of Quality** and other focused topics. Topics outside Quality and Environmental **are** allowed.

HELP **Further Inspection Required...**
by Ninja
29th July 2016 09:34 AM

754    7,388

**Nonconformance and Corrective Action**
Significant Systems, including 8-D / 7-D, etc. Can you prove **Effectiveness** (for example) of a Corrective Action?

**Corrective Action...**
by Mike H
27th July 2016 06:26 PM

673    7,665

**Philosophy, Gurus, Innovation and Evolution** (3 Viewing)
Let's talk **Deming**! And who doesn't have a copy of Juran's 15 pound tome **Quality Control Handbook**? We all do. For discussion of Sarasohn, Protzman, Armand V. Feigenbaum, Crosby, Ishikawa, Taguchi, Shewhart, Imai and others. Philosophy, Gurus, Innovation and Evolution.

**If Japan Can?Why Can?t We?...**
by Steve Prevette
19th December 2014 06:01 PM

209    3,886

**Preventive Action and Continuous Improvement**
What is a **Corrective Action** vs. a **Preventive** Action?

**Need examples of Preventive...**
by ajkenney
14th July 2016 10:35 AM

209    3,029

**Risk Management Principles and Generic Guidelines**
Principles and generic guidelines on Risk Management.

**Are you looking for ISO 14971...**
by Juzaili
16th September 2014 11:22 PM

12    70

**Problem Solving, Root Cause Fault and Failure Analysis** (6 Viewing)
Problem Solving Fc

**Does there always have to be...**

Exhibit "A"



Problem Solving, 5s
Problem Solving, 5 Whys -
Root Cause Fault and

Failure Analysis
discussions.

**Quality Management System (QMS) Manuals**
Quality Manual Development and Quality Systems Manual related Discussions.

**HELP Checklist comparison between...**
by Marc
6th July 2016 09:30 AM

269    4,060

**Quality Manager and Management Related Issues** (4 Viewing)
Quality Manager and Quality Assurance Management Issues/questions

**HELP Transfer of Product to...**
by mimivirgi
8th August 2016 11:05 AM

646    6,401

**Quality Tools, Improvement and Analysis** (5 Viewing)
Balanced ScoreCard, QFD, Taguchi & Shainin's Techniques, Pre-Control, Pareto, etc. - How to use them - When to use them - How to analyze the results - Success stories - Failures - Questions and general discussions.
**Sub-Forum(s):** Quality Assurance and Compliance Software Tools / Solutions
■ Using Minitab Software
▪ Excel .xls Spreadsheet Templates and Tools

**Excel Project Gantt Chart...**
by croppyboy
18th August 2016 03:16 AM

1,605    12,820

**Records and Data - Quality, Legal and Other Evidence** (1 Viewing)
Includes legal and other related records and data discussions. What is a Quality Record and what quality records are required? What other required records are there in your company? Records are Evidence. What is Data?

**HELP Training Records - Proof of...**
by joelsivi
12th June 2015 04:48 AM

302    2,992

**Six Sigma** (3 Viewing)
Love it or hate it, what ever six sigma is, it's been around for quite a while and looks to stay for quite a while.

**House of Quality Functional...**
by John Broomfield
10th June 2015 06:37 AM

372    3,892

**Software Quality Assurance**
Software Quality Assurance topics including CMMI (Capability Maturity Model Integrated), TickIT, Information Security Management (ISO 17799 and BS 7799), ISO/IEC

**HELP Extending current ISO 9001...**
by scrungy_doolittle
12th July 2016 09:56 AM

218    1,138

12207 Software Life Cycle Processes, ISO 15504, etc.

**Statistical Analysis Tools, Techniques and SPC** (7 Viewing)
SPC (Statistical Process Control) and all of the various **Statistical Analysis** tools and techniques!

**Thoughts about Extrapolating**
by Bev D
17th August 2016 10:24 AM

1,317 | 10,712

**Supplier Quality Assurance and other Supplier Issues** (3 Viewing)
A focused forum on Supplier Quality Assurance and related Supplier (aka Vendor) issues as requested.

**Raw Material Supplier...**
by neash83
18th August 2016 06:53 AM

666 | 5,747

**Training - Internal, External, Online and Distance Learning** (1 Viewing)
Training and related topic discussions.

**HELP Training courses for...**
by Stijloor
16th August 2016 04:55 AM

742 | 6,285

## Registrars and National / International Organizations    collapse

**ASQ, IRCA, IATF, RABQSA, IMDRF and Related Organizations** (1 Viewing)
ASQ (American Society for Quality), IRCA (International Register of Certified Auditors), IATF (International Automotive Task Force), RABQSA, IMDRF (International Medical Device Regulators Forum), and related discussions.

**Sub-Forum(s):** ASQ Section Management

**HELP NADCAP In Manufacturing...**
by Cari Spears
17th August 2016 09:18 AM

235 | 2,990

**Registrars (Certification Bodies) and Registration**
The Registrar (Certification Bodies) and Registration Forum is for addressing Registrar and Registration specific issues.

**Supplier evaluation for...**
by QARAManager
5th June 2015 03:54 PM

383 | 5,889

## Information Resources - Files - Papers - Articles - Etc.    collapse
This forum contains various information resources.

**Book, Video, Blog and Web Site Reviews and Recommendations** (1 Viewing)
Read a book you would like to share or find a good web site or blog? Tell us! This forum is for books and sites

**Quality, design and related...**
by RoneyJames
8th August 2016 11:48 PM

270 | 1,842

Exhibit "A"

from all quality and
environmental arenas and
branches.

### General Resources (1 Viewing)
Various Uploaded Data and
other Information Files

**Sub-Forum(s):**
Outdated Threads

Seven Quality Tools - A...
by Stijloor
22nd August 2013 07:29 AM

35   124

### The Reading Room (2 Viewing)
Where members can
share "stand alone" articles
and "white papers" on
various subjects allied with
Quality and Business
Systems and Standards
Strategies.

**Sub-Forum(s):**
Registered Visitor Articles
Archive

Is a reading room a good idea...
by Anzaron1992
17th May 2016 12:03 PM

154   1,894

## Professional Employment and Occupation Related   collapse

### Career and Occupation Discussions (6 Viewing)
Questions, discussions and
comments about careers
and occupations. Resume
content and other
information can be
discussed here as well.

HELP Employee who has taken Sick...
by Marc
15th August 2016 04:47 PM

793   10,926

### Travel - Hotels, Motels, Planes and Trains
What hotels do you stay
at? Have you traveled by
train? Which airline do you
prefer and why? Travel
discussions, experiences,
news and
recommendations.

**Sub-Forum(s):** Meeting
and Dining Adventures with
fellow 'Elsmar Covers'

IMTS 2016 Chicago McCormick...
by Wes Bucey
25th July 2016 11:37 PM

144   2,537

### Immigration and Expatriate Topics
Many people now work
outside their 'native'
countries either for a
foreign company or for a
company in their home
country. Thinking of
moving? Questions and
discussions here.

HELP Immigration permit for...
by RoneyJames
8th August 2016 11:33 PM

29   290

### Job Openings, Consulting and Employment Opportunities (1 Viewing)
Members, Companies and
Recruiters - If you have a
position opening (job
opening), please post it in
this forum. Please - ONLY
post for specific, available
positions (including

QA Jobs on...
by Wes Bucey
4th November 2009 01:13 PM

11   32

consulting). Please - No 'Fishing'. Need to outsource Internal Audits? Find someone here!

### Paid Consulting, Training and Services
Elsmar Cove members offering specific services (such as internal audits and training) and/or consulting.

**Premier Quality Discussion...**
by Tara Monson
29th June 2015 03:11 PM

8    57

### Professional Certifications and Degrees (5 Viewing)
Please use this forum to discuss Professional Certifications including CQM, CQE, CQA, CSQE, CRE, CCT, CQT, CSSBB, ISTO, Six Sigma, QAI Software certifications, etc.

**RAC Regulatory Affairs Spring...**
by jyothirmai.24
3rd August 2016 07:54 AM

383    3,244

## Elsmar Cove Forum Essentials                                                    collapse

### Elsmar Cove Forum ToS and Forum Policies (1 Viewing)
Elsmar Cove Forum ToS (Terms of Service) and Policies are documented here.

**Job Postings - Replying to...**
by John P
5th June 2016 10:33 AM

25    356

### Forum Software - How to Do Things in the Elsmar Forum -- Instructions (1 Viewing)
GUIDE How To Do Things in the Forums - Detailed Use ("Work") Instructions - This forum contains information on 'How To' do things, such as Start a New Discussion Thread, or Add a Poll to a Thread or Attach a File to a Post in a Thread. Explanations of how the software features work.

**Why every time I post it...**
by Marc
4th August 2016 04:32 PM

110    868

### Forum News and General Information
Something new happening? Please post related topics here.
**Sub-Forum(s):** ■ Old Forum News and Issues Threads Archive

**The 'Thanks' button and the...**
by Marc
5th July 2016 06:49 PM

322    5,681

### Elsmar Cove Forum Suggestions, Complaints, Problems and Bug Reports
Please post Forum Software Suggestions, Complaints, Problems and Bug Reports here.

*Closed or Resolved:*
**Elsmar.com Website goes down...**
by Sidney Vianna
8th August 2016 05:21 PM

155    1,693

Exhibit "A"



## Elsmar Cove Forum Community Forums

Discussions of all sizes, shapes, forms and opinions that are NOT 'business' related. In short, Chit Chat and Community Discussions.

collapse

**Buy, Sell or Trade - NO Commercial Advertisements**
Looking for used equipment or trying to sell equipment? Books? Other stuff? Whatever. Post it here. PLEASE! NO COMMERCIAL ADVERTISEMENTS!

$ For Sale:
**ASQ CQM - OE (Quality...**
by Marc
    5th July 2016 05:41 PM

247    1,127

**Community Discussion Topics** (5 Viewing)
Elsmar Cove Forum Community Discussions.
Sub-Forum(s): ■ Brain Teasers and Puzzles ■ Coffee Break and Water Cooler Discussions ■ Covegratulations ■ Funny Stuff - Jokes and Humour ■ YouTube and Videos Forum

**Fire disaster in Southern...**
by Hershal
    17th August 2016 09:39 PM

2,911   49,383

**News!**
Sub-Forum(s): Organization and Company Announcements

**Microsoft to rip up P2P...**
by Marc
    21st July 2016 02:40 PM

742    5,189

**After Work and Weekend Discussion Topics** (3 Viewing)
Sub-Forum(s): ■ Home and Garden

**Upcoming MacOS - Sierra - 2016**
by Marc
    28th June 2016 08:16 AM

713    6,479

**Mark Forums Read**    **null**



Forum Contains New Posts

Forum Contains No New Posts

The time now is 08:21 AM. All times are GMT -4.
Your time zone can be changed in your UserCP --> Options.

**Contact Us** - **The Elsmar Cove Home Page** - **Privacy & DMCA/Copyright Information** - **Terms of Service** - **Top**

The Deming PDCA Cycle    ISO 9001 QMS Implementation    FMEA Information    APQP Information
Auditing Information    8-D Problem Solving    Statistics    Error Proofing (Poka Yoke)    Brainstorming
Identifying Waste    Pull Systems    Lead Time Reduction    Planned Maintenance    Quick Setup
Discovering Change    Process Capability - Cp vs. Cpk    Histogram Animation    Process Loop Animation    Taguchi Loss Function
Fishbone / Cause and Effects Animation    Cove Forum Sitemaps

NOTE: This forum uses "Cookies" -- The Elsmar Cove is *Copyright Free*.
A Peachfarm LLC Internet Property


QUALITY RESOURCES INTERNATIONAL

# Exhibit "B"

## Is it Time for a Class Action Lawsuit Against ISO 9001 Registrars?

by Christopher Paris | Jun 7, 2015 | Best Of, Opinion

First, let me frame this by limiting it to the US (and possibly UK) where class action lawsuits are part of law. I can't speak for other nations, and know that in many countries, there's no such thing.

We've seen in the past ten years the following trends blossom into routine:

- CBs routinely consult, in violation of ISO 17021, by providing advice, specific solutions, software, documentation and more – and then certifying clients who use such products. This dilutes the value of ISO 9001 certification for everyone, justifying a possible lawsuit.
- CBs routinely trade in the intellectual property and confidential information of their other clients, swapping it around. In one example, a CB auditor was found handing out copies of his other clients' Quality Manuals to new clients. In another example, an auditor was discovered discussing openly the implementation methods of another client, giving the information to a direct competitor. Such actions justify a possible lawsuit.
- CBs routinely violate their own contracts, by failing to provide audit schedules in advance, failing to show up to audits on time, and failing to write reports that contain required objective evidence. Such contract violations justify a lawsuit.
- CBs routinely send auditors to clients in industries where the auditors do

not have proper experience or skills, in violation of accreditation rules. Since compliance to the rules is part of their advertising and contract, these violations would justify a lawsuit.

- CBs invoke "punishment clauses" against clients who attempt to fire them, by demanding they pay the full balance of a 3-year contract in the event of early termination.

Finally, ISO 9001 is given to companies that routinely prove they are not following ISO 9001, and shouldn't have it to begin with: BP Oil (Deepwater horizon), Inflation Systems Inc (Takata airbags), Boeing Dreamliner subcontractors, and more. There is a real and current risk to public safety being felt by the public, while dangerous products are released into the market. Yet until these disasters strike, somehow these companies maintain ISO 9001 certification.

Such a lawsuit would probably be targeted at ANSI, in the US anyway, for mismanagement of our only accreditation body, ANAB. ANAB ultimately allows these things to happen on its watch, and it's time for them to answer for it. Since ANSI manages ANAB, they would be the focus. We can't expect the deeply conflicted ANAB to police itself.

In the UK this would be against UKAS. There, however, UKAS is subject to actual laws, and a criminal investigation might even be warranted.

ISO 9001 end users have both an intellectual expectation and a legal, contractually-bound expectation, that ABs and CBs conduct their activities in accordance with what they claiming their marketing and their contracts. Failure to do so is a breach of contract and likely business-to-business fraud. Failure to do so when working under government contracts may well be criminal fraud. But in the end, such behavior reduces the value of ISO 9001 worldwide, making those paying for it the victims.

In response to pushback, the CBs and ABs have resorted to the worst kinds

*Exhibit D* (watermark)

of "Chicago style" thuggery: threats, harassment, intimidation and bogus lawsuits. It's likely we will see some of this on display, right here in this discussion thread, in about five minutes. What CB reps lack as far as good judgment, they make up for in abundance with complete tone-deaf ignorance of their own bullying tactics.

Maybe it's time ISO 9001 end users got together to support each other, and forced the CBs and ABs to get their houses in order.

### About Christopher Paris

Christopher Paris is the founder and VP Operations of Oxebridge. He has over 25 years' experience implementing ISO 9001 and AS9100 systems, and is a vocal advocate for the development and use of standards from the point of view of actual users.

Mail I Web I Twitter I Facebook I LinkedIn I Google+ I More Posts

### More Blog Entries



CBs Now Offering "Ethics" Certifications, Because Ka-Ching

28 February, 2016

Exhibit 'B'



ISO 13485:2016 Published — Quick First Look

26 February, 2016



Risk-Based Thinking and the Low-Information Quality Practitioner

19 February, 2016



AS9100 Rev D Draft – Early Look at the Expected Changes

16 February, 2016



Annual ISO 9001 Conference Presents a Rogues Gallery of TAG Profiteers and Cronies

13 February, 2016



Another US TAG 176 Member Wants to Hide From Constituents

Case 8:15-cv-00011-EAK-TBM Document 104-1 Filed 08/22/16 Page 20 of 42 PageID 1194

12 February, 2016



This Guy Summed Up the Problems in the ISO 9001 Scheme Back in 2002, and He's Not Even in Quality

9 February, 2016

Source: US Registrars Falsified ISO 9001 Certificate Totals in 2013

6 February, 2016

g+

Designed by **Elegant Themes** | Powered by **WordPress**



Onebridge - Evidence Listing starting 20150221.xlsx

| # | Thread # | Start Date | End Date | Total Posts | Discussion Thread Title | Paris Related Post Number(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 1815 | 7/1/2001 | 9/1/2001 | 33 | Onebridge NG SPAM; Chris Paris- The 40 Day Wonder Implementation - A Scam or not? | All | Initial Confirmation. |
| 2 | 7465 | 9/16/2001 | 10/18/2004 | 12 | Copyright Material vs. File Sharing- Title 17 U.S.C. Section 107 | 11 | Do not link to, or copy from, Paris website. Edited out. |
| 3 | 8476 | 5/4/2004 | 10/21/2004 | 34 | Article Submission Rules and Guidelines - The FINE PRINT | 1 | Chris Paris files complaint with the Ohio Attorney. Edited out. |
| 4 | 8541 | 6/1/2004 | 6/24/2004 | 13 | May 2004 Articles Poll [Vote!] Thread | 10 | General over "Victor Articles" calling it a "Lottery". Edited out. |
| 5 | 8674 | 6/4/2004 | 6/8/2004 | 7 | Spreading FUD? IAAR Considers Imposing RAB Requirements on Internal Auditors | 1.5 | and states Marc Smith is ... promoting terrorism... |
| 6 | 8692 | 6/8/2004 | 10/22/2004 | 37 | Chris Paris of Onebridge: Waging a Personal War | All | |
| 7 | 8853 | 6/10/2004 | 6/10/2004 | 1 | Special Concession to Chris Paris of Onebridge | Single Post | Invitation to Paris to post. |
| 8 | 9029 | 6/10/2004 | 8/16/2004 | 148 | ASQ Forum Software and General Discussion about the American Society for Quality | 146 | Post soft delete. |
| 9 | 10285 | 7/15/2004 | 12/8/2004 | 26 | Has Anyone Been "Outed" and Got in Trouble Over Comments Made in Their Posts? | 3 | Edited out. |
| 10 | 14749 | 1/1/2006 | 11/18/2008 | 374 | The Next version of ISO 9001 (2008 version) - Any new? | 306, 307, 310. | Edited out. |
| 11 | 16389 | 5/1/2006 | 5/4/2006 | 5 | Should Quality Policy be marketing oriented? Contracting firm for aerospace software | 5 | Edited out. |
| 12 | 34361 | 5/27/2009 | 5/31/2009 | 81 | Is it possible to get ISO 9001 certification in 90 days? | 9 | Edited out. |
| 13 | 44792 | 11/19/2010 | 11/20/2010 | 6 | Getting Paid to Appeal Non-Conformities | | BOD forum and edited. |
| 14 | 46840 | 3/10/2011 | 3/12/2011 | 8 | Increasing the sense of participation. Membership! | 2 | BOD forum |
| 15 | 64860 | 8/6/2014 | 9/24/2014 | 9 | Who can perform ISO 9001:2008 Internal Audit prior to our Registration Audit? | NONE | TBD |
| 16 | 65036 | 10/20/2014 | 1/30/2015 | 79 | Chris Paris of Onebridge: At it again - October - December 2014 and January 2015 | All | BOF forum. |
| 17 | 66511 | 10/20/14 | 1/26/2015 | 4 | Chris Paris of Onebridge: At it again - January 2015 Status (LAWSUIT) | ALL | Lawsuit posted with a Twitter capture. BOD forum. |

As of 3/12/2015

Total Discussion Threads in the forum: **57,416**

Total Posts in Discussion Threads in the forum: **549,817**

Exhibit "C"

Compliance evidence C 20160318.tw.png

Thursday, August 18, 2016

      

- **Forum** Home Page
- Your **Control Panel**
- **Post Attachment Files**
- **Search Forum** Discussions
- **Search all** of Elsmar
- **Help**

## Exhibit "D"

from 2001 - The discussion that started this (was permanently deleted in February 2015).

**The Elsmar Cove Forum** (*http://elsmar.com/Forums/index.php*)
- **Controversial Discussion Topics** (*http://elsmar.com/Forums/forumdisplay.php?f=143*)
- -

# Oxebridge NG SPAM - Chris Paris - The 40 Day 'Wonder' Implementation - A Scam or not?

(*http://elsmar.com/Forums/showthread.php?t=1815*)

---

**Marc**                                                          15th July 2001 07:01 AM

**Oxebridge NG SPAM - Chris Paris - The 40 Day 'Wonder' Implementation - A Scam or not?**

These folks recently SPAMMED the quality NG with the following. Any comments, folks?

*******************************************

From: oxebridge@hotmail.com
Newsgroups: misc.industry.quality
Subject: How to get ISO 9001 registered in 40 days

Date: Sun, 15 Jul 2001 04:56:55 GMT
Organization: **RoadRunner - TampaBay**

Get ISO 9001 registered in as little as 40 days, **with no pre-existing quality system in place**.

--- Registrar of YOUR choice (no conflict of interest.)
--- Low impact program, does not intrude on operations.
--- Fully visible, on-site work, nothing "mailed in."
--- Inexpensive, as much as 1/3 the cost of leading competitors.
--- Includes training and hand-off of system after registration
--- Fully customized system, no boilerplate documentation.
--- Unprecedented success rate: ALL Rapid ISO clients have successfully registered, and ALL have maintained registration throughout surveillance.
--- No unethical "guarantees"--- just proven results (client references available.)
--- Free preassessment audit for qualified candidate companies.

Our proprietary "Rapid ISO Implementation Program" was designed by experienced ISO Administrators,

---

not "consultants," and presents real-world implementation strategies without unnecessary documentation, calibration, or burdensome meetings. Our Implementation Specialists are not consultants, but RAB-certified registrar auditors, with real world, "in-the-trenches" experience, that brings both the views of auditor and auditee to bear on the process.

You provide the commitment to quality; we'll do the rest.

---

## Al Dyer
15th July 2001 07:12 AM

Maybe they are a new branch of PJ!

---

## Marc
15th July 2001 07:23 AM

Among other things there are records requirements. I think these are folks who tell you to hire them technically as 'contract' personnel. They provide a person who serves as Management Rep through the audit. I think another one of the 'tricks' is a management review meeting at the start of the project - which gets a start on that requirement.

I guess what really gets me is the 40 day statement. Few companies with **no pre-existing quality system** is going to have enough history to show the systems are effective. I have seen companies where a registration audit was possible in 40 days but they had systems in place already.

They are aggressive **marketers**, and, like PJ, the marketing is probably highly effective.

---

## Al Dyer
15th July 2001 08:23 AM

I think there are many companies out there who have existing quality systems that are compatible with either ISO or QS. These companies are in a good position to become certified at any moment they choose, but for whatever reason have not elected to do so.

I think companies like this already have the committment to stable and progressive manufacturing systems and would elect to use a registration company with a proven track record of honesty and integrity.

You get what you pay for.

ASD...

---

## Graeme
15th July 2001 10:27 PM

It might be possible in a small organization where every single person is 125% committed to the goal. Not otherwise, IMHO. And beyond the initial registration, what is their success rate for surveillance audits?

Their web site appears to be down right now (Sunday evening). Maybe it's swamped by the thundering demand? :D Looking up the domain name in the Internet "whois" service reveals name, address and phone numbers for those who really want to know. ( http://www.networksolutions.com )

[This message has been edited by Graeme (edited 15 July 2001).]

## DICKIE

16th July 2001 03:50 PM

I wouldn't go anywhere near those people. Unless It's some mom and pop shop with 3 employees it's impossible. How could you write procedures and everything, much less have internal audit evidence. On second thought if you were making snow-kones I guess you could do It.

Greg

## Ross Simpson

17th July 2001 12:39 AM

Sounds a lot like PJ.
I think that most registrars want at least three months records prior to audit. Anybody who buys a pkg. like this is asking for trouble. BUT........Here's a better one !
There's a company in the UK that, for only 500 Lbs, will give you a cert! Just fill in a form, stating that you have a manual, have done at least one internal audit, send the money and PRESTO ! You're certified! WHat a scam. Just don't get caught by ANSI/RAB or some other REAL organization. I don't know the name of this company, but I'm sure if there's one, there's more. Best do the required work with a reputable registrar.

## D.Scott

17th July 2001 07:09 AM

My memory is not what it used to be but I seem to remember an interpretation by IASG on QS-9000 which stated that an applicant company could be audited and approved based on evidence that the documented quality system was in place. The effectiveness of the system could be demonstrated in surveillance audits.
If this were true, wouldn't a pre-packaged system with evidence of management participation (along with a few other smoke screens) be able to squeeze through this crack?
Just a thought but I know there are a lot of disgruntled auditors out there who could not pass the upgrade. Could it be that some of them have pooled all the "tricks" and are pushing the limits of the system?
As for "buying" a certificate, the same goes on right here in the good old USA. When we were scouting registrars one of them (mentioned earlier in this string but I won't say who)came right out and asked where we would like to hang the certificate.
I am not surprised that this new service has started. If there is a way to make a buck, somebody will do it. Watch for the "Shortcut Registration Accreditation Board" opening next month.

Dave

## Alf Gulford

17th July 2001 03:52 PM

The site is open now.

While I didn't (and won't) spend too much time looking through it, I did note that they claim companies with up to 150 employees (and even some 300 employee companies) qualify for the 40 day program.

Interesting, but not very.

Alf

## energy

17th July 2001 04:26 PM

What's the problem?
It says,
"However, a true estimate of implementation time must be determined via an on-site audit (see our free audit offer). Secondly, many registrars will not perform an audit on a company whose Quality System is not at least 12 weeks mature, and the entire implementation process is dependent on the company's level of management commitment. OQR makes no guarantees of a client's ability to pass registration audits! Beware consultants who do make that claim."

That's their out! Just a great come on. No guarantees. And the entire implementation is dependent on Management's commitment. Nothing new.
energy

[This message has been edited by energy (edited 17 July 2001).]

---

### Ross Simpson

18th July 2001 12:20 AM

I agree with Greg.Maybe a two person operation, making die punched washers could get by with it, but even then I have my doubts.
Just noticed in the first post what may be the key phrase:"in as little as 40 days".Should add "MAY take a little longer, depending on HOW BIG YOU ARE!"
Still haven't been able to get their web site. Jeez, maybe somebody caught onto them.
Think I'll stick with the one I've got.
Later.........Ross

---

### Marc

10th August 2001 04:07 AM

And here is the latest from the front:-

+++++++++++++++++++++++++++
I wasn't going to post this exchange, however it appears Christopher Paris has decided to write to individual members of the Cove forums. I present the following for everyone's amusement:
++++++++++++++++++++++++++++++++++++++++++++++++++++
To all NG readers:

For those of you who might be interested, I place the following into the public domain of this NG and the internet as a whole. It is quite obvious the guy is a bit of a wingnut and I had not planned to post this partial exchange of e-mails. However, it seems Christopher has chosen to write e-mails to many Cayman Cove forum members. These e-mails to forum members are, of course, more of his advertising and rhetoric.

Christopher took up this cause before - last year as I remember - when he initiated a brief hate campaign against my following the common practice of repeating interesting news group postings in the Cayman Cove forums as if the News Groups are somehow copyright protected and as if fair use doesn't exist. I do this to promote discussion on topics I believe are important. Many, many sites do this same thing. For almost 6 years the Cayman Cove has been helping people for free in quality assurance issues through the Cayman Cove public forums. I have spent thousands of dollars and thousands of hours of my time in order to help keep people informed at no cost to them.

Several forum members wrote me and attached copies of the advertisement Christopher sent them. As is obvious, he got the e-mail addresses from the Cove forums. I personally don't see this as a big issue but then again some others might.

If you read through, my complaint is based mainly on 3 issues:

1. Christopher SPAMS the NG - Well, we've all gotten used to him doing that so it's not a 'giant sized' issue.

2. He categorizes consultants and depreciates us as if he him self is not a consultant - which he most surely is by definition. This really does get my goat, so to speak. Like the pot calling the kettle black. I have to admit, this really pisses me off.

3. His advertisement copy is misleading and deceptive to say the least. The '40 day' plan is admittedly not impossible for SOME companies, but for most companies it is a pipe dream. My pappa used to tell me "If it seems too good to be true, it usually is. Make decisions carefully." Unfortunately, as we all know, some folks just can't get it through their heads that buying more magazine subscriptions does not give you a statistically better chance at winning the Publishers Clearinghouse Sweepstakes drawing.

Christopher's miracle '40 day plan' has been discussed before at some length. One such recent discussion (which was prompted by Christopher's SPAMMING the NG) is at:
http://Elsmar.com/ubb/Forum9/HTML/000066.html

Whether or not Christopher is 'happy' about others discussing his '40 day plan' is of no concern to me. Nor do I feel it requisite to notify everyone and every company which we discuss that they are, in fact, being discussed. That's simply silly.

In the discussion linked to above you will note that it was started as, and continues as, a discussion of Christopher's 40 day Wonder 'program'. It is not, as he stated in so many words, a controlled attack on his imnplementation methodology. Rather, it was and is a discussion of it. It is obvious Christopher does not like such discussion unless HE can CONTROL the discussion any more than politicians want details of their programs and meetings revealed, not to mention their 'youthful indiscretions'. It makes it difficult when someone challenges your claims and all the t's and conditions are pointed out. When people find out the details the smoke and mirrors fade away, and the essence is laid bare.

At one point Christopher states,
-> Your behavior on the newsgroup, your website and in
-> business only solidify my opinion of traditional
-> consultants as bottom-feeders

Gee... We're all bottom feeders. Maybe there's a law somewhere....

If you peruse his advertisement and his e-mails herein, I believe you will see who the anti-Christ is.

Christopher went to the forums, copied peoples e-mail addresses of readers and sends them each his advertising and hate e-mails. This is from his 'propaganda base' sent to many forum members:

-> I am not about to add further credence to Cayman's
-> ill-advised practice of robbing newsgroup posts to build
-> its site content, and failing to notify the original
-> authors. Only by a thorough search did I happen to find
-> his latest thread, criticizing my company under very
-> controlled conditions. This is certainly not a criticism
-> of the contributors, just the methods of its moderator.

Let me first start out by again saying read the discussion thread. His claims were posted, including a link to his site. From there people made their own comments about Christopher's company's claims. I don't call this "controlled criticism".

And - Robbing NG posts? Come on, now, really. As if NGs are not public domain. Forum members know

I scour NGs, ListServes, news postings and many other resources for interesting topics to bring to light for discussion. Is this my nefarious method of building my sites 'hits'? Well, I guess everyone can have a conspiracy theory. We at the Cove try to keep up with what's new. With what's happening. And what's interesting. I do this because I care. I believe in vigorous discussion. After almost 6 years on the internet I am well past the stage where 'hits' were impotant. People come to the Cove, including the forums, for information and help. And we're there for them.

At this point I will end my narrative and let the e-mail exchanges speak for them selves.

*****************************

Received: from hotmail.com (oe57.law11.hotmail.com [64.4.16.192]) by qs9000.com (8.11.2) id f78LY2442585; Wed, 8 Aug 2001 15:34:02 -0600 (MDT)
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC;
Wed, 8 Aug 2001 14:33:52 -0700
X-Originating-IP: [24.26.87.234]
From: "Christopher Paris"
To: "Marc Smith"
Subject: Re: How to get ISO 9001 registered in 40 days
Date: Wed, 8 Aug 2001 17:33:49 -0400

Marc:

I currently contract as an RAB certified registration auditor with at least two registrars of Cayman clients. I have already had to recuse myself from registration audits of these clients because of our previous interactions. The conflict of interest extends to any public comments I might make on your clients' consultant (that is, Cayman), so cannot respond to your post. I am sure that you understand this is to abide by our profession's (and the RAB's) ethical guidelines.

Rest assured, I will NOT audit a Cayman client.

As for my post, sorry I can't fulfill your desire for a fight. Let the folks on the newsgroup think you won. If you'd like to chat about this, feel free to call me at 863-651-3750.

Please do not reprint this private correspondence on your site or elsewhere; this was written for your eyes only.

Christopher

****************************************************
## My response:

Date: Thu, 09 Aug 2001 08:53:17 -0400
Subject: Re: How to get ISO 9001 registered in 40 days
From: Marc Smith
To: Christopher Paris

On 8/8/01 5:33 PM, Christopher Paris at oxebridge@hotmail.com wrote:

> Marc:
>
> I currently contract as an RAB certified registration auditor with at least
> two registrars of Cayman clients. I have already had to recuse myself from
> registration audits of these clients because of our previous interactions.

Simply silly. I don't like UL because it's stringent but I'll prepare a client for them. I see no reason for

you to preclude yourself from any of my clients registration or surveillance audits simply because there are areas we personally disagree on. I see absolutely no conflict of interest there.

> The conflict of interest extends to any public comments I might make on your
> clients' consultant (that is, Cayman), so cannot respond to your post.

So far, almost to a client, every registration audit has brought unsolicited positive comments from the auditors including "...you really got your money's worth..." The last registrar pulled me aside after the audit when we were at our cars leaving and told me how impressed he was with what I had done for the client. He wanted to discuss my implementation methodologies.

I wouldn't expect you to comment negatively without a reason and evidence. Since I have never had a client even come close to failing an audit, I'm not sure there's much you could say except that maybe you 'personally' might have done something differently. If you were to audit one of my clients I would expect you to assess them on their systems and compliance - not on who helped them.

> I am sure that you understand this is to abide by our profession's
> (and the RAB's) ethical guidelines.
>
> Rest assured, I will NOT audit a Cayman client.

I have no idea why not. You're supposed to be auditing them, not me. As an auditor, I would assume you would not savage a company during an audit simply because I helped them through their implementation. I would be more than happy for you, or any other auditor, to audit any of my clients - past, present or future. Raising the 'ethics' issue is a red herring and you know it.

> As for my post, sorry I can't fulfill your desire for a fight. Let the
> folks on the newsgroup think you won.

It's not 'a fight'. Nor is it a matter of win or loose. It's a matter of sticking with facts and not name calling. It's a matter of being honest. I personally responded to your NG post because I get tired of hearing one consultant tell folks other consultants are assholes - but that you are different, that you're not a consultant. What you say may be good advertising copy, but it's not accurate and it's inflammatory.

As I said, there are a number of threads on NGs and BBSs about your advertisement. Few say a 40 day 'implementation' is impossible (and I agree) - IF---- and a litany of IFs follows. Most simply laugh as we all know the typical company will not be 'eligible' for the 40 day program. Most are, shall we say, disappointed that you denigrate consultants as you do.

> If you'd like to chat about this,
> feel free to call me at 863-651-3750.
>
> Please do not reprint this private correspondence on your site or elsewhere;
> this was written for your eyes only.
>
> Christopher Paris

Bottom line is if you slam consultants you should be ready to be slammed right back.

Regards!

Marc T. Smith
Cayman Business Systems
8466 Lesourdesville - West Chester Road
West Chester, OH 45069-1929

Exhibit "D"

```
***************************************************
```
## Then I got this:

From: Bill
Subject: FW: 40-Day ISO 9000 Implementations
Date: Thu, 9 Aug 2001 13:08:10 -0400

Marc,

I guess you put a burr under his saddle. As for the remark regarding "Cayman Business Systems does not sell, give away or in any way reveal/communicate any information about anything to any person, any company or any other entity inclusive of log files, e-mail addresses and cookie information." "If that were true, I wouldn't be writing you right now.", I say who cares? He could have sent this to me using the e-mail function in the Cove. It doesn't matter. Profiles are posted, e-mails provided, voluntarily, with issues of confidentiality a non issue. Go for him, as only you know how. What a gas!

Bill

-----Original Message-----
## Then a hot one from Mr. Christopher to another Froum Member:

From: Christopher Paris
Sent: Thursday, August 09, 2001 11:54 AM
To: wef at tenergywater.com
Subject: re: 40-Day ISO 9000 Implementations

I am not about to add further credence to Cayman's ill-advised practice of robbing newsgroup posts to build its site content, and failing to notify the original authors. Only by a thorough search did I happen to find his latest thread, criticizing my company under very controlled conditions. This is certainly not a criticism of the contributors, just the methods of its moderator.

Anyone interested in details of 40-Day Implementations email me directly. I would be glad to talk about Rapid implementations, not from a sales or marketing aspect, but to answer your specific questions. There are no "secret tricks." I can tell you I am honestly and totally astounded that it would take any consultant MORE than 40 days to implement ISO 9000, and might have a few questions of my own for you.

You may also wish to review Cayman's published privacy policy against its practice:

"Cayman Business Systems does not sell, give away or in any way reveal / communicate any information about anything to any person, any company or any other entity inclusive of log files, e-mail addresses and cookie information."

If that were true, I wouldn't be writing you right now.

Christopher

This is a private communication, not to be reposted in any public forum without the author's approval.


## I guess Christopher is fishing for customers from Cove forum participants.
```
***************************************************
```

Date: Thu, 09 Aug 2001 13:46:40 -0400
Subject: Re: 40-Day ISO 9000 Implementations

From: Marc Smith
To: Bill

Well, he's written me twice - I responded once. Shall we say BIG BURR in the ol' saddle! I had no idea he responded to you as well!

-> "Cayman Business Systems does not sell, give away or in
-> any way reveal/communicate any information about anything
-> to any person, any company or any other entity inclusive
-> of log files, e-mail addresses and cookie information."
-> "If that were true, I wouldn't be writing you right now."

This is basically true in the case of e-mails - there are a lot floating around but that's pretty much routine and they are not used for tracking or sold or anything. But yeah - he's being a pompous *** as far as I'm concerned. Not to mention that, like is so often done in politics and the news, Christopher cites one part of the Cove privacy policy ( http://Elsmar.com/entry2.htm at the bottom of the page), takes it out of context and - well, you've seen it before so..... It's like listening to Rush.

I honestly wanted to **** him off and I told him why. I do not like fools like him berating consultants when he himself is one. His SPAMMING the NG is not surprising - he does it now and again. But like I say - he uses "fightin' words" in his advertisement copy. I'd shut up if he didn't use such bull in his SPAM. Our exchange went like this (my reply to his first e-mail - which, of course, includes his original text to me):

*********************
Here I copied him on Christopher's e-mail to me and my response above.
**************************

---------------------------
NOW - if you want to talk about a burr in his saddle, he then sent me the following (which I really haven't read in detail and don't plan to respond to - although I would LOVE to in public just to REALLY **** him off... This has reached the absurd. Anyway, here's his last epistle to me:
---------------------------
Marc:

For reasons only known to you, you've personalized the debate. You take my criticisms of consultants as a whole as a personal insult, and respond with personal attacks, accusations, false quotes, intentional misinterpretations and (worse still) vulgarity. You have consistently and publicly represented me personally as a liar, with the direct intent to dissuade companies from using me personally; that is quite a different tack to take then pointing out deficiencies in an industry, and the legality of that tack is in question. You have subsequently insulted all of our current clients in the process. And you blithely drop your own clients' names while doing it, which is an inexcusable ethical error.

Not sure why you aren't aware of the professional ethics guidelines, but I am. Your clients are better for it.

Your behaviour on the newsgroup, your website and in business only solidify my opinion of traditional consultants as bottom-feeders who have to pick fights to gain clients. That's not what my company is about, and exactly the reason I distance myself from your ilk. You'll note, however, that I give you the respect not to publicly air my opinion of you personally, which is why (again) I disallow you from reposting this private email in any forum.

Does this mean I won't market or contribute on the newsgroup? Not at all. In fact, I appreciate that your posts satisfy two major needs for me: (1) they drive hits to my site, and (2) they prove my point about consultants. But I could do without the libel.

As for any threads regarding our programs, I only contribute to that single newsgroup. If you have

transported them again to your own commercial forum in order to boost your site's content & traffic, and to criticize my company & clients behind their backs, you have not (again) notified me as per my previous request. And that's *exactly* the kind of behaviour that (thankfully) separates folks like you and myself.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Bill
To: "'Marc Smith'"
Subject: RE: 40-Day ISO 9000 Implementations
Date: Thu, 9 Aug 2001 14:03:04 -0400

Marc,

It appears that this individual has a lot of free time on his hands to spend it festering, sending e-mails to you, and now, Cove participants. If you do decide to respond, please mention that a few of the Cove participants aren't too happy with his unsolicited e-mail about topics that they could care less about(I'm sure you will get more). In fact, the very tone of his message is childlike, very unprofessional, personal in nature and what I consider a waste of my valuable time and his. Additionally, you can post this, if you choose, as an example. After all, I didn't post his message to a public forum as "warned" about. As for his instructions to me about that very thing, I'll send them anywhere I choose. I don't work for him and intrusion into my workplace and personal e-mail is what I consider "unethical" practices. So there!

Bill

-----Original Message-----
From: Marc Smith
Sent: Thursday, August 09, 2001 1:47 PM
To: Bill Fennelly
Subject: Re: 40-Day ISO 9000 Implementations

Well, he's written me twice - I responded once. Shall we say BIG BURR in the ol' saddle! I had no idea he responded to you as well.

-> "Cayman Business Systems does not sell, give away or in
-> any way reveal/communicate any information about anything
-> to any person, any company or any other entity inclusive
-> of log files, e-mail addresses and cookie information."
-> "If that were true, I wouldn't be writing you right now."

This is basically true in the case of e-mails - there are a lot floating around but that's pretty much routine and not used for tracking or sold or anything. But yeah - he's being a pompous \*\*\* as far as I'm concerned.

I honestly wanted to \*\*\*\* him off and I told him why. I do not like fools like him berating consultants when he himself is one. His SPAMMING the NG is not surprising - he does it now and again. But like I say - he uses "fightin' words" in his advertisement copy. I'd shut up if he didn't use such bull\*\*\*\* in his SPAM. Our exchange went like this (my reply to his first e-mail - which, of course, includes his original text to me):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: Thu, 09 Aug 2001 14:27:06 -0400
Subject: Re: 40-Day ISO 9000 Implementations
From: Marc Smith

Exhibit

To: Bill

I'm going to wait it out for a bit and enjoy. I'm working on the web site and - well, half fun and half work. It's pretty much a hobby as anything else.

I agree with your evaluation of the discourse which has passed and of your evaluation of his 'personality'. So it goes. I don't know that I'll post it because it took on a lot of anger and hate. I'm not sure it would benefit anything or anyone. I pretty much believe people with minds see through the facade he presents. The rest buy the National Enquirer and/ or People at the grocery and watch FOX newstainment. And they believe it all. I don't worry about them. I'd be up nights if I did.

Thanks for the comments! Always nice to know one is not alone in the boat,
so to speak.

***************************

Date: Thu, 9 Aug 2001 12:06:33 -0700 (PDT)
From: James
To: Christopher Paris
Subject: re: 40-Day ISO 9000 Implementations

Christopher,

I wish I knew what you were talking about. By the way, what company do you represent? Sounds like P.J.

Cayman Cove is just a group of people, some new and some professionals that try to help juggle the specifics of the different quality systems. Anything that is posted is posted by members and people trying to untangle the regulations.

ASD...

On Thu, 9 Aug 2001 11:54:06 -0400, Christopher Paris wrote:

| I am not about to add further credence to Cayman's ill-advised practice
of
| robbing newsgroup posts to build its site content, and failing to notify
the
| original authors. Only by a thorough search did I happen to find his
latest
| thread, criticizing my company under very controlled conditions. This is
| certainly not a criticism of the contributors, just the methods of its
| moderator. I would be glad to talk about
| Rapid implementations, not from a sales or marketing aspect, but to
answer
| your specific questions. There are no "secret tricks." I can tell you I
am
| honestly and totally astounded that it would take any consultant MORE
than
| 40 days to implement ISO 9000, and might have a few questions of my own
for
| you.
|
| You may also wish to review Cayman's published privacy policy against its
| practice:

| "Cayman Business Systems does not sell, give away or in any way reveal /
| communicate any information about anything to any person, any company or any
| other entity inclusive of log files, e-mail addresses and cookie
| information."
|
| If that were true, I wouldn't be writing you right now.
|
| **Smith has no idea how he got this person's email address, but Smith did not give it out.**
|
| Christopher Paris
|
| This is a private communication, not to be reposted in any public forum
| without the author's approval.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

So folks, that's the scoop.
As Fox News says: We Report - You Decide!

++++++++++++++++++++++++++++++++++++++++++++++++++++

Regards!

Marc T. Smith
Cayman Business Systems
8466 Lescourdesville - West Chester Road
West Chester, OH 45069-1929

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is NOT a PRIVILEGED AND/OR CONFIDENTIAL communication. No e-mail is....

Whether or not you are the intended recipient, you and I both know you can read, copy, or use it, and disclose it to anyone you like. You can post it on the internet or in any public forum or venue in any format, including, but not limited to, electronic, internet, print, or photocopy, on your local grocery store public postings board or anywhere else. To think an e-mail is anything otherwise is silly wishful thinking only a lawyer or a fool would expect. If you have something to hide from the public, I suggest you consider another method of communication. But remember - Even a FAX can be easily intercepted.

---

**Randy**                                                    10th August 2001 08:31 AM

After reading this dudes tripe I'm glad UL didn't think I was qualified to be an Auditor for them. (I may be out of line. If so I apologize to the bottom of my cold, cold heart).

40 days may be adequate for some small mom & pop company, but large corp's can take longer than that to just do the awareness training for all employees.

I just do not believe there is any way to prove within 40 days that a system is functional. IMHO

Randy

---

**Michael T**                                                10th August 2001 10:37 AM

Welllll... that was fun reading... *laff* Good distraction for a Friday morning.

40 days, huh? I've spent more than 40 days simply thinking about how to approach implementing just one element of the ISO standard (Design & Development) trying to get our shop ready for the 2000 upgrade. Oh sure -- I could go out and get a canned package and just "insert your company name here", and perhaps be done in 40 days. But what's the point? If ISO is to be a living, working part of the quality management system, it needs to be implemented using current work practices and adapting those, and the standard to an integrated fit. There would be no buy-in, no sense of ownership, if I were to go the "canned" route.

As far as consultants go... those that I know and have known, are by and large, some of the most knowledgeable and ethical individuals I have met. They have to be. Their careers are built on their reputation and their ability. Sure, I'll admit that there are those out there who are less than scrupulous - but then - they don't last, do they?

Anyway, JMHO....

Cheers!!!

Mike

---

### E Wall
10th August 2001 02:59 PM

You've all addressed the professional side so no need to add more to it...just, ECHO, ECHO, ECHO!

On another note...Does this guy not have a clue that mail (in any form) is the property of the recipient not the sender? If he doesn't want it spread around he shouldn't write it or communicate it in manner!

Marc, I applaud your perserverance and suggest we all just ignore him! (imagine what a tizzy that will put him in)

---

### Ross Simpson
11th August 2001 12:01 AM

All: I, too, have received e-mail from Mr. Paris. My comments: "Christopher, butt out. Go do your advertising elsewhere and leave the Cove forums to the people who use them as they were ment to be used, I.E. Discussion and information of QMS/EMS.If you don't have anything constructive to say, don't say anything. Just don't degrade and slam people who are pretty dammed good at what they do, myself included (three degrees, four professional certs, thirty-five years quality mgmt., nine companies ISO certified in past ten years, this present one multi-site,five world wide). Having read your garbage, I refuse to lower myself in any further discourse in any form.I believe you should do the same". Venting over, let's get on with the show.
Marc, please keep up the good work.
Ross Simpson

---

### Randy
2nd September 2001 11:57 AM

It seems that many of us have been quoted on the web site that was advertised in this thread.

---

### Marc
2nd September 2001 12:16 PM

Quote:

---

*Originally posted by Randy*
**It seems that many of us have been quoted on the web site that was advertised in this thread.**

---

How so? Do they now have a Cove Forums Response page? Give us a specific URL if you have it handy.

---

## D.Scott

4th September 2001 07:36 AM

**40 day "comments page"**

Mark - here is the URL:

### DEAD LINK REMOVED ###

Dave

---

## Marc

4th September 2001 08:19 AM

I guess I'm missing something... I thought at least the guy would have enough balls to cite the source - the Cove, of course. Like his advertisement of 40 days he distorts by taking many comments out of context. Guys like that are something else. There's always someone with a Miracle Cure.

As if he's not a 'typical' consultant'. Thanks for the URL. It's appreciated.

---

## Randy

4th September 2001 08:20 AM

While I don't discount that this can be accomplished, I just have a hard time trying to accept that a viable, conforming, working system can be placed in operation in 40 days.

As an auditor myself, I have to ensure that all elements of a system are performing as required before I can recommend certification. 40 days from beginning of implementation to registration just does not allow for corrective and preventive action and other elements to mature. IMHO.

I mis-spoke myself on the UL thing. I was reading between the lines and thought that UL was endorsing the 40 day program. Please forgive me UL and UL lovers for my error. I cannot sleep thinking you might be mad at me. :(

---

## Marc

4th September 2001 08:40 AM

I noticed that his page says these were quotes from 'traditional consultants'. As happens so often in politics and the 'info-tainment' many now call 'The News', he fails to do his research - or is outright lying. Most of the posters he cited are, in fact, not consultants but rather people actually working in companies and real live auditors! We can't say he is lying because he'll say he simply failed to research the 'profile' of those whose posts he cites...

I guess he's still pissed about this thread...

(BTW - With regard to the UL post: Remember - you CAN edit your posts.)

---

## Michael T

4th September 2001 09:19 AM

Well... how 'bout that... I'm famous... :rolleyes: and a consultant to boot. Ummmm... I guess I need to come up with a catchy business name, get business cards, start getting a client list together.... ;)

This guy is amazing... I wish he had included the rest of my statement....

"Oh sure -- I could go out and get a canned package and just "insert your company name here", and perhaps be done in 40 days. But what's the point? If ISO is to be a living, working part of the quality management system, it needs to be implemented using current work practices and adapting those, and the standard to an integrated fit. There would be no buy-in, no sense of ownership, if I were to go the "canned" route."

But wait... that wouldn't benefit him, would it?

What next?

Cheers!!!

Mike

## Marc

4th September 2001 09:44 AM

He could have at **least** cited the source - The Cove, of course! But then, anyone who reads through the whole thread might .... figure things out.

## CarolX

4th September 2001 10:46 AM

Here's something to think about...

If this "40 Day Implementation" works so well, why is Oxbridge spending all this energy defending it???? Why can't it's reputation stand on it's own?

JMHO

CarolX

## Randy

4th September 2001 11:40 AM

The only thing traditional about me is God, mom, apple pie and the American Flag.

I flat out tell people that ISO 14000 (the Environmental dealy) is more about money, cost savings and improving market share than it is about protecting the Spotted Owl, old growth forest, the Ozone layer, and all that other tree-hugging ****. Of course people are agast at my saying so. I just tell them to go to the ISO home page itself and see what the 1st 3 of the 5 listed business benefits are:

*reduced cost of waste management
*savings in consumption of energy and materials
*lower distribution costs
*improved corporate image among regulators, customers and the public
*framework for continous improvement of your environmental performance

I spent my all of my early military career and a much of the later part (28.5 years total) in un-coventional (non-traditional) warfare. I am an un-conventional person and I conduct my business that way ( I try to win hearts and minds. When you do that, their butts will follow). Choke on that 40 Day Dude!!!!!!!!

---

## Marc
4th September 2001 12:14 PM

> I am an un-conventional person and I conduct my business
> that way

AH! A 'typical' Cove visitor! But - then again, The Cove has never been 'establishment' oriented. We areTHINKING individuals who stand on our accomplishments!

---

## JRKH
4th September 2001 12:29 PM

**Implementation = registration?**

As a famous indivual once said, " It depends on what the meaning of is is." This guy promises "implementation" in as little as 40 days. He does not say "registered" in 40 days, or even ready for registration in 40 days.

So they come barreling in, write up the documents, have a meeting announce the new system and Poof!!!! your new system is implemented. No history, no CA's no PA's, no audits, no revs to show activity and growth, but by golly they got your system implemented.:rolleyes:

I noticed that most of the clients linked to the site are electronics firms. These guys probably already had a pretty good system in place. Just by the nature of the industry.

And for anyone wanting to quote me, I am NOT a consultant. I am in the trenches.

I haven't looked at their product so I won't knock it, but I sure as hell don't like their advertizing.

James

Exhibit D

---

## energy
4th September 2001 01:05 PM

**I can do it**

40 days? What's the big deal?
I can do the implementation in 5 days or less. Just send me the check. Any amount. The more it is, the faster I respond. I'll be right over. You know me, I can, I can, I can. In fact, just ask me if I can. :cool: In fact, 40 days is way too long for this type of ****.
C'mon quote me.

Here I go again.

energy;)

---

## Marc
4th September 2001 01:37 PM

Quote:

> *Originally posted by energy*
> **40 days? What's the big deal?**
> **I can do the implementation in 5 days or less. Just send me the check. Any amount.**
> **The more it is, the faster I respond. I'll be right over. You know me, I can, I can, I can.**
> **In fact, just ask me if I can. :cool: In fact, 40 days is way too long for this type of**
> **\*\*\*\*.**
> **C'mon quote me.**
>
> **energy;)**

Yeah. Big talk... Can you do it standing on your head? :confused:

---

## energy
4th September 2001 01:42 PM

**On my head?**

Marc,
Of course I can do it standing on my sparsely covered head. The problem is, that with all the rapid
implementation stuff I'm dispersing, I could be in for a rather unpleasant shower.:D
energy

---

## Marc
4th September 2001 01:47 PM

**Re: Implementation = registration?**

> Quote:
>
> *Originally posted by JRKK*
>
> I noticed that most of the clients linked to the site are electronics firms. These guys probably
> already had a pretty good system in place. Just by the nature of the industry.

This is key. You are 100% correct.

---

## Laura M
4th September 2001 03:36 PM

I hope he had as much fun putting together his page as I've had reading this....

Did anyone read the Implementation plan? A "team" comes in an implements the system while you
"watch and learn." (I'm paraphrasing - but that was the jist of it). Then they leave and what happen?
Are internal audits effective enough to hold the system together?

I also want to know what a "traditional consultant" is. At 2 of my companies, I'm actually on the org
chart as quality manager - they are too small to afford a full time quality manager. At another I mostly
did the training after they decided what they needed - at another, I'll be the "external/ internal auditor"
because they too are too small with high turnover.

Bottom line is 20, 40 or 180 days doesn't matter. What matters is the company "inventing the system"

themselves or they don't feel ownership, don't understand it enough to improve it, and eventually are reestablishing it because it wasn't maintained. (Oops - that's the other 2 clients)

The time now is 11:47 AM. All times are GMT -5.
Your time zone can be changed in your UserCP --> **Options**.

---- Default Forum Skin —

**Contact Marc** - **Elsmar Cove Home Page** - **Admin** - **Mod** - **Elsmar Cove Archive** - **Privacy & DMCA/Copyright Information** - **Top**

| | | | |
|---|---|---|---|
| The Deming PDCA Cycle | QMS Implementation | FMEA Information | APQP Information |
| Auditing Information | 8-D Problem Solving | Statistics | Error Proofing (Poka Yoke) |
| Identifying Waste | Pull Systems | Lead Time Reduction | Planned Maintenance |
| Discovering Change | Process Capability - Cp vs. Cpk | Histogram Animation | Process Loop Animation |
| | | Fishbone / Cause and Effects Animation | |

Brainstorming

Quick Setup

Taguchi Loss Function

**FAIR USE and CORRECTNESS NOTICE:** This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe herein constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/ If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner. In addition, I do not guarantee the correctness of the content. The risk of using content from the Elsmar Cove web site and forums remains with the user/visitor.

**Responsibility Statement:** Each person is responsible for anything they post in the Elsmar Cove forum. Neither I, Marc Timothy Smith, nor any of the forum Moderators, are responsible for the content of posts people make. Liability for post content resides with the poster as does interpretation and/or acceptance and/or use of advice by the reader.

**Complaints**: If you have a complaint with a post in a forum discussion thread, including Content in general, fighting, flaming, copyright infringement, defamation and/or 'slander', please use the 'Report This Post [icon] button which appears at the top of every post in every thread.

Site courtesy of:
Marc Timothy Smith - Cayman Business Systems, 8466 Lesourdsville-West Chester Road, West Chester, Ohio 45069-1929 - USA

(513) 341-6272

*If you are having problems Registering, Activating your Registration, or other problems, you can phone me in the US. I'm not here 24/7/365, but if I'm here I'll try to help.*



# Exhibit "E"

1. <u>EXCHANGE OF CONSIDERATION:</u> As consideration for this mediation settlement agreement, the parties hereby agree that the following matters shall be performed in settlement of this claim:

*Will be sent by 18 June*

1) DEFENDANT SHALL REMIT $8,500 (EIGHT THOUSAND FIVE HUNDRED DOLLARS) TO PLAINTIFFS BY DELIVERY OF A CHECK PAYABLE TO WILLIAM R. WOHLSIFER P. WITHIN 30 DAYS OF THIS AGREEMENT AS THE FULL SETTLEMENT PAYMENT.

*7 June R15*
*Done 7 June Video Evidence*

2) WITHIN 30 DAYS FROM THE DATE OF THIS AGREEMENT, DEFENDANT SHALL:

A) DELETE OR OTHERWISE REMOVE (i) THE FACEBOOK PAGE FOR ELSMAR.COM; AND THE TWITTER ACCOUNT FOR ELSMAR.

*Done 7 June 2015*
*Done 7 June 2015*

B) DELETE OR REMOVE THE (i) LINKEDIN BUSINESS PROFILE *(Group)* FOR ELSMAR.COM; AND (ii) THE GOOGLE PLUS ACCOUNT FOR ELSMAR.

*WRM*
*Done 7 June 2015*

C) SIGN A LETTER, TO BE PREPARED BY PLAINTIFFS' COUNSEL, CONSENTING TO REMOVAL OF ELSMAR.COM POSTINGS REFERENCING PLAINTIFFS FROM GOOGLE.COM; and *IF REQUESTED IN WRITING BY PLAINTIFF*

*one To google.com yes into*

D) SHUT DOWN AND CEASE OPERATING WWW.ELSMAR.COM AND WILL NOT OPERATE ANY SIMILAR WEBSITE RELATING TO THE "ISO" INDUSTRY IN THE FUTURE (HOWEVER DEFENDANT SHALL RETAIN ALL OWNERSHIP AND RIGHTS RELATING TO WWW.ELSMAR. COM

*Sell to a company*

3) THE PARTIES SHALL FILE WITHIN FIVE (5) DAYS OF THIS AGREEMENT A NOTICE OF SETTLEMENT PROVIDII

*See #6 on Page ambiguity*

Page 2

**This shows Smith, immediately on his return from the MSA, set out to comply with its terms.**

```
 1  Case 8:15-cv-00011-EAK-TBM
 2
 3  THE UNITED STATES DISTRIC COURT
 4  MIDDLE DISTRICT OF FLORIDA
 5  TAMPA DIVISION
 6
 7  Office of the Clerk
 8
 9  Sam M. Gibbons
10  U.S. Courthouse
11  801 North Florida Avenue
12  Tampa, Florida 33602
13
14
```