LAW OFFICE OF
# WILLIAM R. WOHLSIFER, PA



1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

July 23, 2015

Christopher Paris
Oxebridge Quality Resources Int'l, LLC
1503 S US Hwy 301, Ste 36
Tampa FL 33619

283-403
Invoice #  2833

STATEMENT FOR PERIOD THROUGH   7/23/15

LEGAL SERVICES REGARDING  Marc Smith d/b/a Cayman Business Systems

| Date | Description | Atty | Hours |
|---|---|---|---|
| 6/19/15 | Phone call from attorney Brier regarding expansion of mutual agreement, settlement check, and removal of Elmsar from Twitter, Facebook, and Google plus. | WRW | .25 |
| 6/23/15 | Responded to attorney Brier concerning potential breach of mediation settlement agreement. | WRW | .25 |
| | E-mail with opposing counsel regarding Mr. Smith's postings and copied client. | WRW | .25 |
| | Received from client Mr. Smith's new posts about taking elsmar.com down due to settlement. | WRW | .25 |
| 6/26/15 | Reviewed email correspondence between client and tech forum concerning the removal of the threads. | LCB | .25 |
| | Reviewed email from client which outlined what Mr. Smith must do to remove threads on other sites. | LCB | .25 |
| | Convey to opposing counsel what must be done to take down threads on other sites. | LCB | .25 |
| | Draft joint stipulation of dismissal and sent to opposing counsel for agreement. | LCB | .50 |

PAID
via paypal

Due upon receipt. A Late Fee of 1.5% applies to balances 30 days past due.
Practicing in Debt Collection, Creditor's Rights, Contract Disputes, Royalty Recovery, Brand Licensing, and Product Liability.

Oxebridge Quality Resources Int'l, LLC     7/23/15                  283-403   PAGE   2

[REDACTED]

| Date | Description | Atty | Hours |
|---|---|---|---|
| | Email discussion with Mr. Paris concerning the remaining existence of material on Quality 1 stop and the RIP language still on Elsmar. | LCB | .25 |

[REDACTED]

| Date | Description | Atty | Hours | |
|---|---|---|---|---|
| 7/08/15 | Reviewed Mr. Paris's email and sent email to Attorney Brier detailing Mr. Smith's violations of the settlement agreement. | LCB | .50 | |
| | Drafted letter to Google administrator to remove all search results from Elsmar.com and other deleted posts concerning Mr. Paris or Oxebridge. (No Charge) | LCB | .50 | N/C |
| | Compiled attachments and sent letter to Attorney Brier regarding Mr. Smith's breach from remaining posts linking to Elsmare.com from Reddit, LinkedIn, and other sites. | LCB | 1.00 | |
| 7/09/15 | Reviewed clients email about new www.reddit.com post. | LCB | .25 | |
| 7/10/15 | Compiled examples of breaches from client's emails and wrote letter to Mr. Smith notifying him of his breach and our intent to take legal action against his breach of the settlement agreement. | LCB | 1.00 | |
| | Received and reviewed Mr. Smith's response and copied client. | LCB | .50 | |
| 7/13/15 | Reviewed 7/10, 7/12 and 7/13 email from Mr. Paris. | LCB | .50 | |
| 7/14/15 | Received and responded to email from Mr. Paris regarding the hacking of his web site on 7/13/15. | LCB | .25 | |
| 7/15/15 | Begin Drafting Notice of Breach of Settlement Agreement, compiled exhibits, reviewed summary document | LCB | 3.00 | |

Oxebridge Quality Resources Int'l, LLC        7/23/15                283-403   PAGE   3

|  |  |  |  |
|---|---|---|---|
|  | prepared by Mr. Paris. |  |  |
| 7/16/15 | Receive email from Mr. Smith and copied client. Continued Drafting Notice of Breach of Settlement Agreement. | LCB | 1.00 |
|  | Emailed client notifying him that the Wayback Machine (Archive.org) had taken Elsmar down. | LCB | .25 |
| 7/17/15 | Received email from client regarding threat on www.LinkedIn.com. | LCB | .25 |
| 7/21/15 | Finalize plaintiff's second notice of defendant's breach of settlement agreement and joint stipulations on injunction, motion to compel, motion for damages and motion for attorney fees.(3.50 hours total; 2.00 at no charge) | LCB | 1.50 |
| 7/23/15 | Revised Plaintiff's notice of breach of settlement agreement. | LCB | .75 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| Leighanne Boone | .50 | .00 | .00 |
| Leighanne Boone | 13.25 | 275.00 | 3,643.75 |
| Rachel J Uhland | .50 | 90.00 | 45.00 |
| William R. Wohlsifer | 1.00 | 275.00 | 275.00 |

TOTAL FEES                                                              $3,963.75

| COSTS AND EXPENSES | UNITS | RATE |  |
|---|---|---|---|
| 6/09/15 Copies re: endorsed order closing case and Joint Notice of settlement. | 4 | .25 | $1.00 |
| 7/01/15 Copies re: communication with attorney Brier regarding his failure to comply with the parties' mediated settlement agreement. | 3 | .25 | $.75 |
| 7/02/15 Copies re: Joint Stipulation of Dismissal with prejudice. | 2 | .25 | $.50 |
| 7/06/15 Copies re: endorsed order dismissing case with prejudice. | 2 | .25 | $.50 |

TOTAL COSTS AND EXPENSES                                                  $2.75

CURRENT CHARGES                                                         $3,966.50

TRUST TRANSACTIONS
  6/22/15 Settlement proceeds.                          $8,500.00CR
  7/07/15 Trust Disbursement                            $8,500.00

        BALANCE IN TRUST                                      $.00

```
Oxebridge Quality Resources Int'l, LLC      7/23/15              283-403  PAGE  4


  PRIOR STATEMENT BALANCE                                              $15,300.50

  PAYMENTS AND ADJUSTMENTS
    7/09/15 Payment for Fees and Costs         $8,500.00CR
    7/28/15 Payment Received from Paris        $5,000.00CR

          TOTAL PAYMENTS AND ADJUSTMENTS                               $13,500.00CR
                                                                       ----------
  PLEASE PAY THIS AMOUNT                                                $5,767.00

  ANY PAYMENTS RECEIVED AFTER July 23, 2015
  WILL APPEAR ON YOUR NEXT STATEMENT
```