LAW OFFICE OF

# WILLIAM R. WOHLSIFER, PA



1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile:  866-829-8174
www.wohlsifer.com
FEI# 59-3524834

October 31, 2015

Christopher Paris                                                          283-403
Oxebridge Quality Resources Int'l, LLC                        Invoice #  2965
1503 S US Hwy 301, Ste 36
Tampa FL 33619


STATEMENT FOR PERIOD THROUGH 10/31/15

LEGAL SERVICES REGARDING  Marc Smith d/b/a Cayman Business Systems

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/27/15 | Revised Plaintiff's Notice of Defendants Breach of Joint Stipulation on Injunction and Violation of Court Order. | LCB | 2.00 | N/C |
| 7/28/15 | Finalized Notice of Breach of Settlement Agreement and sent to Mr. Paris for verification. | LCB | 1.00 | |
| | Drafted Plaintiff's Motion to Seal Documents. | LCB | .50 | |
| | Received email from Mr. Paris regarding redaction of invoice, ensuring the Notice of Breach of Settlement Agreement does not go into the public record, and receiving specific language in the subsequent Order requiring the takedown of certain material. | LCB | .25 | |
| 7/29/15 | Drafted and sent Proposed Order on Motion to Seal Documents, along with cover letter and pre-paid postage envelopes. | RJU | .50 | |
| | Conference call with Attorney Brier requesting consent for Attorney Brier to be removed as Attorney of record. | RJU | .25 | |
| 7/30/15 | Received and reviewed unopposed Motion to Withdraw as Counsel from Attorney Brier. (.25 @ NO CHARGE) | WRW | | N/C |
| 7/31/15 | Received phone call from Mr. Paris requesting the addition of more content to the Notice of Breach or explanation as to why we have left | LCB | .25 | |

**EXHIBIT C**

Oxebridge Quality Resources Int'l, LLC       10/31/15                    283-403   PAGE   2

|         |                                                                                                                                                                                                                                                                  |      |      |     |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|-----|
|         | certain things out. Discuss concerns about alleging $200,000 in damages for Mr. Paris restraining and how this will actually be more detrimental to clients business and how Smith will proliferate in an effort to show that he has prevailed over Mr. Paris. Should we take this out. |      |      |     |
| 8/11/15 | Received and reviewed reply from Defendant's response to Plaintiff's Motion to Seal.                                                                                                                                                                             | WRW  | .25  |     |
|         | [REDACTED]                                                                                                                                                                                                                                                       |      |      |     |
| 8/13/15 | Received and reviewed email from Mr. Paris with his comments on Mr. Smith's 8/11/15 filing. (.25 @ NO CHARGE)                                                                                                                                                    | LCB  | .25  | N/C |
| 8/17/15 | Review Mr. Smith's Request for Court Appearance re: Plaintiff's Motion to Seal.                                                                                                                                                                                  | WRW  | .25  |     |
| 8/21/15 | Spoke with Mr. Paris on the current status of the case. (.25 @ No Charge)                                                                                                                                                                                        | LCB  | .25  | N/C |
| 8/25/15 | Received and worked with updated summary of breaches to date. Updated Notice of Breach of Settlement.                                                                                                                                                            | LCB  | .25  |     |
| 9/15/15 | Correspondence with Judicial assistant to seek ruling on Motion to Seal. Copied client.                                                                                                                                                                          | RJU  | .25  |     |
| 9/16/15 | Saved, printed and added to pleading index, endorsed Order granting Motion to Seal. Copied Client; File maintenance.                                                                                                                                             | RJU  | .25  |     |
| 9/22/15 | Reviewed and sent Notice of Filing Mediation Settlement Agreement Under Seal; sent to Court; copied Defendant same. File maintenance as needed.                                                                                                                  | RJU  | .75  |     |
|         | Reviwed, edit and sent plaintiffs' verified second notice of defendants' breach of mediation settlement agreement to client for signature.                                                                                                                       | RJU  | 3.00 |     |
| 9/23/15 | Revised and Resent Verified Notice of breach of Settlement Agreement to Client.                                                                                                                                                                                  | LCB  | .25  |     |

```
Oxebridge Quality Resources Int'l, LLC      10/31/15              283-403   PAGE   3

  10/05/15  Received and reviewed Smith's        WRW    .25
            pro-se answer to docket document 48
            of 16 September 2015.
            ████████████████████████████████
            ████████████████████████
            ████████████████████


  TIMEKEEPER                         TIME       RATE        VALUE
  Leighanne Boone                    2.50        .00          .00
  Leighanne Boone                    2.75      275.00       756.25
  Rachel J Uhland                    5.00       90.00       450.00
  William R. Wohlsifer                .25        .00          .00
  William R. Wohlsifer               1.00      275.00       275.00

          TOTAL FEES                                                  $1,481.25

  COSTS AND EXPENSES                       UNITS    RATE
```

[costs and expenses entries redacted]

CURRENT CHARGES                                                       $1,529.89

PRIOR STATEMENT BALANCE                                               $5,767.00

PAYMENTS AND ADJUSTMENTS
  10/31/15 Payment Received                      $6,500.00CR

          TOTAL PAYMENTS AND ADJUSTMENTS                              $6,500.00CR

PLEASE PAY THIS AMOUNT                                                  $796.89

```
Oxebridge Quality Resources Int'l, LLC      10/31/15              283-403   PAGE   4


   ANY PAYMENTS RECEIVED AFTER October 31, 2015
   WILL APPEAR ON YOUR NEXT STATEMENT
```