## LAW OFFICE OF
# WILLIAM R. WOHLSIFER, PA



1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

January 14, 2016

Christopher Paris
Oxebridge Quality Resources Int'l, LLC
1503 S US Hwy 301, Ste 36
Tampa FL 33619

283-403
Invoice # 3031

STATEMENT FOR PERIOD THROUGH 1/14/16

Costs and Fees in the Matter of: Marc Smith d/b/a Cayman Business Syste

| Date | Description | Atty | Hours |
|---|---|---|---|
| 11/05/15 | Drafted Motion for Oral Argument on Motion to Compel. | LCB | .25 |



(PAID)

| | | | |
|---|---|---|---|
| 11/24/15 | Receive and review Order Referring Motion for Breach of Settlement to U.S. Magistrate Judge and Directing Plaintiff to Effectuate Service on Defendant. | RJU | .25 |
| 11/30/15 | Send to defendant a true and correct copy of Plaintiff's Verified Second Notice of Defendants' Breach of Mediation Settlement Agreement; file a Notice of Service by US Mail upon defendant with the Court. | LCB | .50 |
| 12/10/15 | Revised Smith's Response & Draft Request for Oral Argument. | LCB | 1.00 |

**EXHIBIT D**

Due upon receipt. A Late Fee of 1.5% applies to balances 30 days past due.
*Practicing in Debt Collection, Creditor's Rights, Contract Disputes, Royalty Recovery, Brand Licensing, and Product Liability.*

```
Oxebridge Quality Resources Int'l, LLC      1/14/16              283-403   PAGE   2

12/17/15  Receive and review Notice of           RJU    .25
          Hearing regarding Plaintiff's
          Motion [59] set for 1-16-2016.
12/18/15  Review response from Defendant         LCB    .25
          regarding Defendant's request for
          oral argument for Notice of Breach
          of Settlement Agreement.
 1/06/16  Email correspondence with Mr. Paris    LCB    .25
          regarding preparation for the
          January 12th hearing.
 1/11/16  Receive and review e-mail              WRW    .75
          correspondence from client
          regarding Elsmar-forum.com in
          Russia. Review case file and
          prepare for upcoming hearing on
          Tuesday, January 12, 2016 at 10:30
          a.m.
 1/12/16  Participate in telephonic status       WRW    .75
          conference with Jude McCoun and
          Marc Smith.
          Notes to File following status         LCB    .25
          conference draft correspondence to
          client.
          Receive and review clerk's minutes.    RJU    .25
 1/13/16  Receive and review Order to why        WRW    .25
          Defendant should not be held in
          contempt or otherwise sanctioned
          for breaching the Mediation
          Settlement Agreement and Joint
          Stipulation on Injunction. SHOW
          CAUSE HEARING set for 3/16/2016 at
          9:30 AM in Tampa Courtroom 12 B
          before Magistrate Judge Thomas B.
          McCoun III; copy client same.
          Dictate Instructions for hearing
          preparation.

         TIMEKEEPER                          TIME     RATE      VALUE
         Leighanne Boone                     3.50    275.00     962.50
         Rachel J Uhland                      .75     90.00      67.50
         William R. Wohlsifer                1.75    275.00     481.25

              TOTAL FEES                                                    $1,511.25
```



Oxebridge Quality Resources Int'l, LLC     1/14/16              283-403  PAGE  3



| | |
|---|---:|
| CURRENT CHARGES | $3,017.48 |
| PRIOR STATEMENT BALANCE | $796.89 |
| PAYMENTS AND ADJUSTMENTS | |
| 11/14/15 Payment Received | $796.89CR |
| TOTAL PAYMENTS AND ADJUSTMENTS | $796.89CR |
| PLEASE PAY THIS AMOUNT | $3,017.48 |

ANY PAYMENTS RECEIVED AFTER January 14, 2016
WILL APPEAR ON YOUR NEXT STATEMENT