LAW OFFICE OF

# WILLIAM R. WOHLSIFER, PA

W R W

1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

July 14, 2016

Christopher Paris
Oxebridge Quality Resources Int'l, LLC
1503 S US Hwy 301, Ste 36
Tampa FL 33619

283-403
Invoice # 3093

STATEMENT FOR PERIOD THROUGH 4/30/16

Costs and Fees in the Matter of: Marc Smith d/b/a Cayman Business Syste

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 2/09/16 | Retrieve and review Mr. Smith's Motion to Set Aside/rewrite joint stipulation; cc client with comment. | WRW | .25 |
| 2/16/16 | Receive and review Defendant's Request for Sealed Documents to be Immediately Unsealed. | LCB | .25 |
| 2/24/16 | Reviewed February 8, 2016 cover letter from Mr. Smith and dockets 70, 71 and 72; copied client. | LCB | .75 |
| 2/25/16 | Review Mr. Paris's 2/25 email. Draft and File Opposition to Defendant's Motions [Dockets 70, 71 & 72] | LCB | 1.00 |
| 2/26/16 | Receive and review Defendant's Revised Motion to Invalidate Judgment. | LCB | .25 |
| 3/08/16 | Draft and file Notice of Appearance. (.50 @ NO CHARGE) | LCB | .50 |
| 3/11/16 | Preparation for March 16th hearing & skype conference with Mr. Paris. | LCB | 2.50 |
| 3/14/16 | Draft and submit Exhibit list. | LCB | .50 |
| | Received and review Defendant's response to Plaintiff's Claim of Breach of Mediation Settlement Agreement and Joint Stipulation. | LCB | .25 |
| 3/16/16 | Attend Hearing on Order to Show Cause in Tampa, FL. | LCB | 3.00 |
| | Receive and review March 16, 2016 hearing minutes and List of plaintiff's Admitted Exhibits. | LCB | .25 |
| 3/21/16 | Email correspondence relating to | LCB | .50 |

EXHIBIT

E

Due upon receipt. A Late Fee of 1.5% applies to balances 30 days past due.
*Practicing in Debt Collection, Creditor's Rights, Contract Disputes, Royalty Recovery, Brand Licensing, and Corporate Law.*

| | | | |
|---|---|---|---|
| | release of transcript and evidence. | | |
| | Receive and review Defendant's response to Clerk's Minutes. | LCB | .25 |
| 3/22/16 | Draft, edit and finalizes Notice of Submitting Supplemental Evidence. | WRW | .50 |
| | Receive and review Defendant's Amended response to Clerk's Minutes. | WRW | .25 |
| 3/24/16 | Received and Reviewed Email from Mr. Paris Concerning Additional Postings by Mr. Smith and filing of another court document. | LCB | .25 |
| 3/25/16 | Edited and filed Emergency Motion to Seal March 16, 2016 Hearing Transcript. | WRW | .50 |
| 3/26/16 | Receive and review Transcript of March 16, 2016 Hearing and Notice to counsel of 7 days to File Redaction Notice; notes to file. | WRW | .25 |
| 3/28/16 | Drafted and filed Plaintiff's Notice of Request to Redact Transcript. | WRW | .50 |
| | Receive and review Endorse Order Denying Motion to Seal. | LCB | .25 |
| [redacted] | | | |
| 3/30/16 | Receive and review Defendant's Reply to the Transcript of March 16, 2016 Hearing. Receive and review Defendant's objection to Oxbridge's Emergency Amended Motion to Seal March 16, 2016 Hearing Transcript; notes to file. | WRW | .50 |
| | Receive and review Defendant's Response to Court Document 82. Receive and review Defendant's Response to Plaintiff's Notice of Intent to Request Redaction; notes to file. | WRW | .50 |
| 3/31/16 | Receive and reply to email from Mr. Paris regarding Mr. Smith's numerous court filings. | WRW | .25 |
| 4/01/16 | Receive and reply to email from Mr. Paris regarding evidence of Mr. Smith lying about knowing Andrey Barbadym. Receive and review email from Mr. Paris regarding posts on | WRW | .25 |

| | | | |
|---|---|---|---|
| | Bloglovin. | | |
| 4/02/16 | Receive and review email from Mr. Paris regarding evidence of Mr. Smith lying under oath. | LCB | .25 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| Leighanne Boone | .50 | .00 | .00 |
| Leighanne Boone | 10.25 | 275.00 | 2,818.75 |
| William R. Wohlsifer | 4.25 | 275.00 | 1,168.75 |

TOTAL FEES $3,987.50



CURRENT CHARGES $4,416.98

TRUST TRANSACTIONS

| | | |
|---|---|---|
| 4/29/16 | Advance Retainer | $1,500.00CR |
| 7/14/16 | Paid towards invoice #3093 | $1,500.00 |

BALANCE IN TRUST $.00

Oxebridge Quality Resources Int'l, LLC 4/30/16 283-403 PAGE 4

| | | |
|---|---|---|
| PRIOR STATEMENT BALANCE | | $3,017.48 |
| PAYMENTS AND ADJUSTMENTS | | |
| 4/29/16 Fee charged by PayPal | $87.81CR | |
| 4/29/16 Payment Received | $2,929.67CR | |
| 7/14/16 Payment Received | $1,500.00CR | |
| TOTAL PAYMENTS AND ADJUSTMENTS | | $4,517.48CR |
| PLEASE PAY THIS AMOUNT | | $2,916.98 |

ANY PAYMENTS RECEIVED AFTER April 30, 2016
WILL APPEAR ON YOUR NEXT STATEMENT