LAW OFFICE OF
# WILLIAM R. WOHLSIFER, PA



1100 East Park Ave Suite B
Tallahassee FL 32301-2651

Telephone: 850-219-8888
Facsimile: 866-829-8174
www.wohlsifer.com
FEI# 59-3524834

September 28, 2016

Christopher Paris                                           283-403
Oxebridge Quality Resources Int'l, LLC              Invoice #  3111
1503 S US Hwy 301, Ste 36
Tampa FL 33619

STATEMENT FOR PERIOD THROUGH   9/28/16

Costs and Fees in the Matter of:  Marc Smith d/b/a Cayman Business Syste

| Date | Description | Atty | Hours |
|---|---|---|---|
| 5/06/16 | Email exchange between client regarding viability of continuing with Request for Redaction of Transcript; decide not to pursue because of the cost of the transcript. | WRW | .25 |
| 5/11/16 | Read, printed, and indexed series of emails detailing Smith's relaunching of Elsmar.com, possible use of alias 'John PeachFarm,' forum posting referencing pursuit of advertisers, creation of Twitter account, and talking about possibility of receiving donations to go towards his legal expenses. Next, reviewed content of this website . | WRW | .75 |
| 5/13/16 | File Maintenance - new pleadings index, added recent filings, new Vianna emails. | LC | .25 |
| 5/23/16 | Received, reviewed, saved Elsmar image forwarded from Smith on file server and print for hard copy file for Mr. Wohlsifer's review. | WRW | .25 |
| 7/13/16 | Sent email to Client explaining current state of affairs of the case, specifically the letter sent to Magistrate McCoun, possible future strategies, and the recent activities of Smith and Elsmar. | WRW | .25 |
| | Drafted and mailed letter to Magistrate Thomas McCoun III | LC | .25 |

EXHIBIT F

Oxebridge Quality Resources Int'l, LLC      9/28/16                    283-403   PAGE   2

|  |  |  |  |
|---|---|---|---|
|  | requesting a ruling or Report and Recommendation on the March 16, 2016 Show Cause Hearing; sent corresponding copies to Mr. Paris and Mr. Smith as well. |  |  |
| 8/09/16 | Read Report and Recommendation, made notes, and emailed client discussing the Filing of Exceptions to the Report and Recommendation. | WRW | .50 |
|  | Received, printed, indexed, filed, and emailed client Defendant's Response to Report and Recommendation. | LC | .25 |
| 8/11/16 | Drafted, submitted, printed, filed, and indexed Exception to Magistrate's Report and Recommendation, which outlined Magistrate's failure to note that the Mediated Settlement Agreement was, in fact, inseparable, noted the current violations, offered up-to-date findings regarding the current status of Elsmar.com, and its users' accessibility to historical content, pleaded a statement for a court order requesting language that could be shown to Google and ISPs to not host the enjoined content. | WRW | 3.50 |
| 8/24/16 | Receive and review Smith's second objection to the Magistrate's Report and Recommendations - copy client. | WRW | .25 |
| 9/14/16 | Read Order Adopting Report and Recommendation Order, made notes, and emailed client discussing the outcome of the case and the post-order process. | WRW | .25 |



Oxebridge Quality Resources Int'l, LLC        9/28/16                  283-403   PAGE   3

```
TIMEKEEPER                       TIME      RATE       VALUE
Law Clerk                         .75     90.00       67.50
William R. Wohlsifer              .75       .00         .00
William R. Wohlsifer             6.00    275.00     1,650.00

        TOTAL FEES                                              $1,717.50
```

        TOTAL COSTS AND EXPENSES

CURRENT CHARGES                                                 $1,733.09

PRIOR STATEMENT BALANCE                                         $2,916.98

PAYMENTS AND ADJUSTMENTS
  7/20/16 Payment Received              $1,456.20CR
  7/20/16 Fee Charged by PayPal            $43.80CR

        TOTAL PAYMENTS AND ADJUSTMENTS                          $1,500.00CR

PLEASE PAY THIS AMOUNT                                          $3,150.07

ANY PAYMENTS RECEIVED AFTER September 28, 2016
WILL APPEAR ON YOUR NEXT STATEMENT