UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

   Plaintiffs,                                   CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

   Defendants.
_____/

**NOTICE OF FILING VERIFIED STATEMENT COLLABORATING REASONABLE ATTORNEY'S FEES, IN SUPPORT PLAINTIFF'S MOTION FOR FEES [DKT. 111]**

COMES NOW the plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS cumulatively ("plaintiffs") by and through their undersigned attorney, and file the attached *Verified Statement Collaborating Reasonable Attorneys' Fees*, made under oath by expert witness, Allen P. Turnage, Esquire, in support of Plaintiffs *Motion For Limited Reasonable Award Of Attorney's Fees* **[Dkt. 111]** and further collaborating plaintiff's counsel's *Verified Statement of Plaintiff's Attorney's Time (Limited)* **[Dkt. 110].**

                                              Respectfully submitted by:

                                              **WILLIAM R. WOHLSIFER, PA**
                                              By: /s/ William R. Wohlsifer
                                              William R. Wohlsifer, Esquire
                                              Fla. Bar No: 86827
                             `                  1100 E Park Ave Ste B
                                              Tallahassee, Florida 32301
                                              Tel: (850) 219-8888
                                              Fax: (866) 829-8174
                                              E-Mail: william@wohlsifer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system, and further certify that a copy has been furnished via U.S. First Class Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069, on this 11th day of November 2016.

**WILLIAM R. WOHLSIFER, PA**
By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827

`