UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,

v.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

CASE NO.: 8:15-CV-11-T-17TBM

## VERIFIED STATEMENT COLLABORATING REASONABLE ATTORNEY'S FEES

I, Allen P. Turnage, verify on oath under penalties of perjury, and say that I am a member in good standing of the Florida Bar (admitted in 1993), actively engaged in the practice of law in Tallahassee, Florida, that I have represented parties in cases similar to the present case, and am familiar with fees charged by attorneys in such matters; that I have examined the file and the billing records of William R. Wohlsifer, PA, attorney for Plaintiffs, in the above styled case; and that I am familiar with and have taken into consideration the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and in my opinion a fee of $42,000 is a reasonable fee for the hours expended by the attorney in said cause.

## VERIFICATION STATEMENT

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

EXECUTED on this _____ day of November 2016.

_____
Allen P. Turnage, Esquire
Fla. Bar No.: 993085
2344 Centerville Road
Tallahassee, Florida 32308
Tel: (850) 224-3231
Email: AllenT@Turnagelaw.com