UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

   Plaintiffs,

CASE NO.: 8:15-CV-11-T-17TBM

v.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

   Defendants.
_____/

### AFFIDAVIT OF PLAINTIFFS' COUNSEL REGARDING SUPERVISED LAW CLERKS IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED REASONABLE AWARD OF ATTORNEY'S FEES [DOC 111]

I, William R. Wohlsifer, Esq., on behalf of the law firm of William R. Wohlsifer, PA (WRWPA), and as counsel for plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS, being duly sworn, verify and say that the following information is true and correct:

1. I make this affidavit under oath in support of Plaintiffs' Motion For Limited Reasonable Award of Attorney's Fees **[Doc 111]** filed in this action on September 28, 2016.

2. My name is William R. Wohlsifer and I am the lead attorney at WRWPA. I am older than eighteen (18) years of age, and a citizen of the United States.

3. I am an attorney at law, duly licensed, to engage in the practice of law in Florida since 1996, and in the District of Columbia since 1999, and the Middle District Court of Florida since 1997.

4. I am the attorney of record for OXEBRIDGE and PARIS, the plaintiffs in this action, and have represented these same plaintiffs in other civil actions.

5. I have personal knowledge of the books and records of William R. Wohlsifer, PA, and how they are maintained as they relate to the *Oxebridge Quality Resources International, LLC and Christopher Paris v. Marc Timothy Smith d/b/a Cayman Business Systems*, United States District Court, Middle District of Florida, Tampa Division, Case No. 8:15-cv-11-T-17TBM.

6. I keep such records in the course of my regularly conducted business activity, including entries of billable attorney and attorney-supervised law clerk time, and any related costs incurred, as a practicing attorney in the State of Florida. The entries are made by me, from my personal knowledge of the information being recorded. It is the regular practice of Affiant, to record such entries, at or near the time such tasks are performed or costs incurred.

7. This affidavit speaks to the same matters as my previous Verified Statement of Plaintiffs' Attorney's Time (Limited) **[Doc 110]** filed on September 28, 2016.

8. I employ several law clerks at WRWPA who perform tasks under my supervision.

9. Each WRWPA law clerks' time incurred assisting plaintiffs' counsel in this matter is reflected by "LC" as the timekeeper's code on WRWPA's billing invoices attached as exhibits to my previous Verified Statement of Plaintiffs' Attorney's Time (Limited) **[Doc 110]**.

10. Each WRWPA law clerk that assisted plaintiffs' counsel in this matter are older than eighteen (18) years of age, and citizens of the United States.

11. Each WRWPA law clerk, except for RJU, is currently enrolled at the Florida State University College of Law, which is second-highest ranked law school by US News Weekly. Although RJU was not a law student, she received her bachelor of arts degree in history from the Florida State University in 2014 and has worked as a legal assistant for approximately nine years.

12. Each WRWPA law clerk is in their third year of law school and has worked at WRWPA for more than one year.

13. WRWPA law clerks work only in the office; law clerks are not permitted to work on cases remotely.

14. Each WRWPA law clerk worked at all times under the direct supervision of William R. Wohlsifer, Esq. for the benefit of plaintiffs in this action.

15. Each WRWPA law clerk kept track of their time per task as a regularly conducted business activity. The entries were made at or near the time such tasks were performed, with each time entry recorded being discussed and reviewed by William R. Wohlsifer, Esq., and adjusted by the undersigned attorney to be reasonable for the tasks performed.

16. The average and normal billing rate for supervised law clerk time in this matter is $90 per hour in North Florida.

17. The billing rate for attorney-supervised law clerk's time in this matter is $90 per hour, as shown in Section II, Paragraph 1, of the signed attorney-client hourly fee agreement (see Exhibit "A" to Verified Statement of Plaintiffs' Attorney's Time (Limited) **[Doc 110]**.)

18. The Affiant's billing statements attached as Exhibit's "B"- "F" to Verified Statement of Plaintiffs' Attorney's Time (Limited) **[Doc 110]** reflects the sum of **6.25** hours of

timekeeper RJU and **0.75** hours for timekeeper LC, thus **7.00** hours at **$90** per hr. = **$630.00**, for which plaintiffs seek reimbursement from defendant, Marc Smith.

FURTHER AFFIANT SAYETH NAUGHT.

WILLIAM R. WOHLSIFER, ESQ.

STATE OF FLORIDA       )
COUNTY OF LEON         )

The foregoing Affidavit of Attorney's Time was acknowledged before me this 20th day of December, 2016 by WILLIAM R. WOHLSIFER, who presented his Florida Driver License as identification to me and who did take an oath.



STEPHANIE BUSE
Commission # FF 118560
Expires May 1, 2018
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system as of December 21, 2016, and further certify that a copy has been furnished via U.S. First Class Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave, Ste B
Tallahassee, Florida 32301
Tel: (850)219-8888
E-mail: william@wohlsifer.com