UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,

CASE NO.: 8:15-CV-11-T-17TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## NOTICE OF FILING SECOND VERIFIED STATEMENT COLLABORATING REASONABLE ATTORNEY'S FEES, IN SUPPORT PLAINTIFF'S MOTION FOR FEES [DKT. 111]

COMES NOW the plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS cumulatively ("plaintiffs") by and through their undersigned attorney, and file the attached *Second Verified Statement Collaborating Reasonable Attorneys' Fees*, made under oath by expert witness, Allen P. Turnage, Esquire, in support of Plaintiffs *Motion For Limited Reasonable Award Of Attorney's Fees* [Dkt. 111] and further collaborating plaintiff's counsel's *Affidavit of Plaintiffs' Counsel Regarding Supervised Law Clerks* [Dkt. 116] *Made in Support of Plaintiffs' Motion for Reasonable Attorney's Fees* [Dkt. 111] and *Affidavit of Plaintiffs' Counsel Regarding Previously Employed Associate Attorney* [Dkt. 117] *Made in Support of Plaintiffs' Motion for Reasonable Attorney's Fees* [Dkt. 111].

        Respectfully submitted by:

        **WILLIAM R. WOHLSIFER, PA**
        By: /s/ William R. Wohlsifer
        William R. Wohlsifer, Esquire
        Fla. Bar No: 86827
        1100 E Park Ave Ste B
        Tallahassee, Florida 32301

Tel: (850) 219-8888
Fax: (866) 829-8174
E-Mail: william@wohlsifer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties receiving electronic notification via the CM/ECF filing system, and further certify that a copy has been furnished via U.S. First Class Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069, on this 21st day of December 2016.

**WILLIAM R. WOHLSIFER, PA**
By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,

v.

CASE NO.: 8:15-CV-11-T-17TBM

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## SECOND VERIFIED STATEMENT COLLABORATING REASONABLE ATTORNEY'S FEES

I, Allen P. Turnage, verify on oath under penalties of perjury, and say that I am a member in good standing of the Florida Bar (admitted in 1993), actively engaged in the practice of law in Tallahassee, Florida, that I have represented parties in cases similar to the present case, and am familiar with fees charged by attorneys in such matters; that I have examined the file and the billing records of William R. Wohlsifer, PA, attorney for Plaintiffs, in the above styled case; and that I am familiar with and have taken into consideration the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and rendered an opinion titled, Verified Statement Collaborating Reasonable Attorney's Fees **[DOC 113-1]** on November 11, 2016, that a fee of $42,000 is a reasonable fee for the hours expended by the attorney and his staff in said cause.

In addition to the foregoing, on December 21, 2016, I reviewed the Affidavit Of Plaintiffs' Counsel Regarding Supervised Law Clerks **[DOC 116]** Made In Support Of Plaintiffs' Motion For Limited Reasonable Award of Attorney's Fees **[Doc 111]** and conclude that the rate charged for supervised law clerk time of $90 per hour is a reasonable rate for North Florida. On

December 21, 2016, I also reviewed the Affidavit Of Plaintiffs' Counsel Regarding Previously Employed Associate Attorney **[DOC 117]** Made In Support Of Plaintiffs' Motion For Limited Reasonable Award of Attorney's Fees **[Doc 111]** and conclude that the rate charged for associate counsel time of $275 per hour is a reasonable rate for North Florida.

## VERIFICATION STATEMENT

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

EXECUTED on this 21st day of December 2016.

Allen P. Turnage, Esquire
Fla. Bar No.: 993085
2344 Centerville Road
Tallahassee, Florida 32308
Tel: (850) 224-3231
Email: AllenT@Turnagelaw.com