<u>Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)</u>
<u>Case 8:15-cv-00011-EAK-TBM</u>

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**Case number: 8:15-cv-00011-EAK-TBM**

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually.

Plaintiffs.

Vs.

MARC TIMOTHY SMITH, individually,
and d/b/a/ CAYMAN BUSINESS SYSTEMS

Defendant.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

Case 8:15-cv-00011-EAK-TBM   Document 122   Filed 06/19/17   Page 2 of 9 PageID 1309

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

# DEFENDANT'S NOTICE TO PLAINTIFF OF PLAINTIFF'S VIOLATION OF THE STIPULATION ON INJUNCTION AND MOTION TO COMPEL COMPLIANCE

Comes now the Defendant, MARC SMITH, filing Pro Se, to file a Notice of the Plaintiff's Breach of the Joint Stipulation on Injunction and Violation of Court Order and Motion to Compel Compliance with the Joint Stipulation on Injunction, against, CHRISTOPHER MARK PARIS, individually, and OXEBRIDGE QUALITY RESOURCES INTERNATIONAL LLC, cumulatively ("plaintiffs"), as follows:

## BACKGROUND

1. On 19 March, 2015, the parties filed a Joint Stipulation on Injunction. [Docket Document 33]

2. On 23 March 2015 the Court approved the Joint Stipulation and ordered the parties to comply with its terms. [Docket Document 35]

3. In paragraph 6 of the Joint Stipulation, CHRISTOPHER MARK PARIS agreed to not publish any new content about SMITH "...on any website, social network, or any other manner of technology or communication now known or later to become known."

4. On 16 March 2016 a hearing was held in Tampa, Florida on SMITH's alleged Violation of the Stipulation on Injunction in front of Federal Magistrate Judge Honorable Thomas B. McCoun III. [Hearing Transcript is Docket Document 87]

5. During August of 2016, SMITH became aware that PARIS was bringing Elsmar into his "blog" posts. [Exhibit A].

Case 8:15-cv-00011-EAK-TBM Document 122 Filed 06/19/17 Page 3 of 9 PageID 1310

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

6. SMITH had assumed that this action was over barring a Violation of the Stipulation on Injunction by SMITH, so SMITH had not been in any way following what CHRISTOPHER PARIS was posting anywhere on the internet. However, over the course of the next few months, SMITH identified numerous postings CHRISTOPHER PARIS was making on various venues, including Linkedin, Facebook, Twitter, and on CHRISTOPHER PARIS's "Oxebridge" website. Until recently SMITH did nothing, however the extent, frequency and viciousness of CHRISTOPHER PARIS' posts on Linkedin, Facebook, Twitter, and on CHRISTOPHER PARIS's "Oxebridge" website continues to grow.

7. During the 16 March 2016 Hearing in Tampa [Transcript is Docket Document 87], and in his "Report and Recommendation" [Docket Document 99], Federal Magistrate Judge Honorable Thomas B. McCoun III made it clear that to violate the Stipulation on Injunction it was not necessary to specifically use the words "Oxebridge" and/or "Christopher Paris" by name per the Stipulation on Injunction, and that reference by inference and/or association was applicable which is evidenced by Federal Magistrate Judge Honorable Thomas B. McCoun III's decision to "award" CHRISTOPHER PARIS US$1000.00 even though SMITH did not reference CHRISTOPHER PARIS or OXEBRIDGE specifically by name at any time, anywhere.

8. CHRISTOPHER PARIS and his lawyer agreed that violation of the Stipulation on Injunction includes "...indirectly referencing plaintiffs..." [Docket Document 48, page 3, paragraph 10], and as such also applies to CHRISTOPHER PARIS indirectly referencing the Defendant (SMITH).

Case 8:15-cv-00011-EAK-TBM   Document 122   Filed 06/19/17   Page 4 of 9 PageID 1311

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

9. The lawsuit its self also totally associated SMITH with the name Elsmar and Elsmar.com.

10. That Elsmar.com had been online for approximately 20 years also inextricably associated SMITH with Elsmar to hundreds of thousands of people around the world.

11. Starting in January 2015, and not removed until mid-July 2015, CHRISTOPHER PARIS started publically associating Elsmar (aka Elsmar.com) with SMITH's name on his Oxebridge website. [Exhibit B] While SMITH did not complain, CHRISTOPHER PARIS was violating the Stipulation on Injunction from the date of the Stipulation on Injunction in March 2015 through July 2015.

12. In CHRISTOPHER PARIS' breach complaint, CHISTOPHER PARIS' complained that SMITH's linking to the lawsuit on the "Closed" page after Elsmar.com was taken offline was a violation of the Stipulation on Injunction, which reinforces that CHRISTOPHER PARIS agrees and understands that to violate the Stipulation on Injunctions includes any mention of CHRISTOPHER PARIS and/or Oxebridge *by reference*. As such, the same applies to CHRISTOPHER PARIS.

13. First posted on 14 July 2015, CHRISTOPHER PARIS has continuously associated Elsmar with SMITH, and has continuously violated the Stipulation on Injunction, by keeping his "blog" post on his Oxebridge website, which is still there as of 15 May 2017 (approximately 2 years). [The Graphic which associates Elsmar with SMITH is Exhibit M] While the "blog" post is about his Oxebridge website supposedly having been "hacked", when asked in the 16 March 2016 hearing by Federal Magistrate Judge Honorable Thomas B.

Case 8:15-cv-00011-EAK-TBM Document 122 Filed 06/19/17 Page 5 of 9 PageID 1312

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

McCoun III whether he [CHRISTOPHER PARIS] "still believes SMITH hacked his Oxebridge website", PARIS admitted he did not. SMITH had already submitted to the court evidence that, in fact, CHRISTOPHER PARIS made that graphic and "hacked" his own website. [Exhibits H, J, L] Had CHRISTOPHER PARIS' website actually been "hacked", there would not have been a reason for him to have made and manipulated several different versions of the graphic so that it would fit his website front page.

14. Defendant SMITH has remained silent as plaintiff CHRISTOPHER PARIS has engaged in an "internet war" with one Darryl Guberman (GUBERMAN). SMITH does not know, nor does SMITH have any communication with, or connection to, GUBERMAN. It is obvious that both CHRISTOPHER PARIS and GUBERMAN are also putting up multiple anonymous websites in order to "battle" each other in a "search engine results" "war". However, both GUBERMAN and CHRISTOPHER PARIS have brought SMITH into their "internet war". (See D and E below.) While SMITH has no control over what GUBERMAN posts or websites he creates and/or their content, CHRISTOPHER PARIS is subject to the Stipulation on Injunction.

15. SMITH is in no way involved with any of the websites CHRISTOPHER PARIS keeps posting about (Oxebridge.co or osteinfo.com), nor was SMITH (Elsmar) involved in his Oxebridge website being hacked, and while not germane to CHRISTOPHER PARIS' multiple violations of the Stipulation on Injunction, SMITH knows no moderator in the Elsmar forum would even know how to begin to "hack" his Oxebridge website. In addition, CHRISTOPHER PARIS' claims that anyone associated with Elsmar in any way, such as Paris' claim that an "Elsmar moderator located in Denmark" had been "busted", for anything is pure fiction at worst, or pure speculation at best, as is most of what CHRISTOPHER PARIS writes.

Case 8:15-cv-00011-EAK-TBM   Document 122   Filed 06/19/17   Page 6 of 9 PageID 1313

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

16. On 10 December 2016, CHRISTOPHER PARIS referenced SMITH by reference using Elsmar on his OXEBRIDGE website. [Exhibit F]

17. On 20 January 2017, CHRISTOPHER PARIS, on his Oxebridge website posted a "blog post" claiming: "US Court: Oxebridge Prevails in Elsmar Lawsuit" and "The US Federal Court Middle District has issued a final order declaring Oxebridge as the prevailing party in its defamation lawsuit against the Elsmar website." [Exhibit E] In addition to referencing SMITH by using ELSMAR as a proxy reference for SMITH, the statement is false in that the lawsuit was settled by the Mediation Settlement Agreement of 5 June 2015 – CHRISTOPHER PARIS only "prevailed" in "winning" "compensation" of US$1000.00 in his complaint on SMITH's violation of the Stipulation on Injunction.

18. Starting around April of 2017 CHRISTOPHER PARIS has significantly stepped up his campaign of defamation/libel of SMITH and is continuously violating the Stipulation on Injunction by referencing Elsmar in public posts on Linkedin [Exhibit D], on Twitter [Exhibit C], and on his Oxebridge website [Exhibit N].

**SUMMARY**

A. CHRISTOPHER PARIS has been violating the Joint Stipulation on Injunction both directly and indirectly by reference *continuously* on his Oxebridge website as well as other internet venues as noted herein since the Stipulation on Injunction was approved on 23 March 2015. [Docket Document 35]

Case 8:15-cv-00011-EAK-TBM Document 122 Filed 06/19/17 Page 7 of 9 PageID 1314

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

B. CHRISTOPHER PARIS has continuously made association references to SMITH and "Elsmar", 'Elsmar Cove" and more recently "Peachfarm", to cement an association of SMITH with the word/name "Elsmar" such that PARIS uses "Elsmar" in his publications believing, SMITH presumes, he is not violating the Stipulation on Injunction (See paragraphs 7 and 8 herein).

C. It is because of the viciousness, unfounded innuendo and demonstrative outright lies, and the increased frequency of CHRISTOPHER PARIS' posts on the many internet venues cited herein, and on his Oxebridge website, SMITH has written this Notice of Violation of the Stipulation of Injunction.

D. Reading Exhibits D and N, it appears the CHRISTOPHER PARIS believes there is a quite vast conspiracy against him. It is obvious PARIS and GUBERMAN are going at each other. SMITH is not involved in any of their "games" and hopes that this will end PARIS' associating SMITH, Elsmar.com, "Elsmar moderators" and the word/name Elsmar with his conflict with GUBERMAN (and quite a few other people, organizations and companies) and CHRISTOPHER PARIS' implication that there is a conspiracy against PARIS in which SMITH is in any way involved.

E. The "war" between GUBERMAN and CHRISTOPHER PARIS has reached the point that GUBERMAN is mis-representing Elsmar.com in his internet posts, such as in Exhibit O, in which GUBERMAN links to a discussion on a USENET group discussion from 2004. SMITH is now caught in their "internet war" of words and their various internet websites such as CHRISTOPHER PARIS' isowatch2017.com. [Exhibit P] These two are, and apparently have been, starting new "war" websites left and right.

Case 8:15-cv-00011-EAK-TBM Document 122 Filed 06/19/17 Page 8 of 9 PageID 1315

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

F. As has been attested to in numerous court documents, SMITH retired from ISO 9001 consulting around 2001 and is not filing this notice with the intent of obtaining a monetary result/damages. SMITH seeks only to hold CHRISTOPHER PARIS to the terms of the Stipulation on Injunction which he agreed to. However, should CHRISTOPHER PARIS not comply, SMITH will seek to recoup his costs and all expenses associated with his having to file this Notice and any future costs/expenses such as his time to prepare this Notice document and to appear in a Hearing in Tampa, Florida should Federal Magistrate Judge Honorable Thomas B. McCoun III schedule a Hearing on this matter.

WHEREFORE, defendant, SMITH, requests that if PARIS does not remove all of his posts from all internet venues on which he has posted them, and those on his Oxebridge website, in which SMITH and/or Elsmar are mentioned within 10 business days of receipt of this Notice of Breach/Violation of the Stipulation on Injunction, that this Honorable Court compel CHRISTOPHER PARIS to do so by issuing a Court Order to force CHRISTOPHER PARIS' compliance with the Stipulation on Injunction/Court Order of 23 March 2015.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via Certified Mail with Return Receipt to:

William R Wohlsifer – Attorney of Record for Christopher Paris at:
1100 E. Park Ave Ste B
Tallahassee, Florida 32301

Case 8:15-cv-00011-EAK-TBM   Document 122   Filed 06/19/17   Page 9 of 9 PageID 1316

Defendant Pro Se's Notice of Violation of Stipulation on Injunction by Christopher Paris (Oxebridge)
Case 8:15-cv-00011-EAK-TBM

And

Christopher Mark Paris – At his address of record in this case:
1025 West Lake Hamilton Drive
Winterhaven, FL 33881-8225

                                                Respectfully submitted to the Court and to the above using the US Postal Service Certified Mail on this 15th day of June 2017.

                                                Marc Timothy Smith (Defendant Pro Se)

                                                *Marc Smith* [signature]
                                                Marc Timothy Smith
                                                c/o Property Caretaker
                                                8466 Lesourdsville-West Chester Road
                                                Olde West Chester, Ohio 45069-1929
                                                Tel: 513 341-6272