
QUALITY RESOURCES INTERNATIONAL                        ∪    a

# Exhibit "A"

## Certificate Mill G-PMC Puts
## TAG 176 Leaders in a Box of Weirdness

by Christopher Paris I Jul 27, 2016 I Opinion I

In a somewhat random bit of convergence, certificate mill operator Daryl
Guberman has, it seems, accidentally thrust a number of the leaders of the
US TAG to TC 176 into a legal mess that — wait for it — *only I can
extricate them from*. Sounds impossible? Let's walk through this slowly.

As we know, Daryl Guberman runs the self-accredited certificate mill
G-PMC LLC, which not only hands out ISO 9001 certificates, but also
certifies everything from medical marijuana testing labs, medical device
manufacturers, gun manufacturers, women-owned businesses,
veteran-owned business, minority owned businesses, and more. More
recently, he began issuing food safety inspection certificates to restaurants,
literally putting people's lives at risk, prompting us to push for criminal
investigations against him and his partner, Don LaBelle, in multiple states.

In apparent response, Guberman and LaBelle started defaming me and
Oxebridge on their various websites,LinkedIn and Facebook; he posted
over 50 anti-Oxebridge posts in just one day. Guberman in particular was
one of the people insisting that I had "shut down" the Elsmar.com site,
which — if anyone is paying attention — is running along happily right as
we speak. (All of you who sent threats and hate mail accusing Oxebridge of
shutting down Elsmar can send your apologies to me at the same email
address; better yet, just post them on Elsmar.) Guberman and LaBelle have
made multiple public statements that Oxebridge is an "offshore" company,

# Official Statement on Oxebridge Extortion Suit Against Elsmar.com and Marc Smith

by OQRI | Jan 26, 2015 | News |

# Exhibit B

*The following is a limited official statement from Oxebridge regarding its extortion lawsuit against Marc Smith and Elsmar.com. Oxebridge will be limiting its comments on the matter until the suit is resolved.*

Since 1999, Cayman Business Systems owner Marc Smith has falsely accused Oxebridge and myself of fraud and deceptive advertising, among other false accusations. Throughout that time, we tolerated this, out of respect for Elsmar's guests. However, in 2014, Smith began to escalate the libel campaign after Oxebridge refused his demand to pay him $450,000. Oxebridge views this as nothing less than felony extortion. Worsening matters, a supporter of Elsmar — who himself is a convicted felon — had threatened to call an Oxebridge client with the intent of defaming us through that medium, as well. These two actions combined proved too much for us to bear.

Marc Smith has published tens of thousands of words on his site, Elsmar.com, defaming Oxebridge. Meanwhile, no one from Oxebridge has ever posted a single word on the Elsmar site, in that entire period. *Not one word.* In addition, we have never run a single article on Elsmar here on the Oxebridge site, despite Elsmar being central to certain investigations over CB collusion with consultants. We have consistently worked to keep Marc Smith and Elsmar at arm's length, in the hopes that he would end his libel campaign. It clearly did not work.

We understand the difference between defamation — which is illegal — and free speech and opinions, which are protected under the US Constitution. However, the posts made by Smith and his moderators breach the definition of free speech by being (a) false, (b) posted with malicious intent, and (c) intended to cause harm.

The combination of extortion and threats by a convicted felon against Oxebridge clients was too much. A cease and desist letter was sent to Smith, who responded — on his website - *by raising his demand to $5 million.*

In the meantime, the actions have not been called into question by any of Elsmar's moderators, many of whom have actively participated in the defamation. Perhaps not coincidentally, these moderators are also auditors or sales representatives of major ISO 9001 certification bodies who resent the reporting done by Oxebridge. These individuals include Randall Daily of BSI, Jennifer Kirley of UL, Sidney Vianna of DNV, and Andy Nichols of NQA-USA. Meanwhile, all four of those CBs receive advertising space on the Elsmar site, raising questions as to whether BSI, UL, DNV and NQA have breached the ISO 17021 prohibition against promoting one consultant, while actively denigrating and defaming activities against a consultant that did not offer them such perks.

It is not our intent to shut down Elsmar, which has served the quality profession well in the past decade, despite the misbehavior of its owner. However, potential federal felonies cannot go unpunished, and Oxebridge intends to ensure that this stops. We have exhausted all means of working with Smith on this issue, and have finally had to resort to using the courts.

If Smith were instead to simply remove the offending materials and cease all such activity, the problem could be resolved quickly, and Elsmar users would be utterly unaffected. Based on his past 15 years' of behavior, we feel that is unlikely, however.

In the coming days and weeks, Smith will no doubt return to his safe haven, and post with increased frequency an unprecedented amount of new defaming material. We know this, and are ready to withstand it. Predicting this, we have already begun to push for an immediate temporary injunction. The new material will be added to the existing court complaint.

We intend to push for a firm resolution to this problem, including the pursuit of criminal charges against Smith and his collaborators. We have likewise not ruled out actions against DNV, BSI, UL and NQA-USA for allowing their representatives to contribute to defamation and extortion.

— Christopher Paris



**Exhibit D**



# Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar.

Published on May 24, 2017



**Christopher Paris**   Follow
Author "Surviving ISO 9001:2015"



0    0    0

Many of you know that my company has released an entirely free set of ISO 9001:2015 QMS documentation templates, and that recently we dropped a similar set for AS9100 revision D. Those free template kits are only available through the Oxebridge website at www.oxebridge.com.

If you notice that last website link doesn't have a squiggly underline or is particularly clickable, that's intentional. You see, you can't actually access those kits because the *entire Oxebridge website is down*, the victim of a nefarious attack apparently launched by a tiny handful of known "bad actors" who really, really don't want anyone to know that Oxebridge might be doing something to help people. Who?

First it was Daryl Guberman and Donald LaBelle, operators of the "certificate mill" operation called G-PMC Registrars, which sells ISO certificates for anything under the sun, even offering to do so without -- you know -- actually conducting an audit. Guberman once agreed to provide an ISO 9001 certificate to a fictional company that claimed to build life vests made out of cement. The "staff" photos appearing on his website include stock model photos and at least one of Guberman's former co-workers, whose actually dead. Guberman once issued a certificate for a firearm manufacturing standard "ARM 9009" which doesn't even exist. LaBelle posted a "CNN report" about G-PMC which featured an amateur actor pretending to be a newsman in front of a low-budget computer backdrop (seriously, go see it.)

Angry at the Oxebridge reporting on their antics, Guberman and LaBelle filed almost 50 fraudulent DMCA copyright notices in order to shut the site down, going so far as to falsely assert they were the legal representatives for a host of people who never even

D – 1 of 47

see an example where Guberman pretends to be the legal copyright representative for US TAG 176 member Julie Congress. In one example, Guberman alleged to be the legal representative over a photo of me, meaning I would have had to have **hired him to sue myself**, which I can attest that I did not. Impersonating an attorney is a crime in most cases, but this one is so weird, it's not actually clear. In any event, the flood of these fraudulent filings forced the temporary shutdown of the Oxebridge site until we

could find a hosting company that would fight back against "copyright trolls" like Guberman.

Now meet "John Peachfarm." He is allegedly the new owner of the famous Elsmar.com quality forum, and allegedly resides in Switzerland, where he operates a company called "Peachfarm Internet Properties LLC." The only problem, of course, is that Peachfarm doesn't really exist, nor does his company. We know this for a variety of reasons, not the least of which is that Swiss companies don't form "LLCs" but instead "GmbH" companies because the Swiss **actually speak German**, not English, so "limited liability corporation" doesn't mean anything in Switzerland. Peachfarm thinks you're stupid enough to fall for that fake English-language letter that shows Einstein got rejected from a Swiss university. We confirmed the fact that Peachfarm doesn't exist through official Swiss records, as if we even needed to. That hasn't stopped him from asking Elsmar users to donate $80,000, though.

### Nearly Two Decades of Unhinged Hate

The Elsmar site has been engaged in a defamation campaign against yours truly and Oxebridge for -- get ready -- **seventeen and a half years**, having launched it's hate speech in January of 2000. Normal people dedicate themselves to doing things like raising children or building careers during during a 17-year span, but Peachfarm just spends every waking moment harassing people online. One California-based media firm said they had never seen a level of internet trolling like that of Peachfarm and Elsmar, that it had eclipsed all other cases just on the basis of the vast number of years involved. A simple Google search for "paris oxebridge" reveals the horrific scope of this cowardly and sick obsession.

Elsmar lost a defamation suit in US Federal court, but obsessive behavior can rarely be tamed by the rational sound of a gavel. So the harassment continues, with "Peachfarm" suddenly appearing on the scene as Elsmar's new owner, and the Elsmar site moving to

D - 2of67

Offshore hosting a virus, it brags about being part of the "anti-Oxebridge" purported free-speech claims. Now Peachfarm has opened two entire websites dedicated to harassing and defaming Oxebridge, all while using fake names and Bahamas-based domain registrars, and hiding like timid little mice.



The sites engage in "doxing," or the public posting of personal information for the intent of harassment, intimidation and threats. Some have fallen for it, too; Oxebridge has received death threats, harassing phone calls and threatening emails. My house was vandalized four times, and my children harassed online. ASQ and ISO "experts" like Denis Devos, George Hummel, Jack Fletcher, Sidney Vianna and more all actively spread the misinformation created by Elsmar sites. One such false claim is that "Oxebridge shut down Elsmar," which is disproved by the fact that Elsmar is still very much in operation. They're hoping you don't notice that little detail.

Since then, Peachfarm has created multiple fake Twitter accounts, dedicated solely to defaming me and Oxebridge.



He's published numerous defamatory posts on Ripoff Report. He's published sealed court documents on PDF upload sites like Scribd, and then altered them to suit his anti-Oxebridge narrative. He's published my personal contact information to induce threats. He's submitted documents to third party blogs in order to further intimidate me.

### Elsmar: Literally Helping Kill Police Officers

But all this was just a precursor to the two Elsmar offshoot sites he created. One resides at oxebridge.co, an intentional misspelling of the oxebridge.com domain name, which also becomes a not-so-clever example of cybersquatting in violation of international trademark law. The other site, at osteinfo.com, is more interesting, however, and you'll have to buckle up for this part. You wouldn't believe it, except for all the documented evidence.

"Osteinfo.com" was originally created by a Danish self-described "anarchist" and featured photos of undercover police officers operating in Copenhagen, for the purposes of exposing them to the local criminals. "Oste" -- which means "cheese" -- is an insult against police officers in Danish, similar to the US term "pig." As a result of the osteinfo.com site, the lives of those police officers were *literally and intentionally put at risk*, and a criminal investigation was launched to uncover the owner of the site. The website was eventually shut down, presumably by Danish law enforcement, but the owner was never uncovered.

Official WHOIS information shows that the owner then gave the website to "Peachfarm," who converted it from a police-harassment website into an Oxebridge-

D-30of 7



hosting companies as the original Danish anarchist. That allowed us to "triangulate" who the actual original owner was, and it was discovered to be one of Elsmar's moderators, an IT professional with the technical skill to manage such sites. I contacted him on LinkedIn, asked about the site, but he fled and "blocked" me without comment, rather than even attempt to deny culpability. Immediately thereafter, our site was hacked, so you can do the math. We've handed over the information to the Danish police and are assisting in their criminal investigation against the would-be cop killer.

Peachfarm, meanwhile, ran to his anonymous websites within an hour of the hack and began gloating, nearly admitting his culpability in the process. The sites were "scraped" and will be used in our next phase of the Elsmar lawsuit, a second contempt of court motion which may see the responsible parties jailed.

But within minutes of Oxebridge sending a newsletter notice on the hack, Peachfarm emptied both his sites of all content, and the hack was suddenly and magically "lifted" from the Oxebridge site. We presume the hacker released control of the server out of fear of our posting information on his identity; the hack appears to have been to the site's Sucuri firewall, which was maliciously set to block all incoming traffic, and which was then easily toggled off afterwards. Unsophisticated, but nasty. So now we at least have access to the site back temporarily, and are attempting to take full control while downloading all the logs to see if any forensic evidence was left behind. As of now, the Oxebridge site is still down, as a result.

**Trolls of a Feather**

Meanwhile, Peachfarm was joined in the defamation campaign by Guberman and LaBelle, who have gone even further and launched online attacks against my family. We've had to lock down our social media pages, remove photos of my children, nieces and nephews, and notify relatives of impending threats. The material on Ripoff Report shows the three sharing material, links, backlinks and references to each other.

Peachfarm has also found a kindred spirit in defrocked ISO "risk based thinking" speaker Bill Levinson, who lost a speaking slot at the last ISO 9000 conference after Oxebridge reporting revealed he's written nearly a decade of racially insensitive political articles, under his own name, in which he actually praises Nazi propaganda used during the Holocaust, literally quotes from Hitler's *Mein Kampf* when denigrating Blacks, and after he crated an entire website dedicated to dehumanizing Muslims, which featured a cartoon of the prophet Mohammad as a pig (shown at right, but digitally blurred so as not to offend anyone further.) Levinson once suggested people use "Bacon Bits" to intimidate Muslims -- who don't eat pork --, a racist practice originally suggested on white supremacist websites.

D-4 of 7



Like the others, Levinson took his defamation against Oxebridge to new extremes, writing over 50 emails and certified letters to Oxebridge clients, friends and social media contacts, harassing them for their connection to me, and even threatening to sue their employers. In one case, Levinson threatened to sue a massive international aerospace firm in Europe, just because one of their employees commented on a LinkedIn thread I created. In another case, he called an ASQ chapter and demanded the personal cell phone of a member, and in yet another incident, he harassed a former Navy SEAL over the phone for having hired me as a consultant. Police reports against Levinson -- as well as Guberman and LaBelle -- have been filed in multiple US states for telephone and cyber harassment.

Levinson converted his entire Twitter feed to defaming Oxebridge. He posted numerous jabs on Facebook and LinkedIn. He joined in on posting Ripoff Report filings, and then -- with the parent help of Peachfarm -- created two anonymous websites dedicated to trashing Oxebridge: www.oxebridge.biz and www.oxfake.com. In these he falsely accused me of crimes, including illegal file sharing and promoting tax fraud.

The latter point grew, within their fever dream conspiracy world, into a full blown, real-world threat. The US Department of Justice received a complaint from Guberman and LaBelle claiming I had lied on official financial filings; the complaint borrowed much of the false information originally published by Peachfarm and then exacerbated by Levinson. My attorney notified me: *I was under official DOJ investigation.* While the investigation found nothing --

D - 50+7

researching filing a criminal complaint against the parties for making false claims to the DOJ, who wasn't too happy about having to waste time running down a false lead prompted by internet trolls.

In a tone deaf move that boggles the mind, Levinson then filed suit against Oxebridge for -- wait for it -- *defamation.* In his court filing, in which he attempts to sue me for being a "Social Justice Warrior" (whatever that is), Levinson denies his writings are racist, which should prove interesting given the monstrously large amount of material he's written, and especially since it includes things like when he literally paraphrased Dr. Martin Luther King Jr. to justify calling Blacks by the "n-word":


Bill•Levinson → LudicrousSextus  a year ago
The secondary definition of the N word judges people by the content of their character rather than the color of their skin. The problem is that, if you apply it to a Black person, the assumption is that it refers to the color of his skin rather than the content of his character.

Astonishingly, Levinson has friends in high places. To date, the American Society for Quality (ASQ) corporate office -- including its CEO William Troy -- and Quality Digest magazine have both opted to tacitly support Levinson. ASQ has refused to distance itself from Levinson, who was recently granted a Chair position in ASQ Section 209 in Pennsylvania, despite that whole problem of how he compared America's first Black President to a chimpanzee and invented his own racist slur for Muslims after claiming he got the idea from Nazi mastermind Joseph Goebbels. Quality Digest went so far as to actually hire an attorney to defend their right to publish Levinson; since QD is located in Chico CA, which was ranked the 25th most racist city in California and has an active KKK group in its city limits, perhaps that's all par for the course.

Mr. Paris,

I represent Quality Digest. I have seen the e-mails you are sending to their advertisers, and I am appalled. My clients review everything that goes into their catalogs carefully and would never print anything that was inappropriate or defamatory. Note that the political views of one of their contributors, no matter how distasteful it might be to me or you, is totally irrelevant to the material in the catalog. Your interference with their relationship with their advertisers is not only a violation of fair trade practices but an interference with their right to do business.

Further, to condemn someone for his or her political views is reasonable and appropriate in the right place and time and forum. It is not relevant to suggest that one not advertise in a catalog that publishes articles from someone you don't like. And to do so because, in a totally different context, you find their views to be intolerable, is ridiculous.

On a more practical note, my clients are very concerned with your writing to their advertisers. Should such activity continue, they will have no choice but to pursue appropriate legal remedies.

Douglas B Jacobs
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, CA 95973
(v)530 342 6244
(f)530 342 6310
djacobs@jppc-law.com

Prior to his latest wipe of the two anti-Oxebridge sites, Peachfarm had thrown full support to Levinson, even posting what appeared to be information about litigation strategy that only Levinson and his attorney could have known. It's not clear if Elsmar's advertisers -- who include Gagepack, Dozuki, Sunday Business Systems, UL Open Access, Lockstep and Discus Software -- know their money is going to support hacking, promoting the murder of police officers, rampant defamation and white supremacist rantings. Actually, in some cases it *is* clear, because a handful of those advertisers were specifically told about all of this months ago, but chose to support Elsmar anyway.

**Help Us Fight Back**

D-6 of 7

ISO and AS, to enjoy a number of tens of thousands of standards users and companies. Our *Eyesore 9001* and *DumbAS9100* documents have been downloaded over a quarter of a million times. My book *Surviving ISO 9001* is selling briskly. The free ISO and AS template kits are popular the world over, and companies are actually passing audits with them, after having spent exactly $0 on them. My seminars and ASQ Section dinners have been greeted with applause throughout the country, with the Sections reporting record turnout at each event. Oxebridge has over 300 happy clients, and is already nearing overbooked capacity for 2017.

Our critics number only four: Peachfarm, Guberman, LaBelle and Levinson. *Four*. That's it. But empowered with the internet, these four men can become formidable trolls. Backed up by backwards-thinking bureaucrats at ASQ HQ and Quality Digest, each with tens of thousands of dollars in ad revenue, they are hard nuts to crack.

We can only hope the US justice system will prevail and eventually the bad actors will be properly punished through the courts. We can only hope the advertisers of their backers will realize the damage to their brands and do the right thing. We can only hope that more people with inside knowledge of these trolls and their actions come forth and provide additional evidence to support the ongoing litigation.

In the mean time, you can help. Consider a donation to the **ISO Standards Users Legal Defense Fund**, which is used to not only help push for reform in the ISO standards scheme, but also to defend against these horrific attacks by morally bankrupt monsters. Click here to donate, if you can.

If you can't, don't worry, just hold on until we can get our site back up and safe, and feel free to tell the bad actors you're sick of their antics.

  

Report this

 **Christopher Paris**
Author "Surviving ISO 9001:2015"
7 articles

Follow

0 comments

D - 7.77

https://www.oxebridge.com/emma/latest-blog-posts/

# OXEBRIDGE

### QUALITY RESOURCES INTERNATIONAL

# Exhibit E



## US Court: Oxebridge Prevails in Elsmar Lawsuit

by OQRI | 20 Jan, 2017 | News

The US Federal District Court Middle District has issued a final order declaring Oxebridge as the prevailing party in its defamation lawsuit against the Elsmar website.

Thursday, June 15, 2017

CARDINAL
QUALITY RESOURCES INTERNATIONAL

# Exhibit F

# Registrar Defends US TAG Rep's Impossible ISO 9001 Consulting Claims

**by Christopher Paris | Dec 10, 2016 | Opinion |**

I've taken a hands-off approach towards other consultants for over a decade, even if they haven't necessarily reciprocated (see Elsmar Cove for just one 17-year long example.) My thinking was that there is plenty of ISO 9001 related work to go around and there's no need for fighting between consultants. I also didn't want to stretch Oxebridge's reform efforts too thin; tackling the standards bodies and certification scheme actors is plenty of work, without having to take on the consultants.

F Oxebridge-Stip-Violation-Exhibit-F-10-Dec-2016.jpg

G Oxebridge hack blog post still online 15 May 2017 Exhibit G.gif
Case 8:19-cv-00012-JGK-TBM Document 122-1   Filed 06/19/17   Page 13 of 32 PageID 1329
Thursday, June 15, 2017

🔒 Secure  https://www.oxebridge.com/emma/oxebridge-site-hacked-restored/

 OXEBRIDGE **Exhibit G**   O-Forum   Blog ⌄   Services ⌄   Resources
QUALITY RESOURCES INTERNATIONAL

# Oxebridge Site Hacked, Restored

by Christopher Paris | Jul 14, 2015 | Site Admin |

## Still being published as of 13 June 2017

At approximately 8 PM EST on July 13th, the Oxebridge.com site was temporarily hacked. Traffic was redirected to a simple HTML file inserted by the intruder, and removed by Oxebridge less than an hour later. Some pages are still directing to the injected page, which will result in a 404 error until users' caches are cleared, normally within 24 hours.

The attack appears to have been relatively unsophisticated, and no actual site content or user data was affected. All landing pages were replaced with the following message:



The Oxebridge site is undergoing unspecified upgrades, and it is expected the attack occurred during a maintenance period.

A handful of CB reps and consultants have begun a defamation campaign against Oxebridge on Reddit, using pseudonyms to hide their identity. Reddit is working with Oxebridge to provide identifying information of the users. It is not clear if the Reddit posts are related to the hack.

Due to ongoing litigation and the investigation into the hack, no further comment can be made regarding this incident.

Users who notice other anomalies on the site are urged to contact the admin immediately by clicking here.

💬 Join the O-Forum discussion on this post

  



**Mathew Judge**
Director | Principal Consultant | Best Selling Management Syste...

# Exhibit H  7/16/2015

My Dear Sir.

It's a pleasure.

I may also be able to directly prove to you now that it is indeed a hoax if you have a spare minute?

I look forward to hearing from you soon.

Matt
Elsmar ID: sparkyjoe

Hi Marc.

Further to my last email. I thought I'd preempt your response with the following link:

http://www.oxebridge.com/emma/wp-content/uploads/2015/07/Oxebridge-site-hack-13-July-2015-1080x581.jpg

This is the image that CP used in his post about being hacked.

In the address bar at the top of the page, if you manually delete the string after 07/, you are then presented with this following page:

http://www.oxebridge.com/emma/wp-content/uploads/2015/07/

Obvious security issues aside, you can clearly see on the file list several versions of the above screenshot, all of varying sizes.

The thing is, all image dimensions are the default output dimensions of Adobe Photoshop Elements CS6, which if I'm correct (OK, 'Prove' may have been too strong a word), suggest (To me at least), that the original image may have been created locally by CP himself, rather than just edited for publication.

Your thoughts on this would be greatly appreciated.

Best regards.

Matt
P.S. I had no idea you were already part of my network. In all honesty. I didn't even know who you were until Elsmar's demise.



# Exhibit I

**Oxebridge** @Oxebridge · May 23
Minutes (seconds?) after Oxebridge newsletter discussing hack, Elsmar fake sites came down, site firewall released. Coincidence? Riigghht...

**Oxebridge** @Oxebridge · May 23
Full story of Oxebridge hack by Elsmar. Buckle up, it's weird.

https://twitter.com/oxebridge?lang=en                          Page 1

Oxebridge (@Oxebridge) | Twitter                                    6/1/17, 4:14

**Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar.**
Many of you know that my company has released an entirely free set of ISO 9001:2015 QMS documentation templates, and that recently we dropped a

**Oxebridge** @Oxebridge · May 23
Elsmar moderator panicked when confronted with Danish police inquiry; he's wanted for threatening undercover cops in Denmark. Won't end well

**Oxebridge** @Oxebridge · May 23
Website still down, already Elsmar's "John Peachfarm" is bragging about it. Federal court order violated, new contempt complaint prepped.

**Oxebridge** @Oxebridge · May 22
#Oxebridge website is down, being investigated as a serious hack. Likely bad actor already reported to police in Europe. Developing....

Index of /emma/wp-content/uploads/2015/07    7/18/15, 8:41 PM

# Exhibit J

# Index of /emma/wp-content/uploads/2015/07

- Parent Directory
- DSC067352-150x102.jpg
- DSC067352-150x150.jpg
- DSC067352-400x250.jpg
- DSC067352-400x284.jpg
- DSC067352-45x45.jpg
- DSC067352-75x75.jpg
- DSC067352.jpg
- James_West_Conrad-150x105.jpg
- James_West_Conrad-150x150.jpg
- James_West_Conrad-400x250.jpg
- James_West_Conrad-400x284.jpg
- James_West_Conrad-45x45.jpg
- James_West_Conrad.jpg
- Oxebridge-site-hack-13-July-2015-1080x581.jpg
- Oxebridge-site-hack-13-July-2015-1080x675.jpg
- Oxebridge-site-hack-13-July-2015-150x150.jpg
- Oxebridge-site-hack-13-July-2015-150x81.jpg
- Oxebridge-site-hack-13-July-2015-400x250.jpg
- Oxebridge-site-hack-13-July-2015-400x284.jpg
- Oxebridge-site-hack-13-July-2015-45x45.jpg
- Oxebridge-site-hack-13-July-2015.jpg
- Sunita_Williams-150x120.jpg
- Sunita_Williams-150x150.jpg
- Sunita_Williams-400x250.jpg
- Sunita_Williams-400x284.jpg
- Sunita_Williams-45x45.jpg
- Sunita_Williams-e1436998424568-150x146.jpg
- Sunita_Williams-e1436998424568-150x150.jpg
- Sunita_Williams-e1436998424568-400x250.jpg
- Sunita_Williams-e1436998424568-400x284.jpg
- Sunita_Williams-e1436998424568-45x45.jpg
- Sunita_Williams-e1436998424568.jpg
- Sunita_Williams.jpg
- disaster-100x150.jpg
- disaster-150x150.jpg
- disaster-290x250.jpg
- disaster-290x284.jpg
- disaster-45x45.jpg
- disaster-75x75.jpg
- disaster.jpg
- eaglediscount2-115x150.jpg
- eaglediscount2-150x150.jpg




QUALITY RESOURCES INTERNATIONAL        **Exhibit K**

# Site Hack Update – New DDoS Attack Underway – Elsmar Cove Implicated

by OQRI | May 25, 2017 | News, Site Admin |

The Oxebridge site was down for about 36 hours recently due to a "unsophisticated but pernicious" attack carried out by an individual, or individuals, involved with the Elsmar quality forum website. One individual is known, and has been reported to police in Europe, who were already investigating the subject for an unrelated criminal action involving similar cybersecurity issues.

The two Elsmar "anti-Oxebridge" websites created by Elsmar owner "John Peachfarm" at oxebridge.co and osteinfo.com openly gloated about the hack, and are intermittently being updated with new information, presumably by Peachfarm. That information is being collected for the investigation. "John Peachfarm" is a pseudonym used by Elsmar activists and forum moderators.

Oxebridge has migrated the entire site to new server hardware with advanced protections, at an increased monthly server cost. Upon advice of legal counsel and our IT experts, we will not comment more on the technical aspects of the hack until any investigations are completed and arrests made.

As of about 0900 Eastern US time, the Oxebridge site was temporarily slowed by a new dedicated denial of service (DDoS) attack, confirmed with our server support staff. The site was inaccessible for about 10-15 minutes, but the new server hardware worked as expected and prevented a complete shutdown. As of this posting, the attack appears to be continuing, but our server personnel are physically monitoring the activities in real time.

Elsmar moderators have, for seventeen years, decried the Oxebridge site, and have made repeated calls for it to be shut down. Participants, moderators and advertisers of the Elsmar site include ISO 9001 certification bodies, auditors and consultants, who view Oxebridge's reform efforts as an impediment to their business. These new activities appear to show that the Elsmar supporters are now extending their efforts to criminal actions to achieve their end.

Advertisers on the Elsmar site include UL (Underwriters Labs), PQ Systems / Gagepack, EASE Inc., Dozuki, Sequence Software and Discus. One such advertiser, Sunday Business Systems, has referred to Oxebridge as a "very narrow minded asshole" and declared it is proud to support Elsmar.

Oxebridge was declared the prevailing party in a defamation and extortion lawsuit against Elsmar, filed in US Federal court. The case is pending a second contempt of court complaint, which will be amended to include recent defamatory comments made on the two Peachfarm websites.

1 Exhibit L
2
3
                    # Exhibit L
4 Hi Marc,
5
6 Further to my last email, I thought I'd preempt your response with the
… following link:
7
8 http://www.oxebridge.com/emma/wp-content/uploads/2015/07/Oxebridge-site-
… hack-13-July-2015-1080x581.jpg
9
10 This is the image that CP used in his post about being hacked.
11
12 In the address bar at the top of the page, if you manually delete the
… string after 07/, you are then presented with this following page:
13
14 http://www.oxebridge.com/emma/wp-content/uploads/2015/07/
15
16 Obvious security issues aside, you can clearly see on the file list
… several versions of the above screenshot, all of varying sizes.
17
18 The thing is, all image dimensions are the default output dimensions of
… Adobe Photoshop Elements CS6, which if I'm correct (OK, 'Prove' may have
… been too strong a word), suggest (To me at least), that the original image
… may have been created locally by CP himself, rather than just edited for
… publication.
19
20 Your thoughts on this would be greatly appreciated.
21
22 Best regards,
23
24 Matt
25 P.S. I had no idea you were already part of my network. In all honesty, I
… didn't even know who you were until Elsmar's demise.
26
27 **************************
28
29 GRAPHIC INFO:
30
31 ---- ExifTool ----
32 ExifTool Version Number:
33 9.95
34 ---- System ----
35 File Name:
36 Oxebridge-site-hack-13-July-2015-2015-1080x675.jpg
37 File Size:
38 291 kB
39 File Modification Date/Time:
40 2015:07:13 23:23:08-04:00
41 File Access Date/Time:
42 2015:07:16 18:33:15-04:00
43 File Inode Change Date/Time:
44 2015:07:16 18:06:01-04:00

```
45 File Permissions:
46 rw-r--r--
47 ---- File ----
48 File Type:
49 JPEG
50 File Type Extension:
51 jpg
52 MIME Type:
53 image/jpeg
54 Exif Byte Order:
55 Big-endian (Motorola, MM)
56 Image Width:
57 1600
58 Image Height:
59 861
60 Encoding Process:
61 Baseline DCT, Huffman coding
62 Bits Per Sample:
63 8
64 Color Components:
65 3
66 Y Cb Cr Sub Sampling:
67 YCbCr4:2:0 (2 2)
68 ---- JFIF ----
69 JFIF Version:
70 1.01
71 Resolution Unit:
72 inches
73 X Resolution:
74 120
75 Y Resolution:
76 120
77 ---- IFD0 ----
78 Artist:
79 Chris
80 XP Author:
81 Chris
82 Padding:
83 (Binary data 2060 bytes, use -b option to extract)
84 ---- ExifIFD ----
85 Date/Time Original:
86 2015:07:13 21:07:37
87 Create Date:
88 2015:07:13 21:07:37
89 Sub Sec Time Original:
90 25
91 Sub Sec Time Digitized:
92 25
93 Padding:
94 (Binary data 2060 bytes, use -b option to extract)
95 ---- XMP-rdf ----
96 About:
97 uuid:faf5bdd5-ba3d-11da-ad31-d33d75182f1b
```

```
 98 |---- XMP-xmp ----
 99 |Create Date:
100 |2015:07:13 21:07:37.248
101 |---- XMP-dc ----
102 |Creator:
103 |Chris
104 |---- Composite ----
105 |Image Size:
106 |1600x861
107 |Megapixels:
108 |1.4
109 |Create Date:
110 |2015:07:13 21:07:37.25
111 |Date/Time Original:
112 |2015:07:13 21:07:37.25
113 |
114 |****************************
115 |
116 |<?xpacket begin='' id='W5M0MpCehiHzreSzNTczkc9d'?>
117 |
118 |<x:xmpmeta xmlns:x="adobe:ns:meta/"><rdf:RDF
 .. |xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#"><rdf:Description
 .. |rdf:about="uuid:faf5bdd5-ba3d-11da-ad31-d33d75182f1b"
 .. |xmlns:dc="http://purl.org/dc/elements/1.1/"/><rdf:Description
 .. |rdf:about="uuid:faf5bdd5-ba3d-11da-ad31-d33d75182f1b"
 .. |xmlns:xmp="http://ns.adobe.com/xap/1.0/"><xmp:CreateDate>2015-07-13T21:07:
 .. |37.248</xmp:CreateDate></rdf:Description><rdf:Description
 .. |rdf:about="uuid:faf5bdd5-ba3d-11da-ad31-d33d75182f1b"
 .. |xmlns:dc="http://purl.org/dc/elements/1.1/"><dc:creator><rdf:Seq
 .. |xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#"><rdf:li>Chris</rdf
 .. |:li></rdf:Seq>
119 |
120 |        </dc:creator></rdf:Description></rdf:RDF></x:xmpmeta>
121 |
122 |                        <?xpacket end='w'?>
123 |
124 |------------------------------------
125 |
126 |Matt,
127 |
128 |Right about the security issue. I very rarely go to his site and wasn't
 .. |about to go "snooping about" because the last thing I need is my IP in his
 .. |server log(s). As to "proof", as I wrote his lawyer - I believe he did it
 .. |himself. His server is on the Linode network and no report has been filed.
 .. |I told his lawyer that I believe he did it to defame me further and that
 .. |only a report of the "break-in" and defacement to his server admin, the
 .. |local authorities (and the FBI) would be proof that a break-in and
 .. |defacement had actually happened. I did this so that he could not accuse
 .. |me of doing it. I have had servers online since 1996 and never had a
 .. |break-in. If I had at any time I would have reported it to the authorities
 .. |and been investigating.
129 |
130 |As to not knowing who I am, not surprising. Until recently I haven't been
```

130... much of a Linkedin user, and I'm not much of a "self-promoter". I'm just
   ... an old (well, 65...) quality person who ended up running a website
   ... dedicated to quality assurance and many other various standards.
131
132 Thank you for the info, sir. I applaud you and appreciate it very much!
133
134 Marc Smith
135
136

Thursday, June 15, 2017

Page

M Oxebridge-site-hack-13-July-2015-1080x581-Exhibit M.gif

## Exhibit M

**OXEBRIDGE**
QUALITY RESOURCES INTERNATIONAL

# Exhibit N

## Elsmar Hack of Oxebridge Isn't Their First Run-In with the Law

by Christopher Paris | May 31, 2017 | Opinion |

As you have probably read about, the Oxebridge site was hacked recently through what I called an "unsophisticated but pernicious" attack against our site's internal firewall. The hack was tracked back to at least one moderator of the popular Elsmar Cove quality forum, but it's owner "John Peachfarm" has been implicated. Mostly due to his own post-hack gloating, too, but there are other pointers in his direction that currently have him "terrified" according to one source.

Oxebridge was the prevailing party in a US Federal defamation and extortion lawsuit against Elsmar, and that suit is entering a second contempt of court phase, so I'm not at liberty to discuss much due to a current court order. That order does not limit me from talking about the Elsmar site, nor "John Peachfarm" who didn't exist until after the order was issued.

This is the second time the Oxebridge site was hacked in a manner related to the Elsmar site. The previous hack saw our site defaced with a page reading "ELSMAR STRIKES BACK!" which lasted a few hours. Peachfarm and others later accused me of hacking the site myself, making absolutely no sense.

**The Guberman Attacks**

The Oxebridge site was then victimized by Daryl Guberman and Donald LaBelle, operators of the "certificate mill" operation called G-PMC Registrars, which sells ISO certificates for anything under the sun, even offering to do so without — you know — actually conducting an audit. Guberman once agreed to provide an ISO 9001 certificate to a fictional company that claimed to build life vests made out of cement. The "staff" photos appearing on his website include stock model photos and at least one of Guberman's former co-workers, who is actually dead. Guberman once issued a certificate for a firearm manufacturing standard "ARM 9009" which doesn't even exist. LaBelle posted a "CNN report" about G-PMC which featured an amateur actor pretending to be a newsman in front of a low-budget computer backdrop (seriously, go see it.)

Angry at the Oxebridge reporting on their antics, Guberman and LaBelle filed almost 50 fraudulent DMCA copyright notices in order to shut the site down, going so far as to falsely assert they were the legal representatives for a host of people who never even heard of them. Below you can see an example where Guberman pretended to be the legal representative for US TAG 176 member Julie Congress. In one example, Guberman alleged to be the legal representative over a photo of me, meaning I would have had to have *hired him to sue myself*, which I can attest that I did not. Impersonating an attorney is a crime in most cases, but this one is so weird, it's not actually clear. In any event, the flood of these fraudulent filings forced the temporary shutdown of the Oxebridge site until we could find a hosting company that would fight back against "copyright trolls" like Guberman.

Fraudulent DMCA notice in which Guberman claims, under penalty of perjury, to be the authorized legal representative for Julie Congress.

There aren't many depths that Guberman and LaBelle won't descend to. They have published racist comments about my wife. They have posted homophobic comments, insisting "Chris Paris is a feminine man," and literally using insults like "Chrissy the sissy," as if we were still in a 1950's fourth grade class. They've accused me of Communism, antisemitism, and — most bizarrely of all — insulting a "supporter of veterans." Daryl Guberman, who never spent a minute in the military, sells a fake "VOB9009" certification to veteran-owned businesses, meaning he's ripping off veterans, and once screamed obscenities on the phone to one of my clients, a former US Navy SEAL, and wants to somehow claim he's a "supporter of veterans." Guberman's wife, Dr. Felice Guberman, is a managing agent of Guberman PMC-LLC, and previously worked with the Veterans Administration; she now serves mentally ill veterans through the Connecticut Dept. of Mental Health and Addiction Services, and a formal ethics complaint is being prepared against her for gross violation of their rules of conduct. It appears that G-PMC LLC may have used Dr. Guberman's contacts with veterans to take advantage of them, by selling them on unrecognized, self-published "VOB9009" certificates.

**Rotten Peach Farm**

Now meet "John Peachfarm." He is allegedly the new owner of the famous Elsmar.com quality forum, and allegedly resides in Switzerland, where he operates a company called "Peachfarm Internet Properties LLC." The only problem, of course, is that *Peachfarm doesn't exist*, nor does his company. The name "Peachfarm" appeared only after US Federal court orders were issued limiting the role of the site's moderators due to the massive cache of defamation encountered there; the invention of Peachfarm apparently sought to circumvent those rulings, and now puts the Elsmar site back in court for additional contempt charges.

We know Peachfarm is fake for a variety of reasons, not the least of which is that Swiss companies don't form "LLCs" but instead "GmbH" companies because — wait for it — the Swiss *speak German, not English,* so "limited liability

corporation" doesn't mean anything in Switzerland. Peachfarm thinks you're stupid enough to fall for that fake English-language letter that shows Einstein got rejected from a Swiss university. We confirmed the fact that Peachfarm doesn't exist through official Swiss records provided by the Handelsregisteramt, as if we even needed to. That hasn't stopped Peachfarm from asking duped Elsmar users to donate $80,000, though, in what is thus likely a US Federal tax fraud scheme. While it's highly unethical for a fake person to be soliciting donations under false pretenses, failing to pay taxes on any donations received would make the issue criminal.

### Nearly Two Decades of Unhinged Hate

The Elsmar site has been engaged in a defamation campaign against yours truly and Oxebridge for — get ready — *seventeen and a half years*, having launched it's hate speech in January of 2000. Normal people dedicate themselves to doing things like raising children or building careers during during a 17-year span, but Peachfarm spends every waking moment harassing people online. In the time that Peachfarm and his moderators have been defaming me, I have built a thriving consulting business, worked with some of the greatest aerospace companies in the world, published entire books, influenced the content of international standards, advised for certification and accreditation bodies worldwide, testified before critical agencies and committees on the lapses in the ISO certification scheme, released two entire QMS template kits (at no cost!) and created what may be the sole source of critical discussion on matters pertaining to ISO through this website. And I raised a family, too.

Peachfarm sat in his basement typing hate messages that entire time, fantasizing that he was living in the Cayman Islands. One California-based media firm said they had never seen a level of internet trolling like that of Peachfarm and Elsmar, that it had eclipsed all other cases just on the basis of the vast number of years involved. A simple Google search for "paris oxebridge" reveals the horrific scope of this cowardly and sick obsession.

Through Elsmar, the accusations against me have been stunning. I've been accused of Satanism. I was accused of secretly recording Federal court proceedings by smuggling in a listening device in my clothes. I was accused of running a suicide cult. I was even accused of threatening murder. The most recurring accusation is that I am guilty of federal trade violations through "fraudulent advertising," because the people at Elsmar can't wrap their heads around my company's "40 Day ISO 9001 Implementation Program," as their ranks are populated by a lot of thieves who drag out consulting for 12-16 months a pop, and milk their clients dry. They said my claims were fraudulent, false advertising, and impossible, and no matter how many clients went through the program successfully, they just insisted it was all a lie, because they were too incompetent to do it themselves.

Elsmar lost the defamation and extortion suit, but obsessive behavior can rarely be tamed by the rational sound of a gavel. Peachfarm has since lied about the case, saying it was "settled out of court," even as that utterly contradicts the very court documents he has attempted to spread across the internet. So the harassment continues, with "Peachfarm" suddenly appearing on the scene as Elsmar's new owner, and the Elsmar site moving to offshore hosting where it brags about being out of the reach of US courts and copyright claims. Now Peachfarm has opened two entire websites dedicated to harassing and defaming Oxebridge, all while using fake names and Bahamas-based domain registrars, and hiding like timid little mice.

The sites engage in"doxing," or the public posting of personal information for the intent of harassment, intimidation and threats. Some have fallen for it, too; Oxebridge has received death threats, harassing phone calls and threatening emails. My house was vandalized four times, and my children harassed online. ASQ and ISO "experts" like Denis Devos, George Hummel, Jack Fletcher, Sidney Vianna and more all actively spread the misinformation created by Elsmar sites. One such false claim is that

5/13/2017 Oxebridge - Christopher Mark Paris Lies
11 May 2017 - Mass Update (Confusion replaces)

### Oxebridge - Christopher Mark Paris Lies



We started out writing the below and an found ourselves mainly dealing with lies related to the Lawsuit Mr. Paris filed against ___, ___ because we were focused on the content of court documents for the most part. We also found that Mr. Paris has told so many lies that - Well, we can fill many pages here, especially if we go back quite a few years. That said, we have decided to start new pages from time to time to deal with some of the other lies. We will link to them here.

Currently Mr. Paris is spreading some humdingers in a discussion he started in the LinkedIn ISO 9001 group. We will be posting on those on a page here soon. The bottom line is Mr. Paris attacked someone on Twitter, his Oxebridge website, and other places such as on LinkedIn. Mr. Paris knows full well what it is all about, but he is not about to share the facts with his followers in the LinkedIn ISO 9001 group. Mr. Paris thrives on complaints and defamation of people, organizations (such as the ASQ, the ISO organization, the IAQG, and the ACI to name a few) and companies. Defamation is Mr. Paris' raison d'être.

"Oxebridge shut down Elsmar," which is disproved by the fact that Elsmar is still very much in operation. They're hoping you don't notice that little detail.

6nct38+cfg69g2h2zu70@guerrillamail.com

I hope you die

You get everything you deserve from ████████ I hope you die you scum if I ever see you I will kill you with my bare hands you pussy.

Since then, Peachfarm has created multiple fake Twitter accounts, dedicated solely to defaming me and Oxebridge. One such feed — located here — includes scans of the handwritten court notes that were never published anywhere else, pointing overtly to their source. He's published numerous defamatory posts on Ripoff Report. He's published sealed court documents on PDF upload sites like Scribd, and then altered them to suit his anti-Oxebridge narrative. He's published my personal contact information to induce threats. He's submitted documents to third party blogs in order to further intimidate me.

And, of course, he's joined forces with the certificate mill operators Guberman and LaBelle to maximize the damage. Together, they have published the personal information on my family members, including their dates of birth, addresses and employment information. They have harassed my children on social media. As I said, they have made racist comments against my wife, claiming — falsely — that she's "ignorant" and "can't speak English." They sent veiled threats against her and family members. Peachfarm has thrown Elsmar support behind white supremacist rants calling for the "extermination" of minorities per the philosophy of Joseph Goebbels.

**Elsmar: Literally Helping Kill Police Officers**

But all this was just a precursor to the two Elsmar offshoot sites that Peachfarm then created. One resides at oxebridge.co, an intentional misspelling of the oxebridge.com domain name, which also becomes a not-so-clever example of cybersquatting in violation of international trademark law. The other site, at osteinfo.com, is more interesting, however, and you'll have to buckle up for this part. You wouldn't believe it, except for all the documented evidence.

"Osteinfo.com" was originally created by a Danish self-described "anarchist" and featured photos of undercover police officers operating in Copenhagen, for the purposes of exposing them to the local criminals. "Oste" — which means "cheese" — is an insult against police officers in Danish, similar to the US term "pig." As a result of the osteinfo.com site, the lives of those police officers were *literally and intentionally put at risk,* and a criminal investigation was launched to uncover the owner of the site. The website was eventually shut down, presumably by Danish law enforcement, but the owner was never uncovered.

Official WHOIS information shows that the owner then gave the website to "Peachfarm," who converted it from a police-harassment website into an Oxebridge-harassment site, using the same hosting companies as the original Danish anarchist. That allowed us to "triangulate" who the actual original owner was, and it was discovered to be one of Elsmar's moderators, an IT professional with the technical skill to manage such sites. I contacted him on LinkedIn, asked about the site, but he fled and "blocked" me without comment, rather than even



attempt to deny culpability. Immediately thereafter, our site was hacked, so you can do the math. We've handed over the information to the Danish police and are assisting in their criminal investigation against the would-be cop killer.

Peachfarm, meanwhile, ran to his anonymous websites within an hour of the hack and began gloating, nearly admitting his culpability in the process. The sites were "scraped" and will be used in our next phase of the Elsmar lawsuit, a second contempt of court motion which may see the responsible parties jailed.

But within minutes of Oxebridge sending a newsletter notice on the hack, Peachfarm emptied both his sites of all content, and the hack was suddenly and magically "lifted" from the Oxebridge site. We presume the hacker released control of the server out of fear of our posting information on his identity. The hack was unsophisticated, but nasty. We quickly moved the site to new servers, shut down the old hardware, and implemented new — and expensive — controls.

We then experienced a new DDoS attack, but it was defeated by our new server configuration. The Peachfarm sites were intermittently up, then down, showing Peachfarm was manually removing the material, then replacing it with new material, then removing it again. Typically when the sites are"emptied," it means Peachfarm is creating new content. As you read this, the defamation sites might be up or down, as it changes by the hour. In addition, police in Europe have been notified of the prime suspect, and are investigating. As of this writing, the Peachfarm sites include a bogus message that "server hacked and abandoned" but the very presence of the message — which someone had to literally type and which is then being served by a, you know, *server* — proves it's a lie. Our source says that Peachfarm is suddenly realizing that jail may await him, and is trying to find ways to erase his Whois records, but that it can't be done. It won't matter anyway, since the content was screencapped for months prior to his shutdown.

**Real World Threats**

These harassments may occur online, but they can grow into full blown, real-world threats. The US Department of Justice received a complaint from Guberman and LaBelle claiming I had lied on official financial filings; the complaint borrowed much of the false information originally published by Peachfarm. My attorney notified me: *I was under official DOJ investigation.* While the investigation found nothing — of course — I was forced to incur even more legal expenses; now my attorney is researching filing a criminal complaint against the parties for making false claims to the DOJ, who wasn't too happy about having to waste time running down a false lead prompted by internet trolls.

It's not clear if Elsmar's advertisers — who include Gagepack, Dozuki, UL Open Access, Lockstep and Discus Software — know their money is going to support hacking, promoting the murder of police officers, rampant defamation and white supremacist rantings. Actually, in some cases it *is* clear, because a handful of those advertisers were specifically told about all of this months ago, but chose to support Elsmar anyway. In the case of Andrew Stack's Sunday Business Systems, his site just went all-in and supported Elsmar while calling me a "narrow minded a**hole." Apparently, to Andrew Stack, disliking it when someone falsely accuses you of crimes, running cults, or being upset when someone harasses your children, is "narrow minded." Lets hope Stack's family never has to experience this firsthand.

**Help Us Fight Back**

In the end, Oxebridge enjoys a fan base of tens of thousands of standards users and companies. Our *Eyesore 9001* and *DumbAS9100* documents have been downloaded over a quarter of a million times. My book *Surviving ISO 9001* is selling briskly. The free ISO and AS template kits are popular the world over, and companies are actually passing audits with them, after having spent exactly $0 on them. My seminars and ASQ Section dinners have been greeted with applause throughout the country, with the Sections reporting record turnout at each event. Oxebridge has over 300 happy clients, and is already nearing overbooked capacity for 2017.

Our critics number only four. *Four.* That's it. But empowered with the internet, these four men can become formidable trolls. Backed up by backwards-thinking bureaucrats at ASQ HQ and Quality Digest, each with tens of thousands of dollars in ad revenue, they are hard nuts to crack.

We can only hope the US Justice system will prevail and eventually the bad actors will be properly punished through the courts. We can only hope the advertisers of their backers will realize the damage to their brands and do the right thing. We can only hope that more people with inside knowledge of these trolls and their actions come forth and provide additional evidence to support the ongoing litigation.

In the mean time, you can help. Consider a donation to the **ISO Standards Users Legal Defense Fund**, which is used to not only help push for reform in the ISO standards scheme, but also to defend against these horrific attacks by morally bankrupt monsters. Click here to donate, if you can.

If you can't, don't worry, just hold on until we can get our site back up and safe, and feel free to tell the bad actors you're sick of their antics.

*[This article is an updated version of one that appeared previously on LinkedIn.]*

**UPDATE 5 June 2017:**

A source within Elsmar reports that some close to Peachfarm have counseled him to pull back on the defamation, but that his behavior is growing increasingly bizarre, and that he is allegedly "completely incapable of controlling himself" when dealing with Oxebridge. The two defamation sites at osteinfo.com and oxebridge.co continue to be updated nearly daily, often by the hour, as Peachfarm's "mood shifts," at times erasing the information entirely, and later replacing it with new hateful rants. In one recent update, Peachfarm posted an eccentric, nearly incomprehensible, story about Caesar concluding with the entirely disconnected statement, *"Just a thought* [sic] *When 99% of the people think you're full of shit, you probably are, and you should probably just shut the f&%k up and go away."*

The source said that Peachfarm is obsessed with "getting a rise" out of me and Oxebridge, and is watching our site nearly minute by minute for updates about him.

Meanwhile, Peachfarm is labeling the material as having been posted by "The Katzenjammer Kids," based on an old cartoon strip originally published in the 1920s to 1940s. This not only hints at Peachfarm's actual age, but is also an allusion to the "KKK," the racist US-based terror organization which Peachfarm has supported. Single-sentence messages have been posted, then pulled, in an apparent attempt to send messages to Oxebridge without using email, which would reveal Peachfarm's identity.

Previously, Peachfarm attempted to deflect responsibility by claiming the defamation sites were published by "law students" and then later a "New Zealand correspondent." He's posted multiple times that the sites were shutting down, but cannot stop posting. The source told me that, *"This is beyond his ability to control. He's spent almost 18 years at this. Harassing you is his entire life. There's nothing else. No family, no friends. Just you."*

> **NOTE: Osteinfo will be going away very soon. We're starting holiday and none of us wants to bother continuing with it at this time. Those of you who have an interest in Mr. Paris (Oxebridge) and found Osteinfo know some of the facts now.**
>
> **We believe Mr. Levinson's lawsuit will end up in some kind of confidential settlement, so the thrill there is gone.**
>
> **We hope you enjoy your summer! We plan to!**
> **And remember: Dominate Your Registrar!**
>
> **19 May 2017 - Final Edition**

  



### About Christopher Paris

Christopher Paris is the founder and VP Operations of Oxebridge. He has over 25 years' experience implementing ISO 9001 and AS9100 systems, and is a vocal advocate for the development and use of standards from the point of view of actual users. He is the author of *Surviving ISO 9001:2015*, which can be purchased here.

Mail | Web | Twitter | Facebook | LinkedIn | Google+ | More Posts

## More Blog Entries

*More entries.*

ANAB's Obsession with "Poor Root Cause" is Uninformed

30 May, 2017



Why ISO's "Footbridge" Metaphor for Risk-Based Thinking Doesn't Make Sense

29 May, 2017



Guberman Casts Serial Killer to Act As Newsman in Surreal G-PMC Promo Video

26 May, 2017



Site Hack Update – New DDoS Attack Underway – Elsmar Cove Implicated

25 May, 2017



Oxebridge ISO 9001 Template Kit Users Are Passing Registration Audits

20 May, 2017



Oxebridge Redirects Guberman Phony Press Releases to Legal Defense Fund UPDATED

19 May, 2017



Scorched Earth: JAS-ANZ Strips Accreditation from Multiple Indian Registrars

14 May, 2017



Oxebridge Releases Free AS9100 Rev D QMS Template Kit

12 May, 2017



Guberman-PMC, LLC – Quality Begins Here

# Exhibit O

HOME    SERVICES    REQUEST QUOTE    ENDORSEMENTS    BOARD OF ADVISORS    WE TRAIN VETERANS    PHONE CONSULTATION

MEET THE PRESIDENT    CONTACT US

petition please our legal department at petition@dguberman.com

**Complaints & Comments On Elsmar Cove About Chris Paris**

Below are just a few of hundreds of comments found on the former Elsmar Cove about Chris Paris and Oxebridge Quality Resources. These comments clearly show what people in the quality community think of Chris Paris. His lawsuit against Marc Smith, former owner of Elsmar Cove was to silence the quality community that was exposing this guy as a whack job. Well, if you think that's harsh, just read what others are saying about this disturbed individual.

See: https://groups.google.com/forum/#!topic/misc.industry.quality/K1Fxct15CgA

"My first reaction is "Oh God, what an idiot". Obviously he (Chris Paris / Oxebridge) doesn't have enough to do, and is bored and trying to stir up something from nothing. He wins first prize for DA of the month" – MP

"Wow! Just imagine if you had urinated on Chris's shoe! I think he'd probably want you up for capital punishment. I'm surprised old legal eagle Chris hasn't quite figured out the difference between slander and libel. "Religious slurs"? I do note you have been particularly bigoted toward us Huguenots. (Nothing new – we survived St Bartholomew's Day Massacre; we can take anything.)" – KW

"I was briefly lost for words there… when I saw Christopher Paris Registered 4 Days Ago. I found this yesterday, and wondered why on earth he registered. Obviously not to take part in the contest. I didn't think he wanted to have anything to do with us? Now I realize what he was up to…. I have littleknowledge of U.S. law, but I know one thing: I know a personal vendetta when I see one. Tragic…." – SL

"I am at a complete loss. Does he (Chris Paris of Oxebridge Quality) think we are some covert terrorism sponsor??? Does he think that people from other countries …Maybe he just does not think he could write a good enough article. The next thing you know he will

# Exhibit P

**ISO WATCH**

# FAKE PRESS RELEASES HARM REAL PEOPLE

Oxebridge is working to ensure we never have another Takata airbag death, another Deepwater Horizon disaster, or a VW emissions scandal.

But US Senate candidate Daryl Guberman (R-CT) has flooded the internet with dozens of false and defamatory posts and fake press releases intended to harm our company and stop reform of the ISO certification scheme.

If you've found this page, you've been victimized, too. Send a message to Guberman and his press handler Donald LaBelle of IndustrialPRnet, the phony press release distributor, that online defamation won't stop Oxebridge from pursuing real reforms that help save lives.

**Donate to the ISO Standards Users Legal Defense Fund today.**

- Database to Verify ISO Certificates Is Back On the Table
  The IAF and IAAR are behind a new move to create a universal ISO certificate registry, thirteen years after Oxebridge held a presentation for them on the very subject.
- Believe It Or Not the IAQG Just Made That AS9100 Transition Deadline WORSE
  The IAQG just made hitting that Sept. 2018 transition deadline for AS9100 absolutely impossible, and they have no one to blame but themselves.
- What A Better Third-Party ISO 9001 Audit Might Look Like... and Cost
  There is much discussion over whether the current third party conformity assessment structure is effective for ISO 9001 end users and their customers. So let's spitball a little... what might a more robust audit program look like, and what would it cost end users?

http://ipwatch2017.com/

- Elsmar Hack of Oxebridge Isn't Their First Run-In with the Law
  The recent hack of Oxebridge's website isn't the Elsmar operators' first run-in with the law; previously, they advocated for the murder of undercover police officers.

- ANAB's Obsession with "Poor Root Cause" is Uninformed
  ANAB is beating up certification bodies for not flowing down proper root cause analysis on ISO 9001 certified clients, but their rationale is faulty, and based on personal opinion, not objective evidence.

- Why ISO's "Footbridge" Metaphor for Risk-Based Thinking Doesn't Make Sense
  ISO's "footbridge metaphor" for risk-based thinking is stupid, and will point you entirely in the wrong direction.

- Guberman Casts Serial Killer to Act As Newsman in Surreal G-PMC Promo Video
  Certificate mill operators Guberman and LaBelle have released the most surreal, terrifying promotional video ever made.

- Site Hack Update – New DDoS Attack Underway – Elsmar Cove Implicated
  The Oxebridge site is back up after a hack by Elsmar Cove supporters; a DDoS attack is also underway, but the site is currently protected.

- Oxebridge ISO 9001 Template Kit Users Are Passing Registration Audits
  Users of the Oxebridge ISO 9001 template kit are passing their audits.

- Oxebridge Redirects Guberman Phony Press Releases to Legal Defense Fund UPDATED
  Certificate mill operators Daryl Guberman and Don LaBelle published a series of fake press releases to promote a website they forgot to register, so Oxebridge did it instead; the sites now resolve to a legal defense fund.