

**Christopher Paris** <chris@oxebridge   2:22 PM (2 hours ago) 
to me ▼                                  16 June 2017

**Exhibit B**

I've retained new counsel for Oxebridge v Smith and we will be filing a new motion for contempt of court, based on your recent publications at Oxebridge.co, Osteinfo.com, the newsgroup MIQ and other sites. Furthermore, it will cite you for continuing to refuse to remove the posts under the original court order. Since fines have not worked, we will be aggressively pushing for incarceration, as that is the last remedy available for the court. I urge you to obtain counsel and let the adults begin talking, rather than continuing your hate campaign on these various websites. But since you've been unable to stop for 17 ½ years, I don't expect anything to dissuade you, other than jail.

We will also be filing a complaint alleging perjury, in your false claims made to the court, under oath, that you fled the country for fear of your life. I never threatened you, and Ohio is still part of the country. The other false charges you made, such as recording court proceedings, will also be used against you.

It's abundantly clear that whatever mental illness you suffer from prevents you from stopping this behavior, so we will be using the court to force you to stop.

If we obtain the evidence of your involvement in the hack, I will also be pursuing Federal criminal charges against you. Your gloating on osteinfo.com will go far in proving your culpability.

Christopher Paris
VP Operations
**Oxebridge Quality Resources International LLC**
Tampa FL – Lima Peru
Phone: 863-651-3750
Web: www.oxebridge.com
Email: chris@oxebridge.com

# Exhibit C

ISO WATCH

# FAKE PRESS RELEASES HARM REAL PEOPLE

Oxebridge is working to ensure we never have another Takata airbag death, another Deepwater Horizon disaster, or a VW emissions scandal.

But US Senate candidate Daryl Guberman (R-CT) has flooded the internet with dozens of false and defamatory posts and fake press releases intended to harm our company and stop reform of the ISO certification scheme.

If you've found this page, you've been victimized, too. Send a message to Guberman and his press handler Donald LaBelle of IndustrialPRnet, the phony press release distributor, that online defamation won't stop Oxebridge from pursuing real reforms that help save lives.

**Donate to the ISO Standards Users Legal Defense Fund today.**

- Database to Verify ISO Certificates Is Back On the Table
  The IAF and IAAR are behind a new move to create a universal ISO certificate registry, thirteen years after Oxebridge held a presentation for them on the very subject.
- Believe It Or Not the IAQG Just Made That AS9100 Transition Deadline WORSE
  The IAQG just made hitting that Sept. 2018 transition deadline for AS9100 absolutely impossible, and they have no one to blame but themselves.
- What A Better Third-Party ISO 9001 Audit Might Look Like... and Cost
  There is much discussion over whether the current third party conformity assessment structure is effective for ISO 9001 end users and their customers. So let's spitball a little... what might a more robust audit program look like, and what would it cost end users?

- Elsmar Hack of Oxebridge Isn't Their First Run-In with the Law
  The recent hack of Oxebridge's website isn't the Elsmar operators' first run-in with the law; previously, they advocated for the murder of undercover police officers.
- ANAB's Obsession with "Poor Root Cause" is Uninformed
  ANAB is beating up certification bodies for not flowing down proper root cause analysis on ISO 9001 certified clients, but their rationale is faulty, and based on personal opinion, not objective evidence.
- Why ISO's "Footbridge" Metaphor for Risk-Based Thinking Doesn't Make Sense
  ISO's "footbridge metaphor" for risk-based thinking is stupid, and will point you entirely in the wrong direction.
- Guberman Casts Serial Killer to Act As Newsman in Surreal G-PMC Promo Video
  Certificate mill operators Guberman and LaBelle have released the most surreal, terrifying promotional video ever made.
- Site Hack Update – New DDoS Attack Underway – Elsmar Cove Implicated
  The Oxebridge site is back up after a hack by Elsmar Cove supporters; a DDoS attack is also underway, but the site is currently protected.
- Oxebridge ISO 9001 Template Kit Users Are Passing Registration Audits
  Users of the Oxebridge ISO 9001 template kit are passing their audits.
- Oxebridge Redirects Guberman Phony Press Releases to Legal Defense Fund UPDATED
  Certificate mill operators Daryl Guberman and Don LaBelle published a series of fake press releases to promote a website they forgot to register, so Oxebridge did it instead; the sites now resolve to a legal defense fund.

# Exhibit G

## Oxebridge

@Oxebridge

Oxebridge Quality Resources International LLC is a provider of ISO 9001, AS9100, ISO 17025 and other implementation programs, founded in 1999.

📍 Tampa FL, Lima Peru

🔗 oxebridge.com

📅 Joined April 2009

📷 24 Photos and videos



**Tweets**    Tweets & replies    Media

**Oxebridge** @Oxebridge · May 25
#AS9100 "Braindump" seminar in Cocoa Beach went well, attendees love the presentations. Thx to ERAI and Aerospace Exports for great work.
↩  ↻  ♡ 1

**Oxebridge** @Oxebridge · May 25
Oxebridge site under new DDoS attack, server holding fast. Was offline only 10 mins or so. Props to IT staff.
↩  ↻  ♡

**Oxebridge** @Oxebridge · May 25
Oxebridge site is back up and under our control again.
↩  ↻  ♡ 2

**Oxebridge** @Oxebridge · May 23
In other news, the AS9100 template kit will undergo minor update, including new language on Human Factors, improved COTO Log for aero.
↩  ↻  ♡

**Oxebridge** @Oxebridge · May 23
Poss. illegal fundraising.Violations of editorial policy.Intentional skewing of TAG roster.Sherman Act viol.Supporting racist. Your @ASQ?
↩  ↻  ♡

**Oxebridge** @Oxebridge · May 23
Minutes (seconds?) after Oxebridge newsletter discussing hack, Elsmar fake sites came down, site firewall released. Coincidence? Riigghht...
↩  ↻  ♡

**Oxebridge** @Oxebridge · May 23
Full story of Oxebridge hack by Elsmar. Buckle up, it's weird.





**Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar.**
Many of you know that my company has released an entirely free set of ISO 9001:2015 QMS documentation templates, and that recently we dropped a
linkedin.com

**Oxebridge** @Oxebridge · May 23
Elsmar moderator panicked when confronted with Danish police inquiry; he's wanted for threatening undercover cops in Denmark. Won't end well

**Oxebridge** @Oxebridge · May 23
Website still down, already Elsmar's "John Peachfarm" is bragging about it. Federal court order violated, new contempt complaint prepped.

**Oxebridge** @Oxebridge · May 22
#Oxebridge website is down, being investigated as a serious hack. Likely bad actor already reported to police in Europe. Developing....

**Oxebridge** @Oxebridge · May 22
Ppl have the right to espouse racist views, but likewise, other people have the right to know about it, so they can make informed decisions.

**Oxebridge** @Oxebridge · May 22
More recent: invoking MLK Jr to defend use of "n-word" when describing Blacks. @ASQ, @QualityDigest @UCIrvine.

> Bill+Levinson → LudicrousSextus    a year ago
> The secondary definition of the N word judges people by the content of their character rather than the color of their skin. The problem is that, if you apply it to a Black person, the assumption is that it refers to the color of his skin rather than the content of his character.

**Oxebridge** @Oxebridge · May 22
More praise of Hitler by @ASQ / @Qualitydigest writer, @UCIrvine professor. Goes back a bit, but latest material is similar.

**God**  **BLESS America**

Obama and Jeremiah "God #'a %! America" Wright

"All propaganda has to be popular and has to adapt its spiritual level to the perception of the least intelligent of those towards whom it intends to direct itself" (Adolf Hitler, *Mein Kampf*, Vol I). Hitler proved himself right by gaining control of an entire country and then leading it to total ruin. The lesson is not that Hitler is a desirable role model but rather that his methods worked. If effective propaganda can get the people to believe the biggest whopper you can tell, the corollary is that, if you are going to tell the *truth*, you had better use equally effective methods. This is the mission of Stentorian.com.

↰   ↻   ♡

**Oxebridge** @Oxebridge · May 22
And then there's this. @ASQ Chair & @QualityDigest writer ran cartoon of Mohammad as a pig, calling Islam a "death cult."

The truth is that Mohammad did create a religion whose original form encourages and sanctions violence toward outsiders, and this picture is not very offensive in comparison to the pictures of Jews that are drawn routinely by militant Muslims who follow Mohammad's original death cult (in comparison to the evolved version of Islam followed by civilized Muslims).



↰   ↻   ♡

**Oxebridge** @Oxebridge · May 22
Awkward. @ASQ Chair literally praises Hitler, Goebbels and quotes from Mein Kampf to denigrate US Blacks. ASQ still silent.

"All propaganda has to be popular and has to adapt its spiritual level to the perception of the least intelligent of those towards whom it intends to direct itself" (Adolf Hitler, *Mein Kampf*, Vol I) Hitler proved himself right by gaining control of an entire country and then leading it to total ruin. The lesson is not that Hitler is a desirable role model but rather that his methods worked.

# Exhibit G




**Oxebridge** @Oxebridge · May 12
The Oxebridge Report # 40 - mailchi.mp/e11d6e1fa9b0/t...


**Oxebridge** @Oxebridge · May 11
In the mean time:



**Oxebridge ISO Standards Users Legal Defense Fund**
Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, in court, against the ISO incumbents, including certification ...
fundrazr.com


**Oxebridge** @Oxebridge · May 11
Our Twitter feed is essentially shut down due to harassment by Levinson, Guberman and Elsmar's "Peachfarm." Until court rules, that is.


**Oxebridge** @Oxebridge · Mar 9
Call for @isostandards @ISOSecGen to extend ISO 9001 cert deadline until Sept 2020, users need breathing room.

**Oxebridge Calls for Extension of ISO 9001 and AS9...**
Oxebridge has released a new Public Call document asking ISO and the IAF to extend the deadlines for ISO 9001:2015 and AS9100 Rev. D certification until Sep...



https://www.oxebridge.com/emma/oxebridge-redirects-guberman-phony-press-releases-to-legal-defense-fund/

**OXEBRIDGE** QUALITY RESOURCES INTERNATIONAL  **Exhibit F**   O-Forum    Blog    Services    Resources    Ab

## Oxebridge Redirects Guberman Phony Press Releases to Legal Defense Fund

by OQRI | May 19, 2017 | News |

G-PMC Registrars operators Daryl Guberman and Don LaBelle may be waking up to a new headache this morning. The two certificate mill operators have run what appear to be dozens of phony press releases, issued through LaBelle's "Industrial PRnet" phone press release syndication service, attacking Oxebridge. The releases claim to be issued by a group called "ISOWatch," and include a link to a website at "www.isowatch2017.com." The only problem is that Guberman and LaBelle forgot to actually register the isowatch2017.com domain name.

So Oxebridge registered the domain, and now all traffic to the site resolves to the ISO Standards Users Legal Defense Fund on Fundrazr. The fund has already generated over $2000 towards a $10,000 goal intended to help Oxebridge prosecute and defend in various ISO-related litigation.

LaBelle's Industrial PRnet operation publishes "press releases" authored by anyone, for a fee, without the verification of the actual veracity of the content. LaBelle helped Guberman boost his ISO consulting career by running fake press releases claiming Guberman had won a "best ISO consultant" contest that didn't actually exist. Oxebridge proved the service was fake by then purchasing a press release indicating it was the "best ISO consultancy in the universe" which ran for days before LaBelle removed it. LaBelle currently runs a video claiming to be a new report by "CNN" discussing Guberman, but which is clearly an actor in front of a low-budget computer backdrop.

Fraudulent anti-Oxebridge website are a trend recently, as the fictional "John Peachfarm," who operates the Elsmar.com quality forum website, is running an entire defamation website at oxebridge.co (not .com) and which is then mirrored at osteinfo.com. The sites are in violation of a current Federal court order, as well as international cybersquatting rules, and Oxebridge is in possession of evidence of "Peachfarm's" actual identity — which will surprise exactly no one — which will be submitted it to the courts for a second contempt of court complaint. When fines fail, jail is the last possible remedy in such cases, and Oxebridge is pursuing this course.

Meanwhile, ISO "risk based thinking" author Bill Levinson had created two entire websites following the Peachfarm model, and — Oxebridge has learned — with the collusion of the man behind "John Peachfarm" — to create two additional defamation sites targeting it, at www.oxebridge.biz and www.oxfake.com. Levinson — who is a professor with University of California Irvine — was revealed to have written about a decade of racially insensitive political writings, and subsequently had his book pulled from Amazon, his webinars cancelled with

Page

https://www.oxebridge.com/emma/oxebridge-redirects-guberman-phony-press-releases-to-legal-defense-fund/

# OXEBRIDGE
QUALITY RESOURCES INTERNATIONAL

**Exhibit F1**  O-Forum   Blog   Services   Resources   Ab

Fraudulent anti-Oxebridge website are a trend recently, as the fictional "John Peachfarm," who operates the Elsmar.com quality forum website, is running an entire defamation website at oxebridge.co (not .com) and which is then mirrored at osteinfo.com. The sites are in violation of a current Federal court order, as well as international cybersquatting rules, and Oxebridge is in possession of evidence of "Peachfarm's" actual identity — which will surprise exactly no one — which will be submitted it to the courts for a second contempt of court complaint. When fines fail, jail is the last possible remedy in such cases, and Oxebridge is pursuing this course.

Meanwhile, ISO "risk based thinking" author Bill Levinson had created two entire websites following the Peachfarm model, and — Oxebridge has learned — with the collusion of the man behind "John Peachfarm" — to create two additional defamation sites targeting it, at www.oxebridge.biz and www.oxfake.com. Levinson — who is a professor with University of California Irvine — was revealed to have written about a decade of racially insensitive political writings, and subsequently had his book pulled from Amazon, his webinars cancelled with Compliance4all and his speaking engagement at an international ISO convention dropped. The two Levinson sites compared Oxebridge to Nazis, Communists and the terrorist group ISIS before being removed just prior to Levinson ironically launching a defamation lawsuit against Oxebridge; it appears Levinson's attorney was not aware of the full breadth of Levinson's hate campaign prior to agreeing to represent him. Oxebridge is moving to have the case thrown out, but has also prepared a "demonstrative and devastating" collection of over 100 pages of Levinson-authored racist comments.

Collectively, the Elsmar/Levinson websites are estimated to have taken hundreds of hours to generate and update, as well as the use of funds to pay for hosting and domain costs, pointing to near-obsessive hatred of Oxebridge that defies common sense and decency.

In Guberman's case, he has now begun to attack family members on Ripoff Report, which would normally be a "red line" that few would cross.

The problem is compounded by the fact that all four men have either the tacit or direct support of groups such as the American Society for Quality (ASQ), Quality Digest magazine and others.

We'll have more reporting on this shortly, but in the meantime you can donate to the fund and help defend against these vicious attacks. Click here for the Fundrazr site.

Join the O-Forum discussion on this post



**OXEBRIDGE** | **Exhibit E** | O-Forum  Blog ⌄  Services ⌄  Resources ⌄  Abo
QUALITY RESOURCES INTERNATIONAL

## Site Hack Update – New DDoS Attack Underway – Elsmar Cove Implicated

by OQRI | May 25, 2017 | News, Site Admin |

The Oxebridge site was down for about 36 hours recently due to a "unsophisticated but pernicious" attack carried out by an individual, or individuals, involved with the Elsmar quality forum website. One individual is known, and has been reported to police in Europe, who were already investigating the subject for an unrelated criminal action involving similar cybersecurity issues.

The two Elsmar "anti-Oxebridge" websites created by Elsmar owner "John Peachfarm" at oxebridge.co and osteinfo.com openly gloated about the hack, and are intermittently being updated with new information, presumably by Peachfarm. That information is being collected for the investigation. "John Peachfarm" is a pseudonym used by Elsmar activists and forum moderators.

Oxebridge has migrated the entire site to new server hardware with advanced protections, at an increased monthly server cost. Upon advice of legal counsel and our IT experts, we will not comment more on the technical aspects of the hack until any investigations are completed and arrests made.

As of about 0900 Eastern US time, the Oxebridge site was temporarily slowed by a new dedicated denial of service (DDoS) attack, confirmed with our server support staff. The site was inaccessible for about 10-15 minutes, but the new server hardware worked as expected and prevented a complete shutdown. As of this posting, the attack appears to be continuing, but our server personnel are physically monitoring the activities in real time.

Elsmar moderators have, for seventeen years, decried the Oxebridge site, and have made repeated calls for it to be shut down. Participants, moderators and advertisers of the Elsmar site include ISO 9001 certification bodies, auditors and consultants, who view Oxebridge's reform efforts as an impediment to their business. These new activities appear to show that the Elsmar supporters are now extending their efforts to criminal actions to achieve their end.

Advertisers on the Elsmar site include UL (Underwriters Labs), PQ Systems / Gagepack, Sunday Business Systems, EASE Inc., Dozuki, Sequence Software and Discus.

Oxebridge was declared the prevailing party in a defamation and extortion lawsuit against Elsmar, filed in US Federal court. The case is pending a second contempt of court complaint, which will be amended to include recent defamatory comments made on the two Peachfarm websites.

**FundRazr** — Exhibit H

Start | How it works | Sign in

*You need to enable JavaScript to use FundRazr*

# Oxebridge ISO Standards Users Legal Defense Fund

OXEBRIDGE
ISO STANDARDS USERS
LEGAL DEFENSE FUND

*Fighting back to ensure the public's safety.*

**$2,550** raised
26% of $10k goal
23 contributors
86 weeks running

[Contribute]

by **Oxebridge Quality Resources International LLC**
Organization campaign · *Keep it all* · Tampa, FL, US · Contact campaign

Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, in court, against the ISO incumbents, including certification bodies, standards publishers, consultants and corrupt self-accredited certificate mill operators. More