UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

        **Plaintiffs,**        **CASE NO: 8:15-CV-11-EAK-TBM**

      **vs.**

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,
        Defendants.**

_____/

**ENTRY OF APPEARANCE OF COUNSEL**

**ON BEHALF OF PLAINTIFF**

I respectfully request the entry of my appearance as counsel in the above styled action to represent the Plaintiff.

Date:  July 7, 2017        **LORENZO LAW FIRM, P.A.**

        By: /s/ JB Lorenzo
        Jose Blas Lorenzo Jr (Fla #142433)
        admin@lorenzolawfirm.com
        2040 Delta Way
        Tallahassee, Florida 32303
        Telephone: (850)405-6525

        Attorney for Plaintiff