UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                                     CASE NO: 8:15-CV-11-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, **William Wohlsifer, Esquire, and William R. Wohlsifer, PA,** as counsel of record for Plaintiffs, Oxebridge Quality Resources International, LLC, and Christopher Paris, individually, and hereby files this *Motion to Withdraw as Counsel*, and states:

1. The undersigned attorney and law firm have fully completed its agreed upon services by bringing this matter to Final Judgment.

2. Defendant, Marc Smith, continues to file documents in this closed case, creating the need for representation on the part of the plaintiffs.

3. Plaintiffs obtained subsequent counsel, as evidence by the *Entry of Appearance of Counsel on Behalf of Plaintiff Notice of Appearance* **[Doc 124]** filed on July 7, 2017.

4. Plaintiffs consent to the withdrawal of William Wohlsifer, Esquire, and William R. Wohlsifer, PA, as their counsel, as evidence by the attached *Consent to Withdrawal of Counsel*, signed June 29, 2017.

**WHEREFORE**, William Wohlsifer, Esquire, and William R. Wohlsifer, PA, respectfully

requests this Honorable Court enter an Order allowing the undersigned attorney to withdraw as counsel for Plaintiffs, Oxebridge Quality Resources International, LLC, and Christopher Paris, individually, and that the Court grant such further relief as it may deem equitable and just.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**
By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
Fax: (866) 829-8174
william@infringement-attorney.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 7th day of July 2017.

**WILLIAM R. WOHLSIFER, PA**

By: /s/ William R. Wohlsifer
William R. Wohlsifer, Esquire
Fla. Bar No: 86827