UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

    Plaintiffs,                                 CASE NO: 8:15-CV-11-EAK-TBM

vs.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

## CONSENT TO WITHDRAWAL OF CO-COUNSEL

I, Christopher Paris, individually, and as Managing Member of Oxebridge Quality Resources International, LLC, do hereby consent to the withdrawal of William Wohlsifer, Esquire, and William R. Wohlsifer, PA, as my counsel in the above-styled matter.

DATED this 29th day of June 2017, and signed by:

_____
Christopher Paris, individually

_____
Christopher Paris, Manger
Oxebridge Quality Resources International, LLC