**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OXEBRIDGE QUALITY RESOURCES**
**INTERNATIONAL, LLC, and**
**CHRISTOPHER PARIS, individually,**

    **Plaintiffs,**

v.                                                             **Case No. 8:15-cv-11-T-17TBM**

**MARC TIMOTHY SMITH, individually,**
**and d/b/a CAYMAN BUSINESS SYSTEMS,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the Court on a **Motion to Withdraw as Counsel** (Doc. 125) filed by Plaintiffs' counsel, William Wohlsifer, Esq., and William R. Wohlsifer, PA. By this motion, counsel and his law firm seek an Order permitting them to withdraw from representation of Plaintiffs, Oxebridge Quality Resources International, LLC, and Christopher Paris. Counsel advises that Plaintiffs consent to the withdrawal and have obtained new counsel to address post-judgment matters. Specifically, counsel notes that Jose Blas Lorenzo, Esq., appeared on Plaintiffs' behalf on July 7, 2017.[1] (*See* Doc. 124). Additionally, counsel provided the requisite ten days' notice to Defendant, Marc Timothy Smith, as evidenced by the certificate of service.

---

[1] Of note, Mr. Lorenzo filed an "Entry of Appearance of Counsel on Behalf of Plaintiff." (Doc. 124). It is unclear whether he intends to represent both Plaintiffs. In addition, his entry did not include a certificate of service and it does not appear that Mr. Smith was mailed a copy of counsel's appearance.

(*See* Doc. 125 at 2). Mr. Smith, who is proceeding *pro se*, has not filed an opposition or otherwise objected, and the period for doing so has elapsed.

Upon consideration, the **Motion to Withdraw as Counsel** (Doc. 125) is **GRANTED**. Mr. Wohlsifer and his law firm are excused from further responsibility in these proceedings. The Clerk is directed to terminate them from the record.

As for Mr. Lorenzo's appearance, the Court requests that he clarify whether he is representing one or both Plaintiffs. Additionally, Mr. Lorenzo is directed to respond to Defendant's Motion to Compel Compliance with Stipulation on Injunction (Doc. 122) within ten days of the date of this Order.

**Done and Ordered** in Tampa, Florida, this 1st day of August 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record