# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

              Plaintiffs,                     **CASE NO: 8:15-CV-11-EAK-TBM**

              vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**

              Defendants.

_____/

## NOTICE OF CLARIFICATION OF APPEARANCE OF COUNSEL
## IN RESPONSE TO ORDER DKT. 126

The undersigned, was retained by the Plaintiff, Christopher Paris to represent himself personally and Oxebridge International, LLC.

This request came, despite this case being administratively closed on June 9, 2015, and it being followed by a judgment in favor of the Plaintiff, (Dkt. 121) entered January 18, 2017.  The undersigned also notes that between June 9, 2015 the supposed closing of the case and the entered judgment of January 18. 2017, a series of orders were entered which were in favor of the Plaintiff.  Unfortunately, the Defendant has chosen not to abide by the court's order[s].  Hence, the undersigned was retained by the Plaintiffs, to address the Defendants' continual excessive breaching conduct and now, subsequently, to respond to Defendant's preemptive claims.  These will be responded to in due course in accordance with

the Court's order of August 1, 2017 (Dkt. 126), in order to demonstrate Defendant's lack of merit and abuse of the Court's process, to avoid responsibility.

Respectfully submitted,

Date: August 7, 2017

LORENZO LAW FIRM, P.A.

By: /s/ JB Lorenzo
Jose B. Lorenzo (Fla #142433)
admin@lorenzolawfirm.com
2040 Delta Way
Tallahassee, Florida 32303 Telephone:
(850)405-6525
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 7th day of August 7, 2017.

By: /s/ JB Lorenzo
Jose B. Lorenzo