UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

      Plaintiffs,                   **CASE NO: 8:15-CV-11-EAK-TBM**

      vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**

      Defendants.
_____/

**PLAINTIFF'S RESPONSE IN "OPPOSITION" TO DEFENDANT'S
"NOTICE" AND INHERENT MOTION DKT. 122 and PLAINTIFF'S
REQUEST TO HOLD DEFENDANT
MARC TIMOTHY SMITH IN CONTEMPT**

    The Plaintiffs, CHRISTOPHER PARIS and OXEBRIDGE QUALITY RESOURCES, LLC, respond to this filing by the Defendants, MARC TIMOTHY SMITH individually and d/b/a CAYMAN BUSINESS SYSTEMS ("Defendants and or Defendant) noting and informing the Court of the following points to be considered by the Court as it deals with a matter that has been ruled on and closed.

    1.    Defendant as failed to abide by the Local Rule of the District, i.e., LR 3.01(g), by no conferring with the Plaintiff prior to filing. The provision requires and states as follows

> **(g)** "Before filing any motion in a civil case, . . . the moving party <u>shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.</u> A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer. The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion."

2. The Defendant's filing serves as a motion and it violates the Local Rules. Therefore, the filing should be quashed and not considered especially given that the Defendant has been derelict of his duties under the court orders and judgment in favor of the Plaintiff, i.e., (**Dkt. 35, Dkt. 105**) and **Dkt. 121**, that was entered January 18, 2017.

3. Between June 9, 2015, the supposed closing of the case and the entered judgment of January 18, 2017, a series of orders were entered against the Defendants.

4. The Defendant has not abided by any of those orders and judgments and the Plaintiff's deny and challenge Defendants' allegations.

5. To which the Defendants has previously been found in contempt, the Defendant remains defiant by not removing Defendant's posted defamatory content regarding the Plaintiffs; for example:

- Newsgroup postings:
  - https://groups.google.com/forum/#!topic/misc.industry.quality/D1kUH8LL2g0

- - o https://groups.google.com/forum/#!topic/misc.industry.quality/UfbaOZxLoAk
    o https://groups.google.com/forum/#!topic/misc.industry.quality/K1Fzct15CgA
    o https://groups.google.com/forum/#!topic/misc.industry.quality/6ru88tisVjU
    o https://groups.google.com/forum/#!topic/misc.industry.quality/aiQ8pgILlUc
    o https://groups.google.com/forum/#!topic/misc.industry.quality/2RqJNgOhR3o
    o https://groups.google.com/forum/#!topic/misc.industry.quality/PopSbiXqjsk
    o https://groups.google.com/forum/#!topic/misc.industry.quality/e4T4G5isJ18
    o https://groups.google.com/forum/#!topic/misc.industry.quality/xOAeQdyTE7s
    o https://groups.google.com/forum/#!topic/misc.industry.quality/psuxY6iQssU
    o https://groups.google.com/forum/#!topic/misc.industry.quality/rIMOS3ROsqg
    o https://groups.google.com/forum/#!topic/misc.industry.quality/oNFqkWwG6Js
    o https://groups.google.com/forum/#!topic/misc.industry.quality/66R5-TJ65Ds
    o https://groups.google.com/d/topic/misc.industry.quality/FoZsBVzKsLw
    o https://groups.google.com/d/msg/misc.industry.quality/padttkDmCxQ/tC_NRXYC0Z4J
    o https://groups.google.com/d/msg/misc.industry.quality/padttkDmCxQ/hUv9_4llmdMJ
    o https://groups.google.com/d/msg/misc.industry.quality/padttkDmCxQ/0EFe79oFvAYJ
    o https://groups.google.com/d/msg/misc.industry.quality/padttkDmCxQ/0ZrDMUHM9HQJ
- Quality1Stop postings:

- http://www.quality1stop.com/discus/messages/34/676.html?1084478588
- http://www.quality1stop.com/discus/messages/34/692.html?1089323543

6. By information and belief, the Defendant has, since the Joint Stipulation and contempt hearing, violated the Joint Stipulation and Contempt Order, by the following:

Defendant's new websites, focused on defaming the Plaintiff, registered under his pseudonym "John Peachfarm":

http://www.osteinfo.com
http://www.oxebridge.co

Twitter:

Smith's fake Twitter account @Rob_Oxebridge
https://twitter.com/Rob_Oxebridge )
which is focused on defaming the Plaintiff. These social media images and postings includes photoshopped images stolen from Plaintiff's website with added words - "bankrupt" over the image of the Plaintiff.

7. By information and belief, the Defendant continued to violate the Court order and contempt ruling by engaging in the following subsequent "doxing" and cyber bullying and harassment activity against the Plaintiff using the Ripoff Report Internet platform:

- http://www.ripoffreport.com/r/Oxebridge-Quality-Resources/Tampa-Florida-33619/Oxebridge-Quality-Resources-AKA-Certificate-Mill-Chris-Paris-Christopher-Paris-Oxebrid-1062892
- http://www.ripoffreport.com/r/Chris-Paris-Quality-Resources/Tampa-Florida-33619/Chris-Paris-Quality-Resources-Christopher-Paris-Chris-Paris-Florida-Quality-Resources-1041805

- http://www.ripoffreport.com/r/Space-Exploration-Technologies/Hawthorne-California-90250/Space-Exploration-Technologies-SpaceX-SpaceX-Space-Exploration-Technologies-Hires-Non-E-1096828
- http://www.ripoffreport.com/r/pulse-medical-inc/blue-ridge-georgia-30513/pulse-medical-inc-pulse-medical-inc-hires-anti-semitic-leftist-communist-boombat-chr-1096809
- http://www.ripoffreport.com/reports/susan-hicks/winter-haven-florida/oxebridge-resources-president-susan-hicks-susan-paris-susan-jean-hicks-susan-j-paris-r-1368478
- http://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981
- http://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453
- http://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892
- http://incomplaint.com/miscellaneous/609189-chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-international-warning-dont-get-iso-from-chris-paris-oxebridge-fl.html

8. By information and belief, the Defendant as well has been involved in continued "doxing" and cyber bullying and harassment of the Plaintiff by using Reddit.com, for instance, by using his Elsmar site and had it posted on **Reddit.com**, and then allowed defamatory posts and comments to be made:

- https://www.reddit.com/r/elsmarcove/
- http://www.reddit.com/r/AskEngineers/comments/3bsj3p/what_the_hell_happened_to_elsmar_cove/
- https://www.reddit.com/r/elsmarcove/comments/3cqqfa/info_on_the_fall_of_the_elsmar_cove/
- https://www.reddit.com/user/karansjet/m/elsmarfamily

9.      By information and belief, the Defendant violated the Court's order sealing documents in the record, by the Defendant posting on *Scribd.com*, which has since removed them, but these were then automatically picked up and reposted by a number of other document hosting sites. The Defendant had previously represented to the Court that these documents in **Dkt. 91**, were public record. *See as follows:*

- **DocFoc.com** documents posted under pseudonym "parisoxebridge" December 21, 2015:
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-1-summons-chris-paris-oxebridge-lawsuit-20150127-pdf
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-54-oxebridge-plfs-mtn-to-seal
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-54-oxebridge-plfs-mtn-to-seal-rtN4
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-37-response-re-21-reply-to-affirmative-defenses-claim-by-dps
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-17-answer-to-the-complaint-mailed-8-february-2015
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-17-answer-to-the-complaint-mailed-8-february-2015
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-3-plaintiff-s-corporate-disclosure-statement-20150301
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-43-interest-of-justice-docket-submission-20150423
- **DocFoc.com** documents posted under pseudonym "Anonymous IM8Ep6R0NR" December 21, 2015:
    - http://www.docfoc.com/oxebridge-8-15-cv-00011-docket-document-54-oxebridge-plfs-mtn-to-seal-rtN4

- **Docsslide.us** documents posted under pseudonym "parisoxebridge" February 1 2016:
    - http://docslide.us/documents/oxebridge-8-15-cv-00011-docket-document-1-summons-chris-paris-oxebridge-lawsuit.html
    - http://docslide.us/documents/oxebridge-8-15-cv-00011-docket-document-54-oxebridge-plfs-mtn-to-seal.html
    - http://docslide.us/documents/oxebridge-8-15-cv-00011-docket-document-37-response-re-21-reply-to-affirmative.html

10.  By information and belief, the Defendant is involved in the activities of posting about the Plaintiff and naming the Plaintiff on social media sites information that the Defendant would only be privy to do, for instance:

- http://abovethelaw.com/2015/10/pro-se-defendant-writes-the-answer-every-lawyer-wishes-they-could/ *(Smith apparently provided the blog court documents which were sealed at the time.)*
- http://www.linkedin.com/pulse/new-alert-oxebridge-quality-resources-chris-paris-daryl-guberman
- http://www.linkedin.com/pulse/chris-paris-oxebridge-lawsuit-destroys-great-quality-daryl-guberman-1
- http://www.linkedin.com/pulse/chris-paris-oxebridge-lawsuit-destroys-great-quality-daryl-guberman
- http://dguberman.com/warning-about-oxebridge-quality-resources-and-its-owner-chris-paris/
- https://qualitybs.wordpress.com/2015/08/03/elsmar-cove-is-dood-lange-leve-elsmar-cove/
- https://www.docdroid.net/BwMUNDh/chris-paris-oxebridge-scammer.pdf.html
- https://www.docdroid.net/file/download/BwMUNDh/chris-paris-oxebridge-scammer.pdf
- http://sundaybizsys.com/elsmar-is-back-online/
- http://www.authorstream.com/Presentation/bugfixing-3171765-oxebridge-scam-christopher-mark-paris-exposed-scammer/

- http://www.artipot.com/articles/2081367/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders.htm
- http://www.artipot.com/articles/2078791/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions.htm
- http://www.artipot.com/articles/2078785/call-for-class-action-lawsuit-against-oxebridge-chris-paris-ex-wife-susan-hicks.htm
- http://www.artipot.com/articles/2074262/asqs-support-of-business-defamer-christopher-paris-may-be-its-own-downfall.htm
- http://www.artipot.com/articles/2074023/lawsuit-against-oxebridge-owner-christopher-paris-could-hold-asq-and-anab-libel.htm
- http://pressreleaseping.com/pressrelease/239984.html
- http://pressreleaseping.com/pressrelease/239216.html
- http://pressreleaseping.com/pressrelease/238029.html
- http://pressreleaseping.com/pressrelease/237957.html
- https://pastebin.com/wLzaENqU
- http://industrialpr.net/oxebridge-com-owner-chris-paris-flees-to-offshore-web-host-after-receiving-over-50-complaints-of-copyright-violations/
- http://vob9009.com/chris-paris-of-oxebridge-attacks-veteran-supporter-daryl-guberman-and-vob-9009/
- http://www.prfree.org/news-oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-406413.html
- http://dguberman.com/fraud-notice-oxebridge-chris-paris-scams-and-accreditation-iso-fraudsters/
- https://speakerdeck.com/crampball/chris-paris-scammer-and-owner-of-the-fake-company-oxebridge-resources-files-for-chapter-7-bankruptcy
- https://speakerdeck.com/crampball/the-oxebridge-scam-christopher-mark-paris-exposed-as-scammer-and-operating-a-bogus-company
- http://www.prfree.org/news-anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions-401093.html
- http://www.prfree.org/news-lawsuit-against-oxebridge-owner-christopher-paris-could-hold-asq-and-anab-libel-392187.html
- http://prsync.com/iso-watch/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-1700575/

- http://prsync.com/iso-watch/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions-1665474/
- http://prsync.com/iso-watch/call-for-class-action-lawsuit-against-oxebridge-chris-paris-ex-wife-susan-hicks-1665009/
- http://prsync.com/iso-watch/asqs-support-of-business-defamer-christopher-paris-may-be-its-own-downfall-1619679/
- http://prsync.com/iso-watch/lawsuit-against-oxebridge-owner-christopher-paris-could-hold-asq-and-anab-libel-1608672/
- http://mfgpartners.net/oxebridge-scam-notice-christopher-paris-investigated-for-fraud-copyright-theft-certification-scams/
- http://www.connectgalaxy.com/bookmarks/284581-chris-paris-owner-of-oxebridge-goes-on-a-bizzare
- http://www.viv-media.com/infozx-92101-Oxebridge-Owner-Christopher-Paris-Exposed-As-A-Fraud-By-Industry-Insiders-.html
- http://www.exactrelease.org/call-for-class-action-lawsuit--link-1122829.html
- http://www.mynewsdesk.com/uk/pressreleases/call-for-class-action-lawsuit-against-oxebridge-chris-paris-ex-wife-susan-hicks-1990597
- http://www.mynewsdesk.com/uk/pressreleases/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-2010373
- http://www.freeprnow.com/pr/lawsuit-against-oxebridge-owner-christopher-paris-could-hold-asq-and-anab-libel
- https://www.slideshare.net/autismdisorder/the-oxebridge-scam-christopher-mark-paris-exposed-as-scammer-and-operating-a-bogus-company
- https://www.slideshare.net/autismdisorder/chris-paris-scammer-and-owner-of-the-fake-company-oxebridge-resources-files-for-chapter-7-bankruptcy
- https://www.slideshare.net/isowatch2017/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders
- https://www.slideshare.net/isowatch2017/call-for-class-action-lawsuit-against-oxebridge-chris-paris-exwife-susan-hicks
- https://www.slideshare.net/isowatch2017/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions
- https://www.slideshare.net/isowatch2017/lawsuit-against-oxebridge-owner-christopher-paris-could-hold-asq-and-anab-libel

- https://www.slideshare.net/isowatch2017/asqs-support-of-business-defamer-christopher-paris-may-be-its-own-downfall

11. The Defendant's instant filing is not appropriate and should be considered an abuse of process and waste of court's resources and time, especially noting the voluminous instances of the Defendant's malicious defamatory activity against and regarding the Plaintiff since the closure of the case and judgment.

12. Moreover, considering the misstatements throughout Defendant's filed notice, along with its mischaracterizations of court information and decisions, the Plaintiff overwhelmingly disputes Defendant's statements and claims.

13. The Plaintiff seeks the Court to quash and or to strike the Defendant's filing for additionally failing to file in good faith and violation of the Local Rules.

14. By information and belief, the Defendant is in breach of the parties' Joint Stipulation and doing so as spiteful retribution.

15. The Plaintiff seeks that the Court sanction the Defendant for the equitable amount justified for the Plaintiff needing to respond to Defendant's filing.

16. The Plaintiff seeks attorney fees for such need to respond to Defendant's filing.

17. The Plaintiff seeks the Court to compel the Defendant to comply with the court orders against him to not post libelous content regarding the Plaintiff on the Internet.

18. As stated above in numerous paragraphs, the Defendant has NOT fully complied with the Court Order approving the Joint Stipulation on Injunction.

19.     Therefore, the Plaintiffs respectfully seek of the Court to rule against the Defendant, and award damages, fees, and costs to the Plaintiff for the Defendant's violation of the Court Order, motion to compel for Defendant's failure to comply with Joint Stipulation on Injunction.

WHEREFORE, the Plaintiffs respectively request the court the following relief:

   a.    Compels Defendant MARC ANTHONY SMITH to remove all content noted that references the Plaintiffs;

   b.    Rule that Defendant is violation of the Court Order on Joint Stipulation on Injunction (Dkt. 35) and confirmed Court's Order Report & Recommendation (Dkt. 105);

   c.    Award attorney fees and costs associated with Defendant's instant filing causing the Plaintiff to respond and seek enforcement of the Court's orders as consequential damages;

Respectfully submitted -

Date: August 9, 2017

>                     LORENZO LAW FIRM, P.A.
>
>                     By: /s/ JB Lorenzo
>                     Jose B. Lorenzo (Fla #142433)
>                     admin@lorenzolawfirm.com
>                     2040 Delta Way
>                     Tallahassee, Florida 32303
>                     Telephone: (850)405-6525
>                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE NEXT PAGE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 9th day of August 2017.

By: /s/ JB Lorenzo
Jose B. Lorenzo
