UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

      Plaintiffs,                      **CASE NO: 8:15-CV-11-EAK-TBM**

     vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**

      Defendants.

_____/

**NOTICE OF CLARIFICATION RESPONDING TO DEFENDANTS'
FILING OF DKT. ENTRY NO. 129 AND DKT. NO. 130**

The plaintiffs, by the undersigned, respectfully provides the Court the following clarifying information, regarding *service* to Defendant Marc Timothy Smith and Cayman Business Systems:

1. Copies of the original filing of Dkt. No. 127 and of Dkt. No. 128 were mailed to the Defendant on 8/9/2017 [Exhibit 1].

2. The undersigned has sought tracking to verify delivery [Exhibit 1, p.2] and as of August 30, 2017, the mailing is still in transit.

3. The undersigned certifies that this filing is being mailed to Defendant via certified registered U.S. mail on this 31st day of August, 2017 to the address on record for the Defendants c/o Marc Timothy Smith, i.e., 8466 Lesourdsville-West Chester Road, West Chester, Ohio 45069.

4. As for any of the other *assertions* by the Defendants, they will be dealt with accordingly in a subsequent filing, with the respect and courtesy, devoid of personal attacks.

Date: August 31, 2017

                    LORENZO LAW FIRM, P.A.

                    By: /s/ JB Lorenzo
                    Jose B. Lorenzo (Fla #142433)
                    admin@lorenzolawfirm.com
                    2040 Delta Way
                    Tallahassee, Florida 32303
                    Telephone: (850)405-6525
                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE NEXT PAGE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by certified registered U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, West Chester, Ohio 45069-1929, on this 31st day of August 2017.

By: /s/ JB Lorenzo
Jose B. Lorenzo