```
                                    KILLEARN
                         6800 THOMASVILLE RD STE 101
                                   TALLAHASSEE
                                        FL
                                   32312-4879
                                  1188910694
            08/09/2017            (800)275-8777           5:02 PM

            Product                    Sale            Final
            Description                Qty             Price

            First-Class                  1             $1.40
            Mail
            Large Envelope
              (Domestic)
              (WEST CHESTER, OH 45069)
              (Weight:0 Lb 2.90 Oz)
              (Expected Delivery Day)
              (Saturday 08/12/2017)
            Certified                    1             $3.35
              (@@USPS Certified Mail #)
              (70121010000324535415)
            Return                       1             $2.75
            Receipt
              (@@USPS Return Receipt #)
              (9590940228827069332842)

            Total                                      $7.50

            Credit Card Remitd                         $7.50
              (Card Name:MasterCard)
              (Account #:XXXXXXXXXXXX5702)
              (Approval #:060302)
              (Transaction #:508)


            *******************************************
            BRIGHTEN SOMEONE'S MAILBOX. Greeting
            cards available for purchase at select
            Post Offices.
            *******************************************

            Text your tracking number to 28777
            (2USPS) to get the latest status.
            Standard Message and Data rates may
            apply. You may also visit USPS.com
            USPS Tracking or call 1-800-222-1811.
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees  $

Sent To: MARC TIMOTHY SMITH
Street, Apt. No.; or PO Box No.: 8466 Lesourdesville-West Chester
City, State, ZIP+4: West Chester OH 45069

PS Form 3800, August 2006   See Reverse for Instructions

7012 1010 0003 2453 5415

EXHIBIT 1 p.1

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70121010000324535415

### In Transit, Delayed

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 9590940228827069332842 (/go/TrackConfirmAction?tLabels=9590940228827069332842)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 15, 2017, 9:57 am | In Transit to Destination | ON ITS WAY TO WEST CHESTER, OH 45069 |

The package is delayed and will not be delivered by the expected delivery date. An updated delivery date will be provided when available. The item is currently in transit to the destination as of August 15, 2017 at 9:57 am. It is on its way to WEST CHESTER, OH 45069.

| | | |
|---|---|---|
| August 14, 2017, 9:57 am | In Transit to Destination | ON ITS WAY TO WEST CHESTER, OH 45069 |
| August 13, 2017, 9:57 am | In Transit to Destination | ON ITS WAY TO WEST CHESTER, OH 45069 |
| August 12, 2017, 3:57 am | Departed USPS Regional Facility | CINCINNATI OH DISTRIBUTION CENTER |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)