Daryl Guberman: Chris Paris, Owner of Oxebridge Goes On A Bizzare and Sad Rant of Threats    6/26/17, 11:25 AM

# Exhibit "A"

## Daryl Guberman

**Thursday, 22 June 2017**

## Chris Paris, Owner of Oxebridge Goes On A Bizzare and Sad Rant of Threats

The owner of Oxebridge Quality Resources is seriously losing it lately, and it's rather concerning. Today, he went on a bizarre rant accusing everybody he can think of for his unfortunate business failings. It appears reality is closing in on Chris, and he's left with few options after years of engaging in business defamation campaigns against his competitors.

Click here to see a bizarre, uncontrollable rant posted by Chris, which shows he could be losing all sense of reality.

As you all know, I (**Daryl Guberman**), have been a target of Paris for 6 years now. However, I have come to the unfortunate conclusion that he is an envious person with serious psychological issues. People like Chris Paris are always their worst enemy because they can't deal with the success of other people. His website Oxebridge.com is nothing more than character assassination articles and smear campaigns on his competitors and successful businesses people involved in the quality community. His modus operandi is simple. He steals the photograph of his competitors, and writes extremely negative comments about them, twisting the truth to ruin their credibility and reputation. Think about it... how many legitimate businesses owners spend their day attacking their competitors? More importantly, who in their right mind would do business with such a person? Unquestionably for Chris, his own reputation is now ruined. And he has only himself to blame.

Chris I know you are reading this. Please get the help you need. I'm not being sarcastic, you really do need help. Although you have been attacking me for 6 years on your website — I have found it in my heart to forgive you. After all, you are a fellow human being, and I really believe you may need help. It's not something to be embarrassed about, we all go through difficult times in life. It concerns me that your depressive behavior and paranoia is reaching a dangerous level. Your latest rant and threats are very troubling. Get help, please!
Sincerely,
Daryl Guberman
203-556-1493

This post has been picked from the Daryl Guberman's official blog post i.e. http://dguberman.com/chris-paris-oxebridge-rant-threats/

Daryl Guberman: Chris Paris, Owner of Oxebridge Goes On A Bizarre And Sad Rant On Threads    6/4/18, 11:25 AM

Daryl Guberman at 00:14

  0



View web version

**About Me**



⊕ **Daryl Guberman**

G+      **Follow**         0

My name is **Daryl Guberman**, President of Guberman-PMC, LLC having 30 years of experience in the aerospace, medical implants and materials, and printing fields.

View my complete profile

Powered by Blogger.

 

QUALITY RESOURCES INTERNATIONAL

# Exhibit "B"

## A Personal Message

I am going to switch gears a bit and open up, without sarcasm, without snark, and without fear. The incumbent powers within the ISO certification scheme have shifted gears and are now engaging in "doxxing," the dark and despicable practice of publishing personal and financial records on a person for the purposes of humiliation, intimidation and threat.



This is also a long piece. You may want to read it in bits, rest in between and come back later. I hope you'll find it worth it.

**Morally Bankrupt**

By now you may have heard the false rumor that "Oxebridge is bankrupt." It's been spread by the usual suspects: former Elsmar moderators, certificate mill operators Daryl Guberman and Donald LaBelle, US TAG leader George Hummel, ISO's new "risk-based thinking" expert, Bill Levinson, and many others. In many cases, they have published this information using fake names, but in many the cases of Guberman and Levinson, they did so openly, under their own names.

The truth is that Oxebridge has not filed bankruptcy, and the company is the healthiest it's been in years. The truth is that *I filed bankruptcy* — as a person — and I am not humiliated, intimidated or threatened to have you know about it.

I'm supposed to be ashamed. You're supposed to wonder why you would hire a management consultant who can't manage his finances. This is supposed to *hurt*, this revelation is only designed to cause me pain.

Think about that. These people, in their attempt to stop Oxebridge's reform efforts, which are centered around improving the content of ISO 9001 and in improving the

certification scheme so we can trust ISO 9001 certificates again, will go so far as to *investigate someone's personal finances, and then publish the details to harass and frighten them.*

You must understand that I am calibrated differently. I know this, even if it baffles those around me, even in my own family. People ask me all the time, "why don't you just stop?" I answer that you wouldn't expect a fireman to run away from a fire, or a nurse to run away from a bleeding patient. I can't stop because to me, this is my work. It is what I have to do.

As a result, the decade-and-a-half of attacks have only adjusted my state of "normal" to levels that are different from yours. When people accuse me of crimes, I don't care. When they send me death threats, I toss them to the police and move on. When they threaten to sue, it simply doesn't faze me; I kick their ass in court, and move onto the next conflict. If I wake up and have *not* received some form of harassing or threatening email, it's not a normal day.

I get it. This isn't your way of thinking, nor should it be. I don't want you to live like this, but I'm okay with it. And because I am okay with it, it makes me uniquely suited to prosecute this endeavor. The people we are going up against are dark, grim-souled miscreants with little in the way of ethical filters or moral encumbrances. These are not people you want to deal with, but I can handle it. It's what I do.

And so, let me do it. But understand what that comes with.

**Meet the Doxxers**

Now they have published my personal finances, or a truncated version of it, and have created a false narrative that Oxebridge has failed, and that no one should do business with me. Here's US TAG member George Hummel, on LinkedIn:



**George Hummel, ACQI** Trainer/Coach, IQC, llc. &amp;...

❝Please note what the standard actually says: "The organization shall continually improve the suitability, adequacy and effectiveness of the quality management system." This requirement is not about general improvement, but relates to how the organization makes the QMS better. If there is no improvement, the QMS stagnates. BTW, 3rd party auditors are audited both by their CB and by the AB. Also, please don't go oxbridge, they declared bankruptcy.

**Here's Daryl Guberman, on Reddit:**



Oxebridge owner Chris Paris sued Elsmar Cove and they went out of business

Elsmar Cove exposed Chris Paris as a fraud so he sued them to hide his scam. Get the details here:
http://dguberman.com/category/main section

all 1 comments
sorted by: best ▾
Darylguberman
Christopher Mark Paris -OXEBRIDGE QUALITY RESOURCES Bankruptcy Case Florida Middle Bankruptcy Court, Case No. 8:16-bk-03463
http://www.plainsite.org/dockets/30qwljh5k/florida-middle-bankruptcy-court/christopher-mark-paris/

**Here's Quality Progress / Quality Digest writer Bill Levinson.**



William A. Levinson   levinson_bill · 9m                                   ⌄
Chris Paris says plainsite.org/dockets/downlo… (page 13) that Oxebridge is a bankrupt empty storefront.

(The document doesn't say anything remotely close to what Levinson suggests, and he's entirely misinterpreting it.)

And here's an anonymous troll ("parisoxebridge") on Scribd.com who posted the bankruptcy filings — ***three different times*** — along with a convenient set of cherry-picked documents supporting only one side of the *Oxebridge v Elsmar* lawsuit, making it fairly simple to guess who it really is:



As you can see, it's pretty despicable.

## Gagging on Google

This bad behavior is enabled by the Google search algorithm. Google artificially prioritizes negative material about a person or company. Technical forensics expert Michael Roberts postulates this is to drive clicks away from actual search results, and to the ads that appear on the right of them. For example, if you search "Oxebridge ISO 9001" you will see dozens of negative results, which may prompt you to click that BSI ad on the right instead. Google makes money from the ad clicks,

*not the search clicks.*

What this means is that negative material automatically makes the first page of search results under Google; you can have 1,000 years of positive online commentary, but a single Ripoff Report filing will appear on page 1 search results in only hours. Google makes money, and then Ripoff Report makes additional money by demanding money to have the negative reviews removed. People have been trying to sue Ripoff Report, but have it all wrong; until Google is sued, or a law changed, this will continue, and there's nothing anyone can do about it. (Oxebridge is looking into the feasibility of a class action suit against Google, but it would have to be handled by a *pro bono* attorney. No one has that kind of money.)

You can test it. Go to Google and search "Chris Paris Oxebridge" and see what comes up. Most of the material was posted by Guberman and LaBelle, but some old Elsmar stuff still comes up, despite the court order to have it removed. This despite hundreds of examples of positive commentary about Oxebridge and myself going back to 2000; it's all been replaced because of a handful of morally bankrupt cretins posting factually inaccurate information with the intent of causing harm, gaming a hosed-up search industry.

Again, the purpose here is to intimidate me, so that I shut down my website and stop reporting on the industry scandals, and stop pressing for reform that will put ISO 9001 back into the hands of actual user organizations. This frees them up to rip you off without anyone watching.

It's not working, because of one factor these impossible animals had not considered: **I'm a poverty snob.** I'll get back to that in a minute.

### American Dream

I don't owe anyone an explanation for the bankruptcy, but I'm nevertheless keen to let you in on it. My home in Florida had tripled in value prior to the housing bubble, and then suddenly went "underwater" over a period of six months. This meant the value had dropped below what our equity was, making the house essentially worthless. Our region of Florida was one of the worst hit regions in the entire country for rapid housing depreciation. Worse, our mortgage was issued by Countrywide, which was later investigated rather famously. Our particular mortgage wasn't predatory, but we got caught in the scandal anyway.

My wife and I were in the process of moving (to Nova Scotia, of all places) when this hit. Suddenly we couldn't sell the house without having to absorb a tremendous

loss. So we waited. And waited. The value was not moving. Then, we arranged a short sale for the property, but found the loan had transferred to a new bank, after the Countrywide fallout. The new bank — Bank of America — cancelled the short sale, forcing us to start over with them. The buyer walked, and we lost our chance on the Nova Scotia property at the same time. We applied to launch a new short sale with BoA, but suddenly the loan was sold again, this time to GreenTree. Anyone who's worked with GreenTree knows what happened next: years of impossible battles to simply get answers on a short sale; they even refused to talk to our attorneys, even hanging up on them, a violation of US law.

A fourth bank took the loan over and filed for foreclosure, but the case was thrown out because it had been "filed aggressively." The new bank refused to negotiate for a short sale, so I filed bankruptcy to remove the house's debt, and then filed for a deed-in-lieu of foreclosure, to effectively give the keys to the bank and walk away. At this time I had already established a new property in South America and simply didn't need the house anymore.

For some of you, that story is going to sound familiar, and very close to home. You've been through this, or something like. You know people in worse situations, who were foreclosed on and lost their homes without their consent. This happens every day, to thousands of people. This is real life in real America, not some fantasy published on some ISO consultant's website.

I make jokes about the various ISO incumbents having "boats" and "summer homes," but the truth is they are broke, too. No one is making a lot of money in ISO 9001, because no little boy or girl grows up wanting to be an ISO consultant so they can retire at age 30 in Barbados. A handful of the TAG leaders have turned this into a cash machine, but they are few and far between and still don't measure up to the wealth of experts in other professions; most of them made their money in previous employers, and are supplementing retirement income with whatever they can scrape together from their books and seminars. Don't let them fool you.

Worse, one of the people who was circulating the "Oxebridge is bankrupt" meme had filed bankruptcy himself; when I sent him a copy of his own court filings, he suddenly shut up and apologized. (Unlike him, I'm not going to publish it.)

### Oxebridge Sucks

The other aim, as I mentioned, is to shut down my company by convincing you I am terrible at my job. How can you possibly take management advice from someone

who filed bankruptcy?

The irony, of course, is that successful business people file bankruptcy all the time. Bill Levinson loves Donald Trump, who filed bankruptcy six times, but denigrates a simple American citizen for doing the same. Does he expect Trump to be ashamed? Good luck with that.

One of the reasons Oxebridge remains healthy is that I don't personally rape the company's funds for my salary. Smart business people know that the company must thrive even when its officers struggle, and by ensuring this, you help everyone in the long term. I could have easily taken money out of Oxebridge to avoid the bankruptcy, but then Oxebridge really would have collapsed. That wouldn't have merely been foolish management, it would have been outright idiocy.

A good business owner will sacrifice for his company, when the time calls for it. How any management consultant would not know this is baffling. And they want you to hire them?

**Defamation: The Loser's Handtool**

Where these monsters have broken the law is that their posts are *defamatory*. Defamation requires three elements: the information has to be false, has to be said in public, and has to cause damage to one's property or reputation. By re-framing a personal bankruptcy affecting one person as "Oxebridge is out of business" or "Oxebridge is bankrupt," and then intentionally spreading this online, meets all three criteria. This is why "parisoxebridge" of Scribd hides behind a fake name — much like "John Peachfarm" — something that Guberman and Hummel and Levinson haven't quite learned yet. It's going to be a monumentally expensive lesson for them.

The incumbents often accuse me of defamation, because I expose their bad behavior. But the published material on Oxebridge is tested constantly against the first criteria — *is it true?* — and then published only when the answer is "yes." As such, no defamation case against Oxebridge has ever succeeded, because we can prove what we write. When I say that Paul Palmes exaggerated his resume in the runup to his election to TAG 176 Chair, it's because I literally got on the phone and called his former employers, and documented the results. When I say Lorri Hunt talked about ISO 9001 being "*the biggest boon for consultants ever*" it's because I have, in my possession, the actual documents from the TAG presentation that included those words, with her name right on them. When I say that Daryl

Guberman once offered to sell ISO 9001 certification to a fictional company that claimed to make cement life vests designed to kill the wearer, it's because I have the actual emails from him making that exact offer. (Here: read it, See the part where he says that cement has to be ROHS compliant. Then count how many times he puts his own name in a single email.) When I say Bill Levinson argued that Black protesters are inviting being killed under "justifiable homicide," it's because he *literally wrote those words* in his political rantings:



# American Thinker

| Home | Archives | Video | Cartoons | About | Search | Login | More ▼ |

**Archives Home** → Articles

| ☐ Print | ☐ 71 Comments | | | Share

August 18, 2016
## Black Lives Matter Encourages Justifiable Homicide of Black People
### By William A. Levinson
Black Lives Matters' response to the shooting of a black suspect who allegedly pointed a firearm at a police officer is a declaration of open season on black people who act on BLM's less responsible advice.

So if they want to report that I filed bankruptcy, they can. But they can't say Oxebridge did, because it's untrue, and defamatory.

**Poverty is a Rich Experience**



I mentioned before that I am a poverty snob. This came about because I come from middle-class working family; my father was a milkman and a volunteer fire fighter. My mother was a secretary. I became the only successful business owner in the family not because we

were rich, but because I was smart. I studied and studied. That's it. But in my core, I was always poor.

As I said, I'm calibrated differently. I don't care about money. I'll help other people make it, but I don't care about it. I believe that the more you have, the more you have to lose. That makes me insulated from loss, because I have only exactly what I need. The trolls simultaneously claim I am broke, but have a "villa" in Peru — they don't seem to know that there are no villas in Peru, and that I live in one of the worst areas of the world, surrounded by complete poverty. There is no reliable water, no reliable internet, and no heat or air conditioning at all. Life is a daily struggle and *I fucking love it.* This is my element. I don't denigrate those who want to play golf or take their boat out for a spin, but it's not my world. I don't want that. I eat amazing *ceviche,* have fresh avocado every morning for about 25 cents, listen to *huayno* on the radio and am surrounded by some of the most incredible people in the world. I voluntarily threw myself into a world where I couldn't even speak the language, and learned to survive. Now I run a gourmet tour agency to bring rich gringos to Peru so they can experience poverty culture — with its incredible food and wine — even if it's only for a few days.

Is it hypocritical? Yes. I still have money. I am rich compared to my neighbors in Lima. I'm not really suffering the way they are. I'm not seeking self-imposed misery. I earn money through international work, and live in a place where my expenses are nearly zero. I have two major outlays: my taxes (because I think you should pay them, thank you very much) and my legal bills. I have an extremely high tolerance for what I will put into my attorney, as part of my prosecution of the reforms. So those thinking that a single bankruptcy filing means I can't prosecute lawsuits in for a shock. My attorney has the boat, because I don't want one.

**I'm Inoculated**

So this means *I don't care if you know I filed bankruptcy.* Many of you reading this have done the same, and many of the people spreading the rumor in order to score cheap points have, too. But I do object to them saying Oxebridge has failed. We continue to sign amazing clients, the book sales are insane, and the speaking gigs are routinely sold out. Anyone saying "Oxebridge is closed" isn't paying attention.

So I leave you with two takeaways. If you find the competing consultants engaging in this defamatory "doxxing," consider the ethical lines they have crossed, and remember that if they do it to me, *they can do it to you, too.* You might want to

ask some of the speakers at that upcoming ISO 9000 Conference about it. You probably want to think about it before engaging them for work, too.

And, second, know that *I cannot be intimidated by this kind of thing.* It simply does not work on me. I am completely and utterly inoculated from this form of attack. I will continue to do exactly what I am doing, for as long as I can, until I succeed. So long as ISO can pump out garbage standards designed to enrich key individuals at the expense of entire industries, I will fight this. So long as ISO registrars issue certificates to companies that make products that fail and kill people, all while being invisible to investigators and legislators, I will fight this.

We need radical change to the ISO scheme. I don't expect you to do this, but it suits me fine. And for now, I'm all you've got.

**Oxebridge Quality Resources International** is a leader in management system implementation, with offices in North and South America. Since 1999, Oxebridge has provided rapid implementations of ISO 9001, AS9100 and more, using a proprietary approach that does not rely on boilerplate documents. An advocate for standards users, Oxebridge fights for improved ISO standards content, strict adherence to certification and accreditation rules by registrars and accreditation bodies, and for a stronger voice of users within the standards development process. Contact us today to see how Oxebridge can help your organization *Be Excellent.*

## Subscribe to The Oxebridge Report

*Get more insider information, hard hitting opinion, and reporting as only Oxebridge can do it. It's free, and your information is never used for any other purpose.*

First Name

Last Name

Email Address

Sign Me Up!

# News & Opinion

**ISO 9001: 2015**

ISO 9001:2015's Odd Abdications

3 February, 2017



Book Review: "Risk Based Thinking Handbook"

2 February, 2017



Oxebridge Two-Day AS9100/ISO 9001 "Braindump" Scheduled for March 16-17 in Huntsville

28 January, 2017



ISO 9000 World Conference Drops Levinson After Controversy, Pulls Book Promotion

27 January, 2017



Registrar TUV Rheinland Fined in France for Role in PIP Breast Implant Scandal

26 January, 2017



AS9100 Rev D Configuration Management for the Small Machine Shop

26 January, 2017



AQI, ASQ and Quality Digest Do Nothing While Levinson Compares Muslims to Feces

25 January, 2017

 **Bridge Too Far: In 2 AM Facebook storm, AQI's Levinson Invokes Nazis**

23 January, 2017

 **A Personal Message About Doxxing, Bankruptcy and the Fight to Improve ISO 9001**

21 January, 2017

 **Last Chance to Get "Surviving ISO 9001" Before Amazon Price Increase**

20 January, 2017

 **ISO 9000 Conference Speaker, ASQ Fellow Once Argued for "Justifiable Homicide" of Blacks**

20 January, 2017

 **Source: Registrar Rep Who Fed Fake ISO Survey Data Fired**

20 January, 2017

 **ANAB's Dougherty Just Destroyed Certificate Mill Operator Daryl Guberman**

20 January, 2017

 **US Court: Oxebridge Prevails in Elsmar Lawsuit**
20 January, 2017

*More entries.*

f 🐦 G+

Designed by **Elegant Themes** | Powered by **WordPress**

5/28/2015 Case 8:15-cv-00011-EAK-TBM Demand to remove libelous statements 09/22/15 Page 15 of 28 PageID 1456

# Demand to remove libelous statements

### Christopher Paris <chris@oxebridge.com>

Fri 11/28/2014 1:57 PM

Inbox

To:daryltqrs@yahoo.com <daryltqrs@yahoo.com>;

Cc:Bill Wohlsifer, Esq. <william@wohlsifer.com>; abuse@enom.com <abuse@enom.com>; industrialpr@gmail.com <industrialpr@gmail.com>;

Daryl Guberman / Donald Normal LaBelle:

The information regarding me and my company Oxebridge, appearing on your website at http://www.g-pmc.com/fraud-alerts-and-information, is false and libelous, as you are aware. You are directed to remove it immediately. You are furthermore directed to cease all sending of libelous emails, whether through your domain or through anonymous Gmail accounts.

This will be your only warning prior to aggressive legal action.

If you have any questions, you are directed to address them to my attorney who is copied on this email.

--

# Exhibit C -

Christopher Paris
VP Operations
chris@oxebridge.com

OQRI Logo

## Oxebridge Quality Resources International LLC
**North America:**
1503 South US Highway 301
Suite 36
Tampa, FL 33619 USA
Ph: 863-651-3750
Fax: 407-386-6410

**South America:**
Edificio Tempus
Av. Santo Toribio 103 - 117
San Isidro, Lima 27 PERU
Telf.: 659-7984
Cel. RPC: 953-710-915
Cel. Claro: 994-793-828
Skype: Oxebridge.Peru

*Subscribe to The Oxebridge Report - Signup here*

**www.oxebridge.com**

# Exhibit D



## Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar.

Published on May 24, 2017



**Christopher Paris**   **+ Follow**
Author "Surviving ISO 9001:2015"
9 articles

🖒 27   💬 9   ➢ 3

Many of you know that my company has released an entirely free set of ISO 9001:2015 QMS documentation templates, and that recently we dropped a similar set for AS9100 revision D. Those free template kits are only available through the Oxebridge website at www.oxebridge.com.

If you notice that last website link doesn't have a squiggly underline or is particularly clickable, that's intentional. You see, you can't actually access those kits because the **entire Oxebridge website is down**, the victim of a nefarious attack apparently launched by a tiny handful of known "bad actors" who really, really don't want anyone to know that Oxebridge might be doing something to help people. Who?

First it was Daryl Guberman and Donald LaBelle, operators of the "certificate mill" operation called G-PMC Registrars, which sells ISO certificates for anything under the sun, even offering to do so without -- you know -- actually conducting an audit. Guberman once agreed to provide an ISO 9001 certificate to a fictional company that claimed to build life vests made out of cement. The "staff" photos appearing on his website include stock model photos and at least one of Guberman's former co-workers, whose actually dead. Guberman once issued a certificate for a firearm manufacturing standard "ARM 9009" which doesn't even exist. LaBelle posted a "CNN report" about G-PMC which featured an amateur actor pretending to be a newsman in front of a low-budget computer backdrop (seriously, go see it.)

● Messaging   ☑ ⚙

in    Q Search        Try Premium for Free

Guberman and LaBelle filed almost 50 fraudulent DMCA copyright notices in order to shut the site down, going so far as to falsely assert they were the legal representatives for a host of people who never even heard of them. At right, you can see an example where Guberman pretends to be the legal copyright representative for US TAG 176 member Julie Congress. In one example, Guberman alleged to be the legal representative over a photo of me, meaning I would have had to have **hired him to sue myself**, which I can attest that I did not. Impersonating an attorney is a crime in most cases, but this one is so weird, it's not actually clear. In any event, the flood of these fraudulent filings forced the temporary shutdown of the Oxebridge site until we could find a hosting company that would fight back against "copyright trolls" like Guberman.

There aren't many depths that Guberman and LaBelle won't descend to. They have published racist comments about my wife. They have posted homophobic comments, insisting "Chris Paris is a feminine man," and literally using insults like "Chrissy the sissy," as if we were still in a 1950's fourth grade class. They've accused me of Communism, antisemitism, and -- most bizarrely of all -- insulting a "supporter of veterans." Daryl Guberman, who never spent a minute in the military, sells a fake "VOB9009" certification to veteran-owned businesses, meaning he's ripping off veterans, and once screamed obscenities on the phone to one of my clients, a former US Navy SEAL, and wants to somehow claim he's a "supporter of veterans."

**Rotten Peach Farm**

Now meet "John Peachfarm." He is allegedly the new owner of the famous Elsmar.com quality forum, and allegedly resides in Switzerland, where he operates a company called "Peachfarm Internet Properties LLC." The only problem, of course, is that Peachfarm doesn't really exist, nor does his company. We know this for a variety of reasons, not the least of which is that Swiss companies don't form "LLCs" but instead "GmbH" companies because the Swiss **actually speak German**, not English, so "limited liability corporation" doesn't mean anything in Switzerland. Peachfarm thinks you're stupid enough to fall for that fake English-language letter that shows Einstein got rejected from a Swiss university. We confirmed the fact that Peachfarm doesn't exist through official Swiss records, as if we even needed to. That hasn't stopped him from

in   Q Search

person, operating from a fake Swiss company? What happens when that fake Swiss person is outed as a US citizen, and the entire thing was a scam?)

**Nearly Two Decades of Unhinged Hate**

The Elsmar site has been engaged in a defamation campaign against yours truly and Oxebridge for -- get ready -- **_seventeen and a half years_**, having launched it's hate speech in January of 2000. Normal people dedicate themselves to doing things like raising children or building careers during during a 17-year span, but Peachfarm just spends every waking moment harassing people online. One California-based media firm said they had never seen a level of internet trolling like that of Peachfarm and Elsmar, that it had eclipsed all other cases just on the basis of the vast number of years involved. A simple Google search for "paris oxebridge" reveals the horrific scope of this cowardly and sick obsession.

Through Elsmar, the accusations against me have been stunning. I've been accused of Satanism. I was accused of secretly recording Federal court proceedings by smuggling in a listening device in my clothes. I was accused of running a suicide cult. I was even accused of threatening murder. The most recurring accusation is that I am guilty of federal trade violations through "fraudulent advertising," because the people at Elsmar can't wrap their heads around my company's "40 Day ISO 9001 Implementation Program," because their ranks are populated by a lot of thieves who drag out consulting for 12-16 months a pop, and milk their clients dry. They said my claims were fraud, false advertising, and impossible, and no matter how many clients went through the program successfully, they just insisted it was all a lie, because they were too incompetent to do it.

Elsmar lost a defamation and extortion suit made against it by Oxebridge in US Federal court, but obsessive behavior can rarely be tamed by the rational sound of a gavel. Peachfarm has since lied about the case, saying it was "settled out of court," even as that utterly contradicts the very court documents he has attempted to spread across the internet. So the harassment continues, with "Peachfarm" suddenly appearing on the scene as Elsmar's new owner, and the Elsmar site moving to offshore hosting where it brags about being out of the reach of US courts and copyright claims. Now Peachfarm has opened two entire websites dedicated to harassing and defaming Oxebridge, all while using fake names and Bahamas-based domain registrars, and hiding like timid little mice.

The sites engage in "doxing," or the public posting of personal information for the intent of harassment, intimidation and threats. Some have fallen for it, too; Oxebridge has received death threats, harassing phone calls and threatening emails. My house was vandalized four times, and my children harassed online. ASQ and ISO "experts" like Denis Devos, George Hummel, Jack Fletcher, Sidney Vianna and more all actively spread the misinformation created by Elsmar sites. One such false claim is that

in | Q Search

Oxebridge - Christopher Mark Paris Lies



We started out writing the below and we found ourselves mainly dealing with lies related to the Lawsuit Mr. Paris filed against [...] because we were focused on the content of court documents for the most part. We also found that Mr. Paris has told so many lies that. Well, we can fill many pages here, especially if we go back quite a few years. That said, we have decided to start new pages from time to time to deal with some of the other lies. We will link to them here.

Currently Mr. Paris is spreading some humdingers in a discussion he started in the LinkedIn ISO 9001 group. We will be posting on those on a page here soon. The bottom line is Mr. Paris attacked someone on Twitter, his Oxebridge website, and other places such as on LinkedIn. Mr. Paris knows full well what it is all about, but he is not about to share the truth with his followers in the LinkedIn ISO 9001 group. Mr. Paris thrives on complaints and defamation of people, organizations (such as the ASQ, the ISO organization, the IAQG, and the AQI to name a few) and companies. Defamation is Mr. Paris' raison d'être.

which is disproved by the fact that Elsmar is still very much in operation. They're hoping you don't notice that little detail.

Since then, Peachfarm has created multiple fake Twitter accounts, dedicated solely to defaming me and Oxebridge. One such feed -- located here --



includes scans of the handwritten court notes that were never published anywhere else, pointing overtly to their source. He's published numerous defamatory posts on Ripoff Report. He's published sealed court documents on PDF upload sites like Scribd, and then altered them to suit his anti-Oxebridge narrative. He's published my personal contact information to induce threats. He's submitted documents to third party blogs in order to further intimidate me. And, of course, he's joined forces with the certificate mill operators Guberman and LaBelle to maximize the damage.

**Elsmar: Literally Helping Kill Police Officers**

But all this was just a precursor to the two Elsmar offshoot sites that Peachfarm then created. One resides at oxebridge.co, an intentional misspelling of the oxebridge.com domain name, which also becomes a not-so-clever example of cybersquatting in violation of international trademark law. The other site, at osteinfo.com, is more interesting, however, and you'll have to buckle up for this part. You wouldn't believe it, except for all the documented evidence.

"Osteinfo.com" was originally created by a Danish self-described "anarchist" and featured photos of undercover police officers operating in Copenhagen, for the purposes of exposing them to the locals criminals. "Oste" -- which means "cheese" -- is an insult against police officers in Danish, similar to the US term "pig." As a result of the osteinfo.com site, the lives of those police officers were *literally and intentionally put at risk*, and a criminal investigation was launched to uncover the owner of the site. The website was eventually shut down, presumably by Danish law enforcement, but the owner was never uncovered.

Official WHOIS information shows that the owner then gave the website to "Peachfarm," who converted it from a police-harassment website into an Oxebridge-harassment site, using the same hosting companies as the original Danish



in   🔍 Search          👥   🖨   🖼   🔔   ◯   ▶   Try Premium for Free   ⋮⋮⋮

to manage such sites. I contacted him on LinkedIn, asked about the site, but he fled and "blocked" me without comment, rather than even attempt to deny culpability. Immediately thereafter, our site was hacked, so you can do the math. We've handed over the information to the Danish police and are assisting in their criminal investigation against the would-be cop killer.

Peachfarm, meanwhile, ran to his anonymous websites within an hour of the hack and began gloating, nearly admitting his culpability in the process. The sites were "scraped" and will be used in our next phase of the Elsmar lawsuit, a second contempt of court motion which may see the responsible parties jailed.

But within minutes of Oxebridge sending a newsletter notice on the hack, Peachfarm emptied both his sites of all content, and the hack was suddenly and magically "lifted" from the Oxebridge site. We presume the hacker released control of the server out of fear of our posting information on his identity. The hack was unsophisticated, but nasty. So now we at least have access to the site back, and are downloading all the logs to see if any forensic evidence was left behind. As of now, the Oxebridge site is still down, as a result.

UPDATE: the Oxebridge site went back up, and then experienced a new DDoS attack, but it was defeated by our new server configuration. The Peachfarm sites were intermittently up, then down, showing Peachfarm was manually removing the material, then replacing it with new material, then removing it again. Typically when the sites are"emptied," it means Peachfarm is creating new content. As you read this, the defamation sites might be up or down, as it changes by the hour. In addition, police in Europe have been notified of the prime suspect, and are investigating.

These harassments may occur online, but they can grow into full blown, real-world threats. The US Department of Justice received a complaint from Guberman and LaBelle claiming I had lied on official financial filings; the complaint borrowed much of the false information originally published by Peachfarm. My attorney notified me: *I was under official DOJ investigation.* While the investigation found nothing -- of course -- I was forced to incur even more legal expenses; now my attorney is researching filing a criminal complaint against the parties for making false claims to the DOJ, who wasn't too happy about having to waste time running down a false lead prompted by internet trolls.

It's not clear if Elsmar's advertisers -- who include Gagepack, Dozuki, UL Open Access, Lockstep and Discus Software -- know their money is going to support hacking, promoting the murder of police officers, rampant defamation and white supremacist rantings. Actually, in some cases it *is* clear, because a handful of those advertisers were specifically told about all of this months ago, but chose to support Elsmar anyway. In the case of Andrew Stack's Sunday Business Systems, his site just went all-in and supported Elsmar while calling me a "narrow minded a**hole." Apparently, to Andrew

in    Search      Try Premium for Free  ⋮⋮⋮

the Painterlist is narrow minded.

**Help Us Fight Back**

In the end, Oxebridge enjoys a fan base of tens of thousands of standards users and companies. Our *Eyesore 9001* and *DumbAS9100* documents have been downloaded over a quarter of a million times. My book *Surviving ISO 9001* is selling briskly. The free ISO and AS template kits are popular the world over, and companies are actually passing audits with them, after having spent exactly $0 on them. My seminars and ASQ Section dinners have been greeted with applause throughout the country, with the Sections reporting record turnout at each event. Oxebridge has over 300 happy clients, and is already nearing overbooked capacity for 2017.

Our critics number only four. *Four*. That's it. But empowered with the internet, these four men can become formidable trolls. Backed up by backwards-thinking bureaucrats at ASQ HQ and Quality Digest, each with tens of thousands of dollars in ad revenue, they are hard nuts to crack.

We can only hope the US justice system will prevail and eventually the bad actors will be properly punished through the courts. We can only hope the advertisers of their backers will realize the damage to their brands and do the right thing. We can only hope that more people with inside knowledge of these trolls and their actions come forth and provide additional evidence to support the ongoing litigation.

In the mean time, you can help. Consider a donation to the **ISO Standards Users Legal Defense Fund**, which is used to not only help push for reform in the ISO standards scheme, but also to defend against these horrific attacks by morally bankrupt monsters. Click here to donate, if you can.

If you can't, don't worry, just hold on until we can get our site back up and safe, and feel free to tell the bad actors you're sick of their antics.

*[This article was updated to remove references to a current litigant with whom Oxebridge is engaged in a lawsuit, upon the advice of counsel, who suggested doing so would show a good will gesture on my part. I'll be waiting to see if they return the favor.]*

Report this

**27 Likes**



**9 Comments**

Show previous comments



Are the templates available anywhere else?

Like  Reply

**Christopher Paris**                                                         1mo  ···
Author "Surviving ISO 9001:2015"

This post is old now. The templates are back up and were recently updated. See here: ISO 9001 kit:
https://www.oxebridge.com/emma/iso9001-template-kit/ AS9100 kit:
https://www.oxebridge.com/emma/as9100d-template-kit/ We're now in multiple lawsuits fighting
the false claim that "Oxebridge hacked its own website." Because... well, because that's insane.

Like  Reply

Add a comment…

**Christopher Paris**
Author "Surviving ISO 9001:2015"

**+ Follow**

## More from Christopher Paris   See all 9 articles

**Yeah, So Why DID the IAF Hand Itself Over to China?**
Christopher Paris on LinkedIn

**ASQ Cannot Remain Ambivalent About Racism in Its Ranks**
Christopher Paris on LinkedIn

**5 Steps for Making 10-Step Inspirational LinkedIn Posts**
Christopher Paris on LinkedIn

**Unforced Err AS9100 Rev D**
Christopher Par

**⑤FundRazr**    Find campaigns    Start   How it works   Sign

# Oxebridge ISO Standards Users Legal Defense Fund

## OXEBRIDGE
## ISO STANDARDS USERS
## LEGAL DEFENSE FUND
### Fighting back to ensure the public's safety.

**$3,800** raised

**38%** of $10k goal
**26** contributors
**99** weeks running 📅

**Contribute**



**by Oxebridge Quality Resources International LLC**
Organization campaign   *Keep it all*   Tampa, FL, US   Contact campaign

Oxebridge is a leading defender of the rights of ISO standards users. Help us fight back, in court, against the ISO incumbents, including certification bodies, standards publishers, consultants and corrupt self-accredited certificate mill operators. More

✉ Email        ⚲ Link        ➕ More

➕ Report campaign

**Story**    Updates (2)    Activity (26)

## Fraud and Corruption in the ISO Certificate Scheme is Costing Real Lives



**Oxebridge ISO Standards Users Legal Defense Fund** ✉ [Contribute]

# Fraud and Corruption in the ISO Certificate Scheme is Costing Real Lives

Oxebridge Quality Resources and its outspoken founder Christopher Paris have worked for over 15 years to improve the trust and value of ISO 9001 and related management systems certifications. Chris has volunteered thousands of hours working to ensure such certificates are issued in accordance with international rules and law, as well as to ensure the standards themselves are written with the input of a broad spectrum of industry representatives.

At heart is the growing evidence that ISO certification schemes are inherently flawed, causing real-world risks to public safety, such as we have seen in the Takata airbag scandal, Deepwater Horizon oil spill disaster, and VW emissions scandal. ISO certifications are the connective tissue that connect these incidents, and many others, and yet the various players remain uninvestigated, unquestioned, and -- worst of all -- unregulated.

Oxebridge is fighting to improve this situation and have the appropriate parties investigated. However, the industry is dominated by Certification Body registrars (CBs) who violate the rules, and sometimes the *law*, in order to issue certificates to any company that asks, even those that produce products that kill. The Accreditation Bodies, tasked with overseeing the scheme, are paid by the CBs, so refuse to carry out their obligations. Standards bodies, such as ISO itself, stuff their committees full of CB reps and consultants, denying American companies the ability to participate in development of their standards. Worse still, a host of unaccredied "certificate mill operators" issue fraudulent certificates to anyone who can pay, putting the public at risk of injury, illness or death.

These players have used a variety of dirty tricks and tactics to crush those, like Oxebridge, who try to enforce the rules. Harassment, death threats, intimidation are all daily occurrences. Multiple sites have opened up defaming Oxebridge and supporters of its industry-wide reform efforts. They accuse innocent people of crimes, engage in "doxing" of private information, all while hiding behind fake names and anonymous websites.

*But defending US businesses and standards users isn't cheap.* Oxebridge needs the help of the stakeholders it protects, including automotive, aerospace, IT, and manufacturing firms. Oxebridge needs the breathing space to continue to push and ensure compliance with accreditation rules and international law.

*Now it's time to ask for help.* If your company has seen a benefit fo the work done by Oxebridge, or if you are fed up with the bullying tactics of registrars and their auditors, now you can help take action. Help Oxebridge on two fronts:

1. First, to **prosecute class action lawsuits** on behalf of industry, to force the incumbent authorities into compliance.
2. Second, to help Oxebridge and ISO standards users defend themselves against the frivolous lawsuits the incumbents user to harass those who would hold them accountable.

Consider giving what you can to the **ISO Standards Users Legal Defense Fund.**

## People just like you

People just like you have raised $109,000,000+ for causes they and their friends care about.

[ Start your own campaign ]

### Recent contributions

 **Gordon Nelson** contributed $50
5 days ago

Like

 **rick@ammetal.com** contributed $1,000
14 August 2017

Like

 **Anonymous** contributed
24 June 2017

Like

 **Anonymous** contributed
31 May 2017

Like

 **Anonymous** contributed
31 May 2017

Like

 **Margarethe B.** contributed $200
26 May 2017

Like

 **Josef Slany** contributed $20
24 May 2017



**Oxebridge ISO Standards Users Legal Defense Fund**    ✉    Contribute

Consider giving what you can to the **ISO Standards Users Legal Defense Fund.**
All funds go towards the stated objectives above, and cannot be used for any
other purpose.

$20
24 May 2017

Like

**Activity highlights**  See all (26)

Anonymous contributed
24 May 2017

Like

Write a comment …

Anonymous contributed
$100
23 May 2017

Like

**Gordon Nelson contributed $50**
5 days ago

Like · Comment · Contribute

**David Sanchez** contributed
$10
20 May 2017

Like

Write a comment …

Show more

**Oxebridge ISO Standards Users Legal Defense Fund reached a new milestone**
⚐ Milestone · 14 August 2017

# OXEBRIDGE
# ISO STANDARDS USERS
# LEGAL DEFENSE

◎ 25 contributors

Like   Comment   Contribute

**Prince Dakkar** · 3 weeks ago
Prospective donors should read first: https://www.plainsite.org/dock…
download https://www.plainsite.org/dock… and start on Line 33 or so.

From http://ia801304.us.archive.org…
http://www.archive.org/downloa… See especially Line 13.



## Oxebridge ISO Standards Users Legal Defense Fund   ✉  Contribute

### ◉ 25 contributors

Like · Comment · Contribute

**Prince Dakkar** · 3 weeks ago
Prospective donors should read first: https://www.plainsite.org/dock...
download https://www.plainsite.org/dock... and start on Line 33 or so.

From http://ia801304.us.archive.org...
http://www.archive.org/downloa... See especially Line 13.
http://www.archive.org/downloa... line 16
  Like

Write a comment ...

**rick@ammetal.com contributed $1,000**
14 August 2017

Keep up the fight!

Like · Comment · Contribute

**Anonymous contributed**
24 June 2017

Like · Comment · Contribute

**Oxebridge Quality Resources International LLC posted an update**
📄 Story update · 1 June 2017

Just posting another heartfelt message of thanks for the donations made so
far! They are going to immediate use with our two ongoing lawsuits, one in
which Oxebridge is the plaintiff in a defamation and extortion suit, and another
where we are the defendant in a baseless lawsuit that may well run counter to
the US First Amendment, supported by some of ISO's biggest players. Every
penny helps, and Oxebridge is so appreciative!

Like 2 · Comment · Contribute

**Oxebridge Quality Resources International LLC posted an update**
📄 Story update · 24 May 2017

## Oxebridge ISO Standards Users Legal Defense Fund ✉ Contribute

Like · Comment · Contribute

**Oxebridge Quality Resources International LLC posted an update**
Story update · 1 June 2017

Just posting another heartfelt message of thanks for the donations made so far! They are going to immediate use with our two ongoing lawsuits, one in which Oxebridge is the plaintiff in a defamation and extortion suit, and another where we are the defendant in a baseless lawsuit that may well run counter to the US First Amendment, supported by some of ISO's biggest players. Every penny helps, and Oxebridge is so appreciative!

Like 2  Comment  Contribute

**Oxebridge Quality Resources International LLC posted an update**
Story update · 24 May 2017

Thanks so much to those who have donated so far, it warms the hearts of everyone involved here. Thank you!

Like · Comment · Contribute

**Anonymous contributed**
12 May 2017

Like  Comment  Contribute

| Learn more | Crowdfund anything | Partner with us | Follow us |
|---|---|---|---|
| How it works | Healthcare & Medical Bills | Become an Affiliate | |
| Blog | Accidents & Disasters | Enterprise Solutions | |
| Support | Funerals & Memorials | | |
| FAQ | Animals & Pets | | |
| About | Nonprofit Fundraising | | |
| Careers | Small Business & | | |
| Press | Entrepreneurs | | |
| Contact | Raise money now | | |
| Fees | | | |

Contact this campaign  Support  Terms of service  Privacy policy



https://www.oxebridge.com/emma/tag/asq/

Misc | Quality | Email | Planet | TV & Radio | Humour | Weather | Politics | News | AV | Home

## OXEBRIDGE
QUALITY RESOURCES INTERNATIONAL

O-Forum    Blog 3    Services 3    Resources 3    About 3    Get a Quote 3    U

### ASQ President Denounced Racism in 2002; Current ASQ Leadership Still Refuses

by Christopher Paris | Aug 28, 2017 | Opinion |

As reported, ASQ CEO William Troy still hasn't done what nearly every politician, CEO and celebrity has , and denounced racism and white supremacism, this despite the awkward fact that one of ASQ's own Section Chairs and Fellows wrote an article that may...

### Editorial: ASQ Must Denounce Racism, Develop Enforceable Ethics Rules

by Christopher Paris | Aug 17, 2017 | Opinion |

The American Society for Quality (ASQ) finds itself in yet another uncomfortable position as one of its Section Chairs is now in the spotlight for having written an article in which he provided legal advice on how alt-right activists can run over counter protesters...

### ASQ Refuses to Take Action Against Section Chair Who Published White Supremacist Views

by OQRI | Aug 17, 2017 | News |

ASQ CEO William Troy has refused to take action against an ASQ Section Chair who previously wrote an article which provided instructions on how "alt-right" activists could "run over" counter protesters with their cars. The article was published...

### Randy Dougherty Hasn't Been VP of ANAB For a Year

by Christopher Paris | Jun 19, 2017 | Opinion |

OK, this got past the radar here. Buried in a 2016 "Heads Up" notice (# 337 if you're counting), Randy Dougherty was replaced in his role as VP of the ANSI-ASQ National Accreditation Board (ANAB) last June, with his expected successor, Lori...

**More Blog Entries**



Editorial: Nepotism – The Dirty Secret ISO Registrars Don't Want To Talk About

13 September, 2017



Implementing the ISO 9001:2015 "Process Approach"

13 September, 2017



How ISO 9001's Scope Has Changed Over Time

6 September, 2017



PR Flack Claims ISO Will Save 2.2 Million Lives Per Year, Just By Printing Stuff

5 September, 2017