UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

       Plaintiffs,                     **CASE NO: 8:15-CV-11-EAK-TBM**

vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**

       Defendants.

_____/

**NOTICE OF TO THE COURT,
REQUEST FOR PREFILING RESTRICTION, AND REQUEST FOR
ELECTRONIC SERVICE UPON DEFENDANT**

    The undersigned, has mailed to Defendant, Mr. Marc Timothy Smith (d/b/a Cayman Business Systems) documents filed by Plaintiff. (Exhibit A1 and A2)

    The Plaintiff wants to notice the Court that the Defendant has *refused to receive* Plaintiffs' mailing. Yet, Defendant claims to not be served. Defendant is obstructing the proper work of the undersign on behalf of the Plaintiffs. The Plaintiff request that a prefiling restriction be imposed to avoid repetitious and burdensome filings by the Defendant, i.e. 127, 128, 131, and 133. Also, Plaintiff's request that electronic means be allowed to serve Defendant.

    Respectfully submitted,

    Date: September 27, 2017

LORENZO LAW FIRM, P.A.

By: /s/ JB Lorenzo
Jose B. Lorenzo (Fla #142433)
admin@lorenzolawfirm.com
2040 Delta Way
Tallahassee, Florida 32303 Telephone: (850)405-6525
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, West Chester, Ohio 45069-1929, on this 27th day of September, 2017.

By: /s/ JB Lorenzo
Jose B. Lorenzo