<u>Defendant Pro Se's Response to Case Docket Document 134
Case 8:15-cv-00011-EAK-TBM</u>



IN THE UNITED STATES DISTRIC COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**Case number: 8:15-cv-00011-EAK-TBM**

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC, and

CHRISTOPHER PARIS, individually.

Plaintiffs,

Vs.

MARC TIMOTHY SMITH, individually,

and d/b/a/ CAYMAN BUSINESS SYSTEMS (a non-existent business since 2001)

Defendant.

---

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

Office: Tampa Office

County: Hillsborough

---

<u>Defendant Pro Se's Response to Case Docket Document 134</u>
<u>Case 8:15-cv-00011-EAK-TBM</u>

## RESPONSE TO CASE DOCKET DOCUMENT 134

Comes now the Defendant, MARC SMITH, filing Pro Se, to respond to Case Docket Document 134.

### Case Docket Document 134

1. Mr. Lorenzo again shows a failure to review the case. SMITH requested, in early 2015, to be allowed to access and utilize the Court's CM/ECF portal. The Court allowed the request, however SMITH subsequently found his computer was not capable of accessing the portal and requested that the court continue to mail court originated documents and SMITH has to mail documents to the court.

2. SMITH has not "refused" mail. The 8466 Lesourdsville-West Chester Road address is SMITH's tax home address. The Property Manager did try to pick up the Letter in Mr. Lorenzo's Exhibit but was refused because he was not the recipient and had no document to prove he was SMITH's "agent".

3. As SMITH has previously pointed out, all mail addressed to SMITH c/o the property caretaker will be delivered and collected by the property caretaker. However, the property caretaker can not sign for mail requiring a signed "Return Receipt".

4. The property caretaker received the court mailing advising SMITH of the docket entry 132, scanned it and emailed it to SMITH which shows mail received at the 8466 Lesourdsville-West Chester Road address is picked up daily, scanned and forwarded to SMITH by the property caretaker.

<u>Defendant Pro Se's Response to Case Docket Document 134</u>
<u>Case 8:15-cv-00011-EAK-TBM</u>

## SUMMARY

A. Mr. Lorenzo should review the case prior to filing redundant documents and should continue to be required to send documents to SMITH via mail (without a signature required return receipt – certified mail alone will do as evidence of delivery as SMITH does when sending the court documents), UPS or FedEx.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the Court via USPS Certified Mail.

Mr. Lorenzo – The current Attorney of Record (for this case) for Christopher Mark Paris will be notified at/via electronic notification via the Court's CM/ECF portal when the Court clerk enters this document into the court record.

Respectfully submitted to the Court using the US Postal Service Certified Mail mailed on this 3rd day of October 2017.

Marc Timothy Smith (Defendant Pro Se) By Marc Timothy Smith

Marc Timothy Smith
    c/o Property Caretaker
    8466 Lesourdsville-West Chester Road
    Olde West Chester, Ohio 45069-1929
    Tel: 513 341-6272