UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,**

        Plaintiffs,          **CASE NO: 8:15-CV-11-EAK-TBM**

vs.

**MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,**
    Defendants.

_____/

**REQUEST TO CONDUCT DISCOVERY**

    The Plaintiffs, Christopher Paris, and Oxebridge Quality Resources, LLC, [hereinafter "Plaintiff"] bring this request to open case, against Defendants, MARC TIMOTHY SMITH individually and d/b/a CAYMAN BUSINESS SYSTEMS [hereinafter "SMITH"] for reasons involving the need for discovery to include subpoenas to underscore that Defendant is not complying with Court Order [Dkt. No. 120] and asserts as follows:

    1.    The Plaintiff provided in its *Notice of Clarification and Motion for Contempt* on SMITH, information that reveals SMITH's continued Internet violations of the Court's Order [Dkt. No. 128].

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY
Lorenzo Law Firm, P.A.**

Page **1** of **5**

2. The attachments were drawn in a period of time in August 2017. Thee have been changes since which has required verification since September through December. Attachments of findings from Septembers through December are still being verified to determined attribution.

3. From forensic screenings, done by researchers of the undersigned, the Plaintiff has been able to discern that:

> "One of the websites containing defamation was an account at Pastebin.com. Pastebin.com is an online file locker where the user sets up a profile, stores text, code, and/or files and has the option to have this material accessible to the public. The account owner is able to set up and link to his/her profile."

> "PasteBinScreenShot1.png" - shows contents of an account created by Pastebin user: KOBERNICNOQ45. Content is: Oxebridge Quality Resources. [

> "PasteBinScreenShot2showinguserwebsite.png" shows the profile information created by KOBERNICNOQ45. KOBERNICNOQ45 set up his account and linked it to his own website: Osteinfo.COM.

> [See attachments]

> #1 "PasteBinScreenShot1.png;

> #2 PasteBinScreenShot2showinguserwebsite.png

4. Osteinfo.COM and Oxebridge.CO were created by the same person:

> "The back end of this index page which carries the Meta Header information is created by the webmaster. As per a web analysis tool run at wikiwww.me that runs analytics on traffic, performance, web host and content analysis; the same index file was used to build both websites: Osteinfo.COM and Oxebridge.CO. The webmaster had never changed the Meta Header description."

> Even though Osteinfo.COM is no longer accessible from a direct call of the domain; their servers were left viewable. A web search of open server files at Osteinfo.COM shows PDF files of forum discussions in reference to Christopher Paris saved to PDF format from the control panel view of website forums and community discussion boards. The control panel view of a community discussion forum is only accessible by the site's administrator, or designated administrator. Marc Smith associated with content creation.

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY**
**Lorenzo Law Firm, P.A.**

Attachment:  "Filesonwebsite.png" - screenshot of viewable files on the Osteinfo.COM server.

Next attachment:  "blogcontrolpanelviewonwebsite.png" - screenshot of file uploaded to the Osteinfo.COM from the webmaster's control panel view. Marc Smith associated with content creation.

[See attachments]

#3 Filesonwebsite.png
#4 blogcontrolpanelviewonwebsite.png

5. Content regarding Plaintiff compiled on sites:

   Though Oxebridge.CO is no longer accessible from a direct call of the domain; their servers were left viewable.  A web search of open server files at Oxebridge.CO shows PDF files of personal data obtained on Christopher Paris saved to PDF format. Marc Smith associated with content creation.

   Attachment: "bizinfofileonoxebridgeco.png" - screenshot showing the content from cache on Oxebridge.CO

   Next attachment: "bizinfofileonoxebridgeco.pdf" - PDF of the actually full content the defendant was somehow involved in obtaining on Christopher Paris.

[See attachments]

   #5   bizinfofileonoxebridgeco.png

   #6   bizinfofileonoxebridgeco.pdf


6. There is a need to conduct discovery and issue subpoenas to underscore the full extent of SMITH's violation of the Court Order, continuing to defame the Plaintiff and even interfering with other cases in which Plaintiff is involved.

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY**
**Lorenzo Law Firm, P.A.**

7.  Such inquiry is necessary for confirmation of online activity by SMITH and confirmation that SMITH is actively involved in propagating and or authoring libelous content about the Plaintiff.

8.  This request is being done in good faith in order to address what Plaintiff is witnessing which is a continuation of what the defendant was supposed to stop doing.

Respectfully submitted,

Date: January 24, 2018

<div style="margin-left: 40%;">

LORENZO LAW FIRM, P.A.

By: /s/ JB Lorenzo
Jose B. Lorenzo
admin@lorenzolawfirm.com
2040 Delta Way
Tallahassee, Florida 32303
*Attorney for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 24th day of January, 2018.

By: /s/ JB Lorenzo
Jose B. Lorenzo

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY**
**Lorenzo Law Firm, P.A.**

Page **5** of **5**