Case 8:15-cv-00011-EAK-TBM   Document 137-1   Filed 01/24/18   Page 1 of 11 PageID 1496















This is the html version of the file http://oxebridge.co/pdf/Oxebridge-M3-Development-Council-Corporation---Tampa---Company-Information.pdf.
**Google** automatically generates html versions of documents as we crawl the web.

Page 1

M3 Development Council Corporation - Tampa - Company Inform...     https://floridadb.com/company/N14000001208/m3-development-c...

Home
Towns
Postcodes

# M3 Development Council Corporation

Home
Tampa
M3 Development Council Corporation

## M3 Development Council Corporation Description

M3 Development Council Corporation is a company started on 2016-09-23 and registered under ID N14000001208. Employer Identification Number (EIN) / Tax ID of this company is 38-3957988. This business is listed as a Florida Not For Profit Corporation.

M3 Development Council Corporation has four directors. They are: Paris Christopher, Paris Christopher, Murdock Richard, Caracciolo Lawrence.

M3 Development Council Corporation agent is William R. Wohlsifer, Pa. This agent address is 1100 East Park Avenue Suite B Tallahassee, Fl 32301.

This business published its annual reports one times - in years: 2015. We have one key event associated with M3 Development Council Corporation: Admin Dissolution For Annual Report on Monday 3rd July 2017.

## Address

A6
1/6

**Main Address**

1503 South Us Highway 301
Suite 36
Tampa, Fl 33619

**Mailing Address**

1503 South Us Highway 301
Suite 36
Tampa, Fl 33619

## Main Data

**Company Name**
M3 Development Council Corporation
**Company type**
Florida Not For Profit Corporation
**State**
Florida
**Register number**
N14000001208
**FEI/EIN Number**
38-3957988
**Company Status**
    Inactive

## Get Data On Smartphone

Scan QR Code below, to get information about M3 Development Council Corporation on your smartphone. You will need QR Code reader app.

# M3 Development Council Corporation on Map

2 of 5                                                                                                              7/3/17, 1:3

Page 3

M3 Development Council Corporation - Tampa - Company Inform...        https://floridadb.com/company/N14000001208/m3-development-c...

Sign in

1503 US-301 #36

1503 US-301 #36, Tampa,     Direct ...     Save
FL 33619

View larger map

Map data ©2017 Google
Report a map error

## Directors

Paris Christopher
P
1503 South Us Highway 301, Suite 36 Tampa, Fl 33619
Paris Christopher
T
1503 South Us Highway 301, Suite 36 Tampa, Fl 33619
Murdock Richard

S
46 Sunny Line Drive Claverton, Ny 11933
Caracciolo Lawrence
DIR
1401 Merrill Creek Pkwy, #14028 Everett, Wa 98203

Page 4

M3 Development Council Corporation - Tampa - Company Inform...    https://floridadb.com/company/N14000001208/m3-development-c...

## Authorised Persons

No authorised persons database.

## Previous Names

**Old Name**     **Change Date**
No historic names in our database.

## Annual Reports

**Id Year**    **Date**
1 2015   2015-04-03

## Company Events

| Event Name | Field Date | Effective Date | Description |
|---|---|---|---|
| Admin Dissolution For Annual Report | 2016-09-23 | 2017-07-03 | |

Delete this data

## Reviews

Please enable JavaScript to view the comments powered by Disqus.

### Companies Close To M3 Development Council Corporation

4 of 5                                                                                     7/3/17, 1:3

M3 Development Council Corporation - Tampa - Company Inform...    https://floridadb.com/company/N14000001208/m3-development-c...

Page 5

| Name | Address | Status |
|---|---|---|
| Falkenburg Knife And Tool, Llc | 501 S. Falkenburg Rd. Tampa, Fl 33569 | Active |
| Kar'S Trucking Llc | 2315 N 55Th Street Tampa, Fl 33619 | Active |
| Renewed Life Enterprises, Llc | 10205 Palermo Circle 202 Tampa, Fl 33619 | Active |
| Health Matters Pharmacy Llc | 5030 E 10Th Ave Tampa 33619 | Active |
| Costa De El Oeste Construction Llc. | 2430 So. 58Th Street Tampa, Fl 33619 | Active |
| Cruz Performance Llc | 505 N Falkenburg Rd Suite B Tampa, Fl 33619 | Active |
| Mermaid Acquisition Llc | 9301 Solar Drive Tampa, Fl 33619 | Active |
| Jr Glass & Aluminum Construction, Inc. | 6006 16Th Ave. South Tampa, Fl 33619 | Inactive |
| Scituate Reality, Llc | 1433 Massaro Blvd. Tampa, Fl 33619 | Inactive |
| Nostalgic Air Parts, Inc. | 10184 Fisher Ave Tampa, Fl 33619 | Inactive |

Copyright © 2017 FloridaDB.com

Privacy Policy

5/6

5 of 5

7/3/17, 1:3

6/6