## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 25th day of January, 2018.

By: /s/ JB Lorenzo

Jose B. Lorenzo

IMAGE OF MAILING

ADDENDUM 1

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY**
**Lorenzo Law Firm, P.A.**

Page 1 of 1

Lorenzo Law Firm, P.A.
*Attorneys and Counselors at Law*
2040 Delta Way
Tallahassee, FL 32303

```
                    CENTERVILLE
              2355 CENTERVILLE RD
                  TALLAHASSEE
                       FL
                   32308-9998
                  1188910682
                 (800)275-8777      2:42 PM
01/25/2018

Product                        Sale      Final
Description                    Qty       Price

First-Class                     1        $1.63
Mail
Large Envelope
(Domestic)
(WEST CHESTER, OH 45069)
(Weight:0 Lb 3.40 Oz)
(Estimated Delivery Date)
(Monday 01/29/2018)
PM 2-Day                        1        $7.45
(Domestic)
(WEST CHESTER, OH 45069)
(Weight:0 Lb 3.40 Oz)
(Expected Delivery Date)
(Saturday 01/27/2018)
(USPS Tracking #)
(9505 5127 4439 8025 2034 51)
Insurance                       1        $0.00
(Up to $50.00 included)
Affixed                         1        ($1.63)
Postage
```

Marc Smith
8466 LeSourdsville-West Chester Road
Olde West Chester, Ohio 45069-1929

Page 2 of 2