## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this notice was served on all parties receiving electronic notification via the Court's CM/ECF portal, and furnished by U.S. Mail to Marc Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069-1929, on this 25th day of January, 2018.

By: /s/ JB Lorenzo
Jose B. Lorenzo

==IMAGE OF MAILING==
==ADDENDUM 1==

**PLAINTIFF'S REQUEST TO CONDUCT DISCOVERY**
**Lorenzo Law Firm, P.A.**

Page 1 of 2

```
               CENTERVILLE
          2355 CENTERVILLE RD
              TALLAHASSEE
                   FL
               32308-9998
             1188910682
            (800)275-8777
01/25/2018                      2:42 PM
───────────────────────────────────────
Product        Sale          Final
Description    Qty           Price
───────────────────────────────────────
First-Class     1            $1.63
Mail
Large Envelope
 (Domestic)
 (WEST CHESTER, OH 45069)
 (Weight:0 Lb 3.40 Oz)
 (Estimated Delivery Date)
 (Monday 01/29/2018)
PM 2-Day        1            $7.45
 (Domestic)
 (WEST CHESTER, OH 45069)
 (Weight:0 Lb 3.40 Oz)
 (Expected Delivery Date)
 (Saturday 01/27/2018)
 (USPS Tracking #)
 (9505 5127 4439 8025 2034 51)
Insurance       1            $0.00
 (Up to $50.00 included)
Affixed         1            ($1.63)
Postage
```

Lorenzo Law Firm, P.A.
*Attorneys and Counselors at Law*
2040 Delta Way
Tallahassee, FL 32303

Marc Smith
8466 LeSourdsville-West Chester Road
Olde West Chester, Ohio 45069-1929

Page 2 of 2