



in Search Try Premium for free

# Exhibit A

Study Anytime, Anywhere - Earn your degree on your time with four-week online cla

## Mathew Judge • 1st

Director | Principal Auditor | ISO Consultant

Mathew Judge Ltd • Aberystwyth University

London, United Kingdom • 500+

Message More...

Mathew Judge Limited Business and Compliance Services Mathew Judge Ltd 20 - 22 Wenlock Road London N1 7GU +44 (0) 800 689 3124 mathew.judge@mathewjudge.com www.mathewjudge.co.uk Expertis...

Show more

Get the LinkedIn app and see more profiles like Mathew's anytime, anywhere

elsmarmarc@gmail.com Send me a link

Or send me an SMS instead

Mathew Judge
Director | Princi...

## Highlights

**28 Mutual Connections**
You and Mathew both know Andrew Stack, Roland Kelly, and 26 others

**2 Mutual Groups**
You and Mathew are both in the ISO 9001 Global Forum and Information Security Community groups

## Mathew's Activity

If you have any lining and signage requirements then please feel free to contact me. We operate in Hampshire, Dorset, Wiltshire, West Sussex , Berkshire and Surrey. I will beat any written...
Mathew liked

See all activity

## Experience

**Director | Principal Consultant**
Mathew Judge Ltd
2006 – Present • 12 yrs

Promoted

**Retirement in 15 Minutes.**
Read this guide to learn about ho much you'll need to retire comfort
Learn more

**Business Funding In 24 Hr**
Fast & Easy Loans. Apply For $1 $1M in Minutes. Same Day Appro
Learn more

**Wharton EMBA Degree**
Earn your MBA on the weekends without interrupting your career.
Learn more

Marc Timothy, explore relevant opportunities with U.S. Department State

Follow

People Also Viewed

**Sharon Sallade** • 2nd
Business Development at SAI C Helping organizations design h effective audit and compliance solutions.

**Judi Markel** • 2nd
Quality Management Consultan Exemplar Global Certified Lead Auditor

**Hannah Robbins**
Military Specialist Welfare Wor the Royal Navy.

**Donna Cialone** • 2nd
President/ Senior Consultant- Premier Quality Systems

**Sally McGrath**
--

**Hasnaa lagfoule** • 3rd
Dessinateur projeteur chez Arc

**Marwane WADI** • 3rd
Analyste Planification & Statist chez Acticall Sitel Afrique

**Mélissa Job**
Étudiant(e) (ILAC International College)

**Soufiene Maddah** • 3rd
Développement Informatique

**Abdeloihed dibane** • 3rd
En poste (secteur : Arts)

Learn the skills Mathew has

**Business Developme Foundations**
Viewers: 6,171

Chapter 8 TM Ltd
January 2018 – Ongoing
Integrated Management System (QEHS)

Ropetech Access Solutions Ltd
December 2017
Integrated Management System (QEHS); Achilles (RISQS); SSIP.

Associated Fire Protection (NI) Limited
November 2017 – Ongoing
IMS (QEHS): BAFE SP101; SP203-1

JB Valves Limited
October 2017
QMS (ISO 9001:2015) Cert.13969

PSA Children's Foundation CIC
September 2017 – Ongoing
Integrated Management System: ISO 9001; OHSAS 18001

Schwing Stetter (UK) Ltd
September 2017 – Ongoing
Quality Management System: ISO 9001

Majestic Interactive Limited
August 2017 – Ongoing
Information Security Management System: ISO 27001

GHA Northwest Ltd
July 2017 – Ongoing
IMS (QEHS): BAFE SP101/ST104; SP203-1/SP203-4; CHAS

Electrical Wholesale Systems Limited
July 2017 – Ongoing
Integrated Management System

Gi Signage Ltd (Incorporating Gi Traffic Management Ltd)
May 2017 – Ongoing
July (QEHS Inc. NHSS 7, 8, 12A/B, 12C, 12D, 16, 23, 30)
IMS Management Representative (Contract)

Juniper Bridge Ltd
June 2017 – Ongoing
Information Security Management System (ISO 27001:2013)

Caplan Group Limited
May 2017 – Ongoing
IMS (QEHS); BAFE SP205

Safe TM Services Ltd
May 2017 – Ongoing
IMS (QEHS Inc. NHSS12A/B, C, D)

Geocisa UK Ltd
April 2017 – Ongoing
Welding QA/QC (ASME/ISO)

Intellitech Ltd
April 2017 – Ongoing
IMS (ISO 9001/14001)

Truslit Ltd
April 2017 – Ongoing
BRC IOP

PL Taylor Electrical Services Ltd
April 2017
IMS (QEHS) Cert.13540

Integrated Management System

Philips Semiconductors
March 2017 - Ongoing
Compliance Management

Ropetech Access Solutions Ltd
Compliance Director (On and Offshore)
February 2017 - Ongoing
Achilles (RISQS)

SAPTA Systems LLC (San Antonio, Texas, USA)
February 2017 - Ongoing
QMS (ISO 9001:2008)

Improvair Ltd
January 2017 - Ongoing
IMS (QEHS); SSIP
UKAS Cert.12895

Global Semi Solutions Ltd (Florida, USA)
January 2017 - Ongoing
Quality Management System: AS9100

**Director**
Project Ordnance Ltd
2007 – 2010 • 3 yrs
London, United Kingdom

Project Management Consulting (IT & Finance)

Co-operative Financial Services
February 2010 – February 2011

Appointed to establish the System and Service Management Toolset (SSMT) programme and projects, developing a common service management strategy between the Co-op Bank and Britannia Building Society.

HMRC
January 2007 – January 2010

Appointed to direct and deliver a business and IT change project to manage the migration of HMRC's banking business from the Bank of England to two commercial banks, RBSG and Citi, by April 2010.

**Project Manager**
Bank of Scotland
2006 – 2007 • 1 yr

Contract: Lex Vehicle Leasing

Appointed to manage the migration of vehicle leasing from HSBC to Lex Vehicle Leasing, HBOS.

## Education

**Aberystwyth University**
MPhys (Hons), Physics
1995 – 1999

## Volunteer Experience

**Programme Director**
Médecins Sans Frontières (MSF)
Jan 2010 – Present • 8 yrs 2 mos

## Featured Skills & Endorsements

- **Management** · 49 ✓
  - Endorsed by **Yvonne Foster**, who is highly skilled at this
  - Endorsed by **Sapphire Eagle©** and 1 other mutual connection

- **Project Manage…** · 48 ✓
  - Endorsed by **Sapphire Eagle©** and 1 other mutual connection

- **Change Manage…** · 40 ✓
  - Endorsed by **Sapphire Eagle©**, who is highly skilled at this
  - Endorsed by **George Hummel, ACQI** and 1 other mutual connection

Show more ⌄

## Recommendations

Ask to be recommended

**Received (17)**  Given (3)

**Stephen Larkin**
MD @ JuniperBridge LTD
March 1, 2017, Stephen was a client of Mathew's

Having decided to embark upon our quest to implement 27001 within our business, we realised that such a task would require professional assistance. After several recommendations, we engaged Mathew Judge. To this end, I would further recommend Mathew and his consummate professionalism to this standard. From the point of inception to completion, I have personally found him the easiest person to work with and he has made our journey and transition seamless. Mathew has an amazing ability at overcoming problems with the use of the logical steps required to undertake such a project and put us at ease with such a complex task. Clearly, Matt has immense experience in this area and his knowledge of the standard is unrivaled. Having Mathew as our mentor, has transformed how we do business now and he has also set us on a path to far exceed the criteria. If you are currently considering 27001 then the best person in your arsenal will be Mathew.

**Kevin Smyth**
Director, Associated Fire Protection (NI) Ltd
January 28, 2017, Kevin was a client of Mathew's

I've recently had the pleasure of working with Mathew who helped me implement an IMS to assist me with gaining BAFE SP101 certification.

Due to our company taking on a large contract which required almost immediate BAFE registration, Mathew took the job at extremely short notice and threw himself into finding out how we did business, what elements we needed help with and handled all necessary communications with the certification body.
He displayed a wealth of knowledge of business in general and on a number of occasions advised how tweaking internal systems slightly could make a huge difference in efficiency, something which proved beneficial immediately.

Mathew tells you in very plain language exactly what to do and how to do it to achieve the required result and a number of occasions proved himself to be both extremely knowledgeable and dependable. If he tells you he will do something – he does it and one thing that proved extremely useful was that he is not

