Case 8:15-cv-00011-EAK-TBM   Document 140-2   Filed 02/02/18   Page 1 of 5 PageID 1523

  Log in   Sign up

# Exhibit "B"
# See page 2

   Oxebridge
@ Oxebridge
Tampa FL, Lima Peru

Oxebridge Quality Resources International LLC is a provider of ISO 9001, AS9100, ISO 17025 and other implementation programs, founded in 1999.

oxebridge.com

962 Tweets    97 Following    190 Followers

Follow

...

  

View more photos

Tweets 

 **Oxebridge**
@Oxebridge                                                                                     5h

Still checking, but just learned the Qatar Construction Standards 2018 will remove requirements to flow down #ISO9001 to contractors. Interesting.

View details ·

 **Oxebridge**
@Oxebridge                                                                                    21h

Weird report coming out of India's seafood industry, which is seeking a single certification to replace the confusing labyrinth they have now (including #ISO9001):
fis.com/fis/worldnews/…

View details ·

 **Oxebridge**
@Oxebridge                                                                                    21h

Hmm. BSI just awarded #ISO9001 to Al Jazeera. Yes, that one.
thepeninsulaqatar.com/article/31/01/…

View summary ·

**Oxebridge**
@Oxebridge                                                                                   Jan 29

Replying to @BTC_Jeff @PwC and 2 others
Just keep ANSI and ISO away from this... please.

View conversation ·

**Oxebridge**
@Oxebridge                                                                Jan 29

Anyone have the actual ballot results for #ISO45001 ? Not the overall result, the ACTUAL votes? If so, send them here.

View details ·

**Oxebridge**
@Oxebridge                                                                Jan 29

Replying to @LlewellynKing2

Fortunately, those jobs are all on the Sun, and not in America, so Trump's cool with it.

View conversation ·

**Oxebridge**
@Oxebridge                                                                Jan 29

Another day, another certification scheme actor jumps ship. @UKAS CEO Stennett takes early retirement. ukas.com/news/ukas-ceo-…

View details ·

**Oxebridge**
@Oxebridge                                                                Jan 28

This #Oxebridge weekend brought to you by this Tannat merlot blend from Uruguay. pic.twitter.com/niYOB8mNyC

View photo ·

**Oxebridge**
@Oxebridge                                                                Jan 28

Hmm.... fear of a backlash by the Damore gang within @Google might explain @AustinSLin's paralysis in dealing with racism inside @ASQ.

View details ·

**Oxebridge**
@Oxebridge                                                                Jan 28

Replying to @AlcortaJose @S2A2SLtd @iso

Except "ISO members" does not = "actual people who matter," so....

View conversation ·

**Oxebridge**
@Oxebridge   **Chris Paris "trolling" on Twitter**                        Jan 25

This comes just as we've entered a new motion to have the Oxebridge v Elsmar lawsuit reopened for new discovery and subpoenas of electronic records. So if it was "Lion" sending the virus manually, we should find out. 2/2

View details ·                        **What ever happens, blame "Elsmar"**

**Oxebridge**
@Oxebridge                                                                Jan 25

Here we go again? Elsmar's "Daniel Lion" just sent a virus-infected MS Word file to our Winepisser sister site's email address, thinking someone here is stupid enough to open a macro-enabled doc sent via email. Might have been bot-generated. 1/2

View details ·

**Oxebridge**
@Oxebridge

Jan 25

QAS International's alleged memberships under scrutiny after it issued #ISO9001 cert to a drug smuggling ring. More reporting coming soon.

View details ·

**Oxebridge**
@Oxebridge

Jan 24

Replying to @ChrisG_NSF
You have to admire the interns used to hold the rocket down while firing, using only primitive ropes and sheer muscle.

View conversation ·

**Oxebridge**
@Oxebridge

Jan 24

Replying to @TheBQF
One wonders if HRH knows @TheBQF honored an organization that grants quality certifications to international drug smugglers? oxebridge.com/emma/certifica…

View conversation ·

**Oxebridge**
@Oxebridge

Jan 24

I remember when FH was just a t-shirt logo. twitter.com/nova_road/stat…

View details ·

Oxebridge retweeted


**Michael Sheetz**
@thesheetztweetz

Jan 24

Static fire! The engines just roared to life on SpaceX #FalconHeavy pic.twitter.com/nXvtqgghj3

View photo ·

**Oxebridge**
@Oxebridge

Jan 24

Company held #ISO9001 certification from @QasInternationa. QAS was honored by @TheBQF, which itself has Princess Anne as a patron. Tangled web. See additional reporting at oxebridge.com/emma/certifica… @GibsonSuzy twitter.com/GibsonSuzy/sta…

View details ·

**Oxebridge**
@Oxebridge

Jan 24

Full report: certificate mill @QasInternationa issued #ISO9001 to a company later found to be a cocaine and heroin smuggling operation. oxebridge.com/emma/certifica… pic.twitter.com/VKWSZCqPFF

View photo ·

Oxebridge retweeted



**s2a2s Limited**
@S2A2SLtd

Jan 23

Post 9 #ISO #9001 #5.2.2 Once the organization's leaders have documented their quality policy they then have to communicate the content to all employees and other interested parties – so they can be measured against the commitments in it. lnkd.in/er-hF32

View summary ·



**Oxebridge**
@Oxebridge

Jan 23

Breaking: UK certificate mill QAS issued ISO 9001 cert to a company used as a front in illegal drug smuggling ring. Full report coming soon.

View details ·

**Oxebridge**
@Oxebridge

Jan 23



No surprises: @QualityDigest just outright lies and publishes article, by an ISO auditor trainer, that says #ISO9001 internal auditors MUST be qualified, or you are obligated to "rescind your certificate." There's no moral bottom to the QD editors.
qualitydigest.com/inside/standar… pic.twitter.com/3mDdlpktVI

View photo ·

**Oxebridge**
@Oxebridge

Jan 23



.@ASQ's Levinson joins the #MeToo deniers gang, by claiming #Oxebridge lied when reporting a case of sexual harassment by an #ISO9001 auditor, but offers no proof. Ethics violation yet?

View details ·

**Oxebridge**
@Oxebridge

Jan 23



Update on the arrest of @Intertek employee in the theft of $450K in oil from a Shell Oil company in Singapore. oxebridge.com/emma/intertek-…

View details ·

**Oxebridge**
@Oxebridge

Jan 23



.@ansidotorg wants stakeholder feedback so it can totally ignore it later.
oxebridge.com/emma/ansis-ann… pic.twitter.com/yxx4nwaWzl

View photo ·

**Oxebridge**
@Oxebridge

Jan 23



Replying to @ansidotorg
And, in the interest of "balance," the counterpoint: oxebridge.com/emma/ansis-ann…

View conversation ·


**Oxebridge**
@Oxebridge

Jan 23

O-Fans are having a blast "QP'ing" themselves using @ASQ's inane campaign where you can put any photo on the cover of Quality Progress. See the works so far at oxebridge.com/emma/you-reall… #toastoflondon #steventoast #Oxebridge pic.twitter.com/nITyVzjZmp

View photo ·


**Oxebridge**
@Oxebridge

Jan 22

Hated ISO's Annex SL? Well then you'll be glad to hear ISO is at it again, creating a similar set of "obligatory" requirements for the entire ISO 17000 series of documents. media.iccsafe.org/news/ias-enews…

View details ·


**Oxebridge**
@Oxebridge

Jan 22

Just realized how that new @Intertek logo looks like the old snake arcade game. pic.twitter.com/tT4CvOohGb

View photo ·


**Oxebridge**
@Oxebridge

Jan 22

Breaking: @Intertek employee arrested in massive oil theft conspiracy in Singapore. Full details coming on oxebridge.com.

View details ·

Load older Tweets
Enter a topic, @name, or fullname

Settings Help
Back to top · Turn images off