Case 8:15-cv-00011-EAK-TBM   Document 105   Filed 09/14/16   Page 2 of 10 PageID 1219

# Exhibit B

Paris and Smith run competing websites, and (2) Paris and Smith really do not like one another. A typical interaction between Paris and Smith plays out something like this: (1) ==someone, probably Smith, makes a nasty online post about Paris,== (2) Paris defends himself and in so doing further antagonizes Smith, and (3) Smith responds in kind. This pattern has undoubtedly repeated itself numerous time, all the while drawing in casual observers and internet "trolls" who relish in the opportunity to further antagonize the protagonists.

This destructive cycle came to a crescendo in 2015 --- when Paris filed this lawsuit against Smith. Smith, to no surprise, vigorously defended himself and cast further aspersions on Paris. Mercifully, however, the parties appeared to gain some traction between March and June of 2015. First, in March 2015, Smith and Paris entered into the Joint Stipulation --- essentially a "cease fire" --- that prohibited the parties from disparaging one another during the lawsuit. Second, in June 2015, the parties participated in a mediation, which resulted in (1) the execution of a Mediated Settlement Agreement (defined below), and (2) dismissal of this case with prejudice. Predictably, the truce was short-lived, and three months later the Plaintiffs were back before the Court seeking to compel Smith to comply with the terms of the Joint Stipulation and Mediated Settlement Agreement.

Magistrate McCoun conducted an evidentiary hearing on the Motion to Compel (defined below) and, based on the parties' testimony, recommends that Smith be sanctioned $1,000 for two violations of the Joint Stipulation. As discussed below, the Court concurs with the Magistrate's recommendations.

2