**Forensics analyst**

Christopher Paris

Sent: Monday, February 5, 2018 at 11:20 AM
To: elsmarmarc@gmail.com


Exhibit B

FYI, my lawyer hired a forensics analyst. It wasn't me, and nowhere does it say I was the analyst. You're litigating against your own fever dreams.

The evidence included in that filing was just the tip of the iceberg. We received irrefutable evidence that you were behind the sites, and now Levinson gave us evidence that you're working with him, as well. You guys keep throwing each other under the bus.

Fact-checking is your friend. This ongoing defamation and lying to the court is going to get you thrown into jail.

Christopher Paris
VP Operations
**Oxebridge Quality Resources International LLC**
Tampa FL – Lima Peru
Phone: 863-651-3750
Web: www.oxebridge.com
Email: chris@oxebridge.com