UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

CASE 8:15-cv-00011

  Plaintiffs v.

MARC SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS

Defendants
_____/

## MOTION FOR SHOW CAUSE ORDER

Plaintiffs, Christopher Mark Paris and Oxebridge Quality Resources International, LLC, through undersigned counsel, hereby files this MOTION TO SHOW CAUSE AGAINST MARC SMITH for violating the Joint Stipulation on Injunction and Order Granting the joint stipulation regarding the Amended Preliminary Injunction ("Preliminary Injunction"), (Dkt. 33) and (Dkt. 35). In support of this motion we rely on the Motion for Contempt against Marc Smith, the declarations of Chris Paris and the undersigned counsel, and the accompanying memorandum of law. A proposed show cause order is hereby submitted herewith.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts in Broward County, Florida on the 20th day of December 2019.

Respectfully submitted,

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com

2

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES  　　　　　　　　　CASE 8:15-cv-00011
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

　Plaintiffs v.

MARC SMITH, individually, and d/b/a
CAYMAN BUSINESS SYSTEMS

　Defendants
_____/

**ORDER TO SHOW CAUSE**

　　Upon consideration of the Motion for Contempt, the Motion for Order to Show Cause, the Declarations of Christopher Paris and Glen Shrayer, Esq., and the accompanying memorandum of law, it is hereby

　　Ordered that the Defendants, Marc Smith, d/b/a Cayman Business Systems, appear before the Court on ____ day of _____ 2020, at _____ o'clock ___m., to show cause why they should not be held in contempt for violating the Joint Stipulation on Injunction and Order Granting the joint stipulation regarding the Amended Preliminary Injunction ("Preliminary Injunction"), (Dkt. 33) and (Dkt. 35).

　　Dated this _____ day of _____ 2019.