UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES      CASE 8:15-cv-00011
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

  Plaintiffs v.

MARC SMITH, individually,
and d/b/a CAYMAN
BUSINESS SYSTEMS

Defendants
_____/

## DECLARATION OF CHRIS PARIS

The undersigned, Chris Paris, hereby swears and attests under penalty of perjury as follows:

1. My name is Chris Paris. I am the managing member of Oxebridge Quality Resources, LLC ("Oxebridge").

2. My main business address is located in Tampa, Florida.

3. Since 1999 I have run Oxebridge, which offers training for the ISO 9000, a family of quality management systems, which helps companies obtain certifications necessary for third party audits within particular industries. In addition, I run a popular blog and news site related to the ISO 9000.

4. Smith has operated multiple websites targeting the Plaintiffs, including www.oxebridge.co, www.osteinfo.com, and www.oxebridgequalitylawsuits.com.

5. All of the sites are or were registered using a hosting company in Iceland (Orange) and a registrar in the Bahamas (Internet Privacy Corp.).

1

6. Both those hosting companies target their services to users who want anonymity, and boast of their services being outside of the control of US courts.

7. Smith uses the same service providers for his commercial company website, elsmar.com.

8. Smith routinely shuts the sites down after a year or two, only to open the next; for a time oxebridge.co and osteinfo.com ran concurrently.

9. Only oxebridgequalitylawsuits.com is operating now.

10. Also, Smith continues to infringe on registered trademark no. 5353823, "Oxebridge Quality Resources."

11. Smith ran Oxebridgequalitylawsuits.com and oxebridge.co specifically because those domains incorporated the name of the Plaintiff's business, which has remained unchanged since 1999.

12. Those sites also on their face infringe on the registered trademark "Oxebridge Quality Lawsuits." Defendant has also registered osteinfo.com and oxebridge.co, which were "mirror sites," in that anything appearing on one site is immediately displayed on the other, which resulting in doubling the adverse effects for Paris on Google Search Engines.

13. While no records of the osteinfo.com site's registration were obtained, the sites included identical information "mirrored" from each other, proving that Smith created and operated both sites.

14. I utilized a third-party forensics analyst to uncover further evidence that Smith was the author of both Oxebridge.co and osteinfo.com. The analysis reviewed the index files of both sites. When creating a website, an index file needs to be created. The index file is the root directory of a website. It is the main page that links the rest of the website's pages, frames, creates the Meta header, and defines the default page. This page is not always seen by viewers. It normally runs in the background of the website unless the webmaster defines it otherwise. The back end of this index page which carries the Meta Header information is created by the webmaster. As per a web analysis tool run at wikiwww.me that runs analytics on traffic, performance, web host and content analysis; the same index file was used to build both websites: Osteinfo.COM and Oxebridge.CO. The webmaster had never changed the Meta Header description.

I hereby swear under penalty of perjury, on this 14th day of December, 2019, that the information set forth in this Declaration is true and accurate.

_____

**CHRIS PARIS**
**OXEBRIDGE QUALITY RESOURCES, LLC**