```
Domain Name:                              OXEBRIDGE.CO
Domain ID:                                D147534531-CO
Sponsoring Registrar:                     TLD REGISTRAR SOLUTIONS LTD.
Sponsoring Registrar IANA ID:             1564
Registrar URL (registration services):    www.tldregistrarsolutions.com
Domain Status:                            clientTransferProhibited
Registrant ID:                            INTE9HAZPUR01BQE
Registrant Name:                          Privacy Department
Registrant Organization:                  OrangeWebsite.com
Registrant Address1:                      Klapparstigur 7
Registrant City:                          Reykjavik
Registrant State/Province:                IS
Registrant Postal Code:                   101
Registrant Country:                       Iceland
Registrant Country Code:                  IS
Registrant Phone Number:                  +354.8466244
Registrant Email:                         peachfarmllc@neomailbox.ch
Administrative Contact ID:                INTEEUC4EP3M2XUS
Administrative Contact Name:              Privacy Department
Administrative Contact Organization:      OrangeWebsite.com
Administrative Contact Address1:          Klapparstigur 7
Administrative Contact City:              Reykjavik
Administrative Contact State/Province:    IS
Administrative Contact Postal Code:       101
Administrative Contact Country:           Iceland
Administrative Contact Country Code:      IS
Administrative Contact Phone Number:      +354.8466244
Administrative Contact Email:             peachfarmllc@neomailbox.ch
Billing Contact ID:                       INTESKMFB071OBSP
Billing Contact Name:                     Privacy Department
Billing Contact Organization:             OrangeWebsite.com
Billing Contact Address1:                 Klapparstigur 7
Billing Contact City:                     Reykjavik
Billing Contact State/Province:           IS
Billing Contact Postal Code:              101
Billing Contact Country:                  Iceland
Billing Contact Country Code:             IS
Billing Contact Phone Number:             +354.8466244
Billing Contact Email:                    peachfarmllc@neomailbox.ch
Technical Contact ID:                     INTEO28R8I633XRM
Technical Contact Name:                   Privacy Department
Technical Contact Organization:           OrangeWebsite.com
Technical Contact Address1:               Klapparstigur 7
Technical Contact City:                   Reykjavik
Technical Contact State/Province:         IS
Technical Contact Postal Code:            101
Technical Contact Country:                Iceland
Technical Contact Country Code:           IS
Technical Contact Phone Number:           +354.8466244
Technical Contact Email:                  peachfarmllc@neomailbox.ch
Name Server:                              DNS1.ORANGEWEBSITE.COM
Name Server:                              DNS2.ORANGEWEBSITE.COM
Created by Registrar:                     TLD REGISTRAR SOLUTIONS LTD.
Last Updated by Registrar:                TLD REGISTRAR SOLUTIONS LTD.
Domain Registration Date:                 Wed Oct 19 19:02:30 GMT 2016
Domain Expiration Date:                   Thu Oct 18 23:59:59 GMT 2018
Domain Last Updated Date:                 Wed Oct 19 19:02:31 GMT 2016
DNSSEC:                                   false
```