**From:** The Elsmar Cove Business Systems and Standards Discussion Forums <elsmarmarc@gmail.com>
**To:** eenam786@yahoo.com
**Sent:** Thursday, July 6, 2017 3:41 PM
**Subject:** Your login details for The Elsmar Cove Business Systems and Standards Discussion Forums

Hello QATC101,

You have requested the Cove forums software to reset your password because you have *forgotten* your password. If you did not request this, please ignore it. It will expire and become useless in 24 hours time.

To RESET your password, please visit the following page:
https://elsmar.com/Forums/login.php?a=pwd&u=309312&i=9aad18246e081681e6126a16e9465a

When you visit that page, your password will be RESET, and a NEW 'random' password will be generated and E-Mailed to you. If your e-mail address is not up to date, please <a href="./sendmessage.php">Contact Us</a> for assistance.

Reminder: Your Forum User Name is: "QATC101"

Let me know if you have any problems resetting your password.

BTW - The software will send you a random password. After you get that and Log In using it, you can change your password to what ever you would like here: <a href="./profile.php?do=editppassword">Edit Password</a>

-->
*** NOTE: This e-mail message was automatically generated by the Cove forum software.  Do Not Reply to this message.

----- Forwarded Message -----
**From:** "eenam786@yahoo.com" <eenam786@yahoo.com>
**To:** "peachfarmllc@neomailbox.ch" <peachfarmllc@neomailbox.ch>
**Sent:** Thursday, July 6, 2017 3:27 PM
**Subject:** Forgot my password for Elsmar Cove

Hello,
Need help, lost my password, my user name is "QATC101"
Login is disabled now after few attempts; how do I retrieve or reset it?
Best Regards,
Eenam