

**Knows.nl**

Dig up information about a website.

Home    Statistics    Full Index    Remove result

**Last searches**

**Best scoring websites at Alexa.**

jvn.com ghoomlo.pk
https://altstudynotes.com
http://www.competitixreexams.co.in
azo.com
https://www.arts-net.whois.tou.html
xnxxx.club-jnxp6-Indian-webcam-
1.html
http://www.altstudynotes.com
2680291.8b2sc.com Social Security
number 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
https://112.com
https://careerplanets.in/onlinetest2/
http://careerplanet.co.in/
howhere.com-https://-dz.com
http://mahendraonlineexam.com/
1681637.8b2sc.com
1880678.8b2sc.com
kuaisuhongeanjituzhi.hooshone.com
azo.com

# Information about the website elsmar.com.

We took the screenshot and data from this website at ...

Link to elsmar.com

| | |
|---|---|
| Site title: | 1 |
| Site description: | ISO 9001, ISO 13485, and Medical Device Safety and Training - Business Standards Compliance Help. |
| Site keywords: | Empty |
| Your browser: | |
| Your Ipadress: | N/A |
| Google pagerank: | No data av |
| Thumbnail: |  |
| Dmoz Description: | |
| Dmoz Category: | |
| Alexa Links: | |
| Alexa Rank: | |
| Alexa Reach: | |
| Alexa country: | rank |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: ELSMAR.COM
    Registrar: TUCOWS DOMAINS INC.
    Whois Server: whois.tucows.com
    Referral URL: http://www.tucowsdomains.com
    Name Server: NS1.ELSMAR.COM
    Name Server: NS2.ELSMAR.COM
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 01-sep-2014
    Creation Date: 13-may-2002
    Expiration Date: 13-may-2019

>>> Last update of whois database: Tue, 06 Jan 2015 11:59:57 GMT <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
    Domain Name: ELSMAR.COM
    Registry Domain ID: 86543225_DOMAIN_COM-VRSN
    Registrar WHOIS Server: whois.tucows.com
    Registrar URL: http://tucowsdomains.com
    Updated Date: 2014-09-01T16:46:07Z
    Creation Date: 2002-05-13T21:15:17Z
    Registrar Registration Expiration Date: 2019-05-13T21:15:17Z
    Registrar: TUCOWS, INC.
    Registrar IANA ID: 69
    Registrar Abuse Contact Email: domainabuse@tucows.com
    Registrar Abuse Contact Phone: +1.4165350123
    Reseller: Dynamic Network Services, Inc. (Dyn)
    Reseller: support@dyndns.com
    Reseller: 603-668-4998
    Reseller: http://www.dyn.com/
    Domain Status: clientTransferProhibited
    Domain Status: clientUpdateProhibited
    Registry Registrant ID:
    Registrant Name: Marc Smith
    Registrant Organization: Smith, Marc
    Registrant Street: 8466 Lesourdsville-West Chester Road
    Registrant City: Olde West Chester
    Registrant State/Province: OH
    Registrant Postal Code: 45069
    Registrant Country: US
    Registrant Phone: +1.5133416272
    Registrant Phone Ext:
    Registrant Fax:
    Registrant Fax Ext:
    Registrant Email: elsmarmarc@gmail.com
    Registry Admin ID:
    Admin Name: Marc Smith
    Admin Organization: Smith, Marc
    Admin Street: 8466 Lesourdsville-West Chester Road
    Admin City: Olde West Chester
    Admin State/Province: OH
    Admin Postal Code: 45069
    Admin Country: US
    Admin Phone: +1.5133416272
    Admin Phone Ext:
    Admin Fax:
    Admin Fax Ext:
    Admin Email: elsmarmarc@gmail.com
    Registry Tech ID:
    Tech Name: Marc Smith
    Tech Organization: The Elsmar Cove
    Tech Street: 8466 LeSoursville-West Chester Rd
    Tech City: West Chester
    Tech State/Province: OH
    Tech Postal Code: 45069-1929
    Tech Country: US
    Tech Phone: +1.5133416272
    Tech Phone Ext:
    Tech Fax:
    Tech Fax Ext:
    Tech Email: elsmar@spamcop.net
    Name Server: NS1.ELSMAR.COM
    Name Server: NS2.ELSMAR.COM
    DNSSEC: Unsigned
    URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-09-01T16:46:07Z <<<

Registration Service Provider:
    Dynamic Network Services, Inc. (Dyn), support@dyndns.com
    603-668-4998
    603-668-6474 (fax)
    http://www.dyn.com/
    Login to your account at https://www.dyn.com/domains/ to manage
    nameservers and contacts for your domain.

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this Data only for
lawful purposes and that, under no circumstances will you use this Data to:
a) allow, enable, or otherwise support the transmission to e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

| | |
|---|---|
| Whois: | |
| URL: | elsmar.com |

## Headers

| | |
|---|---|
| Info: | HTTP/1.1 301 Moved Permanently |
| | Date: Tue, 05 Dec 2017 12:18:12 GMT |
| | Server: Apache |
| | Location: https://elsmar.com/ |
| | Connection: close |
| | Content-Type: text/html; charset=iso-8859-1 |