# Oxebridge - Christopher Mark Paris - Broken Wing

**Christopher Paris of Oxebridge - "de Twitter" on or about 20 May 2017. I mean, really...
If Mr. Paris' Twitter account is "frozen" over "harassment", over 9 years he has 137 "followers".**

**Come on Mr. Paris, show us the "harassment"! Evidence!
(Broken Wing - Pity Me syndrome?)**



**I mean, really - Who gives a darn abut his figgin' website to want to "hack" it.**

**This isn't reality. It's a true tin foil hat thing (see above).**

**How many times has Paris claimed: "Law Enforcement is now Involved" over the years. Then again, now Mr. Paris claims "International Law" is involve. We dont' buy it.**

**Give us a break. Who really could care enough to "hack" his Oxebridge website? If anything, Mr. Paris probably opened the "wrong" email and his Windows computer was compromised.**

**We haven't tried his website to see if it loads. Not worth it. It's a standard libel/misinformation "Blog". Nothing more, and nothing less. It s Chris Paris' personal "Ripoff Report" website.**

**Now, more cr\*p - Fritter Page 2**

5/23/2017 Case 8:15-cv-00011-TPB-CPT Document 146-15 Filed 12/20/19 Page 4 of 6 PageID 1622



http://oxebridge.co/Oxebridge-Twitter-and-Blog-23-May-2017.html 4/6

**Well, golly gee. Who IS that unmasked *savior* below? Are his claims true? We suspect he'll claim to be a 'Super Quality God" is a "parody". It surely is. He may have a constipation "cure", too!**

[Chris Paris sez:](#)



**Then again....**



**Fair Use Screen Capture (with minor edit in the bottom Red area) from a pubic advertisement.**

**Good golly - A "Quality God"! Who would have thunk?**

**2AM TV advertisement. Are "homeopathic" diet pills next?**

**More to come!**



**Fair Use Screen Capture**



**Oxebridge Home Page**