11 May 2017 - Minor Update (Clarifications in places)

# Oxebridge - Christopher Mark Paris Lies



**We started out writing the below and we found ourselves mainly dealing with lies related to the Lawsuit Mr. Paris filed against Marc Smith because we were focused on the content of court documents for the most part. We also found that Mr. Paris has told so many lies that - Well, we can fill many pages here, especially if we go back quite a few years. That said, we have decided to start new pages from time to time to deal with some of the other lies. We will link to them here.**

**Currently Mr. Paris is spreading some humdingers in a discussion he started in the Linkedin ISO 9001 group. We will be posting on those on a page here soon. The bottom line is Mr. Paris attacked someone on Twitter, his Oxebridge website, and other places such as on Linkedin. Mr. Paris knows full well what it is all about, but he is not about to share the facts with his followers in the Linkedin ISO 9001 group. Mr. Paris thrives on complaints and defamation of people, organizations (such as the ASQ, the ISO organization, the IAQG, and the AQI to name a few) and companies. Defamation is Mr. Paris' raison d'être.**

**It appears to us that Chris Paris' latest target may make things very difficult for himself. Mr. Paris is now a very toxic, poisonous person to be associated with.**

For now, the below will suffice to start out to illustrate a few of his lies related to the lawsuit.



began linking to material that violates the court order, so I had to delete your comment. This is tricky stuff, and everyone needs to be careful. Once that other group gets itself sorted out, I am sure it will all stabilize.

**Will not call a lie "false". Paris LIES again. No such court order existed or exists.**



**Michelle T.**   🕐 1 h
Director at International Food Safety & Quality...

It is a crime that such a knowledge archive has had to die.



**Silviu Nita**   🕐 1 h
Continuous Improvement Evangelist

Gents, Marc S. is the owner of former Elsmar Cove; just search here and you'll find him.
I would like to thank him publicly for what he has done for entire quality professionals community: Thank you Marc! I wish Elsmar be active at least few months

  Comment...

Another lie below:



In the above:

1. No former advertisers, certification body reps or "others" did any such thing. Chris Paris' conspiracy pronouncements are either his imagination or he is intentionally lying with the probable intention of slander.

2. Google is Google. Chris Paris is not a happy camper because the facts are indeed being disseminated world wide. During the March 2016 hearing he said: "... my name follows me. ..." Well, yes - It certainly does!

```
12   Now I do not know.  The problems are worse than that even if
                                    As it should... ;)
13   I were to quit the business, my name follows me.  And this
14   has been successful in targeting my name, so if I were to
15   open up a gas station tomorrow, one of the people involved
16   with Marc Smith and all the people that have been infected by
17   this information on the Internet, will one day figure out
18   that that gas station is owned by Chris Paris.  And then the
19   whole thing comes down again.  And now the gas station is
20   gone.            Oh, Boo Hoo Mr. Paris.
21           So my professional career is over.  And I don't know
22   how to recover from it.      Open a "Luxury" Poverty Tour Service???
```

3. The fact is the court did have about 6 documents under seal at one time as requested by Chris Paris' lawyer. Looking through the court documents Marc Smith filed numerous motions to have them unsealed. Chris Paris went to extraordinary efforts to keep the facts of the case concealed from the public while

telling the public the opposite. Chris Paris knew it was a frivolous lawsuit but we doubt he understood that when the facts came out it would seriously cripple his reputation.

Note that the first (and only) person who wanted documents sealed was Chris Paris (Oxebridge) - See docket document 54 of 29 July 2015. The last thing Paris wanted was the world to know of his lawsuit against Smith. Paris did not expect the extent of the backlash, however, in our humble opinion, when word got out. The court did agree, at the time, to seal several of the documents, but in a January 2016 telephone "hearing" on the violation of stipulation on injunction (according to the hearing transcript) Paris' attorney agreed to allow the court to unseal all of the sealed documents. The judge (Federal Magistrate Judge McCoun) waited until after the hearing but did finally unseal **all** of the documents.

There was not, and is not now, any court order (or any type of "order") not to discuss the lawsuit. Paris can play Trump's game of saying totally ridiculous things, but reality comes home to roost. Just take a look at the court docket, especially after the hearing. Docket documents and entries show this. See docket entries 84, 85, 86, 89 and 90 for starters.

| 03/24/2016 | 84 | Emergency MOTION for leave to file under seal *Emergency motion to Seal Hearing Transcript* by All Plaint |
|---|---|---|
| 03/24/2016 | 85 | ENDORSED ORDER denying 84 Motion to Seal. The Plaintiff has not included any memorandum basis for granting the requested relief. Signed by Judge Elizabeth A. Kovachevich on 3/24/2016. (EJJ) |
| 03/25/2016 | 86 | Amended MOTION for leave to file under seal *March 16, 2016 Hearing Transcript* by Oxebridge Quality R |

| 03/25/2016 | 86 | Amended MOTION for leave to file under seal *March 16, 2016 Hearing Transcript* by Oxebridge Quality Resources International, LLC, Christopher Paris. (Boone, Leighanne) (Entered: 03/25/2016) |
|---|---|---|
| 03/26/2016 | 87 | TRANSCRIPT of TRANSCRIPT OF ORDER TO SHOW CAUSE HEARING held on 03/16/16 before Judge Thomas B. McCoun. Court Reporter/Transcriber Sandra Provenzano,Telephone number 813/301-5699. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/18/2016, Redacted Transcript Deadline set for 4/26/2016, Release of Transcript Restriction set for 6/24/2016. (SKP) (Entered: 03/26/2016) |
| 03/26/2016 | 88 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Sandra K. Provenzano. (SKP) (Entered: 03/26/2016) |
| 03/28/2016 | 89 | ENDORSED ORDER denying 86 Motion to Seal. Any request to seal the March 16, 2016 hearing should have been prior to the hearing. Signed by Judge Elizabeth A. Kovachevich on 3/28/2016. (EJJ) (Entered: 03/28/2016) |
| 03/28/2016 | 90 | NOTICE of intent to request redaction by William R. Wohlsifer re 87 Transcript (Wohlsifer, William) (Entered: 03/28/2016) |
| 03/30/2016 | 91 | Reply to the Transcript of the Breach of Mediation Settlement Agreement and Joint Stipulation re 79 Show Cause Hearing filed by Marc Timothy Smith. (JEQ) (Additional attachment(s) added on 3/30/2016: # 1 Mailing Envelope) (JEQ). (Entered: 03/30/2016) |
| 03/30/2016 | 92 | OBJECTION to re 84 Emergency MOTION for leave to file under seal *Emergency motion to Seal Hearing Transcript*. (Attachments: # 1 Mailing Envelope)(JEQ) (Entered: 03/30/2016) |
| 03/30/2016 | 93 | RESPONSE to re 82 Notice (Other) filed by Marc Timothy Smith. (Attachments: # 1 Exhibit A, # 2 Mailing Envelope)(JEQ) (Entered: 03/30/2016) |
| 03/30/2016 | 94 | RESPONSE to re 90 Notice of intent to request redaction filed by Marc Timothy Smith. (Attachments: # 1 Mailing Envelope)(JEQ) (Entered: 03/30/2016) |

PACER Service Center

Having read through all the court documents, we have found no documents were sealed until 30 September 2015. Until then all documents were public and available to anyone and everyone in PACER, EXCEPT the Mediation Settlement Agreement which was a contract between Smith and Paris and as such the court did not have a copy of it at the time.

Paris did have a snit fit when Smith closed Elsmar because of the Mediation Settlement Agreement, which, as we have conjectured earlier, Smith agreed to to end the lawsuit due to the costs of litigation. Paris was very upset because the world found out that his lawsuit caused Smith to close down Elsmar.

The Mediation Settlement Agreement: Florida has a state law which requires a mediation meeting to take place before following procedures are followed for a case to proceed to trial. No one has a choice. Florida does this because they know that in frivolous tort civil lawsuits, state and federal, the parties typically settle because of the costs of litigation. Even a stupid one such as this could run up to 500,000$ or more. And, even if the defendant wins, unlike most of Europe and the rest of the world where the loser pays the lawyers of the winner, in the US even if the defendant wins there is no compensation for attorney fees. This is why tort civil suits in the US are easy. Pay 400$ and file the lawsuit. There is no risk if you lose. If "loser pays the winner's lawyer and related expenses" was the case, the lawsuit would not have been filed.



Above - "Trump" type Tweets. A Chris Paris (Oxebridge) specialty, too... It appears Mr. Paris did delete that tweet but has brought Wes Bucey up again in January or February 2017 on his Oxebridge website.

We did a quick Google search (Yeah, the Google search engine Chris Paris *hates*) and sure enough another misdirection, so to speak, by Paris. **NOTE: Christopher Paris did NOT win the lawsuit. It was settled before it went to court. Chris Paris, in the March 2016 hearing got 1000$ from Smith for breaking the stipulation on injunction by --> mentioning the lawsuit <-- which the Judge decided was an indirect mention of Mr. Paris.**

OK - We admit we saw it in one of his "blog" posts on his Oxebridge website, and, of course, the "tweet" Paris made about it using his Oxebridge Twitter account. The below tweet is from **January 2017**.



What was the lie (better said here: What are the lies? {plural since this a long page and many more are below})? On the above "tweet" (more lies below) - *Paris "won" a stipulation on injunction violation "award"* - **NOT** the defamation lawsuit. Only the lawyers won when you come right down to it.

**NOTE:** *This page should be read in the context of* The Oxebridge Lawsuit *page here.* Note that Paris also says: "... Limited amount we can say, except facts in the case..." so we are sure Mr. Paris will fully appreciate our publishing the facts and linking to the court documents. You're welcome!

From what we have gathered from the court documents, way back when (around 2004), Oxebridge (Chris Paris) had an account on the Elsmar forum. From what we gather from the court documents Smith claims

Paris was not banned. But, what ever. That was in 2004 - Many moons ago. Obviously Mr. Paris holds a grudge for many years... Note that the 2004 "blowup" by Smith was bait by Paris who filed a complaint with the Ohio Attorney General. Paris baited, Smith responded by making Paris' complaint public. This was the complaint in which Paris used the word "terrorism" in his complaint.

Note that Paris also claims the lawsuit was a "defamation" lawsuit. That is somewhat the case and that is what practically all the evidence in the original complaint was about. BUT - To be able to sue Smith, since Smith did not reside in the state of Florida, nor did Smith have any business relationship in Florida, Paris' lawyer had to file claiming damages of over 75,000$ to get the lawsuit into a federal court and to be able to claim "diversity" allowing him to sue someone in a different state. This how/why the 2014 lawsuit against Paris by the GS31000 people failed in their "...violations of the Lanham Act..." lawsuit. Of note is that Paris' claim for lawyer fees was refused by the court so Paris had to pay his lawyer. No wonder he ended up in bankrupt.

Knowing the lawsuit would probably fail if filed as a "defamation" lawsuit, Paris' lawyer filed it as a "commerce" lawsuit. It's called a "nuisance civil tort lawsuit". Reading the original complaint is interesting in how disjointed the entire thing is. It appears to have been written by a totally disorganized legal assistant. The "evidence" filed is random - No date or other sequence. Just a jumble of "stuff" dating back to 2001, which, by the way, was another problem in filing the lawsuit. The statute of limitations applied to (we're guessing here - Not worth the time of an analysis and breakdown) 95% of the "evidence". Smith's answer, written by Smith rather than an attorney, is court docket document 17. Smith does a decent job of rebutting the accusations.

What Paris eventually won in the "stipulation on injunction hearing" was 1000.00$ (a hearing about a motion filed by Paris accusing Smith of having violated the "stipulation on injunction" of around March of 2015). Paris' lawyer was also "rewarded" with about 1/3 of what he asked for which came down to about 4750$. Paris' lawyer was asking 12,846.25$. That was a bit of a slap in the face to Paris (who was wanting about 200,000$ from Smith) and his lawyer. There is little doubt the two judges involved saw this as a "school yard" fight started by Paris and thought it was a poor use of their time to adjudicate. At the same time, Smith was foolish to fall for Paris' late 2014 Twitter tweets.



The above is from Paris' lawyer's submission of billing records to justify the 12,846.25$ which they wanted (the court reduced the atty fees awarded to about 4,750$). Reading through the Oxebridge 8:15-cv-00011 Docket Document 110 exhibits is informative, and a bit humorous. As we understand it, according to the contract Paris had with his attorney, Paris was paying his lawyer (not a case taken on contingency, or so it appears). No wonder he ended up bankrupt.

Part of what we plan to investigate is what happened to all the money he wrote off in his Chapter 7 bankruptcy (see document #1). Is Paris hiding some of the money he was making in Peru? Half a million US dollars is a lot to spend...

You really have to read court docket documents 99, 104 120 and 121 to see the scope of the court's slap down of Paris. Reading through the documents which Paris' lawyer filed detailing his fees are somewhat entertaining. Of note is the portions which Paris wanted, and got, "redacted" (blacked out). One can only imagine what was "redacted". ;)

More to come soon!



Screen Capture



Oxebridge Home Page

**NOTE: This website uses pubically available graphics and does not claim any copyright on its content, graphics or text. You are free to copy and republish anything here.**