## Source: http://osteinfo.com

### 19 May 2017 - Final Edition

| Christopher Paris (Oxebridge) "Lawyers Up" *18 May 2017 Update* **Paris requests additional time to "Answer" the complaint.** *Imlementation Consultant needs more time.* | Chris Paris says: Only I Can Defend You | Chris Paris has a Meltdown - Resorts to "EmailChimp" email "Blast" with more defamation/libel and outright lies - 14 May 2017 File under Fake News | Updated on 19 May 2017 Does Chris Paris' "O-Forum" have a (if not more than one) Sock Puppet? Who is David Leary? Another "John Drake"? - 15 May 2017 |
| --- | --- | --- | --- |
| **SpaceX** Slaps Down Chris Paris (Oxebridge) Some of what we know (In-Process) | Oxebridge Services - **The Peru Luxury Poverty Tour** - Come watch the local "poors" while you joy a luxurious meal and drinks. | **Oxebridge - Still Begging for Money** - So many donations over 82 weeks (How many years is that?) His 11 May 2017 "MailChimp" Email "Blast" has helped to the tune of about 1200$. Most are "anonymous"... (For good reason we assume). Mary Winch Donates100$ to Oxebridge - 11 May 2017 **2050$ - Donation total on 17 May 2017** (since 2015) | The Daryl **Guberman - G-PMC** Registrars Connection |

## Source: http://oxebridge.co

### 19 May 2017 - Final Edition

| Christopher Paris (Oxebridge) "Lawyers Up" *18 May 2017 Update* **Paris requests additional time to "Answer" the complaint.** *Imlementation Consultant needs more time.* | Chris Paris says: Only I Can Defend You | Chris Paris has a Meltdown - Resorts to "EmailChimp" email "Blast" with more defamation/libel and outright lies - 14 May 2017 File under Fake News | Updated on 19 May 2017 Does Chris Paris' "O-Forum" have a (if not more than one) Sock Puppet? Who is David Leary? Another "John Drake"? - 15 May 2017 |
| --- | --- | --- | --- |
| **SpaceX** Slaps Down Chris Paris (Oxebridge) Some of what we know (In-Process) | Oxebridge Services - **The Peru Luxury Poverty Tour** - Come watch the local "poors" while you joy a luxurious meal and drinks. | **Oxebridge - Still Begging for Money** - So many donations over 82 weeks (How many years is that?) His 11 May 2017 "MailChimp" Email "Blast" has helped to the tune of about 1200$. Most are "anonymous"... (For good reason we assume). | The Daryl **Guberman - G-PMC** Registrars Connection |