

Search

# QMS Card & Training Certificates







The Elsmar Cove