This is Google's cache of https://elsmar.com/level2/specs.html. It is a snapshot of the page as it appeared on Dec 17, 2016 08:01:40 GMT. The current page could have changed in the meantime. Learn more.

Full version   Text-only version   View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



Search

**The following is a PARTIAL listing of specifications**
**As of 1997 I am no longer updating this listing as I work with too many specifications and standards.**

Rev levels and effectivity dates omitted for simplicity and space considerations.

| Specification | Title/Description |
|---|---|
| **Automotive & Commercial** | |
| Automotive Industry Action Group (AIAG) | CQI-1 - Industry Guideline for Quality Certification |
| | CQI-2 - Tooling and Equipment Suppliers Quality Assurance Manual |
| | PPAP - Production Part Approval Process |
| | Statistical Process Control Reference Manual |
| | APQP - Advanced Product Quality Planning |
| | QS 9000 Tooling & Equipment Supplement |
| | FMEA - Potential Failure Mode and Effects Analysis |
| | MSA - Measurement Systems Analysis |
| ANSI/IPC-S-815A | General Requirements for Soldering Electronic Interconnections |
| ANSI Y14.5M | Dimensioning and Tolerancing - Engineering Drawings and Related Documentation Practices. |
| ANSI/IPC-S-804B | Solderability Tests for Printed Boards - INTERIM FINAL |
| ANSI/NCSL Z540-1-1994 | Calibration Laboratories and Measuring and Test Equipment - General Requirements |
| British Standards Institute | Lead Auditor Course |
| BMW | VDA 6 based Supplier Requirements |
| Chrysler SQA Manual | Guide to Quality Systems Requirements |
| QS-9000 | Chrysler Ford General Motors - Quality System Standard |
| QS 9000 | Semiconductor Supplement |
| FORD Q-101 | Quality System Standard |
| FORD Q1 | Preferred Quality Award for Suppliers to FORD Motor Company |
| FORD | Total Quality Excellence Award Program Orientation Guide |
| FORD PCD-1012 | Surface Mounted Device Workmanship Manual |
| General Motors | Targets for Excellence |
| GM 9000 | GM's Remaining Active GPs (From the old Targets) |
| IPC-CM-770A | Guidelines for Printed Circuit Component Mounting - IPC |
| IPC-D-275 | Design Standard for Rigid Printed Wiring Boards and Rigid Printed Board Assemblies - Proposal |
| IPC-PC-90 | General Requirements for Implementation of SPC 2nd Interim Final DRAFT circulated January 1990 |
| IPC-SM-782 | Surface Mount Land Patterns (Configurations and Design Rules) |
| ISO 8402 | Quality - Vocabulary International Standard |
| ISO 9000-1 : 1994 | Quality Management and Quality Assurance Standards - Quality Systems - Guidelines for Selection and Use |
| ISO/DIS 9000-2 (Pre-Release Draft) | Quality Management and Quality Assurance Standards - Part 2 |
| ISO 9000-2 : 1991 | Quality Management and Quality Assurance Standards - Generic Guidelines for the Application of ISO 9001, ISO 9002, and ISO 9003 |
| ISO 9000-3 : 1991 | Quality Management and Quality Assurance Standards - Guidelines for the Application of ISO 9000 to the Development, Supply, and Maintenance of Software |
| ISO 9001 : 1994 | Quality Systems - Model for Quality Assurance in Design/Development, Production, Installation and Servicing |
| ISO 9002 : 1994 | Quality Systems - Model for Quality Assurance in Production, Installation and Servicing |
| ISO 9003 : 1994 | Quality Systems - Model for Quality Assurance in Final Inspection and Test |
| ISO 9004 -1: 1994 | Quality Management and Quality System Elements (Guidelines) |
| ISO 10011-1 : 1990 | Guidelines for Auditing Quality Systems - Part 1 (Auditing) |
| ISO 10011-2 : 1991 | Guidelines for Auditing Quality Systems - Part 2 (Qualification Criteria for Quality Systems Auditors) |
| ISO 10011-3 : 1991 | Guidelines for Auditing Quality Systems - Part 3 (Management of Audit Programmes) |
| ISO 10012-1 : 1993 | Quality Assurance Requirements for Measuring Equipment - Part 1 (Metrological Copnfirmation System for Measuring Equipment) |
| ISO 10013-1995 | Guidelines for Developing Quality Manuals |
| ISO 14000 Series | Environmental Management Systems |
| FORD's 'The Linkages' | Quality Planning and Control |
| FORD's | Stratistical Process Control Course |
| FORD's QDF | Quality Function Deployment |
| FORD's MMSA | Materials Management System Assessment |
| FORD's QSA-S | Quality System Assessment for Service Organizations |
| FORD's QSA-W | Quality System Assessment for Warehouses and Distribution Facilities |
| Morton International | Supplier Quality Manual |

| | |
|---|---|
| Motorola QSR | Quality System Review Guidelines |
| Navistar QA 70 | Quality Standard for Navistar Suppliers |
| RADC-TR-82-87 | Stress Screening of Electronic Hardware - Hughes Aircraft Co. Rome Air Development Center |
| Toyota | Supplier Requirements Manual |
| TRW Safety Systems QPS-0100 | Supplier Development Systems - Inflatable Restraint Systems |
| Valeo 1000 | Supplier Quality Assurance |
| **Government & Military** | |
| AMC-R 702-25 | AMC Environmental Stress Screening Program - Product Assurance AMC Regulation No. 702-25 |
| CFR Title 47 Telecommunications | Parts 0 to 19 |
| CFR Title 47 Telecommunications | Parts 40 to 69 |
| CFR Part 8.2 (FR Vols 41/43) | Good Manufacturing Practices (GMPs) |
| DI-ENVR-80859 | Environmental Management Plan AMSC Number F4761 |
| DI-ENVR-80860 | Life Cycle Environment Profile AMSC Number F4762 |
| DI-ENVR-80863 | Environmental Test Report AMSC Number F4765 |
| DOD-D-1000 | Drawings, Engineering and Associated Lists |
| DOD-HDBK-263 | ESD Control Handbook for Protection of Electrical and Electronic Parts, Assemblies, and Equipment |
| DOD-HDBK-XXX(17) | Environmental Stress Screening of Electronic Equipment - Rome Air Development Center |
| DOD-Std-100 | Engineering Drawing Practices |
| DOD-Std-1686 | ESD Control Program for Protection of Electrical and Electronic Parts, Assemblies, and Equipment |
| DOD-Std-1866 | Soldering Process General (Non-Electrical) |
| DOD-Std-2000-1 | Soldering Technology, High Quality/High Reliability |
| DOD-Std-2000-2 | Part and Component Mounting for High Quality/High Reliability Soldered Electrical and Electronic Assemblies |
| DOD-Std-2000-3 | Criteria for High Quality/High Reliability Soldering Technology |
| DOD-Std-2000-4 | General Purpose Soldering Requirements for Electrical and Electronic Equipment |
| DOD-STD-2167 | Defense System Software Development |
| Mil-C-28809 | Circuit Card Assemblies, Rigid, Flexible, and Rigid-Flex |
| Mil-E-5400 | Electronic Equipment, Airborne, General Specification for |
| Mil-F-14256 | Flux, Soldering, Liquid (Rosin Base) |
| Mil-G-45204 | Gold Plating, Electro-deposited |
| Mil-HDBK-217 | Reliability Prediction of Electronic Equipment, High Reliability |
| MIL-HDBK-52 | Evaluation of Contractor's Calibration System |
| Mil-I-45208 | Inspection System Requirements |
| Mil-M-38510 | Microcircuits, General Specifications for |
| MIL-M-63036 | Manuals, Technical: Operators, Preparation of - AMSC A4831 |
| Mil-P-55110 | Printed Wiring Boards, Specifications for |
| Mil-Q-9858 | Quality Program Requirements |
| Mil-S-901 | Shock tests, H.I.(High Impact); Shipboard Machinery, Equipment, and Systems, Requirements for |
| Mil-Std-105 | Sampling Procedures and Tables for Inspection by Attribute |
| Mil-Std-120 | Gage Inspection |
| Mil-Std-130 | Identification Marking of US Military Property |
| Mil-Std-202 | Test Methods for Electronic and Electrical Component Parts |
| Mil-Std-331 | Fuze and Fuze Components, Environmental and Performance Tests for |
| Mil-Std-454 | Standard General Requirements for Electronic Equipment |
| Mil-Std-470 | Maintainability Program for Systems and Equipment |
| Mil-Std-480 | Configuration Control - Engineering Changes, Deviations and Waivers - AMSC N4478 |
| Mil-Std-483 | Configuration Management Practices for Systems, Equipment, Munitions, & Computer Programs |
| Mil-Std-721 | Definitions of Terms for Reliability and Maintainability |
| Mil-Std-753 | Corrosion Resistant Steel Parts: Sampling, Inspection, and Testing for Surface Passivation |
| Mil-Std-781 | Reliability Design Qualification and Production Acceptance Tests: Exponential Distribution |
| Mil-Std-790 | Reliability Assurance Program for Electronic Parts Specifications |
| Mil-Std-810 | Environmental Test Methods and Engineering Guidelines |
| Mil-Std-831 | Test Reports, Preparation of |
| Mil-Std-883 | Test Methods and Procedures for Microelectronics |
| Mil-Std-1344 | Test Methods for Electrical Connectors |
| Mil-Std-1520 | Corrective Action and Disposition System for Non-conforming Material |
| Mil-Std-1521 | Technical Reviews & Audits for Equipment & Computer Software |
| Mil-Std-1535 | Supplier Quality Assurance Program Requirements |
| Mil-Std-1576 | Electroplosive Sub-System Safety Requirements and Test Methods for Space Systems |
| Mil-Std-2000 | Standard Requirements for Soldered Electrical and Electronic Assemblies |
| Mil-Std-2164 | Environmental Stress Screening Process for Electronic Equipment |
| Mil-Std-45662 | Calibration Systems Requirements |
| Mil-T-5422 | Testing, Environmental, Airborne Electronic |

Case 8:15-cv-00011-TPB-CPT   Document 146-20   Filed 12/20/19   Page 3 of 3 PageID 1655
*The Elsmar Cove*