

oxebridge site:elsmar.com

Web   Images   Videos   News

All Regions    Safe Search: Off    Any Time

Showing results from:   elsmar.com    All Results

### The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/

The Elsmar Cove Business Standards Discussions. Information Technology used in medicine including includes topics (which are used interchangeably sometimes) such as medical Information technology, medical software (software used in healthcare) and health informatics, including Health Information and Communications Technology (ICT).

### INTERNAL AUDIT REPORT - elsmar.com
https://elsmar.com/elsmarqualityforum/attachments/internal-audit-report-9001-2000-i...

Title: INTERNAL AUDIT REPORT Author: Christopher Paris Last modified by: Christopher Paris Created Date: 5/5/2003 3:03:00 AM Company: **Oxebridge** Quality Resources

### The Elsmar Cove Search Page
https://elsmar.com/search.html

You can search the Elsmar Cove web **site** from this page.

### Attachment Listing - elsmar.com
https://elsmar.com/elsmarqualityforum/attach-list/

Posted in Forum ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards (View parent thread); Yesterday at 12:52 AM

### Elsmar - Risk Analysis, Quality Assurance, ISO 9001 and ...
https://elsmar.com

The Elsmar Cove Mission To be a Free Business Standards Compliance and Business Systems Information Resource to Quality Assurance, Engineering and Management Professionals. People Helping Each Other since 1996!

### Attachment Listing - elsmar.com
https://elsmar.com/elsmarqualityforum/attach-list/?criteria=4th+edition

Bob Doering's Blog Post Series mainly related to SPC in Precision Machining

### Attachment Listing - elsmar.com
https://elsmar.com/elsmarqualityforum/attach-list/?criteria=document+list

Posted in Forum ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards (View parent thread); Saturday at 12:52 AM

### Attachment Listing - elsmar.com
https://elsmar.com/elsmarqualityforum/attach-list/?criteria=nonconforming

Informational The ANSM decides, as a precautionary measure, to withdraw from the market macrotextured breast implants and breast implants with polyurethane-coated s

### Measurement Standards Traceable to International or National...
https://elsmar.com/elsmarqualityforum/threads/measurement-standards-traceable-to-...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Document Control of Electronic Forms | The Elsmar Cove Discussio...
https://elsmar.com/elsmarqualityforum/threads/document-control-of-electronic-forms....

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

2

### How many of you use 'Accounting' software? Do you have a Budget?
https://elsmar.com/elsmarqualityforum/threads/how-many-of-you-use-accounting-soft...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### What is in an ESD Check List? | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/what-is-in-an-esd-check-list.3075/

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### Wikipedia to go dark on Wednesday in protest of US anti-piracy bills
https://elsmar.com/elsmarqualityforum/threads/wikipedia-to-go-dark-on-wednesday-i...

Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Mission for processing Customer Complaints
https://elsmar.com/elsmarqualityforum/threads/mission-for-processing-customer-com...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### How to Audit a Quantity Surveying Consultancy
https://elsmar.com/elsmarqualityforum/threads/how-to-audit-a-quantity-surveying-con...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/tampons-medical-device-or-not.5743...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Poka-Yoke in Process FMEA (PFMEA) - Which column? | Page 2
https://elsmar.com/elsmarqualityforum/threads/poka-yoke-in-process-fmea-pfmea-wh...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### AS9100 D Counterfeit Prevention Program - We just service parts
https://elsmar.com/elsmarqualityforum/threads/as9100-d-counterfeit-prevention-prog...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### A2LA is withdrawing from signatory status in NACLA
https://elsmar.com/elsmarqualityforum/threads/a2la-is-withdrawing-from-signatory-sta...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/itar-compliance-requirements-for-forei...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News" posted. Elsmar has never been sued.

### Thanksgiving - 2018
https://elsmar.com/elsmarqualityforum/threads/thanksgiving-2018.74489/
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Regulatory Plan / Strategy Template? | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/regulatory-plan-strategy-template.409...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Google Chrome Internet Browser - Any Google Chrome users?
https://elsmar.com/elsmarqualityforum/threads/google-chrome-internet-browser-any-...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### IEST - Voting member - US TAG to TC 229 - Nanotechnology
https://elsmar.com/elsmarqualityforum/threads/iest-voting-member-us-tag-to-tc-229-n...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Construction Contingency Refund? | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/construction-contingency-refund.5881...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/pharmaceutical-validation-protocol-list...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Gage R&R on a Length Gage Made In-House
https://elsmar.com/elsmarqualityforum/threads/gage-r-r-on-a-length-gage-made-in-ho...
Chris Paris Oxebridge Fake "News" - Note that Christopher Paris of Oxebridge continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Risk Management Report as per MDR Requirements
https://elsmar.com/elsmarqualityforum/threads/risk-management-report-as-per-mdr-r...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/new-list-of-mdd-harmonized-standard...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/performing-a-gage-r-r-study-with-minit...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/iso-17025-or-is0-9001-training-proced...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Selective Application of AS9100 by Requirement
https://elsmar.com/elsmarqualityforum/threads/selective-application-of-as9100-by-re...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Design Input & Output in Stages - Overkill?
https://elsmar.com/elsmarqualityforum/threads/design-input-output-in-stages-overkill....
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### EOQ (Economic Order Quantity) - Use for managing Customer Ord...
https://elsmar.com/elsmarqualityforum/threads/eoq-economic-order-quantity-use-for-...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/can-anyone-share-a-completed-gage-...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Listing of Similar Medical Devices approved by CE NB
https://elsmar.com/elsmarqualityforum/threads/listing-of-similar-medical-devices-appr...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/iaqg-general-assembly-forum-anybod...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Hello Everybody can you please tell me what is Bulls Eye productio...
https://elsmar.com/elsmarqualityforum/threads/what-is-bulls-eye-production.16065/
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### ISO 17020 Quality Manual for Inspection Bodies
https://elsmar.com/elsmarqualityforum/threads/iso-17020-quality-manual-for-inspectio...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### I am looking for an english translation of Chinese standard JB/T 66...
https://elsmar.com/elsmarqualityforum/threads/i-am-looking-for-an-english-translation...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### How do you approach electronic product localization?
https://elsmar.com/elsmarqualityforum/threads/how-do-you-approach-electronic-prod...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### What is EN9000-1 Standard about? | The Elsmar Cove Discussions

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/own-brand-labeling-nb-notified-body-r...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Partial FAI form requirements | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/partial-fai-form-requirements.56660/l...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Sample Size, Significant Figures, Scale | The Elsmar Cove Discussio…
https://elsmar.com/elsmarqualityforum/threads/sample-size-significant-figures-scale.6...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Does your Registrar have a high Auditor Turnover Rate?
https://elsmar.com/elsmarqualityforum/threads/does-your-registrar-have-a-high-audit...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### AS9102 Revision A Released - 28 January 2004
https://elsmar.com/elsmarqualityforum/threads/as9102-revision-a-released-28-januar...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### ISO 9001:2008 4.2 Documentation - Where to put a Procedure
https://elsmar.com/elsmarqualityforum/threads/iso-9001-2008-4-2-documentation-wh...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### Software Validation - Information Services in ISO 9001
https://elsmar.com/elsmarqualityforum/threads/software-validation-information-servic...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Elevated work platforms - No evidence of inspection being perform…
https://elsmar.com/elsmarqualityforum/threads/elevated-work-platforms-no-evidence-...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Application of Public Finance Management to Government Instituti…
https://elsmar.com/elsmarqualityforum/threads/application-of-public-finance-manage...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### ISO 13485 Quality Policy that concisely meets standard
https://elsmar.com/elsmarqualityforum/threads/iso-13485-quality-policy-that-concisely...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Attachment browser | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/design-input-output-in-stages-overkill...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Design Approval Tests Procedure Contents
https://elsmar.com/elsmarqualityforum/threads/design-approval-tests-procedure-cont...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### How the 50 Second Rule for an Operation was Derived
https://elsmar.com/elsmarqualityforum/threads/how-the-50-second-rule-for-an-operat...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### AIMF (FIAM?) - What it is? | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/aimf-fiam-what-it-is.43289/

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Document Control Procedure Change | The Elsmar Cove Discussio...
https://elsmar.com/elsmarqualityforum/threads/document-control-procedure-change....
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Transfer of Technical File, CE Mark etc., for an OEM Medical Device
https://elsmar.com/elsmarqualityforum/threads/transfer-of-technical-file-ce-mark-etc-f...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### I'm trying to write detailed Customer Service Work Instructions
https://elsmar.com/elsmarqualityforum/threads/im-trying-to-write-detailed-customer-s...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Getting started with ISO 9001 - Cost? Implementation time?
https://elsmar.com/elsmarqualityforum/threads/getting-started-with-iso-9001-cost-imp...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### Ethics and Quality Management | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/ethics-and-quality-management.2469...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Selling Over the Counter Medical Devices in France
https://elsmar.com/elsmarqualityforum/threads/selling-over-the-counter-medical-devi...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Spam on the new ISO9001:2008 being released today
https://elsmar.com/elsmarqualityforum/threads/spam-on-the-new-iso9001-2008-bein...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### FDA - "Net Quantity of Contents" - Manufacturing Filling Process
https://elsmar.com/elsmarqualityforum/threads/fda-net-quantity-of-contents-manufact...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Reflections of a great human being - Anniversary of Mahatma Gandhi
https://elsmar.com/elsmarqualityforum/threads/reflections-of-a-great-human-being-an...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Implementing ISO 14001 into an existing ISO/TS 16949 Quality...
https://elsmar.com/elsmarqualityforum/threads/implementing-iso-14001-into-an-existi...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### Software Validation Requirements for Class I Active Medical Device
https://elsmar.com/elsmarqualityforum/threads/software-validation-requirements-for-c...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Alternate Terms for NonConformance, Internal Audits, Corrective a...
https://elsmar.com/elsmarqualityforum/threads/alternate-terms-for-nonconformance-i...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### ISO/TS 16949 Cl 8.2.3.1 - Monitoring and Measurement of...
https://elsmar.com/elsmarqualityforum/threads/iso-ts-16949-cl-8-2-3-1-monitoring-and...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to have "Fake News" posted. Elsmar has never been sued.

### MSA for Non Manufacturing - Design Validation, Characterization a...
https://elsmar.com/elsmarqualityforum/threads/msa-for-non-manufacturing-design-val...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Significant Aspects and Impacts for Manufacturing of Pharmaceutic...
https://elsmar.com/elsmarqualityforum/threads/significant-aspects-and-impacts-for-m...

### Document Control Procedure needed | The Elsmar Cove Discussions
https://elsmar.com/elsmarqualityforum/threads/document-control-procedure-needed...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Device History Records (DHR) Component Traceability / Serial Num...
https://elsmar.com/elsmarqualityforum/threads/device-history-records-dhr-componen...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Training Production Employees When We Have SOOO Many SOPs
https://elsmar.com/elsmarqualityforum/threads/training-production-employees-when-...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### FDA Requirements for the Use of Symbols on Medical Device Labels
https://elsmar.com/elsmarqualityforum/threads/fda-requirements-for-the-use-of-symb...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### MDD 93/42 Annex I 12.3 - Medical Device Electrical Alarm Require...
https://elsmar.com/elsmarqualityforum/threads/mdd-93-42-annex-i-12-3-medical-devi...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Registration Certificate - What do you make of this?
https://elsmar.com/elsmarqualityforum/threads/registration-certificate-what-do-you-m...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Why don't we have more representation from Registrars at The Cov...
https://elsmar.com/elsmarqualityforum/threads/why-dont-we-have-more-representati...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Listings of registrars certified to perform AS9100 audits?
https://elsmar.com/elsmarqualityforum/threads/listings-of-registrars-certified-to-perfor...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Propose Aspects to evaluate risk impact? | The Elsmar Cove Discus...
https://elsmar.com/elsmarqualityforum/threads/propose-aspects-to-evaluate-risk-imp...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Applying Risk to the Medical Device Document Control Program
https://elsmar.com/elsmarqualityforum/threads/applying-risk-to-the-medical-device-d...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Section 7.1 of ISO 13485 - Risk Management throughout Product...
https://elsmar.com/elsmarqualityforum/threads/section-7-1-of-iso-13485-risk-manage...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Nadcap AC7112 & AC7112/3 requirements
https://elsmar.com/elsmarqualityforum/threads/nadcap-ac7112-ac7112-3-requirements...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### New decree in France: Authorization required prior advertising Me...
https://elsmar.com/elsmarqualityforum/threads/new-decree-in-france-authorization-re...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### Does AS9100 require that QA review all POs before release
https://elsmar.com/elsmarqualityforum/threads/does-as9100-require-that-qa-review-al...
Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### MHRA (Medical & Healthcare Regulatory Agency) Design Dossier
 https://elsmar.com/elsmarqualityforum/threads/mhra-medical-healthcare-regulatory-a...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### When to Issue a Corrective Action? AS9100
 https://elsmar.com/elsmarqualityforum/threads/when-to-issue-a-corrective-action-as9...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

### AS9100 Clause 7.4.1 Purchasing Process and Approved Supplier Lis...
 https://elsmar.com/elsmarqualityforum/threads/as9100-clause-7-4-1-purchasing-proce...

Chris Paris **Oxebridge** Fake "News" - Note that Christopher Paris of **Oxebridge** continues to keep truly "Fake News", written in "Tabloid" style, posted. Elsmar has never been sued.

**More Results**

---

**Help Spread DuckDuckGo**
Help your friends and family join the Duck Side!

**Join Our Team!**
Help us raise the standard of trust online.

**Fine-tune Your Search**
Learn how to search like the pros.

## Stay Informed

We don't track you, but others do.
Learn how to protect your privacy.

