UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES      CASE 8:15-cv-00011
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

  Plaintiffs v.

MARC SMITH,
individually, and d/b/a
CAYMAN BUSINESS
SYSTEMS

Defendants
_____/

**DECLARATION OF GLEN H. SHRAYER, ESQ.**

    I, GLEN H. SHRAYER, am over eighteen years of age and of sound state and mind, declare the following facts under penalty of perjury.

1. I represent Plaintiffs Oxebridge Quality Resources and Chris Paris.

2. I am an attorney, licensed to practice law in Florida, Massachusetts, and New York.

3. I have been licensed in Florida since 2008.

4. My hourly charge is $350 an hour.

5. 18.5 hours were spent drafting the Motion for Contempt and Sanctions and Motion to Show Cause against Marc Smith, d/b/a Cayman Business Systems for Violation of Court Order Granting the Amended Preliminary Injunction and Joint Stipulation on Injunction.

6. Additional time will likely be spent on this matter as well if the Court sets the Motion for a Hearing to Show Cause.

7. Accordingly, Plaintiffs requests that $6,475.00, plus travel time, hearing and hearing prep, are awarded to Plaintiffs on the Motion.

**This statement is true and is signed under the penalty of perjury.**

1

**Glen H. Shrayer**

_____

On _____, before me, _____, a notary public in and for said state, personally appeared _____ _____, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his or her authorized capacity and that by his or her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

Notary Public for the State of _____
My commission expires _____
[NOTARY SEAL]