Case Number: 8:15-cv-11-T-60CPT, formerly: 8:15-cv-00011

# Exhibits

Starting in 2014, Paris "Tweets" defamatory remarks about Smith and Elsmar, agitating for a response from Smith.



November 2014:



Paris making friends in another discussion forum:



Paris tries to seal March 2916 hearing transcript TWICE in 2 days, and fails.

Paris violating the injunction in 2017:



Paris violating the injunction in 2017 and again making false claims:



Paris violating the injunction in 2017 and again making false claims:



Paris violating the injunction in 2017 and again making false claims:



Seriously doubtful…



A knowingly false claim:



Paris violating the injunction in 2017 and again making false claims (from an internet search):



Tens of thousands of dollars? Fighting racists in court?

Local police contacted and they state no such death threats have ever been reported by Paris.



Paris has filed two lawsuits, total.

