**Defendant Pro Se's Postpone or Appear by Telephone Motion/Request - Case 8:15-cv-11-T-60CPT**

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRIC COURT |
| 2 | MIDDLE DISTRICT OF FLORIDA |
| 3 | TAMPA DIVISION |
| 4 | |
| 5 | In response to Hearing on Motion Docket Entry146 of Case number: 8:15-cv-11-T- |
| 6 | 60CPT, formerly : 8:15-cv-00011 |
| 7 | |
| 8 | OXEBRIDGE QUALITY RESOURCES |
| 9 | INTERNATIONAL, LLC, and |
| 10 | CHRISTOPHER PARIS, individually. |
| 11 | |
| 12 | Plaintiffs, |
| 13 | |
| 14 | Vs. |
| 15 | |
| 16 | MARC TIMOTHY SMITH, individually, |
| 17 | and d/b/a/ CAYMAN BUSINESS SYSTEMS *(Defunct since ~2001)* |
| 18 | |
| 19 | Defendants. |
| 20 | |
| 21 | Presiding Judge: Thomas P. Barber |
| 22 | Court: Florida Middle District Court |
| 23 | Office: Tampa Office |
| 24 | County: Hillsborough |
| 25 | Case Number: 8:15-cv-11-T-60CPT, formerly: 8:15-cv-00011 |
| 26 | |
| 27 | |
| 28 | |
| 29 | |

30          **MOTION TO POSTPONE OR FOR A TELEPHONE HEARING**

31   Plaintiff is in Florida and Defendant resides in Ohio. Defendant Smith requests A

32   telephone hearing, or a postponement to late April or May of 2020 due the numerous

33   weather events this winter and distance issues.

34

35

36                                   I declare under penalty of perjury that the forgoing

37                                   is true and correct.

38                                   Dated and respectfully submitted using the

39                                   CM/ECF this 23 January 2020.

40

41                                   Marc Timothy Smith (Defendant pro se)

42

43                                   By:

44                                   /s/Marc Timothy Smith

45

46

47

48

49