

12/1/2014

Exhibit B

**Exhibit B**

**Click the link - A totally different Wes Bucey. PARIS again attempts to defame SMITH, but also Wes Bucey, an Elsmar.com forum participant.**

Tweets with replies by Oxebridge (@Oxebridge) | Twitter

**Oxebridge** @Oxebridge · Oct 23
@ElsmarCove just raised the amount to delete negative posts about Oxebridge to $2.5 million. Get your popcorn out. **False.**

**Oxebridge** @Oxebridge · Oct 21
@ElsmarCove accidentally outs his pal Wes Bucey as a former convicted drug trafficker and money launderer. articles.chicagotribune.com/1988-04-30/new…

**Oxebridge** @Oxebridge · Oct 20
@ElsmarCove just upped the amount to extort Oxebridge to $2 Million. law enforcement now engaged. **Both claims False.**

**Oxebridge** @Oxebridge · Jul 24
The Oxebridge Report - eepurl.com/ZIdaX