

Exhibit D — 22 July 2019

Oxebridge @Oxebridge · 12h
They just don't learn. New cache of defamation posts leaks from Elsmar.com website, despite two court orders ordering it to stop. Can trolling become an addiction one would risk jail for?

Knowingly false.