

founded in 1999.
oxebridge.com

**Exhibit E**

| 1,635 TWEETS | 116 FOLLOWING | 336 FOLLOWERS |

By mid-January 2020 all but 21 "Tweets" have been deleted.

Follow

View more photos

Tweets

**Oxebridge** **2018** 17h
@Oxebridge

Court hearing tomorrow on fate of @ASQ's Levinson lawsuit and jurisdiction. M/while Elsmar-linked website "Oxebridge Quality Lawsuits" goes dark, sort of. Coincidence? And certificate mill operators Guberman/LaBelle still haven't lawyered up.

View details

**Oxebridge** May 25