# Exhibit F

Think about that. These people, in their attempt to stop Oxebridge's reform efforts, which are centered around improving the content of ISO 9001 and in improving the certification scheme so we can trust ISO 9001 certificates again, will go so far as to *investigate someone's personal finances, and then publish the details to harass and frighten them.*

**This is simply nuts…**

You must understand that I am calibrated differently. I know this, even if it baffles those around me, even in my own family. People ask me all the time, "why don't you just stop?" I answer that you wouldn't expect a fireman to run away from a fire, or a nurse to run away from a bleeding patient. I can't stop because to me, this is my work. It is what I have to do.

As a result, the decade-and-a-half of attacks have only adjusted my state of "normal" to levels that are different from yours. When people accuse me of crimes, I don't care. When they send me death threats, I toss them to the police and move on. When they threaten to sue, it simply doesn't faze me; I kick their ass in court, and move onto the next conflict. If I wake up and have *not* received some form of harassing or threatening email, it's not a normal day.

I get it. This isn't your way of thinking, nor should it be. I don't want you to live like this, but I'm okay with it. And because I am okay with it, it makes me uniquely suited to prosecute this endeavor. The people we are going up against are dark, grim-souled miscreants with little in the way of ethical filters or moral encumbrances. These are not people you want to deal with, but I can handle it. It's what I do.

And so, let me do it. But understand what that comes with.

**Meet the Doxxers**            **Capture from Oxebridge.com**