**Case 8:15-cv-00011-JRB-CPT   Document 153-7   Filed 02/11/20   Page 1 of 8 PageID 1736**

**Exhibit G**



**Search ALL of Elsmar.com** with DuckDuckGo including content not in the forum - Search results with No ads.

  Log in   Register

 Forums >

# Quality Forum and Business Standards Discussions

 New posts

## Manufacturing, Service, and Business Systems Processes
Manufacturing, services, processes, materials and related Business Systems Process aspect discussions.



### Human Factors and Ergonomics in Engineering
Threads: 70  Posts: 789
Aircraft Cockpit Automation - Good or Bad Oct 31, 2019 · mattador78

### Lean in Manufacturing and Service Industries
Threads: 524  Posts: 4,783
Lean Manufacturing Concepts Discussion Jan 15, 2020 · AcryanDD



### Manufacturing and Related Processes
Threads: 1,397  Posts: 9,729
Aluminum galling on thread plug gauge Today at 1:49 PM · Calibratethethreadgauges



### Process Maps, Process Mapping and Turtle Diagrams
Threads: 202  Posts: 2,614
New CAPA Work Flow with Revised 8D Approach Jan 12, 2020 · optomist1



### Reliability Analysis - Predictions, Testing and Standards
Threads: 281  Posts: 1,719
Qualification testing of Lead acid batteries Yesterday at 8:25 AM · tahirawan11



### Service Industry Specific Topics
Threads: 219  Posts: 1,516
Quality at Logistical Service Porvider Nov 8, 2019 · Cookstar

## National and International Business System Standards



### Aviation, Space and Defense Standards and Requirements
Threads: 2,183  Posts: 18,784
Receiving Inspection - Boss trying to save money Today at 12:32 PM · Skooma



### Business Continuity & Resiliency Planning (BCRP)
Threads: 51  Posts: 359
Resources for Planning for top quality Dec 14, 2019 · Marc



### CE Marking (Conformité Européene) / CB Scheme
Threads: 520  Posts: 2,842
Custom made medical device MDD vs MDR definition Today at 12:04 AM · Ronen E



### Environmental Related Standards
Threads: 894  Posts: 7,844
Acceptable limits for Spills - Tracking Hydraulic Spills Jan 14, 2020 · Randy



### Food and Drug (Pharmaceuticals) related Regulations
Threads: 1,335  Posts: 6,980
Holding time stability study of intermediates of drug substances Tuesday at 1:34 AM · v9991



### Food Safety - ISO 22000, HACCP (21 CFR 120)
Threads: 331  Posts: 2,121
ISO 22000:2018 - Operational Prerequisite Program Examples Tuesday at 12:21 PM · IOANNIS.G



### Hospitals, Clinics & other Health Care Providers
Threads: 70  Posts: 450
The hospital: Worst place to be, especially if you're sick Dec 28, 2019 · optomist1






### ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards
Threads: 5,499 Posts: 66,584

Non-Conformance vs OFI -- your best descriptions Today at 5:35 PM · John Broomfield


### IATF 16949 - Automotive Quality Systems Standard
Threads: 3,349 Posts: 27,291

CQI-23 Special Process Molding - Controls Today at 12:08 PM · Towersanto


### IT (Information Technology) Service Management
Threads: 27 Posts: 154

UID for DICOM objects Yesterday at 4:39 AM · S.Rajesh


### ISO/IEC 17025 - Calibration Laboratories

### TL 9000 Telecommunications Standard and QuEST
Threads: 49 Posts: 334

NPR Metric - What if Customer has relaxed measure? Dec 31, 2019 · yang_xingwen


### IEC 27001 - Information Security Management Systems (ISMS)
Threads: 156 Posts: 841

What are Practical data center best practices Jan 13, 2020 · amateur


### Occupational Health & Safety Management Standards
Threads: 301 Posts: 3,260

1926.252(e) - Oily Rag Storage Today at 3:56 PM · EmilyJ


### Oil and Gas Industry Standards and Regulations
Threads: 118 Posts: 1,006

API Q1 9th Edition Internal Audit Checklist /Report Monday at 11:06 AM · Marc


### RoHS, REACH, ELV, IMDS and Restricted Substances
Threads: 267 Posts: 1,987

IMDS - Help (Common Warning and Error Fixes) Dec 17, 2019 · hwittenborn


### Supply Chain Security Management Systems
Threads: 15 Posts: 52

Risk Classification For Supplier - Clinical Research Organisation (CRO) Jan 7, 2020 · Ronen E


### Sustainability, Green Initiatives and Ecology
Threads: 69 Posts: 502

What companies think climate change will have a material impact on their business? Friday at 7:30 AM · Ronen E


### VDA Standards - Germany's Automotive Standards
Threads: 128 Posts: 826

Is there any pre-defined Control plan format/template acc. VDA? Jan 23, 2020 · magic185


### Other ISO and International Standards and European Regulations
Threads: 693 Posts: 4,526

Testing to IEC 60825-1:2007 vs. IEC 60825-1:2014 Tuesday at 2:33 AM · Marc


### Various Other Specifications, Standards, and related Requirements
Threads: 627 Posts: 3,747

Correct way to certify hydrostatic testing when it is not 100% (and Sample Size) Jan 8, 2020 · Mike S.

## Medical Devices, Medical Information Technology, Medical Software and Health Informatics
Medical Device, Medical Information Technology, Medical Software and Health Informatics and related discussion topics.


### Medical Device and FDA Regulations and Standards News
Threads: 388 Posts: 650

What's up with MDSAP lately? 57 minutes ago · Watchcat


### Medical Device Related Standards
Threads: 4,315 Posts: 31,059

Question on whether IEC 60601-2-62 standard is applied Today at 8:15 PM · KSDavid


### Medical Device Related Regulations
Threads: 4,569 Posts: 27,851

Do we need to create a new CER or can we just update the existing CER Today at 3:56 PM · MDRexpert


### Other Medical Device and Orthopedic Related Topics
Threads: 357 Posts: 2,072

Handling of contaminated medical equipment Monday at 1:57 PM · AhmedRa


### Medical Information Technology, Medical Software and Health Informatics
Threads: 50 Posts: 268

Product-Lifecycle-Management Experience Jan 22, 2020 · Gamula

## Common Quality Assurance Processes and Tools


### Definitions, Acronyms, Abbreviations and Interpretations Listed Alphabetically
Threads: 627 Posts: 5,770

Key Supplier - Definition of Monday at 9:43 AM · RoxaneB


### APQP and PPAP
Threads: 957 Posts: 6,944

AS9145 Appendix D PPAP Approval Form Today at 9:56 AM · cutsdean


### Auditing Quality and Environmental Management Systems
Threads: 1,944 Posts: 26,042

AS9100D Internal auditing requirements Tuesday at 7:41 AM · NickV....


### Benchmarking
Threads: 122 Posts: 842

How to Benchmark? Is Benchmarking of any value? Seeking advice Jan 11, 2019 · DrTBurns

### Calibration of Measurement, Monitoring and Test Equipment


### Capability, Accuracy and Stability - Processes, Machines, etc.
Threads: 468 Posts: 4,066

Interpretation with regards to Ppk > Cpk Dec 12, 2019 · John Predmore


### Consultants and Consulting
Threads: 64 Posts: 982

Looking for Tips on finding an IATF consultant Nov 21, 2019 · SDDTRCJ


### Contract Review Process
Threads: 66 Posts: 534

When Customers Make Changes to Orders Today at 7:35 PM · NDesouza


### Customer Complaints
Threads: 164 Posts: 1,508

PPM calculation of customer complaints for PMS Dec 20, 2019 · 01mercy


### Customer and Company Specific Requirements
Threads: 472 Posts: 3,240

GM BIQS level 5 requirements Sep 16, 2019 · David V


### Design and Development of Products and Processes
Threads: 550 Posts: 3,892

Process Creation Advice Needed Yesterday at 5:19 AM · John Broomfield


### Document Control Systems, Procedures, Forms and Templates
Threads: 2,339 Posts: 21,916

CLOUD BASED QUALITY DOCUMENTATION vs. SERVER BASED Friday at 10:56 AM · Randy


### FMEA and Control Plans
Threads: 957 Posts: 7,828

Design FMEA for Industrial Machinery Today at 7:44 PM · Ronen E


### General Metrology, Measurement Device, Calibration and Test Laboratories
Threads: 4,678 Posts: 34,143

What is 'floor' in an instrument's specs Today at 3:00 PM · craiglab

### Inspection, Prints (Drawings), Testing, Sampling and Related Topics


Threads: 1,686 Posts: 12,775

Measuring thread flank angle on a screw Jan 22, 2020 · ScottK


### Management Review Meetings and related Processes
Threads: 159 Posts: 2,282

Management Review Agenda Jan 21, 2020 · John Predmore


Measurement, Monitoring and Test Equipment


### Misc. Quality Assurance and Business Systems Related Topics
Threads: 805 Posts: 7,793

Attend FREE Safety Training Webinar LOCK-OUT/TAG-OUT (LOTO) (February 6) Jan 15, 2020 · Bill Levinson


### Nonconformance and Corrective Action
Threads: 733 Posts: 8,227

Question about Non-conformances during New Product Introduction Today at 1:04 PM · Tyranna


### Philosophy, Gurus, Innovation and Evolution
Threads: 210 Posts: 3,902

My Class Assignment on Quality Assurance Gurus Jan 31, 2019 · caseywhite

### Preventive Action and Continuous Improvement
Threads: 217 Posts: 3,146

Evaluating the need for preventive action Dec 1, 2019 · Bill Levinson


### Risk Management Principles and Generic Guidelines
Threads: 22 Posts: 156

Risk and Corrective actions - Currently no FMEA's - Car systems Nov 9, 2019 · Bill Levinson


### Problem Solving, Root Cause Fault and Failure Analysis
Threads: 185 Posts: 2,550

New to QC, looking for resources Jan 13, 2020 · Golfman25


### Quality Management System (QMS) Manuals
Threads: 294 Posts: 4,282

Contract manufacturer MDR Jan 23, 2020 · Ronen E


### Quality Manager and Management Related Issues
Threads: 670 Posts: 6,705

How to motivate colleagues to use 8D method or similar Today at 11:49 AM · Mike S.


### Quality Tools, Improvement and Analysis
Threads: 1,701 Posts: 13,470

Analysis of half normal distribution in minitab Jan 21, 2020 · Bev D


### Records and Data - Quality, Legal and Other Evidence
Threads: 314 Posts: 3,137

Record Management - Does the QMS need to control templates of records? Friday at 1:10 PM · Jim Wynne


### Six Sigma
Threads: 380 Posts: 3,924

Looking for a good Six Sigma book Jun 10, 2019 · Welshwizard


### Software Quality Assurance
Threads: 229 Posts: 1,196

Software SOP - Use and maintenance of an ERP system Nov 25, 2019 · QANowatzke


### Statistical Analysis Tools, Techniques and SPC
Threads: 1,412 Posts: 11,352

Determining SPC tolerance Today at 12:50 PM · Jim H


### Supplier Quality Assurance and other Supplier Issues
Threads: 709 Posts: 6,094

ASL - Buying from unqualified manufacturers through qualified distributors Dec 16, 2019 · MoheganSon


### Training - Internal, External, Online and Distance Learning
Threads: 798 Posts: 6,638

 Go Beyond ISO 9001 WITH IATF 16949 (January 28) [Paid] 1 minute ago · Bill Levinson

## Registrars and National / International Organizations

 **ASQ, ANAB, UKAS, IAF, IRCA, Exemplar Global and Related Organizations**
Threads: 260  Posts: 3,171

ASQ CQE Exam Group for Dec 2019 / Jan 2020 Preparation Sunday at 12:53 AM · sami sheasha

**Registrars and Notified Bodies**
Threads: 438  Posts: 6,485

Should customers influence a supplier's registrar selection? Dec 7, 2019 · Sidney Vianna

## Information Resources - Files - Papers - Articles - Etc.
This forum contains various information resources.

 **Book, Video, Blog and Web Site Reviews and Recommendations**
Threads: 273  Posts: 1,853

Has anyone played the Quality Board Game? Dec 11, 2018 · Marc

 **General Information Resources**
Threads: 18  Posts: 51

ISO 22379 for citywide events now in development Dec 17, 2019 · John Broomfield

 **Imported Legacy Blogs**
Threads: 221  Posts: 861

FMEA for Business Process Sep 24, 2019 · Marc

 **The Reading Room**
Threads: 157  Posts: 1,956

Identifying Causes (book chapter 4 on problem solving) Aug 16, 2019 · Kiran Walimbe

## Professional Employment and Occupation Related

 **Career and Occupation Discussions** 
Threads: 837  Posts: 11,419

How does one get into the Quality Control (Quality Management) field? Jan 2, 2020 · Watchcat

 **Travel - Hotels, Motels, Planes and Trains** 
Threads: 107  Posts: 1,418

The Golden Age of Travel Jan 1, 2020 · optomist1

  **Immigration and Expatriate Topics**
Threads: 29  Posts: 296

Afghanistan - Anybody on this website working for companies in Afghanistan Feb 3, 2018 · 6thsense

  **Job Openings, Consulting and Employment Opportunities**
Threads: 5  Posts: 6

Design Quality Manager US Citizen based in Germany Dec 2, 2019 · John Broomfield

 **Paid Consulting, Training and Services** 
Threads: 13  Posts: 108

MDR consultants - in search of recommendations for a consultant for MDR transition. Jan 17, 2020 · Ronen E

 **Professional Certifications and Degrees**
Threads: 404  Posts: 3,411

RAC-US Spring 2020 Study group_Discussions Jan 13, 2020 · RAP16

## Elsmar Cove Forum Community Forums
Discussions of all sizes, shapes, forms and opinions that are NOT 'business' related. In short, Chit Chat and Community Discussions.

 **Buy, Sell or Trade - NO Commercial Advertisements**
Threads: 3  Posts: 11

Buy-Sell Forum Cleaned Up - 20181029 Oct 29, 2018 · Marc

**Community Discussion Topics**


Threads: **2,569** Posts: **49,388**

Book recommendation Yesterday at 7:04 PM · Ninja


### World News
Threads: **719** Posts: **5,112**

Fiat Chrysler merges with PSA Group, owner of Peugeot and Citroën - Oct 2019 Oct 31, 2019 · Marc


### After Work and Weekend Discussion Topics
Threads: **726** Posts: **6,605**

Stepping Down from my quality manager position soon Jun 10, 2019 · CCaantley

## Elsmar Cove Forum Essentials



### Elsmar Cove Forum ToS and Forum Policies
Threads: **31** Posts: **364**

General Elsmar Cove Forum Participation Rules and Guidelines Oct 21, 2019 · Marc


### Elsmar Xenforo Forum Software Instructions and Help
Threads: **30** Posts: **90**

Conversations - Limitations for New Registered Members Jan 13, 2020 · Marc

### Forum News and General Information
Threads: **30** Posts: **606**

Inactive Members "Pruned" / Deleted - 3 January 2019 Jan 3, 2019 · Ninja

### Elsmar Cove Forum Suggestions, Complaints, Problems and Bug Reports
Threads: **11** Posts: **112**

Getting logged off repeatedly Nov 12, 2019 · Watchcat

## Latest posts


**B** Go Beyond ISO 9001 WITH IATF 16949 (January 28) [Paid]
Latest: Bill Levinson · 1 minute ago
Training - Internal, External, Online and Distance Learning

 What's up with MDSAP lately?
Latest: Watchcat · 57 minutes ago
Medical Device and FDA Regulations and Standards News

**K** Question on whether IEC 60601-2-62 standard is applied
Latest: KSDavid · Today at 8:15 PM
IEC 60601 - Medical Electrical Equipment Safety Standards Series

**R** Design FMEA for Industrial Machinery
Latest: Ronen E · Today at 7:44 PM
FMEA and Control Plans

When Customers Make Changes to Orders
Latest: NDesouza · Today at 7:35 PM
Contract Review Process

## Latest resources


⚙ Free **Attend FREE Safety Training Webinar LOCK-OUT/TAG-OUT (LOTO) (February 6)**
Attend FREE Safety Training Webinar LOCK-OUT/TAG-OUT (LOTO) (supports ISO 45001, OH&S)
Bill Levinson · Updated: Jan 15, 2020

⚙ Free **ISO 9001:2015 Transition: Much Easier Than You Think!**
Highlights of the requirements for ISO 9001:2015
Bill Levinson · Updated: Nov 23, 2019

⚙ Free **Stakeholder Initiated Corrective and Preventive Action**
Modifiable process and form for stakeholder initiated CAPA
Bill Levinson · Updated: Nov 19, 2019

⚙ Free **ATP 5-19 "Risk Management"**
U.S. Army's Risk Management Process from 2014
Bill Levinson · Updated: Nov 16, 2019

⚙ **MSA**
Not Your Father's Gage R&R
Bev D · Updated: Nov 11, 2019

## Forum statistics

| | |
|---|---:|
| Threads: | 61,149 |
| Posts: | 552,511 |
| Members: | 15,578 |
| Newest member: | carlos.junges |

## Media statistics

| | |
|---|---:|
| Categories: | 10 |
| Albums: | 285 |
| Uploaded media: | 3,598 |
| Comments: | 1,212 |
| Disk usage: | 551.7 MB |

## Share this page

    



Uncompensated Courtesy Links Elsmar Cove visitors will find useful in the quest for knowledge and support:

**Jennifer Kirley's**
*Conway Business Services*

**Bob Doering**
*Bob Doering's Blogs* and,
*Correct SPC - Precision Machining*

**Ajit Basrur**
*Claritas Consulting, LLC*

---

**International Standards Bodies** - World Wide Standards Bodies

**AIAG** - Automotive Industry Action Group

**International Organization for Standardization** - ISO Standards and Information

**NIST**'s Engineering Statistics Handbook

**IRCA** - International Register of Certified Auditors

**SAE** - Society of Automotive Engineers

**ASQ** - American Society for Quality

**IEST** - Institute of Environmental Sciences and Technology

Forums

 Day (Light) Style

Contact us   Terms and rules   Privacy policy   Help   

Width: Medium < 650px · Queries: 16 · Time: 0.2293s · Memory: 11.24MB · ⚙