**Exhibit H**

site:elsmar.com oxebridge

Including results for site:elsmar.com oxenbridge.

Search only for site:elsmar.com "oxebridge"?

**elsmar.com/elsmarqualityforum/attachments/management-system...**

elsmar.com/elsmarqualityforum/attachments/management-system-manual-

Document is uncontrolled unless otherwise marked; uncontrolled documents are not subject to update notification. Table of contents. TOC \h \z \u \t "**Oxebridge** C Header 1,1,Oxebridge C H3,3...

**Located and Deleted - Someone who had used an Oxbridge template for their Quality Manual had shared it and they had not cleared the file meta-data.**

**Learning Material for a Third Party Distribution Sales Environment**

elsmar.com/elsmarqualityforum/threads/learning-material-for-a-third-party-c

Looking for learning material for a third party distribution sales environment and a direct face to face sales environment and for a telephonic sales...

**Containment Actions Verification Questions**

elsmar.com/8D/tsld125.htm

This is a presentation describing the 8-D (Eight Disciplines) problem solving methodology. Courtesy the Elsmar Cove.

**Nest 61 Nest 62 Nest 63 Nest 64 Nest 65 729 920 845 766 722 691...**

elsmar.com/elsmarqualityforum/attachments/book4-xlsx.17429/

**Gage R&R Study - Data Entry Part #/Name: 100 mm2 CV Cable Gage...**

elsmar.com/elsmarqualityforum/attachments/copyanova-gage-rr-xlsx.16829

Part #/Name: 100 mm2 CV Cable. Gage #/Name: Digital Caliper (E-VC/126/06/09/09/LV/12). Feature Name: Outer Sheath Thickness. Completed by: Feature Tolerance: Study Date: 25.04.2013. p-Value...

### Contract Review Process Turtle Diagram - Please Review and Critique
elsmar.com/elsmarqualityforum/threads/contract-review-process-turtle-diag

Looking for honest opinions. I just went through my first surveillance audit all by myself. We were a QS-9000 TE company moving towards ISO-9001:2000...

### Internal Audit Questionaires - Checklist that is outside the box | Page 3
elsmar.com/elsmarqualityforum/threads/internal-audit-questionaires-checkli

Easy guys, I agree with your points of view. However, until you get a few audits under your belt you don't yet know the process, much less how to audit.

### INTERNAL AUDIT REPORT - elsmar.com
elsmar.com/elsmarqualityforum/attachments/internal-audit-report-9001-200

Title: INTERNAL AUDIT REPORT Author: Christopher Paris Last modified by: Christopher Paris Created Date: 5/5/2003 3:03:00 AM Company: **Oxebridge** Quality Resources

**Located and Deleted**

### I'm Somebody Now!! | Page 4
elsmar.com/elsmarqualityforum/threads/im-somebody-now.19693/page-4

Grand Duke Benjamin the Wholesome of Throcking in the Hole Ha! Nobody throcks quite so well as a Grand Duke!

## ISO 9001:2015 8.3.4 & validation of new equipment
elsmar.com/elsmarqualityforum/threads/iso-9001-2015-8-3-4-validation-of-n

Hi All, I need a little help with a NC from a customer. The finding was put against section 8.3.4 of ISO 9001:2015 which we exempt ourselves from. They requested we carry out a validation of a new machine back in 2015. the audit has since thrown up the following finding: The Validation of...

## MRM (Management Review Meeting) Template for ISO 9001:2015
elsmar.com/elsmarqualityforum/threads/mrm-management-review-meeting

Re: MRM (Management Review Meeting) Template for ISO 9001:2015 - Help I'll tell you how I approached it. As with the previous version of the standard, the language is such that the deliverable of some of the requirements overlap, and in a review meeting you would wind up referencing the same issue multiple times. Perhaps looking at it from different angles, but it would b

## IATF 16949 Quality Manual Template
elsmar.com/elsmarqualityforum/threads/iatf-16949-quality-manual-template

Does anyone have, or know where, I could find a template to start from? We are currently registered to TS, but it looks like clauses have been shuffled around and added. Our original manual is pitiful and I would like to start over, but I would like to start of with the bones in the right places...

## ISO 9001:2015 8.3.4 & validation of new equipment | Page 2
elsmar.com/elsmarqualityforum/threads/iso-9001-2015-8-3-4-validation-of-n

It's for die-cutting! The parts can be checked. The press has nothing to do with anything. The auditor needs to stop, engage their brain or quit auditing (for good). Andy, Let's have the OP confirm the facts first then we can recommend a course of action. John

No results.

Feedback