*Exhibit I*

**Exhibit I**

**Latest posts**

| | Thread | Replies | Views |
|---|---|---|---|
| W | **Updated EU MDR regulatory matrix wanted**<br>Wolf.K · Jan 28, 2020 · ISO 13485:2016 - Medical Device Quality Management Systems   2   Edit | 15 | 377 |
| T | **API Q1 Question**<br>theminer575 · Today at 11:11 AM · Oil and Gas Industry Standards and Regulations   Edit | 3 | 26 |
| D | **Is Human Factors testing mandatory for a 510(k) submission?**<br>Dobby1979 · Sep 18, 2019 · Human Factors and Ergonomics in Engineering   2   Edit | 12 | 651 |
| A | **Complaint alert levels - Industry standards pertaining to alert levels for complaints**<br>ASteel · Friday at 9:52 AM · Customer Complaints   Edit | 5 | 130 |
| V | **ISO 9001:2015 7.2 Competence**<br>Viharpatel66 · Jan 22, 2020 · ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards   2   3   Edit | 21 | 403 |
| A | **UDI and Design Controls - Labeling change via the Design Control process**<br>ASteel · 49 minutes ago · 21 CFR Part 820 - US FDA Quality System Regulations (QSR)   Edit | 0 | 15 |
| W | **IMDS - Help (Common Warning and Error Fixes)**<br>webere · Jul 20, 2018 · RoHS, REACH, ELV, IMDS and Restricted Substances   Edit | 7 | 1,675 |
| A | **AS9100 Rev D - List of Required Procedures**<br>amitrajkapoor · Aug 26, 2017 · Document Control Systems, Procedures, Forms and Templates   Edit | 5 | 9,525 |
| I | **Does training have to be written?**<br>ISO_Man · Yesterday at 1:36 PM · ISO 9000, ISO 9001, and ISO 9004 Quality Management Systems Standards   2   Edit | 10 | 129 |
| M | **Literature search timeline**<br>MDRexpert · Jan 25, 2020 · EU Medical Device Regulations   Edit | 5 | 153 |

*Examples of Elsmar Forum Discussions*