**Oxebridge's reporting is under attack.** Well-funded critics are working hard to shut down the Oxebridge website permanently through a series of expensive lawsuits and legal threats. Their goal is simple: for Oxebridge to sign a one-sided waiver surrendering its First Amendment rights to free speech, forcibly silencing the reporting on this site. At the same time, harassers have filed dozens of fraudulent copyright notices to shut the site down at the host level. **We can't defend against these threats alone**, Oxebridge is simply too small. If you appreciate the work done by Oxebridge to improve the ISO certification scheme and reduce deadly industry accidents, donate today to our Legal Fund. We desperately need your help. **Click here to make an anonymous donation today.**