**Exhibit L**

| | Thread # | Start Date | End Date | Total Posts | Discussion Thread Title | Paris related Post Number(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1. | 1815 | 7/1/2001 | 9/3/2001 | 33 | Oxebridge NG SPAM - Chris Paris - The 40 Day 'Wonder' Implementation - A Scam or not? | All | Initial Confrontation. |
| 2. | 7465 | 9/16/2001 | 10/18/2004 | 12 | Copyright Material vs. File Sharing - Title 17 U.S.C. Section 107 | 11 | Do not link to, or copy from, Paris' website. Edited out. |
| 3. | 8476 | 5/4/2004 | 10/21/2004 | 34 | Article Submission Rules and Guidelines - The FINE PRINT | 1 | Chris Paris files complaint with the Ohio Attorney. Edited out. |
| 4. | 8641 | 6/1/2004 | 6/24/2004 | 13 | May 2004 Articles Poll (Vote) Thread | 10 | General over "Visitor Articles" calling it a "Lottery" Edited out. |
| 5. | 8674 | 6/4/2004 | 6/8/2004 | 7 | Spreading FUD? IAAR Considers Imposing RAB Requirements on Internal Auditors | 1, 5 | and states Marc Smith is "...promoting terrorism..." |
| 6. | 8692 | 6/8/2004 | 10/22/2004 | 37 | Chris Paris of Oxebridge - Waging a Personal War | All | |
| 7. | 8853 | 6/10/2004 | 6/10/2004 | 1 | Special Concession to Chris Paris of Oxebridge | Single Post | Invitation to Paris to post. |
| 8. | 9029 | 7/15/2004 | 8/16/2004 | 148 | ASQ Forum Software and General Discussion about the American Society for Quality | 146 | Post soft delete. |
| 9. | 10285 | 12/3/2004 | 12/8/2004 | 26 | Has Anyone Been "Outed" and Got in Trouble Over Comments Made in Their Posts? | 3 | Edited out. |
| 10. | 14749 | 1/3/2006 | 11/18/2008 | 374 | The Next version of ISO 9001 (2008 version) - Any news? | 306, 307, 310, | Edited out. |
| 11. | 16389 | 5/3/2006 | 5/4/2006 | 5 | Should Quality Policy be marketing oriented? Contracting firm for aerospace software | 5 | Edited out. |
| 12. | 34361 | 5/27/2009 | 5/31/2009 | 81 | Is it possible to get ISO 9001 certification in 90 days? | 9 | Edited out. |
| 13. | 44792 | 11/19/2010 | 11/20/2010 | 6 | Getting Paid to Appeal Non-Conformities | 1, 2, 5 | BOD forum and edited. |
| 14. | 46840 | 3/10/2011 | 3/12/2011 | 8 | Increasing the sense of participation - Membership! | 2 | BOD forum |
| 15. | 64860 | 8/6/2014 | 9/24/2014 | 9 | Who can perform ISO 9001:2008 Internal Audit prior to our Registration Audit? | NONE | TBD |
| 16. | 65636 | 10/20/2014 | 1/30/2015 | 79 | Chris Paris of Oxebridge - At it again - October - December 2014 and January 2015 | All | BOF forum. |
| 17. | 66511 | 10/20/14 | 1/26/2015 | 4 | Chris Paris of Oxebridge - At it again - January 2015 Status (LAWSUIT) | ALL | Lawsuit posted with a Twitter capture. BOD forum. |
| | | 3/12/2015 | | | **Total Threads: 57,416** | | |
| | | | | | **Total Posts: 549,817** | | |

**Out of 57,416 discussions (at the time), only 17 had any mention of Chris Paris and/or Oxebridge quite a few of which were people recommending Oxebridge.**