

**Exhibit M**

**June 2019**

## Update on Guberman Lawsuit

Oxebridge's Federal lawsuit against Daryl Guberman and Don LaBelle, the operators of the Guberman PMC LLC certificate mill operation, rolls ahead. Guberman and LaBelle opted not to hire an attorney, so are hours away from losing the case by default. In the meantime, the two continue to publish defamatory videos and articles about dozens, if not hundreds, of companies. Their refusal (or financial inability?) to hire an attorney may make them an easy bet for other victims wanting justice.

## IAF Bungles CertSearch Launch

Yikes. The IAF launched its much-awaited "CertSearch" website, only to find the database was nearly entirely empty, anyone could sign up as a certification body, and the test data was exposed to the public. Within 24 hours of our reporting on the matter **here**, IAF shut the site down again. Awkward. The site does appear to be largely an ad platform for the company QualityTrade out of Australia, who won the bid to design the site. Their ads are slathered all over the damn thing.

## NQA Director Berated Company for Hiring Oxebridge

NQA's Quality Director Arlen Chapman faces a formal complaint after he berated a client for hiring Oxebridge to assist in AS9100 nonconformity closure. **Read more here.**

## Update on Levinson Lawsuit

As you may know, ASQ's Pennsylvania State Chair Bill Levinson filed suit against Oxebridge for defamation, but daring to suggest his political writings are racist. Much of his Florida case has been thrown out, but not all of it, and the last mile is the toughest. But ramping up to his suit, Levinson engaged in quite a defamation campaign of his own, creating entire websites dedicated to falsely accusing Oxebridge of crimes and then harassing nearly 30 former Oxebridge clients, including SpaceX. So we are suing him in Federal court for a host of issues, meaning Levinson has to fight on two fronts simultaneously, like that historical figure that Levinson likes to quote so much. But someone -- ASQ? -- is giving him money, because he's hired *two* law firms to simultaneously battle on, so we need your help. **Donate whatever you can** to help us put this issue to bed, and get on with the good work of fixing the ISO certification scheme.

## Oxebridge Reaches 80 ISO Scandal Investigations

Oxebridge has entered its 80th investigation related to scandals, product recalls, deaths, crimes or other bad behavior conducted by ISO certified entities. In almost all cases, the companies retained their certification even after the scandals were reported, even in some cases where people were arrested for crimes. The overwhelming majority are accredited by ANAB, too, who continues to do nothing.

**HELP OXEBRIDGE FIGHT ON.**
**DONATE TO OUR LEGAL DEFENSE FUND TODAY!**