Case Number: 8:15-cv-11-T-60CPT, formerly: 8:15-cv-00011

**Exhibit N – Various Exhibits by Date**

Starting in 2014, Paris "Tweets" defamatory remarks about Smith and Elsmar, agitating for a response from Smith. The following is a *sample* of said "Tweets", etc.



November 2014:



Response to Paris in another discussion forum:



Paris tries to seal March 2916 hearing transcript TWICE in 2 days, and fails.

| 03/24/2016 | 84 Ⓡ | Emergency MOTION for leave to file under seal *Emergency motion to Seal Hearing Transcript* by All Plaint |
| 03/24/2016 | 85 | **ENDORSED ORDER denying 84 Ⓡ Motion to Seal. The Plaintiff has not included any memorandum** **basis for granting the requested relief. Signed by Judge Elizabeth A. Kovachevich on 3/24/2016. (EJJ)** |
| 03/25/2016 | 86 Ⓡ | Amended MOTION for leave to file under seal *March 16, 2016 Hearing Transcript* by Oxebridge Quality R |

Paris violating the injunction in 2017:



Paris violating the injunction in 2017 and again making false claims:



Paris violating the injunction in 2017 and again making false claims:



Paris violating the injunction in 2017 and again making false claims:



Seriously doubtful…



Paris violating the injunction in 2017 and again making false claims (from an internet search):

US Court: **Oxebridge** Prevails in **Elsmar Lawsuit**. The US Federal District Court Middle District has issued a final order declaring **Oxebridge** as the prevailing party in its defamation **lawsuit** against the **Elsmar** website. Jan 20, 2017

US Court: Oxebridge Prevails in Elsmar Lawsuit - Oxebridge ...

https://www.oxebridge.com › emma › us-court-oxebridge-prevails-in-elsmar...

Another knowingly false claim:



No such "leak" occurred.


Tens of thousands of dollars? Fighting racists in court?



Local police contacted and they state no such death threats or other complaint(s) (e.g.: vandalism) have ever been reported by Paris.



Paris has filed two lawsuits, total, while 2 have ben filed against him (2014 by 2 men in New York and 2017 by Levinson).

