3. Due to SMITH's continued online postings about Plaintiffs, in violation of the Joint

Stipulation on Injunction [**Dkt. 33**] plaintiffs request this Honorable Court to enter an order

Page **1** of **2**
Wohlsifer & Boone, PLLC
1100 E Park Ave, Ste B, Tallahassee, FL 32301-2651 (850) 219-8888

sealing the hearing transcript, thus preventing SMITH from electronically disseminating

the information therein.