https://oxebridge.com/robots.txt

📁 Misc  📁 Quality  📁 Email  📁 Planet  📁 TV & Radio  📁 Humour  📁 Weather  📁 Politics

```
User-agent: ia_archiver
Disallow: /

User-Agent: *
Disallow: /images/


User-Agent: TinEye
Disallow: /

Sitemap:http://www.oxebridge.com/sitemap.xml
```