## Affidavit of Mitchell Feickert

1. I, Mitchell Feikert, am a professional graphic designer with over 14 years of experience in the field, holding a Bachelor of Fine Arts from the International Academy of Design and Technology (Tampa).

2. Currently, I serve as art director at Dunn & Company, located at 202 S 22nd St, Tampa, FL 33605.

3. My expertise includes the use of Adobe and Macromedia software and generally web design.

4. I have been retained in reference to the CASE 8:15-cv-00011, Paris v. Smith, in the Middle District Court in Tampa, Florida.

5. I reviewed screenshots taken from the website www.oxebridgequalitylawsuits.com. Specifically, I referenced screenshots entitled 3 May 2019 - Weekend Edition (exhibit "A").

6. Subsequently, I reviewed court filings in the aforementioned lawsuit, CASE 8:15-cv-00011, Paris v. Smith (Exhibit "B").

7. Based on my experience, it appears that the visuals in Exhibit A and Exhibit B came from the same source, using the same software.

8. It is clear that there was a conscience intent to stylize the screenshot in the same way.

9. I came to my conclusion because screenshots, by default, never include the sort of inner shadow that are present on both these exhibits. Rather, that shadow would need to be manually applied by an outside application.

10. There are many variables when creating an inner shadow effect in Adobe or Macromedia programs such as color, distance, choke, and size of the shadow.

11. The similarity between the two examples is likely not coincidental and I believe they were both taken by the same person using the same computer software.

12. The reason that I believe this is because there are hundreds of effects that can be applied to an image beyond the inner shadow yet in both these examples the inner shadow was identical. Therefore, I believe this particular effect was an intentional and unique aesthetic decision.

13. Accordingly, the person who created the inner shadows on Exhibit A and Exhibit B were most likely created by an individual who is familiar with Macromedia Fireworks.

13. Accordingly, the person who created the inner shadows on Exhibit A and Exhibit B
were most likely created by an individual who is familiar with Macromedia Fireworks.

14. I believe there are too many similarities based on the fact that Exhibit A and Exhibit B
are identical in stylistic choices.

15. I reside in Tampa and would be happy to testify in person as to how I came to my
specific conclusions.

I confirm this information to the best of my ability based on my professional experience.

Signed this ___12th___ day of February 2020.

_____
Signature

MITCHELL FEICKERT
Printed Name



**NOTARY VERIFICATION**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH
The Foregoing instrument was acknowledged
before me this ___ day of ___February___ 2020
for ___Mitchell Feickert___ who is
personally known, OR __X__ has produced identification,
type of identification: ___FL___

F 263-540-83-044-0

_____
Notary Public

# EXHIBIT A

May 2019 Weekend Edition

# Oxebridge Quality (Christopher Mark Paris/Erwin)
## --> Lawsuit(s) and Oxebridge "Tweets" News <--

### The Latest News in Oxebridge's Christopher Paris Tweets

26 April 2019 - Another Re-hash of old stuff...
Obsessed with the Elsmar Cove, he's running out of new accusations, it appears.
Repeat, repeat, repeat... The same old crap.
He can't stop himself from tweeting, like someone else we all know and love.



**Oxebridge** @Oxebridge · 8h   **26 April 2019**
Wow. @ElsmarCove gang really leaning full into homophobic attacks
now. Supporting racists and felons wasn't enough I suppose. @asq
still allows itself to be promoted there, natch.

Where???
**Alex Jones Type Conspiracy Allegation**

**Oxebridge** @Oxebridge · 22h
70-year old internet troll compares me to a kid who stole his girlfriend
in 8th grade, prompting the question, "what kind of 70-year old
nutcase remembers the kid who stole your girlfriend in 8th grade?" In
related news, the girl is breathing a sigh of relief.

21 April 2019 - Re-hash of old stuff...

**Oxebridge** @Oxebridge · Apr 21   **2019**
Suddenly all the racist trolls who falsely claimed Oxebridge was
bankrupt can't afford lawyers, and are representing themselves pro se.
#robustenoughforya

*Chris Paris admitted HE, personally, was bankrupt,* and stated that Oxebridge was worth US$0.00.
It's in the public bankruptcy filing.

It's nice of Crissy to use the terms"racist trolls", but it doesn't do anything for his baseless tweet as he slimes himself.

Case 8:16-bk-03463-KRM   Doc 1   Filed 04/24/16   Page 24

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christopher Mark Paris** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

Check if this is:
☐ An amended
☐ A supplemen
13 income as

**Official Form 106I**
## Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: Describe Employment

1. Fill in your employment information.

| | | Debtor 1 | Debtor 2 o |
|---|---|---|---|
| | Employment status | ☑ Employed  **Self Employed** | ☐ Employ |
| | | ☐ Not employed | ☐ Not em |
| | Occupation | Managing Member  **Only "Member"** | |
| | Employer's name | Oxebridge Quality Resources Intl, LLC | |
| | Employer's address | 1503 S US Hwy 301 Tampa, FL 33619 | |
| | How long employed there? | **16 yrs** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space...

| | | For Debtor 1 |
|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ **0.00** |

How long "employed" there? 16 years (self-employed) - No income. So - What is Oxebridge's One Man Band LLC worth?

### 14 April 2019 - "Blame Elsmar" has been Paris' theme for years now...

**Oxebridge** @Oxebridge · 18h   **14 April 2019**
Claims by the @ASQ/Elsmar/Guberman crowd's claim that
#Oxebridge's reporting makes it guilty of "treason" and subject to
capital punishment may be incitement to violence. #whistleblower
@pressfreedom

Well, he's at it again. Who knows what the hell this is about...



**Persecution complex? Ludicrous claims.**
**It's a conspiracy, I tells ya!**
Of course, Paris was accusing Elsmar of "supporting terrorism" back in 2004...
(Paris' complaint is on pages 17 and 18 of the .pdf file - The first part is Marc Smith's response)

And this crap is *STILL* up on Linkedin. **Blame Elsmar**!
A delusional paranoid rant.



# The Latest News in Oxebridge's Christopher Paris Lawsuits (Both of them since 2014....)

Oxebridge's 2015 lawsuit - {Case number: 8:15-cv-00011-EAK-TBM} (aka Chris Paris' 2014 New Years Eve Party)!

*What did Chris Paris do for fun on New Years Eve of 2014?*
He filed his FIRST ever lawsuit!

and Mr Paris' 2019 Oxebridge Lawsuit M.D.Fla._8_19-cv-00423-WFJ-SPF {aka 8:19-cv-00423-T-02SPF} 4 years later... Mr. Paris filed his **SECOND EVER** lawsuit! Chris Paris knows how to have FUN! Wheeeee....

(Our opinion, obviously) - How Chris Paris makes himself look Stupid Outright {Again, and Again, day after day} even on Holidays.

Note to Mr. Paris: Expressing an opinion is not defamation/libel nor is expressing an opinion illegal. What you are doing, however, is. Opinions herein are obvious on their face, though some, such as calling Mr. Paris a liar, have already been shown to be factual - See below "Example" under 'Summary'. As to *"vicious"*, we believe Mr. Paris was exactly that in this post which he posted on Linkedin (it's still there) as well as on his own Oxebridge.com *tabloid* website (It's still posted there as well). Can't-Access-Oxebridge's-Free-ISO-Template-Kits_-Blame-Elsmar - Mr. Paris is a fraudster - A Trumpista/Alex Jones truther nutter...

**Reminder:** *Definition of* defamation.
The act of communicating false statements about a person that injure the reputation of that person.

**Reminder:** *Definition of* libel.
NOTE: The U.S. Supreme Court has held that the First Amendment's protection of freedom of expression limits a State's ability to award damages in actions for libel.

Mr Paris' latest libel as of 9 April 2019 as **Mr. Paris "trolls" Elsmar.com, Mr. Smith and Elsmar.com's moderators and participants:**



**1.** Who is "they"?
**2.** "New cache of defamation posts leaks from (link: https://Elsmar.com) Elsmar.com website" - **None exist. Go there and see for yourself.**
**3.** There is no such court order, much less two of them. There is an element called a "stipulation on injunction" from the first lawsuit which is enforceable by the court. It is applicable to both Mr. Paris and Mr. Smith. This is not a "one way street" situation.
**4** Civil lawsuits are not "jailable" offenses", but as a Tabloid publisher Paris makes this all sound so ominous...
**5. The King of Trolling speaks!**

Mr. Paris continues to troll Marc Smith and Elsmar.com.

The 2015 lawsuit by Mr. Paris/Oxebridge was just plain *stupid* (as is the 2019 lawsuit against Mr. Smith by trying to link him with Levinson, Guberman and LaBelle) - The Lawsuit against Smith from 2015 - The Whole Deal in a Nutshell...



**NOTE 1: 24 March 2019 - We are now public again after moving active participants to a private password protected SSL domain.** Sorry if we interrupted you in watching us here, Mr Paris. On with it - New screen shots for you to take!

**NOTE 2: 3 April 2019 - We have no association whatever with Mr. Levinson, Mr. Guberman or Mr. LaBelle.**

**Summary to 9 April 2019**

This website was set up to make clear to the public Christopher Paris' public attempts to discredit Elsmar.com, Elsmar forum moderators & members, and Marc Smith personally. Mr. Paris expects to be able to publicly defame others, but cries foul when he experiences the same treatment. Filing the 2015 lawsuit against Mr. Smith, Mr. Paris' intention was obviously to restrict Mr. Smith's freedom of speech and freedom to express an opinion, which we believe is also the objective of his 2019 lawsuit. To a large degree he failed, in the end, in that Mr. Smith had rarely expressed, in public, an opinion of Mr. Paris and/or his company 'Oxebridge Quality Resources LLC". Nor did Mr. Smith ever post anything false about Mr. Paris or his company. Mr. Paris, however lies, with abandon. **Example** - See Page 5. Either Oxebridge was worth nothing and had no assets, as he claimed in bankruptcy court (which we personally believe is true), or he is lying on his website.

If Mr. Paris, or anyone, for that matter, wants to challenge anything posted here as not being factual, by all means contact legal@oxebridgequalitylawsuits.com and your complaint/email will be reviewed and replied to promptly. We have fact checked everything here, but by all means, if we missed something we will correct it promptly and print a retraction.

We received the following. It was sent to us by Mr. Paris who obviously was thinking he was emailing it to Mr. Smith. By not actually verifying Mr. Smith's actual personal email address and sending it to him personally, Mr. Paris can not expect that he has any type of claim to privacy:





4. You will publish an apology and retraction to appear on the Elsmar.com website, in which you will retract your statements made against me and my company, and apologize. That statement will remain on the webpage's header for a period of three years. You will make no comments to dilute or contradict the message made therein, whether under your own name, a pseudonym, anonymously or through any third party. You will moderate any comments made by your readers if they attempt to dilute or contradict the message on your behalf.

Christopher Paris

w w w . o x e b r i d g e . c o m

**"You Shall....<do such and such>" stands out.**

So - As Mr. Paris continues to post and host defamatory claims about Marc Smith and Elsmar.com on Linkedin, on his personal oxebridge.com website, Twitter and who knows where else, Paris demands that Marc Smith, who has not posted anything about Mr. Paris, remove *what Smith has not posted.* Talk about an impossibility.... ; ) And to boot, Paris wants an "apology"? We don't think so.

**We will take this website (oxebridgequalitylawsuits.com) down as soon as Mr. Paris complies with the following:**

1. Mr. Paris remove all defamatory material on Mr. Paris' Oxebridge.com website, and all other internet websites, including Linkedin and Twitter, or on any other website Mr. Paris has posted defamatory material related to Elsmar and Marc Smith.

2. Mr. Paris pursues the removal of prior defamatory material per the current court order(s).

3. Mr. Paris ceases and desists from publishing any new defamatory material whether under Mr. Paris' own name, a pseudonym, anonymously or through any third party.

4. **Mr. Paris publish an apology and retraction to appear on the Oxebridge.com website**, in which Mr. Paris retracts his statements made against Elsmar, Elsmar Moderators, and Marc Smith, and apologize. That statement will remain on all of Mr. Paris' Oxebridge web page headers for a period of 5 years. Mr. Paris will make no comments to dilute or contradict the message made therein, whether under Mr. Paris' own name, a pseudonym, anonymously or through any third party. Mr. Paris will moderate any comments made by his readers in his "O-Forum" if they attempt to dilute or contradict the message on your behalf.

**The ball is in your court, Mr. Paris. We'll wait for you to start.** Then again, we see you're ramping up again.



**"Tweeted" by Mr. Paris of Oxebridge fame on 1 April 2019**
**Oxebridge's Paris is *so* mistreated...**

And - We do not for a minute believe anyone is "harrassing" you or your family. Nor do we see anyone anywhere accusing you of "crimes". We *DO* see people laughing at you and your outrageous claims...

And we suggest that your experience after the 2015 lawsuit - The Streisand effect - Didn't ring a bell to you. This new lawsuit will come back to haunt you as well, Mr. Paris.

We will state this: *We do not know or have any association with, in any way, much less any communication with, Guberman (who we opine is nuts), Mr. LaBelle (whoever he is) and/or Mr. Levinson (who has apparently gone into hiding)....*

**Meanwhile... On with the subject at hand - Mr. Paris' lawsuits. Pot - Meet the Kettle, and it is fun to watch Paris go into an irrational Trumpian response on his website, on Twitter, Linkedin or where ever...** Will you take a stroll over to the Ripoff Report stuff? Have you posted there? How does anyone actually know what YOU posted? Thinking Perry Mason here - What did YOU post to make yourself *appear* to be "targeted"?

**Well - On with our focus.**

**Oxebridge Lawsuits Index**

| | Defendant | Plaintiff | Outcome |
|---|---|---|---|
| **Fall 2014** | **Federal Civil Lawsuit 1** Oxebridge LLC (one man band) and Christopher Paris | G31000 North America, Inc. | Dismissed *Without* Prejudice - Jurisdiction - Late 2014 |
| **January 2015** | **Federal Civil Lawsuit 2** Marc Smith | Oxebridge and Christopher Paris | Settled prior to a trial - Dismissed WITH Prejudice - July 2015 |
| **April 2017** | **Federal Civil Lawsuit 3** Oxebridge LLC (one man band) and Christopher Paris | William Levinson | Dismissed *Without* Prejudice - Multiple filing issues - Jan 2019, but still "In-Process" as of 28 Feb. 2019. |
| **April 2019** | **Federal Civil Lawsuit 4** 4 Defendants - Levinson, Smith, Guberman and someone named LaBelle. | Oxebridge LLC (yes, the One Man Band) and Christopher Paris | We're laughing on this one... It will probably take a year or two to completely play out. |

The first thing to consider is Chris Paris is an attention seeker who uses tabloid style writing to attract "followers". Mr. Paris has become a "Social Justice Warrior". Much of this is evident in the many things he posts, and that he does, to simply draw attention to himself, and here and there interjects total nonsense about people and organizations "attacking" him in one way or another. And think National Enquirer supermarket tabloid owned by David Pecker. This is, of course, our opinion which should be apparent on its face.





**Mr. Paris is obviously a pathological liar, at a minimum, in addition to his attention seeking behavior in general. Like Trump, Mr. Paris fancies himself as a "Trump the meme: a chaotic, super-masculine "social justice warrior" fighter."**

Only I Can Defend You

Mr. Christopher Mark Paris (dba Oxebridge Quality Resources LLC) according to his bankruptcy filing has filed 2 lawsuits against any person or company since 2015. Two (2) lawsuits have been filed *against* Mr. Paris as described below. But reading Paris' "Fundrazr" page (do a search on the key words Oxebridge Fundrazr - It's been stuck for months on end now...), Paris leads people to believe he is defending the world through his "lawsuits" lawsuits and our purpose is to debunk that "fake news." Our opinion of trying to understand Paris' libel and libel per se is --- Captain Underpants... Its just too funny. We believe that Mr. Paris is the type of person who punches someone and is surprised and offended when that person hits back, or better still, knees him in the <manly parts>. We call Mr. Paris a "sissy" - Paris believes he is a "snowflake". Oh, poor Crissy... So - Sue us for calling you names, you little fart...

**This website is owned by the corporation which now owns Elsmar.com and the contents. Or not... We are located in the Bahamas - Get over it, Mr. Paris. As such this website's mission here is to fact check Mr. Paris and his claims, and to debunk his fabrications in which he defames Elsmar.com. We have included "back door" information, knowing that Mr. Paris will, technically, cyber stalk this website and Elsmar.**

**Paris has taken the bait and made some really funny presumptuous claims (as well as, as Mr. Paris says (using his tabloid style headline language)"), "horrific" claims.. And Mr. Paris complains about "cyber stalking" - The "evidence" Paris has submitted is proof of HIS "cyber stalking" "evidence" in the recently filed lawsuit. See the "evidence" Mr. Paris has submitted in his latest lawsuit. Screen captures and much more. Mr. Paris has cited this website. Mr. Paris is "cyber stalking" this website and so much more. Paris is amusement, we admit we** admittedly were amused at Paris' claim of "doxxing" with respect to his Fundrazr site. While Mr. Paris no longer shows who contributed, he reveals the donors in his lawsuit "evidence". Mr. Paris has "doxxed" his Fundrazr contributors. Imagine that...

Yes, Chris - We "played" you. It has been, and knowing you, continues to be, fun to watch. And Chris Paris will surely be screen capturing this... ; ) while he makes claims that HE is being "cyber stalked".

Now - Let's Let's get started...

Christopher Mark Paris, a one person "company" with no known employees (aka Oxebridge Quality Resources LLC), has been involved in only 4 lawsuits which we can find as of March 2019.

NOTE: Documents posted here are publicly accessible - They are not "sealed". Mr. Christopher "Oxebridge" Paris has at various times claimed that various legal documents about his lawsuit(s) posted around the internet are "sealed" or other some such crap - They are not. They are available to anyone, anywhere, in the US's PACER system and elsewhere, such as on the free Court Listener.

To clarify, court documents posted herein are publicly available on PACER (Public Access to Federal Court Electronic Records), but they do charge to access documents. You can get them for free from Court Listener. For a while, some documents were sealed, including the Mediation Settlement Agreement. All were eventually unsealed, in part because Mr. William "Bill" Wohlsifer threw his client Mr. Paris "under the bus" by agreeing when the Federal Magistrate Judge asked if he had any objection during a telephone "hearing" in January 2016, as we understand the circumstances.

1. Lawsuit **AGAINST** OXEBRIDGE - July 2014 - G31000 North America, Inc. et al v. Paris et al, 1:14-cv-03885-VEC - Case 1:14-cv-03885-VEC - Filed 07/10/14. This lawsuit against Mr. "Oxebridge" Paris was dismissed solely for Lack of Jurisdiction. The lawsuit never went to trial. It was dismissed "without prejudice". It appears the people who filed the lawsuit decided the costs to re-file the lawsuit were simply not worth it. Our opinion, of course.

2. Lawsuit **BY** OXEBRIDGE - January 2015 - Christopher Mark Paris sued Marc Smith, personally, (not "Elsmar" as evidenced herein) in January of 2015. Case: 8:cv-00011-EAK-TBM - A Federal **Civil** Lawsuit filed in the Middle District of Florida. The lawsuit did **not** go to trial. The lawsuit was **settled out of court prior to a trial** and the lawsuit was terminated by the Judge "with prejudice". Smith, who did all his own legal filings, hired a "contract attorney" only to make sure Paris' idiot attorney would throw Paris 'under the bus' in the settlement meeting saving tens, if not thousands of $$$.

Although Christopher Mark Paris has claimed that his lawsuit against "Elsmar" was "successful", *Paris never sued Elsmar, Elsmar.com or any such rubbish.* Paris sued Marc Smith, *personally,* as well as a long defunct DBA Mr. Smith ceased to use in 2001. Mr. Paris and his lawyer Mr. William Wohlsifer put together a really stupid, outdated lawsuit considering they were stupid enough to file against a nonexistent DBA. *Other than for the Mediation Settlement meeting, where Smith needed a good contract attorney, Mr. Smith was a "per se" defendant who did all his own legal work which saved him tens of thousands of dollars.*

This, of course, made Paris' "lawyer" (essentially an ambulance chaser who caught Mr. Paris) Mr. Bill 'William' Wohlsifer look like a very stupid attorney: we opine that he is. And, in fact, the Judge commented about her, William "Bill" Wohlsifer's motions: "...The pleadings filed in this case are not at a level appropriate for federal court. This applies equally to the Defendant, who is proceeding pro se, and the Plaintiffs, who are not."- See the bottom of page 10. It's understandable that Mr. Smith's pleadings are *"...not at a level appropriate for federal court."* Mr. Smith had (well, now he has some...) absolutely no background in law, and as such can not be expected to be knowledgeable in law, but as to Mr. Wohlsifer, a licensed, practicing attorney (Ha!) who has a "federal court level" approval to plead in, shows Mr. Wohlsifer to be a total joke, as well as a liar who should be disbarred.

Technically the lawsuit was settled out of court (too expensive to fight, we assume) on 5 June 2015. In early July of 2015 the court accepted the settlement and dismissed the lawsuit *With Prejudice* so it **CAN NEVER** be reopened.



Page 2

This shows Smith, immediately on his return from the MSA, set out to comply with its terms.

Obviously agreed to by Smith **because of cost**. (and, of course, Smith got to retain ownership of Elsmar)
Mr. Smith has complied with the agreement by giving Elsmar.com to a Bermuda corporation trust.

In the end, Mr. Paris actually lost money in the lawsuit, and of course the final blow after the "Violation of Stipulation on Injunction" hearing of March 2016, Paris (aka Oxebridge) declared bankruptcy.

If you have followed Christopher Paris' posts on his website, Twitter, Linkedin and such, you will notice that, as stated above, Mr. Paris refers to the lawsuit against Marc Smith as a lawsuit against Elsmar which is knowingly false. Elsmar has never been sued by anyone or any company. Why does Mr. Paris keep referring to Elsmar? We'll explain in detail soon on another page (court case documents 122 and 123 explain Smith's position), but it started as an attempt by Mr. Paris trying to hide the lawsuit from the public. Much to his surprise, the world would soon know about every aspect of the lawsuit. Karma.



Oxebridge Knowingly False Fake Tabloid Type News

This is more proof that Mr. Paris is a **liar**, by the way...

The Oxebridge lawsuit face page:



Click the above graphic to read the entire lawsuit



It is correct to say Paris (Oxebridge) couldn't compete with a person who had retired around 2001. From what we have read we understand why.



Fighting against free information on the internet, in this day and age, Chrissy Paris is just out of his mind (aka **stupid**).

We believe this is appropriate at this point.

And for all of Paris' complaining about 15 (or 17 or however many years Paris is claiming now) years of *"continuous* tortious interference", as submitted to the court in the 2015 case, consider this:

3. Lawsuit **AGAINST** OXEBRIDGE and Mr. Christopher Paris personally - **April 2017** - William Levinson sued Christopher Mark Paris (and Oxebridge, Paris' company, as well) for libel in 2017 in the Florida State court system, in Hillsborough County court, (Case: 17-CA-003804 or Florida's "Uniform Case Number" 292017CA003804A001HC). This lawsuit, claiming Libel, was filed in Florida state court so it is not available in PACER (a federal court documents system). You have to Search for it by Company in the Hillsborough County (Florida) Court records.

*The status of the case as of March 2019:* Paris (aka "One Man Band" Oxebridge) countered with a SLAPP motion against Mr. Levinson's filing. The Judge in the case ruled that Levinson's lawsuit was **not** a SLAPP lawsuit. As of this writing, the Judge has not formally entered a Judgement against Christopher Paris, but Florida law is that when a SLAPP motion fails, the party which brought the SLAPP motion pays the other party's attorney fees to defend against the SLAPP motion (in this case Mr. Paris will owe Mr. Levinson's lawyer fees).

The judge finally did make a ruling in January 2019. Based upon what the judge determined to be, essentially, flaws in the original filing, the case was essentially dismissed Without Prejudice. This means that technically Mr. Levinson can re-file the lawsuit. It is doubtful that the lawsuit will be refiled due to the cost, but this is our opinion as of this writing.

4. Lawsuit **BY** OXEBRIDGE - **(First threat 2018, lawsuit filed February 2019)**

February 2019 - Finally - Paris has filed a flaky lawsuit - M.D.Fla._8_19-cv-00423-WFJ-SPF (Paris v. Levinson - 8:19-cv-00423). You have to read it. You can get them here for free - CourtListener

This is a Federal **CIVIL** Lawsuit, and as such is a public lawsuit. All documents are on PACER, but - PACER does charge to access them.

We plan to update with some details during the next month. We're just not in any hurry to do so. Some of what we have read is just so funny that it's hard to take seriously. Paris, of course, is already using The Tweeter to "brag"...



Paris accuses others of defamation, as he does exactly the same.
Paris - A Serial Liar and Conspiracy Theorist.

**NOTE:** Mr. Paris has been threatening to sue the ASQ (American Society for Quality) and others for "collusion" (etc.). And - It appears obvious that Mr. Paris will not actually file a lawsuit against the ASQ, but this remains to be seen. The rumor is Paris has had so many lawyers jump ship (4 now?) that he's having a difficult time finding one. Added to that, lawyers are supposed to do "Due Diligence" prior to accepting a client. More thoughts: Before accepting a Client.

And, of course, there is the money issue. Paris' lawsuit "Fundrazr" hasn't moved, as of this date, from $4,007.00 and it has been running for over 3 years. It appears few people are interested in Paris' "cause".

**21 December 2018** - We're all waiting on needles and pins, Paris having just posted this on the Twitter thing:



20 December 2018 - The lawsuit wasn't even filed until 2 months later. When posted, no one had been "served".
**"Robust"?**
**"Rending their Garments"? Really?**

More Oxebridge Trolling the ASQ on Twitter on **20 January 2019**:





**Paris tweeting into the wind to a miniscule audience and tilting at windmills.**

Is it Time for a Class Action Lawsuit Against ISO 9001 Registrars ...
https://www.oxebridge.com/.../is-it-time-for-a-class-action-lawsuit-against-iso-9001-re...

Jun 7, 2015 - **Oxebridge** Quality Resources ... Such contract violations justify a **lawsuit**. ... Such a **lawsuit** would probably be targeted at ANSI, in the US ...

**Chris Paris is out to make friends! "Dominate Your Registrar!"**

Paris' threats are not new. Paris posts threats of lawsuits from time to time, with the exception of the lawsuit against Smith, all of which were idle threats. Paris posted a similar threat early last summer. He has been doing this for years, looking back. For several years now Paris has been running a Fundrazr bit - Started over 3 years ago its up to $4,007. Not exactly a ringing success in terms of anyone being interested in supporting him financially. Does Oxebridge have your email address? If so, it's for sale on the Dark Web.



Fair Use Screen Capture

Undoubtedly Law Enforcement is Involved, a repeated standard Paris claim... He has said this so many times that it's - Well, sad. The Broken Wing syndrome. "Massive" lawsuit coming. "Horrific" - Horror movie title/Tabloid click bait word. A totally paranoid weirdo. And to advise people to "...totally infuriate your registrar auditor..." isn't the smartest advice. Like Trump, Paris thrives on conflict.

As in many of his postings, he shows his tabloid newspaper tendencies - Paris just loves the word "horrific", for example (supermarket tabloid writing words to use 101). And his claims such as: "*Senior TAG 176 leaders were revealed to be behind some of the horrific antiOxebridge videos that accuse us of terrorism, Nazism and more.*" - No evidence, as usual. Just accusations. Accusations are Chris Paris' stock in trade for his Oxebridge supermarket tabloid... And who is "us"? There is no "us". Oxebridge is a one-man-show (aka "One Trick Pony" and "One Man Band"). Some may call Paris a "One Man Wonder" - A 40 Day Wonder...

Christopher Paris has also threatened to file a federal lawsuit against Mr. Levinson, but it is beyond us what grounds to do so would be. Not to mention the currently ongoing lawsuit against Paris/Oxebridge by Mr. Levinson. Paris has also threatened Daryl Guberman, who is also a bit nutty in our opinion, with a lawsuit, yet none has been filed. Mr. Paris' various and sundry threats over the years against so many people, organizations and companies are legendary.

And then there is the 2016 Christopher Mark Paris (Oxebridge) bankruptcy.
Easy access: Christopher Mark Paris Bankruptcy Documents

Also: About Oxebridge's Fundrazr page - Collected, as of this writing on 1 March 2019, $4007.00 over a 3 year run, $1000 of which was by one person.



**Fair Use Screen Capture of "Christopher Mark Paris"**
**(or Erwin or whatever he's calling himself these days...)**

A continuing saga...

# EXHIBIT B

# IN THE UNITED STATES DISTRIC COURT

## MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

### Case number: 8:15-cv-00011-T-17TBM

### Addition to Defendant's First Response to Plaintiff's "Clerk's Minutes" of Hearing on 16 March 2016

### Court Docket Document 79 – "Minute Entry"

OXEBRIDGE QUALITY RESOURCES

INTERNATIONAL, LLC (Florida and Peru), and

CHRISTOPHER PARIS, individually.

Vs.

MARC TIMOTHY SMITH, individually

Presiding Judge: Elizabeth A. Kovachevich

Referring Judge: Thomas B. McCoun III

Court: Florida Middle District Court

---

### Case number: 8:15-cv-00011-T-17TBM

COMES NOW the Defendant, Marc Timothy Smith, hereinafter referred to as SMITH, and Christopher Paris/Oxebridge - Plaintiff (herein after referred to as "CHRISTOPHER PARIS/OXEBRIDGE") to reply to the Breach of Mediation Settlement Agreement and Joint Stipulation Hearing of 16 March 2016.

## General Comments

1. SMITH sincerely appreciates the latitude given him as a Pro Se defendant by Judge Thomas B. McCoun III. SMITH could not have asked for a more fair and impartial Judge.

2. SMITH was "blind sided" by the evidence book presented by CHRISTOPHER PARIS/OXEBRIDGE's attorney. It was SMITH's understanding that any new evidence to be submitted was to be exchanged by 10 March 2016. SMITH did not request any information/evidence from CHRISTOPHER PARIS/OXEBRIDGE believing all evidence had been presented in prior court filings. Nor did CHRISTOPHER PARIS/OXEBRIDGE request information from SMITH.

3. CHRISTOPHER PARIS/OXEBRIDGE's attorney's Exhibit List, second page is a lie. See Exhibit "A", attached (See line item 2 above). It is now 20 March 2016 and it has still not been received by mail nor is anything other than the "Index" available on PACER.

## Replies to Exhibits presented by CHRISTOPHER PARIS/OXEBRIDGE'S ATTORNEY

4. EXHIBIT 1 – This is a copy of the "Mediation Settlement Agreement". SMITH will with hold comment on how flawed the Mediation Settlement Agreement meeting was, but will say the only reason SMITH signed was due to extreme stress and the inclusion of Section 2, sub-section D): "…however defendant shall retain all ownership and rights to www.elsmar.com…".

5. EXHIBIT 2 – SMITH has already voiced his complaint about the invalid Joint Stipulation on Injunction submitted to the Court by CHRISTOPHER PARIS/OXEBRIDGE's attorney in Court Docket Document 70.

6. EXHIBIT 3 – The Claudia Bach interview on her Document Center's Standards Forum (which is not actually a "forum") - As explained in the Hearing, nothing in either agreement prohibits SMITH from giving interviews. The salient fact is that SMITH did not disclose any content from the Mediation Settlement Agreement

and said only that there was a settlement but SMITH could not discuss the
settlement. SMITH did not even mention that there had been a "Mediation
Settlement Agreement" or meeting. SMITH said only that there was **a settlement**
to end the lawsuit. It should be noted that CHRISTOPHER
PARIS/OXEBRIDGE's attorney did not include the 37 "Comments" in response
to the article which were all complementary to SMITH for his dedication to
sharing and helping people ("People Helping People") for over 19 years.

7. EXHIBIT 4 – While SMITH doubts that CHRISTOPHER PARIS/OXEBRIDGE
himself posted the comments on "Reddit", SMITH had nothing to do with them in
any way, shape or form, has no idea who posted them, and can not remove them.
Smith did research how to get the pages and comments removed, and SMITH did
copy CHRISTOPHER PARIS/OXEBRIDGE's attorney by email on his attempt
to do so. CHRISTOPHER PARIS/OXEBRIDGE's attorney new full well that
those comments can not be removed by SMITH, and CHRISTOPHER
PARIS/OXEBRIDGE's attorney would have done so were it possible. Again,
CHRISTOPHER PARIS/OXEBRIDGE's attorney is attempting to confuse the
Court (at the very least):



Also see EXHIBITS "B" and "C" – Attached

8. EXHIBIT 5 – See EXHIBIT 6 response herein.

9. EXHIBIT 6 – A through F:

   **I:**

   a. SMITH posted 1 (one) page – A "Door Sign" saying "Closed". Neither
   document prohibited such a "Closed" sign. Elsmar was closed with NO
   content available. The "Closed" sign was an "error page" which displayed
   when anyone tried to access any content on Elsmar.com – No more, and

no less. All content had been removed from the server. Had
CHRISTOPHER PARIS/OXEBRIDGE expected more, the specifics
should have been written/defined in the Mediation Settlement Agreement.

b. Mike S.'s response says it best. SMITH, after 19 years of helping people
for free, and amassing a vast Quality Assurance resource/library,
expressed his sorrow that so much accumulated free information was
caused to be destroyed by a frivolous "sue ball" lawsuit.

c. There was no such Court Order restricting SMITH from giving an
interview. CHRISTOPHER PARIS/OXEBRIDGE's attorney cites no such
restriction.

d. SMITH did not "clone" the site on "Reddit", nor did anyone else. Use of
the word "clone" is extremely misleading. As has been discussed, SMITH
has no control over "Reddit" content.

e. Before the Hearing, SMITH had never heard of http://reacttant.com. And
again, Elsmar.com was not "cloned" there. Again - Use of the word
"clone" is extremely misleading. Elsmar.com's entire content was not
"cloned" anywhere. Some people obviously took some screen captures
and copied some graphics and text, and posted them elsewhere, but did so
without SMITH's knowledge.

f. After returning home from the Hearing of 16 March 2016, SMITH did
search his computer using the key word "Bardadym" and found the
following email exchange:



SMITH did not remember the specific email exchange during the Hearing and was pressed a number of times about it and the "project". The entire exchange was simple. SMITH told him that SMITH does not own any "mark" on the word/name "Elsmar". SMITH has not followed up on Bardadym's website (the "project" referred to in Christopher Paris' email exchange with Bardadym), but SMITH hopes that Bardadym does well.

SMITH believes that "People Helping People" is a GOOD thing, no matter what race, religion or national origin. That Bardadym resides in Russia and wanted to, and apparently did, start a Quality Assurance" discussion forum is not of significance. SMITH can not be blamed for believing CHRISTOPHER PARIS/OXEBRIDGE's attorney brought this up as a "whistle word" to paint SMITH as a communist as CHRISTOPHER PARIS/OXEBRIDGE did in 2004, as well as CHRISTOPHER PARIS/OXEBRIDGE saying SMITH "...could be funding terrorists..." in 2004 in CHRISTOPHER PARIS/OXEBRIDGE's complaint about SMITH and Elsmar which CHRISTOPHER PARIS/OXEBRIDGE filed with the Ohio Attorney General (which went nowhere).

SMITH believes there was a lot of confusion in the Hearing over this. It seemed as if it was being inferred that Bardadym was in some way using the Elsmar.com forum or website for some type of "project", and that what the "project" was, it was in some way something nefarious. As can be seen, Bardadym wanted to start his own web site and wanted to used the word/name Elsmar in his domain name. Bardadym's website was in no way associated with Elsmar.com.

SMITH's answer to Bardadym was brief/terse. At the time SMITH was receiving hundreds of emails and "Linkedin" private messages most of which were lamenting the loss of Elsmar. Emails with messages of "Thank You for all you have done over the years", and many which asked why Elsmar had closed. SMITH replied to some emails, **other than those asking why Elsmar had closed**, but SMITH was getting so many emails that he couldn't respond to so many, so SMITH simply did not reply to most of them – It was overwhelming.

SMITH, now reviewing that email exchange, hopes that Mr. Bardadym's Quality Assurance forum does well. "People Helping People" is, SMITH believes, admirable. SMITH sits here today and is happy and proud that he

Case 8:15-cv-00011-T-17TBM Document 153 Filed 03/22/16 Page 19 of 27 PageID 1791

Case 8:15-cv-00011-T-17TBM – Reply to the Breach of Mediation Settlement Agreement
and Joint Stipulation of Hearing on 16 March 2016

helped so many people for free over the years and that so many people felt that Elsmar going off line was a great loss. Emails and messages are still coming in, e.g. this recent Linkedin "private" message to SMITH – E.g.:



g. July 7th 2015 - SMITH believes this is self explanatory - CHRISTOPHER PARIS/OXEBRIDGE, on his web site, as well as on public forums such as "Linkedin", called the lawsuit a "**CRIMINAL**" lawsuit full well knowing it was **CIVIL** lawsuit. SMITH believes CHRISTOPHER PARIS/OXEBRIDGE did this purposefully in order to defame/libel SMITH. SMITH did no more than clarify that it was a CIVIL lawsuit, not a CRIMINAL lawsuit.

July 25th – SMITH did not name CHRISTOPHER PARIS/OXEBRIDGE. SMITH didn't need to. Everyone already knew what was happening due to

CHRISTOPHER PARIS/OXEBRIDGE's own web site which
CHRISTOPHER PARIS/OXEBRIDGE posted on or about 28 January
2015 and remained posted for over 5 months:

---

www.oxebridge.com/emma/official-statement-on-oxebridge-extortion-suit-against-elsmar-com-and-marc-smith/

**OXEBRIDGE**
QUALITY RESOURCES INTERNATIONAL

Blog ·   Services ·   Resources ·   Champion Projects ·   Public Speaking ·

*Elsmar.com. Oxebridge will be limiting its comments on the matter until the suit is resolved.*

Since 1999, Cayman Business Systems owner Marc Smith has falsely accused Oxebridge and myself of fraud and deceptive advertising, among other false accusations. Throughout that time, we tolerated this, out of respect for Elsmar's guests. However, in 2014, Smith began to escalate the libel campaign after Oxebridge refused his demand to pay him $450,000. Oxebridge views this as nothing less than felony extortion. Worsening matters, a supporter of Elsmar — who himself is a convicted felon — had threatened to call an Oxebridge client with the intent of defaming us through that medium, as well. These two actions combined proved too much for us to bear.
*Who was this "convicted felon"? This is an outright lie.*

*Quite the exaggeration.*
Marc Smith has published tens of thousands of words on his site, Elsmar.com, defaming Oxebridge. Meanwhile, no one from Oxebridge has ever posted a single word on the Elsmar site, in that entire period. *Not one word.* In addition, we have never run a single article on Elsmar here on the Oxebridge site, despite Elsmar being central to certain investigations over CB collusion with consultants. We have consistently worked to keep Marc Smith and Elsmar at arm's length, in the hopes that he would end his libel campaign. It clearly did not work.
*He did, but eventually deleted it.*
*What investigation(s)? PARIS' paranoia?*

We understand the difference between defamation — which is illegal — and free speech and opinions, which are protected under the US Constitution. However, the posts made by Smith and his moderators breach the definition of free speech by being (a) false, (b) posted with malicious intent, and (c) intended to cause harm. *More totally FALSE statements.*

The combination of extortion and threats by a convicted felon against Oxebridge clients was too much. A cease and desist letter was sent to Smith, who responded — on his website — *by raising his demand to $5 million.*
*Price to SELL Elsmar to PARIS - There was no "extortion".*

In the meantime, the actions have not been called into question by any of Elsmar's moderators, many of whom have actively participated in the defamation. Perhaps not coincidentally, these moderators are also auditors or sales representatives of major ISO 9001 certification bodies who resent the reporting done by Oxebridge. These individuals include Randall Daily of BSI, Jennifer Kirley of UL, Sidney Vianna of DNV, and Andy Nichols of NQA-USA. Meanwhile, all four of those CBs receive advertising space on the Elsmar site, raising questions as to whether BSI, UL, DNV and NQA have breached the ISO 17021 prohibition against promoting one consultant, while actively denigrating and defaming activities against a consultant that did not offer them such perks.
*None of these companies had advertised on Elsmar since around 2009.*
*It was PARIS' intent to gain control of Elsmar.com, but the result was SMITH would not SELL to PARIS for what he believed to be a reasonable price.*
It is not our intent to shut down Elsmar, which has served the quality profession well in the past decade, despite the misbehavior of its owner. However, potential federal felonies cannot go unpunished, and Oxebridge intends to ensure that this stops. We have exhausted all means of working with Smith on this issue, and have finally had to resort to using the courts.
*Best PARIS could do was file a CIVIL lawsuit.*
*SMITH agreed to do so, and did so - PARIS kept this published on his website and continued the lawsuit thus lying to the public about the situation for over 5 months.*
If Smith were instead to simply remove the offending materials and cease all such activity, the problem could be resolved quickly, and Elsmar users would be utterly unaffected. Based on his past 15 years' of behavior, we feel that is unlikely, however.

In the coming days and weeks, Smith will no doubt return to his safe haven, and post with increased frequency an unprecedented amount of new defaming material. We know this, and are ready to withstand it. Predicting this, we have already begun to push for an immediate temporary injunction. The new material will be added to the existing court complaint.
*More totally FALSE statements. A CIVIL lawsuit was filed by PARIS.*
We intend to push for a firm resolution to this problem, including the pursuit of criminal charges against Smith and his collaborators. We have likewise not ruled out actions against DNV, BSI, UL and NQA-USA for allowing their representatives to contribute to defamation and extortion.

— Christopher Paris

---

**II** - Documents posted to Scribd:

A) and B) – This was heavily discussed during the Hearing. SMITH does not have an account on Scribd and has not posted anything there. SMITH can only say that SMITH believes the document (61) was entered into PACER and was available to the public, at least for a short time, before it was ordered "Sealed" on 10/14/2015 (Court Docket Document 63). Assuming PACER has document revision control, this should be able to be seen by the Document Control Administrator of PACER. SMITH did **not** share what now appears to be marked Court Docket Document 61 with anyone, anywhere. Period. **SMITH can not even SEE sealed documents on PACER, so there was no way for SMITH to download a sealed document from PACER.**

| 09/16/2015 | 58 | ENDORSED ORDER granting 54 Motion to Seal. Plaintiffs may file under seal with the Clerk of Court the Confidential Mediation Settlement Agreement, dated June 5, 2015, as well as their Verified Second Notice of Defendants' Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction, Motion to Compel Compliance with Injunction, Motion for Money Damages, and Motion for Attorney's Fees. Signed by Judge Elizabeth A. Kovachevich on 9/16/2015. (rjm) (Entered: 09/16/2015) |
| 09/30/2015 | | Sealed Document S-59-60. (LD) (Entered: 09/30/2015) |
| 10/14/2015 | 63 | ENDORSED ORDER directing the Clerk of Court to seal 61 Response filed by Marc Timothy Smith until further notice by the Court. Signed by Judge Elizabeth A. Kovachevich on 10/14/2015. (EJJ) (Entered: 10/14/2015) |
| 11/24/2015 | 64 | ORDER REFERRING Second Breach Motion to Magistrate Judge for Report and Recommendations. Plaintiffs are ordered to effectuate service of the Second Breach Motion on the Defendant pursuant to the terms of this order. See order for details. Signed by Judge Elizabeth A. Kovachevich on 11/24/2015. (EJJ) (Entered: 11/24/2015) |

Exhibit 7 in CHRISTOPHER PARIS/OXEBRIDGE's evidence book shows Court Docket Document 61 was entered into the Court Docket on 10/05/2015. PACER shows it was ordered sealed on 10/14/2015, so it was obviously available to the public for approximately 9 days during which anyone could have downloaded it from PACER. The PACER Document Control Administrator should also be able to show SMITH did not log into PACER during that time period and download that document. SMITH does not have a copy of that document

Case 8:15-cv-00011-T-17TBM – Reply to the Breach of Mediation Settlement Agreement
and Joint Stipulation of Hearing on 16 March 2016

downloaded from PACER on his computer.

**Smith is waiting for the documents to appear in PACER as of 20 March 2016 as per the Docket Document 79 - Minute Entry.**

PROCEEDING: SHOW CAUSE HEARING ON DEFENDANT'S BREACH OF MEDIATION SETTLEMENT AGREEMENT AND JOINT STIPULATION ON INJUNCTION

Court convened.

Court will order plaintiffs' sealed documents and defendant's responses thereto to be unsealed and placed on the public record (Docs. 59, 60, 61, 62).

Plaintiff calls Christopher Paris. Witness sworn.

III – SMITH has no control over what others post elsewhere on the internet, nor is there any requirement in either the Mediation Settlement Agreement or the Joint Stipulation for SMITH to continuously patrol the entire internet to attempt to find what other people have posted about CHRISTOPHER PARIS/OXEBRIDGE and/or the lawsuit. SMITH's obligation is for SMITH not to post anything with the words Chris Paris, Christopher Paris and/or Oxebridge, or about Chris Paris, Christopher Paris and/or Oxebridge.  SMITH is not surprised that CHRISTOPHER PARIS/OXEBRIDGE failed to foresee his filing of the lawsuit (and eventually the closure of Elsmar.com) would not be reported on and discussed in *many* places on the internet around the world. Also see "G" above - CHRISTOPHER PARIS/OXEBRIDGE was advertising his lawsuit against SMITH for over 5 months, starting in January 2015 in public on his company website and is experiencing the "blowback" and the Streisand Effect. CHRISTOPHER PARIS/OXEBRIDGE should have thought of that when CHRISTOPHER PARIS/OXEBRIDGE first started defaming SMITH on "Twitter" and other public internet venues in 2014, if not earlier, not to mention CHRISTOPHER PARIS/OXEBRIDGE filing a lawsuit against SMITH (See Exhibit "D").

**IV** – Probably true. However, notice the word "…**presumably**…" used by CHRISTOPHER PARIS/OXEBRIDGE. "Linkedin" has **thousands** of "groups", including CHRISTOPHER PARIS/OXEBRIDGE's own "ISO 9001" group. SMITH does not have access to them all, and again, SMITH has no control over what people post on the internet, nor does the Settlement Agreement or the Joint Stipulation require SMITH to "police" all "Linkedin" groups seeking posts made by others. As it is with CHRISTOPHER PARIS/OXEBRIDGE, SMITH does not have access to all the "Linkedin" groups. This is another **"impossibility"** scenario, nor is it a requirement of the Joint Stipulation on Injunction the Mediation Settlement Agreement:

> 5. In paragraphs 5(b) of the Joint Stipulation, SMITH agreed to:
>
> remove any online commentary regarding OXEBRIDGE or PARIS authored by SMITH on any website, social network, or any other manner of technology or communication now known or later to become known.

In addition, CHRISTOPHER PARIS/OXEBRIDGE banned SMITH from his "Linkedin" "ISO 9001" Linkedin group, as CHRISTOPHER PARIS/OXEBRIDGE has many other people. SMITH had not even commented in the group!

The following is a copy of a "private message" on Linkedin a person emailed to SMITH when s/he heard of the lawsuit – It is from Christopher Paris to a person he threatened to "ban" from his Linkedin "ISO 9001" group:



Quite a few people emailed me screen captures of Christopher Paris'
Linkedin communications **after** the lawsuit was filed. The one above
was from **August 2014, well before the lawsuit, which was
emailed to me** *after* **the lawsuit was filed.** Christopher Paris has
been making enemies for years. It is quite obvious that Christopher
Paris is not exactly diplomatic in his communications with people and
has a way of making enemies. CHRISTOPHER PARIS/OXEBRIDGE's
life is one of complaining (See Exhibit "D") and trying to "burrow into"
other peoples and organization's affairs (See Exhibit "F").

**V** – Totally discussed. SMITH awaits a letter from CHRISTOPHER
PARIS/OXEBRIDGE's lawyer.

**VI** – SMITH has no control over the legacy (abandoned) page on the
defunct quality1stop.com forum.

Case 8:15-cv-00011-T-17TBM – Reply to the Breach of Mediation Settlement Agreement
and Joint Stipulation of Hearing on 16 March 2016

10. **EXHIBIT 7** – Already discussed *ad nausum* in Exhibit 6, section II herein.

11. **EXHIBIT 8** – Considering CHRISTOPHER PARIS/OXEBRIDGE's attempt to
smear SMITH, such as by "hacking" his own web site and pointing the finger at
SMITH, this could very easily be one of CHRISTOPHER
PARIS/OXEBRIDGE's "bag of tricks" to negatively portray SMITH in an
extremely negative light. SMITH has no account with, nor has SMITH *ever*
posted anything, on "Scribd", anonymously or otherwise.

12. **EXHIBIT 9** – See Exhibits 6 section II, and Exhibits 7 and 8 above.

13. **EXHIBITS 10 and 11** - CHRISTOPHER PARIS/OXEBRIDGE should have
anticipated his defamation of SMITH and Elsmar on public internet venues such
as "Twitter" and "Linkedin" (and who knows where else), including on his
company website going back to 2014, and possibly earlier, would be indexed in
search engines. CHRISTOPHER PARIS/OXEBRIDGE filing the lawsuit against
SMITH did not help matters. In fact, it has exacerbated them significantly.

WHEREFORE, SMITH hereby requests that this Honorable Court:

A. Respectfully requests that the Court give SMITH a minimum of 45 days to
receive the court transcript, to review it, and to add an addition to this response
into the Court record before reporting on and/or filing a recommendation. It was
hard to hear much of what was said during the Hearing. In addition, along with
the new "evidence" the Hearing became chaotic as topics were rapidly changed
confusing SMITH at times.

B. Dismiss CHRISTOPHER PARIS/OXEBRIDGE's Claim of Breach of Mediation
Settlement Agreement and Joint Stipulation (the Stipulation on Injunction – Court
Docket Document 33 and the Mediation Settlement Agreement – Court Docket
Document 49).

C. That the Court consider perjury charges against Christopher Paris for lying under
oath about his "O-Forum" having been discussed prior to the completion of the
Mediation Settlement agreement. There was no mention of his "O-Forum" before or
during the Mediation Settlement Agreement meeting, nor was there any mention of

"...recouping costs..." by starting his forum in hopes of attracting people who visited Elsmar to his "O-Forum".

D.  Sanction CHRISTOPHER PARIS/OXEBRIDGE and CHRISTOPHER PARIS/OXEBRIDGE's attorney as deemed appropriate by the Court for filing a frivolous motion which they knowingly filled with outright lies and misleading verbiage, attempting to deceive the Court, and otherwise attempting to defame and smear SMITH.

E.  Sanction CHRISTOPHER PARIS/OXEBRIDGE's lawyer as deemed appropriate by the Court for submitting a false document to the Court (the Stipulation on Injunction – Court Docket Document 33) and to declare that document void. A licensed lawyer should be ethical and not take advantage of a Pro Se, or any other, Defendant.

F.  That CHRISTOPHER PARIS/OXEBRIDGE reimburse SMITH for travel expenses, including travel time, to attend the 16 March 2016 hearing – Approximately US$1300 direct expenses and US$1400 travel time (Total = US$2,700).

G.  That CHRISTOPHER PARIS/OXEBRIDGE reimburse SMITH for 85 hours (as of this moment on 21 March 2016) of time spent to respond to the motion at a reasonable rate of US$150/hour – Approximately US$12,750.

H.  That CHRISTOPHER PARIS/OXEBRIDGE be responsible for paying any/all Court costs and any and all other costs/fees that arise from the CHRISTOPHER PARIS/OXEBRIDGE motion including reimbursing SMITH US$655 for the 7 day transcription fee SMITH has to pay for the hearing transcript.

I.  That CHRISTOPHER PARIS/OXEBRIDGE be responsible for paying his attorney fees and related costs.

J.  Sanction CHRISTOPHER PARIS/OXEBRIDGE from submitting any further motion with regard to any claim of Breach of Mediation Settlement Agreement and/or the Joint Stipulation.

Case 8:15-cv-00011-T-17TBM – Reply to the Breach of Mediation Settlement Agreement
and Joint Stipulation of Hearing on 16 March 2016

I declare under penalty of perjury that the forgoing
is true and correct.

Dated and respectfully submitted to the Court using
UPS this 21st day of March 2016.

Marc Timothy Smith (SMITH pro se)

By: _Marc Smith_

8466 Lesourdsville-West Chester Road

West Chester, Ohio 45069-1929

Tel: 513 720-0600

Email: marcsmith102@cinci.rr.com

I certify that a copy of this document is being furnished on the same date to the court and
to William R. Wohlsifer, Attorney for PARIS/OXEBRIDGE at:

William R. Wohlsifer

1100 E. Park Ave Ste B

Tallahassee, Florida 32301

(Attorney for PARIS/OXEBRIDGE)

_Marc Smith_
Marc Timothy Smith (SMITH pro se)