Case 8:15-cv-00011-EAK-TBM   Document 84   Filed 03/24/16   Page 1 of 2 PageID 825

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, individually,

   Plaintiffs,                            CASE NO.: 8:15-CV-11-T-17TBM

v.

MARC TIMOTHY SMITH, individually,
and d/b/a CAYMAN BUSINESS SYSTEMS,

   Defendants.
_____/

**EMERGENCY MOTION TO SEAL HEARING TRANSCRIPT**

COMES NOW the plaintiffs, OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC and CHRISTOPHER PARIS cumulatively ("plaintiffs") by and through their undersigned attorney, due to the short deadline before the release of the transcript, hereby files this Emergency Motion for Entry of an Order Sealing Transcript of March 16, 2016 Hearing and states as follows:

1. On March 16, 2016, there was a Hearing to Show Cause on Defendant's Breach of Mediation Settlement Agreement and Joint Stipulation on Injunction (the "Hearing").

2. On March 21, 2016, Plaintiffs' counsel received notification that defendant, MARC TIMOTHY SMITH ("SMITH") ordered a Hearing transcript to be **delivered in seven days**.

3. Due to SMITH's continued online postings about Plaintiffs, in violation of the Joint Stipulation on Injunction [Dkt. 33] plaintiffs request this Honorable Court to enter an order