

Re: Your linking to Elsmar in your rant – 20120218 – 20140502/3 (Paris) – Temporary Items

**Re: Your linking to Elsmar in your rant – 20120218 – 20140502/3 (Paris)**

Marc Smith
Sent: Saturday, May 3, 2014 at 9:40 AM
To: chris@oxebridge.com

Evidence Exhibit "C"

Nope – There is no price for just removing the posts. That would not be ethical on my part. But, as I said – I'll consider selling Elsmar to you and you can do what ever you want with it. I'm 64 and about ready to sell. I'm not into ISO and all the standards any more, and the internet, such as it is today, bores me.

Like I say – I'll consider selling you Elsmar (site and contents). The domain its self is a Brand these days. BTW – Twitter, Facebook group, LinkedIn group, Google+ group would be in the package.

As to the steep price, it has had a number of 100K+ years. If I was going to list it I'd probably start at US$750K and try to get 550 or 600.  If I was younger and still interested and aggressive, I'd rebuild the site and get back in to 100K years again. It has the potential.

But – You never know. I'm not even sure why I offered to sell Elsmar to you. Tomorrow you might say you want it and I may decide I don't want to sell it. It is a steady income stream for me.

So it goes – Being in contact with you again is like watching the 1976-77 Mary Hartman, Mary Hartman series again.

From: Christopher Paris <chris@oxebridge.com>
Organization: Oxebridge Quality Resources International LLC
Reply-To: <chris@oxebridge.com>
Date: Saturday, May 3, 2014 8:24 AM
To: Marc Smith <elsmarmarc@gmail.com>
Subject: Re: Your linking to Elsmar in your rant - 20120218 - 20140502/3 (Paris)

So, I just want to be clear. I can get the negative posts about me removed if I pay you $450,000.

I am not interested in buying the site, but that's steep. If I don't buy the site, is there another figure you can throw out that's more reasonable?

CP