As for transfer of the www.elsmar forum, it would include:

* The three domain names: elsmar.com<http://elsmar.com>, qs9000.com<http://qs9000.com> and 16949.com<http://16949.com>.
* The full Elsmar forum, intact, with the full database (all forum messages, postings, threads, etc... untouched)
* Transfer of any current advertising contracts with site advertisers
* All other Elsmar site content (blogs, pages, PDF files, etc.)
* All applicable passwords (Forum admin access, FTP, server access, Google analytics, etc.) - would not include user passwords, of course
* Agreement that Smith cannot post anything regarding the site transfer regarding the transfer itself; this limits his ability to "poison the well" and invite people to leave the site prior to my ownership.
* Ongoing compliance to the joint stipulation, so that Smith must remove any material on sites other than Elsmar, and refrain from posting new defamatory material
* Noncompete agreement, where Smith cannot open a rival website for at least 5 years. This

P:

doesn't limit him from offering consulting (although he says he's retired) but just the operation of a forum which would compete with the content of Elsmar
* He can keep any revenue he's made to date from user subscriptions or advertising; future revenue would go to Mr. Paris.