**MARC SMITH**                                                    Today at 7:52 PM

To:  Glen Shrayer

Florida Bar Association Complaint - 11-02-2020

Re: M.D.Fla._8_19-cv-00423-WFJ-SPF and continuing to M.D.Fla._8:15-cv-11-T-60CPT

This is to notify you that I intend to file a complaint with the Florida Bar Association.

If you want to settle this between us prior to my continuing, let me know.

As I have stated, I can only be reached by email.

I will be notifying the Court of this email - My attempt to contact you and to settle this between us prior to my proceeding.

Marc Smith