**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:15-cv-11-T-60CPT | **DATE:** February 13, 2020 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC, et al.** **v.** **MARC TIMOTHY SMITH** | **PLAINTIFF COUNSEL** Glen Shrayer **DEFENSE COUNSEL** Pro Se (by phone) | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 1:34 – 1:40 p.m. **TOTAL:** 6 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**    MOTION HEARING

Court addresses Plaintiffs' motion for order to show cause (Doc. 146).