UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY
RESOURCES INTERNATIONAL,
LLC, and CHRISTOPHER PARIS,

    Plaintiffs,

v.                                Case No. 8:15-cv-11-T-60CPT

MARC SMITH, individually and d/b/a
CAYMAN BUSINESS SYSTEMS,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS'
"MOTION FOR ORDER TO SHOW CAUSE;" and**

**ORDER FOR DEFENDANT TO SHOW CAUSE**

This matter is before the Court on Plaintiffs' "Motion for Order to Show Cause," filed on December 20, 2019.  (Doc. 146).  Defendant responded in opposition on January 3, 2020.  (Doc. 149).  The Court held a hearing on this matter on February 13, 2020.  (Doc. 158).  Upon review of the motion, response, court file, and record, the Court finds as follows:

Plaintiffs contend Defendant has violated the mediation settlement agreement and joint stipulation on injunction.  (Docs. 33, 35).  The injunction required Defendant, in relevant part, to not publish any new content about Plaintiffs on any internet forum, website, social network, or any other matter of technology now known or to become known.  (Doc. 33).  Upon review, the Court finds that Plaintiffs' motion and the evidence presented satisfy their obligation to

present a *prima facie* case that Defendant has violated the stipulation and injunction.

Accordingly, Defendant is ordered to show cause why he should not be held in contempt of the injunction. Defendant is directed to file a brief not to exceed twenty pages, as well as any other appropriate evidence, with the Court no later than **June 1, 2020**, addressing these allegations of noncompliance with the injunction. Plaintiffs are also granted leave to file a reply brief no longer than ten pages that must be filed within fourteen days of Defendant's brief. If warranted by the filings, the Court may set this matter for a hearing.

Plaintiffs are directed to personally serve this Order on Defendant, and to file proof of service with the Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 1st day of May, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**