Response to Docket Document 159 in Case No. 8:15-cv-11-TPB-CPT And Motion to Compel Compliance

1  IN THE UNITED STATES DISTRICT COURT
2  MIDDLE DISTRICT OF FLORIDA
3  TAMPA DIVISION
4
5  Case number: 8:15-cv-00011-TPB-CPT
6  Response to Docket Document 159 - Order to Show Cause
7
8  OXEBRIDGE QUALITY RESOURCES
9  INTERNATIONAL, LLC, and
10 CHRISTOPHER PLAINTIFF, individually.
11
12 PLAINTIFF,
13
14 Vs.
15
16 MARC TIMOTHY DEFENDANT, individually,
17 and d/b/a/ CAYMAN BUSINESS SYSTEMS (a non-existent DBA since 2001)
18
19 DEFENDANT.
20
21 Judge: Thomas P. Barber
22 Court: Florida Middle District Court
23
24 COMES NOW the Defendant, Marc Timothy Defendant, hereinafter referred to as
25 DEFENDANT, to Reply as required in DKT 159.
26
27 **RESPONSE TO DKT 159 AND MOTION TO COMPEL COMPLIANCE**
28 This document was preceded by DKT 153 and supporting exhibits A through O This
29 is an addition thereto.

Response to Docket Document 159 in Case No. 8:15-cv-11-TPB-CPT And Motion to Compel Compliance

30

31        **BACKROROUND IS DESCRIBED IN DKT 122 and DKT 153**

32 This document should be read with consideration to DKTs 122, 123, 135, 140, 141,

33 144, 148, and 153 including all attachments, as all are part of Defendant's

34 complaints of Violation of Injunction by Plaintiff between Jun 19, 2017 and present.

35 As noted in DKT 122, para. 7:

36
> 7. During the 16 March 2016 Hearing in Tampa [Transcript is Docket Document 87], and in his "Report and Recommendation" [Docket Document 99], Federal Magistrate Judge Honorable Thomas B. McCoun III made it clear that to violate the Stipulation on Injunction it was not necessary to specifically use the words "Oxebridge" and/or "Christopher Paris" by name per the Stipulation on Injunction, and that reference by inference and/or association was applicable which is evidenced by Federal Magistrate Judge Honorable Thomas B. McCoun III's decision to "award" CHRISTOPHER PARIS US$1000.00 even though SMITH did not reference CHRISTOPHER PARIS or OXEBRIDGE specifically by name at any time, anywhere.

37
> 8. CHRISTOPHER PARIS and his lawyer agreed that violation of the Stipulation on Injunction includes "...indirectly referencing plaintiffs..." [Docket Document 48, page 3, paragraph 10], and as such also applies to CHRISTOPHER PARIS indirectly referencing the Defendant (SMITH).

38

39 In DKT 132, the Honorable Judge E. Kovachrvich "Denied" DKT 122 of 19 June 2017

40 according to Local Rule 3.01(g). However it was mainly intended to ensure both the

41 Plaintiff, Plaintiff's Attorney of record at the time and this Honorable Court that

42 Plaintiff was (and as of this writing is) violating the Stipulation on injunction (DKT

43 35). Exhibits A, B, C, D, E.

44

45  Even the Plaintiff has directly equated "Elsmar" with Marc Smith (Defendant) and
46  this lawsuit to the point where they are firmly linked together to the point where
47  they are synonymous. E,g.:

48  [Screenshot: www.oxebridge.com › emma › us-court-oxebridge-pre... — "US Court: Oxebridge Prevails in Elsmar Lawsuit | Oxebridge ... Jan 20, 2017 - The case arose from a 15-year flood of defamatory statements and copyright violations published on the popular quality management forum ..."]

49  Still published on Oxebridge.com on 25 May 2020 at:
50  https://www.oxebridge.com/emma/us-court-oxebridge-prevails-in-elsmar-
51  lawsuit/.

52  * " 'In deciding whether an injunction has been violated it is proper to observe the objects
53  for which the relief was granted and to find a breach of the decree in a violation of the
54  spirit of the injunction, even though its strict letter may not have been disregarded.' "
55  Inst. of Cetacean Research v. Sea Shepherd Conserv. Soc'y, 774 F.3d 935, 949 (9th Cir.
56  2014) (quoting John B. Stetson Co. v. Stephen L. Stetson Co., 128 F.2d 981, 983 (2d Cir.
57  1942)).

58

59  As seen below, Plaintiff' filing the lawsuit in 2015 elicited a strong negative
60  response. Defendant is (on Linkedin, and in numerous venues around the world)
61  appreciated for his chartable works..

Response to Docket Document 159 in Case No. 8:15-cv-11-TPB-CPT And Motion to Compel Compliance



62

63  Defendant suggests the Honorable Judge Thomas P. Barber visit

64  https://elsmar.com/accolades.html and consider the responses in Exhibit K.

65  Defendant has been honorably helping people for free for well over 20 years.

66  Defendant's traits in no way approach Plaintiff's many false and malicious

67  accusations, e.g.: This is "15 years of persecution": Exhibits F, L and O.

68

69  It should also be taken into account that plaintiff has made knowingly false claims to
70  the Court, an example of which is described in Exhibit I.
71
72  **PLAINTIFF' CONTINUOUS INJUNCTION VIOLATIONS ARE/WERE BOTH**
73  **KNOWINGLY FALSE AND FANTASTICALLY ABSURD RANTINGS**
74
75  Of particular note is Plaintiff' publishing on both Linkedin and his Oxebridge
76  website, on May 31, 2017, and *still posted as of this writing* on 25 May 2020 his
77  Oxebridge website, *"ELSMAR HACK OF OXEBRIDGE ISN'T THEIR FIRST RUN-IN WITH*
78  *THE LAW".* (Exhibit E) and https://www.oxebridge.com/emma/elsmar-hack-of-
79  oxebridge-isnt-their-first-run-in-with-the-law/  (Exhibit E). The hit piece is absurd
80  on its face. In it Plaintiff makes claims about Federal Court orders which did not
81  exist, and other various malicious defamatory claims that "Elsmar" (which everyone
82  knows is the Defendant) did various  things,.
83  In addition, there is Plaintiff' hit piece "Can't Access Oxebridge's Free ISO Template
84  Kits? Blame Elsmar". (Still posted on LinkedIn on 18 April 2019 Exhibit O).
85
86  Defendant believes the interest of justice requires the Violations of the Plaintiff be
87  considered in any decision on Plaintiff's motion.
88
89  **Summary**
90  Plaintiff's motion did not comply with Local Rule 3.01(g) in its filing (DKT 146) and
91  Plaintiff has never tried to communicate with Defendant in this matter.
92  Plaintiff has been, continually, violating the injunction going back to 2015 (five +
93  years).  Yet the Court states the plaintiffs have presented a *prima facie* case made up
94  of irrelevant, frivolous and malicious allegations.  DKT 159.
95
96   Defendant has in DKTs 122, 123, 153 (and is) rebutting with a clearly **factual**
97  response.   In addition, Plaintiff has 'lawyer shopped' since the case was settled out

98  of court and dismissed With Prejudice (Wohlsifer first after the settlement, then
99  Lorenzo and most recently Shrayer in M.D.Fla._8_19-cv-00423) in attempts to get
100 this entire case reopened or reintroduced by including Defendant in a new lawsuit..
101 Defendant can, should the Court wish, present an additional 350+ pages of both
102 *factual and prima facie* "evidence" as Plaintiff did in M.D.Fla._8_19-cv-00423-WFJ-
103 SPF  in attempt of overwhelm the Court with irrelevant, frivolous and malicious
104 documents.
105
106                               **Legal Harassment**
107 Plaintiff's actions are nothing less than legal harassment by the Plaintiff, first by
108 Wohlsifer and more recently by Lorenzo and now Shrayer.  Lorenzo went so far as
109 to try to get the case reopened for Discovery. (DKTs 143, 144) Plaintiff has
110 continually searched the internet looking for anything he can blame on the
111 Defendant as is evident in exhibits to DKT 146. What Plaintiff finds Plaintiff
112 attributes to Defendant with no actual clear and convincing, factual "evidence".
113
114                          **Apology to this Honorable Court**
115 Defendant apologizes to this Honorable Court that this document does not meet
116 'Federal Standards' . However considering attorneys licensed to practice in this
117 Court have not been compliant either, Defendant believes that the Court cannot
118 expect a Pro Se defendant to be fully compliant.



119
120 An attorney licensed to practice in Florida, and in Federal Court, isn't 'compliant'.
121 Surely this Court can not expect a Pro Se defendant to meet the same standard when
122 an experienced, licensed attorney doesn't.  This entire proceeding is a mockery of
123 the Federal Court system. Defendant is tired of Plaintiff's complaints, such as in
124 M.D.Fla._8_19-cv-00423-WFJ-SPF wherein Plaintiff filed in excess of 360 "prima
125 facie Exhibits.
126 **REQUEST FOR RELIEF**
127
128 WHEREFORE, Defendant requests this Honorable Court Reject the Plaintiff's Motion
129 *With Prejudice* to keep the Plaintiff from legally harassing Defendant, and failure to
130 comply with Local Rule 3.01(g).
131
132 Having submitted *Factual* evidence to the Court, Defendant believes his evidence
133 outweighs the *prima facie* 'evidence' submitted by the Plaintiff. In addition,
134 Defendant believes Plaintiff's motion is moot because Plaintiff has obviously been,

135   and continues to be, violating the injunction, and is *currently* doing so as of the date
136   of this submission.
137
138   Defendant requests that any future hearing, if any, be by telephone per Local Rule
139   3.01(i) due to distance, and due to Defendant's medical conditions.
140
141   **CERTIFICATE OF GOOD FAITH (Local Rule 3.01(g)**
142   The undersigned certifies that a good faith effort has been made to confer with the
143   opposing party to resolve this matter and that the attempt has been unsuccessful.
144
145   # CERTIFICATE OF SERVICE
146   **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all
147   parties receiving electronic notification via the CM/ECF filing system as of the below
148   date.
149
150   I declare under penalty of perjury that the forgoing is true and correct.
151   Dated and respectfully submitted to the Court using CM/ECF this 28th day of May
152   2020.
153
154   /s/Marc Timothy Defendant (DEFENDANT Pro Se)
155   elsmarmarc@icloud.com
156   513 341-6272
157
158   Exhibits list below.
159
160

161

162

163

164    Exhibits List:

165

| Exhibit | Description | |
|---|---|---|
| A | Duck Duck Go Search Results - 4 May 2020 | Results 1 through 6 |
| B | Duck Duck Go Search Results -4 May 2020 | Results7 through 13 |
| C | Google Search Results - 4 May 2020 | Results 1 through 6 |
| D | Google Search Results - 4 May 2020 | Results 13 through 18 |
| E | Run in with the law | Supposed "hack" of Paris' website |
| F | 2015 Lawsuit Timeline | 2001 to 2020 |
| G | Still violating injunction | As of 23 May 2020 |
| H | Guberman Links | |
| I | Plaintiff's spurrious false claims to the court | |
| J | Deleted Tweets all but 21 of 1,640+ | Probably due to Levenson lawsuit |
| K | Standards forum article | Accolades included |
| L | Elsmar Threads found 3-2015 | No long "history of defamation |
| M | "New Batch" false claim | Knowingly false statement |
| N | Admission Smith did not hack his website | |
| O | Can not access - Hit piece - Linkedin | |
| P | Boone (atty) lie to court | Tracey Pratt as witnrss |
| Q | Paris "Doxes" people and knowingly false claims | |
| R | Paris - Claims "new" cache of defamation | Knowingly false statement |
| S | "Elsmar Cove Implicated" | Stikk online on 27 May 2020 |
| T | The Oxebridge Guberman War | |

166