https://duckduckgo.com/html?q=site%3Aoxebridge.com elsmar

## Exhiit A - 4 May 2020

### About Christopher Paris - Oxebridge Quality Resources
www.oxebridge.com/emma/about-christopher-paris/

In response to a 19-year plus defamation campaign perpetrated by the quality forum **Elsmar**.com (formerly the "Cayman Cove"), Oxebridge launched a defamation and extortion lawsuit; it is currently...   **1**

### Six Weeks in the Life of Oxebridge... - Oxebridge Quality …
www.oxebridge.com/emma/six-weeks-in-the-life-of-oxebridge-peru-edition/

The "Oxebridge Quality Lawsuits" defamation website was still updating the publication of false claims about Oxebridge (no, we don't own anyone any legal fees for anything; no, the **Elsmar** case wasn't...   **2**

### Oxebridge Securing Whistleblower... - Oxebridge Quality …
www.oxebridge.com/emma/oxebridge-securing-whistleblower-protections-u

...DNV-GL republished six Oxebridge articles without permission, using them as a platform to launch a yearlong defamatory rant against Oxebridge and Mr. Paris on the **Elsmar** website; that manager was...   **3**

*The articles were not published publicly.*

### Following Pressure From Oxebridge... - Oxebridge Quality…
www.oxebridge.com/emma/following-pressure-from-oxebridge-asq-updates

DNV's Sidney Vianna was caught violating Oxebridge's copyright at least six times by republishing our articles on **Elsmar**.com, and then adding defamatory commentary accusing me of mental health...   *This was in a private discussion.*   **4**

### Registrar Defends US TAG... - Oxebridge Quality Resources
www.oxebridge.com/emma/registrar-defends-us-tag-rep/

I've taken a hands-off approach towards other consultants for over a decade, even if they haven't necessarily reciprocated (see **Elsmar Cove** for just one 17-year long example.) My thinking was that...   **5**

### Former Felon Plotted to "Destroy..." - Oxebridge Quality R…
www.oxebridge.com/emma/former-felon-plotted-to-destroy-oxebridge/

Online at the **Elsmar site**, Bucey has never admitted to his prison time, but hinted at intimate knowledge of prison life in 2006, which he alleged to have obtained via volunteer work with prisoners   **6**