https://duckduckgo.com/html?q=site%3Aoxebridge.com elsmar

## Exhibit B - 4 May 2020

**Former Felon Plotted to "Destroy..." - Oxebridge Quality R...**
www.oxebridge.com/emma/former-felon-plotted-to-destroy-oxebridge/
Online at the Elsmar site, Bucey has never admitted to his prison time, but hinted at intimate knowledge of prison life in 2006, which he alleged to have obtained via volunteer work with prisoners   **7**

**How CBs Punish Clients for Bad Auditors - Oxebridge Qu...**
www.oxebridge.com/emma/how-cbs-punish-clients-for-bad-auditors/
Share: PreviousOxebridge to Shut Down, Apologizes to Elsmar, ASQ, Trolls.   **8**

**Oxebridge Site Restored - Outage Being Investigated | Ox...**
www.oxebridge.com/emma/the-o-forum/oxebridge-articles/oxebridge-site-re
The Oxebridge website has hardened after a previous hack by Elsmar actors. Other than cookies or forum user login data, the Oxebridge website does not store personally identifiable user data, and so...   **9**

**Registrar AMPLUS Falsely Claims... - Oxebridge Quality ...**
www.oxebridge.com/emma/registrar-amplus-falsely-claims-accreditation-by
Sleuths that they are, they began sending me URLs of the defamatory articles published by fellow certificate mill operator Daryl Guberman and the Elsmar-linked website "Oxebridge Quality Lawsuits..."   **10**

**Blog & News Posts - Oxebridge Quality Resources**
www.oxebridge.com/emma/latest-blog-posts/
Oxebridge to Shut Down, Apologizes to Elsmar, ASQ, Trolls.   **11**

**Satire Archives - Oxebridge Quality Resources**
www.oxebridge.com/emma/category/satire/
Category: Satire. Oxebridge to Shut Down, Apologizes to Elsmar, ASQ, Trolls.   **12**

**Uncategorized Archives - Oxebridge Quality Resources**
www.oxebridge.com/emma/category/uncategorized/   **13**
In 2012, former convicted felon and Elsmar moderator Wes Bucey discussed how to "destroy" Oxebridge through the use of "bad publicity" and then engaged in years of defamation against...