Elsmar Hack of Oxebridge Isn't Their First Run-In With the Law - Oxebridge Quality Resources 5/3/20, 5:59 PM



O-Forum | The Auditor (Comic) | Blog | Services | Resources | About | Merch | Whistleblower Program | Request Quote

# Exhibit E

## ELSMAR HACK OF OXEBRIDGE ISN'T THEIR FIRST RUN-IN WITH THE LAW

Posted by Christopher Paris | May 31, 2017 | Opinion



As you have probably read about, the Oxebridge site was hacked recently through what I called an "unsophisticated but pernicious" attack against our site's internal firewall. The hack was tracked back to at least one moderator of the popular Elsmar Cove quality forum, but it's owner "John Peachfarm" has been implicated. Mostly due to his own post-hack gloating, too, but there are other pointers in his direction that currently have him "terrified" according to one source.

Oxebridge was the prevailing party in a US Federal defamation and extortion lawsuit against Elsmar, and that suit is entering a second contempt of court phase, so I'm not at liberty to discuss much due to a current court order. That order does not limit me from talking about the Elsmar site, nor "John Peachfarm" who didn't exist until after the order was issued.

This is the second time the Oxebridge site was hacked in a manner related to the Elsmar site. The previous hack saw our site defaced with a page reading "ELSMAR STRIKES BACK!" which lasted a few hours. Peachfarm and others later accused me of hacking the site myself, making absolutely no sense.

**The Guberman Attacks**

The Oxebridge site was then victimized by Daryl Guberman and Donald LaBelle, operators of the "certificate mill" operation called G-PMC Registrars, which sells ISO certificates for anything under



### READ MORE



**STONEWALLING IS THE ACCREDITATION SCHEME'S LATEST TACTIC TO AVOID INTERNATIONAL RULES**
14 February, 2020



**IAF CERTSEARCH DATABASE ALREADY INCLUDES ERRONEOUS CERTIFICATE INFO**
12 February, 2020



**PROMOTING CERTSEARCH, IAF DROPS THE F-WORD TO DESCRIBE NON-MEMBER CERTIFICATES**
7 February, 2020



**OP-ED: ASQ SHOULD CELEBRATE BLACK HISTORY MONTH BY DENOUNCING RACISM**

the sun, even offering to do so without — you know — actually conducting an audit. Guberman once agreed to provide an ISO 9001 certificate to a fictional company that claimed to build life vests made out of cement. The "staff" photos appearing on his website include stock model photos and at least one of Guberman's former co-workers, who is actually dead. Guberman once issued a certificate for a firearm manufacturing standard "ARM 9009" which doesn't even exist. LaBelle posted a "CNN report" about G-PMC which featured an amateur actor pretending to be a newsman in front of a low-budget computer backdrop (seriously, go see it.)



Angry at the Oxebridge reporting on their antics, Guberman and LaBelle filed almost 50 fraudulent DMCA copyright notices in order to shut the site down, going so far as to falsely assert they were the legal representatives for a host of people who never even heard of them. Below you can see an example where Guberman pretended to be the legal representative for US TAG 176 member Julie Congress. In one example, Guberman alleged to be the legal representative over a photo of me, meaning I would have had to have **hired him to sue myself**, which I can attest that I did not. Impersonating an attorney is a crime in most cases, but this one is so weird, it's not actually clear. In any event, the flood of these fraudulent filings forced the temporary shutdown of the Oxebridge site until we could find a hosting company that would fight back against "copyright trolls" like Guberman.



Fraudulent DMCA notice in which Guberman claims, under penalty of perjury, to be the authorized legal representative for Julie Congress.

There aren't many depths that Guberman and LaBelle won't descend to. They have published racist comments about my wife. They have posted homophobic comments, insisting "Chris Paris is a feminine man," and literally using insults like "Chrissy the sissy," as if we were still in a 1950's

7 February, 2020



IQNET JOINS LIST OF ACCREDITATION OVERSIGHT BODIES REFUSING TO ADDRESS QUALITY AUSTRIA SCANDAL

4 February, 2020



ANNEX L REWRITE WON'T UPDATE DEFINITION OF "RISK" AFTER ALL, MAKING ENTIRE EFFORT POINTLESS

4 February, 2020



TC 176 SC2 CHAIR: ISO 9001 "DOESN'T REQUIRE INSPECTION"

2 February, 2020



VERSION 0.6 OF OXEBRIDGE Q001 RELEASED

1 February, 2020

**More entries.**

fourth grade class, and even photoshopped images of me and ANAB VP Randy Dougherty as gay lovers. They've accused me of Communism, antisemitism, and — most bizarrely of all — insulting a "supporter of veterans." Daryl Guberman, who never spent a minute in the military, sells a fake "VOB9009" certification to veteran-owned businesses, meaning he's ripping off veterans, and once screamed obscenities on the phone to one of my clients, a former US Navy SEAL, and wants to somehow claim he's a "supporter of veterans."

**Rotten Peach Farm**

Now meet "John Peachfarm." He is allegedly the new owner of the famous Elsmar.com quality forum, and allegedly resides in Switzerland, where he operates a company called "Peachfarm Internet Properties LLC." The only problem, of course, is that **Peachfarm doesn't exist**, nor does his company. The name "Peachfarm" appeared only after US Federal court orders were issued limiting the role of the site's moderators due to the massive cache of defamation encountered there; the invention of Peachfarm apparently sought to circumvent those rulings, and now puts the Elsmar site back in court for additional contempt charges.

We know Peachfarm is fake for a variety of reasons, not the least of which is that Swiss companies don't form "LLCs" but instead "GmbH" companies because — wait for it — the Swiss **speak German, not English,** so "limited liability corporation" doesn't mean anything in Switzerland. Peachfarm thinks you're stupid enough to fall for that fake English-language letter that shows Einstein got rejected from a Swiss university. We confirmed the fact that Peachfarm doesn't exist through official Swiss records provided by the Handelsregisteramt, as if we even needed to. That hasn't stopped Peachfarm from asking duped Elsmar users to donate $80,000, though, in what is thus likely a US Federal tax fraud scheme. While it's highly unethical for a fake person to be soliciting donations under false pretenses, failing to pay taxes on any donations received would make the issue criminal.

**Nearly Two Decades of Unhinged Hate**

The Elsmar site has been engaged in a defamation campaign against yours truly and Oxebridge for — get ready — **seventeen and a half years**, having launched it's hate speech in January of 2000. Normal people dedicate themselves to doing things like raising children or building careers during during a 17-year span, but Peachfarm spends every waking moment harassing people online. In the time that Peachfarm and his moderators have been defaming me, I have built a thriving consulting business, worked with some of the greatest aerospace companies in the world, published entire books, influenced the content of international standards, advised for certification and accreditation bodies worldwide, testified before critical agencies and committees on the lapses in the ISO certification scheme, released two entire QMS template kits (at no cost!) and created what may be the sole source of critical discussion on matters pertaining to ISO through this website. And I raised a family, too.

Peachfarm sat in his basement typing hate messages that entire time, fantasizing that he was living in the Cayman Islands. One California-based media firm said they had never seen a level of internet trolling like that of Peachfarm and Elsmar, that it had eclipsed all other cases just on the basis of the vast number of years involved. A simple Google search for "paris oxebridge" reveals the horrific scope of this cowardly and sick obsession.

Through Elsmar, the accusations against me have been stunning. I've been accused of Satanism. I was accused of secretly recording Federal court proceedings by smuggling in a listening device in my clothes. I was accused of running a suicide cult. I was even accused of threatening murder. The most recurring accusation is that I am guilty of federal trade violations through "fraudulent advertising," because the people at Elsmar can't wrap their heads around my company's "40 Day ISO 9001 Implementation Program," as their ranks are populated by a lot of thieves who drag out consulting for 12-16 months a pop, and milk their clients dry. They said my claims were fraudulent, false advertising, and impossible, and no matter how many clients went through the program successfully, they just insisted it was all a lie, because they were too incompetent to do it themselves.

Elsmar lost the defamation and extortion suit, but obsessive behavior can rarely be tamed by the rational sound of a gavel. Peachfarm has since lied about the case, saying it was "settled out of court," even as that utterly contradicts the very court documents he has attempted to spread across the internet. So the harassment continues, with "Peachfarm" suddenly appearing on the scene as Elsmar's new owner, and the Elsmar site moving to offshore hosting where it brags about being out of the reach of US courts and copyright claims. Now Peachfarm has opened two entire websites dedicated to harassing and defaming Oxebridge, all while using fake names and Bahamas-based domain registrars, and hiding like timid little mice.



The sites engage in"doxing," or the public posting of personal information for the intent of harassment, intimidation and threats. Some have fallen for it, too; Oxebridge has received death threats, harassing phone calls and threatening emails. My house was vandalized four times, and my children harassed online. ASQ and ISO "experts" like Denis Devos, George Hummel, Jack Fletcher, Sidney Vianna and more all actively spread the misinformation created by Elsmar sites. One such false claim is that "Oxebridge shut down Elsmar," which is disproved by the fact that Elsmar is still very much in operation. They're hoping you don't notice that little detail.



Since then, Peachfarm has created multiple fake Twitter accounts, dedicated solely to defaming me and Oxebridge. One such feed — located here — includes scans of the handwritten court notes that were never published anywhere else, pointing overtly to their source. He's published numerous defamatory posts on Ripoff Report. He's published sealed court documents on PDF upload sites like Scribd, and then altered them to suit his anti-Oxebridge narrative. He's published my personal contact information to induce threats. He's submitted documents to third party blogs in order to further intimidate me.

And, of course, he's joined forces with the certificate mill operators Guberman and LaBelle to maximize the damage. Together, they have published the personal information on my family members, including their dates of birth, addresses and employment information. They have harassed my children on social media. As I said, they have made racist comments against my wife, claiming — falsely — that she's "ignorant" and "can't speak English." They sent veiled threats against her and family members. Peachfarm has thrown Elsmar support behind white supremacist rants calling for the "extermination" of minorities per the philosophy of Joseph Goebbels.

**Elsmar: Literally Helping Kill Police Officers**

But all this was just a precursor to the two Elsmar offshoot sites that Peachfarm then created. One resides at oxebridge.co, an intentional misspelling of the oxebridge.com domain name, which also becomes a not-so-clever example of cybersquatting in violation of international trademark law. The other site, at osteinfo.com, is more interesting, however, and you'll have to buckle up for this part. You wouldn't believe it, except for all the documented evidence.

"Osteinfo.com" was originally created by a Danish self-described "anarchist" and featured photos of undercover police officers operating in Copenhagen, for the purposes of exposing them to the local criminals. "Oste" — which means "cheese" — is an insult against police officers in Danish, similar to the US term "pig." As a result of the osteinfo.com site, the lives of those police officers were **literally and intentionally put at risk**, and a criminal investigation was launched to uncover

the owner of the site. The website was eventually shut down, presumably by Danish law enforcement, but the owner was never uncovered.

Official WHOIS information shows that the owner then gave the website to "Peachfarm," who converted it from a police-harassment website into an Oxebridge-harassment site, using the same hosting companies as the original Danish anarchist. That allowed us to "triangulate" who the actual original owner was, and it was discovered to be one of Elsmar's moderators, an IT professional with the technical skill to manage such sites. I contacted him on LinkedIn, asked about the site, but he fled and "blocked" me without comment, rather than even attempt to deny culpability. Immediately thereafter, our site was hacked, so you can do the math. We've handed over the information to the Danish police and are assisting in their criminal investigation against the would-be cop killer.



Peachfarm, meanwhile, ran to his anonymous websites within an hour of the hack and began gloating, nearly admitting his culpability in the process. The sites were "scraped" and will be used in our next phase of the Elsmar lawsuit, a second contempt of court motion which may see the responsible parties jailed.

But within minutes of Oxebridge sending a newsletter notice on the hack, Peachfarm emptied both his sites of all content, and the hack was suddenly and magically "lifted" from the Oxebridge site. We presume the hacker released control of the server out of fear of our posting information on his identity. The hack was unsophisticated, but nasty. We quickly moved the site to new servers, shut down the old hardware, and implemented new — and expensive — controls.

We then experienced a new DDoS attack, but it was defeated by our new server configuration. The Peachfarm sites were intermittently up, then down, showing Peachfarm was manually removing the material, then replacing it with new material, then removing it again. Typically when the sites are"emptied," it means Peachfarm is creating new content. As you read this, the defamation sites might be up or down, as it changes by the hour. In addition, police in Europe have been notified of the prime suspect, and are investigating. As of this writing, the Peachfarm sites include a bogus message that "server hacked and abandoned" but the very presence of the message — which someone had to literally type and which is then being served by a, you know, **server** — proves it's a lie. Our source says that Peachfarm is suddenly realizing that jail may await him, and is trying to find ways to erase his Whois records, but that it can't be done. It won't matter anyway, since the content was screencapped for months prior to his shutdown.

**Real World Threats**

These harassments may occur online, but they can grow into full blown, real-world threats. The US Department of Justice received a complaint from Guberman and LaBelle claiming I had lied on official financial filings; the complaint borrowed much of the false information originally published by Peachfarm. My attorney notified me: ***I was under official DOJ investigation.*** While the investigation found nothing — of course — I was forced to incur even more legal expenses; now my attorney is researching filing a criminal complaint against the parties for making false claims to the DOJ, who wasn't too happy about having to waste time running down a false lead prompted by internet trolls.

It's not clear if Elsmar's advertisers — who include Gagepack, Dozuki, UL Open Access, Lockstep and Discus Software — know their money is going to support hacking, promoting the murder of police officers, rampant defamation and white supremacist rantings. Actually, in some cases it *is* clear, because a handful of those advertisers were specifically told about all of this months ago, but chose to support Elsmar anyway. In the case of Andrew Stack's Sunday Business Systems, his site just went all-in and supported Elsmar while calling me a "narrow minded a**hole." Apparently, to Andrew Stack, disliking it when someone falsely accuses you of crimes, running cults, or being upset when someone harasses your children, is "narrow minded." Lets hope Stack's family never has to experience this firsthand.

**Help Us Fight Back**

In the end, Oxebridge enjoys a fan base of tens of thousands of standards users and companies. Our ***Eyesore 9001*** and ***DumbAS9100*** documents have been downloaded over a quarter of a million times. My book *Surviving ISO 9001* is selling briskly. The free ISO and AS template kits are popular the world over, and companies are actually passing audits with them, after having spent exactly $0 on them. My seminars and ASQ Section dinners have been greeted with applause throughout the country, with the Sections reporting record turnout at each event. Oxebridge has over 300 happy clients, and is already nearing overbooked capacity for 2017.

Our critics number only four. ***Four***. That's it. But empowered with the internet, these four men can become formidable trolls. Backed up by backwards-thinking bureaucrats at ASQ HQ and Quality Digest, each with tens of thousands of dollars in ad revenue, they are hard nuts to crack.

We can only hope the US justice system will prevail and eventually the bad actors will be properly punished through the courts. We can only hope the advertisers of their backers will realize the damage to their brands and do the right thing. We can only hope that more people with inside knowledge of these trolls and their actions come forth and provide additional evidence to support the ongoing litigation.

In the mean time, you can help. Consider a donation to the **ISO Standards Users Legal Defense Fund**, which is used to not only help push for reform in the ISO standards scheme, but also to defend against these horrific attacks by morally bankrupt monsters. Click here to donate, if you can.

If you can't, don't worry, just hold on until we can get our site back up and safe, and feel free to tell the bad actors you're sick of their antics.

*[This article is an updated version of one that appeared previously on LinkedIn.]*

**UPDATE 5 June 2017:**

A source within Elsmar reports that some close to Peachfarm have counseled him to pull back on the defamation, but that his behavior is growing increasingly bizarre, and that he is allegedly "completely incapable of controlling himself" when dealing with Oxebridge. The two defamation sites at osteinfo.com and oxebridge.co continue to be updated nearly daily, often by the hour, as Peachfarm's "mood shifts," at times erasing the information entirely, and later replacing it with new hateful rants. In one recent update, Peachfarm posted an eccentric, nearly incomprehensible, story about Caesar concluding with the entirely disconnected statement, *"Just a thought* [sic] *When 99% of the people think you're full of shit, you probably are, and you should probably just shut the f&%k up and go away."*

The source said that Peachfarm is obsessed with "getting a rise" out of me and Oxebridge, and is watching our site nearly minute by minute for updates about him.

Meanwhile, Peachfarm is labeling the material as having been posted by "The Katzenjammer Kids," based on an old cartoon strip originally published in the 1920s to 1940s. This not only hints at Peachfarm's actual age, but is also an allusion to the "KKK," the racist US-based terror organization which Peachfarm has supported. Single-sentence messages have been posted, then

pulled, in an apparent attempt to send messages to Oxebridge without using email, which would reveal Peachfarm's identity.

Previously, Peachfarm attempted to deflect responsibility by claiming the defamation sites were published by "law students" and then later a "New Zealand correspondent." He's posted multiple times that the sites were shutting down, but cannot stop posting. The source told me that, *"This is beyond his ability to control. He's spent almost 18 years at this. Harassing you is his entire life. There's nothing else. No family, no friends. Just you."*

NOTE: Osteinfo will be going away very soon. We're starting holiday and none of us wants to bother continuing with it at this time. Those of you who have an interest in Mr. Paris (Oxebridge) and found Osteinfo know some of the facts now.

We believe Mr. Levinson's lawsuit will end up in some kind of confidential settlement, so the thrill there is gone.

We hope you enjoy your summer! We plan to!
And remember: Dominate Your Registrar!

19 May 2017 - Final Edition



**ABOUT CHRISTOPHER PARIS**

Christopher Paris is the founder and VP Operations of Oxebridge. He has over 30 years' experience implementing ISO 9001 and AS9100 systems, and is a vocal advocate for the development and use of standards from the point of view of actual users. He is the author of Surviving ISO 9001:2015. He reviews wines for the irreverent wine blog, Winepisser.

Mail | Web | Twitter | Facebook | LinkedIn | More Posts

SHARE:   

< PREVIOUS                                                    NEXT >

ANAB's Obsession with "Poor              What A Better Third-Party ISO
Root Cause" is Uninformed                 9001 Audit Might Look Like…
                                                         and Cost

Designed by **Elegant Themes** | Powered by **WordPress**                    

This site uses cookies: Find out more here.