Evidence Exhibit F"

# Paris/Oxebridge vs. Smith

## History of Conflict
## 2001 through 2015 / 2020



## Evidence Exhibit F"
# 2001

- The discussion which started the "dispute".



Note Oxebridge claims: "Get ISO 9001 registered in as little as 40 days, **with no pre-existing quality system in place**."

Not likely…

This is the type of advertise-ment one expects to see on TV at 2AM.

Libel/Defamation Lawsuit - 2015-2016                                      3

Evidence Exhibit F"
# 2004 Discussions

| Date Started | Date Ended | Total Posts | Thread Title | Posts in which Oxebridge is mentioned | General Comment |
|---|---|---|---|---|---|
| 5/4/2004 | 10/21/2004 | 34 | Article Submission Rules and Guidelines - The FINE PRINT | One - Post 1 | Chris Paris files complaint with the Ohio Attorney. Edited out. |
| 6/1/2004 | 6/24/2004 | 13 | May 2004 Articles Poll (Vote) Thread | One - Post 10 | General over "Visitor Articles" calling it a "Lottery" Edited out. |
| 6/4/2004 | 6/8/2004 | 7 | Spreading FUD? IAAR Considers Imposing RAB Requirements on Internal Auditors | Two Posts - 1, 5 | and states Marc Smith is "...promoting terrorism..." |
| 6/8/2004 | 10/22/2004 | 37 | Chris Paris of Oxebridge - Waging a Personal War | All | |
| 6/10/2004 | 6/10/2004 | 1 | Special Concession to Chris Paris of Oxebridge | Single Post | Invitation to Paris to post. |
| 7/15/2004 | 8/16/2004 | 148 | ASQ Forum Software and General Discussion about the American Society for Quality | One - Post 146 | Post soft delete. |
| 12/3/2004 | 12/8/2004 | 26 | Has Anyone Been "Outed" and Got in Trouble Over Comments Made in Their Posts? | One - Post 3 | Chris Paris mentioned - Edited out. |

Around June of 2004, Christopher Paris of Oxebridge filed a complaint with the Ohio Attorney General. It was eventually dropped. The complaint is shown on the following two pages.

*Evidence Exhibit F"*
# The 2004 Complaint

```
Complaint No. 256873
The Status of your complaint is: New.
Consumer:
email: cparis@oxebridge.com

Christopher Paris
1025 West Lake Hamilton Drive
Winter Haven, FL 33881
863-651-3750   Supplier:
Elsmar Business Systems <http://www.elsmar.com>
8466 LeSourdsville-West Chester Rd.
West Cester, OH 45069-1929
513-777-3394
  ☐Sweepstakes/Prizes
Solicited via: Store Visit
Purchase Information:
```

See Evidence Exhibit "M"

```
Product or Service:n/a
Purchase Date: 6/1/04
Total Price: $0
Disputed Amount: $0
Amount Paid so Far: $0
Description:
The proprietor of the website www.Elsmar.com is running an illegal prize contest, the details of which can be seen
here: http://www.elsmar.com/Forums/showthread.php?t=8476 In short, he will run a contest each month whereby
guests to his site can submit articles; he then puts the articles up for "voting" and the winner gets $150. The
violations are that: (a) the proprietor, Marc Smith, has "banned" many individuals from participation in his site,
including the contest; (b) the site does not address the age of contest entrants; (c) the site owner has indicated he
will send the prize money to countries currently on the US list of international sponsors of terrorism; (d) the current
technology of the site allows administrators to alter poll results, by their own admission; (e) the rules of the contest
are not spelled out properly; (f) the site regularly engages in slander, libel, religious slurs, and other forms of internet
harassment; (g) the contest may be illegal in many states or countries outside of Ohio, but the site allows any
person, from any country or state, to apply... so long as they have not been banned by the site owner. I am sure
there are other aspects of local Ohio law the company is in violation of.
Satisfactory Solution:
The AG's office must notify Elsmar that its contest is illegal, and the contest must be shut down.
Complaint No. 256873
```

Evidence Exhibit F"
# The 2004 Complaint (Annotated)

See Evidence Exhibit "M"

```
Complaint No. 256873
The Status of your complaint is: New.
Consumer:
email: [email]cparis@oxebridge.com[/email]

Christopher Paris
1025 West Lake Hamilton Drive
Winter Haven, FL 33881
863-651-3750   Supplier:
Elsmar Business Systems <http://www.elsmar.com>
8466 LeSourdsville-West Chester Rd.
West Cester, OH 45069-1929
513-777-3394
Sweepstakes/Prizes
Solicited via: Store Visit        — Elsmar.com is not a "store"
Purchase Information:
Product or Service:n/a
Purchase Date: 6/1/04
Total Price: $0
Disputed Amount: $0           Paris brings in "Terrorism"
Amount Paid so Far: $0
Description:
The proprietor of the website [url]www.Elsmar.com[/url] is running an
illegal prize contest, the details of which can be seen here:
[url]http://www.elsmar.com/Forums/showthread.php?t=8476[/url] In short, he
will run a contest each month whereby guests to his site can submit
articles; he then puts the articles up for "voting" and the winner gets
$150. The violations are that: (a) the proprietor, Marc Smith, has "banned"
many individuals from participation in his site, including the contest; (b)
the site does not address the age of contest entrants; (c) the site owner
has indicated he will send the prize money to countries currently on the US
list of international sponsors of terrorism; (d) the current technology of
the site allows administrators to alter poll results, by their own
admission; (e) the rules of the contest are not spelled out properly; (f)
the site regularly engages in slander, libel, religious slurs, and other
forms of internet harassment; (g) the contest may be illegal in many states
or countries outside of Ohio, but the site allows any person, from any
country or state, to apply... so long as they have not been banned by the
site owner. I am sure there are other aspects of local Ohio law the company
is in violation of.
Satisfactory Solution:
The AG's office must notify Elsmar that its contest is illegal, and the
contest must be shut down.
```

Evidence Exhibit F"
# 2014 – Paris "Tweets" to Start Stirring Things Up



Partial Listing – A sample of Christopher Paris' "Tweets"



????? What is this about?



A serial liar, Paris lies again. "Law enforcement" was never involved in any way.

Smith has no idea who this person is.

Evidence Exhibit F"
# January through July 2015

Those who read Paris' Oxebridge web site know it is essentially Paris' place to defame people, companies, and standards groups such as TC 176.

At right is the page (now deleted) that Paris had posted for approximately 6 months (January through July 2015) about his lawsuit against Marc Smith. As is Paris' way, full of ½ truths, irrelevant, frivolous and malicious allegations, total lies and innuendo.



Libel/Defamation Lawsuit - 2015

8

# 2015 – 2

Evidence Exhibit F2

## 2015 Twitter "Tweet"

> Oxebridge @Oxebridge · Jan 26
> Official Statement on Oxebridge Extortion Suit Against Elsmar.com and Marc Smith - oxebridge.com/emma/official-…

A serial liar, Chris Paris as usual lied – NO "Extortion" lawsuit was brought. Rather, a Libel/Defamation lawsuit was filed. And Chris Paris continues the lie on his web site as expected.

> 50 anti-Oxebridge posts in just one day. Guberman in particular was one of the people insisting that I had "shut down" the Elsmar.com site, which — if anyone is paying attention — is running along happily right as we speak. (All of you who sent threats and hate mail accusing Oxebridge of shutting down Elsmar can send your apologies to me at the same email address; better yet, just post them on Elsmar.) Guberman and LaBelle have made multiple public

https://www.oxebridge.com/emma/certificate-mill-g-pmc-puts-tag-176-leaders-in-a-box-of-weirdness/

*Evidence Exhibit F"*

# Too Expensive to Fight

Too expensive to fight in court, Smith cedes in "mediation". Oxebridge successfully closes down Elsmar.com

This is the problem with Tort civil lawsuits – They are intended to drain the defendant of $$$$$.

Had this gone to trial, Paris would not have won. But, that doesn't matter because in Florida, like in most states, even though Paris brought the lawsuit if he loses he is not required to pay the defendant's legal fees.



## Evidence Exhibit F"

> Think about that. These people, in their attempt to stop Oxebridge's reform efforts, which are centered around improving the content of ISO 9001 and in improving the certification scheme so we can trust ISO 9001 certificates again, will go so far as to *investigate someone's personal finances, and then publish the details to harass and frighten them.*
>
> **This is simply nuts...**
>
> You must understand that I am calibrated differently. I know this, even if it baffles those around me, even in my own family. People ask me all the time, "why don't you just stop?" I answer that you wouldn't expect a fireman to run away from a fire, or a nurse to run away from a bleeding patient. I can't stop because to me, this is my work. It is what I have to do.
>
> As a result, the decade-and-a-half of attacks have only adjusted my state of "normal" to levels that are different from yours. When people accuse me of crimes, I don't care. When they send me death threats, I toss them to the police and move on. When they threaten to sue, it simply doesn't faze me; I kick their ass in court, and move onto the next conflict. If I wake up and have *not* received some form of harassing or threatening email, it's not a normal day.
>
> **No police reports of any...**
>
> I get it. This isn't your way of thinking, nor should it be. I don't want you to live like this, but I'm okay with it. And because I am okay with it, it makes me uniquely suited to prosecute this endeavor. The people we are going up against are dark, grim-souled miscreants with little in the way of ethical filters or moral encumbrances. These are not people you want to deal with, but I can handle it. It's what I do.
>
> And so, let me do it. But understand what that comes with.
>
> **Meet the Doxxers**   **Capture from Oxebridge.com**

Evidence Exhibit F"

# Another Recent Accolade

