**Exhibit H**

**8 out 0f 188 "links" attributed to Smith.**

| Line | Date Published / Posted | Title of Post / Article | URL | Author(s) | Found Via | Key Words |
|---|---|---|---|---|---|---|
| 1 | No date (currently live) | Chris Paris of Oxebridge Verbally Attacks Veteran Supporter Daryl Guberman and VOB 9009 For Promoting Independence | http://vob9009.com/chris-paris-of-oxebridge-attacks-veteran-supporter-daryl-guberman-and-vob-9009/ | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 2 | No date (currently live) | Fraud Alerts and Information | http://www.g-pmc.com/fraud-alerts-and-information/ | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 3 | No date (currently live) | Management Team | http://www.g-pmc.com/management/ | Daryl Guberman / Don Labelle | Bing | chris paris oxebridge |
| 4 | No date (currently live) | Oxebridge owner Chris Paris sued Elsmar Cove and they went out of business  **Reddit  1.** | https://www.reddit.com/r/elsmarcove/comments/57pmz2/oxebridge_owner_chris_paris_sued_elsmar_cove_and/ | Marc Smith | Reddit | Chris Paris |
| 5 | No date (currently live) | Warning About Oxebridge Quality Resources and Its Owner Chris Paris | https://www.reddit.com/user/smatshd/comments/6umqpi/warning_about_oxebridge_quality_resources_and_its/ | Daryl Guberman / Don Labelle | Reddit | Chris Paris |
| 6 | No date (currently live) | Daryl Guberman reverals all about Oxebridge and Christopher Paris | https://www.reddit.com/user/smatshd/comments/6umqcy/daryl_guberman_reverals_all_about_oxebridge_and/ | Daryl Guberman / Don Labelle | Reddit | christopher paris fraud |
| 7 | No date (currently live) | TAG-176 Chairman Paul Palmes Asks Daryl Guberman For Assistance With Copyrighted Material Stolen By Christopher Mark Paris of Oxebridge.com | https://www.reddit.com/user/smatshd/comments/6umqy8/tag176_chairman_paul_palmes_asks_daryl_guberman/ | Daryl Guberman / Don Labelle | Reddit | christopher paris fraud |
| 8 | No date (currently live) | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 - | https://www.dailymotion.com/video/x5xcxx8 | Daryl Guberman / Don Labelle | YouTube | oxebridge quality |
| 9 | No date (currently live) | Warning About Oxebridge Quality Resources and Its Owner Chris Paris | https://www.reddit.com/search?q=oxebridge%20quality%20resources | Daryl Guberman / Don Labelle | Reddit | oxebridge quality resources |
| 10 | No date (currently live) | Scams In ISO Certification, Chris Paris and Oxebridge | http://smotri.com/video/view/?id=v31075498c43 | Daryl Guberman / Don Labelle | Bing | oxebridge scam |
| 11 | No date (currently live) | Iso watch | http://prsync.com/iso-watch/ | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 12 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://howtovips.club/indecopi-exposed-oxebridge-owner-chris-paris-wife-behind-foreign-scam_HddXXMcHS93o.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 13 | No date (currently live) | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://howtovips.club/anabs-new-desperate-defense-in-the-chris-paris-oxebridge-debacle_HMdcauw0wpL0.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 14 | No date (currently live) | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits | http://howtovips.club/new-website-exposes-oxebridge-con-artist-chris-paris-lawsuits_HLMbAD2S5YdA.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 15 | No date (currently live) | ANAB's Randy Doughertys Connection To Oxebridge Con-Artist Chris Paris | http://howtovips.club/anabs-randy-doughertys-connection-to-oxebridge-con-artist-chris-paris_HuwuM4YLq7o0.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 16 | No date (currently live) | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | http://howtovips.club/chris-paris-oxebridge-fails-to-stop-anabs-main-competition-abac_HTOy66gk6sDA.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 17 | No date (currently live) | IAF & ANAB's Flunky Chris Paris (Oxebridge) Poster Child For Assclown | http://howtovips.club/iaf-anabs-flunky-chris-paris-oxebridge-poster-child-for-assclown_HPA097ogX8Dw.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 18 | No date (currently live) | Alka Jarvis Copyright Compliant Against Con-Artist Chris Paris (Oxebridge) | http://howtovips.club/alka-jarvis-copyright-compliant-against-con-artist-chris-paris-oxebridge_HW6cllPcA6N4.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 19 | No date (currently live) | Alka Jarvis Does Her Best To Stop Con-Artist Chris Paris From Speaking At ASQ | http://howtovips.club/alka-jarvis-does-her-best-to-stop-con-artist-chris-paris-from-speaking-at-asq_HIGmZSfQABHw.html | Daryl Guberman / Don Labelle | Google | Chris Paris |
| 20 | No date (currently live) | Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scams | http://aboac.org/accreditation-scam-oxebridge-chris-paris-offshore-iso-certification-scams/ | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 21 | No date (currently live) | CHRIS PARIS, OWNER OF OXEBRIDGE GOES ON A BIZARRE AND SAD RANT OF THREATS | http://dguberman.com/chris-paris-oxebridge-rant-threats/ | Daryl Guberman / Don Labelle | Bing | chris paris oxebridge |
| 22 | No date (currently live) | Oxebridge.com Owner Chris Paris Flees To Offshore Web Host After Receiving Over 50 Complaints of Copyright Violations | http://industrialpr.net/oxebridge-com-owner-chris-paris-flees-to-offshore-web-host-after-receiving-over-50-complaints-of-copyright-violations/ | Daryl Guberman / Don Labelle | Google | |
| 23 | No date (currently live) | OXEBRIDGE SCAM NOTICE: Christopher Paris Investigated For Fraud, Copyright Theft, Certification Scams | http://mfgpartners.net/oxebridge-scam-notice-christopher-paris-investigated-for-fraud-copyright-theft-certification-scams/ | Daryl Guberman / Don Labelle | Google | |
| 24 | No date (currently live) | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | https://www.forpressrelease.com/forpressrelease-334419-asqs-support-of-business-defamer-christopher-paris-may-be-its-own-downfall.html | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 25 | No date (currently live) | All about Guberman | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 26 | No date (currently live) | FRAUD NOTICE: OXEBRIDGE, CHRIS PARIS, SCAMS AND ACCREDITATION, ISO FRAUDSTERS | http://dguberman.com/fraud-notice-oxebridge-chris-paris-scams-and-accreditation-iso-fraudsters/ | Daryl Guberman / Don Labelle | Bing | christopher paris oxebridge |
| 27 | No date (currently live) | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.viv-media.com/infozx-92101-Oxebridge-Owner-Christopher-Paris-Exposed-As-A-Fraud-By-Industry-Insiders-.html | Daryl Guberman / Don Labelle | Bing | christopher paris oxebridge |
| 28 | No date (currently live) | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | http://hdvds9.com/video/file/ISO-Headquarters-Denounces-Oxebridge%2C Chris?id=O2uCLHixFQg | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 29 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://hdvds9.com/video/file/Indecopi-Exposed%3A-Oxebridge-Owner-Chris?id=ddXXMcHS93o | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 30 | No date (currently live) | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud, & Copyright Thief Part-3 | http://hdvds9.com/video/file/ANAB-TAG-176-Slams-Oxebridge-Owner?id=BqEhQSwPgEo | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 31 | No date (currently live) | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER-| http://hdvds9.com/video/file/TAG-176-ASKS-GUBERMAN-PMC?id=ZValocZCf8E | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 32 | No date (currently live) | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-indecopi-exposed-oxebridge-owner-chris-paris-wife-behind-foreign-scam.lZWJiX6UeYRqZKA.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 33 | No date (currently live) | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate.hlehpJuHolB2q3o.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 34 | No date (currently live) | Daryl Guberman-CEO opens up about RANDY DOUGHERTY-ANAB- and Chris Paris PART 2 from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-daryl-guberman-ceo-opens-up-about-randy-doughtery-anab-and-chris-paris-part-2.nXOof4aae4SDcoI.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 35 | No date (currently live) | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab39s-randy-doughterty39s-connection-to-oxebridge-con-artist-chris-paris.pqimfmWKfaJooGE.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 36 | No date (currently live) | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-new-website-exposes-oxebridge-con-artist-chris-paris-lawsuits.fX6TcnVjhGaKlXI.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 37 | No date (currently live) | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab39s-new-desperate-defense-in-the-chris-paris-oxebridge-debacle.fpWUkqaoYaihfWE.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 38 | No date (currently live) | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief.doeYgZR2ZaKJqn4.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 39 | No date (currently live) | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-anab-iaf-mole-reveals-disturbing-information-about-anab-iaf-leadership.loWJhWehfpuhn3Y.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 40 | No date (currently live) | Tag 176 source says Oxebridge is getting financed from GUBERMAN-PMC, LLC | http://m4ufree.video/video-movie-tag-176-source-says-oxebridge-is-getting-financed.lpOWXmaUgXqBomk.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 41 | No date (currently live) | How To Get Iso Certified Daryl Guberman | https://zmp3.icu/mp3/how-to-get-iso-certified-daryl-guberman.html | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 42 | No date (currently live) | Chris Paris of Oxebridge Verbally Attacks Veteran Supporter Daryl Guberman and VOB 9009 For Promoting Independence | http://vob9009.com/tag/oxebridge-quality/ | Daryl Guberman / Don Labelle | Google | oxebridge quality |
| 43 | No date (currently live) | SpaceX Slaps Down Troubled Owner of Oxebridge Quality Resources | http://aboac.org/news-reviews/ | Daryl Guberman / Don Labelle | Bing | oxebridge quality resources |
| 44 | No date (currently live) | Oxebridge Fake News WARNING! | http://aboac.org/news-reviews/ | Daryl Guberman / Don Labelle | Bing | oxebridge quality resources |
| 45 | No date (currently live) | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/tag/christopher-paris/ | Daryl Guberman / Don Labelle | Google | oxebridge scam |
| 46 | No date (currently live) | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/tag/daryl-guberman/ | Daryl Guberman / Don Labelle | Google | oxebridge scam |
| 47 | No date (currently live) | Accreditation Scam: Oxebridge, Chris Paris, Offshore ISO Certification Scams | http://aboac.org/tag/oxebridge/ | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 48 | No date (currently live) | ABAC Completes Sting Of Generic Management Services & Its Accreditation Body | http://www.g-pmc.com/abac-completes-sting-of-the-romanian-accreditation-association-renar-for-accrediting-bogus-companies/ | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 49 | 8/17/2004 to present | Chris Paris - Oxebridge - Interesting….  **2 and 3** | https://groups.google.com/forum/#!topic/misc.industry.quality/D1kUH8LL2g0  **From 2004** | Marc Smith | Google | chris paris oxebridge |
| 50 | 8/19/2017 | Chris Paris and Oxebridge Quality Resources | | Daryl Guberman / Don Labelle | | christopher paris oxebridge |
| 51 | 4/8/2013 to present | Complaint Review: Chris Paris Quality Resources Tampa Florida  **Ripoff Report** | https://www.ripoffreport.com/reports/chris-paris-quality-resources/tampa-florida-33619/chris-paris-quality-resources-christopher-paris-chris-paris-florida-quality-resources-1041805 | Guberman / Smith  **Not Smith.** | Google | chris paris oxebridge |
| 52 | 11/4/2013 | SPACE EXPLORATION TECHNOLOGIES (SpaceX) | https://www.yellowbot.com/space-exploration-technologies-hawthorne-ca-1.html | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 53 | 8/3/2015 | Elsmar Cove is dood, lange leve Elsmar Cove | https://qualitybs.wordpress.com/2015/08/03/elsmar-cove-is-dood-lange-leve-elsmar-cove/ | Jan van der Kuil via Marc Smith | Google | oxebridge elsmar |
| 54 | 10/28/2016 | Complaint Review: Oxebridge / Christopher Paris - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-christopher-paris/tampa-florida-33619/oxebridge-christopher-paris-oxebridge-quality-resources-international-oxebridge-bankru-1335453 | | Google | chris paris oxebridge |
| 55 | 1/8/2017 | WARNING ABOUT OXEBRIDGE QUALITY RESOURCES AND ITS OWNER CHRIS PARIS | http://dguberman.com/warning-about-oxebridge-quality-resources-and-its-owner-chris-paris/ | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 56 | 2/14/2017 | Complaint Review: Oxebridge Quality Resources International LLC - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources-international-llc/tampa-florida-33619/oxebridge-quality-resources-international-llc-christopher-mark-paris-publishes-fake-news-1355981 | | Bing | oxebridge quality resources |
| 57 | 5/6/2017 | ISOQAR Inc | http://www.yscam.com/isoqar-inc-47 | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 58 | 5/9/2017 | Lawsuit Against Oxebridge Owner Christopher Paris Could Hold ASQ and ANAB Libel | https://issuu.com/isowatch2017/docs/lawsuit_against_oxebridge_owner_c hr/2 | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 59 | 5/11/2017 | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | https://issuu.com/isowatch2017/docs/asq_s_support_of_business_defamer_c | Daryl Guberman / Don Labelle | Bing | christopher paris oxebridge |

| # | Date | Title | URL | Author | Platform | Keywords |
|---|---|---|---|---|---|---|
| 60 | 5/12/2017 | ASQ's Support of Business Defamer Christopher Paris May Be Its Own Downfall | http://pressreleaseping.com/pressrelease/238029.html | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 61 | 5/18/2017 | The Oxebridge Scam: Christopher Mark Paris Exposed As scammer | http://www.authorstream.com/Presentation/bugfixing-3171765-oxebridge-scam-christopher-mark-paris-exposed-scammer/ | Daryl Guberman / Don Labelle | Bing | chris paris oxebridge |
| 62 | 5/29/2017 | Call For Class Action Lawsuit Against Oxebridge, Chris Paris, Ex-Wife Susan Hicks | http://www.mynewsdesk.com/uk/pressreleases/call-for-class-action-lawsuit-against-oxebridge-chris-paris-ex-wife-susan-hicks-1990597 | Daryl Guberman / Don Labelle | Bing | oxebridge quality resources |
| 63 | 5/29/2017 | Call For Class Action Lawsuit Against Oxebridge, Chris Paris, Ex-Wife Susan Hicks | https://issuu.com/isowatch2017/docs/call_for_class_action_lawsuit_again | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 64 | 5/30/2017 | Bankrupt owner Chris Paris of Oxebridge Quality Resources drags ex-wife into his online scam. | http://www.pressbox.co.uk/cgi-bin/links/page.cgi?g=1888870.html;d=1 | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 65 | 5/30/2017 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris; A Marriage of Misconceptions | http://www.mynewsdesk.com/uk/pressreleases/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions-1992369 | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 66 | 5/30/2017 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris; A Marriage of Misconceptions | https://www.freeprnow.com/pr/anabs-randy-dougherty-and-isoqars-chris-paris-a-marriage-of-misconceptions | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 67 | 6/9/2017 | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.mynewsdesk.com/uk/pressreleases/oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-2010373 | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 68 | 6/9/2017 | Oxebridge Owner Christopher Paris Exposed As A Fraud By Industry Insiders | http://www.prfree.org/news-oxebridge-owner-christopher-paris-exposed-as-a-fraud-by-industry-insiders-406413.html | Daryl Guberman / Don Labelle | Bing | christopher paris fraud |
| 69 | 6/9/2017 | OXEBRIDGE OWNER CHRISTOPHER PARIS EXPOSED AS A FRAUD BY INDUSTRY INSIDERS | https://www.prnewsdistribution.co.uk/oxebridge-owner-christopher-paris-exposed-fraud-industry-insiders/ | Daryl Guberman / Don Labelle | Bing | christopher paris fraud |
| 70 | 6/22/2017 | Daryl Guberman - Chris Paris, Owner of Oxebridge Goes On A Bizzare and Sad Rant of Threats | https://darylguberman.blogspot.com/2017/06/chris-paris-owner-of-oxebridge-goes-on.html | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 71 | 6/27/2017 | The Oxebridge Scam: Christopher Mark Paris Exposed As scammer | https://www.slidesearch.net/slide/the-oxebridge-scam-christopher-mark-paris-exposed-as-scammer | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 72 | 7/4/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris Oxbridge | https://www.youtube.com/watch?v=0wsKaqfFVlQ | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 73 | 7/5/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris Oxbridge | https://clip4all.com/watch.php?v=0wsKaqfFVlQ | Daryl Guberman / Don Labelle | Google | christopher paris oxebridge |
| 74 | 7/6/2017 | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris PART 2 | https://www.youtube.com/watch?v=lBwNUiJSRAQ | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 75 | 7/10/2017 | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER- | https://www.youtube.com/watch?v=ZValocZCf8E | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 76 | 8/1/2017 | Conservative businessman accuses Tampa rival of faking liberal outrage to steal business | http://saintpetersblog.com/conservative-businessman-accuses-tampa-rival-faking-liberal-outrage-steal-business/ | Guberman / LaBelle/Levinson | Bing | chris paris oxebridge |
| 77 | 8/8/2017 | OXEBRIDGE QUALITY RESOURCES HARESSES OUR CUSTOMERS | https://vid.me/vLoZh | Daryl Guberman / Don Labelle | Google | oxebridge quality resources |
| 78 | 8/10/2017 | Tag 176 source says Oxebridge is getting financed | https://www.youtube.com/watch?v=ebe-5cPIPq8 | Daryl Guberman / Don Labelle | YouTube | oxebridge iso 9001 |
| 79 | 8/10/2017 | TAG 176 - ASKS GUBERMAN-PMC FOR ASSISTANCE WITH DEFAMER- | http://videos.sapo.cv/T4ZAot4Lg7lY4TFSOTmi | Daryl Guberman / Don Labelle | Google | christopher paris oxebridge |
| 80 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.metatube.com/en/videos/356539/Chris-Paris-and-Oxebridge-Quality-Resources/ | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 81 | 8/18/2017 | Guberman meets senior executives | https://www.youtube.com/watch?v=ONtihVU48GM | Daryl Guberman / Don Labelle | YouTube | oxebridge quality |
| 82 | 8/18/2017 | Scams In ISO Certification, Chris Paris and Oxebridge | http://videos.sapo.pt/ZS0Qdf3vT2VPQiQKNnG8 | Daryl Guberman / Don Labelle | Bing | oxebridge scam |
| 83 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.dailymotion.com/video/x5xcxi2 | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 84 | 8/18/2017 | Chris Paris and Oxebridge Quality Resources | https://www.metatube.com/es/videos/356539/Chris-Paris-and-Oxebridge-Quality-Resources/ | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 85 | 8/19/2017 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://rutube.ru/video/6dd6244b4e02265d90c44bd60932b4b9/ | Daryl Guberman / Don Labelle | Google | Chris paris scam |
| 86 | 8/19/2017 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 | https://rutube.ru/video/0f14d7c350d62e0b118a323c93c66309/ | Daryl Guberman / Don Labelle | Google | oxebridge scam |
| 87 | 8/29/2017 | OXBRIDGE QUALITY RESOURCES HARESSES OUR CUSTOMERS | https://www.youtube.com/watch?v=UzQOyfC9jx8 | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 88 | 9/6/2017 | ISO CERTIFICATION MILLS - WHO? ANSWER - ANSI-ASQ ANAB & IAF | https://www.youtube.com/watch?v=c0UDZALg81c | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 89 | 12/4/2017 | ISO Certificate Mill Scam: How The Term Is Used By Fake News Website Oxebridge To Mislead Businesses | https://www.youtube.com/watch?v=WW2bKuey2hs | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 90 | 1/1/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.reddit.com/user/g-pmc/comments/7p9vci/spacex_dumps_ashamed_chris_paris_owner_of_th e/ | Daryl Guberman / Don Labelle | Reddit | Chris Paris |
| 91 | 1/1/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful P... | https://www.reddit.com/user/g811/comments/7nwj5b/oxebridges_chris_paris_envious_of_bill_levinson/ | Daryl Guberman / Don Labelle | Reddit | Chris Paris |
| 92 | 1/3/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful People | https://www.youtube.com/watch?v=9l9aBNClsqE | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 93 | 1/9/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.youtube.com/watch?v=AXHl5NSTuLM | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 94 | 1/18/2018 | ELON MUSK "WHY?" SpaceX Zuma Mission "Total Loss" – By Daryl Guberman-CEO, GUBERMAN-PMC,LLC | https://www.guberman-quality.com/elon-musk-why-spacex-zuma-mission-total-loss-by-daryl-guberman-ceo-guberman-pmcllc/ | Daryl Guberman / Don Labelle | Bing | oxebridge scam |
| 95 | 2/5/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle-2/ | Daryl Guberman / Don Labelle | Google | Chris paris scam |
| 96 | 3/1/2018 | Daryl Guberman Challenges ISO Propagandist Chris Paris To 'A Live Debate On Youtube" | https://www.reddit.com/user/g-pmc/comments/81rr2x/daryl_guberman_challenges_iso_propagandist_chris/ | Daryl Guberman / Don Labelle | Reddit | Chris Paris |
| 97 | 3/1/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate | https://www.reddit.com/user/g-pmc/comments/81rqsk/daryl_gubermanceochallenges_iso_propagandist/ | Daryl Guberman / Don Labelle | Google | christopher paris |
| 98 | 3/9/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman / Don Labelle | Google | oxebridge scam |
| 99 | 4/20/2018 | Oxebridge Quality Resources Reviews | http://www.yscam.com/oxebridge-quality-resources-10 | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 100 | 4/26/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.youtube.com/watch?v=EVgPcE4qXyM | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 101 | 4/27/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief-Part 2 | https://www.youtube.com/watch?v=9Tls1siilEY | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 102 | 4/30/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud, & Copyright Thief Part-3 | https://www.youtube.com/watch?v=BqEhQSwPgEo | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 103 | 4/30/2018 | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | https://www.youtube.com/watch?v=O2uCLHixFQg | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 104 | 5/1/2018 | Is Randy Doughtery Technical Advisor, Secretly The President Of ANAB? | https://www.youtube.com/watch?v=akX5u9c1q6I | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 105 | 5/1/2018 | ANAB's Randy Doughterty Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.youtube.com/watch?v=Wn4pCkoALW8 | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 106 | 5/1/2018 | The Secret Relationship Between ANAB's Randy Dougherty & Oxebridge's Chr... | https://www.reddit.com/user/g-pmc/comments/8k70do/the_secret_relationship_between_anabs_randy/ | Daryl Guberman / Don Labelle | Reddit | Oxebridge |
| 107 | 5/3/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate | https://www.youtube.com/watch?v=SVpsjVoOEzI | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 108 | 5/9/2018 | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership | https://www.youtube.com/watch?v=eTXT6pMjpnE | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 109 | 5/10/2018 | A.M. Metal Finishing, Jim Hunter, Chris Paris - Orlando Florida | http://31711577.com/reports/am-metal-finishing-jim-hunter-chris-paris/orlando-florida-32809/am-metal-finishing-jim-hunter-chris-paris-oxebridge-metal-finishing-chris-paris-meta-1442282 | Daryl Guberman / Don Labelle | Google | chris paris oxebridge |
| 110 | 5/10/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.youtube.com/watch?v=8iq_MyTOqJI | Daryl Guberman / Don Labelle | YouTube | christopher paris oxebridge |
| 111 | 5/10/2018 | Complaint Review: A.M. Metal Finishing, Jim Hunter, Chris Paris - Orlando Florida | http://31711577.com/reports/am-metal-finishing-jim-hunter-chris-paris/orlando-florida-32809/am-metal-finishing-jim-hunter-chris-paris-oxebridge-metal-finishing-chris-paris-meta-1442282 | Daryl Guberman / Don Labelle | Google | paris oxebridge |
| 112 | 5/14/2018 | ANAB's Randy Dougherty, Condones Intimidation of Woman By Oxebridge's Chris Paris. | https://www.youtube.com/watch?v=AFEksKRQvZw | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 113 | 5/17/2018 | The Secret Relationship Between ANAB's Randy Dougherty & Oxebridge's Chris Paris | https://www.youtube.com/watch?v=9uIzvmu_9UQ | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 114 | 5/17/2018 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris;A Marriage of Misconceptions | https://www.youtube.com/watch?v=nJp6zBpvqTE | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 115 | 5/18/2018 | Is A.M. Metal Finishing a Victim of Con Chris Paris, Oxebridge? | https://www.youtube.com/watch?v=_ha4v6DSI6k | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 116 | 5/18/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.youtube.com/watch?v=AC1wsSaLkno | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 117 | 5/18/2018 | Is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://brittanyrubio.page.tl/Is-A-.-M-.--Metal-Finishing-A-Victim-of-Con-Artist-Chris-Paris%2C-Oxebridge-f-.htm | Daryl Guberman / Don Labelle | Google | christopher paris oxebridge |
| 118 | 5/18/2018 | is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.facebook.com/industrialpr | Daryl Guberman / Don Labelle | Bing | christopher paris oxebridge |
| 119 | 5/20/2018 | Is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://rutube.ru/video/afe805ea4af7aa66de09ad22519dec27/ | Daryl Guberman / Don Labelle | Google | Chris Paris Scammer |
| 120 | 5/20/2018 | Is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.izlesene.com/video/is-am-metal-finishing-a-victim-of-con-artist-chris-paris-oxebridge/10287395 | Daryl Guberman / Don Labelle | Google | christopher paris oxebridge |
| 121 | 5/22/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.guberman-quality.com/elmsar-cove-members-exposed-con-artist-chris-paris-oxebridge-owner/ | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 122 | 5/23/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.guberman-quality.com/anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief/ | Daryl Guberman / Don Labelle | Bing | christopher paris fraud |

| # | Date | Title | URL | Author | Platform | Search Term |
|---|---|---|---|---|---|---|
| 123 | 5/23/2018 | ANAB's Randy Doughterty Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.guberman-quality.com/anabs-randy-doughterty-technical-adviser-lapdog-of-chris-paris-oxbridge/ | Daryl Guberman / Don Labelle | Bing | christopher paris fraud |
| 124 | 5/26/2018 | American Society for Quality | http://www.yscam.com/american-society-for-quality-7a | Daryl Guberman / Don Labelle | Bing | chris paris oxebridge |
| 125 | 5/26/2018 | Alka Jarvis Does Her Best To Stop Con-Artist Chris Paris From Speaking At ASQ | https://www.youtube.com/watch?v=IGmZSfQABHw | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 126 | 5/26/2018 | Alka Jarvis Copyright Compliant Against Con-Artist Chris Paris (Oxebridge) | https://www.youtube.com/watch?v=W6cllPcA6N4 | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 127 | 5/30/2018 | Is Oxebridge Owner Chris Paris Hiding Compensation From ANAB-IAF | https://www.youtube.com/watch?v=hz_Slwu8bBk | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 128 | 5/31/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.guberman-quality.com/the-quality-management-shill-game-mark-erwin-aka-christopher-paris-oxebridge-quality-resources/ | Daryl Guberman / Don Labelle | Bing | christopher paris oxebridge |
| 129 | 6/15/2018 | ag 176's Alka Jarvis sticks her foot in her mouth. Fired ! | https://www.youtube.com/watch?v=cqRdT_oQzoo | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 130 | 6/18/2018 | IAF & ANAB's Flunky Chris Paris (Oxebridge) Poster Child For Assclown | https://www.youtube.com/watch?v=PA097ogX8Dw | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 131 | 6/28/2018 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 - | https://www.youtube.com/watch?v=hznCujidyuE | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 132 | 6/28/2018 | Complaint Review: Oxebridge Quality Resources - Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | | Google | oxebridge quality resources |
| 133 | 8/1/2018 | Oxebridge (Christopher Mark Paris) Lawsuits | http://www.oxebridgequalitylawsuits.com/ | Marc Smith | Google | paris oxebridge |
| 134 | 8/1/2018 | Index of /oxebridge-2014-GS3100-lawsuit | http://www.oxebridgequalitylawsuits.com/oxebridge-2014-GS3100-lawsuit/ | Marc Smith | Google | paris oxebridge |
| 135 | 8/1/2018 | Index of /Christopher-Mark-Paris-Bankruptcy/ | http://www.oxebridgequalitylawsuits.com/Christopher-Mark-Paris-Bankruptcy/ | Marc Smith | Google | paris oxebridge |
| 136 | 8/18/2018 | Scams In ISO Certification, Chris Paris and Oxebridge.MP4 | http://www.metacafe.com/watch/11540124/scams-in-iso-certification-chris-paris-and-oxebridge-mp4/ | Daryl Guberman / Don Labelle | Bing | oxebridge scam |
| 137 | 8/18/2018 | Scams In ISO Certification, Chris Paris and Oxebridge | https://www.dailymotion.com/video/x5xcxn8 | Daryl Guberman / Don Labelle | Bing | paris oxebridge |
| 138 | 8/22/2018 | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | https://www.youtube.com/watch?v=ddXXMcHS93o | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 139 | 8/22/2018 | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | https://www.youtube.com/watch?v=uwuM4YLq7o0 | Daryl Guberman / Don Labelle | YouTube | chris paris oxebridge |
| 140 | 8/22/2018 | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | http://showtodaytv.com/play-clip-anab39-s-randy-dougherty39-s-connection-to-oxe_tvuwuM4YLq7o0 | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 141 | 8/27/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://showtodaytv.com/play-clip-anab39-s-new-desperate-defense-in-the-chris-pari_tvMdcauw0wpL0 | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 142 | 8/27/2018 | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | http://showtodaytv.com/play-clip-chris-paris-oxebridge-fails-to-stop-anab39-s-m_tvTOy66gk6sDA | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 143 | 8/27/2018 | New Website Exposes Oxebridge Con-Artist (Chris Paris) Lawsuits | https://www.youtube.com/watch?v=LMbAD2S5YdA | Daryl Guberman / Don Labelle | Google | oxebridge iso 9002 |
| 144 | 8/27/2018 | Chris Paris (Oxebridge) Fails To Stop ANAB's Main Competition ABAC | https://www.youtube.com/watch?v=TOy66gk6sDA | Daryl Guberman / Don Labelle | YouTube | oxebridge iso 9003 |
| 145 | 8/27/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | https://www.youtube.com/watch?v=Mdcauw0wpL0 | Daryl Guberman / Don Labelle | Google | oxebridge scam |
| 146 | 8/28/2018 | Indecopi Exposed: Oxebridge Owner Chris Paris & Wife Behind Foreign Scam | http://godialy.com/video/ddXXMcHS93o/indecopi-exposed:--oxebridge-owner-chris-paris-&-wife-behind-foreign-scam | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 147 | 8/28/2018 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 | http://godialy.com/video/hznCujidyuE/youtube-team-reply--about-oxebridge-quality-resources---owner-chris-paris--part--- | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 148 | 8/28/2018 | Daryl Guberman-CEO opens up about RANDY DOUGHTERY-ANAB- and Chris Paris Oxbridge | http://godialy.com/video/OwsKaqfFVlQ/daryl-guberman-ceo-opens-up-about-randy-doughtery--anab--and-chris-paris-oxbridge | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 149 | 8/28/2018 | ANAB's Randy Dougherty's Connection To Oxebridge Con-Artist Chris Paris | http://godialy.com/video/uwuM4YLq7o0/anab's-randy-dougherty's-connection-to-oxebridge-con-artist-chris-paris | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 150 | 8/28/2018 | Tag 176's Alka Jarvis sticks her foot in her mouth. Fired ! | http://godialy.com/video/cqRdT_oQzoo/tag-%E2%80%99s-alka-jarvis-sticks-her-foot-in-her-mouth.-fired-! | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 151 | 8/28/2018 | ANAB's New Desperate Defense In The Chris Paris (Oxebridge) Debacle | http://godialy.com/video/Mdcauw0wpL0/anab's-new-desperate-defense-in-the-chris-paris-(oxebridge)-debacle | Daryl Guberman / Don Labelle | Google | Daryl Guberman and Chris Paris |
| 152 | No date (currently live) | Debunking Chris Paris & Oxebridge Quality Resources | http://osteinfo.net/ | Bill Levinson | Google | paris oxebridge |
| 153 | No date (currently live) | Plainsite.org | https://www.plainsite.org/dockets/30qwijh5k/florida-middle-bankruptcy-court/christopher-mark-paris/ | Bill Levinson / Marc Smith | Google | paris oxebridge |
| 154 | No date (currently live) | Elsmar is back online! | https://sundaybizsys.com/elsmar-is-back-online/ | Sunday Business Systems / Smith | Google | oxebridge elsmar |
| 155 | 2/22/2018 | Chris Paris: The Jeff Rense of Quality Management | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson | Google | paris oxebridge |
| 156 | 2/17/2018 | Oxebridge and DICWP, and how we know his home was not vandalized | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson | Google | paris oxebridge |
| 157 | 2/16/2018 | Oxebridge ISO Standards Users Legal Defense Fund; Questionable Solicitation | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson | Google | paris oxebridge |
| 158 | 2/21/2017 | I don't agree with most of this review, but Oxebridge has real problems | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Bill Levinson | Google | paris oxebridge |
| 159 | 2/21/2017 | Oxebridge Quality Resources AKA Certificate Mill, Chris Paris, Christopher Paris, Oxebridge, Oxebridge Quality, ISO ISO Fraud!! Chris Paris of Oxebridge Tampa Florida | https://www.ripoffreport.com/reports/oxebridge-quality-resources/tampa-florida-33619/oxebridge-quality-resources-aka-certificate-mill-chris-paris-christopher-paris-oxebrid-1062892 | Daryl Guberman | Google | paris oxebridge |
| 160 | 12/12/2018 | #MAGA Traitors: 10 Most Wanted For Betraying America Chris Paris - Oxebridge- #10 | https://www.youtube.com/watch?v=A4OsC4wqrko | Daryl Guberman | Google | paris oxebridge |
| 161 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 1 to 5 | https://www.guberman-quality.com/oxebridge-nazi-begs-anab-to-sue-daryl-guberman-for-exposing-antisemitism-part-1-to-5/ | Daryl Guberman | Google | paris oxebridge |
| 162 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 1 | https://youtu.be/zudZjnxEuhQ | Daryl Guberman | Google | paris oxebridge |
| 163 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 2 | https://youtu.be/hfyOjfm7xKI | Daryl Guberman | Google | paris oxebridge |
| 164 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 3 | https://youtu.be/RjNR2aUVb-I | Daryl Guberman | Google | paris oxebridge |
| 165 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 4 | https://youtu.be/TTDwxK9JfPk | Daryl Guberman | Google | paris oxebridge |
| 166 | 9/23/2018 | Oxebridge Nazi Begs ANAB To Sue Daryl Guberman, For Exposing Antisemitism Part 5 | https://youtu.be/P5iYX613UGQ | Daryl Guberman | Google | paris oxebridge |
| 167 | 5/23/2018 | ANAB-TAG 176 Slams Oxebridge Owner Chris Paris as a Liar, Fraud & Copyright Thief | https://www.guberman-quality.com/anab-tag-176-slams-oxebridge-owner-chris-paris-as-a-liar-fraud-copyright-thief/ | Daryl Guberman | Google | paris oxebridge |
| 168 | 5/23/2018 | ISO Headquarters Denounces Oxebridge, Chris Paris; Banned From ISO Website | https://www.guberman-quality.com/iso-headquarters-denounces-oxebridge-chris-paris-banned-from-iso-website/ | Daryl Guberman | Google | paris oxebridge |
| 169 | 5/22/2018 | ANAB's Randy Dougherty, Condones Intimidation of Woman By Oxebridge's Chris Paris. | https://www.guberman-quality.com/anabs-randy-dougherty-condones-intimidation-of-woman-by-oxebridges-chris-paris/ | Daryl Guberman | Google | paris oxebridge |
| 170 | 5/22/2018 | The Secret Relationship Between ANAB's Randy Dougherty & Oxebridge's Chris Paris | https://www.guberman-quality.com/the-secret-relationship-between-anabs-randy-dougherty-oxebridges-chris-paris/ | Daryl Guberman | Google | paris oxebridge |
| 171 | 5/22/2018 | Is A.M. Metal Finishing A Victim of Con Artist Chris Paris, Oxebridge? | https://www.guberman-quality.com/is-a-m-metal-finishing-a-victim-of-con-artist-chris-paris-oxebridge/ | Daryl Guberman | Google | paris oxebridge |
| 172 | 5/22/2018 | Elmsar Cove Members Exposed Con Artist Chris Paris, Oxebridge Owner | https://www.guberman-quality.com/elmsar-cove-members-exposed-con-artist-chris-paris-oxebridge-owner/ | Daryl Guberman | Google | paris oxebridge |
| 173 | 3/31/2018 | The Quality Management Shill Game "Mark Erwin AKA "Christopher Paris-Oxebridge Quality Resources" | https://www.guberman-quality.com/the-quality-management-shill-game-mark-erwin-aka-christopher-paris-oxebridge-quality-resources/ | Daryl Guberman | Google | paris oxebridge |
| 174 | 3/9/2018 | Daryl Guberman-CEO,Challenges ISO Propagandist Chris Paris Oxebridge To "A Live Debate | https://www.guberman-quality.com/daryl-guberman-ceochallenges-iso-propagandist-chris-paris-oxebridge-to-a-live-debate/ | Daryl Guberman | Google | paris oxebridge |
| 175 | 2/5/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle-2/ | Daryl Guberman | Google | paris oxebridge |
| 176 | 2/3/2018 | Oxebridge's Chris Paris Envious of Bill Levinson and Other Successful People | https://www.guberman-quality.com/oxebridges-chris-paris-envious-of-bill-levinson-and-other-successful-people/ | Daryl Guberman | Google | paris oxebridge |
| 177 | 1/18/2018 | SpaceX Dumps Ashamed Chris Paris, Owner Of 'The Oxebridge Scam' Debacle | https://www.guberman-quality.com/spacex-dumps-ashamed-chris-paris-owner-of-the-oxebridge-scam-debacle/ | Daryl Guberman | Google | paris oxebridge |
| 178 | 10/6/2017 | Tag 176 source says Oxebridge is getting financed | https://www.guberman-quality.com/tag-176-source-says-oxebridge-is-getting-financed/ | Daryl Guberman | Google | paris oxebridge |
| 179 | 10/6/2017 | YOUTUBE TEAM reply -About Oxebridge Quality Resources- Owner Chris Paris- PART 3 – | https://www.guberman-quality.com/youtube-team-reply-about-oxebridge-quality-resources-owner-chris-paris-part-3/ | Daryl Guberman | Google | paris oxebridge |
| 180 | 5/23/2018 | Is Randy Doughtery Technical Advisor, Secretly The President Of ANAB? | https://www.guberman-quality.com/is-randy-doughtery-technical-advisor-secretly-the-president-of-anab/ | Daryl Guberman | Google | paris oxebridge |
| 181 | 5/23/2018 | ANAB's Randy Doughtery Technical Adviser, Lapdog of Chris Paris Oxbridge | https://www.guberman-quality.com/anabs-randy-doughtery-technical-adviser-lapdog-of-chris-paris-oxbridge/ | Daryl Guberman | Google | paris oxebridge |
| 182 | 5/22/2018 | ANAB-IAF Mole Reveals Disturbing Information About ANAB-IAF Leadership | https://www.guberman-quality.com/anab-iaf-mole-reveals-disturbing-information-about-anab-iaf-leadership/ | Daryl Guberman | Google | paris oxebridge |
| 183 | 5/22/2018 | ANAB's Randy Dougherty, and ISOQAR's Chris Paris;A Marriage of Misconceptions | https://www.guberman-quality.com/anabs-randy-dougherty-and-isoqars-chris-parisa-marriage-of-misconceptions/ | Daryl Guberman | Google | paris oxebridge |
| 184 | 3/31/2018 | ASQ's Ties To Terror States Iran & Pakistan: Ignorance Precedes Carelessness For Money | https://www.guberman-quality.com/asqs-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman | Google | paris oxebridge |

Annotations: "4, 5 and 6" (near rows 133–135); "7 and 8" (near rows 153–154)

| # | Date | Title | URL | Author | Platform | Keyword |
|---|------|-------|-----|--------|----------|---------|
| 185 | 3/31/2018 | ANSI's Ties To Terror States, Iran & Pakistan: Ignorance Precedes Carelessness For Money" | https://www.guberman-quality.com/ansis-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman | Google | paris oxebridge |
| 186 | 3/31/2018 | China-Led-IAF, Ties To Terror States Iran & Pakistan: Ignorance Precedes Carelessness For Money | https://www.guberman-quality.com/china-led-iaf-ties-to-terror-states-iran-pakistan-ignorance-precedes-carelessness-for-money/ | Daryl Guberman | Google | paris oxebridge |
| 187 | 3/30/2018 | Conartist Elon Musk Neglects Warnings Of Quality Failures & ISO Certification Corruption | https://www.guberman-quality.com/conartist-elon-musk-neglects-warnings-of-quality-failures-iso-certification-corruption/ | Daryl Guberman | Google | paris oxebridge |
| 188 | 11/14/2017 | Paul Palmes TAG 176 Chairman works to untangle-2016 – Internet defamer protected by ISO & ASQ | https://www.guberman-quality.com/paul-palmes-tag-176-chairman-works-to-untangle-2016-internet-defamer-protected-by-iso-asq/ | Daryl Guberman | Google | paris oxebridge |