**EXHIBIT I**

[27] Plaintiffs have argued that Defendant was required to abandon his participation in the Quality Assurance Industry, but neither the Joint Stipulation on Injunction nor the MSA included such a requirement. While the MSA required Defendant to shut down and cease operating Elsmar Cove and prohibited him from operating a similar website relating to the "ISO" industry, it did not ban his continued participation in the Quality Assurance Industry.

False claim.

29