**Consumer:**
email: cparis@oxebridge.com

Christopher Paris
1025 West Lake Hamilton Drive
Winter Haven, FL 33881
863-651-3750

**Supplier:**
Elsmar Business Systems
8466 LeSourdsville-West Chester Rd.
West Cester, OH 45069-1929
513-777-3394

**Exhibit M**

## Sweepstakes/Prizes

**Solicited via:** Store Visit

**Purchase Information:**
Product or Service: n/a
Purchase Date: 6/1/04
Total Price: $0
Disputed Amount: $0
Amount Paid so Far: $0

**Description:**
The proprietor of the website www.Elsmar.com is running an illegal prize contest, the details of which can be seen here: http://www.elsmar.com/Forums/showthread.php?t=8476 In short, he will run a contest each month whereby guests to his site can submit articles; he then puts the articles up for "voting" and the winner gets $150. The violations are that: (a) the proprietor, Marc Smith, has "banned" many individuals from participation in his site, including the contest; (b) the site does not address the age of contest entrants; (c) the site owner has indicated he will send the prize money to countries currently on the US list of international sponsors of terrorism; (d) the current technology of the site allows administrators to alter poll results, by their own admission; (e) the rules of the contest are not spelled out properly; (f) the site regularly engages in slander, libel, religious slurs, and other forms of internet harassment; (g) the contest may be illegal in many states or countries outside of Ohio, but the site allows any person, from any country or state, to apply... so long as they have not been banned by the site owner. I am sure there are other aspects of local Ohio law the company is in violation of.

**Satisfactory Solution:**
The AG's office must notify Elsmar that its contest is illegal, and the contest must be shut down.

**Complaint No. 256873**