Oxebridge hack not smith.jpg

```
14   Mr. Smith being incarcerated.  That's the way I understood
15   it.
16           Clearly, the damage that I have experienced can't be
17   calculated by $5,000.  I don't know if -- maybe I'm
18   mishearing --
19   Q.      The 5,000 you believe to be punitive.  The 200 was
20   actual for repair of the website and once it was hacked, I
21   believe?
22   A.      Yes, but I thought it was a range of 200 to 5,000.
23   I'm willing to ignore the 200.
24   Q.      I understand.
25           THE COURT:  Are you still blaming Mr. Smith with
```

**Exhibit N**

*Paris is hacked by someone else but wants Smith to pay.*

SANDRA K. PROVENZANO, RPR   OFFICIAL UNITED STATES COURT REPORTER

**Note: Paris did make the claim, which is why the judge asked this question.** 49

```
1    hacking your website?
2            THE WITNESS:  No.  In fact, I don't believe I
3    ever did blame him, but I think it was a supporter of his.
4    But we have done an internal investigation.  We actually know
5    it was a sympathizer.  But no.  I would say on the record it
6    was not Mr. Smith who hacked that website.
```