Case 8:15-cv-00011-TPB-CPT Document 160-15 Filed 05/27/20 Page 1 of 7 PageID 1885

Still online as of April 2019

**Exhibit O**

**Exhibit O**

**First posted on Linkedin**



# Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar.

Published on May 23, 2017



Christopher Paris • + Follow
News and opinion on ISO/AS standards at oxebridge.com
17 articles

👍 26   💬 9   ↗ 3

Many of you know that my company has released an entirely free set of ISO 9001:2015 QMS documentation templates, and that recently we dropped a similar set for AS9100 revision D. Those free template kits are only available through the Oxebridge website at www.oxebridge.com.

If you notice that last website link doesn't have a squiggly underline or is particularly clickable, that's intentional. You see, you can't actually access those kits because the **entire Oxebridge website is down**, the victim of a nefarious attack apparently launched by a tiny handful of known "bad actors" who really, really don't want anyone to know that Oxebridge might be doing something to help people. Who?

First it was Daryl Guberman and Donald LaBelle, operators of the "certificate mill" operation called G-PMC Registrars, which sells ISO certificates for anything under the sun, even offering to do so without -- you know -- actually conducting an audit. Guberman once agreed to provide an ISO 9001 certificate to a fictional company that claimed to build life vests made out of cement. The "staff" photos appearing on his website include stock model photos and at least one of Guberman's former co-workers, whose actually dead. Guberman once issued a certificate for a firearm manufacturing standard "ARM 9009" which doesn't

(23) Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar/Paris | LinkedIn                                                                                                                                                                        5/8/19, 2:15 PM

Case 8:15-cv-00011-TPB-CPT   Document 160-15   Filed 05/27/20   Page 2 of 7 PageID 1886

even exist. LaBelle posted a "CNN report" about G-PMC which featured an amateur actor pretending to be a newsman in front of a low-budget computer backdrop (seriously, go see it.)

Angry at the Oxebridge reporting on their antics, Guberman and LaBelle filed almost 50 fraudulent DMCA copyright notices in order to shut the site down, going so far as to falsely assert they were the legal representatives for a host of people who never even heard of them. At right, you can see an example where Guberman pretends to be the legal copyright representative for US TAG 176 member Julie Congress. In one example, Guberman alleged to be the legal representative over a photo of me, meaning I would have had to have **hired him to sue myself**, which I can attest that I did not. Impersonating an attorney is a crime in most cases, but this one is so weird, it's not actually clear. In any event, the flood of these fraudulent filings forced the temporary shutdown of the Oxebridge site until we could find a hosting company that would fight back against "copyright trolls" like Guberman.

There aren't many depths that Guberman and LaBelle won't descend to. They have published racist comments about my wife. They have posted homophobic comments, insisting "Chris Paris is a feminine man," and literally using insults like "Chrissy the sissy," as if we were still in a 1950's fourth grade class. They've accused me of Communism, antisemitism, and -- most bizarrely of all -- insulting a "supporter of veterans." Daryl Guberman, who never spent a minute in the military, sells a fake "VOB9009" certification to veteran-owned businesses, meaning he's ripping off veterans, and once screamed obscenities on the phone to one of my clients, a former US Navy SEAL, and wants to somehow claim he's a "supporter of veterans."

**Rotten Peach Farm**

**Among other problems with this is that just about anyone in the world can set up an LLC in the US in many states which compete for such business (E.g.: Delaware and Wyoming)**

Now meet "John Peachfarm." He is allegedly the new owner of the famous Elsmar.com quality forum, and allegedly resides in Switzerland, where he operates a company called "Peachfarm Internet Properties LLC." The only problem, of course, is that Peachfarm doesn't really exist, nor does his company. We know this for a variety of reasons, not the least of which is that Swiss companies don't form "LLCs" but instead "GmbH" companies because the Swiss *actually speak German*, not English, so "limited liability corporation" doesn't mean anything in Switzerland. Peachfarm thinks you're stupid enough to fall for that fake English-language letter that shows Einstein got rejected from a Swiss university. We confirmed the fact that Peachfarm doesn't exist through official Swiss records, as if we even needed to. That hasn't stopped him from asking Elsmar users to donate $80,000, though, in what is thus likely a US Federal tax fraud scheme. (Who pays taxes on donations given to a US person via a fake Swiss person, operating from a fake Swiss company? What happens when that fake Swiss person is outed as a US citizen, and the entire thing was a scam?)

**No donations were ever asked for anywhere nor were any given. Another False statement.**

**Nearly Two Decades of Unhinged Hate**

The Elsmar site has been engaged in a defamation campaign against yours truly and Oxebridge for -- get ready -- ***seventeen and a half years***, having launched it's hate speech in January of 2000. Normal people dedicate themselves to doing things like raising children or building careers during during a 17-year span, but Peachfarm just spends every waking moment harassing people online. One California-based media firm said they had never seen a level of internet trolling like that of Peachfarm and Elsmar, that it had eclipsed all other cases just on the basis of the vast number of years involved. A simple Google search for "paris oxebridge" reveals the horrific scope of this cowardly and sick obsession.

**Not likely…**

Through Elsmar, the accusations against me have been stunning. I've been accused of Satanism. I was accused of secretly recording Federal court proceedings by smuggling in a listening device in my clothes. I was accused of running a suicide cult. I was even accused of threatening murder. The most recurring accusation is that I am guilty of federal trade violations through "fraudulent advertising," because the people at Elsmar can't wrap their heads around my company's "40 Day ISO 9001 Implementation Program," because their ranks are populated by a lot of thieves who drag out consulting for 12-16 months a pop, and milk their clients dry. They said my claims were fraud, false advertising, and impossible, and no matter how many clients went through the program successfully, they just insisted it was all a lie, because they were too incompetent to do it.

**Paranoia?**

**Elsmar = Marc Smith
"Elsmar" has never been sued.**

**Sigh… Not again… Elsmar has never been sued. Period.**

Elsmar lost a defamation and extortion suit made against it by Oxebridge in US Federal court, but obsessive behavior can rarely be tamed by the rational sound of a gavel. Peachfarm has since lied about the case, saying it was "settled out of court," even as that utterly contradicts the very court documents he has attempted to spread across the internet. So the harassment continues, with "Peachfarm" suddenly appearing on the scene as Elsmar's new owner, and the Elsmar site moving to offshore hosting where it brags about being out of the reach of US courts and copyright claims. Now Peachfarm has opened two entire websites dedicated to harassing and defaming Oxebridge, all while using fake names and Bahamas-based domain registrars, and hiding like timid little mice.

**Paris equates Peachfarm with Smith.**

**Oh, poppycock…**

**As court documents show, the case WAS settled out of court.**

The sites engage in "doxing," or the public posting of personal information for the intent of harassment, intimidation and threats. Some have fallen for it, too; Oxebridge has received death threats, harassing phone calls and threatening emails. My house was vandalized four times, and my children harassed online. ASQ and ISO "experts" like Denis Devos, George Hummel, Jack Fletcher, Sidney Vianna and more all actively spread the misinformation created by Elsmar sites. One such false claim is that "Oxebridge shut down Elsmar," which is disproved by the fact that Elsmar is still very much in operation. They're hoping you don't notice that little detail. **Paris is hoping no one looks at the actual settlement agreement.**

Since then, Peachfarm has created multiple fake Twitter accounts, dedicated solely to

defaming me and Oxebridge. One such feed -- located here -- includes scans of the handwritten court notes that were never published anywhere else, pointing overtly to their source. He's published numerous defamatory posts on Ripoff Report. He's published sealed court documents on PDF upload sites like Scribd, and then altered them to suit his anti-Oxebridge narrative. He's published my personal contact information to induce threats. He's submitted documents to third party blogs in order to further intimidate me. And, of course, he's joined forces with the certificate mill operators Guberman and LaBelle to maximize the damage.

**Elsmar: Literally Helping Kill Police Officers**   **Get a grip… Really?**

But all this was just a precursor to the two Elsmar offshoot sites that Peachfarm then created. One resides at oxebridge.co, an intentional misspelling of the oxebridge.com domain name, which also becomes a not-so-clever example of cybersquatting in violation of international trademark law. The other site, at osteinfo.com, is more interesting, however, and you'll have to buckle up for this part. You wouldn't believe it, except for all the documented evidence.

"Osteinfo.com" was originally created by a Danish self-described "anarchist" and featured photos of undercover police officers operating in Copenhagen, for the purposes of exposing them to the local criminals. "Oste" -- which means "cheese" -- is an insult against police officers in Danish, similar to the US term "pig." As a result of the osteinfo.com site, the lives of those police officers were ***literally and intentionally put at risk***, and a criminal investigation was launched to uncover the owner of the site. The website was eventually shut down, presumably by Danish law enforcement, but the owner was never uncovered.

Official WHOIS information shows that the owner then gave the website to "Peachfarm," who converted it from a police-harassment website into an Oxebridge-harassment site, using the same hosting companies as the original Danish anarchist. That allowed us to "triangulate" who the actual original owner was, and it was discovered to be one of Elsmar's moderators, an IT professional with the technical skill to manage such sites. I contacted him on LinkedIn, asked about the site, but he fled and "blocked" me without comment, rather than even attempt to deny culpability. Immediately thereafter, our site was hacked, so you can do the math. We've handed over the information to the Danish police and are assisting in their criminal investigation against the would-be cop killer.   **False - DNS "poisoned"**

Peachfarm, meanwhile, ran to his anonymous websites within an hour of the hack and began gloating, nearly admitting his culpability in the process. The sites were "scraped" and will be used in our next phase of the Elsmar lawsuit, a second contempt of court motion which may see the responsible parties jailed.

But within minutes of Oxebridge sending a newsletter notice on the hack, Peachfarm emptied both his sites of all content, and the hack was suddenly and magically "lifted" from

(23) Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar Paris! | LinkedIn            2/15/19, 2:15 PM

Case 8:15-cv-00011-TPB-CPT   Document 160-15   Filed 05/27/20   Page 5 of 7 PageID 1889

the Oxebridge site. We presume the hacker released control of the server out of fear of our posting information on his identity. The hack was unsophisticated, but nasty. So now we at least have access to the site back, and are downloading all the logs to see if any forensic evidence was left behind. As of now, the Oxebridge site is still down, as a result.

UPDATE: the Oxebridge site went back up, and then experienced a new DDoS attack, but it was defeated by our new server configuration. The Peachfarm sites were intermittently up, then down, showing Peachfarm was manually removing the material, then replacing it with new material, then removing it again. Typically when the sites are "emptied," it means Peachfarm is creating new content. As you read this, the defamation sites might be up or down, as it changes by the hour. In addition, police in Europe have been notified of the prime suspect, and are investigating.

These harassments may occur online, but they can grow into full blown, real-world threats. The US Department of Justice received a complaint from Guberman and LaBelle claiming I had lied on official financial filings; the complaint borrowed much of the false information originally published by Peachfarm. My attorney notified me: ***I was under official DOJ investigation.*** While the investigation found nothing -- of course -- I was forced to incur even more legal expenses; now my attorney is researching filing a criminal complaint against the parties for making false claims to the DOJ, who wasn't too happy about having to waste time running down a false lead prompted by internet trolls.

It's not clear if Elsmar's advertisers -- who include Gagepack, Dozuki, UL Open Access, Lockstep and Discus Software -- know their money is going to support hacking, promoting the murder of police officers, rampant defamation and white supremacist rantings. Actually, in some cases it ***is*** clear, because a handful of those advertisers were specifically told about all of this months ago, but chose to support Elsmar anyway. In the case of Andrew Stack's Sunday Business Systems, his site just went all-in and supported Elsmar while calling me a "narrow minded a**hole." Apparently, to Andrew Stack, disliking it when someone falsely accuses you of crimes, running cults, and being "the Antichrist" is "narrow minded."

**Help Us Fight Back**

In the end, Oxebridge enjoys a fan base of tens of thousands of standards users and companies. Our ***Eyesore 9001*** and ***DumbAS9100*** documents have been downloaded over a quarter of a million times. My book ***Surviving ISO 9001*** is selling briskly. The free ISO and AS template kits are popular the world over, and companies are actually passing audits with them, after having spent exactly $0 on them. My seminars and ASQ Section dinners have been greeted with applause throughout the country, with the Sections reporting record turnout at each event. Oxebridge has over 300 happy clients, and is already nearing overbooked capacity for 2017.

(23) Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar Paris! | LinkedIn

Case 8:15-cv-00011-TPB-CPT   Document 160-15   Filed 05/27/20   Page 6 of 7 PageID 1890

10/8/2019, 2:15 PM

Our critics number only four. **Four**. That's it. But empowered with the internet, these four men can become formidable trolls. Backed up by backwards-thinking bureaucrats at ASQ HQ and Quality Digest, each with tens of thousands of dollars in ad revenue, they are hard nuts to crack.

We can only hope the US justice system will prevail and eventually the bad actors will be properly punished through the courts. We can only hope the advertisers of their backers will realize the damage to their brands and do the right thing. We can only hope that more people with inside knowledge of these trolls and their actions come forth and provide additional evidence to support the ongoing litigation.

In the mean time, you can help. Consider a donation to the **ISO Standards Users Legal Defense Fund**, which is used to not only help push for reform in the ISO standards scheme, but also to defend against these horrific attacks by morally bankrupt monsters. Click here to donate, if you can.

If you can't, don't worry, just hold on until we can get our site back up and safe, and feel free to tell the bad actors you're sick of their antics.

*[This article was updated to remove references to a current litigant with whom Oxebridge is engaged in a lawsuit, upon the advice of counsel, who suggested doing so would show a good will gesture on my part. I'll be waiting to see if they return the favor.]*

Report this

26 Likes



9 Comments

Add a comment…

**Christopher Paris** · 2nd    2y
News and opinion on ISO/AS standards at oxebridge.com

This post is old now. The templates are back up and were recently updated. See here:

ISO 9001 kit: https://www.oxebridge.com/emma/iso9001-template-kit/

AS9100 kit: https://www.oxebridge.com/emma/as9100d-template-kit/    …see more

Like   Reply

**Billie Clifton** · 1st    2y
Procurement & Accounts Manager at Atlantis Industries Corporation

Are the templates available anywhere else?

Like   Reply

Load more comments

(23) Can't Access Oxebridge's Free ISO Template Kits? Blame Elsmar. | LinkedIn 10/17/19, 2:15 PM

Case 8:15-cv-00011-TPB-CPT   Document 160-15   Filed 05/27/20   Page 7 of 7 PageID 1891



## Christopher Paris

News and opinion on ISO/AS standards at oxebridge.com

+ Follow

**More from Christopher Paris**    See all 17 articles

| LinkedIn's "New Groups" Changes Prove Loyalty to Social Media Will | ISO Certifications and Ethical Responsibility Are Not Mutually | One Obscure Company is the Single Point of Failure for All of Japan's | ISO Certification S Bullet with PIP Bre |
|---|---|---|---|
| Christopher Paris on LinkedIn | Christopher Paris on LinkedIn | Christopher Paris on LinkedIn | Christopher Paris on |

Messaging