| | | | | |
|---|---|---|---|---|
| 8 | | | Christopher Paris, Marc Smith | A November 17, 2015 posting of summons and complaint on Scribd.com with hand written commentary. |
| 9 | | | Christopher Paris, Marc Smith | An October 13, 2015 posting on Scribd.com with the same hand written commentary as [Doc. 61] presently under seal by this Court. |
| 10 | | | Christopher Paris, Marc Smith | Google results of a search for "paris oxebridge" from January 1, 2005 to December 31, 2012. |
| 11 | | | Christopher Paris, Marc Smith | Google results of a search for "paris oxebridge" from March 12, 2016. |

** Plaintiffs reserve the opportunity to present additional exhibits for rebuttal.

**Exhibit P**



*Fraud – A Lie!*

Respectfully submitted by:

WILLIAM R. WOHLSIFER, PA

By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire
Fla. Bar No: 107308
1100 E Park Ave Ste B
Tallahassee, Florida 32301
Tel: (850) 219-8888
Fax: (866) 829-8174
E-Mail: lboone@wohlsifer.com;
william@wohsifer.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon defendants via U.S. Mail to Marc Timothy Smith, 8466 LeSourdsville-West Chester Road, Olde West Chester, Ohio 45069.

By: /s/ Leighanne Boone
Leighanne C. Boone, Esquire

**That this is a False submission can be attested to by Tracey Ann Pratt who accompanied Smith to the hearing and who knows all the facts of this entire case.**

**Ms. Boone first gave Smith a copy of the "Evidence" in the courtroom just prior to the start of the hearing. The Evidence was NEVER mailed to Mr. Smith. Ms. Boone outright lied to the court.**

Page 2 of 2

# ASQ's Levinson <u>Fantasized</u> About Murdering 13-Year Old Girl, Says Oxebridge Supports Terrorism For Pointing It Out

by Christopher Paris | Feb 21, 2018 | Opinion |

This gets gruesome, so be warned.

Pennsylvania ASQ Section 209 Chair Bill Levinson once posted a fantasy whereby he mused about murdering a 13-year old girl, a scenario which he framed as a lesson against terrorism. The post was originally made here, but you'll have to scroll through a *lot* of Levinson hate-posts to find the exact one (search "noble" and it should pop up.) In the post, Levinson published a graphic photo alleged to be a Palestinian lynch mob, replete with two bloody corpses, and he then linked to three additional gore-images that have since been removed. I'm not going to publish his snuff porn images (again, read the link above), but instead, here's the text-only version (emphasis added):

> **The Noble Palestinians**
>
> Bill Levinson – April 17, 2006
>
> Here are some pictures of the handiwork of the noble, downtrodden, oppressed Palestinians at its finest. **Yes, if a 13-year-old Palestinian was coming at me with a backpack in an area where she was not supposed to be, refused orders to stop, and the began screaming at me in Arabic, I also would shoot her dead** because I don't want to end up like this:
>
> [Link to image dead]
>
> X-ray of nail bomb victim:

**This is not a fantasy. It is a hypothetical and taken out of context.**

//www.oxebridge.com/emma/asqs-levinson-fantasized-about-murdering-13-year-old-... 2/22/2018

[Link to image dead]

[Link to image dead]

Keep in mind, he posted this on the site for the Los Angeles Independent Media Center, a place where its readers are probably not likely to look at snuff porn. Levinson likes to collect horrific images of terrorist violence — beheadings, hangings, torn-off limbs, etc. — and then post them on public discussion boards for shock value, to justify his argument to destroy Muslims he doesn't like. So his lurid and disgusting tendency to just throw a link to "*x-ray of nail bomb victim*" is par for the course.



Levinson's post, pixelated to obscure violent image.

In his fantasy, he imagines a 13-year old girl running at him with a backpack, yelling in Arabic, and refusing his orders for her to stop. He then "shoots her dead." There's no situational analysis here, despite Levinson's fantasy that he's a military expert. He doesn't bother to understand that he, Levinson, doesn't speak Arabic, and is therefore likely yelling at the girl in English. He doesn't bother to wonder if the girl in his fantasy is fleeing something far worse. She is just running, yelling in a language he can't speak, carrying a backpack. A girl running at him speaking Arabic is presumed to be an armed terrorist, and must be killed on the spot. His fear of Muslims leads him to justify full-on murder, and presumably worry about the details later.

What Levinson just argued for was *murder*. Not justifiable homicide, and not a wartime killing. He literally presented a scenario where he, a private citizen, murdered a 13-year-old girl in cold blood, just because she was a Muslim who didn't speak English.

This, by the way, is the same fantasy murder scenario that Levinson muses about in his American Thinker article, wherein he imagines running over a crowd of Black Lives Matters protesters, calling it "justifiable homicide," without concern for actual