bankruptcy-and-the-fight-to-improve-iso-9001/. It is a snapshot of the page as it appeared on Feb 6, 2017 18:43:49 GMT.

The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

    Exhibit Q    U    a

# A Personal Message About Doxxing, Bankruptcy and the Fight to Improve ISO 9001

by Christopher Paris | Jan 21, 2017 | Opinion |

I am going to switch gears a bit and open up, without sarcasm, without snark, and without fear. The incumbent powers within the ISO certification scheme have shifted gears and are now engaging in "doxxing," the dark and despicable practice of publishing personal and financial records on a person for the purposes of humiliation, intimidation and threat.

This is also a long piece. You may want to read it in bits, rest in between and come back later. I hope you'll find it worth it.

**Morally Bankrupt**

By now you may have heard the false rumor that "Oxebridge is bankrupt." It's been spread by the usual suspects: former Elsmar moderators, certificate mill operators Daryl Guberman and Donald LaBelle, US TAG leader George Hummel, ISO's new "risk-based thinking" expert, Bill Levinson, and many others. In many cases, they have published this information using fake names, but in many the cases of Guberman and Levinson, they did so openly, under their own names.

The truth is that Oxebridge has not filed bankruptcy, and the company is the healthiest it's been in years. The truth is that **I filed bankruptcy** — as a person — and I am not humiliated, intimidated or threatened to have you know about it.    **Did Paris lie to the bankrupty court?**

I'm supposed to be ashamed. You're supposed to wonder why you would hire a management consultant who can't manage his finances. This is supposed to *hurt*; this revelation is only designed to cause me pain.

Think about that. These people, in their attempt to stop Oxebridge's reform efforts, which are centered around improving the content of ISO 9001 and in improving the certification scheme so we can trust ISO 9001 certificates again, will go so far as to **investigate someone's personal finances, and then publish the details to harass and frighten them.**

**What a crock.**

You must understand that I am calibrated differently. I know this, even if it baffles those around me, even in my own family. People ask me all the time, "why don't you just stop?" I answer that you wouldn't expect a fireman to run away from a fire, or a nurse to run away from a bleeding patient. I can't stop because to me, this is my work. It is what I have to do.

**See Exhibit F**

As a result, the decade-and-a-half of attacks have only adjusted my state of "normal" to levels that are different from yours. When people accuse me of crimes, I don't care. When they send me death threats, I toss them to the police and move on. When they threaten to sue, it simply doesn't faze me; I kick their ass in court, and move onto the next conflict. If I wake up and have *not* received some form of harassing or threatening email, it's not a normal day.

**No one is accusing Paris of "crimes".**

**Paris has filed 2 lawsuits to date, both to silence critics.**

I get it. This isn't your way of thinking, nor should it be. I don't want you to live like this, but I'm okay with it. And because I am okay with it, it makes me uniquely suited to prosecute this endeavor. The people we are going up against are dark, grim-souled miscreants with little in the way of ethical filters or moral encumbrances. These are not people you want to deal with, but I can handle it. It's what I do.

**Problem is yourr bankruptcy filing is public information.**

And so, let me do it. But understand what that comes with.

> **Meet the Doxxers**
> **As Paris accuses people of "doxxing", Parris proceeds to "dox" people.**
> Now they have published my personal finances, or a truncated version of it, and have created a false narrative that Oxebridge has failed, and that no one should do business with me. Here's US TAG member George Hummel, on LinkedIn:
>
> Here's Daryl Guberman, on Reddit:
>
> Here's Quality Progress / Quality Digest writer Bill Levinson.

(The document doesn't say anything remotely close to what Levinson suggests, and he's entirely misinterpreting it.)

And here's an anonymous troll ("parisoxebridge") on Scribd.com who posted the bankruptcy filings — *three different times* — along with a convenient set of cherry-picked documents supporting only one side of the *Oxebridge v Elsmar* lawsuit, making it fairly

**Oxebridge/Paris never sued "Elsmar" - Paris sued Marc Smith personally. More BS.**

simple to guess who it really is:

As you can see, it's pretty despicable. **Cue Daffy Duck…**

### Gagging on Google

This bad behavior is enabled by the Google search algorithm. Google artificially prioritizes negative material about a person or company. Technical forensics expert Michael Roberts postulates this is to drive clicks away from actual search results, and to the ads that appear on the right of them. For example, if you search "Oxebridge ISO 9001" you will see dozens of negative results, which may prompt you to click that BSI ad on the right instead. Google makes money from the ad clicks, **not the search clicks.**

What this means is that negative material automatically makes the first page of search results under Google; you can have 1,000 years of positive online commentary, but a single Ripoff Report filing will appear on page 1 search results in only hours. Google makes money, and then Ripoff Report makes additional money by demanding money to have the negative reviews removed. People have been trying to sue Ripoff Report, but have it all wrong; until Google is sued, or a law changed, this will continue, and there's nothing anyone can do about it. (Oxebridge is looking into the feasibility of a class action suit against Google, but it would have to be handled by a *pro bono* attorney. No one has that kind of money.)

You can test it. Go to Google and search "Chris Paris Oxebridge" and see what comes up. Most of the material was posted by Guberman and LaBelle, but some old Elsmar stuff still comes up, despite the court order to have it removed. This despite hundreds of examples of positive commentary about Oxebridge and myself going back to 2000; it's all been replaced because of a handful of morally bankrupt cretins posting factually inaccurate information with the intent of causing harm, gaming a hosed-up search industry.

**False.** [annotation pointing to "some old Elsmar stuff still comes up, despite the court order to have it removed."]

Again, the purpose here is to intimidate me, so that I shut down my website and stop reporting on the industry scandals, and stop pressing for reform that will put ISO 9001 back into the hands of actual user organizations. This frees them up to rip you off without anyone watching. **Poppy cock. Smith has never even referenced Paris' "reporting". Paris' reporting has made many enemies, though.**

It's not working, because of one factor these impossible animals had not considered: **I'm a poverty snob.** I'll get back to that in a minute.

### American Dream

I don't owe anyone an explanation for the bankruptcy, but I'm nevertheless keen to let you in on it. My home in Florida had tripled in value prior to the housing bubble, and then

**Note: See Exhibit L - All references to Oxebridge on Elsmar were removed by March 2015. Smith has no way to cause changes to Google's search results.**

suddenly went "underwater" over a period of six months. This meant the value had dropped below what our equity was, making the house essentially worthless. Our region of Florida was one of the worst hit regions in the entire country for rapid housing depreciation. Worse, our mortgage was issued by Countrywide, which was later investigated rather famously. Our particular mortgage wasn't predatory, but we got caught in the scandal anyway.

My wife and I were in the process of moving (to Nova Scotia, of all places) when this hit. Suddenly we couldn't sell the house without having to absorb a tremendous loss. So we waited. And waited. The value was not moving. Then, we arranged a short sale for the property, but found the loan had transferred to a new bank, after the Countrywide fallout. The new bank — Bank of America — cancelled the short sale, forcing us to start over with them. The buyer walked, and we lost our chance on the Nova Scotia property at the same time. We applied to launch a new short sale with BoA, but suddenly the loan was sold again, this time to GreenTree. Anyone who's worked with GreenTree knows what happened next: years of impossible battles to simply get answers on a short sale; they even refused to talk to our attorneys, even hanging up on them, a violation of US law. **And you did not sue them?**

**I call BS. And Paris refinanced his house succcessfully.**

A fourth bank took the loan over and filed for foreclosure, but the case was thrown out because it had been "filed aggressively." The new bank refused to negotiate for a short sale, so I filed bankruptcy to remove the house's debt, and then filed for a deed-in-lieu of foreclosure, to effectively give the keys to the bank and walk away. At this time I had already established a new property in South America and simply didn't need the house anymore.

**Not reported in Paris' bankruptcy.**

For some of you, that story is going to sound familiar, and very close to home. You've been through this, or something like. You know people in worse situations, who were foreclosed on and lost their homes without their consent. This happens every day, to thousands of people. This is real life in real America, not some fantasy published on some ISO consultant's website.

I make jokes about the various ISO incumbents having "boats" and "summer homes," but the truth is they are broke, too. No one is making a lot of money in ISO 9001, because no little boy or girl grows up wanting to be an ISO consultant so they can retire at age 30 in Barbados. A handful of the TAG leaders have turned this into a cash machine, but they are few and far between and still don't measure up to the wealth of experts in other professions; most of them made their money in previous employers, and are supplementing retirement income with whatever they can scrape together from their books and seminars. Don't let them fool you.

**On what grounds does Paris make this claim? Paris knows their finances? How? And making money in ISO99001 hasn't been profitable since around 2000.**

Worse, one of the people who was circulating the "Oxebridge is bankrupt" meme had filed

bankruptcy himself; when I sent him a copy of his own court filings, he suddenly shut up and apologized. (Unlike him, I'm not going to publish it.)

**Oxebridge Sucks**

The other aim, as I mentioned, is to shut down my company by convincing you I am terrible at my job. How can you possibly take management advice from someone who filed bankruptcy?

> **Smith has never said Paris is/was "bad at his job".**
> **What Smith HAS said that in Smith's opinion Paris' advertising was (is?) deceptive.**

The irony, of course, is that successful business people file bankruptcy all the time. Bill Levinson loves Donald Trump, who filed bankruptcy six times, but denigrates a simple American citizen for doing the same. Does he expect Trump to be ashamed? Good luck with that.

> **False equivalence - Wantting to get Levisnson's name in there…**

> **Do tell Who was this?**

One of the reasons Oxebridge remains healthy is that I don't personally rape the company's funds for my salary. Smart business people know that the company must thrive even when its officers struggle, and by ensuring this, you help everyone in the long term. I could have easily taken money out of Oxebridge to avoid the bankruptcy, but then Oxebridge really would have collapsed. That wouldn't have merely been foolish management, it would have been outright idiocy.

> **Bankruptcy papers list Oxebridge as $0.00 value and $0.00 funds. No money to take out.**

> **In bankruptcy court, Paris claimed his company had no assets and was worth $0.00**

A good business owner will sacrifice for his company, when the time calls for it. How any management consultant would not know this is baffling. And they want you to hire them?

> **As stated in Paris' bankruptcy filing, Oxebridge was worth $0.00**

**Defamation: The Loser's Handtool**

Where these monsters have broken the law is that their posts are ***defamatory***. Defamation requires three elements: the information has to be false, has to be said in public, and has to cause damage to one's property or reputation. By re-framing a personal bankruptcy affecting one person as "Oxebridge is out of business" or "Oxebridge is bankrupt," and then intentionally spreading this online, meets all three criteria. This is why "parisoxebridge" of Scribd hides behind a fake name — much like "John Peachfarm" — something that Guberman and Hummel and Levinson haven't quite learned yet. It's going to be a monumentally expensive lesson for them.

> **Paris can not show anywhere where John Peeachfarm has done any such thing.**

> **???**

The incumbents often accuse me of defamation, because I expose their bad behavior. But the published material on Oxebridge is tested constantly against the first criteria — *is it true?* — and then published only when the answer is "yes." As such, no defamation case against Oxebridge has ever succeeded, because we can prove what we write. When I say that Paul Palmes exaggerated his resume in the runup to his election to TAG 176 Chair, it's because I literally got on the phone and called his former employers, and documented the results. When I say Lorri Hunt talked about ISO 9001 being "*the biggest boon for consultants ever*" it's because I have, in my possession, the actual documents from the TAG

presentation that included those words, with her name right on them. When I say that Daryl Guberman once offered to sell ISO 9001 certification to a fictional company that claimed to make cement life vests designed to kill the wearer, it's because I have the actual emails from him making that exact offer. (Here: read it. See the part where he says that cement has to be ROHS compliant. Then count how many times he puts his own name in a single email.) When I say Bill Levinson argued that Black protesters are inviting being killed under "justifiable homicide," it's because he **literally wrote those words** in his political rantings:

**All taken out of context Welcome to an alternate reality..**

So if they want to report that I filed bankruptcy, they can. But they can't say Oxebridge did, because it's untrue, and defamatory.  **No one has to - Paris claimed Oxebridge value $0.00 and assets as $0.00**

**Poverty is a Rich Experience**     **Enter the Oxebridge/Paris "Peru Poverty Tour".**

I mentioned before that I am a poverty snob. This came about because I come from middle-class working family; my father was a milkman and a volunteer fire fighter. My mother was a secretary. I became the only successful business owner in the family not because we were rich, but because I was smart. I studied and studied. That's it. But in my core, I was always poor.

As I said, I'm calibrated differently. I don't care about money. I'll help other people make it, but I don't care about it. I believe that the more you have, the more you have to lose. That makes me insulated from loss, because I have only exactly what I need. The trolls simultaneously claim I am broke, but have a "villa" in Peru — they don't seem to know that there are no villas in Peru, and that I live in one of the worst areas of the world, surrounded by complete poverty. There is no reliable water, no reliable internet, and no heat or air conditioning at all. Life is a daily struggle and **I fucking love it.** This is my element. I don't denigrate those who want to play golf or take their boat out for a spin, but it's not my world. I don't want that. I eat amazing *ceviche*, have fresh avocado every morning for about 25 cents, listen to *huayno* on the radio and am surrounded by some of the most incredible people in the world. I voluntarily threw myself into a world where I couldn't even speak the language, and learned to survive. Now I run a gourmet tour agency to bring rich gringos to Peru so they can experience poverty culture — with its incredible food and wine — even if it's only for a few days.  **Flying back and forth to Peru isn't cheap.**

**Unbelieveble rehearsed claim. Absurd on the face of it.**

Is it hypocritical? Yes. I still have money. I am rich compared to my neighbors in Lima. I'm not really suffering the way they are. I'm not seeking self-imposed misery. I earn money through international work, and live in a place where my expenses are nearly zero. I have two major outlays: my taxes (because I think you should pay them, thank you very much) and my legal bills. I have an extremely high tolerance for what I will put into my attorney, as part of my prosecution of the reforms. So those thinking that a single bankruptcy filing

means I can't prosecute lawsuits in for a shock. My attorney has the boat, because I don't want one.

**I'm Inoculated**

So this means ***I don't care if you know I filed bankruptcy.*** Many of you reading this have done the same, and many of the people spreading the rumor in order to score cheap points have, too. But I do object to them saying Oxebridge has failed. We continue to sign amazing clients, the book sales are insane, and the speaking gigs are routinely sold out. Anyone saying "Oxebridge is closed" isn't paying attention.

*So much business!*

*Who has said Oxebridge is closed???*

So I leave you with two takeaways. If you find the competing consultants engaging in this defamatory "doxxing," consider the ethical lines they have crossed, and remember that if they do it to me, ***they can do it to you, too.*** You might want to ask some of the speakers at that upcoming ISO 9000 Conference about it. You probably want to think about it before engaging them for work, too.

And, second, know that ***I cannot be intimidated by this kind of thing.*** It simply does not work on me. I am completely and utterly inoculated from this form of attack. I will continue to do exactly what I am doing, for as long as I can, until I succeed. So long as ISO can pump out garbage standards designed to enrich key individuals at the expense of entire industries, I will fight this. So long as ISO registrars issue certificates to companies that make products that fail and kill people, all while being invisible to investigators and legislators, I will fight this.

We need radical change to the ISO scheme. I don't expect you to do this, but it suits me fine. And for now, I'm all you've got.



## About Christopher Paris

Christopher Paris is the founder and VP Operations of Oxebridge. He has over 25 years' experience implementing ISO 9001 and AS9100 systems, and is a vocal advocate for the development and use of standards from the point of view of actual users. He is the author of ***Surviving ISO 9001:2015***, which can be purchased here.

Mail | Web | Twitter | Facebook | LinkedIn | Google+ |

**More Blog Entries**       More Posts

*More entries.*



ISO 9001:2015's Odd Abdications

3 February, 2017



Book Review: "Risk Based Thinking Handbook"

2 February, 2017



Oxebridge Two-Day AS9100/ISO 9001 "Braindump" Scheduled for March 16-17 in Huntsville

28 January, 2017



ISO 9000 World Conference Drops Levinson After Controversy, Pulls Book Promotion

27 January, 2017



Registrar TUV Rheinland Fined in France for Role in PIP Breast Implant Scandal

26 January, 2017



AS9100 Rev D Configuration Management for the Small Machine Shop

26 January, 2017



AQI, ASQ and Quality Digest Do Nothing While Levinson Compares Muslims to Feces

25 January, 2017



Bridge Too Far: In 2 AM Facebook storm, AQI's Levinson Invokes Nazis

23 January, 2017

Designed by **Elegant Themes** | Powered by **WordPress**