D. Reading Exhibits D and N, it appears the CHRISTOPHER PARIS believes there is a quite vast conspiracy against him. It is obvious PARIS and GUBERMAN are going at each other. SMITH is not involved in any of their "games" and hopes that this will end PARIS' associating SMITH, Elsmar.com, "Elsmar moderators" and the word/name Elsmar with his conflict with GUBERMAN (and quite a few other people, organizations and companies) and CHRISTOPHER PARIS' implication that there is a conspiracy against PARIS in which SMITH is in any way involved.

**Exhibit T**

E. The "war" between GUBERMAN and CHRISTOPHER PARIS has reached the point that GUBERMAN is mis-representing Elsmar.com in his internet posts, such as in Exhibit O, in which GUBERMAN links to a discussion on a USENET group discussion from 2004. SMITH is now caught in their "internet war" of words and their various internet websites such as CHRISTOPHER PARIS' isowatch2017.com. [Exhibit P] These two are, and apparently have been, starting new "war" websites left and right.