UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OXEBRIDGE QUALITY RESOURCES	CASE 8:15-cv-00011
INTERNATIONAL, LLC, and
CHRISTOPHER PARIS, Individually

  Plaintiffs v.

MARC SMITH,
individually, and d/b/a
CAYMAN BUSINESS
SYSTEMS

Defendants
_____/

## DECLARATION OF GLEN H. SHRAYER, ESQ.

   I, GLEN H. SHRAYER, am over eighteen years of age and of sound state and mind, declare the following facts under penalty of perjury.

1. I represent Plaintiffs Oxebridge Quality Resources and Chris Paris.

2. I am an attorney, licensed to practice law in Florida, Massachusetts, and New York.

3. I have been licensed in Florida since 2008.

4. My hourly charge is $350 an hour.

5. This was an involved motion that involved many sites and instances of defamation on the part of the Defendant, who attempted to shield his identity over a course of several years. The Defendant even lied to the process server initially about his identity before eventually admitting to being Marc Smith.

6. 18.5 hours were spent drafting the Motion for Contempt and Sanctions and Motion to Show Cause against Marc Smith, d/b/a Cayman Business Systems for Violation of Court Order Granting the Amended Preliminary Injunction and Joint Stipulation on Injunction.

7. 4 Additional Hours were spent preparing the Reply to Smith's Response. 4 hours of travel time to and from the hearing travelling between Tampa and my office in Fort Lauderdale, and 1 hour on hearing prep, and a half hour for the actual hearing.

8. Accordingly, it is requested that the Court award $9,800.00 in attorney's fees for the 28 hours spent on this matter.

9. Additionally, plaintiff requests $228.50 for airfare to and from the hearing for the undersigned counsel and $247.50 for my client Christopher Paris.

10. In total, Plaintiff requests $10,276.00 in attorney's fees and costs and an additional $250,000.00 as a sanction award for the repeated violation of the injunction for acting with ill will and malice.

**This statement is true and is signed under the penalty of perjury on the 10th day of June 2020.**

**/S/ Glen H. Shrayer**

**Glen H. Shrayer, Esq.**