# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:15-CV-00011-TPB-CPT

Plaintiff:
**OXEBRIDGE QUALITY RESOURCES INTERNATIONAL, LLC**

vs.

Defendant:
**Marc Timothy Smith, et al**

For:
Glen Shrayer
Ft. Lauderdale, FL 33316

Received by A Precision Investigation & Consulting, LLC on the 6th day of May, 2020 at 6:02 pm to be served on **Marc Timothy Smith, 8466 Lesourdsville - West Chester Rd., West Chester, OH 45069**.

I, Dale Dorning, do hereby affirm that on the **26th day of May, 2020** at **6:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Order for Defendant to Show Cause** with the date and hour of service endorsed thereon by me, to: **Marc Timothy Smith** at the address of: **8466 Lesourdsville - West Chester Rd., West Chester, OH 45069**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Smith initially denied that he was Marc Smith but refused to show any identification and once he was provided the documents he tacitly acknowledge that he was Smith.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5-09, Weight: 180, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Private Investigator, authorized to serve process in the judicial circuit in which the process was served.

Dale Dorning
Process Server

A Precision Investigation & Consulting, LLC
8216 Princeton-Glendale Rd., Ste 260
West Chester, OH 45069
(888) 246-4927

Our Job Serial Number: PRE-2020009547
Ref: 8:15-cv-00011-TPB-CPT

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m